**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **STACIE RAY, BASIL ARGENTO,** **JANE DOE, and ASHLEY BREDA,** | |
| Plaintiffs, | |
| v. | Case No.: |
| **LANCE HIMES, in his official capacity** **as Director of the Ohio Department** **of Health, KAREN SORRELL, in her** **official capacity as Chief of the Office of** **Vital Statistics and JUDITH NAGY, in her** **official capacity as State Registrar of the** **Office of Vital Statistics,** | |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Freda Levenson, trial attorney for

Plaintiffs Stacie Ray, Basil Argento, Jane Doe, and Ashley Breda, in the above-referenced

action, hereby moves the court to admit Gabriel Arkles *pro hac vice* to appear and participate as

co-counsel in this case for Plaintiffs.

Movant represents that Gabriel Arkles is a member in good standing of the highest court

of the State of New York as attested by the accompanying certificate from that court, and that he

is not eligible to become a member of the permanent bar of this Court.  This Motion is

accompanied by the required $200.00 fee.

Gabriel Arkles understands that, unless expressly excused, he must register for electronic

filing with this Court promptly upon the granting of this Motion.

Gabriel Arkles's relevant identifying information is as follows:

Business telephone: (212) 549-2659

Business fax: (212) 549-2650

Business address:

    American Civil Liberties Union

    125 Broad Street, 18th Floor

    New York, NY 10004

Business e-mail address: garkles@aclu.org

By:    /s/ Freda Levenson
Freda Levenson, Trial Attorney
(0045916)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (216) 472-2220
Facsimile: (216) 472-2210
Email: flevenson@acluohio.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2018, I filed the foregoing electronically through the Court's CM/ECF system.  Parties may access this filing through the Court's system. Because counsel for defendants has not yet appeared, I further certify that I will personally serve the foregoing on all defendants along with the complaint and request for waiver of service, at the following addresses:

Lance Himes
Office of the Director
Ohio Department of Health
246 North High Street
Columbus, OH 43215
lance.himes@odh.ohio.gov

Karen Sorrell
Chief
Office of Vital Statistics
225 Neilston Street
Columbus, OH 43215
Karen.sorrell@odh.ohio.gov

Judith Nagy
State Registrar
Office of Vital Statistics
225 Neilston Street
Columbus, OH 43215
Judith.nagy@odh.ohio.gov


/s/ Freda J. Levenson
Freda Levenson
Attorney for Plaintiffs