# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 ) |
| v. | ) ) |
| LANCE HIMES, *et al.*, | ) Judge: Michael Watson ) ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) |

## NOTICE OF SUBSTITUTION OF CO-COUNSEL

Pursuant to S.D. Ohio Civ. R. 83.4, please take notice that Jennifer S. Roach of Thompson Hine LLP is hereby substituted for David J. Carey as counsel for Plaintiff in this matter. Mr. Carey is leaving Thompson Hine LLP, effective August 16, 2018. All other counsel of record for Plaintiffs will continue their representation of Plaintiffs in this matter.

Dated this 16th day of August, 2018.

                                              Respectfully submitted,

| | |
|---|---|
| Kara Ingelhart* (Illinois Bar No. 6321949)<br>Lambda Legal Defense and Education Fund, Inc.<br>105 W. Adams St., 26th Fl.<br>Chicago, IL 60603<br>Telephone:   (312) 663-4413<br>Facsimile:   (312) 663-4307<br>Email: kingelhart@lambdalegal.org | */s/ David J. Carey*<br>David J. Carey (0088787)<br><br>*/s/ Jennifer S. Roach*<br>Jennifer S. Roach (0074143)<br>Thompson Hine LLP<br>127 Public Square, Suite 3900<br>Cleveland, OH 44114<br>Telephone:   (216) 566-5885<br>Facsimile:   (216) 566-5800<br>Email: Jennifer.Roach@thompsonhine.com |
| Peter C. Renn* (California Bar No. 247633)<br>Lambda Legal Defense and Education Fund, Inc.<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>Telephone:   (213) 382-7600<br>Facsimile:   (213) 351-6050<br>Email: prenn@lambdalegal.org | */s/ Freda Levenson*<br>Freda Levenson, Trial Attorney (0045916)<br>Susan Becker (0010205)<br>Elizabeth Bonham (0093733)<br>ACLU of Ohio<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>Phone: 216-472-2220<br>Facsimile: 216-472-2210<br>Email: flevenson@acluohio.org<br>Email: sbecker@acluohio.org<br>Email: ebonham@acluohio.org |
| Gabriel Arkles* (New York Bar No. 4391918)<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>Telephone:   (212) 549-2569<br>Facsimile:   (212) 549-2650<br>Email: garkles@aclu.org | John Knight* (Illinois Bar No. 6201433)<br>American Civil Liberties Union of Illinois<br>180 N. Michigan Ave., Suite 2300<br>Chicago, IL 60601<br>Telephone:   (312) 201-9740<br>Facsimile:   (312) 288-5225<br>Email: jknight@aclu-il.org |

                                              *Attorneys for Plaintiffs*
                                              *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2018, I electronically filed the foregoing with the Clerk of the Court for the for the U.S. District Court for the Southern District of Ohio using the CM/ECF system and a copy was made available electronically to all electronic filing participants.

      Respectfully submitted,

      */s/ Freda Levenson*
      Freda Levenson (0045916)