# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STACIE RAY, et al. | ) | CASE NO.: 2:18-cv-00272-MHW-CMV |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL WATSON |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE CHELSEY |
| | ) | VASCURA |
| LANCE HIMES, et al. | ) | |
| | ) | NOTICE OF WITHDRAWAL |
| Defendants. | ) | |
| | ) | |
| | ) | |

Please take notice that the undersigned is hereby withdrawing as counsel of record for the defendants in the referenced matter. The firm of Calfee, Halter & Griswold LLP, and Albert J. Lucas and Jason J. Blake will continue in their representation of defendants.

Dated: February 27, 2019        Respectfully submitted,

/s/ Kimberly Moses
KIMBERLY MOSES (0029601)
ALBERT J. LUCAS (0007676)
JASON J. BLAKE (0087692)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 S. High Street
Columbus, Ohio 43215
Telephone: (614) 621-1500
Fax: (614) 621-0100
kmoses@calfee.com
alucas@calfee.com
jblake@calfee.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kimberly Moses*
One of the Attorneys for Defendants

4823-4517-5945, v.1