# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 |
| v. | ) ) |
| AMY ACTON, *et al.*, | ) Judge: Michael Watson ) |
| | ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL

On the Plaintiffs' Motion and for good cause shown, it is hereby ORDERED:

1. The Plaintiffs' deposition transcripts will be filed under seal and redacted versions will be filed on the public docket. Plaintiffs will redact confidential identifying information and sensitive medical or bodily information only.

2. To the extent that the parties' summary judgment briefing cites to redacted portions of the deposition transcripts, that briefing will also be filed under seal and redacted versions will be filed on the public docket.

IT IS SO ORDERED.

_____

United States District Judge

Dated: January \_\_\_\_, 2020