Page 1

1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO

2

3    STACIE RAY, BASIL          )
     ARGENTO, JANE DOE and      )
4    ASHLEY BREDA,              )
                                )
5              Plaintiffs,      )
                                )   No. 2:18-cv-00272-
6         vs                    )       MHW-CMV
                                )
7    AMY ACTON, in her          )
     official capacity as       )
8    DIRECTOR OF THE OHIO       )
     DEPARTMENT OF HEALTH,      )
9    KAREN SORRELL, in her      )
     official capacity as       )
10   CHIEF OF THE OFFICE OF     )
     VITAL STATISTICS, and      )
11   JUDITH NAGY, in her        )
     official capacity as       )
12   STATE REGISTRAR OF THE     )
     OFFICE OF VITAL            )
13   STATISTICS,                )
                                )
14              Defendants.     )

15

16              The deposition of RANDI ETTNER, Ph.D.

17   called for examination pursuant to notice and

18   pursuant to the Federal Rules of Civil Procedure

19   for the United States District Courts pertaining to

20   the taking of depositions taken before MARI BETH

21   KAWULIA, Certified Shorthand Reporter within and

22   for the County of Cook and State of Illinois at 105

23   West Adams Street, Chicago, Illinois, on September

24   18, 2019 at the hour of 10:00 a.m.

Page 2

```
 1   APPEARANCES:
 2        LAMDA LEGAL
          MS. KARA N. INGELHART
 3        105 West Adams Street
          Suite 2600
 4        Chicago, Illinois  60603
          (312) 663-4413
 5        kingelhart@lambdalegal.org
 6             -and-
 7        AMERICAN CIVIL LIBERTIES UNION OF OHIO
          MS. ELIZABETH BONHAM
 8        Max Wohl Civil Liberties Center
          4506 Chester Avenue
 9        Cleveland, Ohio  44103
          (614) 586-1958
10        ebonham@acluohio.org
               Appeared on behalf of the Plaintiffs;
11
12        CALFEE, HALTER & GRISWOLD LLP
          MR. JAKE BLAKE
13        1200 Huntingon Center
          41 South High Street
14        Columbus, Ohio  43215
          (614) 621-7789
15        jblake@calfee.com
               Appeared on behalf of the Defendants.
16
17
18
19
20
21
22   REPORTED BY:  MARI BETH KAWULIA
     CSR LICENSE:  084-2873
23
24
```

                                                    Page 3

1                          I    N    D    E    X

2    WITNESS:

3    RANDI ETTNER, Ph.D.

4       Direct Examination by Mr. Blake..............4

        Cross Examination by Ms. Ingelhart............

5

6    EXHIBIT      DESCRIPTION                        PAGE

7     No. 11     Ettner expert reports with          49
                 C.V. and bibliography
8
      No. 12     WPATH standards of care             84
9
      No. 13     "Transsexual Couples, Qualitative 130
10               Evaluation of Atypical Partner
                 Preferences" written by Randi
11               Ettner
12    No. 14     "Psychological and Social           138
                 Adjustment in Older Transsexual
13               People" written or co-authored by
                 Randi Ettner
14
      No. 15     printout from the APA               175
15
      No. 16     Article: "Adaptation and           179
16               Adjustment in Children of
                 Transsexual Parents" co-authored
17               by Randi Ettner
18    No. 17     Article:  Entitled "Disclosure     183
                 of Risks and Protective Factors
19               for Children Whose Parents Are
                 Undergoing a Gender Transition"
20               Co-authored by Randi Ettner
21    No. 18     Van Meter expert report            207
22

23

24

```
                                              Page  4
 1                    (Witness duly sworn.)

 2     WHEREUPON:

 3                    RANDI ETTNER, Ph.D.,

 4     called as a witness herein, having been first duly

 5     sworn, was examined and testified as follows:

 6          D I R E C T   E X A M I N A T I O N

 7     BY MR. BLAKE:

 8          Q.    All right.  My name is Jason Blake.  I

 9     am an attorney at Calfee, Halter & Griswold, LLP,

10     and I represent the Department of Health, among

11     others, in this litigation.

12                    Could you please state and spell

13     your name for the record?

14          A.    Randi Ettner, R-a-n-d-i, E-t-t-n-e-r.

15          Q.    And are you here to testify regarding

16     your expert opinion that you rendered in the case

17     of Stacie Ray, et al versus the Director of the

18     Ohio Department of Health, et al?

19          A.    I am.

20          Q.    I suspect it won't be necessary to

21     gather or collect you at your address at any time

22     because I'll contact you through counsel, but could

23     you just state the best way to get ahold of you,

24     your business address or your home address or
```

Page 5

1   something, something where we can reach you if we

2   need to?

3        A.    1214 Lake Street in Evanston, Illinois.

4   The zip code is 60201.

5        Q.    Great.  Thank you.

6              I guess before we dive in, from your

7   resume and your CV and just, you know, what I

8   learned about you before the deposition, I assume

9   you've given a number of depositions before,

10  right?

11       A.    That's correct.

12       Q.    So we probably don't need to go into any

13  great detail about the rules and sort of the

14  procedures, but just to kind of reinforce some of

15  the basic stuff, it's your deposition.  If you need

16  to stop at any time to take a break, please do so.

17  Just let me know, we'll stop.  The only caveat to

18  that is if a question is pending, I would ask that

19  you answer the question and then we can stop.

20             I think probably you have enough

21  experience to sort of -- we can do the basic

22  blocking and tackling of a deposition, but if

23  there's any confusion or something like that,

24  please let me know.  If you answer a question, I'm

Page 6

1   going to assume that you understood the question.

2                   What are your areas of expertise in

3   which you are qualified in your opinion to give

4   expert testimony?

5       A.   I'm qualified in general psychology,

6   tests and measurements, PTSD and trauma, all areas

7   of gender and gender diversity and adult

8   psychotherapy.

9       Q.   PTSD, that's post-traumatic stress

10  disorder?

11      A.   Correct.

12      Q.   Tests and measurements, what's that?

13      A.   Psychologists are trained to give

14  psychodiagnostic tests.

15      Q.   So could you give me an example?

16      A.   IQ test, personality tests, tests about

17  measurements of anxiety, depression and other

18  various disorders as well as tests to determine

19  neurocognitive abilities or the lack thereof.

20      Q.   Okay.  I assume there's lots of overlap

21  between these four areas, but would a diagnosis of

22  gender dysphoria fall underneath one of the tests

23  and measurements that you're qualified to render?

24      A.   No.  There is no test for gender

                                                      Page 7

1    dysphoria per se.

2         Q.    All right.  So what -- I mean, my

3    understanding is that the plaintiffs in this case

4    have a diagnosis of gender dysphoria, is that your

5    understanding?

6         A.    That's my understanding.

7         Q.    What is the difference between the kind

8    of -- I mean, somebody rendered that diagnosis of

9    them.  So what's the difference between the type of

10   diagnosis that would fall under a test and

11   measurement and one like gender dysphoria where

12   there is no test or measurement?

13        A.    Well, tests and measurements can measure

14   many things, extroversion, introversion, so they

15   can measure aspects of personality, and that

16   differs from diagnosable disorders.  Diagnoses are

17   typically made on criteria outlined in a diagnostic

18   and statistical manual.

19        Q.    Like a DSM?

20        A.    Correct.

21        Q.    So a diagnosis like severe anxiety or

22   depression, would that be subject to a test or

23   measurement or would that be something different?

24        A.    One could use a test to determine a

Page 8

1  specific profile because everyone experiences

2  anxiety in a different way, but it would meet the

3  criteria of an anxiety disorder if it followed the

4  DSM-5 criteria.

5      Q.    Okay.  Well, you can tell me.  Are there

6  criteria in the DSM-5 for gender dysphoria?

7      A.    Yes.

8      Q.    So then what I guess separates a

9  diagnosis of -- We're just going to stick with

10 severe anxiety because that's what we've been

11 talking about.  You said that one was subject to

12 tests and measurements yet gender dysphoria isn't

13 subject to any test or measurement.

14              What is the reason for I guess the

15 difference between the two?

16     A.    Gender dysphoria has attendant anxiety

17 as one of the symptoms, as does post-traumatic

18 stress disorder.

19     Q.    Sure.

20     A.    So anxiety, depression and hopelessness

21 underlie many psychiatric or other disorders that

22 are listed in the DSM-5.

23     Q.    Okay.  So the diagnosis of gender

24 dysphoria would include some sort of like

1  sub-diagnoses for things like anxiety and you said

2  hopelessness.  Those sub-diagnoses may involve some

3  tests or measurements which help point you in the

4  direction of getting to a diagnosis of gender

5  dysphoria, but specifically there's no test or

6  measurement for that diagnosis of gender dysphoria;

7  is that accurate?

8      A.    I'm not sure I understand that question

9  the way you phrased it.

10      Q.    Sure.  I'm just trying to flush out what

11  you meant when you said that a diagnosis of gender

12  dysphoria wouldn't fall under a test and

13  measurement, you know, that sort of expertise that

14  you have.  And the reason for that was, I'm sorry,

15  can you say that again?

16      A.    Well, by analogy, there's no test per se

17  of anorexia nervosa, but we can make the diagnosis

18  by following the criteria that are outlined, but

19  anxiety and depression are broad parameters that

20  underline many, if not most, psychiatric or other

21  disorders that are listed in the DSM-5.  Does that

22  clarify it for you?

23      Q.    Yeah.  Maybe.  I guess it just exposes

24  my ignorance about, you know, the vast array of

1    diagnoses that you can receive from a psychiatrist

2    or psychologist.  The witness is nodding her head

3    yes I assume in response to my self diagnosis of

4    ignorance of her field.

5              But is it fair to say that not every

6    diagnosis, clinical or otherwise, in your field is

7    not subject to, you know, a strict, you know, test?

8    Is that fair to say?

9         A.    Would you repeat that question?  I'm

10   sorry.

11        Q.    Sure.  I'm not trying to trip you up.

12        A.    I didn't understand it the way it's

13   phrased.

14        Q.    That's fine.  You brought up anorexia,

15   and we can talk about anorexia in this context too

16   just a bit -- you know, it's more separate from the

17   facts of this case.  Again, I'm not trying to, you

18   know, blind side anybody with some "got you"

19   question.  I'm just trying to understand, you

20   know.

21              Let's say I show up, right, in your

22   office and I start, you know, telling you what I'm

23   experiencing, and based on what I've told you,

24   you're like hmmm, I think this person might be an

Page 11

1    anorexic.  Are you with me so far?

2         A.    Yes.

3         Q.    Or anorexic or someone that has

4    anorexia, right?

5         A.    I'm understanding this part of the

6    statement.

7         Q.    Okay.  There's not any -- you know, you

8    can't do a blood test to say, yeah, this person has

9    anorexia; is that correct?

10        A.    That's correct.

11        Q.    You can't look for any, you know,

12   concrete evaluative, you know, metrics and say that

13   yep, that's anorexic, right?

14        A.    There are some metrics that I might look

15   for, but if you came to my office, I would make the

16   diagnosis without giving you a statistically

17   reliable and valid psychometric instrument.

18        Q.    Okay.  And that doesn't in your mind

19   undermine the credibility of that diagnosis, it

20   just informs someone in your profession or from

21   the outside on how the diagnosis was reached,

22   right?

23        A.    Most tests are not used to make a

24   diagnosis.  They're used to give some indication

Page 12

1    about an individual, either about their personality

2    or about perhaps certain behaviors, but they don't

3    in and of themselves make diagnoses.

4        Q.    Okay.  Understood.  So you would -- you

5    could give a test to someone and say this person is

6    suffering from severe anxiety and that might be a

7    criteria for any number of other diagnoses that

8    you could reach given the circumstance of the

9    patient?

10       A.    I think I agree with that statement.

11       Q.    Okay.  Good.  And then I expect that

12   you will have a personality evaluation of everyone

13   in the room before you leave today.  I wouldn't

14   know.

15       A.    Only if you all have the appropriate

16   insurance.

17       Q.    Well, I can tell you my insurance is

18   terrible.

19       A.    Then you will not get any sort of

20   analysis.

21       Q.    No free analysis, okay.  I'm stuck to my

22   online quizzes figuring out which Hogwarts house

23   I'm in.

24                 So general psychology, PTSD, tests

1    and measurements and then you said gender and

2    gender diversity, right?

3         A.    Correct.

4         Q.    Does your opinion that you rendered in

5    this case stem largely from your expertise in the

6    field of gender and gender diversity?

7         A.    Yes.

8         Q.    Okay.  Like I said, I assume there's

9    some overlap with your general knowledge of

10   psychology and probably the tests and measurements

11   too, I would guess, right?

12        A.    I imagine that all of my experience has

13   lead me to a certain degree of competence.

14        Q.    How long have you -- I suppose how long

15   have you practiced psychology?

16        A.    I've had a private practice since 1980.

17        Q.    And before that you received your

18   degree, right?

19        A.    That's correct.

20        Q.    And you have a Ph.D., right?

21        A.    Yes.

22        Q.    You received a masters as well?

23        A.    Yes.

24        Q.    Kind of the normal four-year degree

1  masters, Ph.D. track program, right?

2      A.    Yes.

3      Q.    And then for a time you -- did you work

4  like in residency like at a clinical hospital or

5  anything like that?

6      A.    I've done postdoctoral work in certain

7  areas.

8      Q.    Okay.  And then after doing that for a

9  period of time, you set up your own private

10  practice; is that accurate?

11      A.    In 1980 I began practicing privately.

12      Q.    Okay.  And when did you first start

13  developing your expertise in gender and gender

14  diversity issues?

15      A.    As a young student I volunteered at Cook

16  County Hospital and they were running groups for

17  individuals who wanted what was then called sex

18  change or sex reassignment surgery, and since I was

19  the first volunteer they had ever had, I was sort

20  of like a candy striper back then, they said we'll

21  stick her with those people.

22                So before I had a degree, I was

23  involved in groups of individuals who were awaiting

24  reassignment surgery, and that's my first

Page 15

1   experience with people who were experiencing gender

2   incongruity.

3        Q.    Okay.  And that would have been

4   approximately?

5        A.    In the late '70s.

6        Q.    Was that during your doctoral?

7        A.    No.

8        Q.    Before that?

9        A.    Yes.

10       Q.    Masters?

11       A.    Before.

12       Q.    So as an undergrad?

13       A.    Yes.

14       Q.    Okay.  I know you identified in your CV,

15   and we'll get to those in a few minutes, some of

16   your recent cases that you have been an expert

17   witness in and been deposed in.

18             Do you know approximately how many

19   times you have been an expert witness in any sort

20   of matter in the last ten years?

21       A.    I could only make a guess about that.

22       Q.    I'm okay with that.  I'm not going to

23   ask you okay, you know, the first time, the second

24   time.  Just approximately, you know, is it 15?  Is

Page 16

1   it 20?  Is it 30?

2        A.    It's probably closer to 50.

3        Q.    Somewhere between 30 and 50 you think?

4        A.    I would say it's probably more than 30.

5        Q.    Okay.  More than 30, less than 50?

6              MS. INGELHART:  Excuse me.  Just really

7   quickly, we would like to add a couple

8   developments to the record since she shared her CV

9   with you all.

10             Recently she's given testimony in a

11  new case, new to her, to her C.V., a case called

12  Monroe v. Jeffries which she can talk about.  She's

13  also been invited to speak with the Director of the

14  Office of Civil Rights at the Federal Department of

15  HHS.  And to her bibliography, to her report, a

16  study was omitted in error.

17             MR. BLAKE:  I'm sorry?

18             MS. INGELHART:  To the bibliography of

19  her report, a study was omitted in error that she

20  relied upon.

21             MR. BLAKE:  Okay.

22             MS. INGELHART:  It is cited in

23  Dr. Gorton's report for the full citation, but it's

24  the Bauer G.R., et al 2015 study, "Intervenable

Page 17

1    Factors Associated with Suicide Risk in Transgender

2    Persons, a Respondent Driven Sampling Study in

3    Ontario, Canada."

4    BY MR. BLAKE:

5         Q.    This is the 2015 study that found that

6    transgender individuals have a higher rate of

7    suicide when they have documents that don't match

8    their gender identity; is that right?

9         A.    That's correct.

10             MR. BLAKE:  Okay.  We're going to talk

11   about that, and I did pick up that it wasn't cited

12   in her report, and I was going to ask her what

13   report she was referring to.  I assumed it was the

14   Gorton one or the Bauer one that Gorton refers to.

15   Thank you for clearing that up.

16             MS. INGELHART:  Thank you.

17             MR. BLAKE:  We'll talk about that report,

18   that study later.

19   BY MR. BLAKE:

20        Q.    All right.  So you think somewhere

21   between 30 and 50 times you've served as an expert

22   witness, closer to 50 than 30.  Generally what

23   types of matters have those cases involved?

24        A.    Personal injury, correctional systems,

1  employment discrimination, the necessity of

2  identity documents, trauma, post-traumatic stress

3  disorder, medical malpractice, and I think to the

4  best of my recollection -- oh, and insurance cases

5  including the Medicare -- overturning the Medicare

6  exclusion for gender confirmation surgery case,

7  bathroom cases.

8       Q.   Okay.  Have all of these cases been in

9  the context of like transgender issues, transgender

10  people or have some of them been just general

11  psychology expertise type cases?

12      A.   The latter.

13      Q.   So all of these are gender -- all of

14  these you would qualify as falling -- oh, sorry.

15           So they all fall under obviously

16  your expertise in general psychology, right?

17      A.   They don't all involve transgender

18  plaintiffs or defendants.

19      Q.   They don't all involve your expertise

20  with gender and gender diversity?

21      A.   That's correct.

22      Q.   Okay.  Which I think we can both agree

23  that this case, I think you were going to testify

24  to this, would fall primarily under your expertise

Page 19

1  for gender and gender diversity, right?

2      A.    Correct.

3      Q.    What portion of these cases, these 30 to

4  50 cases and these roughly eight different areas

5  would you say fall primarily under your expertise

6  in gender and gender diversity?

7      A.    I would be offering a guesstimate at

8  best.

9      Q.    Okay.  Is it a quarter, 25 percent?

10     A.    I want to qualify this by saying when I

11  began doing expert witness work, I didn't keep

12  track of the cases that I was involved in.

13     Q.    Sure.

14     A.    So I would say that early on I did a lot

15  of personal injury work.

16     Q.    Okay.  And those would be more like

17  emotional harm, emotional distress type cases.

18  Some of those folks may have, in fact, been

19  transgender, but it wouldn't be part of the case,

20  right?

21     A.    Correct.  And medical malpractice cases,

22  some cases about malingering, things of that

23  nature.

24     Q.    Okay.  What about your cases dealing

                                                    Page 20

1    with correctional institutes?

2         A.    I frequently have testified in cases in

3    correctional institutes.

4         Q.    And are those involving gender and

5    gender identity issues?

6         A.    Yes.

7         Q.    Employment discrimination, is that

8    primarily gender and gender diversity issues?

9         A.    Primarily.

10        Q.    Necessity of ID, right, that's like this

11   case, right?

12        A.    Yes.

13        Q.    Gender and gender diversity issues in

14   those cases?

15        A.    Yes.

16        Q.    How many of those cases have you done?

17        A.    I would need to count, if I may.  Would

18   you give me a minute?

19        Q.    Are they the ones that you've identified

20   in your CV?

21        A.    I haven't identified any cases in my CV.

22        Q.    Okay.  Maybe in your report I mean.  Are

23   those the ones that you've identified in your

24   report?  You don't know?

Page 21

1      A.    I'm -- I was the expert witness in the

2   Puerto Rico case, in the Idaho case, in the

3   Michigan case.

4      Q.    This is the -- the Michigan case is the

5   driver's license case?

6      A.    Yes.  And perhaps that's all.

7      Q.    Did you sit for a deposition in the

8   Idaho case?

9      A.    I did not.

10     Q.    What about in the Puerto Rico case?

11     A.    No.

12     Q.    What about in the Michigan case?

13     A.    No.

14     Q.    Is this the first time that you've been

15  deposed in a what you term necessity of ID case in

16  the gender and gender diversity area of expertise?

17     A.    Yes.

18          MS. INGELHART:  Excuse me.

19          MR. BLAKE:  Hold on a second.

20          MS. INGELHART:  Okay.

21          MR. BLAKE:  And if you're going to bring

22  up the cases that are in her CV, we're going to go

23  through those one by one, so there's an opportunity

24  for her to correct the record, that's fine.

Page 22

1            MS. INGELHART:  Sure.  I mean, if we're

2    just going to be going through her report or

3    through these documents, I think we would like them

4    to be introduced as exhibits or else we're kind

5    of --

6            MR. BLAKE:  We are going to be

7    introducing them as exhibits.

8            MS. INGELHART:  Okay.  Because these

9    questions are close to --

10            MR. BLAKE:  I'm just trying to get her

11   background information.  She didn't need to tell me

12   the actual cases, just a number.  You know, it

13   could have been five or three.  Just trying to get

14   a general sense.

15            MS. INGELHART:  Thank you.

16   BY MR. BLAKE:

17       Q.    The PTSD cases, probably not gender

18   diversity cases or are they?

19       A.    Some are and some aren't.

20       Q.    Some people have been harmed or

21   discriminated against and as a result of that

22   discrimination, they've developed some

23   post-traumatic stress disorder related to their

24   gender discrimination, does that encapsulate those

                                        Page 23

1   cases?

2        A.    Would you repeat that question?

3        Q.    Yeah.  I'm just trying to -- you know,

4   PTSD, right, I guess famously is, you know, what

5   returning soldiers suffer when they go to war,

6   right, and they come back and they've experienced

7   some traumatic event and they have post-traumatic

8   stress disorder.  There are, I understand, areas

9   where people can suffer PTSD, right?

10       A.    PTSD or trauma.

11       Q.    Okay.  And you said that some of these

12  PTSD cases arise in the context of your expertise

13  with gender and gender diversity, right?

14       A.    Some.  The majority did not.

15       Q.    Well, I guess instead of me trying to

16  guess, I guess sort of, if you can, generally tell

17  me how or under what circumstances your testimony

18  in PTSD cases overlaps with your expertise of

19  gender and gender diversity issues.

20       A.    I'm sorry, I'm going to ask you to

21  repeat that question again.

22       Q.    That's fine.  I don't mind.

23             You have been used as an expert in

24  cases involving post-traumatic stress disorder,

Page 24

1    correct?

2         A.    Correct.

3         Q.    Some of those cases have involved gender

4    and gender diversity issues, correct?

5         A.    I would say some of those cases have

6    involved people who are transgender and who

7    experienced post-traumatic stress disorder.

8         Q.    Okay.  Can you just generally explain

9    the circumstances I suppose that caused the

10   post-traumatic stress disorder?

11        A.    I can tell you that they differed in

12   every case.

13        Q.    Okay.

14        A.    For instance, a transgender person was

15   killed in one instance.  In other instances, people

16   were threatened with death and physically harmed.

17   People were harassed and tormented, victimized,

18   discriminated against in many, many different ways,

19   in many different scenarios, and each case was

20   different in terms of the particulars of the harms

21   that were done.

22        Q.    Right.  So is the diagnosis of PTSD with

23   a transgender person any different than a diagnosis

24   that you see like, for example, of a returning

Page 25

1    soldier or a family member who's lost a loved one

2    in a traumatic way or is sort of the -- are the

3    symptoms and the sort of the diagnosis and the harm

4    basically the same?

5         A.    The criteria for making a diagnosis of

6    PTSD is published in the DSM-5, however, every

7    person who experiences trauma or PTSD has a

8    different trauma profile.  So people do not

9    experience the same symptoms, even though they may

10   all have the same diagnoses.

11        Q.    Okay.  Is there anything unique about

12   your expertise in the field -- in the area of

13   gender and gender diversity that allows you to, I

14   hate to qualify it, but, you know, make a better

15   diagnosis of a transgender person who has suffered

16   PTSD or would anyone who has a psychology

17   background, you know, with the requisite experience

18   be able to make that diagnosis on a transgender

19   individual?

20        A.    Again, I'm sorry, I don't understand the

21   question the way you phrased it.

22        Q.    You said there was a criteria in the

23   DSM-5 for PTSD.  The way in which you apply that

24   criteria to a transgender person isn't any

Page 26

1  different than you would apply that criteria to a

2  cisgender person, right?

3       A.    Correct.

4       Q.    Okay.  You mentioned the medical mal

5  stuff occurred earlier in your career.  Is there

6  any overlap between the medical mal expertise or

7  expert testimony you've given and your gender and

8  gender diversity expertise?

9       A.    I was disclosed as an expert in a case

10  on behalf of the defense in a medical malpractice

11  lawsuit that was being brought by a transgender

12  person against a surgeon.

13       Q.    And was the surgery, like was it part of

14  their transition or was it just routine surgery

15  like they had to have their spleen removed or

16  something?

17       A.    It was a gender affirming procedure.

18       Q.    Gender affirming procedure, okay.

19            And the plaintiff was the patient

20  and they were alleging that the surgeon providing

21  the operation somehow breached the standard of

22  care?  Does that sum it up at a very high level?

23       A.    No.

24       Q.    Okay.

Page 27

1     A.    I would characterize it as they were

2  unhappy with the outcome of the surgery.  The

3  surgeon did not breach the standard of care and

4  advised the patient that the adverse outcome she

5  experienced was a possibility and very often

6  occurred with the particular surgery she was

7  undergoing and the case settled.

8     Q.    Okay.  Insurance cases, let's set aside

9  the Medicare one for the time being where you

10  talked about, you know, I guess the scrubbing of

11  gender confirmation surgery from the -- is it from

12  ObamaCare, is that what that was about?

13     A.    In 2014, May 30th of 2014 the Medicare

14  exclusion of gender surgery was reversed.

15     Q.    Okay.  So setting that one aside for

16  now, are there other insurance cases you've been

17  involved in?

18     A.    Yes.

19     Q.    What are the nature of those cases?

20     A.    I don't think I can talk about those

21  cases because they're ongoing.

22     Q.    Okay.  So you've got some ongoing cases

23  that involve insurance.  Do they fall within your

24  expertise of gender and gender diversity?

Page 28

1      A.    Yes.

2      Q.    Approximately how many?

3      A.    Approximately three.

4      Q.    Are you plaintiff?  Do you represent the

5  plaintiff or an expert for the plaintiff or the

6  defendant?

7      A.    Plaintiff.

8      Q.    And are they cases against government or

9  insurance companies?

10     A.    Both.

11     Q.    Is the general premise of those cases a

12  claim involving either refusal of coverage or

13  refusal to reimburse for various procedures

14  associated with someone's gender affirmation?

15          MS. INGELHART:  I'm just going to object.

16  You know, answer to the extent you can without

17  breaching that expert attorney privilege, that work

18  product privilege.

19  BY MR. BLAKE:

20     Q.    I just want to say for the record I

21  haven't asked for the names of the cases, the

22  agencies involved or the governments.  I think we

23  are still at a very high level to where, you know,

24  just getting the general issues, the general claims

Page 29

1    is not going to encroach upon any breach of

2    confidentiality, but go ahead.

3         A.    What was the question again?

4         Q.    Yeah, I asked whether or not that the

5    issue in those cases, whether it involved a claim

6    that the agency or government or insurance company

7    wrongfully refused coverage or reimbursement for a

8    procedure involving gender affirmation.

9         A.    That's probably fair, a fair way to

10   characterize two of the three cases.

11        Q.    Okay.  So that seems in line I suppose

12   with your work for the Medicare case where they

13   reversed the coverage for gender affirmation

14   surgery, right?

15        A.    I'm not certain what you mean by in

16   line.

17        Q.    It's a similar -- it sounds like a

18   similar issue, right, your expertise in that area,

19   you know, you've got the Medicare cases and these

20   other cases that you are working with these three

21   that were talking about, those issues have some

22   overlap?

23        A.    I think that's true.

24        Q.    Okay.  The bathroom cases, how many of

1  those have you been involved in?

2       A.    One bathroom case -- two bathroom cases

3  and two locker room cases, locker room/bathroom

4  cases, sex segregated facility cases.

5       Q.    So a total of four?

6       A.    I think that's accurate.

7       Q.    I don't want to split hairs between

8  bathrooms and locker rooms.

9       A.    And I don't want to be overly precise

10  about the number because --

11       Q.    That's fine.

12       A.    -- I may not be recalling accurately.

13       Q.    I'm not going to impeach you based on --

14  like your counsel said, you know, this is -- some

15  of this stuff is disclosed in your --

16       A.    Actually it's more like five because I

17  recall now.

18       Q.    Okay.  Five.  Generally those cases

19  involve --

20       A.    Six.

21       Q.    It's growing.  It's going to be 40 by

22  the end of the deposition.

23              So those cases, those six, the ever

24  increasingly inaccurately in four locker room

Page 31

1    cases, bathroom cases, those generally involve a

2    transgender person who's seeking access to one of

3    those facilities and is denied the access to the

4    bathroom that they -- that matches their gender

5    identity.  Is that more or less accurate?

6         A.    Yes.

7         Q.    I think I understand those.  Those ones

8    have been heavily publicized.

9                   Have you ever served as an expert

10   witness for Stacie Ray or any of the other

11   plaintiffs in this case?

12        A.    No.

13        Q.    Have you ever served as an expert

14   witness for any of the counsel sitting next to

15   you?

16             MS. INGELHART:  Objection.  Answer to

17   the extent that you can, not disclosing expert and

18   attorney work product to the best of your ability.

19   BY THE WITNESS:

20        A.    I have been an expert in cases where

21   I've been retained by the firms that these

22   attorneys are employed by, but I've not met either

23   of these individuals before or been involved with

24   them prior.

Page 32

1    BY MR. BLAKE:

2        Q.    Okay.   That was my next question.

3    Setting aside Kara and Elizabeth, have you ever

4    been retained by the ACLU or Lambda Legal?

5        A.    Yes.

6        Q.    All right.   Approximately how many times

7    have you been retained by the ACLU?

8        A.    In different states primarily in

9    connection with prison work.

10       Q.    Approximately how many times?

11       A.    I have to count on my fingers.

12       Q.    Go ahead and count.   And approximately

13   can be, you know, 5 to 10, 10 to 15, a dozen or so.

14       A.    The difficulty I'm having is that it's

15   my understanding, and I'm not an attorney, that

16   sometimes there's a collaboration and I'm not

17   always aware of who is retaining me or what other

18   firms are involved.

19       Q.    Understood.

20       A.    So I'm not really sure how to answer

21   that.   I recently did a case where I was hired by

22   the ACLU and it was the case that was just

23   mentioned, Monroe v. Jeffries, et al, and there was

24   another law firm that was co-counsel.

Page 33

1    Q.    Understood.  Well, let me ask it this

2    way then.  Maybe this will make it easier for you.

3              All right.  You said you've been an

4    expert 30 to 50 times, closer to 50 than 30.  Can

5    we just call it 41, 42?  Can we call it 42?

6    A.    Let's call it 48.

7    Q.    48, okay.  Much closer to 50.  All

8    right.  So approximately 48 times you've been an

9    expert witness before.

10   A.    In the past ten years.

11   Q.    In the past ten years.

12             Do you know approximately what

13   percentage of those 48 cases have involved either

14   the ACLU or Lambda Legal?

15   A.    No, I don't know.

16   Q.    You have no idea?

17   A.    I would have to make a guess.

18   Q.    Okay.  Do you think it's greater or less

19   than 50 percent?

20   A.    Less.

21   Q.    Do you think it's greater or less than

22   25 percent?

23   A.    Combining those two organizations?

24   Q.    Correct.

1        A.    I would say less.

2        Q.    Still less, okay.  So a handful of times

3   you've been retained by ACLU or Lambda Legal?

4        A.    Yes.  Probably more by the ACLU because

5   they have offices in every state, and I've gone to

6   prisons in some of those states.  I would also like

7   to amend something I said earlier.

8        Q.    Is it now seven bathroom and locker room

9   cases?

10        A.    No.  There's an immigration case in

11   there.

12        Q.    Okay.  Immigration.  Did that involve

13   gender and gender diversity issues?

14        A.    Yes.

15        Q.    How?

16        A.    A transgender person was seeking asylum

17   in the United States.

18        Q.    Okay.  And how did the transgender --

19   how did their gender identity have any impact on

20   whether or not they were entitled to asylum?

21        A.    They were being persecuted in their

22   country of origin, and the other transgender people

23   they had been associating with had been killed or

24   threatened, and they were told that if they weren't

                                                        Page 35

1    going to carry drugs or perform sex acts with the

2    police that they would be murdered, so they fled

3    their country and sought asylum here.

4         Q.    Were they granted asylum?

5         A.    Yes.

6         Q.    That's good news, right?  That's good.

7               You mentioned one medical mal case

8    where you were retained by the defendant.  Of those

9    48 cases or so over the last ten years, how many

10   times have you been retained by defense counsel?

11        A.    In the past, quite a bit actually.

12   There was a -- there is a Chicago firm, a defense

13   firm that I did a number of cases with.

14        Q.    Were those all in the context of medical

15   malpractice?

16        A.    No, they weren't, but they were all --

17   one was personal injury -- a couple were personal

18   injury cases as I recall.

19        Q.    Have you ever been retained as an expert

20   witness by the defendant -- Strike that.

21               You mentioned one medical

22   malpractice case when you were retained by the

23   defendant and that case involved some gender or

24   gender diversity issues, right?

1      A.    Are you referring to the case I

2   described where a transgender individual had a

3   procedure and filed a lawsuit against a physician?

4      Q.    Yes.

5      A.    Yes.

6      Q.    Thank you.

7              Are there any other gender,

8   transgender, gender identity cases where you have

9   represented or been called as an expert by the

10  defense?

11     A.    I've been asked to be an expert in some

12  cases, but I did not -- I wasn't disclosed as an

13  expert.

14     Q.    So you've never been at least retained

15  as a testifying expert in any cases for defendants

16  involving gender issues except for the one medical

17  malpractice case that we've already discussed?

18     A.    Correct.

19     Q.    Have you -- Well, the 48 cases or so

20  that we have talked about, does that include

21  testifying and nontestifying expert?

22     A.    Yes.

23     Q.    Okay.  Do you know approximately the

24  proportion of those 48 cases where you've been

Page 37

1    called as a testifying expert?

2          A.    By testifying, are you --

3          Q.    An expert that would be disclosed.

4          A.    Oh, I was disclosed in all those cases.

5          Q.    You were disclosed in all 48?

6          A.    Yes, but I didn't offer testimony in all

7    48.

8          Q.    Is that because the case just didn't get

9    that far?

10         A.    In some cases I gave a report and in

11   some cases the case settled or I simply didn't

12   testify.

13         Q.    So had those cases gone to trial, those

14   48, you would have testified at some point, likely

15   your deposition would have been taken or you would

16   have been called as a witness or something like

17   that, right?

18         A.    Correct.

19         Q.    At least that was your understanding?

20         A.    That was my understanding.

21         Q.    So you mentioned that you've been asked

22   by defendants to be an expert but ended up not

23   giving testimony.  Is that because the case settled

24   or just somehow was disposed of before you had the

1  opportunity to testify or were you just a

2  consultant?

3       A.    A consultant.  I reviewed the records

4  and didn't feel that my expertise would be

5  meaningful in that case.

6       Q.    Is that because you didn't have the

7  requisite expertise or you disagreed with the

8  position that the defendant was taking?

9       A.    Probably both.

10       Q.    And all those cases were in the context

11  of a gender and gender diversity, your gender and

12  gender diversity expertise, right?

13       A.    I'm sorry, in all what cases?

14       Q.    The cases where you were asked, reviewed

15  the record and declined to be the expert, were all

16  those cases gender and gender diversity cases?

17       A.    No.

18       Q.    Okay.  Are they just kind of spread kind

19  of generally all around the areas that you have

20  testified in?

21       A.    The ones that I'm recalling were in the

22  areas of medical malpractice and trauma, personal

23  injury.

24       Q.    Okay.  So never a case like this one

Page 39

1  where you talk about, you know, an ID case, right,

2  the necessity of an ID?

3       A.    Right.

4       Q.    Or what about any other challenge to a

5  government regulation or law or anything like

6  that?

7       A.    I'm sorry, I don't understand what

8  you're asking me.

9       Q.    Let me ask you this:  Have you ever

10  served as an expert witness in a case involving a

11  challenge to a law?

12       A.    To a law?

13       Q.    Yes.

14       A.    I believe that I'm involved in cases now

15  that challenge the law.

16       Q.    Okay.  And again I'm not trying to be

17  tricky.  You know, I can ask the same question I

18  suppose with regards to regulations and policies

19  and things of that nature, but, I mean, for your

20  purposes, do you really distinguish between those

21  three?

22       A.    Yes.

23       Q.    Okay.  So then same question, have you

24  ever served as an expert witness in a case

Page 40

1    involving a challenge to a governmental regulation?

2          A.    Presently, yes.

3          Q.    Presently.  And I guess I should say not

4    counting this case, all right, because I don't

5    know, but, you know, some of the other cases that

6    you're talking about that you've been hired to be

7    an expert challenging a law or regulation.

8          A.    I guess I'm unclear about legally what's

9    meant by regulation.

10         Q.    Sure.  Let's just talk about cases then

11   where the government is a defendant.  You mentioned

12   the Idaho case, the Puerto Rico case, the Michigan

13   case and this case, right?

14         A.    Yes.

15         Q.    Are there any other cases where you've

16   been retained as a testifying expert where a

17   government, federal, state, local or otherwise was

18   the defendant?

19         A.    I believe so.

20         Q.    Of those cases where the government was

21   the defendant, how many involved gender

22   transgender, gender diversity issues?

23         A.    I'm having some difficulty with this

24   question.  I can say for certainty that, for

Page 41

1   example, I was an expert witness in a case where

2   Chelsea Manning was involved in a lawsuit against

3   the government so that's clear to me, and many

4   times, oftentimes I'm involved in cases that

5   challenge state department of correction policies.

6        Q.    I was going to ask, right, do a lot of

7   these occur in the context of your work in the

8   corrections field?

9        A.    Many, many do.

10       Q.    Okay.  And a lot of those are gender

11  cases?

12       A.    Right.  I also think that my opinion is,

13  and I hope that someone will correct me if I'm

14  speaking out of turn, that it's okay to disclose I

15  was the expert in the North Carolina case which was

16  against I think proposed law or regulation.  I'm

17  not sure.

18       Q.    Right.  I think that law was enacted,

19  but then it was stayed and then it went up and then

20  it went down.

21       A.    Right.  And the Graham Grimm.

22       Q.    I think you're right, Grimm.

23       A.    Graham?

24       Q.    I think Grimm was the plaintiff.

Page 42

1          MS. INGELHART:  Gavin.

2          MR. BLAKE:  Gavin Grimm.

3          THE WITNESS:  Gavin Grimm, that case.

4     And the immigration case was against the

5     government.

6     BY MR. BLAKE:

7          Q.    Have you ever been an expert witness,

8     and you said there were many, many cases where the

9     government has been a defendant.  Have you ever

10    been retained as an expert by a government in a

11    case either on the plaintiff or defendant's side?

12         A.    I've been a court appointed expert.

13         Q.    In what case were you a court appointed

14    expert?

15         A.    In Sania versus Turko.

16         Q.    What did that case --

17         A.    I think at that time I think it was

18    Sania versus Bender.  It was a prison case.

19         Q.    Okay.  Do you get a lot of your

20    correction cases through court appointments?

21         A.    No.

22         Q.    How many court appointed cases have you

23    had?

24         A.    I think that was the only time that the

Page 43

1    court actually appointed me as an expert.

2        Q.    Okay.  So there was one time the court

3    just knew about your work in the corrections field,

4    appointed you as an expert and the party that you

5    happen to represent or be an expert for was

6    government, right?

7                MS. INGELHART:  Objection,

8    mischaracterizes her prior testimony.  You can

9    answer.

10   BY THE WITNESS:

11       A.    I don't think that's an accurate

12   characterization.

13   BY MR. BLAKE:

14       Q.    Okay.  Well, I guess was that -- what

15   state was that for?

16       A.    Massachusetts.

17       Q.    Okay.  Did that case involve a

18   transgender individual?

19       A.    Yes.

20       Q.    Was the transgender individual the

21   plaintiff or the defendant?

22       A.    Plaintiff.

23       Q.    And they were seeking some claim against

24   state government, right?

Page 44

1      A.    Correct, Department of Corrections.

2      Q.    And how did you get called as a -- how

3  did you get appointed by the court?

4      A.    The experts that had been previously

5  testifying in the case had been going back and

6  forth for approximately ten years and the judge

7  determined that it was time to bring in an

8  independent expert.

9      Q.    So you were like the tie breaker?

10     A.    I was the tie breaker but then

11  unfortunately the judge retired and so the case

12  went back to the beginning, but then a new firm

13  hired me since I had experience with the plaintiff

14  who constantly needed to be evaluated.

15              I'm going to ask for a brief break,

16  and I'm going to ask if someone would refill my

17  water.

18     Q.    Sure.

19                    (Whereupon, a short break in

20                    the proceedings was taken.)

21          MR. BLAKE:  Back on the record.

22  BY MR. BLAKE:

23     Q.    Just to recap, the only case where

24  you've represented a government entity is this

Page 45

1   Massachusetts case involving the corrections

2   issues, right?

3        A.    No.

4        Q.    Okay.  You've represented the government

5   in other cases -- Sorry.  Represent is the wrong

6   word.  You've been an expert for the government in

7   other cases?

8        A.    I wasn't an expert for government in

9   that case.

10       Q.    You weren't?

11       A.    No.  I was appointed by the court.

12       Q.    But not for or against the government,

13  you were just like a --

14       A.    Independent.

15       Q.    Special master, does that ring a bell?

16       A.    No.

17       Q.    Okay.  It's not important.  Thank you

18  for clarifying that.

19              So have you ever been an expert on

20  behalf of any government?

21       A.    No.

22       Q.    So I take it whenever you've been an

23  expert and the government has been a defendant,

24  your opinion has always been that the government is

Page 46

1   liable or in the wrong; is that accurate?

2           MS. INGELHART:  Objection, vague.  You

3   can answer.  Objection, that also calls for a legal

4   conclusion, but you can answer.

5   BY THE WITNESS:

6       A.   I've been retained by the plaintiff and

7   some of those cases have involved state or federal

8   agencies that were defendants.

9   BY MR. BLAKE:

10      Q.   And you've always provided expert

11  opinions that support the party that retains you,

12  right?  Is that a fair assumption?

13      A.   No, not if I don't -- if my opinions or

14  if the information that I reviewed doesn't comport

15  with my opinion, then no.

16      Q.   Has your opinion ever supported the

17  position of the state or federal government in

18  those cases you've mentioned where those entities

19  are defendants?

20      A.   In some cases I've refused to be an

21  expert because after reviewing or hearing the case,

22  I have not felt that I could opine in a way that

23  would allow the plaintiff to be successful in their

24  lawsuit.

Page 47

1       Q.     To prevail?

2       A.     Uh-huh.

3       Q.     Have any of the cases where you've

4    refused to be an expert for the plaintiff, have any

5    of those cases involved a government defendant?

6       A.     I don't know.

7       Q.     You can't recall any?

8       A.     I can't recall.

9       Q.     Have any of the cases where you've

10   refused to be an expert for the plaintiff involve

11   transgender issues?

12      A.     Yes.

13      Q.     Do you know approximately how many

14   times?

15      A.     I know at least two or three times.

16      Q.     Did any of those cases involve -- Well,

17   can you tell me what category of cases those

18   involved?  Were they PI cases, correction cases,

19   discrimination cases?

20      A.     They were correction cases and PI

21   cases.

22      Q.     You've rendered an opinion in this case,

23   right?

24      A.     Yes.

Page 48

1      Q.    Have you been asked to provide your

2  expert opinion on how the Department of Health's

3  refusal to change the sex identifier on a birth

4  certificate based on an individual's gender

5  identity affects transgender individuals?

6      A.    Yes.

7      Q.    Did you conclude that not having a birth

8  certificate that reflects a person's gender

9  identity causes such individuals harm?

10     A.    Yes.

11     Q.    Is that the only opinion you were asked

12 to render in this matter?

13           MS. INGELHART:  Objection, vague,

14 attorney work product.  Answer to the extent you

15 can do so without revealing communications with --

16           MR. BLAKE:  I will retract the question.

17 BY MR. BLAKE:

18     Q.    Did you render any other opinion in this

19 matter?

20     A.    That was the primary opinion that I

21 was -- primarily what I was asked to opine on.

22     Q.    And did you reduce that opinion and any

23 sub-opinions into writing?

24     A.    I produced a report in this case.

Page 49

1      Q.    And that's where all of your expert

2   opinions are reflected in the report, right?

3      A.    Yes.

4      Q.    You are being compensated for rendering

5   your opinion in this matter, right?

6      A.    Yes.

7      Q.    We can look at the report, if you want.

8   I think you disclose what the -- it's not in that

9   stack of documents, but do you just offhand recall

10  what your rate of compensation is?  If you want to

11  refer to your report, I'm happy to provide it to

12  you too.

13     A.    Well, I would prefer to refer to the

14  report.  I recall that my fee for generating the

15  report was $400 per hour.

16     Q.    Okay.  Do you have any idea what you've

17  billed to date?

18     A.    Not offhand I do not.

19          MR. BLAKE:  Okay.  This is going to be

20  Exhibit 11.

21                    (Document marked as Defendant's

22                    Exhibit No. 11.)

23  BY MR. BLAKE:

24     Q.    What has just been handed to you has

1    been marked as Defendant's Exhibit 11 which I'll

2    represent to you is a copy of your expert report

3    along with Exhibits A and B which are your CV and

4    bibliography that were produced or disclosed at the

5    same time as your report.  Have you seen this

6    document before?

7           A.    Yes.

8           Q.    And let me just clarify because when I

9    started referencing this document, you reached for

10   the other documents that are in front of you.

11   Those documents in front of you are a selection of

12   exhibits which have already been produced during

13   depositions in this case.  We may refer to some or

14   all of them during the course of the deposition.  I

15   just wanted to put those in front of you so you had

16   them handy if we go back to them.

17          A.    I understand.

18          Q.    Okay.  And we were talking about your

19   rate of compensation.  If you would go to Page 2 of

20   your report, Paragraph 6, you've indicated what

21   you're being compensated for in this case; is that

22   accurate?

23          A.    Yes.

24          Q.    And you can leaf through this exhibit

Page 51

1    briefly, if you would like, and, you know, just to

2    confirm, this is a true and accurate copy of your

3    report, your CV and your bibliography, noting the

4    amendments or extra items added at the beginning of

5    the deposition by your counsel.

6           A.    There's a slight addition to No. 11.

7           Q.    Paragraph 11?

8           A.    Correct.

9           Q.    On Page 3?

10          A.    Yes.

11          Q.    Okay.

12          A.    I've also lectured in South America.

13          Q.    Very good.  Anything else?

14          A.    The rest is accurate as it is.

15          Q.    If you go to the front page of the

16   report, look at Paragraph 4, you state that the

17   materials you considered in forming your opinions

18   are listed in Exhibit B or referenced in the

19   report.  Do you see that?

20          A.    Yes.

21          Q.    Let's just briefly turn to Exhibit B for

22   the moment.  It's nine pages from the back or

23   something like that.  Exhibit B is the

24   bibliography.  Let me know when you're there.

Page 52

1          A.    I'm there.

2          Q.    Okay.  You've listed approximately 50 or

3    so different books and articles and publications in

4    this bibliography, is that about right?

5          A.    Approximately.

6          Q.    And some of these items were written by

7    you, right?

8          A.    Yes.

9          Q.    Others were written by different people,

10   correct?

11         A.    Correct.

12         Q.    Now, I know you said in Paragraph 4 that

13   the materials you considered in forming your

14   opinions were listed in Exhibit B, but you didn't

15   review all of these materials like in preparation

16   of this report, right?

17         A.    Correct.

18         Q.    These are materials that represent some

19   of the items that you reviewed or digested I

20   suppose over the course of your career studying

21   transgender and gender issues, right?

22         A.    These are the primary sources that

23   inform my opinions in the whole area of gender

24   incongruity and gender diversity.

Page 53

1      Q.    If you were going to put together a
2  course of study on those issues, this would be a
3  nice library of information, right?
4      A.    Depending on the course.
5      Q.    Depending on the course?
6      A.    I might pick and choose some other
7  materials that I have in my library at my office.
8      Q.    Okay.  And these aren't the only
9  materials that you have studied in your career,
10  right?
11      A.    Correct.
12      Q.    You've obviously studied probably a
13  whole bunch of other documents, books, articles in
14  the field of general psychology and PTSD and the
15  areas of expertise that we talked about, right?
16      A.    Absolutely.
17      Q.    Okay.  If you turn to Page 2 of the
18  bibliography, there are four items towards the top
19  that you've listed that you've authored or
20  co-authored, do you see those?
21      A.    I do.
22      Q.    Why these four?
23      A.    Specifically the books that I've
24  authored?

1       Q.    Yeah.  Why did you identify -- Well,

2   are these the only items that you have written

3   related to gender or gender identity, transgender

4   issues?

5       A.    No.

6       Q.    So why did you identify specifically

7   these four in this bibliography?

8       A.    Gender Loving Care, the first one,

9   contains, beginning on Page 30 of that book, the

10  narrative of the attempts to change a person's

11  gender identity and the futility of those changes

12  or those attempts which is referenced in my report

13  when I discuss the history of the -- our

14  understanding of the etiology of gender dysphoria.

15              The second one listed here, "Secrecy

16  and the Pathophysiology of Hypertension" is

17  referred to in this report when I discuss how fear

18  of revealing a private issue, what my gender

19  identity is and what I've done to change my

20  anatomy, causes an increase in the risk of

21  hypertension to the extent of a hundred percent.

22      Q.    Okay.

23      A.    The third is a textbook written by

24  Italian colleagues in which I contribute a lengthy

Page 55

1    and very descriptive chapter on the brain

2    differences and the etiology of what we then call

3    transsexualism, what we now call gender dysphoria.

4                    And the fourth is a chapter that I

5    co-authored with my colleague in Madrid who

6    actually has done the functional magnetic resonance

7    imaging studies and we collaborated on producing

8    that chapter and incorporating those brain studies

9    in that very recent work which is a textbook used

10   in medical and surgical curricula.  That is why

11   those four are listed.

12       Q.    Okay.  You said the terminology for

13   transsexualism has changed to gender dysphoria; is

14   that right?

15       A.    Correct.  We moved away from the term

16   transsexual.

17       Q.    But those are -- Well, when did that

18   change occur approximately?

19       A.    It's not a -- there's no sort of

20   literal, but the term has been abandoned because it

21   conflates transgender and sexuality which are

22   unfortunately often conflated by people and further

23   increases misunderstanding about this misunderstood

24   area of human behavior.

1        Q.    Okay.  But I guess for the purposes of

2    things you've written, if you have written

3    something and you refer to transsexualism, that

4    also means gender dysphoria?  They are synonyms?

5        A.    Severe gender dysphoria and transsexual

6    are synonyms, although you won't see the word

7    transsexual like in the DSM-5, for instance.

8        Q.    They use --

9        A.    Gender dysphoria.

10       Q.    Or in the DSM-4 they use something else,

11   right?

12       A.    Gender identity disorder which is a

13   different -- it's not just a change in the

14   nomenclature.

15       Q.    Oh, it's actually a --

16       A.    There's a conceptual difference.

17       Q.    It's a different diagnosis?

18       A.    They're conceptually different.  It's

19   not just a change in the name.

20       Q.    Does the DSM-5 contain both?

21       A.    No.

22       Q.    Okay.  Do you know what the reason for

23   the change was?

24       A.    I do.

Page 57

1          Q.    Go ahead.

2          A.    The change was brought about by our

3    evolving understanding that people's identities are

4    not disordered, which was what was implied in

5    gender identity disorder, which would mean that

6    that was a permanent condition, someone's identity

7    is disordered.

8                     Rather, gender dysphoria in the

9    DSM-5 is characterized as a medical condition which

10   has attendant psychiatric problems which usually

11   ensue from social problems that are created and

12   accompany the diagnosis, but the criteria is the

13   distress that a person experiences and so that is

14   why the change occurred.

15         Q.    Okay.  I'll pretend I understand that

16   for now.  It seems very nuanced to say the least.

17         A.    The change also occurred in the World

18   Health Organization and how they characterized

19   gender dysphoria.

20         Q.    Okay.  Of the items that you've

21   identified in your bibliography, did you review any

22   of them specifically in relation to your retention

23   as an expert in this case?

24                    MS. INGELHART:  Objection, vague, but you

Page 58

1    can answer.

2    BY THE WITNESS:

3         A.    I would look through them if you'll give

4    me permission.

5    BY MR. BLAKE:

6         Q.    Sure.  Yeah.  I asked the question.

7         A.    Yes, I reviewed the DSM-5 which is on

8    Page 1.  And if you're asking specifically for this

9    deposition, Principles of Transgender Medicine and

10   Surgery, the second edition.

11        Q.    Sorry.  Which one is that?

12        A.    That's on Page 2.

13        Q.    Let me see if I can find that one.

14        A.    It's under Ettner.

15        Q.    Oh, got it.  That's the MRI study one,

16   right?

17        A.    That's part of what is contained in that

18   book.  It's a textbook that contains --

19        Q.    A lot of material?

20        A.    -- a lot of material.

21        Q.    All right.  So before we move onto the

22   next one, what in -- Well, actually let's just

23   finish what you're doing and we'll go through each

24   of those.

Page 59

1      A.    I'm done.  Those are the only things I

2  really looked at prior to the deposition.

3      Q.    Perfect.  With the DSM-5, what parts of

4  that did you review?

5      A.    I reviewed the footnote, I think it's on

6  Page 457, that talks about the heritability and the

7  genetic -- potential genetic components of the

8  condition that the DSM-5 was beginning to

9  acknowledge in 2013 when it was published.

10     Q.    Okay.  To your knowledge, has a genetic

11  component been identified?

12     A.    There have been several studies which

13  have -- and you can see if we turn again to this

14  bibliography, Hare, H-a-r-e, is one researcher who

15  that has found a genetic allele that is associated

16  with gender dysphoria in individuals who are

17  assigned male at birth but are female.  That group,

18  Hare, et al, have isolated an allele.

19            And there is another study listed

20  here where they've also, I believe it's Australian

21  researchers, who -- Let's see.  Which study is it?

22  Yes, Bentz, the Bentz Group on Page 1.  They have

23  found a gene -- just in layman's terms I'm going

24  to -- I'm not a geneticist, so I don't -- I have

Page 60

1    only a very broad understanding of the alleles

2    involved here, but it's related to sex steroid

3    metabolism but only in those individuals who are

4    assigned female at birth and have a male gender

5    identity.

6         Q.    So there's some studies that suggest a

7    potential genetic --

8         A.    Correct.

9         Q.    -- component of transgender individuals,

10   but you're not a geneticist, right?

11        A.    Those are the twin studies which

12   indirectly implicate genetics because twins have a

13   high concordance for gender dysphoria, and that's

14   what's alluded to in the DSM-5.

15        Q.    So the DSM-5's reference --

16        A.    Is to the twins studies.

17        Q.    It's 2013.  It comes after the Bentz

18   study, but to your knowledge, the DSM-5 doesn't

19   incorporate the Bentz "A Polymorphism of the CYP17

20   Gene Study," right?

21        A.    Not specifically.  The twin studies have

22   been replicated over and over by many different

23   researchers, most significantly Milton Diamond

24   who's done the largest studies, but others such as

Page 61

1    Gomez-Gil have noted that the likelihood of someone

2    having -- someone who's transgender having a

3    sibling who's transgender is five times that of the

4    general population which implicates a genetic

5    component to the condition.

6         Q.    That's the conclusion of Diamond?

7         A.    No, that's the conclusion of other

8    researchers, Richard Green and Gomez-Gil.  So

9    there's been many studies along these lines by

10   different groups throughout the world.

11        Q.    So the DSM when it references the

12   potential for genetic component --

13        A.    As a footnote.

14        Q.    -- as a footnote, your understanding is

15   that that is in reference to the 2013 Diamond study

16   regarding the transsexuality among twins which

17   you've referenced on Page 2?

18        A.    And other investigators.  I don't think

19   it mentions Diamond per se, but there's an

20   assemblage of research on twins.

21        Q.    I'm looking at --

22        A.    Diamond studies.

23        Q.    -- the bottom of Page 2, there's a

24   Gomez-Gil.

Page 62

1      A.    Gomez-Gil, yes.

2      Q.    "Familiarity of Gender Identity Disorder

3  in Non-Twin Siblings," is that the one you're

4  referring to?

5      A.    That's one of the groups that has done

6  that work.  Also Richard Green did that work as

7  well.

8      Q.    On Page 3, Richard Green, "Family

9  Co-Occurrence of Gender Dysphoria:  Ten siblings of

10  Parent-Child Pairs."  Those are the ones?

11     A.    Those are the ones I've listed, uh-huh.

12     Q.    Those are the ones that --

13     A.    I'm most familiar with.

14     Q.    -- that you're most familiar with?

15     A.    Yes.

16     Q.    And probably based on the date of

17  publication for the DSM-5, the Gomez-Gil and the

18  Green studies would have been available at the time

19  of publication, right?

20     A.    Oh, yes.

21     Q.    The Diamond study, it's hard to tell,

22  but they appear to have been published in the same

23  year as the DSM so maybe less so the Diamond study,

24  but certainly Gomez-Gil and Green were available,

1   right?

2       A.    And there is -- As I say, there are many

3   researchers who have done similar studies, but I'm

4   less familiar with those studies than I am -- I

5   know Milton Diamond.  Many of these people are my

6   colleagues.

7       Q.    Did you -- You didn't provide an expert

8   opinion on whether or not gender dysphoria has a

9   genetic basis, right?

10      A.    I have provided that expert opinion.

11      Q.    In this case did you provide an opinion

12  that gender dysphoria has a genetic basis?

13      A.    Not a genetic basis.  Neurobiological

14  basis is how I think I would phrase it.

15      Q.    Because you're not a --

16      A.    Geneticist.

17      Q.    You're not a geneticist, right?

18      A.    Correct.

19      Q.    All right.  Other than the DSM and the

20  Principles of Transgender Medicine and Surgery, did

21  you review any other materials in preparing your

22  report in this matter?

23      A.    Yes.

24      Q.    Before we get into that, what parts of

Page 64

1    the Principles of Transgender Medicine and Surgery

2    did you review?

3         A.    The first chapter.

4         Q.    What does that relate to?

5         A.    Theories of the etiology of gender

6    dysphoria.

7         Q.    Is that the chapter that you authored?

8         A.    With a colleague, co-authored.

9         Q.    And what is etiology?

10        A.    Origin.

11        Q.    Specifically how was the origin of

12   transgenderism relevant to your opinion?

13        A.    It's relevant because given that gender

14   dysphoria is caused by an interaction of hormones

15   and the developing brain, it's immutable.

16        Q.    Okay.  So that chapter, the first

17   chapter of Principles of Transgender Medicine and

18   Surgery relates to your conclusion that gender

19   identity is immutable?

20        A.    Correct.

21        Q.    All right.  What other materials did you

22   review?

23        A.    I reviewed, in addition to my expert

24   report, the report of Dr. Nick Gorton.  I reviewed

Page 65

1    the complaint in this case.  I reviewed a report by

2    the defendant's expert.

3        Q.    Dr. Van Meter?

4        A.    Yes.  And the rebuttal addendum, and I

5    reviewed the judge's opinion.

6        Q.    Did you review any of plaintiffs'

7    discovery responses?

8        A.    No.

9        Q.    Did you conduct any interviews of any of

10   the plaintiffs?

11       A.    No.

12       Q.    And in your review of the Gorton expert

13   report, the Van Meter report, the complaint and the

14   judge's opinion, did you take any notes?

15       A.    No.

16       Q.    Have you ever met any of the plaintiffs

17   in this matter?

18       A.    No.

19       Q.    So I take it you haven't conducted any

20   medical or psychological examinations of the

21   plaintiffs?

22       A.    I have not.

23       Q.    Did counsel for plaintiffs provide you

24   with any other materials besides the things that

Page 66

1   you've listed today?

2       A.    No.

3       Q.    Since rendering your written opinion

4   which is now marked as Defendant's Exhibit 11, have

5   you reviewed any additional materials in connection

6   with this matter?

7       A.    Since rendering this opinion?

8       Q.    Yes.

9       A.    Yes.

10      Q.    Okay.  What else have you reviewed?

11      A.    Dr. Gorton's report and all of the

12  other -- with the exception of the complaint, all

13  of the other documents that I previously listed.

14      Q.    Now I understand.  Chronologically that

15  obviously makes sense.  Before you rendered your

16  opinion, you looked at the complaint?

17      A.    Correct.

18      Q.    And the items in the bibliography we

19  just discussed.  After your report, Dr. Van Meter's

20  report, you received that; Dr. Gorton's report, you

21  received that; and obviously the judge's recent

22  opinion, you received that, right?

23      A.    Yes.

24      Q.    Okay.  Anything else?

Page 67

1      A.    No.

2      Q.    Okay.  And just to make sure that the

3  record is clear, you haven't spoken to anyone else

4  other than counsel in connection with this matter

5  since rendering your opinion; is that accurate?

6      A.    Yes.

7      Q.    All right.  Let's go to Exhibit A to

8  your report which is your CV.  I'm not interested

9  in replowing a lot of the same ground that we've

10 already covered, and I don't anticipate spending a

11 long time on your CV, but just a few kind of basic

12 questions.

13           Is your CV still true and accurate?

14     A.    Yes.  There's one addition, one minor

15 addition.

16     Q.    Okay.

17     A.    A presentation that I gave that's not

18 listed here.

19     Q.    All right.  Which one is that?

20     A.    It's the presentation I gave in Miami of

21 this year to the American Academy of Plastic

22 Surgeons.

23     Q.    Okay.  Of course they would meet in

24 Miami.  The deponent is shaking her head yes.

Page 68

1        A.     They met in the summer in Miami.

2        Q.     Well, it's always Miami.

3               What was the title of that

4   presentation?

5        A.     "The Transgender Patient."

6        Q.     And I take it that that presentation was

7   mostly dedicated to the specific procedures that

8   plastic surgeons are involved in when someone is

9   doing their gender affirmation surgery, right?

10       A.     Yes.

11       Q.     That makes sense.

12              Just looking at the top block of

13  information here, positions held and I guess

14  clinical and professional experience, together that

15  forms I think what we can loosely call your

16  employment experience, right?

17       A.     Yes.

18       Q.     You've never worked as a medical doctor,

19  right?

20       A.     Pardon me?

21       Q.     You have never worked as a medical

22  doctor?

23       A.     I am not a medical doctor.

24       Q.     And like you said before, you don't have

1   any expertise as a molecular geneticist, right?

2        A.    Correct.

3        Q.    And you don't have any experience as an

4   endocrinologist, right?

5        A.    I have experience with endocrinology.  I

6   am not an endocrinologist.

7        Q.    Right.  Your husband is, right?

8        A.    No.

9        Q.    No, he's not?

10       A.    No.

11       Q.    I'm sorry.  You're married, right?

12       A.    Yes.

13       Q.    Okay.  I just noticed that your --

14       A.    My husband is a primary care physician.

15       Q.    Ahh, he's a primary care physician.  You

16   had written an article with him, right?

17       A.    Yes.

18       Q.    Okay.  I just -- I guess I misunderstood

19   when I looked him up what his job was.  Fair

20   enough.

21            So he's not an endocrinologist

22   either, right?

23       A.    No.

24       Q.    We talked before about your areas of

Page 70

1    specialty within the field of psychology.  Do any

2    of those areas have like a special certification or

3    a license that you obtained?

4        A.    I have a certification from WPATH.  I'm

5    certified as a WPATH provider which is a new or

6    relatively new certification program that they've

7    undertaken, and I have been designated as a fellow

8    and diplomat in the clinical evaluation and trauma

9    and post-traumatic stress disorder as mentioned

10   previously.

11       Q.    WPATH is the World Professional

12   Association of Transgender Healthcare, right?

13       A.    Correct.

14       Q.    And I see this fellow and diplomate in

15   trauma/PTSD listed under positions held.  I don't

16   see the WPATH provider listed.

17       A.    It says Global Education Initiative

18   Committee.

19       Q.    Okay.  That's the --

20       A.    I have been grandfathered into the

21   certification program and was one of the founding

22   educators in that program.

23       Q.    So the Global Education Initiative

24   Committee is morphed into the WPATH provider

Page 71

1   certification?

2        A.    The Global Education Initiative

3   Committee is an attempt to educate providers

4   throughout the world about providing care to

5   transgender patients, and there's coursework.  We

6   teach courses to endocrinologists, surgeons,

7   nurses, physical therapists, lawyers, people who

8   work with, military people, who work with

9   transgender individuals.

10                And ultimately if they take all of

11  the coursework, pass a test and get supervision,

12  they can receive a certificate that they are a

13  certified WPATH provider.

14       Q.    Okay.  And so you are one of the

15  instructors?

16       A.    Correct.

17       Q.    You obviously have received a

18  certificate?

19       A.    Yes.

20       Q.    The certificate is issued by this

21  committee --

22       A.    By the organization.

23       Q.    And the organization is WPATH?

24       A.    Yes.

Page 72

1      Q.    Okay.  And you had a hand or a part in

2   shaping the curriculum for the committee?

3      A.    Yes.  Yes, that's correct.

4      Q.    Okay.  Who else -- How many members are

5   on the committee?

6      A.    On the actual committee?

7      Q.    Yes.

8      A.    Let me count on my fingers now.

9      Q.    Okay.

10      A.    Ten people serve on the committee, and

11   there are other people who have often trained.  So

12   we have someone training now, for instance, in

13   Kazakhstan, but there are ten people that actually

14   are on the committee, meet monthly, update the

15   curriculum and the slides, and some are mentors, et

16   cetera, et cetera.

17      Q.    Who is responsible for selecting the

18   curriculum for this WPATH provider certification?

19      A.    Specialists in each particular area.

20      Q.    Are they all committee members?

21      A.    I would say they are, although at times

22   we might ask someone else to weigh in.

23            So, for instance, our colleagues in

24   Europe do not have the same hormone preparations

1  that we have here in the U.S., so if we're giving a

2  talk in Amsterdam, we might ask them what the

3  generic name for a specific pharmaceutical product

4  that we get here is.  They are not a member of the

5  committee, but they are an expert in endocrinology

6  and a WPATH member.

7       Q.    Got it.  Does the WPATH provider

8  certification, is that recognized by the APA?

9       A.    The APA recognizes the WPATH guidelines

10  which are the standards of care and endorses them,

11  as do many other organizations, and so GEI is based

12  on our standards of care.

13       Q.    What is a GEI?

14       A.    This Global Education Initiative that we

15  teach is based on the standards of care which has

16  been translated into 15 languages and informs care

17  throughout the world.

18       Q.    All right.  So WPATH has created a

19  standard of care and APA has, I don't know what the

20  word you use, approved -- what was the word you

21  used?

22       A.    Endorsed, as has World Health

23  Organization, the American Psychiatric Association,

24  American Academy of Family Physicians, National

Page 74

1    Committee on Correctional Healthcare, American

2    College of Plastic Surgeons, et cetera, et cetera,

3    et cetera, many organizations, National Association

4    of Social Workers.

5                    All of the major medical

6    organizations adopt and follow and encourage

7    individuals to follow the guidelines that the

8    standards of care provide which are promulgated by

9    WPATH.

10        Q.    When we say standards of care, just so

11   the record is clear, we're talking about standards

12   of care for transgender individuals, right?

13        A.    Transgender, gender nonconforming, yes,

14   and --

15        Q.    The host of gender identity issues?

16        A.    Correct.  And we're talking now about

17   the 7th iteration of the standards of care.

18        Q.    And the GEI, the Global Education

19   Initiative Committee, based its WPATH provider

20   curriculum on the standards of care?

21        A.    Correct.

22        Q.    Okay.  But the APA hasn't specifically

23   endorsed the curriculum that the Global Education

24   Initiative Committee came up with, correct?

Page 75

1      A.   I don't know that they have or have not.
2   They do give credit for it.  The APA gives credit
3   for it.  They give CE credits for it, and they
4   attend our core courses.
5      Q.   As a psychologist, like a lot of
6   professional careers, you're required to maintain
7   some amount of continuing education after you get
8   your degree?
9      A.   Correct.  So you would get CME credit if
10  you're a medical provider, CE credit if you are --
11  et cetera.
12     Q.   The classes that WPATH puts on as part
13  of this initiative count towards whatever the
14  annual or bi-annual requirement is?
15     A.   That's correct.
16     Q.   Okay.  But you're not aware one way or
17  the other whether the APA says, yeah, we recognize
18  that as a certificate that would say make you an
19  expert on providing care to transgender
20  individuals?
21     A.   Well, they do because the person who
22  makes that determination has met with our executive
23  director.  I'm not privy to those exact
24  conversations, but, yes, and on that basis they

Page 76

1    grant CE credit.

2         Q.    All right.  There's not any sort of like

3    APA guideline or statement saying, you know, WPATH

4    provider is a certification we recognize and

5    endorse?

6         A.    There is a statement by the APA that

7    does talk about WPATH and the standards of care,

8    but I believe that the Global Education Initiative

9    is new enough that they've not issued a statement

10   about that in particular.

11        Q.    All right.  I understand.  Thank you for

12   that clarification.

13               Professional affiliations on Page 8

14   of your CV, if you could turn there and let me know

15   when you're there.

16        A.    I'm there.

17        Q.    Are these still current?

18        A.    To the best of my knowledge.  I may not

19   have paid my dues for the Scientific Study of

20   Sexuality, but I believe that I'm current.

21        Q.    Better get on that.

22               I don't want to divulge or diverge,

23   I don't know, I don't want to divulge or diverge

24   into, you know, some, I don't know, frolic, about

Page 77

1    why are you a member of the Screenwriters and

2    Actors Guild?

3         A.    Because I frequently -- in the past, I

4    frequently appeared on television.

5         Q.    Oh, okay.  That's fun.

6               And so you just joined SAG, right,

7    it's called for shorthand SAG in order to --

8         A.    Receive payment for those appearances.

9         Q.    Is that part of like you're required if

10   you are going to be on television you have to join

11   it?

12        A.    No.  No.  But if you want to get paid,

13   you have to be a member.

14        Q.    Is it like a union thing?

15        A.    That's a good question.  Off the

16   record?

17        Q.    I will tell you what, we are on the

18   record.  Let's not go off the record to talk about

19   this.

20        A.    Okay.

21        Q.    It's funny.  You know, I'm interested.

22   It's just kind of -- it's an interesting thing,

23   right?

24        A.    Well, I don't know if it's a union or

Page 78

```
 1   not so I don't -- I guess it is.  I mean, they give
 2   insurance to people and I pay dues and I used to
 3   get royalties.
 4        Q.    That's fun.  Sorry.  I was curious.
 5             The World Professional Association
 6   for Transgender Health, you've got that listed here
 7   as one of your professional affiliations.  That's
 8   the WPATH that we have just been talking about,
 9   right?
10        A.    Correct.
11        Q.    To your knowledge, are there any
12   qualifications to be a member of that organization?
13        A.    Yes.
14        Q.    What are the qualifications?
15        A.    You have to have a license from a
16   professional organization.  You have to demonstrate
17   that you have been working in the field for a
18   certain amount of years.  I'm not quite sure what
19   the other ones are.  You have to sign onto our
20   mission statement, and you can apply to be a
21   student member if you're a student, but you must be
22   a professional who can demonstrate that you belong
23   to a discipline and are licensed by that discipline
24   and work with this population.
```

Page 79

1      Q.    So any professional organization?  Like
2  I mean, for example, could a lawyer?
3      A.    Yes, we have a legal committee.
4      Q.    What about teachers?
5      A.    We don't have teachers per se.  We have
6  sexologists or sex educators.
7      Q.    From your description, it doesn't sound
8  like a teacher would be prohibited from joining.
9  They receive a license, and they, I assume, work
10  with transgender students, you know, high school
11  students or middle school students, elementary
12  school students.
13      A.    I don't know.
14      Q.    You don't know?
15      A.    I don't know if we have teachers.  I
16  mean, we have people who are like professors who
17  teach at a, you know, advanced higher education.
18      Q.    But they are sociologists or something,
19  right?
20      A.    Right.  Most of our members are either
21  mental health professionals, surgeons, physicians
22  or people in related fields such as voice and
23  communications.
24      Q.    Okay.  So it's not an organization that

Page 80

1    anyone could just go online, pay the fee and join?

2         A.    Correct.  I mean, these are -- it's an

3    international organization and it also has chapters

4    throughout the world, so we have an EPATH which is

5    just European members.  There's --

6         Q.    APATH?  Don't know?

7         A.    There is a Latin American.  You know,

8    there's different chapters throughout the world.

9         Q.    LAPATH?

10        A.    There's a USPATH.

11        Q.    USPATH?

12        A.    Which is strictly United States members.

13        Q.    Okay.  And it's interdisciplinary?

14        A.    Interdisciplinary.

15        Q.    Okay.

16        A.    We say multi disciplinary.

17        Q.    Why?

18        A.    Because providing optimal care to the

19   transgender population typically involves

20   multidisciplinary care.

21        Q.    Okay.  Are you an officer with the World

22   Professional Association For Transgender Health?

23        A.    Yes.

24        Q.    What is your position?

Page 81

1          A.     I'm the secretary.

2          Q.     What about the USPATH --

3          A.     No.

4          Q.     Okay.  Are you affiliated with the

5     USPATH?

6          A.     By virtue of being a member of WPATH,

7     I'm a member of USPATH.

8          Q.     The World Professional Association For

9     Transgender Health is an advocacy group, right?

10         A.     No.

11         Q.     It's not?

12         A.     It is not.

13         Q.     You don't consider what WPATH does to be

14     an advocacy group or advocacy work?

15         A.     We consider WPATH to be a professional

16     association.

17         Q.     Okay.  Would you consider at least an

18     element of what they do to be advocacy?

19         A.     I can speak for myself in that I'm

20     advocating for a condition which I believe is the

21     most misunderstood condition in human behavior, but

22     I'm not advocating for an individual.  I'm

23     advocating for education about the condition.

24                        But I imagine there are people who

                                                    Page 82

1    advocate who are members of the organization, but

2    we are a professional organization and there are

3    other organizations that are made up of community

4    members that are advocacy organizations, but we

5    consider ourselves a professional organization that

6    publishes the standards of care and that provide

7    services to an underserved population.

8         Q.    You wouldn't consider one of the WPATH's

9    missions to be advocacy?

10             MS. INGELHART:  Objection, asked and

11   answered and vague.  You can answer.

12   BY THE WITNESS:

13        A.    Advocacy -- we advocate for human

14   rights, yes, but, I mean, I wouldn't characterize

15   WPATH as an advocacy organization.

16             MS. INGELHART:  Can we go off the record

17   for a second?

18                       (WHEREUPON, discussion was had

19                       off the record.)

20                       (Whereupon, a short break in

21                       the proceedings was taken.)

22             MS. INGELHART:  Just for the record, our

23   witness here wants to clear up something that she

24   thinks might be a misunderstanding or

Page 83

1    misconception.

2              MR. BLAKE:  Okay.

3              THE WITNESS:  I may have left you with

4    the impression that only endocrinologists provide

5    hormones, and that is not accurate.  Any physician

6    who's knowledgeable and experienced can provide

7    hormones to transgender patients.

8                   So primary care physicians do that,

9    and they are all members of our organization, so

10   it's not just endocrinologists.  It can be

11   internists, primary care people like my husband.

12   There are obstetricians and gynecologists who do

13   that as well.  So one needn't be an

14   endocrinologist.

15   BY MR. BLAKE:

16       Q.    Understood.  I didn't get that

17   impression from you.

18       A.    Okay.  I thought I might have given that

19   impression.

20       Q.    No, but thank you for the clarification.

21                   Psychologists can't prescribe or

22   administer hormones, right?

23       A.    Right.

24              MR. BLAKE:  This is going to be

Page 84

1  Defendant's Exhibit 12.

2                    (Document marked as Defendant's

3                    Exhibit No. 12.)

4  BY MR. BLAKE:

5      Q.    You've just been handed what has been

6  marked as Defendant's Exhibit 12, and based on your

7  exclamation, I assume you recognize this document?

8      A.    Yes.

9      Q.    What is it?

10     A.    It's the 7th iteration of the standards

11  of care published by the World Professional

12  Association of Transgender Health.

13     Q.    And this is the most recent version of

14  the standards of care?

15     A.    Yes, although we are presently working

16  on Version 8.

17     Q.    All right.  Do you have a hand in

18  authoring these standards?

19     A.    I am one of the authors of the standards

20  of care.

21     Q.    And in general do you agree with

22  everything that's in the standards of care?

23             MS. INGELHART:  Object, vague in scope

24  and possibly speculation, but you can answer to the

Page 85

1  best of your ability.

2  BY THE WITNESS:

3       A.    I endorse the standards of care.  The

4  rationale for revising the standards of care is

5  that certain aspects of this may be a little behind

6  the times or they may need to be refined based on

7  our current cultural and research.

8  BY MR. BLAKE:

9       Q.    I think I understand.

10       A.    In general though, yes, I subscribe and

11  I support the standards of care.

12       Q.    There's a Version 8 coming out and

13  presumably Version 8 is going to modify in some

14  respect Version 7?

15       A.    Correct.

16       Q.    To the extent that Version 8 is

17  modifying Version 7, you have a different

18  understanding now and that's in the process of

19  being flushed out, right?

20       A.    Most of the changes will be modest.

21  There's not going to be any major changes.

22       Q.    When do you anticipate that volume,

23  Volume 8, being published?

24       A.    Not before next year, 2020.

1          Q.     Sometime in 2020?

2          A.     We hope to debut it at our next

3      international symposium in November of 2020, but

4      that may be wishful thinking.

5          Q.     So maybe not even in 2020 at all, it

6      could be 2021?

7          A.     I imagine it will be 2020.

8          Q.     Okay.  If you would turn to Page 31 of

9      this document, let me know when you're there.

10         A.     Are these pages numbered?

11         Q.     On the bottom right-hand corner there

12     are page numbers.

13         A.     I see it.  Okay.

14         Q.     At the very bottom, you'll see a caption

15     that says other tasks of mental health

16     professionals.  Do you see that?

17         A.     On the bottom of Page 31?

18         Q.     Yes.

19         A.     Yes.

20         Q.     Okay.  And the first numeral says,

21     "educate and advocate on behalf of clients within

22     their community, schools, workplaces, other

23     organizations and assist clients with making

24     changes in identity documents."  Do you see that?

Page 87

1        A.    Uh-huh.

2        Q.    So one of the standards of care or one

3   of the directives of the standard of care is to

4   have mental health professionals advocate on behalf

5   of transgender individuals to help them change

6   their identity documents, right?

7              MS. INGELHART:  Objection, vague.  You

8   can answer.

9   BY THE WITNESS:

10       A.    That's what it says, yes.

11  BY MR. BLAKE:

12       Q.    You can put that aside for a minute.

13             You are also affiliated obviously

14  with the American Psychological Association?

15       A.    I'm a member, yes.

16       Q.    And it's fair to say that not just

17  anyone can be a member of the American

18  Psychological Association, right?

19       A.    Correct.

20       Q.    In fact, you need a Ph.D. in psychology

21  to join, right?

22       A.    That I don't know.

23       Q.    Do you know if you have a masters

24  degree, is that enough to be a full member of the

1    American Psychological Association?

2         A.    I don't know.

3         Q.    So unlike the WPATH, to your knowledge a

4    much narrower group of people can be part of the

5    APA, right?

6         A.    I don't know what the requirements for

7    membership are.

8         Q.    Lawyers can join the APA, sorry, or the

9    WPATH, right?

10        A.    Yes.

11        Q.    To your knowledge, can a lawyer join the

12   American Psychological Association?

13        A.    I don't know.

14        Q.    You don't know one way or the other?

15        A.    I don't know one way or the other.

16        Q.    We're going to back up in your CV just a

17   few pages.  You have a list of presentations that

18   starts on Page 2 and that carries on into

19   publications starting on Page 5 and ending all the

20   way on Page 8.  Do you see that?

21        A.    Yes.

22        Q.    Not all of these are relevant to the

23   opinions expressed in your expert report, right?

24        A.    Not all my publications are relevant to

Page 89

1   this report, correct.

2       Q.    And the same goes for all of your

3   presentations, not all of those are relevant to

4   your expert report, right?

5       A.    Correct.

6       Q.    This may be difficult, but are any of

7   these presentations or publications especially

8   relevant or more relevant than others?

9       A.    I suppose.

10      Q.    I suppose the better question would be

11  which of these publications or presentations are

12  the most relevant in your mind?

13      A.    Beginning with presentations?

14      Q.    Yes, please.

15      A.    Well, starting with "Mental Health

16  Issues in Transgender Healthcare" which is on

17  Page 2.

18      Q.    Yep.

19      A.    That's a lecture I give to students, and

20  I would regard that as relevant because I talk

21  about the impact of minority stress and

22  discrimination and victimization, the impact that

23  it has on individuals, and I go into quite a bit of

24  depth on that topic.

Page 90

1      Q.    Okay.

2      A.    Turning the page, "Sticks and Stones:

3  Childhood Bullying Experiences," I consider that

4  relevant because I talk there about the harms of

5  when individuals are singled out and particularly

6  the impact it has on the brain, the architecture of

7  the brain which is a relatively new area of

8  research.

9              "Gender Identity and the Standards

10  of Care," well, I mean, we've touched on that and I

11  think that's relevant only in a tangential way.  It

12  mentions -- the standards of care do mention that

13  having congruent identity documents attenuates

14  gender dysphoria.  Let's see.

15      Q.    So far we're batting nearly a thousand.

16      A.    In the American College of Legal and

17  Legal Medicine Presentation, a colleague of mine

18  who is an attorney and who's also a trans man

19  talked about discrimination and the harms that

20  occur when people who look like he does, for

21  instance, he's bald and has a full beard and he's

22  70, would have to, for example, use a female

23  bathroom, how that would be a totally untenable

24  situation.

1      Q.    So you're talking about "Transitioning:

2    Bathrooms are Only the Beginning?"

3      A.    Correct, the American College of Legal

4    Medicine.

5      Q.    Again that one is focused on the harmful

6    impacts that you would describe as discriminatory

7    laws or policies towards transgender people?

8      A.    Yes, and the harms that ensue.

9      Q.    Okay.

10     A.    I think, you know, if you look at the

11   bottom of the page, the Global Education

12   Initiative, all of our -- a good deal of the slides

13   that we show and the presentations that we offer

14   have to do with minority stress, barriers to care,

15   discrimination in certain settings, et cetera, et

16   cetera.

17            "Gender Affirming Psychotherapy,"

18   "Adult Development and Quality of Life in

19   Transgender Healthcare," this was for the National

20   Institute of Child Health and Human Development,

21   NIH, and, of course, when we talk about quality of

22   life, part of our mission there was to talk about

23   expanding a research strategy to eliminate

24   discrimination and barriers to care, particularly

Page 92

1   healthcare, to improve the overall healthcare of

2   transgender people in the U.S.

3       Q.   So that's the "Adult Development and

4   Quality of Life?"

5       A.   Yes.  "Care for Transgender Inmates," I

6   mean, you know, supporting transgender students,

7   what are we talking about?  Allowing them to live

8   in their affirmed gender, treating them with the

9   same respect that all other students are treated,

10  et cetera, et cetera.  And we actually go into the

11  statistics about how most students, the first act

12  of discrimination that they experience is in

13  school.

14           "Understanding Transgender," I would

15  say that part and parcel of these presentations,

16  the majority of them, except for Page 5 I would say

17  that none of the presentations on Page 5 are

18  relevant at all to the issues we're discussing

19  today.

20      Q.   Publications, any of these very or more

21  relevant to your expert opinion than others?

22      A.   Well, I would say that the Theories of

23  the Etiology of Gender Identity as we've already

24  talked about.

1    Q.    Right, that's one that you have --

2    A.    The Ettner publications.  Walter

3  Bockting, who specializes in stigma, and that's the

4  Bockting, Coleman, Deutsch.  Bockting has written

5  extensively on stigma, and Sevelius, J. Sevelius

6  has talked about stigma and discrimination as a

7  predictor of HIV in transgender patients, so that

8  might be considered relevant.

9              We have talked about the

10  pathophysiology of hypertension as a result of

11  fear of discrimination and fear of violation of

12  privacy.

13              White and Ettner looked at how

14  stigma impacts children and the impact of having a

15  parent who transitions.

16    Q.    That is the "Adaptation and Adjustment

17  in Children of Transsexual Parents?"

18    A.    Correct.  And then again disclosure risk

19  and protective factors in children, so children

20  often like to keep it a secret because they are

21  afraid that they will be discriminated against or

22  stigmatized if they have a parent who's

23  transgender, so we go into some detail about that.

24              Of course, Gender Loving Care:  A

Page 94

1    Guide to Counseling Gender Varying Clients talks at

2    great length about the challenges that transgender

3    people face.

4                    And I think that that's, you know,

5    by and large the relevance of those.

6         Q.    Any of these presentations or

7    publications which you've identified from your CV,

8    do any of them discuss the immutable nature of

9    gender identity?

10        A.    Yes.

11        Q.    Which ones?

12        A.    "Etiology of Gender Dysphoria."

13        Q.    That's a writing?

14        A.    That's on Page 5.  That's a publication.

15        Q.    Publication on Page 5?

16        A.    Yes.  "Theories of the Etiology of

17   Gender Identity" on Page 6; "Principles of

18   Transgender Medicine and Surgery."  "The Adult and

19   Development of Quality of Life" which that was

20   presented at the National Institute of Health.

21                    And Guillamon, who you see is an

22   author there, was invited here from Spain by the

23   National Institute to discuss the brain differences

24   in transgender people which obviously we can't

Page 95

1      change people's brains, so that would be directly

2      implicated.

3                    And then in Management of Gender

4      Identity Dysphoria, "Etiopathogenetic Genetic

5      Hypothesis on Transsexualism."  On Page 7, "The

6      Etiology of Transsexualism" in 2007, and then that

7      book was revised in 2016, and I think that about

8      concludes that topic.

9          Q.     And then same question but from a

10     biologic basis for transgenderism, which

11     presentations and/or publications address that

12     issue?

13         A.     Which of these publications?

14         Q.     Yes.

15                MS. INGELHART:  Objection, vague and

16     possibly speculation, possibly.  You can answer.

17     BY THE WITNESS:

18         A.     So I would say that in addition to the

19     publications that I've authored, the publications

20     that I've referenced also are an important

21     component of that, so let me start with that.

22     BY MR. BLAKE:

23         Q.     Well, why don't we answer my question?

24         A.     Okay.

Page 96

1      Q.    Your publications.

2      A.    My publications.

3      Q.    Yes.  That deal with the biologic basis,

4   if any.

5            MS. INGELHART:  Objection.  Just like in

6   our prior depositions with the clients, there's --

7   I would like to object to terms that could be terms

8   of art are at issue in this case, so biological may

9   be one of those terms.  Thank you.

10           THE WITNESS:  Right.  I don't know that I

11  would use the term biological as opposed to social

12  as a lay person kind of distinction.  I mean, we

13  wouldn't say biological.  We would say, you know,

14  neurocortical or neurophysiologic, but whatever.

15  Let's keep it simple.

16  BY MR. BLAKE:

17     Q.    If you look at Page 6 of your expert

18  report, Paragraph 25, you say, "a growing

19  assemblage of research documents that gender

20  identity" --

21     A.    "Is immutable."

22     Q.    "And biologically based."

23     A.    Uh-huh.

24     Q.    So I already asked you about the

Page 97

1    immutable, publications that deal with the

2    immutable issue.  Now I'm trying to understand

3    which of your publications address this

4    biologically based issue, which that's a term that

5    you've used.  I'm not using it as a term of art.

6    I'm using it however you used it in Paragraph 25.

7         A.    Would you like me to start with my

8    publications?

9         Q.    I would.

10        A.    In Gender Loving Care -- Oh, no, wait.

11   We'll start at the beginning.

12              On Page 5, "The Etiology of Gender

13   Dysphoria" in 2017 will have a lengthy discussion

14   about precisely that issue, including the very

15   areas of the brain that are different, the

16   microstructure, the volume, the areas of the right

17   hemisphere and the thickness of the cortical

18   thickness.

19              In 2016 Ettner and Guillamon in

20   Principles of Transgender Medicine and Surgery will

21   have an addition to all of the early theories.  It

22   will have all of that research that was available

23   as of 2016, digit ratio research, the genetic

24   research, the twin studies, the family studies, the

Page 98

1    functional magnetic resonance studies, the sexually

2    dimorphic areas of the brain, the Zhou article on

3    the -- really one of the first that was done by

4    autopsy, it will have all of that information in

5    that publication.

6              In the Guillamon, in the next

7    "Current Opinion in Endocrinology and Diabetes,"

8    some of that will be repeated in there.  In the

9    2015 "Etiopathic Hypothesis on Transsexualism,"

10   that will have some, slightly less because it's an

11   earlier work, but the 2017 -- the 2016 will have --

12   and 2017 will have more of the latest information,

13   although there's more since then which a simple

14   literature review would reveal.

15        Q.    When you say 2016 and 2017, what are you

16   referring to?

17        A.    2016 is when we revised the 2007

18   Principles of Transgender Medicine and Surgery.

19        Q.    So there's a 2016 version of that?

20        A.    Yes.

21        Q.    Okay.

22        A.    Because the book was originally -- the

23   edited volume was published in 2007.  By 2016 there

24   had been so much more information that we were

1  asked by the publishers to revise it, which we did,

2  and changed one of the editors.

3       Q.    Understood.

4             So the "Etiology of Transsexualism"

5  in Principles of Transgender Medicine and Surgery

6  has a 2016 edition that you say has the most

7  current -- more current information than the 2007

8  version?

9       A.    More current.

10      Q.    Then the Principles of Transgender

11 Medicine and Surgery also from 2007 has a 2017

12 version?

13      A.    No, 2016.

14      Q.    Okay.

15      A.    2017 refers to Page 5, Gender

16 Confirmation Surgery:  Principles and Techniques,

17 "The Etiology of Gender Dysphoria."  That was

18 written for a surgical atlas.

19      Q.    Are those all?

20      A.    That's all that's from my publications.

21      Q.    And you have referenced a number of

22 times the work done by, hopefully I don't butcher

23 this name, Guillamon.

24      A.    Antonio Guillamon.

1      Q.    Guillamon who worked with brain studies.

2   Is that the MRI imaging of the brain?

3      A.    FMRI.

4      Q.    FMRI.

5      A.    He also does work with some genetic work

6   as well.

7      Q.    Is he a neurologist?

8      A.    He's a neuropsychologist.

9      Q.    He's a neuropsychologist.  Is that

10   outside your field of expertise?

11      A.    Yes and no.  As a psychologist, it's an

12   area of specialization, so I don't specialize in

13   that area, but I have some understanding of it, and

14   so I went to his lab and collaborated with him.

15          MS. INGELHART:  Can we go off the record

16   really quick?

17                    (WHEREUPON, discussion was had

18                     off the record.)

19   BY MR. BLAKE:

20      Q.    So you said your area of specialization

21   is not in neuropsychology?

22      A.    Correct.

23      Q.    You have some understanding of the

24   field, right?

Page 101

1      A.    Yes.

2      Q.    You've read the literature, some of the

3  literature at least, correct?

4      A.    Yes.  And my research partner, Dr. Tanya

5  White, is a -- also does magnetic -- brain imaging

6  in the Netherlands.

7      Q.    To the extent that you've written about

8  that topic, has it always been in partnership with

9  someone who has expertise or specialization in

10  neuropsychology?

11      A.    To the extent that I have published

12  their results, yes, it has always been in

13  collaboration with them.

14      Q.    And is your expert opinion in this case

15  in any way -- Strike that.

16              Are you offering an expert opinion

17  in this case based on some analysis or

18  understanding of neuropsychology?

19              MS. INGELHART:  Objection, vague.  You

20  can answer.

21  BY THE WITNESS:

22      A.    No.

23  BY MR. BLAKE:

24      Q.    And you wouldn't consider yourself an

Page 102

1   expert in that field, right?

2        A.    Correct.

3        Q.    I assume you are familiar with the term

4   neuroplasticity?

5        A.    Yes.

6        Q.    Do you know to what degree any of those

7   studies considered or controlled for

8   neuroplasticity?

9        A.    The studies that were done in Spain are

10  studies that look at the effect of sex steroids on

11  the brain which is not related to neuroplasticity.

12       Q.    So it's your understanding that the

13  Guillamon studies are not -- would not be impacted

14  by concerns over neuroplasticity or anything like

15  that?

16       A.    That's not what they're looking at.

17       Q.    They're not looking at the change of a

18  brain over time, just over the course of someone's

19  life, they're looking at what specific input does

20  to a brain; is that accurate?

21       A.    Well, they're looking at many things.  I

22  mean, there's an entire laboratory of individuals,

23  not just Dr. Guillamon, who do this work, and one

24  of the things that they're looking at is the impact

Page 103

1    of sex steroids on the brain.

2                    So they look at the brain prior to

3    an introduction of sex steroids, and they look at

4    the brain post, and they look at it over a period

5    of time, and they look at the differences in

6    certain areas, and they do topography, and they do

7    many other different kinds of studies, but they

8    look at the areas of the brain that in, for

9    example, people who are assigned male at birth but

10   have a female gender identity, they look at the

11   areas of the brain which are sexually dimorphic and

12   whether they are masculine, demasculinized,

13   feminine, and what those -- not just those areas,

14   but the microstructure, the volume of certain areas

15   and the cortical thickness which varies across

16   adult life.

17                   So I'm happy to talk more about

18   this.  This gets very complicated.

19        Q.    I'm sure it does.

20        A.    I'm happy to go as far as you would like

21   me to go with this.

22        Q.    Not too much further I hope.

23        A.    Previously this could only be done on

24   autopsy where we could actually slice the brain.

Page 104

1   With functional magnetic resonance imaginary, we

2   can look at adult living people over time and it

3   allows us to have an unlimited amount of brain

4   images, whereas, with autopsy --

5       Q.   You get one?

6       A.   Yeah.  You get one dead one and you

7   can't ask them questions.

8       Q.   It doesn't change over time, right?

9       A.   And also you don't know if what you're

10  looking at is an artifact of hormonal use, so did

11  the hormonal use cause the change in the brain or

12  was the change in the brain there prior to hormonal

13  use which is something that we can actually see

14  now.

15               There are also steroid studies that

16  have to do with smell, but that's extremely

17  complicated, and I'm going to leave that for

18  another day.

19      Q.   Yeah, I don't --

20      A.   You don't want to go there.

21      Q.   I didn't see olfactory as one of the

22  potential indicators.

23      A.   But it is a sexually dimorphic defining

24  characteristic, but it's extremely complex to even

Page 105

1    talk about if you're not, you know, a scientist.

2         Q.    Sure.  Let me ask you this about the

3    Guillamon studies.  Those all involved transgender

4    individuals, right?

5         A.    The particular study that I think we're

6    focusing on here, because again this group of

7    individuals are researchers, they conduct research

8    all the time.  They haven't done just one study.

9         Q.    Not just on transgender individuals,

10   they're studying all sorts of aspects of the brain?

11        A.    They are studying all sorts of brain

12   aspects.  They're working with people in Ghent,

13   Belgium who are doing genetic work.  So there's a

14   lot of work going on in this field.

15                 There's an Austrian researcher who's

16   also doing brain work which I'm less familiar with

17   because Antonio is -- you know, I've become a

18   colleague of his.

19        Q.    Sure.

20        A.    This particular research did imaging of

21   brains of people prior to starting hormones and

22   looked at people who had been assigned male at

23   birth, and I have all of these images at home on

24   power points.  I don't have them with me.

1           But you can see -- in some of the

2    slides, you can see the areas of the brain that

3    differ, and we know, like if you look at the

4    bibliography, that there are various parts of the

5    brain, initially we thought it was just the BSTc

6    that was sexually dimorphic, but we know now that I

7    think it's the INAH and there are all sorts of

8    areas.

9           So if you look at the -- you know,

10   I'm sorry to do this to you.

11       Q.    What page are on?

12       A.    I'm on Page 4 now.

13       Q.    Of the bibliography?

14       A.    Yes.  If you look at the middle of the

15   page where it says Schneider, "Typical Female

16   2nd-4th Finger Length (2D:4D) Ratios in

17   Male-to-Female Transsexual-Possible Implications

18   For Prenatal Androgen Exposure," there's a wealth

19   of information about this 2D:4D digit length, and

20   in infants that died prior to birth, when they've

21   looked at it, they've already seen this ratio, so

22   we know this is something that has do with prenatal

23   hormones because it's present prior to birth.

24                  So there's a wealth of research.  If

1    you look at the Rametti/Carillo, he studies the

2    microstructure of the brain, the white matter of

3    the brain.  So there's a lot of components of the

4    brain and cortical thickness is a big one.

5                    But what's important for people like

6    me to know is that most of the differences are in

7    the right hemisphere of the brain which is

8    significant to psychologists because that's the

9    area of the brain that has to do with somatic

10   perception.

11       Q.    Can you tell me what that is?

12       A.    I'll leave it there.

13       Q.    Why is that relevant?

14       A.    Because it's lunchtime.

15                   That's relevant because that is the

16   part of the brain that has to do with how we

17   perceive bodies, our own bodies, other bodies, our

18   perception of our bodies, our perception of other

19   people's bodies, the link between certain areas of

20   the brain.

21                   So that is a very significant area

22   of the brain, that right hemisphere, and that's

23   where most of the differences occur in people who

24   are gender dysphoric and non-gender dysphoric.

Page 108

1                 They talk about four different brain

2      phenotypes, a non-transgender female, a transgender

3      female brain, a non-transgender male brain and a

4      transgender male brain.  So you see four different

5      brain phenotypes on functional magnetic resonance

6      imaging.  Class dismissed.

7           Q.    Just to kind of finish up this line of

8      questioning.  I think you answered my question

9      about who was part of the Guillamon study.  And

10     then I take it they did the MRI imaging pre you

11     were calling it sex steroids.  I assume that's

12     hormones?

13          A.    Hormones, correct.

14          Q.    So they looked at the transgender person

15     prior to their receipt of hormones?

16          A.    Correct.

17          Q.    And then after their receipt of

18     hormones, there was some significance to what

19     happened to some region of the brain?

20          A.    Well, what they're --

21          Q.    Is that study -- Is that sort of the

22     very, very stupid litigator version of what the

23     study showed?

24          A.    No.

Page 109

1             MS. INGELHART:  Yeah, objection,

2    misstates prior testimony, mischaracterizes.

3    BY MR. BLAKE:

4        Q.    Please.

5        A.    Yes.  No.  What they found -- So I have

6    to back up a bit.  On autopsy when Zhou in the year

7    2000, Z-h-o-u, in the Netherlands found on autopsy

8    that people who were transsexual had a different

9    brain structure than people who weren't, the New

10   York Times heralded that and said what transsexuals

11   have been saying all along is true, that their

12   brain is female, you know.

13                Then the criticism arose.  Well, how

14   do you know that those changes weren't caused by

15   the hormones.

16       Q.    Right.

17       A.    And that's what these studies showed,

18   that the changes were there prior to the hormone.

19       Q.    Understood.

20       A.    So that my brain has -- areas of my

21   brain are all feminized.  The sexually dimorphic

22   brain, the parts that are sexually dimorphic on MRI

23   would all be feminized.

24                A transgender woman's, you would see

Page 110

1   that certain parts of her brain, even though she

2   was assigned male at birth, are likewise feminized,

3   and that's before she's had any interventions.  So

4   that's what was significant.

5                    There was also some similar research

6   done in someone who found that the number of

7   neurons was larger in one area of the brain, and

8   someone said well, maybe that was a result of

9   hormones and then they went back and did a similar

10  study, and they said no, we've counted the neurons,

11  you know, so...

12      Q.    I think I understand.  I do.

13      A.    I think you do.

14      Q.    I think I do now that you put it in

15  those simple terms.

16                   It's your understanding that

17  neuroplasticity does not -- isn't relevant though

18  to the study conducted by Guillamon?

19      A.    Guillamon, yes.  Neuroplasticity refers

20  to the brain's ability to grow and change and to

21  develop new neurons.  That would be not relevant to

22  the volume of brain matter or the BSTc area of the

23  hypothalamus -- the structure of the BSTc of the

24  hypothalamus.

Page 111

1              It would have to do with a person's

2     ability to learn new materials and grow and certain

3     areas taking over from other areas if there's a

4     deficit, so it's an important concept, but it's not

5     what this particular study set out to look for, nor

6     would it change the findings because the findings

7     seem to be consistent throughout research across

8     the world.

9              And a large review of all of this is

10    available in the Archives of Sexual Behavior.  They

11    did a review of all of this research.

12         Q.   Okay.  I think I understand your

13    position on it.  I think we can take a break.

14              MS. INGELHART:  Great.

15                   (WHEREUPON, a lunch break was

16                   taken.)

17              MR. BLAKE:  Back on the record.

18    BY MR. BLAKE:

19         Q.   Let's look back at Exhibit 11 which is

20    your expert report and Page 2 of the export report,

21    Paragraph 5.  Let me know when you're there.

22         A.   You know, I'm going to get my glasses.

23    Did you say Paragraph 5?

24         Q.   5, yes.

Page 112

1      A.    Yes.

2      Q.    And that lists several cases which over

3  the last four years you've testified as an expert

4  at trial or by deposition, right?

5      A.    Correct.

6      Q.    Okay.  Broussard v. First Tower Loan.

7  That's the first case you've listed there, do you

8  see that?

9      A.    Yes.

10     Q.    Was that a case that involved

11  transgender individuals?

12     A.    Yes.

13     Q.    What was the issue in that case?

14     A.    This was a case concerning a young man

15  who applied for a job and he was a trans man and he

16  was in his first week of work and doing

17  exceptionally well, and his boss was very pleased

18  with him, and she asked to see an identity document

19  of his.

20            He showed her an identity document,

21  and it had a marker that was female, although he

22  was living as a man and he had a beard, et cetera,

23  and she wasn't concerned, but she told her manager

24  who traveled what do I do about this, you know,

Page 113

1    we've hired this man and he's doing beautifully,

2    but his license says female, and his manager said

3    that he was female and would have to comply with

4    the female dress code.

5              Well, of course, he couldn't do

6    that.  You know, he wasn't about to show up in a

7    dress anymore than you would come here in a dress

8    or whatever their female dress code was, so he had

9    to leave that position, and that was the grounds

10   for a lawsuit against the employer.

11        Q.   That was an employment discrimination

12   case?

13        A.   Yes.

14        Q.   Okay.

15        A.   I guess that's what it would be.

16        Q.   Did any of these cases have anything to

17   do with requiring the state to update, change or

18   correct any identity documents?

19        A.   Well, I don't know what the ultimate --

20   I know that case went to a higher court, so I don't

21   know what the ultimate resolution of that was.  I

22   think there may have been some -- I don't know.  I

23   know that it became a much bigger course -- a much

24   bigger case than I was aware of, and so I really

Page 114

1   can't say what the -- it started with an identity

2   document.  I don't know where it ended up.

3        Q.    Did any of these cases -- Did your

4   expert testimony in any of these cases involve

5   requiring or requesting the state to make a change

6   or correction to an identity document?

7        A.    No, not that -- not with my involvement.

8        Q.    And then that case that was mentioned at

9   the outset, which is in addition to these Monroe v.

10  Jeffries, did that case -- did your testimony in

11  that case involve a request to the state to change,

12  modify, correct an identity document?

13       A.    That wasn't what I was asked to opine

14  about, although there was -- an issue was raised

15  because prisoners are not allowed in the state to

16  have their names changed.

17       Q.    That case, Monroe vs. Jeffries, involved

18  a name change?

19       A.    I don't know.  It was mentioned because

20  the prisoners were not allowed to have a name

21  change while incarcerated, and it was a class

22  action suit against the State of Illinois.

23       Q.    Okay.  If you go to Paragraph 8, which

24  is the bottom of Page 2 and carries over to Page 3,

Page 115

1    it says that you've evaluated or you state that

2    you've evaluated 2,500 to 3,000 individuals with

3    gender dysphoria, right?

4         A.    Yes.

5         Q.    Does that constitute all of the

6    transgender individuals who you have worked with?

7         A.    It's now in excess of 3,000.

8         Q.    Okay.  Does every transgender individual

9    receive a diagnosis of gender dysphoria?

10        A.    No.

11        Q.    So how many transgender individuals have

12   you evaluated over the course of your career

13   approximately?

14        A.    Over 3,000.

15        Q.    So is it -- I guess I'm trying to

16   understand.  You evaluated between 2,500 and 3,000.

17   Like most of those people receive a diagnosis of

18   gender dysphoria, but not all; is that accurate?

19             MS. INGELHART:  Objection, vague.  You

20   can answer.

21   BY THE WITNESS:

22        A.    Not every transgender individual

23   receives a diagnosis of gender dysphoria.

24

Page 116

1    BY MR. BLAKE:

2        Q.    Okay.  And not every transgender

3    individual who comes to see you receives -- you

4    don't diagnose every transgender individual with a

5    diagnosis of gender dysphoria, right?

6        A.    Correct.

7        Q.    Have you ever evaluated someone who is

8    transgender whose gender identity later reverts

9    back to their birth sex?

10            MS. INGELHART:  Objection to the term at

11   issue, birth sex, as well as these others that we

12   have discussed.  But answer to the best of your

13   ability.

14   BY THE WITNESS:

15       A.    I have evaluated I think on two

16   occasions people who have attempted to reverse

17   their surgery or have regretted having the surgery,

18   and one I think attempted to revert to living in

19   their birth sex but they didn't -- they did not

20   state that their gender identity had changed, just

21   that they needed to live as a man for a variety of

22   other reasons.

23   BY MR. BLAKE:

24       Q.    All right.  Are you aware, just in the

1    profession, of transgender folks who have -- whose

2    gender identity has reverted to their birth sex?

3         A.    I am aware of people who have

4    detransitioned.

5         Q.    Is that the terminology, detransitioned?

6         A.    Detransition means they have reverted to

7    living in the sex they were assigned to.  It

8    doesn't necessarily mean that their gender identity

9    has changed, and I wouldn't know without actually

10   interviewing or assessing those people.

11        Q.    So have you ever assessed an individual

12   who has detransitioned whose gender identity has, I

13   suppose, I mean, reverted is the word we've been

14   using.  Are you comfortable with that word?  I'm

15   not trying -- again, I'm not trying to be tricky.

16   She objected to birth sex.  You've used natal sex.

17        A.    No, I have never used natal sex.

18        Q.    You've never used natal sex, okay.

19        A.    I use sex assigned at birth.

20        Q.    Sex assigned at birth.  You've never

21   diagnosed or, I don't know, worked with a

22   transgender individual whose gender identity has

23   reverted to their sex assigned at birth; is that

24   accurate?

Page 118

1                MS. INGELHART:  Objection.  I think vague

2      and mischaracterizes prior testimony, but please

3      answer to the best of your ability.

4      BY THE WITNESS:

5           A.    I'm aware that some people who have

6      transitioned from the sex they were assigned at

7      birth have reverted to living in the gender, the

8      sex they were assigned at birth.  I cannot state

9      that their gender identity has changed, only that

10     the circumstances under which they live have

11     changed.

12          Q.    Okay.  And then in the literature and in

13     your experience in the industry and things that

14     you've read about transgender individuals, are you

15     aware of any instances where a person's gender

16     identity has reverted back to their birth sex or

17     sex assigned at birth?

18          A.    Young children often show gender

19     nonconforming behavior or a separate condition

20     called gender identity disorder in childhood, and

21     prior to Tanner's Stage 2 or prior to

22     preadolescence, it's unclear whether or not those

23     children will have a gender identity that differs

24     from the gender identity they were assigned at

Page 119

1   birth.

2              So with children, one can't really

3   know -- even if they show gender nonconforming

4   behavior, one can't make a determination that

5   they're transgender until they reach an older --

6   later stage of development.

7              So those children may very well

8   appear -- you know, parents may worry my child is

9   playing with dolls, my child is going to be

10  transgender and that may not be the case, so with

11  children that's not uncommon.

12      Q.    So with children there may be some

13  indicia that their gender identity does not confirm

14  to their sex assigned at birth, but over time, you

15  know, that gender identity becomes more settled for

16  that particular individual, does that occur?

17      A.    It will crystalize at some point closer

18  to adolescence or preadolescence at Tanner Stage 2

19  when secondary sex characteristics emerge.

20      Q.    So as the child reaches adolescence,

21  their gender identity tends to crystalize?

22      A.    Yes.

23      Q.    But you're not aware of that ever

24  happening with an adult who for a period of time

1  gender identifies, you know, or has incongruent

2  gender identity with their sex assigned at birth

3  and then whose gender identity later reverts back

4  to their birth sex?

5      A.    No.  Again their lived experience, they

6  may live in the sex they were assigned at birth for

7  a variety of reasons, but I don't know that they

8  would say that their gender identity -- no one has

9  ever told me that their general gender identity has

10  changed.

11      Q.    And you've never read any literature

12  about that occurring?

13      A.    Not literature that I'm aware of or that

14  is well known to me.

15      Q.    Okay.  Let's go to Paragraph 15.  It's

16  on Page 4 of your report.  I'm going to read the

17  first sentence.

18             It says, "medical management of

19  gender dysphoria includes the alignment of

20  appearance, presentation, expression and often the

21  body to reflect a person's true sex as determined

22  by their gender identity."  Do you see that?

23      A.    I do.

24      Q.    What do you mean by a person's true

Page 121

1  sex?

2      A.    The gender that they experience as their

3  authentic and affirmed gender regardless of that

4  which they were assigned at birth.

5      Q.    Is the sex determined by their

6  chromosomes their true sex?

7      A.    No.

8      Q.    Is the sex determined by their natural

9  hormone levels their true sex?

10     A.    Not solely, no.

11     Q.    Is the sex determined by their external

12  genitalia their true sex?

13     A.    No.  Not entirely, no.

14     Q.    Is the sex determined by their internal

15  reproductive organs their true sex?

16     A.    No, not necessarily.

17     Q.    In your expert opinion, does anything

18  other than the gender identity have any role to

19  play in the identification of a person's true sex?

20     A.    Sex is a composite of many components.

21  Some are visible and some are nonvisible.  For most

22  people, the visible components of sex are

23  concordant with their gender identity and their

24  sense of what category they belong to.

1          For a transgender person, that isn't

2    true, and gender identity for people is the most

3    paramount component in that category.

4       Q.    What scientific basis do you have to

5    support your opinion that a person's true sex is

6    most paramountly determined by their gender

7    identity?

8       A.    The fact that identity is the major

9    component of the self system and people who are

10   gender dysphoric, severely gender dysphoric, if

11   they can't change and modify their behavior --

12   their bodies, rather, they will -- in my

13   experience, we see the natural course of this

14   condition in the prison where people are not

15   allowed to initiate a gender transition, and we see

16   one of three trajectories; complete psychological

17   decompensation, auto castration or auto penectomy

18   or suicide.

19      Q.    What about for those transgendered who

20   are not severely gender dysphoric?

21      A.    If they're gender dysphoric, they will

22   seek treatment.  If treatment is not available, as

23   it wasn't in the past, we saw an inordinately large

24   number of suicides amongst people who were

Page 123

1    untreated for gender dysphoria.

2         Q.     What about for the transgender

3    individuals who are not gender dysphoric, is gender

4    identity the most paramount component of what you

5    described, the composite?

6         A.     If they are transgender but they don't

7    have the diagnosis of gender dysphoria, they don't

8    have the clinical distress, they will express the

9    aspect of their affirmed gender when it's safe,

10   convenient and possible for them to do so.  So

11   identity is the most important and the most

12   enduring aspect of personality.

13                By analogy, a study was done on

14   Alzheimer's patients.  They had lost all cognition.

15   They didn't know who their children were.  They

16   couldn't speak.  They had absolutely no cognition

17   left at all.  And yet when nurses spoke to them in

18   baby talk, they got very agitated because they

19   retained the identity of an adult.

20                So identity is the most persevering,

21   nothing outpaces it, nothing outruns it, and

22   identity, as Erickson says, is really the

23   organizing principle of self and personality.

24        Q.     So it's your testimony then that gender

Page 124

1   identity, regardless of whether or not a

2   transgender individual is diagnosed with gender

3   dysphoria, gender identity is the most important

4   component of a person's sex?

5       A.    That's not my opinion.  My opinion is

6   that for people who experience gender dysphoria,

7   for those people whose assigned sex at birth

8   doesn't comport with their gender identity, and

9   they experience significant distress about that,

10  they will go to great lengths, including performing

11  surgery on themselves, in order to bring the gender

12  identity and the body into alignment.  That's my

13  opinion.

14      Q.    Okay.  So if you go to the next page,

15  Page 5, Paragraph 21.  You wrote, "when there is

16  divergence between anatomy and identity, one's

17  gender identity is paramount and the primary

18  determinant of an individual's sex designation."

19  Do you see that?

20      A.    Yes.

21      Q.    All right.  Does that statement apply

22  for all transgender people?

23      A.    Yes.  All transgender people who by

24  definition experience an incongruity will have the

Page 125

1    need to affirm to a certain degree the gender

2    identity with which they define themselves.

3                    For some people, that may be

4    appearing in their affirmed gender when they are

5    not at work, as often as they can, in social

6    situations.  For other people who have more

7    severe -- a more severe form of that condition and

8    actually meet the criteria for diagnosing them with

9    gender dysphoria, they will require medical and

10   often surgical interventions.

11       Q.    So it's true then that for a transgender

12   person, their gender identity is the primary

13   determinant of their sex designation in your

14   opinion, right?

15       A.    Yes.  If they are adults, yes.

16       Q.    Okay.  If they are adult.  Setting aside

17   the children?

18       A.    Yes.  Yes.

19       Q.    Would you say the same thing is true for

20   cisgendered folks as well?

21       A.    I would say yes, that identity overall

22   is the most important part of the self system.

23       Q.    It's just the other side of the coin,

24   right?

Page 126

1      A.    Well, people whose anatomy is in

2    accordance with their gender identity --

3      Q.    It's easy for them?

4      A.    -- they don't give it any thought.

5    It's a nonissue.  But identity is what makes you

6    you.

7      Q.    It may not be a nonissue, just

8    cisgendered people don't spend a whole lot of time

9    thinking about it I would guess?

10      A.    If any time thinking about it.

11      Q.    Have you ever looked at an Ohio birth

12    certificate?

13      A.    No.

14      Q.    If you look in the stack of documents I

15    gave you at the outset, if you look at Exhibit 1,

16    which I'm happy to provide you, this is an Ohio

17    birth certificate.  It happens to be the birth

18    certificate for one of the plaintiffs in this case.

19              The word gender doesn't appear on

20    the birth certificate, right?

21      A.    Correct.

22      Q.    At least according to this document,

23    what Ohio tracks and records is a person's sex,

24    right?

Page 127

1      A.    Yes.

2      Q.    Is it your understanding that that

3  record is made at or near the time of birth?

4      A.    Yes.

5      Q.    Do you have any opinion on whether or

6  not the State has value in recording an

7  individual's sex at birth?

8           MS. INGELHART:  Objection, calls for

9  speculation and legal conclusion.  You can answer.

10 BY THE WITNESS:

11     A.    I don't have any opinion about that.

12 BY MR. BLAKE:

13     Q.    You don't have an opinion one way or the

14 other?

15     A.    I mean, I believe that it's common in

16 that it's important to have some vital statistics

17 on our citizens.

18     Q.    I mean, like, for example, the way in

19 which information is compiled on birth weight for a

20 particular sex, right?

21     A.    Correct.

22     Q.    When a person is born, do you have a

23 general understanding of how the sex of that

24 individual is determined?

Page 128

1    A.    Yes.

2    Q.    What is that understanding?

3    A.    A cursory examination of the external

4  genitalia.

5    Q.    When you say cursory, do you think there

6  should be a more extensive review of a person's

7  genitalia before a medical provider determines male

8  or female?

9         MS. INGELHART:  Objection, calls for

10  speculation.  You can answer.

11  BY THE WITNESS:

12    A.    Well, I've been at many births and I've

13  seen where a midwife will see the external

14  genitalia and will announce the birth of the -- the

15  sex of the child based on that.

16  BY MR. BLAKE:

17    Q.    And in your opinion that's cursory.  You

18  said cursory.

19    A.    Right.  It's based on a physical of how

20  the genitals appear at the time of birth.  There's

21  no internal exam done.  There's no ultrasound done.

22  It's just a look and see.

23    Q.    Do you have an expert opinion on whether

24  or not it would be appropriate for a medical

Page 129

1  provider to do a more extensive examination of the

2  anatomy of the newborn to determine male or

3  female?

4       A.    Not at the time of birth.

5       Q.    Because you used the word cursory, I was

6  wondering if you had any idea as to whether or not

7  they need to do more.

8       A.    No, there's nothing more that can be

9  done other than to glance at it unless there's some

10  ambiguity about it at birth, and then there would

11  be a more extensive visual examination done with

12  later followup attention.

13       Q.    So even though you describe what

14  generally happens at birth as cursory, you

15  nevertheless admit, I mean, that's appropriate as

16  well, at the time of birth, right?

17       A.    Correct.

18       Q.    And you obviously recognize that the

19  concept of sex at birth is different from a

20  person's gender identity, right?

21       A.    Yes.  Sex assigned at birth.

22       Q.    Sex assigned at birth, sure.

23       A.    Yes.

24             MR. BLAKE:  We'll do Exhibit 13.

Page 130

1                    (Document marked as Defendant's

2                    Exhibit No. 13.)

3    BY MR. BLAKE:

4        Q.    I've just handed you what has been

5    marked as Defendant's 13 which is an article titled

6    "Transsexual Couples, Qualitative Evaluation of

7    Atypical Partner Preferences" written by Randi

8    Ettner Ph.D.  Is that you?

9        A.    Yes.

10       Q.    So the very first sentence says

11   transsexualism.  That's that old term that is no

12   longer in use anymore?

13       A.    Correct.

14       Q.    But we understand is synonymous with

15   gender dysphoria?

16       A.    Yes.

17       Q.    Okay.  "Transsexualism, the condition

18   whereby one desires to change one's natal sex, has

19   always been a part of the human experience."  Do

20   you see that?

21       A.    Yes.

22       Q.    All right.  So before when we talked

23   briefly about natal sex, you had said that that

24   wasn't a term that you had used.

Page 131

1      A.    That I hadn't used today.

2      Q.    Oh, okay.  Not ever in the history of

3  your writing.

4      A.    Historically we used to talk -- we used

5  to use natal sex or some people would say genetic

6  sex, and we have moved away from that.

7      Q.    But those are terms that we use or I

8  bring it up in your writing, you understand what

9  that means, right?

10     A.    Yes, assigned at birth, the sex assigned

11  at birth.

12     Q.    So it's a terminology difference?

13     A.    Correct.

14     Q.    You say sex assigned at birth.

15  Previously that was referred to in some

16  circumstances as natal sex, other times genetic

17  sex, but those are synonymous, if antiquated; is

18  that accurate?

19     A.    Genetic sex I don't think was something

20  that was ever really a term that professionals

21  used, but we did use natal sex.

22     Q.    All right.  You can put that one aside

23  for now.

24     A.    It was a good article.

Page 132

1      Q.    I did read it.  I mean, since you

2  brought it up, genetic sex on the second -- on the

3  second page of the document, the middle paragraph

4  on the left-hand column, the paragraph that begins

5  "in one instance," let me know when you get there.

6  Are you there?

7      A.    What section?

8      Q.    Second page of Defendant's Exhibit 13.

9            MS. INGELHART:  It's the third page.

10  BY MR. BLAKE:

11      Q.    Sorry, it's the third page, left-hand

12  column, and there's a paragraph in the middle which

13  starts "in one instance."  Do you see that

14  paragraph?

15      A.    Uh-huh.

16      Q.    And then the second to last sentence

17  says, "following surgeries, one individual left the

18  relationship stating that her preference had

19  shifted and she desired a relationship with a

20  genetic male."  Do you see that?

21      A.    Yes, because the community members do

22  use the term GG, genetic girl or genetic male, but

23  it was not a term that professionals preferred to

24  use, so here I'm talking about somebody else's use

Page 133

1   of the term.

2       Q.    It's not necessarily a medical or

3   scientifically defined term, but it has a meaning

4   just sort of anecdotally?

5       A.    Right, and people would say so and so is

6   a GG meaning a genetic girl.  Community members

7   might say that.

8       Q.    Is it accurate when someone says a

9   genetic male or GM or genetic girl or GG, they're

10  referring to the phenotypes that we know, you know,

11  XX and XY?

12      A.    Those aren't phenotypes.

13      Q.    Okay.  Karyotypes, sorry.  Not

14  phenotypes, karyotypes.

15      A.    Yes.  But I have to say that I haven't

16  heard those terms used.  I don't know how old this

17  article is.

18      Q.    It looks like 2007.

19      A.    No, it looks like that's when it was

20  published.

21      Q.    You might have written it prior to that?

22      A.    It would have been -- Yeah, it was

23  probably written like in 2005 or so.

24      Q.    All right.

Page 134

1      A.    We don't -- I think even the community
2   wouldn't use those terms any longer.
3      Q.    But at one point in time?
4      A.    Yes.  Yes.
5      Q.    Like we said, genetic male, that would
6   imply what we were talking about as a karyotype?
7      A.    A non-transgender person or what's
8   sometimes referred to now as cisgender.
9      Q.    Okay.  So a transsexual person, a
10  transgender person, that's someone who, and I think
11  you said this earlier, whose gender identity
12  doesn't conform to their sex assigned at birth or
13  natal sex as you used in that one article, right?
14     A.    Someone who has gender incongruity, yes.
15     Q.    Someone who has gender incongruity.
16           And that can lead to and often does
17  lead to a desire to change their natal sex, right?
18     A.    It leads to a desire to transition.
19     Q.    Transition from their natal sex?
20     A.    From the sex they were assigned at birth
21  to their affirmed gender.
22     Q.    That gender incongruent individual does
23  not desire to change their gender identity, right?
24     A.    Their gender identity doesn't change,

Page 135

1  but the way they live and the way they appear

2  publicly is what needs to change so that they are

3  regarded by others and by themselves as the gender

4  that they believe is their accurate and affirmed

5  identity.

6      Q.    It's their gender identity which is

7  actually giving rise in part to their desire to

8  change their natal sex or, as you call it, the sex

9  assigned at birth, right?

10      A.    I believe that's right.  Would you say

11  that again?

12      Q.    Yeah.  It's their gender identity which

13  is giving rise to their desire to change their

14  natal sex or as you call it the sex assigned at

15  birth, right?

16      A.    It's the incongruity.

17      Q.    Between their gender identity?

18      A.    Yes, and the sex they were assigned at

19  birth.

20      Q.    A cisgendered person's gender identity

21  isn't going to want them to change their natal sex

22  obviously?

23      A.    Correct.

24      Q.    If you look at Paragraph 16 of your

Page 136

1    report, that's Defendant's Exhibit 11, on Page 5.

2    Let me know when you're there.

3              MS. INGELHART:  I'm sorry.  What

4    paragraph?

5    BY MR. BLAKE:

6         Q.    Paragraph 16 on Page 5.

7         A.    Yes.

8         Q.    "For a transgender person, a birth

9    certificate bearing an incorrect gender marker

10   invades privacy, releases confidential medical

11   information and places the individual at risk for

12   grave psychological and physical harm."  Do you see

13   that?

14        A.    Yes.

15        Q.    When does the sex identifier on a

16   transgender person's birth certificate become

17   inaccurate?

18             MS. INGELHART:  Objection to these terms

19   again, but go ahead.

20   BY THE WITNESS:

21        A.    I don't understand the question.  I'm

22   sorry.

23   BY MR. BLAKE:

24        Q.    Well, you wrote in Paragraph 16 that a

1    birth certificate bearing an incorrect gender

2    marker invades privacy.  I'm asking you when in

3    your opinion that sex identifier on the birth

4    certificate becomes incorrect.

5         A.    When it conflicts with the person's

6    lived experience and their gender presentation.

7         Q.    It's not your opinion that a medical

8    provider should have recorded a different sex based

9    on the medical information available at the time of

10   birth, right?

11        A.    That is not my opinion.

12        Q.    Because there's no way to determine

13   whether a person is transgender at the time of

14   birth, right?

15        A.    Correct.

16        Q.    I'm going to read you a sentence and I

17   want you to tell me whether you agree with that

18   sentence or not, all right?

19        A.    Yes.

20        Q.    There's no test, medical or

21   psychological, to diagnose transsexualism.  Would

22   you agree with that sentence?

23        A.    Yes.

24        Q.    In fact, it's common for transgender

Page 138

1    individuals to present at age 60 or older, right?

2              MS. INGELHART:  Objection, vague.  You

3    can answer.

4    BY THE WITNESS:

5         A.    Present?  I'm not certain what --

6    BY MR. BLAKE:

7         Q.    Sure.

8         A.    To present for treatment?

9              MR. BLAKE:  This is going to be 14.

10                  (Document marked as Defendant's

11                  Exhibit No. 14.)

12   BY MR. BLAKE:

13        Q.    I've just handed you what has been

14   marked as Defendant's 14 which is an article

15   entitled "Psychological and Social Adjustment in

16   Older Transsexual People" written or co-authored by

17   Randi Ettner.  That's you, right?

18        A.    Yes.

19        Q.    You recognize this article?

20        A.    I do.

21        Q.    If you turn to the second page of this

22   article, the first full paragraph begins, "In

23   contemporary western societies, it is not unusual

24   for transgender individuals to present to a

Page 139

1    clinician at age 60 or older."  Do you see that?

2         A.    Yes.

3         Q.    Okay.  So you would agree that at least

4    for a period of time the sex identifier for these

5    individuals on their birth certificate is accurate,

6    right?

7         A.    No.

8         Q.    So for the first 60 years of these

9    people's lives, they live as one sex?

10        A.    Yes.

11        Q.    All right.  And then at age 60 or older,

12   they present to a clinician, right?

13        A.    Yes.

14        Q.    And those individuals are I suppose

15   diagnosed with maybe some sort of gender

16   incongruity, right?

17        A.    Yes.

18        Q.    And it's your testimony that in all

19   those individuals, that gender incongruity was

20   always present or present for a majority of their

21   life?

22             MS. INGELHART:  Objection, compound.  You

23   can answer.

24   BY THE WITNESS:

Page 140

1       A.    The gender identity was present.  For

2   many individuals, they didn't have the language or

3   the understanding that this was a condition, that

4   there was resources for transition or they had

5   other reasons to delay transition, financial

6   reasons, medical reasons, whatever.

7                     Their gender identity hasn't

8   changed, but the transition begins late in life.

9   Also, if you read the article in its entirety,

10  gender dysphoria intensifies with age, so it's

11  actually quite common for people in mid life to

12  say I've always felt different, I've always felt

13  like I should have been a girl, I got married, et

14  cetera, et cetera, but I can't go on like this any

15  longer.  The gender dysphoria actually intensifies

16  with age.

17  BY MR. BLAKE:

18      Q.    So it's your testimony that you believe

19  that every one of these individuals who present to

20  a clinician at age 60 or older, that their gender

21  identity, when it crystalized, you know, back in

22  adolescence or pre-adolescence, their gender

23  identity was from that point fixed in stone and the

24  next 40 or so years of their life, they just

Page 141

1  were -- they just didn't know; is that accurate?

2      A.    I can't speak about what any given group

3  of individuals knows or when they personally had

4  the language, had the ability, the understanding to

5  determine that they had this condition.

6              What I can say is they live in the

7  sex that they were assigned at birth until later in

8  life, and at the point where they transitioned and

9  requested new identity documents, if they, in fact,

10 did transition, then those identity documents

11 should reflect their new lived experience.

12             So I'm not commenting on what age

13 they crystalized their gender identity, but when

14 they transitioned, they would require documents to

15 match their new presentation and their life in

16 their lived gender.

17     Q.    So it's possible that these individuals

18 had a gender identity which conformed to their sex

19 assigned at birth for a large portion of their

20 life, maybe even most of their life, but at some

21 point obviously it changed, right?

22     A.    I wouldn't make that statement.  What I

23 would say is it's possible that an individual lived

24 their life according to society's expectations

Page 142

1    never knowing that there existed an opportunity to

2    change until they saw it on a television show or

3    they saw Christine Jorgensen and they said, oh,

4    that's what I've been feeling, I never knew there

5    was a name for my pain.

6              So people, particularly people in

7    the prison from resource poor backgrounds, many of

8    them are in prison in their later -- at age 30 or

9    40, they learn that there is a condition and that

10   they're not the only person in the world who feels

11   this way, and prior to that they were just living

12   in the body they were born with and trying to live

13   in accordance with a sex they were assigned at

14   birth regardless of any discomfort they may have

15   felt.

16       Q.    On that same page of this exhibit,

17   Defendant's Exhibit 14, do you see a little chart

18   just a few paragraphs below that first sentence we

19   just read?  Do you see that chart?

20       A.    Those arrows?

21       Q.    Yeah, the arrows.  And you say in the

22   sentence just above the arrows, "three forces

23   converge in late adulthood to provoke personal

24   crisis in the elderly transsexual; social, identity

Page 143

1    and hormonal," right?

2         A.    Uh-huh.

3         Q.    Do those social factors have an impact

4    on someone's gender identity?

5         A.    No.  They have an impact on somebody's

6    desire to transition.

7         Q.    Do the biological forces have an impact

8    on someone's gender identity?

9         A.    They intensify dysphoria.

10        Q.    But do they have an impact on someone's

11   gender identity?

12        A.    Not on identity per se but on gender

13   dysphoria, on the severity and some of the

14   attendant psychological symptomatology.  Anxiety

15   and depression and feelings of hopelessness,

16   suicidality, et cetera can intensify with age when

17   cortisol increases, as it does for all humans with

18   age.

19        Q.    Does the third factor there, identity,

20   have an impact on a person's gender identity?

21        A.    With aging, what we know

22   developmentally, as people become more concerned

23   with their mortality, people will say if I don't do

24   this now, when will I do this.

Page 144

1                    So we saw that after 9/11 people who

2      have been gender dysphoric said I could die

3      tomorrow.  I need to do this now.  I can't put it

4      off any longer.

5          Q.   So I guess I didn't hear an answer to

6      the question.

7                    Does the force of identity in late

8      adulthood impact that elderly person's gender

9      identity?

10         A.   Identity in the sense that Erickson, the

11     Ericksonian concept of identity versus integrity.

12     In other words, how do I live my life in accordance

13     with my values and what do I believe and that

14     increases, those feelings increase as mortality

15     becomes closer in one's experience.

16         Q.   You differentiate between your usage of

17     identity in this paragraph and someone's gender

18     identity?

19         A.   This is not gender identity.

20         Q.   Okay.

21         A.   This is identity.

22         Q.   On the last page of this, you already

23     somewhat referenced this quote under No. 2,

24     discussion, that third paragraph.  Let me know when

Page 145

1    you're there.

2         A.    Yes.

3         Q.    It says, "individuals who present to

4    clinicians at middle age should be made aware that

5    gender issues often intensify with age."  Do you

6    see that?

7         A.    Uh-huh.

8         Q.    By gender issues, do you mean gender

9    identity intensifies with age?

10        A.    Dysphoria.

11        Q.    You didn't say dysphoria.  You said

12   issues.

13        A.    Right.  Issues around incongruence, how

14   will I live my life, shall I transition, issues

15   that involve gender identity and how my experience

16   of who I am and how I live in the world will

17   intensify, and this is something that I see quite

18   commonly in the people I treat.

19        Q.    When you use the word gender issues,

20   that includes gender identity, right?

21        A.    It includes anything having to do with

22   this idea that I'm not in the body I belong in and

23   yet if I change this body, will I be allowed to see

24   my grandchildren.  That's an issue that people

Page 146

1    deal with when they consider transitions at a later

2    age.

3         Q.    That includes issues of gender identity,

4    right?

5         A.    Yes.

6         Q.    Back to your expert report.  Same page,

7    Page 5, Paragraph 17.

8         A.    Yes.

9         Q.    Let me know when you're there.

10        A.    I'm there.

11        Q.    Okay.  "At birth, infants are assigned a

12   sex, typically male or female, based solely on the

13   appearance of their external genitalia.  For most

14   people, that assignment turns out to be accurate

15   and your birth assigned sex matches that person's

16   actual sex; however, for transgender people, the

17   sex assigned at birth does not align with the

18   individual's genuine experienced sex resulting in

19   the distressing condition of gender dysphoria."  Do

20   you see that?

21        A.    Yes.

22        Q.    When you say a person's actual sex, you

23   mean that as defined by their gender identity,

24   right?

1     A.    Yes.

2     Q.    And when you say that infants are

3 assigned a sex typically male or female, you're

4 referring that in most -- you're referring to that

5 in most cases the sex assigned at birth is binary,

6 right?

7     A.    What I'm referring to is that the

8 primary sex characteristic, which is external

9 genitalia, determines which category an infant is

10 assigned to.

11     Q.    That's boy or girl, right?

12     A.    Correct.  In most cases, yes.

13     Q.    In most cases?

14     A.    Yes.

15     Q.    Let's set aside the cases where people

16 have some abnormality to their external genitalia.

17     A.    Okay.

18     Q.    You're not rendering an opinion

19 regarding that, right?

20     A.    Correct.

21     Q.    Okay.  And is it your understanding that

22 none of the plaintiffs have alleged that they have

23 any of those conditions?

24     A.    I'm not aware of that.

Page 148

1      Q.    Okay.  So that boy or girl distinction,

2   that's a binary choice, right?

3      A.    Choice?

4      Q.    Well, it's binary, right?  I mean, boy,

5   girl.

6      A.    They are assigned to one category or

7   another.

8      Q.    By definition one or the other, binary,

9   right?

10     A.    Yes.

11     Q.    And that's the binary choice that is

12  generally reflected on Ohio's birth certificates,

13  right?

14     A.    Yes.

15     Q.    You would agree with me that gender is

16  not binary, right?

17     A.    Yes.

18     Q.    And would you agree with me that the

19  WPATH standard of care warns against imposing a

20  binary view of gender on transgender individuals?

21     A.    I don't understand the question.  I'm

22  sorry.  Could you rephrase it?

23     Q.    Yeah.  Do you agree that the WPATH

24  standard of care, which you helped author,

Page 149

1    discourages mental health professionals from

2    imposing a binary view of gender on transgender

3    individuals?

4              MS. INGELHART:  I was just going to say

5    objection, foundation.  If you could show her that

6    to refresh her memory.

7              MR. BLAKE:  I'm asking whether she agrees

8    with that.  I'm not asking her whether she said

9    that.

10   BY THE WITNESS:

11       A.    I think you're asking what WPATH thinks,

12   and I don't know what all of the individuals in

13   WPATH think.  I know there are individuals who

14   would say they are transitioning from one gender to

15   another; whereas, there are individuals who may say

16   I just want to demasculinize.

17   BY MR. BLAKE:

18       Q.    All right.  Let's look at Defendant's

19   No. 12.  Objection sustained.  I'm trying to short

20   circuit this.  We can go to the source text.

21              Go to Page 16 of the standards of

22   care which is Defendant's 12.  Are you there?

23       A.    Yes.

24       Q.    Bullet No. 4 says, "mental health

Page 150

1   professionals should not impose a binary view of

2   gender."  Do you see that?

3       A.   Yes.

4       Q.   Do you agree with that statement?

5       A.   Yes.

6       Q.   So despite the WPATH standard of care

7   which warns against imposing a binary view of

8   gender on transgender individuals, it's your expert

9   opinion that the State of Ohio should nevertheless

10  impose a binary expression of plaintiff's gender

11  identity on their birth certificates, right?

12          MS. INGELHART:  Objection, calls for a

13  legal conclusion and speculation.  You can answer.

14  BY THE WITNESS:

15      A.   I don't understand the question.  I'm

16  sorry.

17  BY MR. BLAKE:

18      Q.   Well, it's your opinion that Ohio birth

19  certificates should be changed -- their sex

20  identifier on Ohio birth certificates should be

21  changed to match someone's gender identity, right?

22          MS. INGELHART:  Objection, calls for a

23  legal conclusion, but you can answer.

24  BY THE WITNESS:

Page 151

1      A.    My opinion is that if a person undergoes

2  a gender transition, their identity documents

3  should be amended to reflect their lived

4  experience.

5  BY MR. BLAKE:

6      Q.    That's binary, that M or F on the birth

7  certificate is binary, right?

8          MS. INGELHART:  Objection, compound, and

9  I think speculative and possibly asking for a legal

10 conclusion, but you can answer.

11 BY THE WITNESS:

12     A.    I don't know if it's possible to put an

13 undifferentiated, anything other than an M or F, on

14 a birth certificate, but it is my opinion that if

15 someone requests to have their identity documents

16 changed and they have them -- and they request that

17 they're changed from an M to an F because they now

18 are living as a female and that would comport with

19 their lived experience, then it is my opinion that

20 the identity document should be amended to reflect

21 that.

22 BY MR. BLAKE:

23     Q.    Even if it does impose a binary view of

24 their gender identity?

1      A.    I don't think it imposes a binary view.

2  I think it reflects a person's gender identity

3  transition.

4      Q.    In a binary expression, right?

5      A.    In that case, yes.  My interpretation of

6  the standards of care is that mental health

7  professionals should not impose their view that

8  because someone talks about feeling unlike a man or

9  unlike a woman that that mental health professional

10  should encourage them to transition or to have

11  medical or surgical interventions, that they

12  shouldn't impose some binary or predictive because

13  the standards of care go on to say that the patient

14  should be allowed to express their gender rather

15  than have the mental health professional impose

16  that on them.

17      Q.    And that's because, I think you would

18  agree, that gender is more appropriately

19  conceptualized as a continuum rather than two

20  distinct categories, right?

21      A.    That's my belief, yes.

22      Q.    And you also believe that the binary

23  male/female classification system fails miserably

24  in addressing the disposition of the minority group

Page 153

1   of individuals who fit into a category inconsistent
2   with their natal assignment, right?
3            MS. INGELHART:  Object.  If you want to
4   show her a document to refresh her recollection
5   that you seem to be reading from.
6   BY MR. BLAKE:
7        Q.    Do you agree with that statement?
8        A.    I don't know if I do or not.  I would
9   have to look at it carefully and reflect on it.
10       Q.    I'm not going to use this as an exhibit
11  because this is my only copy, but what I'm holding
12  is Confessions of a Gender Defender, a book -- a
13  quite lovely book actually written by Randi Ettner,
14  Ph.D.  I assume you're familiar with this text?
15       A.    Yes.
16       Q.    And on Page 128, I'll let you look at
17  this after I'm done, but it says, "in truth, gender
18  is more appropriately conceptualized as a continuum
19  rather than two distinct categories."  That's what
20  it says.
21               It goes onto say -- Let's see if I
22  can find that exact quote.  I didn't want to mark
23  it up either.  "No one is totally masculine, nor
24  totally feminine; therefore, this binary

1    classification system fails miserably in addressing

2    the disposition for the minority group of

3    individuals who fit into a category inconsistent

4    with their natal assignment or into no category at

5    all."

6                    You still agree with that statement,

7    right?

8         A.    Yes.

9         Q.    If you want to take a look at it.

10        A.    No, I agree with that.

11        Q.    Okay.  We talked briefly before about

12   the outdated and perhaps less than scientific use

13   of the terms genetic male and genetic female.  Do

14   you recall that testimony?

15        A.    Yes.

16        Q.    Genetic male, we may have talked about

17   this, but that would be someone who has an XY

18   karyotype, right?

19        A.    I'm sorry, repeat that.

20        Q.    Genetic male would imply that the person

21   has an XY karyotype, absent some abnormality,

22   chromosomal or otherwise?

23             MS. INGELHART:  Objection, speculation.

24   You can answer.

Page 155

1

2    BY THE WITNESS:

3        A.    That's what is typical; however, we can

4    never know what a person's genotype is without

5    karyotyping.

6    BY MR. BLAKE:

7        Q.    Understood.  But in the normal case,

8    absent some deviation from what the norm would be,

9    genetic male is likely going to have an XY

10   genotype?

11       A.    Likely, yes, I agree.

12       Q.    I don't want to quibble over the

13   percentages of irregularities because I've never

14   had my karyotype tested, have you?

15       A.    No.  It's almost unheard of in the

16   United States.  It's expensive and it's not done.

17       Q.    All right.  Nevertheless, in the normal

18   case, someone's karyotype will normally dictate the

19   sex organs that they are born with, right?

20       A.    It's one component of the phenotypic

21   development of the primary sex characteristics at

22   birth.

23       Q.    Okay.  And the same -- you would say the

24   same thing for someone's external genitalia, when

Page 156

1    those develop normally --

2         A.    The genitalia is the primary sex

3    characteristics and the others are the secondary

4    sex characteristics.

5         Q.    Understood.  Back to your report, still

6    Page 5, Paragraph 18 now.  That says "external

7    genitalia alone, the critical criterion for

8    assigning sex at birth, is not an accurate proxy

9    for a person's sex."  Do you see that?

10        A.    Yes.

11        Q.    You would say though that external

12   genitalia are an accurate proxy for a person's

13   karyotype, right?

14        A.    No.

15        Q.    So in the normal case, without, you

16   know, any abnormality with external genitalia, a

17   normal phenotype, a normal genotype, lots of types,

18   if you had an external genitalia of male, wouldn't

19   that be a good indicator that they have XY

20   chromosomes?

21        A.    A good indicator?

22        Q.    Sure.

23        A.    It's a likely indicator.

24        Q.    Likely?

Page 157

1      A.     Not necessarily though.

2      Q.     Understood, but in most cases it's going

3  to be an accurate proxy for that person's

4  chromosomes?

5      A.     In most cases.

6      Q.     Excluding the abnormalities that we --

7      A.     Can't see.

8      Q.     -- that we can't see.  All right.  As

9  far as you know aren't at issue in this case,

10  right?

11      A.     As far as I know.

12      Q.     And would you agree that most people's

13  chromosomes are consistent with the physical

14  appearance of their external genitalia?

15          MS. INGELHART:  Objection, calls for

16  speculation.  Again like to these -- I hope we can

17  agree we've had like a standing objection on the

18  use of these terms of art that are at issue, but

19  you can answer.

20  BY MR. BLAKE:

21      Q.     That's fine.  Would you agree with

22  that?

23      A.     Would you repeat the question?

24      Q.     Yeah.  That most people's chromosomes

1  are consistent with the physical appearance of

2  their external genitalia, I mean, other physical

3  attributes.

4      A.    There are many chromosomal anomalies

5  where genitalia can appear normal, however, there

6  is a chromosomal anomaly, so a person could, for

7  instance, have two Xs and a Y and have a normal

8  appearing genitalia, and we'll assume for the sake

9  of this conversation that the majority of people

10  have a primary sex characteristic or an external

11  genitalia.  The majority of those people will have

12  a normal chromosomal pattern.

13      Q.    Consistent with the outward physical

14  appearance?

15      A.    The majority of people, right.

16      Q.    Whether it's 70 percent or 95 percent or

17  99.9 percent, the normal --

18      A.    Very often we're just not aware of the

19  anomalies.  Without karyotyping, we don't know.

20      Q.    I think this is what you just stated,

21  but in the normal sense of it, right, most people,

22  their external genitalia then would be an accurate

23  proxy for whether a person is a genetic male or

24  genetic female, right?

1      A.    For most people who are assigned a sex

2  at birth, based on their genitalia, that is an

3  accurate reflection of their gender identity and

4  they are comfortable with that assigned sex.

5      Q.    For those who aren't assigned sex at

6  birth, it's because there's some ambiguity or maybe

7  they're born with intersex conditions because those

8  individuals --

9      A.    Or gender identity.

10     Q.    Well, no one is born with gender

11 identity.  I mean, we already talked about how you

12 can't identify gender identity at the time of

13 birth, right?

14     A.    That doesn't mean they're not born with

15 it.  It's within the brain.  It's just they don't

16 express it.

17     Q.    Got it.  I wasn't talking about gender

18 identity.

19     A.    Okay.

20     Q.    I was talking about genetic male,

21 genetic female which we previously -- you know,

22 those are old terms, those are archaic terms, I get

23 that.  We're talking about external genitalia and

24 their correspondence to genetic maleness or genetic

Page 160

1    femaleness.  For most people, it's an accurate --

2         A.    It's concordant for most people.

3         Q.    Let's go to Paragraph 19 in your

4    opinion, Page 5 still.  Are you there?

5         A.    Yes.

6         Q.    All right.  In that paragraph you

7    identify five components that comprise a person's

8    sex, right?

9         A.    I have to count them.

10        Q.    It's always a good idea to check a

11   lawyer's math.  Yes?

12        A.    Yes, I mention five.

13        Q.    All right.  Perfect.  Chromosomal

14   composition, right?

15        A.    Yes.

16        Q.    That's the XY and the XY karyotyping we

17   have been talking about, right?

18        A.    Yes, and the other types which --

19        Q.    Sure.

20        A.    -- could be present, right.

21        Q.    XXX, XXY, whatever, right?

22        A.    There's at least 35 of them.

23        Q.    Okay.  But in most cases, whatever it

24   is?

Page 161

1          A.    Right.

2          Q.    Internal reproductive organs, right?

3          A.    Correct.

4          Q.    External genitalia, right?

5          A.    Yes.

6          Q.    Brain structure, right?

7          A.    Yes.

8          Q.    That relates to those studies that we

9    talked about before lunch, right?

10         A.    Yes.

11         Q.    And gender identity?

12         A.    Yes.

13         Q.    Okay.

14         A.    Brain structure and brain development.

15         Q.    Brain structure and brain development?

16         A.    Yes.

17         Q.    Those first four all fit into the

18   category of anatomy, right?

19              MS. INGELHART:  Objection, calls for

20   speculation.  You can answer.

21   BY THE WITNESS:

22         A.    The first four I would say are physical

23   and can be detected.

24   BY MR. BLAKE:

1      Q.    All right.  So in Paragraph 21 you say,

2  "when there is divergence between anatomy and

3  identity."  Do you see that, that first clause?

4      A.    Yes.

5      Q.    So of the five components that you list

6  there, only one is an identity component, right?

7      A.    Yes.

8      Q.    So the other four, correct me if I'm

9  wrong, are anatomical, right?

10         MS. INGELHART:  Objection, vague.  You

11  can answer.

12  BY THE WITNESS:

13      A.    More or less.

14  BY MR. BLAKE:

15      Q.    I mean, those are your words.

16      A.    Yes.

17      Q.    You said there's divergence between

18  anatomy and identity.  You know, chromosomal

19  composition, that's not identity, right?

20      A.    Correct.

21      Q.    Internal reproductive, that's not

22  identity, right?

23      A.    Right.

24      Q.    External genitalia, that's not identity,

Page 163

1    right?

2         A.    Right.

3         Q.    Brain structure, brain development?

4         A.    That's where identity lives.

5         Q.    Is that a product of identity?

6         A.    It's where identity arises.

7         Q.    But you don't -- right, but you don't

8    know if that has an anatomical or -- it's

9    detectable biologically, right?

10        A.    It's detectable only by imaging or

11   autopsy.

12        Q.    I guess you don't know whether it's a --

13   I guess it's kind of like a chicken and the egg,

14   right?  You don't know if the identity is shaping

15   the anatomy or if the anatomy is shaping the

16   identity, right?

17             MS. INGELHART:  Objection, vague,

18   misstates prior testimony, mischaracterizes prior

19   testimony.  You can answer.

20   BY MR. BLAKE:

21        Q.    I mean, do you know?

22        A.    What is the question?

23        Q.    Well, the question is those brain

24   studies that we talked about, right, which shape

Page 164

1    the brain, influence brain development, right?

2         A.    Right.  Those are there at birth.

3         Q.    At birth?

4         A.    Yes, and they give rise to gender

5    identity, and gender identity isn't visible, nor

6    are those microstructures at birth, and only under

7    sophisticated and rather new technology have we

8    become aware of them, but the mind is where gender

9    identity is, right?  I mean --

10        Q.    I don't know.  You're the expert.

11        A.    Well --

12        Q.    I don't know.

13        A.    How do you know that you're a man?

14   Where does your sense of being a man lie?  I mean,

15   it's in your head.  Even people who are

16   developmentally disabled, autistic or brain damaged

17   have a gender identity.

18        Q.    So not every transgender person has the

19   same indicia in their brain structure, right?

20             MS. INGELHART:  Objection, vague, calls

21   for speculation.  You can answer.

22   BY MR. BLAKE:

23        Q.    Do you know?

24        A.    I don't think I understand the question.

Page 165

1  Would you repeat it?

2       Q.    Well, you know, you said that there's

3  these brain studies that occurred and they

4  identified some --

5       A.    Four different brain phenotypes.

6       Q.    Right.  And that they found some

7  correlation between transgender individuals and

8  certain brain structure, right?

9       A.    Not just brain structure but the brains

10  of people who are transgender differ in the same

11  way.  They all differ in the same way from

12  non-transgender brains.

13       Q.    That's my question is that if you were

14  to do a brain study of every single transgender

15  person on the planet, would you find that they all

16  had these difference in the same way?

17            MS. INGELHART:  Objection, calls for

18  speculation.

19            MR. BLAKE:  These are the conclusions

20  from the report.  I mean, if the report reached

21  that conclusion, great.  If it didn't --

22            MS. INGELHART:  Objection,

23  mischaracterization of prior testimony.  You can

24  answer.

Page 166

1

2    BY THE WITNESS:

3         A.    People who are gender dysphoric, not all

4    transgender people.  Not all transgender people

5    have had their brains imaged.  Imaging studies have

6    not been done on people who say they wish they

7    would have been born in a different body, but they

8    are not, they have some degree of gender

9    incongruity.

10                  The studies have been done on people

11   who have a desire to transition and have been

12   diagnosed as gender dysphoric, accepted into

13   programs where they will receive medical

14   interventions.

15                  Those people, their brains differ in

16   the same way.  They differ in the microstructure.

17   They differ in the cortical thickness.  They differ

18   in the putamen.  They differ in many areas, but

19   they differ in the same way.

20                  So, for instance, my brain and this

21   woman's brain are identical in some regard, but a

22   trans man's brain would not look identical on

23   imaging to her brain and my brain.  There would be

24   a difference.  Does that --

Page 167

1    BY MR. BLAKE:

2        Q.    I'm just trying to figure out where to

3    put this brain structure component.  I think what

4    you're describing are anatomical things that are

5    discoverable from anatomy.

6        A.    They are different in many ways.

7        Q.    All right.  But the structure of the

8    brain is I think by definition anatomy, right?

9              MS. INGELHART:  Objection.  Actually

10   maybe terms at issue.  You can answer.

11   BY THE WITNESS:

12       A.    I don't know if we would consider -- I

13   guess the cortex in the area of the brain, I'm not

14   an anatomist, but I would say that there are

15   different -- you know that there are different

16   areas of the brain.

17   BY MR. BLAKE:

18       Q.    Of course.

19       A.    And some of those areas are gray matter.

20   Some of them are white matter.  Some of them are,

21   you know, the prefrontal cortex.  Some of them is

22   the corpus callosum that divides the brain.  So,

23   yes, the brain is a material organ.

24       Q.    That can be observed, right?

Page 168

1          MS. INGELHART:  Can we just take a break

2      here?  I think we're --

3      BY THE WITNESS:

4          A.    It could be observed with imaging.

5          MS. INGELHART:  I think we're going in

6      circles and I really need to go to the bathroom.

7          MR. BLAKE:  I don't think we're going in

8      circles.

9      BY THE WITNESS:

10         A.    It can be observed by -- certain parts

11     of it can be observed by imaging.  Certain parts

12     could be observed by cutting it open and looking at

13     it.

14                    (Whereupon, a short break in

15                     the proceedings was taken.)

16         MS. INGELHART:  We are on the record.

17     You wanted to clarify one quick thing from before

18     about a couple cases or I can clarify on the

19     record.

20         MR. BLAKE:  Here we go.

21         MS. INGELHART:  Neither Dr. Ettner or I

22     can recall, but I'm on the papers on two cases that

23     she previously was an expert on.  I honestly don't

24     know if we were ever on the same phone call but

Page 169

1    it's possible.

2              MR. BLAKE:  I was going to have some

3    devastating impeachment.

4              THE WITNESS:  I know I've never met you

5    in person.

6              MS. INGELHART:  I don't even know if on

7    the phone.  I wasn't lead on those cases.

8              THE WITNESS:  I don't remember your name

9    but --

10             MS. INGELHART:  I didn't want you to

11   look at the papers and see my name and get

12   concerned.

13             MR. BLAKE:  Dead to right.  Saved

14   yourself.  You're lucky.

15             THE WITNESS:  That's a big load off.

16   BY MR. BLAKE:

17       Q.   So if the chromosome and the composition

18   of an individual indicates male, are you with me?

19   Yes?

20       A.   If it's verified as male?

21       Q.   Yes.

22       A.   Like by karyotyping, yes.

23       Q.   So chromosomal composition, varied by

24   karyotyping, XY, male, right?

1          MS. INGELHART:  Objection, hypothetical.

2    You can answer.

3    BY THE WITNESS:

4          A.    That doesn't mean the gender identity is

5    male.

6    BY MR. BLAKE:

7          Q.    I'm not talking about gender identity.

8    We're going to get to gender identity.  So

9    chromosomal composition, XY karyotype?

10         A.    Phenotype male.

11         Q.    Phenotype male?

12         A.    Correct.

13         Q.    Internal reproductive organs consistent

14   with male, are you with me?

15         A.    Yes.

16         Q.    Okay.  External genitalia consistent

17   with the chromosomal composition and the internal

18   reproductive organs, so also normally male?

19         A.    Yes.

20         Q.    Okay.  Brain structure, let's say it

21   doesn't correspond with the indicia in that MRI

22   study.  Are you still with me?

23         A.    Yes.

24         Q.    So I guess a male brain would be what

Page 171

1    that would indicate, right?

2          A.    That it's --

3          Q.    Normal male brain?

4          A.    Okay.  Typical male brain, not normal.

5          Q.    Typical.  I get it.  Gender identity

6    though identifies as female, okay?  Are you with

7    me?

8          A.    No because then I would say that the

9    phenotype of the brain is not typical male.

10         Q.    Okay.  Well, the MRI, the imaging of

11   the brain doesn't reveal any of those four indicia

12   that you have, right, pointed out in the study?

13         A.    There's more than four.  I've just

14   listed four for the sake of our conversation.

15         Q.    The MRI, the imaging study reveals

16   typical male brain, but the gender identity of the

17   individual, you know, the person identifies as

18   female, all right?  Still with me?

19         A.    Is this a hypothetical that you're

20   providing?

21         Q.    It is.

22               MS. INGELHART:  I just want to object

23   that it's an incomplete hypothetical, but answer to

24   the best of your ability.

Page 172

1            THE WITNESS:  Is there a question?

2    BY MR. BLAKE:

3       Q.    Yes.  What is that person's sex?

4       A.    I don't know.

5       Q.    Okay.  So if they have -- if the

6    anatomical components of a person's sex all

7    indicate one sex but the identity component

8    indicates another sex, you don't know what that

9    person's sex is?

10      A.    I would say if their identity is female,

11   then their sex should be -- and they make a

12   transition to present and live in the female

13   gender, then female would be the answer to that

14   question, to that hypothetical.

15      Q.    And that's what you say in 21, right,

16   "when there is divergence between anatomy and

17   identity, one's gender identity is paramount and

18   the primary determinant of an individual's sex

19   designation," right?

20      A.    Yes.

21      Q.    In that hypothetical and based on what

22   you've said in Paragraph 21, gender identity

23   outweighs the other four components, right?

24      A.    Yes.

Page 173

1      Q.    So in that circumstance, there's really
2   only one factor for determining a person's sex,
3   right?
4      A.    In the hypothetical that you have
5   provided.
6      Q.    And that's someone's gender identity,
7   right?
8      A.    Yes.
9      Q.    In that circumstance, someone's anatomy
10  is less relevant?
11          MS. INGELHART:  Objection, vague.  You
12  can answer.
13  BY THE WITNESS:
14     A.    Yes.  I'm not sure I agree with all of
15  the elements of your hypothetical, but I'm -- my
16  opinion is that gender identity is paramount and
17  takes precedent over anatomical or phenotypical
18  features.
19  BY MR. BLAKE:
20     Q.    Well, if that hypothetical person showed
21  up to your office for a diagnosis, you certainly
22  wouldn't try to convince them to live as their
23  anatomical sex, right?  That wouldn't be something
24  you would try to do during your diagnosis, right?

Page 174

1          MS. INGELHART:  Objection, hypothetical,

2    vague.  You can answer.

3    BY THE WITNESS:

4        A.    I would like to ask you to rephrase the

5    question.

6    BY MR. BLAKE:

7        Q.    Sure.  The person who has a divergence

8    between anatomy and identity, that person shows up

9    in your office for a diagnosis, you're not going to

10   say that their sex designation should conform to

11   their anatomy, right?

12       A.    I'm not going to say that.

13       Q.    It's your opinion that the nonanatomical

14   factor of gender identity is the determining factor

15   in a person's sex, right?

16       A.    Yes.

17       Q.    And like you've written in the past,

18   there's no test, medical or psychological, to

19   diagnose transsexualism, right?

20       A.    Correct.  There is no blood test or

21   physiological test.  Some researchers have some

22   valid instruments that they use, but they are not

23   blood tests or urine tests or, you know, conclusive

24   physiological measurements.

1     Q.    What is the scientific basis for your

2  statement that gender identity is a component of a

3  person's sex?

4            MS. INGELHART:  Objection, asked and

5  answered.  You can answer.

6  BY THE WITNESS:

7     A.    I'm sorry, would you repeat it?

8  BY MR. BLAKE:

9     Q.    Yeah.  What is the scientific basis for

10  your statement that gender identity is a component

11  of a person's sex?

12            A.    The scientific basis for that is that

13  the American Medical Association and other medical

14  organizations all concur that if a person's gender

15  identity is incongruous with their anatomic sex and

16  they wish to transition to living in their affirmed

17  gender, then the American Medical Association and

18  other organizations have medical protocols in

19  accordance with the standards of care to implement

20  that.

21            MR. BLAKE:  This is 15.

22                  (Document marked as Defendant's

23                  Exhibit No. 15.)

24

Page 176

1    BY MR. BLAKE:

2         Q.    The American Psychological Association,

3    that's an organization to which you belong,

4    correct?

5         A.    Yes.

6         Q.    I'm just going to read you, this is what

7    I've just provided as Defendant's Exhibit 15, which

8    is a printout from their web page, and specifically

9    a frequently asked questions section.

10                   At the bottom, the drop down menu

11   says, "what is the difference between sex and

12   gender?"  Do you see that?  Sorry, it's at the

13   bottom of Page 1.  Do you see?

14        A.    I don't see that.

15        Q.    There's a box at the bottom.

16        A.    Oh, yes, I do see that.  I'm sorry.

17        Q.    And it says, "sex assigned at birth

18   refers to one's biological status as either male or

19   female and is associated primarily with physical

20   attributes such as chromosomes, hormone prevalence

21   and external and internal anatomy."  Do you see

22   that?

23        A.    Yes.

24        Q.    And it goes on and it says, "gender

Page 177

1  refers to the socially constructed roles,

2  behaviors, activities and attributes that a given

3  society considers appropriate for boys and men or

4  girls and women."  Do you see that?

5       A.    Yes.

6       Q.    "These influence the ways that people

7  act, interact and feel about themselves.  While

8  aspects of biological sex are similar across

9  different cultures, aspects of gender may differ."

10 Do you see that?

11      A.    Yes.

12      Q.    When the APA wrote that, they refer to

13 sex as a biological status associated primarily

14 with physical attributes.  They didn't say physical

15 attributes and gender identity, right?

16      A.    Correct.

17      Q.    Do you agree with that statement by the

18 APA?

19      A.    I agree with the statement that

20 gender -- when they're referring to gender roles

21 and gender presentation.  I think that differs from

22 gender identity.  They're talking about gender

23 expression.

24      Q.    So you would agree that gender

Page 178

1    expression does not play a role in a person's sex?

2              MS. INGELHART:  Objection, misstates and

3    mischaracterizes prior testimony.

4    BY THE WITNESS:

5         A.    No, I wouldn't agree with the statement

6    you've made.

7    BY MR. BLAKE:

8         Q.    Do you agree that that the APA has not

9    identified gender identity as being associated with

10   sex in this statement?

11             MS. INGELHART:  Objection, speculative

12   and misstates prior testimony, mischaracterizes.

13   You can answer.

14   BY THE WITNESS:

15        A.    If I look further up, I see a sentence

16   that says "gender identity refers to a person's

17   internal sense of being male, female or something

18   else.  Gender expression refers to the way a person

19   communicates gender identity to others through

20   behavior, clothing, hairstyle, voice or body

21   characteristics."  I agree with that statement.

22   BY MR. BLAKE:

23        Q.    You agree with that statement?

24        A.    Yes.

Page 179

1      Q.    And you agree that sex, what the APA

2    says here is that "sex is assigned at birth and

3    refers to one's biological status as either male or

4    female."  You agree with that?

5      A.    Yes.

6      Q.    You recognize the distinction between

7    sex and gender, right?

8            MS. INGELHART:  Objection, terms at

9    issue.  You can answer.

10   BY THE WITNESS:

11     A.    I recognize a distinction between sex

12   and gender identity.

13                    (Document marked as Defendant's

14                     Exhibit No. 16.)

15     Q.    The document you've just been handed has

16   been marked as Defendant's 16.

17     A.    Yes.

18     Q.    This is an article titled "Adaptation

19   and Adjustment in Children of Transsexual Parents."

20     A.    Yes.

21     Q.    And you are listed as one of the

22   co-authors on this article.  Do you see that?

23     A.    Yes.

24     Q.    Do you recognize this article?

Page 180

1       A.    I do.

2       Q.    If you turn to the second page

3  underneath the caption "methods and subjects," let

4  me know when you're there.

5       A.    I'm there.

6       Q.    The first sentence says, "information

7  was obtained from 27 parents with a history of TS

8  who have undergone a transition to the opposite

9  biological sex."  Do you see that?

10      A.    Yes.

11      Q.    You wrote that, right, you or one of

12 your co-authors?

13      A.    Pardon me?

14      Q.    You or one of your co-authors wrote

15 that?

16      A.    My co-author wrote this.

17      Q.    Do you agree with that statement?

18      A.    I agree with the statement that they

19 have undergone a transition, yes.

20      Q.    You didn't state that those parents

21 underwent a transition to the opposite biological

22 gender, right?

23      A.    She did not write that.  She wrote

24 opposite biological sex.

Page 181

1      Q.    That wouldn't make sense.  A person

2    doesn't transition to the opposite biological

3    gender, do they?

4            MS. INGELHART:  Objection, terms at

5    issue.  You can answer.

6    BY THE WITNESS:

7      A.    They transition to their affirmed

8    gender, to another gender, to the opposite gender.

9    We wouldn't now I don't think say to the opposite

10   biological sex.  I wouldn't have written that, and

11   I wouldn't write that now.  I certainly understand

12   what the intention of what the meaning is and I

13   definitely agree with that.

14   BY MR. BLAKE:

15     Q.    You wouldn't write transition to the

16   opposite biological gender because sex is

17   biological, like the APA says, right?

18     A.    I would write that they have undergone a

19   gender transition.

20     Q.    A person transitions to the opposite

21   biological sex in order to bring his or her sex

22   into alignment with their gender identity, right?

23            MS. INGELHART:  Objection, terms at

24   issue.  You can answer.

Page 182

1   BY THE WITNESS:

2        A.   Is that something that you are reading

3   from?

4   BY MR. BLAKE:

5        Q.   No, it's a question.  It's just a

6   question.

7        A.   What is the question?

8        Q.   A person transitions to the opposite

9   biological sex in order to bring his or her sex

10  into alignment with their gender identity, right?

11       A.   I wouldn't phrase it that way, but I

12  think I understand what you're saying, and I agree

13  with the concept, but I would phrase it

14  differently.

15       Q.   Is there a phrase or there's no such

16  thing as biological gender identity, right?

17            MS. INGELHART:  Objection, terms of the

18  issue.  You can answer.

19  BY THE WITNESS:

20       A.   A person transitions from the sex which

21  they were assigned at birth to their affirmed

22  gender or to live in a gender other than the one

23  that they were assigned at birth.

24

Page 183

1   BY MR. BLAKE:

2        Q.    Have you ever used in any writing or

3   presentation the term biological gender identity?

4        A.    It doesn't sound like something I have

5   written or said, but as I sit here now, I can't

6   recall everything that I've ever said or read or

7   written.

8        Q.    I'm not going to pull a document that

9   says biological gender identity if that's what

10  you're worried about.

11       A.    No.  No.  It doesn't sound like anything

12  that I or my colleagues have ever spoken.

13       Q.    It doesn't make sense, does it?

14       A.    Not really.

15       Q.    Another interesting article, by the

16  way.

17       A.    Thank you.

18             MR. BLAKE:  17.

19                  (Document marked as Defendant's

20                  Exhibit No. 17.)

21             THE WITNESS:  Boy, I'm prolific, aren't

22  I?

23  BY MR. BLAKE:

24       Q.    You know, I must say you've

1  identified -- part of the reason why we went

2  through the sort of song and dance in the beginning

3  of the deposition for you to sort of point out for

4  me was not to test your knowledge but to frankly

5  educate myself.

6            Now I have, to the extent that

7  there's not overlap, and there's some, I have more

8  reading.  I have more homework.  I mean, I couldn't

9  read, you know, a hundred articles.  I just

10  couldn't do it.  Anyways, you've given me some

11  homework.

12            All right.  So I've just handed you

13  what has been marked as Defendant's 17, and it is

14  an article entitled "Disclosure of Risks and

15  Protective Factors for Children Whose Parents Are

16  Undergoing a Gender Transition."  This is another

17  article co-authored by you, right?

18      A.    Yes.

19      Q.    You recognize this article?

20      A.    I do.

21      Q.    All right.  If you turn to the second

22  page, the first paragraph is entitled introduction,

23  and it looks like the third sentence in that

24  paragraph which begins "the diagnostic and

Page 185

1    statistical manual, 4th Edition, DSM-4 defines GID

2    in adolescence and adults as a persistent desire to

3    live as a member of the other sex."  Do you see

4    that?

5          A.    No.  What page are you on?

6          Q.    I'm on the second page in the

7    introduction.

8          A.    Okay.  Yes.  Yes.

9          Q.    All right.  The third sentence begins,

10   "the diagnostic and statistical manner," do you see

11   that?

12         A.    Yes.

13         Q.    It goes on and says, "4th Edition, DSM-4

14   defines GID in adolescence and adults as a

15   persistent desire to live as a member of the other

16   sex."  Do you see that?

17         A.    Yes.

18         Q.    Now, I understand that the DSM-4 has now

19   been superseded by the DSM-5, right?

20         A.    Yes.

21         Q.    And the term GID is no longer used, they

22   use gender dysphoria, right?

23         A.    Yes.

24         Q.    And they use certain criteria and

Page 186

```
 1    indicia of those two diagnoses which in your mind
 2    differ, you know, not in substantial ways, right?
 3         A.    Not just in my mind.
 4         Q.    In everyone's mind.
 5         A.    Correct.
 6         Q.    Or at least the folks at the APA.
 7         A.    Which is the reason why it was changed,
 8    yes.
 9         Q.    Which is the reason why it was changed
10    in the DSM?
11         A.    Correct.
12         Q.    Fair enough.
13               The question I have for you though
14    is at the time you and your co-author wrote that --
15    well, what you didn't write, sorry, that
16    transgender people have a persistent desire to live
17    as a member of the other gender, right?
18         A.    Correct.
19         Q.    That's because gender and sex in this
20    context are different, right?
21               MS. INGELHART:  Objection, terms at
22    issue.  You can answer.
23    BY THE WITNESS:
24         A.    Again Tanya White wrote this article.
```

1    We did the data collection together, and the

2    writing is hers, and we -- I don't know if back

3    then it would have occurred to her to phrase it in

4    the way you're saying, but what you have stated is

5    the way that it is written here, the other sex.

6    BY MR. BLAKE:

7         Q.    Do you disavow this article?

8         A.    No, I do not.

9         Q.    In fact, you agree that sex and gender

10   are actually totally different concepts, right?

11              MS. INGELHART:  Objection, misstates

12   prior testimony.

13   BY THE WITNESS:

14        A.    No, I do not.

15   BY MR. BLAKE:

16        Q.    I'm reading from Confessions of a Gender

17   Defender again, Page 128.  At the very top of the

18   page, and I'm happy to show it to you, "there is a

19   tendency in western societies to confuse sex with

20   gender.  They are truly different concepts."  Do

21   you recall writing that?

22        A.    That's referring to sexual orientation

23   or sexual activity, not sex as our conversation

24   today, chromosomes and the categories of male and

Page 188

1      female.

2           Q.     Okay.   So just placed in its proper

3      context, you agree with that statement?

4           A.     The statement as it is written here?

5           Q.     The statement as it's written in your

6      book.

7           A.     Yes, which is why I said that

8      transsexualism was no longer a term that was in

9      common parlance because it conflated sex which for

10     lay people means sexual orientation, sexual

11     behavior with gender.

12          Q.     Go back to Defendant's Exhibit 11 which

13     is your expert report.   We're going to move on from

14     Page 5, you'll be happy to know.   It's an

15     illuminating page clearly.   We're going to skip

16     Page 6 and Page 7, and we're going to settle on

17     Page 8.

18          A.     8?

19          Q.     Yes, Paragraph 31.   And I believe this

20     is the paragraph that we talked about briefly at

21     the beginning of the deposition about the 2015

22     study related to suicide rates or risk among

23     transgender community, right?

24          A.     Yes.

Page 189

1      Q.    And instead of spending a lot of time on

2    inquiry over who authored the study and things of

3    that nature, I think I understand that now, but I

4    do have some general questions about how the study

5    was conducted and its findings, so I would just

6    like to spend a few minutes on that.

7                 You write on Page 9, and this is

8    just, you know, a part of the sentence, but it says

9    "demonstrating that in a hypothetical sampling of a

10   thousand transgender people."  What do you mean by

11   hypothetical sampling?

12     A.    If you were to take 1,000 people, which

13   of course we can't do, but hypothetically if we

14   could gather 1,000 subjects.

15     Q.    In this case transgender people, right?

16     A.    Correct.  According to their Bauer, et

17   al, the study that they did, what they found in

18   their results was that completing a medical

19   transition related to a decrease in suicide

20   ideation and attempts, and having congruent

21   identity documents likewise conferred a

22   protective -- had a protective effect on

23   transgender people.

24     Q.    You conclude or they conclude and you

Page 190

1    report that of the -- out of the thousand

2    hypothetical transgender people who have permitted

3    a change in identity documents, 90 cases of

4    ideation could be prevented, right.

5        A.    Yes, that's their conclusion.

6        Q.    That's their conclusion.

7              Help me out.  What's the difference

8    between ideation and actual suicide?

9        A.    Well, actually there's three components

10   here.  Ideation is the person who thinks about

11   suicide and contemplates committing suicide and

12   plans how they would execute a suicide.

13             A suicide attempt is someone who

14   actually hurts themselves with the attempt of

15   ending their life, and a completed suicide is

16   someone who is successful.

17       Q.    Okay.  I think I understand which

18   explains the second part where you say, this is

19   another hypothetical group, which is even more

20   difficult to locate, and these are the 1,000

21   hypothetical transgender people who have the

22   ideation, right, the ideation of suicide?

23       A.    Yes.

24       Q.    So you would need 90,000 hypothetical

1    transgender people to get a group that large.  I

2    think that's right.

3         A.    I would have to review their methods.  I

4    only can say that this article is peer reviewed, so

5    apparently statistically and methodologically it

6    was rigorous enough.

7         Q.    To pass that threshold?

8         A.    Oh, yes, and to be in a journal with an

9    impact factor.  So I would have to reread it to see

10   how they actually -- you know, look at their

11   statistical methodology.

12        Q.    So out of -- I'm just trying to make

13   sure I understand.  You got a hypothetical group of

14   a thousand transgender people, right?

15        A.    We know that transgender people, the

16   majority or like almost 50 percent have attempted

17   suicide.  43 percent is what the Williams Institute

18   has documented have made attempts.  So here with

19   this massive study that they have done, they've

20   shown that 230 of those --

21        Q.    Attempts?

22        A.    -- attempts could have been prevented.

23   So there's something protective is ultimately the

24   distillate of this research.

Page 192

1        Q.    So a quarter, roughly a quarter of the

2   people who -- quarter of the transgender people who

3   attempt suicide could be prevented with proper

4   documentation?

5        A.    According to this study.

6        Q.    According to the study?

7        A.    And their findings.  What we know is

8   that regardless of the numbers, we know and the

9   standard of care tells us that having congruent

10  identity documents attenuate gender dysphoria.

11              The attempted suicides are a result,

12  many of them or a quarter of them are likely the

13  result of gender dysphoria.  Perhaps some of them

14  are related to some other mental illness.

15       Q.    That's called like co-morbidity, right?

16       A.    Co-occurring morbidity or co-morbidity.

17       Q.    Where you have lots of different

18  psychological problems running sort of in parallel?

19       A.    Correct.

20       Q.    May or may not be related?

21       A.    Correct.

22       Q.    It's kind of hard to tell and frankly

23  probably immaterial, right?  You want to treat the

24  person as opposed to --

Page 193

1      A.    Treat all.

2      Q.    Right.  Do you know what their actual

3   non-hypothetical sample size was?

4      A.    No, I would have to review the article.

5      Q.    It's in the report.  I can get it in the

6   report if I was interested, right?

7      A.    Okay.

8      Q.    I mean, I just was asking if you knew

9   offhand.

10     A.    Yes.

11     Q.    I didn't have a chance to look at it

12   before.

13             Now, at this point -- Now, this

14   study was conducted in 2015?

15     A.    2015.

16     Q.    So four years ago give or take.  It's a

17   study out of Canada, right?

18     A.    Correct.

19     Q.    Do you know offhand whether the

20   sample -- the people they sampled were Canadian or

21   from the United States?  Do you know?

22     A.    I believe they were from Ontario, but I

23   would have to review the article.

24     Q.    Do you know what Ontario's laws are

Page 194

1  regarding changing your identity, changing the sex

2  marker, gender marker?

3       A.    No, not offhand.

4       Q.    You don't know if Canada just lets

5  people?

6       A.    Some provinces I believe do because

7  there is a CPAP chapter, so at one point we

8  reviewed that, but I don't recall.

9       Q.    Well, do you know what kind of identity

10  documents were involved in the study?

11      A.    I don't recall.

12      Q.    Do you recall if that was indicated in

13  the study?

14      A.    I don't recall.

15      Q.    So it could have been like whatever

16  their equivalent of a driver's license is in

17  Canada?  It's probably called a driver's license.

18            MS. INGELHART:  Objection, speculation.

19  You can answer.

20  BY MR. BLAKE:

21      Q.    It could have been that, right?

22      A.    I would have to review the article.

23      Q.    Okay.  Don't know if it was a birth

24  certificate though, right?

Page 195

1      A.    I don't know what documents they are

2  referring to.

3      Q.    Do you know whether the study even

4  controlled for the type of identity document

5  involved?

6      A.    I don't know the methodology of the

7  study without rereading it.

8      Q.    Do you know whether the study controlled

9  for individuals who were born in a province that

10 allowed for these types of changes to the identity

11 documents to occur?

12     A.    I don't recall.

13     Q.    Do you know just as a general matter

14 whether transgender individuals born in a province

15 or even state like the United States have a higher

16 or lower rate of suicide if they are born in a

17 state or province that doesn't allow them to make

18 these changes to their identity documents?

19     A.    I don't know of any documentation to

20 that effect.  I know there's an article that

21 documents more suicide in states that have sex

22 segregated facilities.

23     Q.    You mean like bathrooms and locker

24 rooms?

Page 196

1      A.    Uh-huh, and dormitories.

2      Q.    So do you have the name of that?  Is it

3   in your bibliography?

4      A.    It might be in my bibliography.

5      Q.    Go ahead and see if you can find it.

6      A.    "Trans Adults Access to College

7   Bathrooms."

8      Q.    What page are you on?

9      A.    I'm on Page 4.

10     Q.    Page 4 of Exhibit B to the --

11     A.    That's the Seelman article, 2016.

12     Q.    Page 4 to Exhibit B to Defendant's

13   Exhibit 11, the Seelman article, "Trans Adults

14   Access to College Bathrooms and Housing in

15   relationship to Suicidality."  Is that the

16   article?

17     A.    Yes.

18     Q.    And your understanding of that article

19   is that in those states where segregated -- with

20   segregated access, rates of suicides are higher?

21     A.    Yes.

22     Q.    Okay.  Do you know whether the 2015

23   Ontario study controlled for people who had a

24   diagnosis of gender dysphoria?

Page 197

1        A.    I don't know that.

2        Q.    Do you know if the study controlled for

3   people in varying stages of transition?

4        A.    I don't recall.

5        Q.    Do you believe a diagnosis of gender

6   dysphoria should be required before a person is

7   able to change the sex marker on his or her birth

8   certificates?

9              MS. INGELHART:  Objection, calls for a

10  legal conclusion.  You can answer.

11  BY THE WITNESS:

12       A.    Would you repeat the question?

13  BY MR. BLAKE:

14       Q.    Yeah.  Do you believe that a diagnosis

15  of gender dysphoria should be required before a

16  person is able to change the sex marker on his or

17  her birth certificate?

18             MS. INGELHART:  Also objection to

19  incomplete hypothetical.  You can answer.

20  BY THE WITNESS:

21       A.    I don't believe that, no.

22  BY MR. BLAKE:

23       Q.    Do you believe that a person needs to

24  undergo a certain amount of transition before

 1   requesting a change to the sex marker on their

 2   birth certificate?

 3            MS. INGELHART:  Same objection as to

 4   legal conclusion and incomplete hypothetical.  You

 5   can answer.

 6   BY THE WITNESS:

 7        A.    I'm not certain what you mean by a

 8   certain amount of transition.

 9   BY MR. BLAKE:

10        Q.    Well, I mean, there are like stages of

11   transition, right?  A person will come to you, for

12   example, and say, you know, I'm -- I feel my gender

13   is incongruous with my sex.  They probably won't

14   say it like that.  They probably never do.  But,

15   right, I mean, that's the sort of --

16        A.    There's a self disclosure.

17        Q.    Some sort of self disclosure.  And then

18   you would diagnose them oftentimes with gender

19   dysphoria but not all the times, right?

20        A.    If I make a diagnosis.

21        Q.    If you make a diagnosis.  The next step

22   for that person if they choose is to start

23   undergoing a transition of some sort, right?

24        A.    Not necessarily.

1     Q.   Well, if they choose.  They don't have

2   to.  They can continue presenting themselves and

3   living as their sex assigned at birth if they

4   choose?

5     A.   Correct.

6     Q.   But in the case of someone who doesn't

7   want to do that, the next logical step for them is

8   to start making steps towards transition, right?

9     A.   Some people might undergo a social

10  transition.

11     Q.   Right.  And so that would be sort of the

12  least friction, like easiest -- well, maybe not

13  easy, but, you know, first step that some people

14  choose to undertake?

15     A.   Not necessarily.  Some people might

16  undergo hormonal --

17     Q.   That's another example of a step towards

18  transition that someone can take, right?

19     A.   Someone could undergo a hormonal

20  intervention.

21     Q.   Right.

22     A.   Without transitioning socially.

23     Q.   Correct.  Someone could also change

24  their name, that would be another step someone

Page 200

1    could take to be more male or female, right?

2         A.    If they choose.

3         Q.    If they choose, right.  That's another

4    step in transition, right?  And sort of, I suppose,

5    the most drastic step is for people to undergo a

6    medical procedure to actually have parts of their

7    anatomy changed to conform with their gender

8    identity, right?

9              MS. INGELHART:  Objection, vague.  You

10   can answer.

11   BY MR. BLAKE:

12        Q.    That's another step in the transition,

13   right?

14        A.    I'm assuming you're talking about a

15   surgical intervention, not a medical intervention.

16        Q.    Surgical, yes.  So those are all steps

17   I think in a person's transition that they can

18   choose to take and they don't have to take them in

19   order?

20        A.    They are all options for people.

21        Q.    And you can do them in any order you

22   want?

23        A.    No.  You can't have certain

24   interventions without first having preliminary

Page 201

1    interventions.

2        Q.    Yeah, I understand that.  That's the

3    law.  I don't know if it's in most states or all

4    states but you have to --

5        A.    It's the standard of care.

6        Q.    You have to live or transition certain

7    parts of your life before you do some of the like

8    more permanent surgical interventions, right?

9        A.    There are certain criteria that have to

10   be met before people can have medical or surgical

11   interventions.

12       Q.    Understood.

13             So setting those aside, there are

14   some preliminary steps in transition that a person

15   can undergo, right?

16       A.    Prior to medical interventions or

17   surgical interventions.

18       Q.    Okay.  So that's what I talk about when

19   I say certain transition.  That's what I mean, the

20   steps in a transition.

21             So do you believe a person needs to

22   undergo a certain number of those steps in

23   transition before they are able to request a change

24   on the sex marker of their birth certificate?

Page 202

1          MS. INGELHART:  Objection, calls for a

2    legal conclusion.  You can answer.

3    BY THE WITNESS:

4        A.    My answer is that it's not what I

5    believe.  My experience is that when people

6    socially transition and present in a gender other

7    than the one in which they were assigned, then they

8    will request to have congruent identity so that

9    their daily interactions are safe and private and

10   allow them to live safely and comfortably in their

11   affirmed gender.

12   BY MR. BLAKE:

13       Q.    Your experience is people socially

14   transition prior to requesting these changes to

15   their identification documents?

16       A.    The majority of people would do so.

17       Q.    But you don't believe that that's a

18   requirement, right?

19          MS. INGELHART:  Objection, calls for a

20   legal conclusion.  You can answer.

21   BY THE WITNESS:

22       A.    I don't know that there's a requirement.

23   I think that different states have different

24   requirements, and I'm not privy to all of that.  My

Page 203

1   experience is with the people who actually do

2   undergo transitions and then try to have documents

3   that reflect their lived experience.

4   BY MR. BLAKE:

5       Q.    And it's not your opinion or belief that

6   someone should have to undergo hormone therapy

7   before requesting a change to their identity

8   documents, right?

9           MS. INGELHART:  Same objection, legal

10  conclusion.  You can answer.

11  BY THE WITNESS:

12      A.    I don't believe people should have to

13  undergo hormonal therapy prior to having congruent

14  documents.

15  BY MR. BLAKE:

16      Q.    You don't believe someone should have to

17  undergo some amount of surgical intervention before

18  having congruent identity documents, right?

19      A.    Correct.

20          MS. INGELHART:  Same objection to legal

21  conclusion and incomplete hypothetical.

22          THE WITNESS:  I'm sorry I spoke before

23  you entered your objection.

24          MS. INGELHART:  It's okay.

Page 204

1    BY MR. BLAKE:

2        Q.    Would you agree that no amount of gender

3    transition can change a person's chromosomes,

4    right?

5             MS. INGELHART:  Objection, calls for

6    speculation and incomplete hypothetical.  You can

7    answer.

8    BY THE WITNESS:

9        A.    I don't think that chromosomes change

10   with a gender transition.

11   BY MR. BLAKE:

12       Q.    And no amount of gender transition can

13   change the sex of the individual as identified by

14   the medical provider at the time of birth, right?

15            MS. INGELHART:  Objection, calls for --

16   well, objection to terms and legal conclusion and

17   speculation.  You can answer.  Incomplete

18   hypothetical.

19   BY THE WITNESS:

20       A.    I don't understand the question.

21   BY MR. BLAKE:

22       Q.    Sure.  There's a sex identified at the

23   time of birth?

24       A.    Correct.

Page 205

```
 1      Q.    Based on what you described as a cursory
 2   inspection of the external genitalia, right?
 3      A.    Yes.
 4      Q.    No amount of gender transition can
 5   change that?
 6      A.    No, I believe birth certificates are
 7   changed routinely in 48 states.
 8      Q.    Right, but that doesn't change the sex
 9   that was observed and reported by the medical
10   provider at the time of birth?
11      A.    Correct, it doesn't change --
12            MS. INGELHART:  Objection.
13   BY THE WITNESS:
14      A.    -- the primary sex characteristic of the
15   infant.
16   BY MR. BLAKE:
17      Q.    You said you reviewed the complaint
18   prior to drafting your expert opinion, right?
19      A.    Yes.
20      Q.    Do you know whether any of the
21   plaintiffs feared physical harm when they disclosed
22   their birth certificate based on what you reviewed
23   in the complaint?
24      A.    Yes.
```

1    Q.    And do you believe that they feared

2  physical harm when they disclosed their birth

3  certificates?

4    A.    I believe that knowing that their birth

5  certificates were inconsistent with their gender

6  presentation, they were always fearful of having to

7  expose that.

8    Q.    But did they fear physical harm?

9    A.    Oh, I don't know if they feared physical

10  harm.  I'm going to have to ask to take a break and

11  go to the restroom.

12    Q.    Okay.

13                    (Whereupon, a short break in

14                    the proceedings was taken.)

15           MR. BLAKE:  Back on the record.

16  BY MR. BLAKE:

17    Q.    With regards to any of the plaintiffs in

18  this case, do you believe that the medical provider

19  made an error when the sex was recorded on his or

20  her birth certificates?

21    A.    No.

22    Q.    Do you believe that medical providers in

23  general should be required to conduct any

24  additional medical procedures to determine a

Page 207

1  child's sex at birth?

2        A.    No.

3                      (Document marked as Defendant's

4                      Exhibit No. 18.)

5        Q.    I just handed you what has been marked

6  as Defendant's Exhibit 18 which is a copy of the

7  expert report submitted by Dr. Van Meter.  Have you

8  seen this document before?

9        A.    Yes.

10       Q.    Okay.  In fact, you said you reviewed

11 these documents after you submitted your report,

12 right?

13       A.    Yes.

14       Q.    I'm going to ask you to turn to Page 3

15 in Paragraph 14.  "From the moment of conception, a

16 fetus is determined to be either a male XY, female

17 XX or in rare cases to have a combination of sex

18 determining chromosomes, many of which are not

19 compatible with life and some of which are the

20 cause of identifiable clinical syndromes."  Do you

21 see that sentence?

22       A.    I do.

23       Q.    Do you agree with that?

24       A.    Yes.

1      Q.    "The presence of a Y chromosome in the

2   developing fetus directs the developing gonadal

3   tissue to develop a testicle."  Do you agree with

4   that conclusion?

5      A.    Yes.

6      Q.    "The absence of a functional Y

7   chromosome allows the gonadal tissue to develop as

8   an ovary."  Do you agree with that?

9      A.    Yes.

10      Q.    "Under the influence of the mother's

11   placental hormones, the testicle will produce

12   testosterone which directs the genital tissue to

13   develop a penis and a scrotum."  Do you agree with

14   that conclusion?

15      A.    More or less.

16      Q.    "Simultaneously the testicle produces

17   anti-mullerian hormone, AMH, which regresses

18   development of the tissue that would otherwise

19   develop into the uterus, fallopian tubes and upper

20   third of the vagina."  Do you agree with that

21   conclusion?

22      A.    Yes.

23      Q.    "There is no process or procedure that

24   will alter a person's chromosomes."  You agree with

Page 209

1   that, right?

2        A.   Yes.

3        Q.   Paragraph 15.  Let me see if I can short

4   circuit of this.  If you would please read

5   Paragraph 15 and let me know if you agree with the

6   conclusions in Paragraph 15.  You can read it

7   silently if you prefer.

8        A.   I agree with Paragraph 15.

9        Q.   All right.  Same question for

10  Paragraph 16, is there any conclusion in

11  Paragraph 16 with which you disagree?

12       A.   I believe I disagree with No. 16.

13       Q.   Which part of Paragraph 16 do you

14  disagree with?

15       A.   The incidents of disorders of sexual

16  differentiation.

17       Q.   Okay.  "The incidents of such

18  circumstances occurs in 1 out of 4,500 to 1 in

19  5,500 births," is that the part you disagree with?

20       A.   Yes.  I'm not certain that I agree with

21  those numbers, and I would have to look at my own

22  sources, which I don't have with me.

23       Q.   You think the rate of DSD might be

24  higher?

Page 210

1      A.    I do.

2      Q.    Okay.  And by DSD we mean disorders of

3  sexual differentiation?

4      A.    Correct.

5      Q.    But other than that, you agree with the

6  rest of the conclusions in Paragraph 16?

7      A.    Yes.

8      Q.    Paragraph 17, do you disagree with any

9  conclusions in Paragraph 17?

10      A.    I disagree with 17.

11      Q.    What aspect of Paragraph 17 do you

12  disagree with?

13      A.    I don't think sex is necessarily binary.

14  I think that chromosomes are one component of sex,

15  and I don't think that it's the Intersex Society of

16  North America that puts out that consensus

17  statement, but I am not certain about that.

18      Q.    Sex assigned at birth is, in the absence

19  of a disorder, male or female, right?

20      A.    Yes.  It is designated clerically, yes.

21      Q.    You agree that that designation itself

22  would be binary in the normal circumstance, right?

23      A.    Yes.

24      Q.    You said you also agreed with the 2016

Page 211

1  consensus statement of the Intersex Society of

2  North America?

3      A.    No, I don't believe that is the

4  Intersex Society of North America that made that

5  statement, but I'm not certain about that.  In

6  other words, I'm not certain that I agree and will

7  not state that I agree with Paragraph No. 17 in its

8  entirety.

9      Q.    Right.  But you said disagreed with sex

10  is binary male or female, that aspect of it,

11  right?

12     A.    I disagree with that.

13     Q.    Okay.  But you agree that the sex as

14  identified at birth is in the normal circumstances

15  binary, correct?

16     A.    It's documented as being binary.

17     Q.    You disagree with sex being determined

18  by chromosomal complement?

19     A.    Alone.

20     Q.    And your basis for disagreement are

21  those five components that we talked with earlier?

22     A.    Correct.

23     Q.    Okay.  Then you disagree with the way

24  that Dr. Van Meter has identified this 2006

Page 212

1    consensus statement?

2          A.    I would need to myself see documentation

3    before I would agree with that statement.  I don't

4    know.

5          Q.    You just don't know what the statement

6    is that he's referring to?

7          A.    I don't know what the statement is, but

8    I think the Intersex Society of North America, if

9    it's what I think it is, then I am not in agreement

10    with that, that they are the source of that

11    statement.

12          Q.    Okay.  It's not that you -- you don't

13    take issue with -- I guess I was confused.  Do you

14    think that the Intersex Society of North America

15    exists?

16          A.    I'm not certain that that statement is

17    accurate, that's my opinion, as it's written.

18          Q.    In what way is it inaccurate?

19          A.    I'm not certain that it's accurate the

20    way it's written.

21          Q.    Okay.  Is there an organization called

22    the Intersex Society of North America?

23          A.    There is an Intersex Society, and it is

24    made up of consumers, and I'm not certain that this

Page 213

1   is their consensus statement.  I don't know.  I

2   would have to check that.

3       Q.    Okay.  Go to Paragraph 19.  Read that

4   and let me know if you agree with the conclusions

5   in that paragraph.

6       A.    I do not.

7       Q.    Which conclusions do you disagree with?

8       A.    In the first sentence DSD patients are

9   not transgender.  Some, in fact, are.

10      Q.    Some, but not all, right?

11      A.    This conclusively says DSD patients are

12  not transgender.

13      Q.    Okay.  Is there anything --

14      A.    I do not agree with that statement.

15      Q.    Is there anything about a DSD patient

16  that makes them more or less likely to be

17  transgender --

18      A.    Yes.

19      Q.    -- in your opinion?

20      A.    Yes, they are more likely to be

21  transgender than the normal population because they

22  have some anomalies.

23      Q.    One of those components of sex is

24  somewhat ambiguous?

Page 214

1      A.    Correct.

2      Q.    Do you disagree with anything else in

3 Paragraph 19?

4      A.    I don't know.  I'm not an expert on DSD,

5 so I don't want to overstate my agreement or

6 disagreement with diagnostic subgroups of the

7 chromosomal anomalies.

8      Q.    Okay.  So that the conclusions in 19 are

9 outside your area of expertise and you are not

10 offering an opinion one way or the other on those

11 conclusions?

12      A.    I'm offering an opinion that the

13 statement DSD patients are not transgender.  Some

14 DSD patients are transgender and do make gender

15 transitions.

16      Q.    Okay.

17      A.    I disagree with the statement that says

18 people who identify as feeling like the opposite

19 sex or somewhere in between do not comprise a third

20 sex.  Transgender people don't feel like the

21 opposite section.  They have a gender identity that

22 is incongruous and it's not based upon a feeling.

23 They meet certain criteria as outlined in the DSM-5

24 as we have already discussed.

Page 215

1      Q.    Paragraph 21, do you agree with the

2   conclusions in that paragraph?

3      A.    I don't know that gender is a

4   psychological concept, I've never heard that

5   before, or a sociological term.  I don't agree that

6   it possesses a linguistic, solely a linguistic

7   meaning prior to the 1950s.  I've never seen any

8   documentation of that.

9             I don't know what sexologists

10   manipulated the term to conceptual cross dressing

11   and transsexualism in their psychological practice.

12   I disagree with that.  That doesn't comport with

13   my understanding of this field that I specialize

14   in.

15      Q.    What are the origins of the gender and

16   gender diversity and transgender specialization of

17   your practice?

18             MS. INGELHART:  Objection, vague.  You

19   can answer.

20   BY THE WITNESS:

21      A.    I'm sorry, can you be more specific?

22   BY MR. BLAKE:

23      Q.    So, I mean, you identified four areas

24   which you have expertise in and within the field of

Page 216

1   psychology, right?

2       A.    Correct.

3       Q.    And one of those relates to the

4   transgender issues we've been talking about today,

5   right?

6       A.    Yes.

7       Q.    Historically, right, what are sort of

8   the origins of that branch your practice?

9       A.    Well, as I mentioned before, I started

10  seeing individuals who were patients in the late

11  '70s.  My aunt was Harry Benjamin's disciple.

12  Harry Benjamin was the person who first introduced

13  the term transsexualism, as you may know, and wrote

14  the book The Transsexual Phenomenon.  Christine

15  Jorgensen was his seventh patient.

16      Q.    That was in the 1950s?

17      A.    1950s, correct.  She was his patient

18  in I think -- well, she was his seventh patient.

19  She came back from Denmark and came to the United

20  States.  In Denmark she had a partial sex change

21  and she needed to complete her surgery in the

22  United States.

23            In BC, Ovid, the BC poet, talked

24  about the pregnant -- the yearn of a pregnant mare

Page 217

1    to change one's sex which is Premarin, which is

2    still in use today.  It's a female estrogen.  So

3    there have been transgender people since the

4    beginning of history and they exist in all

5    cultures.

6                    So this idea that sexologists

7    manipulated gender to conceptualize cross dressing

8    and transsexualism in their psychological practice,

9    I don't know what sexologists your expert is

10   referring to.  I don't know whose psychological

11   practice or what psychological practice this refers

12   to.  So Paragraph 21 I think is rather meaningless

13   to me.

14        Q.    You may disagree with the way he

15   characterized things in Paragraph 21, but you would

16   agree that at least that modern transgender studies

17   has its origins with Harry Benjamin in the 1950s;

18   is there accurate?

19        A.    Harry Benjamin coined the phrase

20   transsexual, but Magnus Hirschfield in Germany in

21   the '30s, I believe, described individuals who had

22   a need to present in a gender that was other than

23   that which they were assigned at birth in what you

24   call detransvestism, so the phenomenon has existed

Page 218

1    for years, but it was only really with Christine

2    Jorgensen that it became known to the public in the

3    '50s.

4         Q.    In the '50s?

5         A.    Yes.

6         Q.    Okay.  Paragraph 22, do you agree with

7    the conclusions in that paragraph?

8         A.    I don't know when John Money termed

9    the --

10        Q.    Termed the gender identity phrase?

11   Setting aside the chronology, you know, as far as

12   the content of Paragraph 22.

13        A.    I would agree that most individuals have

14   a gender identity that aligns with their assigned

15   sex.  I would not say that gender incongruity is a

16   psychological condition.

17        Q.    Move down to Paragraph 23.

18        A.    Yes.

19        Q.    You disagree with gender incongruity as

20   a psychological condition?

21        A.    Yes, I wouldn't describe it primarily as

22   a psychological condition.

23        Q.    Would you agree with the conclusion in

24   Paragraph 24?

Page 219

1      A.      I don't agree with that.

2      Q.      You disagree with the --

3      A.      With the way that's phrased, yes.

4      Q.      With gender incongruity?

5      A.      I'm disagreeing with this idea that he

6  or she will often express the belief that he or she

7  is the opposite sex.

8      Q.      I got it.  You rejected Paragraph 23.  I

9  am on to Paragraph 24.  Do you disagree with the

10  conclusions?

11      A.      Paragraph 24 is wrong.

12      Q.      In what way?

13      A.      In the way that in 2016 or the 2016

14  epidemiologists at Emery University concluded that

15  a gender incongruity occurs in between .2 and

16  .7 percent of the population.

17      Q.      So you think the numbers are higher?

18      A.      Oh, the numbers are definitely higher.

19      Q.      Paragraph 25, do you agree with the

20  conclusions in that paragraph?

21      A.      Gender dysphoria is a medical condition,

22  and it does cause emotional distress.

23      Q.      So more or less other than maybe the use

24  of the term gender incongruity?

Page 220

1      A.    No, gender incongruity is probably --

2      Q.    Accurate?

3      A.    Well, the World Health Organization in

4   the next international classification in ICD will

5   probably use the term gender incongruity.  We

6   actually met with members of the World Health

7   Organization and decided that that was an

8   appropriate term.

9      Q.    So 25, there's nothing offensive about

10  25?

11     A.    Well, I wouldn't call gender dysphoria a

12  diagnostic term.

13     Q.    What kind of term would you call it?

14     A.    I would call it a medical condition.

15     Q.    Okay.  Medical condition.

16     A.    Yes.

17     Q.    Otherwise you're perfectly fine with

18  that statement?

19          MS. INGELHART:  Objection,

20  mischaracterizes prior statement.

21  BY THE WITNESS:

22     A.    I wouldn't say I'm perfectly fine.  I

23  would say that it's a medical condition that is

24  diagnosed when a person experiences significant

Page 221

1    clinical distress that impairs their ability to

2    function in a particular area, which is the DSM-5

3    definition.

4    BY MR. BLAKE:

5         Q.    You would adopt the DSM-5 definition for

6    gender dysphoria?

7         A.    Yes.

8         Q.    Paragraph 26, do you agree with the

9    conclusions in that paragraph?

10        A.    I agree with the first sentence that

11   there's no observable physical way to test for

12   gender dysphoria in the womb or at the time of

13   birth.  I agree with that statement.

14        Q.    Do you agree with the second sentence

15   too?

16        A.    Yes.

17        Q.    And I assume you agree with the last

18   sentence as well?

19        A.    Gender nonconforming has been reported

20   in patients younger than four years of age.

21        Q.    Even younger than four?

22        A.    Uh-huh.

23        Q.    And Paragraph 27, do you agree with the

24   conclusions in paragraph?

1      A.    Chromosomes cannot be changed by a

2  medical procedure, I agree with that.

3      Q.    Paragraph 29, do you agree with that

4  statement?

5      A.    I agree that the birth certificates

6  record an individual's primary sex characteristics

7  at the moment of birth.

8      Q.    And Paragraph 30, you agree with, right?

9      A.    Yes.

10      Q.    None of the plaintiffs have had

11  karyotyping done, so I assume if I asked you

12  whether or not you would agree with Dr. Van Meter's

13  opinion regarding what their chromosomes are, you

14  would say you don't have any information one way or

15  the other on that; is that accurate?

16      A.    I would say not only do I not have that

17  information, I would say that he doesn't have that

18  information either.

19      Q.    Would you agree though that most likely

20  their karyotype conforms with their sex assigned at

21  birth?

22          MS. INGELHART:  Objection.

23

24  BY THE WITNESS:

Page 223

1      A.    I can't make that statement.  I would

2  say in most cases, people's chromosomes do, and

3  that's true even of people who have gender

4  dysphoria; however, there is a higher incidents of

5  chromosomal anomalies in people who are gender

6  dysphoric, so for any given gender dysphoric

7  person, I can't state what their chromosomes are or

8  are not.

9      Q.    It might be less likely than you or me

10  or more likely than you or me that they have some

11  sort of chromosomal abnormality, but still more

12  likely than not that they have the normal

13  karyotype; is that accurate?

14      A.    That seems like a fair statement to

15  make.

16          MR. BLAKE:  I have no further questions.

17          MS. INGELHART:  Thank you.  We'd like to

18  take a quick break.

19          MR. BLAKE:  You just had a 30 minute

20  break.  How long is it going to be?  Off the

21  record.

22              (Whereupon, a short break in

23              the proceedings was taken.)

24          MS. INGELHART:  Back on the record.

Page 224

1    Thank you.  Plaintiff's counsel has just a few

2    questions for direct.  I will instruct the witness

3    to remember that the court reporter is still to

4    your left so if you can project out so she can best

5    record.

6                    E X A M I N A T I O N

7    BY MS. INGELHART:

8         Q.    First I'm going to refer back to

9    Defendant's Exhibit 18 which is Dr. Van Meter's

10   initial expert report.  Can we look to Page 5,

11   Paragraph 27?

12                    Previously you testified that you

13   agreed with the first three sentences in this

14   paragraph.

15        A.    I'm sorry, what paragraph?

16        Q.    I will refer back now that opposing

17   counsel has reached the same page.  Apologies.

18                    We're looking at Paragraph 27.

19   Previously you testified that you concurred with

20   the first three sentences of this paragraph.

21   That's accurate, correct?

22             MR. BLAKE:  Objection, misstates.

23             MS. INGELHART:  I'll retract it.

24   BY MS. INGELHART:

Page 225

1    Q.    Do you agree that there are no
2  procedures, medical or otherwise, by which an
3  individual can change chromosomes that determine
4  sex?
5    A.    I agree.  Chromosomes cannot be changed.
6    Q.    Do you agree that hormone therapy,
7  surgical modifications can't change chromosomes one
8  is born with?
9    A.    I agree with that statement.
10    Q.    Do you agree that sex is innate?
11    A.    I don't agree with that.  I don't know
12  what that refers to, that sex.  I don't know
13  what -- how he's conceptualizing sex.
14    Q.    Thank you.
15         Do you agree that there's no
16  credible science proving that gender incongruity is
17  innate?
18    A.    I do not agree with that.
19    Q.    Do you agree with this last sentence
20  here then in Paragraph 27?
21    A.    I do not.
22    Q.    Thank you.
23         Referring down on the same page to
24  Paragraph 30, I would like to revisit prior

Page 226

1    testimony.  Do you agree that gender identity is

2    not observable or detectable at the time of birth?

3         A.    I agree with that.

4         Q.    Do you agree that gender identity is not

5    recorded on Ohio birth certificates?

6         A.    Yes.

7         Q.    What is recorded on Ohio birth

8    certificates?

9         A.    The infant's primary sex characteristic.

10   Penis or vagina is what is recorded as male or

11   female at the time of birth.

12        Q.    Thank you.

13               In your experience, would it

14   support a binary transgender person's social

15   transition to have a binary gender or sex marker

16   that matches their gender identity on their birth

17   certificate?

18               MR. BLAKE:  Objection, vague.

19   BY THE WITNESS:

20        A.    Yes.

21   BY MS. INGELHART:

22        Q.    In your experience, what kind of

23   requirements for accessing accurate identity

24   documents, ones that match a transgender person's

Page 227

1   gender identity, have been correlated with the most

2   affirming social transitions?

3        A.    Those that are least burdensome.

4        Q.    Thank you.

5              Some terms of art were used today

6   interchangeably with antiquated terms.  Generally

7   why has medical society evolved from using terms

8   like natal sex to sex assigned at birth or

9   transsexual to gender dysphoria?

10       A.    Natal implies something that is

11  permanent.  Sex assigned at birth is temporal.

12  Transsexualism conflates sex, be it sexual

13  orientation, sexual behaviors or sexual activity

14  with gender, and lay people in particular confuse

15  sexuality with gender leading to some serious

16  negative connotations for people who are

17  transgender.

18       Q.    Is the term sex assigned at birth more

19  accurate than natal sex?

20       A.    Yes.

21             MR. BLAKE:  Objection.

22  BY MS. INGELHART:

23       Q.    Is the term gender dysphoria a more

24  accurate term than transsexual?

Page 228

1        MR. BLAKE:  Objection.

2  BY THE WITNESS:

3        A.    Yes.

4  BY MS. INGELHART:

5        Q.    Have you ever had a client or patient

6  face negative outcomes as a result of experiences

7  or instances related to inaccurate identity

8  documents, identity documents that did not

9  correlate or match their gender identity?

10        A.    Yes.

11        Q.    Can you please provide an example?

12        A.    I had a patient who committed suicide,

13  shot herself in the head after producing a document

14  that didn't align with her gender presentation.

15  She went home and killed herself.  That was one

16  unfortunate and very dramatic occasion.

17              On another occasion a woman who was

18  a trans woman who had transitioned as an adolescent

19  and was married, although she was an extremely

20  authentic and actually a very beautiful woman,

21  someone revealed a document that had a male birth

22  name on it, and she and her husband were so

23  victimized and harassed by co-workers, they had

24  their brake lines cut, death threats.

1          The workers took out a petition that

2    she couldn't use the female restroom.  They smeared

3    feces on her desk.  She and her husband

4    developed -- her husband was taunted for being gay

5    because he was married to someone who was really a

6    man and people would bring sex toys to his office.

7          They are both completely disabled.

8    They are unable to leave their homes.  They have

9    panic attacks.  The man pulled all his hair out of

10   his head and lost 50 pounds in a month, and they

11   are both on permanent, extended disability and are

12   physically and psychologically damaged, extremely

13   damaged.

14      Q.    Just to clarify, that classification as

15   disabled is a result of the harassment; is that

16   correct?

17      A.    Yes.  They have what is known as complex

18   PTSD.  Complex PTSD is unlike random PTSD which is

19   acts of God, like a tornado or a car accident.

20   Complex PTSD is caused by human beings.  It's

21   intentional and it occurs intermittently and

22   repeatedly so people don't have time to regain

23   their equilibrium in between these assaults, and so

24   it's more intractable and more severe than random

Page 230

1  acts of God which aren't personal.

2          MS. INGELHART:  Thank you.  I don't have

3  any further questions.

4          MR. BLAKE:  I don't have any followup

5  questions.

6          MS. INGELHART:  We would like to have the

7  opportunity to sign later.

8                  (Witness excused.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 231

1                REPORTER CERTIFICATE

2

3          I, MARI BETH KAWULIA, a Certified

4    Shorthand Reporter within and for the County of

5    Cook and State of Illinois, do hereby certify:

6               That previous to the commencement of the

7    examination of the witness, the witness was duly

8    sworn to testify the whole truth concerning the

9    matters herein;

10               That the foregoing deposition transcript

11   was reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true record of the testimony

14   given and the proceedings had;

15               That the said deposition was taken

16   before me at the time and place specified;

17               That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in

21   the outcome of this action.

22

23

24

Page 232

1        IN WITNESS WHEREOF, I do hereunto set my

2   hand this October 7, 2019.

3

4

5

6

7

8

*Mari Beth Kawulia*

MARI BETH KAWULIA, CSR

9   C.S.R. No. 84-2873

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
                                                  Page 233

 1                     Veritext Legal Solutions
                          1100 Superior Ave
 2                            Suite 1820
                        Cleveland, Ohio 44114
 3                      Phone: 216-523-1313
 4

     October 7, 2019
 5

     To: KARA N. INGELHART
 6

     Case Name: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
 7

     Veritext Reference Number: 3493804
 8

     Witness:  Randi Ettner, Ph.D.      Deposition Date:  9/18/2019
 9
10   Dear Sir/Madam:
11
     Enclosed please find a deposition transcript.  Please have the witness
12
     review the transcript and note any changes or corrections on the
13
     included errata sheet, indicating the page, line number, change, and
14
     the reason for the change.  Have the witness' signature notarized and
15
     forward the completed page(s) back to us at the Production address
16   shown
17   above, or email to production-midwest@veritext.com.
18
     If the errata is not returned within thirty days of your receipt of
19
     this letter, the reading and signing will be deemed waived.
20
21   Sincerely,
22   Production Department
23
24   NO NOTARY REQUIRED IN CA
```

Page 234

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 3493804
CASE NAME: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
DATE OF DEPOSITION: 9/18/2019
WITNESS' NAME: Randi Ettner, Ph.D.

        In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
        I have made no changes to the testimony
as transcribed by the court reporter.


_____              _____
Date                               Randi Ettner, Ph.D.
        Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

        They have read the transcript;
        They signed the foregoing Sworn
        Statement; and
        Their execution of this Statement is of
        their free act and deed.

        I have affixed my name and official seal

this _____ day of_____, 20_____.


              _____
              Notary Public
              _____
              Commission Expiration Date

Page 235

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2

     ASSIGNMENT REFERENCE NO: 3493804
3    CASE NAME: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
     DATE OF DEPOSITION: 9/18/2019
4    WITNESS' NAME: Randi Ettner, Ph.D.
5           In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7           I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
8    well as the reason(s) for the change(s).
9           I request that these changes be entered
     as part of the record of my testimony.
10

            I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   10.25.19                     Randi Ettner, PhD.
     Date                         Randi Ettner, Ph.D.
14

            Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17          They have read the transcript;
            They have listed all of their corrections
18          in the appended Errata Sheet;
            They signed the foregoing Sworn
19          Statement; and
            Their execution of this Statement is of
20          their free act and deed.
21          I have affixed my name and official seal
22   this  25  day of  October         20 19 .
23          Sara aldape
            Notary Public                Official Seal
                                         SARA ALDAPE
24                                       Notary Public State of Illinois
            7/26/2021                    My Commission Expires 07/26/2021
25          Commission Expiration Date

Veritext Legal Solutions

Page 236

1                    ERRATA SHEET
              VERITEXT LEGAL SOLUTIONS MIDWEST
2                  ASSIGNMENT NO: 3493804
3     PAGE/LINE(S) /       CHANGE       /REASON
4     _42:15_____/Sania change to Soneeya /spelling
5     _194:7_____/CPAP Change to CPATH    /wrong word
6     _216:24_____/yearn change to urine   /wrong word
7     _____
8     _____
9     _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19

      _____        _____
20    Date                     Randi Ettner, Ph.D.
21    SUBSCRIBED AND SWORN TO BEFORE ME THIS _____  DAY
22    OF _____, 20_____ .
23                    _____
                      Notary Public
24

25                    _____
                      Commission Expiration Date

[& - 5]                                                           Page 1

| & |
| --- |
| **&** 2:12 4:9 |

| 0 |
| --- |
| **00272** 1:5 |
| **084-2873** 2:22 |

| 1 |
| --- |
| **1** 58:8 59:22 |
| 126:15 176:13 |
| 209:18,18 |
| **1,000** 189:12,14 |
| 190:20 |
| **10** 32:13,13 |
| **105** 1:22 2:3 |
| **10:00** 1:24 |
| **11** 3:7 49:20,22 |
| 50:1 51:6,7 66:4 |
| 111:19 136:1 |
| 188:12 196:13 |
| **1100** 233:1 |
| **12** 3:8 84:1,3,6 |
| 149:19,22 |
| **1200** 2:13 |
| **1214** 5:3 |
| **12495** 232:8 |
| **128** 153:16 187:17 |
| **13** 3:9 129:24 |
| 130:2,5 132:8 |
| **130** 3:9 |
| **138** 3:12 |
| **14** 3:12 138:9,11 |
| 138:14 142:17 |
| 207:15 |
| **15** 3:14 15:24 |
| 32:13 73:16 |
| 120:15 175:21,23 |
| 176:7 209:3,5,6,8 |
| **16** 3:15 135:24 |
| 136:6,24 149:21 |
| 179:14,16 209:10 |
| 209:11,12,13 |

210:6
**17** 3:18 146:7
183:18,20 184:13
210:8,9,10,11
211:7
**175** 3:14
**179** 3:15
**18** 1:24 3:21 156:6
207:4,6 224:9
**1820** 233:2
**183** 3:18
**19** 160:3 213:3
214:3,8
**1950s** 215:7
216:16,17 217:17
**1980** 13:16 14:11

| 2 |
| --- |
| **2** 50:19 53:17 |
| 58:12 61:17,23 |
| 88:18 89:17 |
| 111:20 114:24 |
| 118:21 119:18 |
| 144:23 219:15 |
| **2,500** 115:2,16 |
| **20** 16:1 234:16 |
| 235:22 236:22 |
| **2000** 109:7 |
| **2005** 133:23 |
| **2006** 211:24 |
| **2007** 95:6 98:17,23 |
| 99:7,11 133:18 |
| **2013** 59:9 60:17 |
| 61:15 |
| **2014** 27:13,13 |
| **2015** 16:24 17:5 |
| 98:9 188:21 |
| 193:14,15 196:22 |
| **2016** 95:7 97:19,23 |
| 98:11,15,17,19,23 |
| 99:6,13 196:11 |
| 210:24 219:13,13 |

**2017** 97:13 98:11
98:12,15 99:11,15
**2019** 1:24 232:2
233:4
**2020** 85:24 86:1,3
86:5,7
**2021** 86:6
**207** 3:21
**21** 124:15 162:1
172:15,22 215:1
217:12,15
**216-523-1313**
233:3
**22** 218:6,12
**23** 218:17 219:8
**230** 191:20
**24** 218:24 219:9,11
**25** 19:9 33:22
96:18 97:6 219:19
220:9,10
**26** 221:8
**2600** 2:3
**27** 180:7 221:23
224:11,18 225:20
**29** 222:3
**2:18** 1:5
**2d** 106:16,19
**2nd** 106:16

| 3 |
| --- |
| **3** 51:9 62:8 114:24 |
| 207:14 |
| **3,000** 115:2,7,14 |
| 115:16 |
| **30** 16:1,3,4,5 17:21 |
| 17:22 19:3 33:4,4 |
| 54:9 142:8 222:8 |
| 223:19 225:24 |
| **30s** 217:21 |
| **30th** 27:13 |
| **31** 86:8,17 188:19 |

**312** 2:4
**3493804** 233:7
234:2 235:2 236:2
**35** 160:22

| 4 |
| --- |
| **4** 3:4 51:16 52:12 |
| 56:10 106:12 |
| 120:16 149:24 |
| 185:1,13,18 196:9 |
| 196:10,12 |
| **4,500** 209:18 |
| **40** 30:21 140:24 |
| 142:9 |
| **400** 49:15 |
| **41** 2:13 33:5 |
| **42** 33:5,5 |
| **43** 191:17 |
| **43215** 2:14 |
| **44103** 2:9 |
| **44114** 233:2 |
| **4506** 2:8 |
| **457** 59:6 |
| **48** 33:6,7,8,13 35:9 |
| 36:19,24 37:5,7,14 |
| 205:7 |
| **49** 3:7 |
| **4d** 106:16,19 |
| **4th** 106:16 185:1 |
| 185:13 |

| 5 |
| --- |
| **5** 8:4,6,22 9:21 |
| 25:6,23 32:13 |
| 56:7,20 57:9 58:7 |
| 59:3,8 60:14,18 |
| 62:17 88:19 92:16 |
| 92:17 94:14,15 |
| 97:12 99:15 |
| 111:21,23,24 |
| 124:15 136:1,6 |
| 146:7 156:6 160:4 |

[5 - affirmation]                                                                     Page 2

185:19 188:14
214:23 221:2,5
224:10
**5's** 60:15
**5,500** 209:19
**50** 16:2,3,5 17:21
17:22 19:4 33:4,4
33:7,19 52:2
191:16 229:10
**50s** 218:3,4
**586-1958** 2:9

**6**

**6** 50:20 94:17
96:17 188:16
**60** 138:1 139:1,8
139:11 140:20
**60201** 5:4
**60603** 2:4
**614** 2:9,14
**621-7789** 2:14
**663-4413** 2:4

**7**

**7** 85:14,17 95:5
188:16 219:16
232:2 233:4
**70** 90:22 158:16
**70s** 15:5 216:11
**7th** 74:17 84:10

**8**

**8** 76:13 84:16
85:12,13,16,23
88:20 114:23
188:17,18
**84** 3:8
**84-2873** 232:9

**9**

**9** 189:7
**9/11** 144:1

**9/18/2019** 233:8
234:3 235:3
**90** 190:3
**90,000** 190:24
**95** 158:16
**99.9** 158:17

**a**

**a.m.** 1:24
**abandoned** 55:20
**abilities** 6:19
**ability** 31:18 85:1
110:20 111:2
116:13 118:3
141:4 171:24
221:1
**able** 25:18 197:7
197:16 201:23
**abnormalities**
157:6
**abnormality**
147:16 154:21
156:16 223:11
**absence** 208:6
210:18
**absent** 154:21
155:8
**absolutely** 53:16
123:16
**academy** 67:21
73:24
**accepted** 166:12
**access** 31:2,3
196:6,14,20
**accessing** 226:23
**accident** 229:19
**accompany** 57:12
**accurate** 9:7 14:10
30:6 31:5 43:11
46:1 50:22 51:2
51:14 67:5,13
83:5 102:20

115:18 117:24
131:18 133:8
135:4 139:5 141:1
146:14 156:8,12
157:3 158:22
159:3 160:1
212:17,19 217:18
220:2 222:15
223:13 224:21
226:23 227:19,24
**accurately** 30:12
**acknowledge** 59:9
234:11 235:16
**aclu** 32:4,7,22
33:14 34:3,4
**acluohio.org** 2:10
**act** 92:11 177:7
234:14 235:20
**action** 114:22
231:21
**activities** 177:2
**activity** 187:23
227:13
**acton** 1:7 233:6
234:3 235:3
**actors** 77:2
**acts** 35:1 229:19
230:1
**actual** 22:12 72:6
146:16,22 190:8
193:2
**adams** 1:23 2:3
**adaptation** 3:15
93:16 179:18
**add** 16:7
**added** 51:4
**addendum** 65:4
**addition** 51:6
64:23 67:14,15
95:18 97:21 114:9

**additional** 66:5
206:24
**address** 4:21,24,24
95:11 97:3 233:15
**addressing** 152:24
154:1
**adjustment** 3:12
3:16 93:16 138:15
179:19
**administer** 83:22
**admit** 129:15
**adolescence**
119:18,20 140:22
140:22 185:2,14
**adolescent** 228:18
**adopt** 74:6 221:5
**adult** 6:7 91:18
92:3 94:18 103:16
104:2 119:24
123:19 125:16
**adulthood** 142:23
144:8
**adults** 125:15
185:2,14 196:6,13
**advanced** 79:17
**adverse** 27:4
**advised** 27:4
**advocacy** 81:9,14
81:14,18 82:4,9,13
82:15
**advocate** 82:1,13
86:21 87:4
**advocating** 81:20
81:22,23
**affiliated** 81:4
87:13
**affiliations** 76:13
78:7
**affirm** 125:1
**affirmation** 28:14
29:8,13 68:9

**affirmed** 92:8
121:3 123:9 125:4
134:21 135:4
175:16 181:7
182:21 202:11
**affirming** 26:17
26:18 91:17 227:2
**affixed** 234:15
235:21
**afraid** 93:21
**age** 138:1 139:1,11
140:10,16,20
141:12 142:8
143:16,18 145:4,5
145:9 146:2
221:20
**agencies** 28:22
46:8
**agency** 29:6
**aging** 143:21
**agitated** 123:18
**ago** 193:16
**agree** 12:10 18:22
84:21 137:17,22
139:3 148:15,18
148:23 150:4
152:18 153:7
154:6,10 155:11
157:12,17,21
173:14 177:17,19
177:24 178:5,8,21
178:23 179:1,4
180:17,18 181:13
182:12 187:9
188:3 204:2
207:23 208:3,8,13
208:20,24 209:5,8
209:20 210:5,21
211:6,7,13 212:3
213:4,14 215:1,5
217:16 218:6,13

218:23 219:1,19
221:8,10,13,14,17
221:23 222:2,3,5,8
222:12,19 225:1,5
225:6,9,10,11,15
225:18,19 226:1,3
226:4
**agreed** 210:24
224:13
**agreement** 212:9
214:5
**agrees** 149:7
**ahead** 29:2 32:12
57:1 136:19 196:5
**ahh** 69:15
**ahold** 4:23
**al** 4:17,18 16:24
32:23 59:18
189:17 233:6,6
234:3,3 235:3,3
**align** 146:17
228:14
**alignment** 120:19
124:12 181:22
182:10
**aligns** 218:14
**alleged** 147:22
**alleging** 26:20
**allele** 59:15,18
**alleles** 60:1
**allow** 46:23
195:17 202:10
**allowed** 114:15,20
122:15 145:23
152:14 195:10
**allowing** 92:7
**allows** 25:13 104:3
208:7
**alluded** 60:14
**alter** 208:24

**alzheimer's**
123:14
**ambiguity** 129:10
159:6
**ambiguous** 213:24
**amend** 34:7
**amended** 151:3,20
**amendments** 51:4
**america** 51:12
210:16 211:2,4
212:8,14,22
**american** 2:7
67:21 73:23,24
74:1 80:7 87:14
87:17 88:1,12
90:16 91:3 175:13
175:17 176:2
**amh** 208:17
**amount** 75:7
78:18 104:3
197:24 198:8
203:17 204:2,12
205:4
**amsterdam** 73:2
**amy** 1:7 233:6
234:3 235:3
**analogy** 9:16
123:13
**analysis** 12:20,21
101:17
**anatomic** 175:15
**anatomical** 162:9
163:8 167:4 172:6
173:17,23
**anatomist** 167:14
**anatomy** 54:20
124:16 126:1
129:2 161:18
162:2,18 163:15
163:15 167:5,8
172:16 173:9

174:8,11 176:21
200:7
**androgen** 106:18
**anecdotally** 133:4
**announce** 128:14
**annual** 75:14,14
**anomalies** 158:4
158:19 213:22
214:7 223:5
**anomaly** 158:6
**anorexia** 9:17
10:14,15 11:4,9
**anorexic** 11:1,3,13
**answer** 5:19,24
28:16 31:16 32:20
43:9 46:3,4 48:14
58:1 82:11 84:24
87:8 95:16,23
101:20 115:20
116:12 118:3
127:9 128:10
138:3 139:23
144:5 150:13,23
151:10 154:24
157:19 161:20
162:11 163:19
164:21 165:24
167:10 170:2
171:23 172:13
173:12 174:2
175:5 178:13
179:9 181:5,24
182:18 186:22
194:19 197:10,19
198:5 200:10
202:2,4,20 203:10
204:7,17 215:19
**answered** 82:11
108:8 175:5
**anti** 208:17

**anticipate** 67:10
85:22
**antiquated** 131:17
227:6
**antonio** 99:24
105:17
**anxiety** 6:17 7:21
8:2,3,10,16,20 9:1
9:19 12:6 143:14
**anybody** 10:18
**anymore** 113:7
130:12
**anyways** 184:10
**apa** 3:14 73:8,9,19
74:22 75:2,17
76:3,6 88:5,8
177:12,18 178:8
179:1 181:17
186:6
**apath** 80:6
**apologies** 224:17
**apparently** 191:5
**appear** 62:22
119:8 126:19
128:20 135:1
158:5 234:11
235:15
**appearance**
120:20 146:13
157:14 158:1,14
**appearances** 2:1
77:8
**appeared** 2:10,15
77:4
**appearing** 125:4
158:8
**appended** 235:11
235:18
**applied** 112:15
**apply** 25:23 26:1
78:20 124:21

**appointed** 42:12
42:13,22 43:1,4
44:3 45:11
**appointments**
42:20
**appropriate** 12:15
128:24 129:15
177:3 220:8
**appropriately**
152:18 153:18
**approved** 73:20
**approximately**
15:4,18,24 28:2,3
32:6,10,12 33:8,12
36:23 44:6 47:13
52:2,5 55:18
115:13
**archaic** 159:22
**architecture** 90:6
**archives** 111:10
**area** 21:16 25:12
29:18 52:23 55:24
72:19 90:7 100:12
100:13,20 107:9
107:21 110:7,22
167:13 214:9
221:2
**areas** 6:2,6,21
14:7 19:4 23:8
38:19,22 53:15
69:24 70:2 97:15
97:16 98:2 103:6
103:8,11,13,14
106:2,8 107:19
109:20 111:3,3
166:18 167:16,19
215:23
**argento** 1:3
**arises** 163:6
**arose** 109:13

**array** 9:24
**arrows** 142:20,21
142:22
**art** 96:8 97:5
157:18 227:5
**article** 3:15,18
69:16 98:2 130:5
131:24 133:17
134:13 138:14,19
138:22 140:9
179:18,22,24
183:15 184:14,17
184:19 186:24
187:7 191:4 193:4
193:23 194:22
195:20 196:11,13
196:16,18
**articles** 52:3 53:13
184:9
**artifact** 104:10
**ashley** 1:4
**aside** 27:8,15 32:3
87:12 125:16
131:22 147:15
201:13 218:11
**asked** 28:21 29:4
36:11 37:21 38:14
48:1,11,21 58:6
82:10 96:24 99:1
112:18 114:13
175:4 176:9
222:11
**asking** 39:8 58:8
137:2 149:7,8,11
151:9 193:8
**aspect** 123:9,12
210:11 211:10
**aspects** 7:15 85:5
105:10,12 177:8,9
**assaults** 229:23

**assemblage** 61:20
96:19
**assessed** 117:11
**assessing** 117:10
**assigned** 59:17
60:4 103:9 105:22
110:2 117:7,19,20
117:23 118:6,8,11
118:24 119:14
120:2,6 121:4
124:7 129:21,22
131:10,10,14
134:12,20 135:9
135:14,18 141:7
141:19 142:13
146:11,15,17
147:3,5,10 148:6
159:1,4,5 176:17
179:2 182:21,23
199:3 202:7
210:18 217:23
218:14 222:20
227:8,11,18
**assigning** 156:8
**assignment** 146:14
153:2 154:4 234:2
235:2 236:2
**assist** 86:23
**associated** 17:1
28:14 59:15
176:19 177:13
178:9
**associating** 34:23
**association** 70:12
73:23 74:3 78:5
80:22 81:8,16
84:12 87:14,18
88:1,12 175:13,17
176:2
**assume** 5:8 6:1,20
10:3 13:8 79:9

84:7 102:3 108:11
153:14 158:8
221:17 222:11
**assumed** 17:13
**assuming** 200:14
**assumption** 46:12
**asylum** 34:16,20
35:3,4
**atlas** 99:18
**attached** 235:7
**attacks** 229:9
**attempt** 71:3
190:13,14 192:3
**attempted** 116:16
116:18 191:16
192:11
**attempts** 54:10,12
189:20 191:18,21
191:22
**attend** 75:4
**attendant** 8:16
57:10 143:14
**attention** 129:12
**attenuate** 192:10
**attenuates** 90:13
**attorney** 4:9 28:17
31:18 32:15 48:14
90:18 231:18,19
**attorneys** 31:22
**attributes** 158:3
176:20 177:2,14
177:15
**atypical** 3:10
130:7
**aunt** 216:11
**australian** 59:20
**austrian** 105:15
**authentic** 121:3
228:20
**author** 94:22
148:24 180:16

186:14
**authored** 3:13,16
3:20 53:19,20,24
55:5 64:7,8 95:19
138:16 184:17
189:2
**authoring** 84:18
**authorize** 235:11
**authors** 84:19
179:22 180:12,14
**autistic** 164:16
**auto** 122:17,17
**autopsy** 98:4
103:24 104:4
109:6,7 163:11
**available** 62:18,24
97:22 111:10
122:22 137:9
**ave** 233:1
**avenue** 2:8
**awaiting** 14:23
**aware** 32:17 75:16
113:24 116:24
117:3 118:5,15
119:23 120:13
145:4 147:24
158:18 164:8

**b**

**b** 50:3 51:18,21,23
52:14 196:10,12
**baby** 123:18
**back** 14:20 23:6
44:5,12,21 50:16
51:22 88:16 109:6
110:9 111:17,19
116:9 118:16
120:3 140:21
146:6 156:5 187:2
188:12 206:15
216:19 223:24
224:8,16 233:15

**background** 22:11
25:17
**backgrounds**
142:7
**bald** 90:21
**barriers** 91:14,24
**based** 10:23 30:13
48:4 62:16 73:11
73:15 74:19 84:6
85:6 96:22 97:4
101:17 128:15,19
137:8 146:12
159:2 172:21
205:1,22 214:22
**basic** 5:15,21
67:11
**basically** 25:4
**basil** 1:3
**basis** 63:9,12,13
63:14 75:24 95:10
96:3 122:4 175:1
175:9,12 211:20
**bathroom** 18:7
29:24 30:2,2,3
31:1,4 34:8 90:23
168:6
**bathrooms** 30:8
91:2 195:23 196:7
196:14
**batting** 90:15
**bauer** 16:24 17:14
189:16
**bc** 216:23,23
**beard** 90:21
112:22
**bearing** 136:9
137:1
**beautiful** 228:20
**beautifully** 113:1
**began** 14:11 19:11

**beginning** 44:12
51:4 54:9 59:8
89:13 91:2 97:11
184:2 188:21
217:4
**begins** 132:4
138:22 140:8
184:24 185:9
**behalf** 2:10,15
26:10 45:20 86:21
87:4
**behavior** 55:24
81:21 111:10
118:19 119:4
122:11 178:20
188:11
**behaviors** 12:2
177:2 227:13
**beings** 229:20
**belgium** 105:13
**belief** 152:21
203:5 219:6
**believe** 39:14
40:19 59:20 76:8
76:20 81:20
127:15 135:4,10
140:18 144:13
152:22 188:19
193:22 194:6
197:5,14,21,23
201:21 202:5,17
203:12,16 205:6
206:1,4,18,22
209:12 211:3
217:21
**bell** 45:15
**belong** 78:22
121:24 145:22
176:3
**bender** 42:18

**benjamin** 216:12 217:17,19

**benjamin's** 216:11

**bentz** 59:22,22 60:17,19

**best** 4:23 18:4 19:8 31:11 76:18 85:1 116:12 118:3 171:24 224:4

**beth** 1:20 2:22 231:3 232:8

**better** 25:14 76:21 89:10

**bi** 75:14

**bibliography** 3:7 16:15,18 50:4 51:3,24 52:4 53:18 54:7 57:21 59:14 66:18 106:4 106:13 196:3,4

**big** 107:4 169:15

**bigger** 113:23,24

**billed** 49:17

**binary** 147:5 148:2,4,8,11,16,20 149:2 150:1,7,10 151:6,7,23 152:1,4 152:12,22 153:24 210:13,22 211:10 211:15,16 226:14 226:15

**biologic** 95:10 96:3

**biological** 96:8,11 96:13 143:7 176:18 177:8,13 179:3 180:9,21,24 181:2,10,16,17,21 182:9,16 183:3,9

**biologically** 96:22 97:4 163:9

**birth** 48:3,7 59:17 60:4 103:9 105:23 106:20,23 110:2 116:9,11,19 117:2 117:16,19,20,23 118:7,8,16,17 119:1,14 120:2,4,6 121:4 124:7 126:11,17,17,20 127:3,7,19 128:14 128:20 129:4,10 129:14,16,19,21 129:22 131:10,11 131:14 134:12,20 135:9,15,19 136:8 136:16 137:1,3,10 137:14 139:5 141:7,19 142:14 146:11,15,17 147:5 148:12 150:11,18,20 151:6,14 155:22 156:8 159:2,6,13 164:2,3,6 176:17 179:2 182:21,23 194:23 197:7,17 198:2 199:3 201:24 204:14,23 205:6,10,22 206:2 206:4,20 207:1 210:18 211:14 217:23 221:13 222:5,7,21 226:2,5 226:7,11,16 227:8 227:11,18 228:21

**births** 128:12 209:19

**bit** 10:16 35:11 89:23 109:6

**blake** 2:12 3:4 4:7 4:8 16:17,21 17:4

17:10,17,19 21:19 21:21 22:6,10,16 28:19 32:1 42:2,6 43:13 44:21,22 46:9 48:16,17 49:19,23 58:5 83:2,15,24 84:4 85:8 87:11 95:22 96:16 100:19 101:23 109:3 111:17,18 116:1 116:23 127:12 128:16 129:24 130:3 132:10 136:5,23 138:6,9 138:12 140:17 149:7,17 150:17 151:5,22 153:6 155:6 157:20 161:24 162:14 163:20 164:22 165:19 167:1,17 168:7,20 169:2,13 169:16 170:6 172:2 173:19 174:6 175:8,21 176:1 178:7,22 181:14 182:4 183:1,18,23 187:6 187:15 194:20 197:13,22 198:9 200:11 202:12 203:4,15 204:1,11 204:21 205:16 206:15,16 215:22 221:4 223:16,19 224:22 226:18 227:21 228:1 230:4

**blind** 10:18

**block** 68:12

**blocking** 5:22

**blood** 11:8 174:20 174:23

**bockting** 93:3,4,4

**bodies** 107:17,17 107:17,18,19 122:12

**body** 120:21 124:12 142:12 145:22,23 166:7 178:20

**bonham** 2:7

**book** 54:9 58:18 95:7 98:22 153:12 153:13 188:6 216:14

**books** 52:3 53:13 53:23

**born** 127:22 142:12 155:19 159:7,10,14 166:7 195:9,14,16 225:8

**boss** 112:17

**bottom** 61:23 86:11,14,17 91:11 114:24 176:10,13 176:15

**box** 176:15

**boy** 147:11 148:1 148:4 183:21

**boys** 177:3

**brain** 55:1,8 64:15 90:6,7 94:23 97:15 98:2 100:1 100:2 101:5 102:11,18,20 103:1,2,4,8,11,24 104:3,11,12 105:10,11,16 106:2,5 107:2,3,4

107:7,9,16,20,22
108:1,3,3,4,5,19
109:9,12,20,21,22
110:1,7,22 159:15
161:6,14,14,15,15
163:3,3,23 164:1,1
164:16,19 165:3,5
165:8,9,14 166:20
166:21,22,23,23
167:3,8,13,16,22
167:23 170:20,24
171:3,4,9,11,16
**brain's** 110:20
**brains** 95:1 105:21
165:9,12 166:5,15
**brake** 228:24
**branch** 216:8
**breach** 27:3 29:1
**breached** 26:21
**breaching** 28:17
**break** 5:16 44:15
44:19 82:20
111:13,15 168:1
168:14 206:10,13
223:18,20,22
**breaker** 44:9,10
**breda** 1:4
**brief** 44:15
**briefly** 51:1,21
130:23 154:11
188:20
**bring** 21:21 44:7
124:11 131:8
181:21 182:9
229:6
**broad** 9:19 60:1
**brought** 10:14
26:11 57:2 132:2
**broussard** 112:6
**bstc** 106:5 110:22
110:23

**bullet** 149:24
**bullying** 90:3
**bunch** 53:13
**burdensome** 227:3
**business** 4:24
**butcher** 99:22

**c**

**c** 4:6
**c.s.r.** 232:9
**c.v.** 3:7 16:11
**ca** 233:24
**calfee** 2:12 4:9
**calfee.com** 2:15
**call** 33:5,5,6 55:2,3
68:15 135:8,14
168:24 217:24
220:11,13,14
**called** 1:17 4:4
14:17 16:11 36:9
37:1,16 44:2 77:7
118:20 192:15
194:17 212:21
**calling** 108:11
**callosum** 167:22
**calls** 46:3 127:8
128:9 150:12,22
157:15 161:19
164:20 165:17
197:9 202:1,19
204:5,15
**canada** 17:3
193:17 194:4,17
**canadian** 193:20
**candy** 14:20
**capacity** 1:7,9,11
**caption** 86:14
180:3
**car** 229:19
**care** 3:8 26:22
27:3 54:8 69:14
69:15 71:4 73:10

73:12,15,16,19
74:8,10,12,17,20
75:19 76:7 80:18
80:20 82:6 83:8
83:11 84:11,14,20
84:22 85:3,4,11
87:2,3 90:10,12
91:14,24 92:5
93:24 97:10
148:19,24 149:22
150:6 152:6,13
175:19 192:9
201:5
**career** 26:5 52:20
53:9 115:12
**careers** 75:6
**carefully** 153:9
**carillo** 107:1
**carolina** 41:15
**carries** 88:18
114:24
**carry** 35:1
**case** 4:16 7:3
10:17 13:5 16:11
16:11 18:6,23
19:19 20:11 21:2
21:2,3,4,5,8,10,12
21:15 24:12,19
26:9 27:7 29:12
30:2 31:11 32:21
32:22 34:10 35:7
35:22,23 36:1,17
37:8,11,23 38:5,24
39:1,10,24 40:4,12
40:12,13,13 41:1
41:15 42:3,4,11,13
42:16,18 43:17
44:5,11,23 45:1,9
46:21 47:22 48:24
50:13,21 57:23
63:11 65:1 96:8

101:14,17 112:7
112:10,13,14
113:12,20,24
114:8,10,11,17
119:10 126:18
152:5 155:7,18
156:15 157:9
189:15 199:6
206:18 233:6
234:3 235:3
**cases** 15:16 17:23
18:4,7,8,11 19:3,4
19:12,17,21,22,24
20:2,14,16,21
21:22 22:12,17,18
23:1,12,18,24 24:3
24:5 27:8,16,19,21
27:22 28:8,11,21
29:5,10,19,20,24
30:2,3,4,4,18,23
31:1,1,20 33:13
34:9 35:9,13,18
36:8,12,15,19,24
37:4,10,11,13
38:10,13,14,16,16
39:14 40:5,10,15
40:20 41:4,11
42:8,20,22 45:5,7
46:7,18,20 47:3,5
47:9,16,17,18,18
47:19,20,21 112:2
113:16 114:3,4
147:5,12,13,15
157:2,5 160:23
168:18,22 169:7
190:3 207:17
223:2
**castration** 122:17
**categories** 152:20
153:19 187:24

**category** 47:17
121:24 122:3
147:9 148:6 153:1
154:3,4 161:18
**cause** 104:11
207:20 219:22
**caused** 24:9 64:14
109:14 229:20
**causes** 48:9 54:20
**caveat** 5:17
**ce** 75:3,10 76:1
**center** 2:8,13
**certain** 12:2 13:13
14:6 29:15 78:18
85:5 91:15 103:6
103:14 107:19
110:1 111:2 125:1
138:5 165:8
168:10,11 185:24
197:24 198:7,8
200:23 201:6,9,19
201:22 209:20
210:17 211:5,6
212:16,19,24
214:23
**certainly** 62:24
173:21 181:11
**certainty** 40:24
**certificate** 48:4,8
71:12,18,20 75:18
126:12,17,18,20
136:9,16 137:1,4
139:5 151:7,14
194:24 197:17
198:2 201:24
205:22 226:17
231:1 235:11
**certificates** 148:12
150:11,19,20
197:8 205:6 206:3
206:5,20 222:5

226:5,8
**certification** 70:2
70:4,6,21 71:1
72:18 73:8 76:4
234:1 235:1
**certified** 1:21 70:5
71:13 231:3
**certify** 231:5
**cetera** 72:16,16
74:2,2,3 75:11
91:15,16 92:10,10
112:22 140:14,14
143:16
**challenge** 39:4,11
39:15 40:1 41:5
**challenges** 94:2
**challenging** 40:7
**chance** 193:11
**change** 14:18 48:3
54:10,19 55:18
56:13,19,23 57:2
57:14,17 87:5
95:1 102:17 104:8
104:11,12 110:20
111:6 113:17
114:5,11,18,21
122:11 130:18
134:17,23,24
135:2,8,13,21
142:2 145:23
190:3 197:7,16
198:1 199:23
201:23 203:7
204:3,9,13 205:5,8
205:11 216:20
217:1 225:3,7
233:13,14 235:8
236:3
**changed** 55:13
99:2 114:16
116:20 117:9

118:9,11 120:10
140:8 141:21
150:19,21 151:16
151:17 186:7,9
200:7 205:7 222:1
225:5
**changes** 54:11
85:20,21 86:24
109:14,18 195:10
195:18 202:14
233:12 234:7
235:7,9
**changing** 194:1,1
**chapter** 55:1,4,8
64:3,7,16,17 194:7
**chapters** 80:3,8
**characteristic**
104:24 147:8
158:10 205:14
226:9
**characteristics**
119:19 155:21
156:3,4 178:21
222:6
**characterization**
43:12
**characterize** 27:1
29:10 82:14
**characterized**
57:9,18 217:15
**chart** 142:17,19
**check** 160:10
213:2
**chelsea** 41:2
**chester** 2:8
**chicago** 1:23 2:4
35:12
**chicken** 163:13
**chief** 1:10
**child** 62:10 91:20
119:8,9,20 128:15

**child's** 207:1
**childhood** 90:3
118:20
**children** 3:16,19
93:14,17,19,19
118:18,23 119:2,7
119:11,12 123:15
125:17 179:19
184:15
**choice** 148:2,3,11
**choose** 53:6
198:22 199:1,4,14
200:2,3,18
**christine** 142:3
216:14 218:1
**chromosomal**
154:22 158:4,6,12
160:13 162:18
169:23 170:9,17
211:18 214:7
223:5,11
**chromosome**
169:17 208:1,7
**chromosomes**
121:6 156:20
157:4,13,24
176:20 187:24
204:3,9 207:18
208:24 210:14
222:1,13 223:2,7
225:3,5,7
**chronologically**
66:14
**chronology**
218:11
**circles** 168:6,8
**circuit** 149:20
209:4
**circumstance** 12:8
173:1,9 210:22

circumstances
23:17 24:9 118:10
131:16 209:18
211:14
cisgender 26:2
134:8
cisgendered
125:20 126:8
135:20
citation 16:23
cited 16:22 17:11
citizens 127:17
civil 1:18 2:7,8
16:14 234:5 235:5
claim 28:12 29:5
43:23
claims 28:24
clarification 76:12
83:20
clarify 9:22 50:8
168:17,18 229:14
clarifying 45:18
class 108:6 114:21
classes 75:12
classification
152:23 154:1
220:4 229:14
clause 162:3
clear 41:3 67:3
74:11 82:23
clearing 17:15
clearly 188:15
clerically 210:20
cleveland 2:9
233:2
client 228:5
clients 86:21,23
94:1 96:6
clinical 10:6 14:4
68:14 70:8 123:8
207:20 221:1

clinician 139:1,12
140:20
clinicians 145:4
close 22:9
closer 16:2 17:22
33:4,7 119:17
144:15
clothing 178:20
cme 75:9
cmv 1:6
code 5:4 113:4,8
cognition 123:14
123:16
coin 125:23
coined 217:19
coleman 93:4
collaborated 55:7
100:14
collaboration
32:16 101:13
colleague 55:5
64:8 90:17 105:18
colleagues 54:24
63:6 72:23 183:12
collect 4:21
collection 187:1
college 74:2 90:16
91:3 196:6,14
columbus 2:14
column 132:4,12
combination
207:17
combining 33:23
come 23:6 113:7
198:11
comes 60:17 116:3
comfortable
117:14 159:4
comfortably
202:10

coming 85:12
commencement
231:6
commenting
141:12
commission
234:19 235:25
236:25
committed 228:12
committee 70:18
70:24 71:3,21
72:2,5,6,10,14,20
73:5 74:1,19,24
79:3
committing
190:11
common 127:15
137:24 140:11
188:9
commonly 145:18
communicates
178:19
communications
48:15 79:23
community 82:3
86:22 132:21
133:6 134:1
188:23
companies 28:9
company 29:6
compatible 207:19
compensated 49:4
50:21
compensation
49:10 50:19
competence 13:13
compiled 127:19
complaint 65:1,13
66:12,16 205:17
205:23

complement
211:18
complete 122:16
216:21
completed 190:15
233:15
completely 229:7
completing 189:18
complex 104:24
229:17,18,20
complicated
103:18 104:17
comply 113:3
component 59:11
60:9 61:5,12
95:21 122:3,9
123:4 124:4
155:20 162:6
167:3 172:7 175:2
175:10 210:14
components 59:7
107:3 121:20,22
160:7 162:5 172:6
172:23 190:9
211:21 213:23
comport 46:14
124:8 151:18
215:12
composite 121:20
123:5
composition
160:14 162:19
169:17,23 170:9
170:17
compound 139:22
151:8
comprise 160:7
214:19
concept 111:4
129:19 144:11
182:13 215:4

conception 207:15
concepts 187:10
  187:20
conceptual 56:16
  215:10
conceptualize
  217:7
conceptualized
  152:19 153:18
conceptualizing
  225:13
conceptually
  56:18
concerned 112:23
  143:22 169:12
concerning 112:14
  231:8
concerns 102:14
conclude 48:7
  189:24,24
concluded 219:14
concludes 95:8
conclusion 46:4
  61:6,7 64:18
  127:9 150:13,23
  151:10 165:21
  190:5,6 197:10
  198:4 202:2,20
  203:10,21 204:16
  208:4,14,21
  209:10 218:23
conclusions
  165:19 209:6
  210:6,9 213:4,7
  214:8,11 215:2
  218:7 219:10,20
  221:9,24
conclusive 174:23
conclusively
  213:11

concordance
  60:13
concordant
  121:23 160:2
concrete 11:12
concur 175:14
concurred 224:19
condition 57:6,9
  59:8 61:5 81:20
  81:21,23 118:19
  122:14 125:7
  130:17 140:3
  141:5 142:9
  146:19 218:16,20
  218:22 219:21
  220:14,15,23
conditions 147:23
  159:7
conduct 65:9
  105:7 206:23
conducted 65:19
  110:18 189:5
  193:14
conferred 189:21
confessions 153:12
  187:16
confidential
  136:10
confidentiality
  29:2
confirm 51:2
  119:13
confirmation 18:6
  27:11 99:16
conflated 55:22
  188:9
conflates 55:21
  227:12
conflicts 137:5
conform 134:12
  174:10 200:7

conformed 141:18
conforms 222:20
confuse 187:19
  227:14
confused 212:13
confusion 5:23
congruent 90:13
  189:20 192:9
  202:8 203:13,18
connection 32:9
  66:5 67:4
connotations
  227:16
consensus 210:16
  211:1 212:1 213:1
consider 81:13,15
  81:17 82:5,8 90:3
  101:24 146:1
  167:12
considered 51:17
  52:13 93:8 102:7
considers 177:3
consistent 111:7
  157:13 158:1,13
  170:13,16
constantly 44:14
constitute 115:5
constitutes 231:13
constructed 177:1
consultant 38:2,3
consumers 212:24
contact 4:22
contain 56:20
contained 58:17
contains 54:9
  58:18
contemplates
  190:11
contemporary
  138:23

content 218:12
context 10:15 18:9
  23:12 35:14 38:10
  41:7 186:20 188:3
continue 199:2
continuing 75:7
continuum 152:19
  153:18
contribute 54:24
controlled 102:7
  195:4,8 196:23
  197:2
convenient 123:10
converge 142:23
conversation
  158:9 171:14
  187:23
conversations
  75:24
convince 173:22
cook 1:22 14:15
  231:5
copy 50:2 51:2
  153:11 207:6
core 75:4
corner 86:11
corpus 167:22
correct 5:11 6:11
  7:20 11:9,10 13:3
  13:19 17:9 18:21
  19:2,21 21:24
  24:1,2,4 26:3
  33:24 36:18 37:18
  41:13 44:1 51:8
  52:10,11,17 53:11
  55:15 60:8 63:18
  64:20 66:17 69:2
  70:13 71:16 72:3
  74:16,21,24 75:9
  75:15 78:10 80:2
  85:15 87:19 89:1

[correct - defendant's] Page 11

89:5 91:3 93:18
100:22 101:3
102:2 108:13,16
112:5 113:18
114:12 116:6
126:21 127:21
129:17 130:13
131:13 135:23
137:15 147:12,20
161:3 162:8,20
170:12 174:20
176:4 177:16
186:5,11,18
189:16 192:19,21
193:18 199:5,23
203:19 204:24
205:11 210:4
211:15,22 214:1
216:2,17 224:21
229:16
**correction** 41:5
42:20 47:18,20
114:6
**correctional** 17:24
20:1,3 74:1
**corrections** 41:8
43:3 44:1 45:1
233:12 235:17
**correlate** 228:9
**correlated** 227:1
**correlation** 165:7
**correspond**
170:21
**correspondence**
159:24
**cortex** 167:13,21
**cortical** 97:17
103:15 107:4
166:17
**cortisol** 143:17

**counsel** 4:22 30:14
31:14 32:24 35:10
51:5 65:23 67:4
224:1,17 231:18
231:19
**counseling** 94:1
**count** 20:17 32:11
32:12 72:8 75:13
160:9
**counted** 110:10
**counting** 40:4
**country** 34:22
35:3
**county** 1:22 14:16
231:4 234:10
235:15
**couple** 16:7 35:17
168:18
**couples** 3:9 130:6
**course** 50:14
52:20 53:2,4,5
67:23 91:21 93:24
102:18 113:5,23
115:12 122:13
167:18 189:13
**courses** 71:6 75:4
**coursework** 71:5
71:11
**court** 1:1 42:12,13
42:20,22 43:1,2
44:3 45:11 113:20
224:3 234:7
**courts** 1:19
**coverage** 28:12
29:7,13
**covered** 67:10
**cpap** 194:7
**created** 57:11
73:18
**credibility** 11:19

**credible** 225:16
**credit** 75:2,2,9,10
76:1
**credits** 75:3
**crisis** 142:24
**criteria** 7:17 8:3,4
8:6 9:18 12:7 25:5
25:22,24 26:1
57:12 125:8
185:24 201:9
214:23
**criterion** 156:7
**critical** 156:7
**criticism** 109:13
**cross** 3:4 215:10
217:7
**crystalize** 119:17
119:21
**crystalized** 140:21
141:13
**csr** 2:22 232:8
**cultural** 85:7
**cultures** 177:9
217:5
**curious** 78:4
**current** 76:17,20
85:7 98:7 99:7,7,9
**curricula** 55:10
**curriculum** 72:2
72:15,18 74:20,23
**cursory** 128:3,5
128:17,18 129:5
129:14 205:1
**cut** 228:24
**cutting** 168:12
**cv** 1:5 5:7 15:14
16:8 20:20,21
21:22 50:3 51:3
67:8,11,13 76:14
88:16 94:7

**cyp17** 60:19

**d**

**d** 3:1 4:6,14
**daily** 202:9
**damaged** 164:16
229:12,13
**dance** 184:2
**data** 187:1
**date** 49:17 62:16
233:8 234:3,9,19
235:3,13,25
236:20,25
**day** 104:18 234:16
235:22 236:22
**days** 233:18
**dead** 104:6 169:13
**deal** 91:12 96:3
97:1 146:1
**dealing** 19:24
**dear** 233:10
**death** 24:16
228:24
**debut** 86:2
**decided** 220:7
**declined** 38:15
**decompensation**
122:17
**decrease** 189:19
**dedicated** 68:7
**deed** 234:14
235:20
**deemed** 233:19
**defendant** 28:6
35:8,20,23 38:8
40:11,18,21 42:9
43:21 45:23 47:5
**defendant's** 42:11
49:21 50:1 65:2
66:4 84:1,2,6
130:1,5 132:8
136:1 138:10,14

142:17 149:18,22
175:22 176:7
179:13,16 183:19
184:13 188:12
196:12 207:3,6
224:9
**defendants** 1:14
2:15 18:18 36:15
37:22 46:8,19
**defender** 153:12
187:17
**defense** 26:10
35:10,12 36:10
**deficit** 111:4
**define** 125:2
**defined** 133:3
146:23
**defines** 185:1,14
**defining** 104:23
**definitely** 181:13
219:18
**definition** 124:24
148:8 167:8 221:3
221:5
**degree** 13:13,18
13:24 14:22 75:8
87:24 102:6 125:1
166:8
**delay** 140:5
**demasculinize**
149:16
**demasculinized**
103:12
**demonstrate**
78:16,22
**demonstrating**
189:9
**denied** 31:3
**denmark** 216:19
216:20

**department** 1:8
4:10,18 16:14
41:5 44:1 48:2
233:22
**depending** 53:4,5
**deponent** 67:24
**deposed** 15:17
21:15
**deposition** 1:16
5:8,15,22 21:7
30:22 37:15 50:14
51:5 58:9 59:2
112:4 184:3
188:21 231:10,15
233:8,11 234:1,3
235:1,3
**depositions** 1:20
5:9 50:13 96:6
**depression** 6:17
7:22 8:20 9:19
143:15
**depth** 89:24
**describe** 91:6
129:13 218:21
**described** 36:2
123:5 205:1
217:21
**describing** 167:4
**description** 3:6
79:7
**descriptive** 55:1
**designated** 70:7
210:20
**designation**
124:18 125:13
172:19 174:10
210:21
**desire** 134:17,18
134:23 135:7,13
143:6 166:11
185:2,15 186:16

**desired** 132:19
**desires** 130:18
**desk** 229:3
**despite** 150:6
**detail** 5:13 93:23
**detectable** 163:9
163:10 226:2
**detected** 161:23
**determinant**
124:18 125:13
172:18
**determination**
75:22 119:4
**determine** 6:18
7:24 129:2 137:12
141:5 206:24
225:3
**determined** 44:7
120:21 121:5,8,11
121:14 122:6
127:24 207:16
211:17
**determines** 128:7
147:9
**determining** 173:2
174:14 207:18
**detransition** 117:6
**detransitioned**
117:4,5,12
**detransvestism**
217:24
**deutsch** 93:4
**devastating** 169:3
**develop** 110:21
156:1 208:3,7,13
208:19
**developed** 22:22
229:4
**developing** 14:13
64:15 208:2,2

**development**
91:18,20 92:3
94:19 119:6
155:21 161:14,15
163:3 164:1
208:18
**developmentally**
143:22 164:16
**developments**
16:8
**deviation** 155:8
**diabetes** 98:7
**diagnosable** 7:16
**diagnose** 116:4
137:21 174:19
198:18
**diagnosed** 117:21
124:2 139:15
166:12 220:24
**diagnoses** 7:16 9:1
9:2 10:1 12:3,7
25:10 186:1
**diagnosing** 125:8
**diagnosis** 6:21 7:4
7:8,10,21 8:9,23
9:4,6,11,17 10:3,6
11:16,19,21,24
24:22,23 25:3,5,15
25:18 56:17 57:12
115:9,17,23 116:5
123:7 173:21,24
174:9 196:24
197:5,14 198:20
198:21
**diagnostic** 7:17
184:24 185:10
214:6 220:12
**diamond** 60:23
61:6,15,19,22
62:21,23 63:5

dictate  155:18
die  144:2
died  106:20
differ  106:3
    165:10,11 166:15
    166:16,17,17,18
    166:19 177:9
    186:2
differed  24:11
difference  7:7,9
    8:15 56:16 131:12
    165:16 166:24
    176:11 190:7
differences  55:2
    94:23 103:5 107:6
    107:23
different  7:23 8:2
    19:4 24:18,19,20
    24:23 25:8 26:1
    32:8 52:3,9 56:13
    56:17,18 60:22
    61:10 80:8 85:17
    97:15 103:7 108:1
    108:4 109:8
    129:19 137:8
    140:12 165:5
    166:7 167:6,15,15
    177:9 186:20
    187:10,20 192:17
    202:23,23
differentiate
    144:16
differentiation
    209:16 210:3
differently  182:14
differs  7:16
    118:23 177:21
difficult  89:6
    190:20
difficulty  32:14
    40:23

digested  52:19
digit  97:23 106:19
dimorphic  98:2
    103:11 104:23
    106:6 109:21,22
diplomat  70:8
diplomate  70:14
direct  3:4 224:2
direction  9:4
    231:12
directives  87:3
directly  95:1
    231:20
director  1:8 4:17
    16:13 75:23
directs  208:2,12
disability  229:11
disabled  164:16
    229:7,15
disagree  209:11
    209:12,14,19
    210:8,10,12
    211:12,17,23
    213:7 214:2,17
    215:12 217:14
    218:19 219:2,9
disagreed  38:7
    211:9
disagreeing  219:5
disagreement
    211:20 214:6
disavow  187:7
disciple  216:11
disciplinary  80:16
discipline  78:23
    78:23
disclose  41:14
    49:8
disclosed  26:9
    30:15 36:12 37:3
    37:4,5 50:4

205:21 206:2
disclosing  31:17
disclosure  3:18
    93:18 184:14
    198:16,17
discomfort  142:14
discourages  149:1
discoverable
    167:5
discovery  65:7
discriminated
    22:21 24:18 93:21
discrimination
    18:1 20:7 22:22
    22:24 47:19 89:22
    90:19 91:15,24
    92:12 93:6,11
    113:11
discriminatory
    91:6
discuss  54:13,17
    94:8,23
discussed  36:17
    66:19 116:12
    214:24
discussing  92:18
discussion  82:18
    97:13 100:17
    144:24
dismissed  108:6
disorder  6:10 8:3
    8:18 18:3 22:23
    23:8,24 24:7,10
    56:12 57:5 62:2
    70:9 118:20
    210:19
disordered  57:4,7
disorders  6:18
    7:16 8:21 9:21
    209:15 210:2

disposed  37:24
disposition  152:24
    154:2
distillate  191:24
distinct  152:20
    153:19
distinction  96:12
    148:1 179:6,11
distinguish  39:20
distress  19:17
    57:13 123:8 124:9
    219:22 221:1
distressing  146:19
district  1:1,1,19
dive  5:6
diverge  76:22,23
divergence  124:16
    162:2,17 172:16
    174:7
diversity  6:7 13:2
    13:6 14:14 18:20
    19:1,6 20:8,13
    21:16 22:18 23:13
    23:19 24:4 25:13
    26:8 27:24 34:13
    35:24 38:11,12,16
    40:22 52:24
    215:16
divides  167:22
divulge  76:22,23
doctor  68:18,22,23
doctoral  15:6
document  49:21
    50:6,9 84:2,7 86:9
    112:18,20 114:2,6
    114:12 126:22
    130:1 132:3
    138:10 151:20
    153:4 175:22
    179:13,15 183:8
    183:19 195:4

[document - entirely]                                                          Page 14

207:3,8 228:13,21
**documentation**
192:4 195:19
212:2 215:8
**documented**
191:18 211:16
**documents** 17:7
18:2 22:3 49:9
50:10,11 53:13
66:13 86:24 87:6
90:13 96:19
113:18 126:14
141:9,10,14 151:2
151:15 189:21
190:3 192:10
194:10 195:1,11
195:18,21 202:15
203:2,8,14,18
207:11 226:24
228:8,8
**doe** 1:3
**doing** 14:8 19:11
58:23 68:9 105:13
105:16 112:16
113:1
**dolls** 119:9
**dormitories** 196:1
**dozen** 32:13
**dr** 16:23 64:24
65:3 66:11,19,20
101:4 102:23
168:21 207:7
211:24 222:12
224:9
**drafting** 205:18
**dramatic** 228:16
**drastic** 200:5
**dress** 113:4,7,7,8
**dressing** 215:10
217:7

**driven** 17:2
**driver's** 21:5
194:16,17
**drop** 176:10
**drugs** 35:1
**dsd** 209:23 210:2
213:8,11,15 214:4
214:13,14
**dsm** 7:19 8:4,6,22
9:21 25:6,23 56:7
56:10,20 57:9
58:7 59:3,8 60:14
60:15,18 61:11
62:17,23 63:19
185:1,13,18,19
186:10 214:23
221:2,5
**dues** 76:19 78:2
**duly** 4:1,4 231:7
**dysphoria** 6:22
7:1,4,11 8:6,12,16
8:24 9:5,6,12
54:14 55:3,13
56:4,5,9 57:8,19
59:16 60:13 62:9
63:8,12 64:6,14
90:14 94:12 95:4
97:13 99:17 115:3
115:9,18,23 116:5
120:19 123:1,7
124:3,6 125:9
130:15 140:10,15
143:9,13 145:10
145:11 146:19
185:22 192:10,13
196:24 197:6,15
198:19 219:21
220:11 221:6,12
223:4 227:9,23
**dysphoric** 107:24
107:24 122:10,10

122:20,21 123:3
144:2 166:3,12
223:6,6

**e**

**e** 3:1 4:6,6,14,14
59:14 224:6
**earlier** 26:5 34:7
98:11 134:11
211:21
**early** 19:14 97:21
**easier** 33:2
**easiest** 199:12
**easy** 126:3 199:13
**ebonham** 2:10
**edited** 98:23
**edition** 58:10 99:6
185:1,13
**editors** 99:2
**educate** 71:3
86:21 184:5
**education** 70:17
70:23 71:2 73:14
74:18,23 75:7
76:8 79:17 81:23
91:11
**educators** 70:22
79:6
**effect** 102:10
189:22 195:20
**egg** 163:13
**eight** 19:4
**either** 12:1 28:12
31:22 33:13 42:11
69:22 79:20
153:23 176:18
179:3 207:16
222:18
**elderly** 142:24
144:8
**element** 81:18

**elementary** 79:11
**elements** 173:15
**eliminate** 91:23
**elizabeth** 2:7 32:3
**else's** 132:24
**email** 233:17
**emerge** 119:19
**emery** 219:14
**emotional** 19:17
19:17 219:22
**employed** 31:22
**employee** 231:17
231:18
**employer** 113:10
**employment** 18:1
20:7 68:16 113:11
**enacted** 41:18
**encapsulate** 22:24
**enclosed** 233:11
**encourage** 74:6
152:10
**encroach** 29:1
**ended** 37:22 114:2
**endocrinologist**
69:4,6,21 83:14
**endocrinologists**
71:6 83:4,10
**endocrinology**
69:5 73:5 98:7
**endorse** 76:5 85:3
**endorsed** 73:22
74:23
**endorses** 73:10
**enduring** 123:12
**ensue** 57:11 91:8
**entered** 203:23
235:9
**entire** 102:22
234:5 235:5
**entirely** 121:13

**entirety** 140:9
211:8
**entities** 46:18
**entitled** 3:18 34:20
138:15 184:14,22
**entity** 44:24
**epath** 80:4
**epidemiologists**
219:14
**equilibrium**
229:23
**equivalent** 194:16
**erickson** 123:22
144:10
**ericksonian**
144:11
**errata** 233:13,18
235:7,10,18 236:1
**error** 16:16,19
206:19
**especially** 89:7
**estrogen** 217:2
**et** 4:17,18 16:24
32:23 59:18 72:15
72:16 74:2,2,3
75:11 91:15,15
92:10,10 112:22
140:13,14 143:16
189:16 233:6,6
234:3,3 235:3,3
**etiology** 54:14
55:2 64:5,9 92:23
94:12,16 95:6
97:12 99:4,17
**etiopathic** 98:9
**etiopathogenetic**
95:4
**ettner** 1:16 3:3,7
3:11,13,17,20 4:3
4:14 58:14 93:2
93:13 97:19 130:8

138:17 153:13
168:21 233:8
234:4,9 235:4,13
236:20
**europe** 72:24
**european** 80:5
**evaluated** 44:14
115:1,2,12,16
116:7,15
**evaluation** 3:10
12:12 70:8 130:6
**evaluative** 11:12
**evanston** 5:3
**event** 23:7
**everyone's** 186:4
**evolved** 227:7
**evolving** 57:3
**exact** 75:23 153:22
**exam** 128:21
**examination** 1:17
3:4,4 128:3 129:1
129:11 231:7
**examinations**
65:20
**examined** 4:5
**example** 6:15
24:24 41:1 79:2
90:22 103:9
127:18 198:12
199:17 228:11
**exception** 66:12
**exceptionally**
112:17
**excess** 115:7
**exclamation** 84:7
**excluding** 157:6
**exclusion** 18:6
27:14
**excuse** 16:6 21:18
**excused** 230:8

**execute** 190:12
**executed** 235:10
**execution** 234:14
235:19
**executive** 75:22
**exhibit** 3:6 49:20
49:22 50:1,24
51:18,21,23 52:14
66:4 67:7 84:1,3,6
111:19 126:15
129:24 130:2
132:8 136:1
138:11 142:16,17
153:10 175:23
176:7 179:14
183:20 188:12
196:10,12,13
207:4,6 224:9
**exhibits** 22:4,7
50:3,12
**exist** 217:4
**existed** 142:1
217:24
**exists** 212:15
**expanding** 91:23
**expect** 12:11
**expectations**
141:24
**expensive** 155:16
**experience** 5:21
13:12 15:1 25:9
25:17 44:13 68:14
68:16 69:3,5
92:12 118:13
120:5 121:2
122:13 124:6,9,24
130:19 137:6
141:11 144:15
145:15 151:4,19
202:5,13 203:1,3
226:13,22

**experienced** 23:6
24:7 27:5 83:6
146:18
**experiences** 8:1
25:7 57:13 90:3
220:24 228:6
**experiencing**
10:23 15:1
**expert** 3:7,21 4:16
6:4 15:16,19
17:21 19:11 21:1
23:23 26:7,9 28:5
28:17 31:9,13,17
31:20 33:4,9
35:19 36:9,11,13
36:15,21 37:1,3,22
38:15 39:10,24
40:7,16 41:1,15
42:7,10,12,14 43:1
43:4,5 44:8 45:6,8
45:19,23 46:10,21
47:4,10 48:2 49:1
50:2 57:23 63:7
63:10 64:23 65:2
65:12 73:5 75:19
88:23 89:4 92:21
96:17 101:14,16
102:1 111:20
112:3 114:4
121:17 128:23
146:6 150:8
164:10 168:23
188:13 205:18
207:7 214:4 217:9
224:10
**expertise** 6:2 9:13
13:5 14:13 18:11
18:16,19,24 19:5
21:16 23:12,18
25:12 26:6,8
27:24 29:18 38:4

38:7,12 53:15
69:1 100:10 101:9
214:9 215:24
**experts** 44:4
**expiration** 234:19
235:25 236:25
**explain** 24:8
**explains** 190:18
**export** 111:20
**expose** 206:7
**exposes** 9:23
**exposure** 106:18
**express** 123:8
152:14 159:16
219:6
**expressed** 88:23
**expression** 120:20
150:10 152:4
177:23 178:1,18
**extended** 229:11
**extensive** 128:6
129:1,11
**extensively** 93:5
**extent** 28:16 31:17
48:14 54:21 85:16
101:7,11 184:6
**external** 121:11
128:3,13 146:13
147:8,16 155:24
156:6,11,16,18
157:14 158:2,10
158:22 159:23
161:4 162:24
170:16 176:21
205:2
**extra** 51:4
**extremely** 104:16
104:24 228:19
229:12
**extroversion** 7:14

**f**

**f** 151:6,13,17
**face** 94:3 228:6
**facilities** 31:3
195:22
**facility** 30:4
**fact** 19:18 87:20
122:8 137:24
141:9 187:9
207:10 213:9
**factor** 143:19
173:2 174:14,14
191:9
**factors** 3:18 17:1
93:19 143:3
184:15
**facts** 10:17
**fails** 152:23 154:1
**fair** 10:5,8 29:9,9
46:12 69:19 87:16
186:12 223:14
**fall** 6:22 7:10 9:12
18:15,24 19:5
27:23
**falling** 18:14
**fallopian** 208:19
**familiar** 62:13,14
63:4 102:3 105:16
153:14
**familiarity** 62:2
**family** 25:1 62:8
73:24 97:24
**famously** 23:4
**far** 11:1 37:9
90:15 103:20
157:9,11 218:11
**fear** 54:17 93:11
93:11 206:8
**feared** 205:21
206:1,9

**fearful** 206:6
**features** 173:18
**feces** 229:3
**federal** 1:18 16:14
40:17 46:7,17
**fee** 49:14 80:1
**feel** 38:4 177:7
198:12 214:20
**feeling** 142:4
152:8 214:18,22
**feelings** 143:15
144:14
**feels** 142:10
**fellow** 70:7,14
**felt** 46:22 140:12
140:12 142:15
**female** 59:17 60:4
90:22 103:10
106:15,17 108:2,3
109:12 112:21
113:2,3,4,8 128:8
129:3 146:12
147:3 151:18
152:23 154:13
158:24 159:21
171:6,18 172:10
172:12,13 176:19
178:17 179:4
188:1 200:1
207:16 210:19
211:10 217:2
226:11 229:2
**femaleness** 160:1
**feminine** 103:13
153:24
**feminized** 109:21
109:23 110:2
**fetus** 207:16 208:2
**field** 10:4,6 13:6
25:12 41:8 43:3
53:14 70:1 78:17

100:10,24 102:1
105:14 215:13,24
**fields** 79:22
**figure** 167:2
**figuring** 12:22
**filed** 36:3
**financial** 140:5
**find** 58:13 153:22
165:15 196:5
233:11
**findings** 111:6,6
189:5 192:7
**fine** 10:14 21:24
23:22 30:11
157:21 220:17,22
**finger** 106:16
**fingers** 32:11 72:8
**finish** 58:23 108:7
**firm** 32:24 35:12
35:13 44:12
**firms** 31:21 32:18
**first** 4:4 14:12,19
14:24 15:23 21:14
54:8 64:3,16
86:20 92:11 98:3
112:6,7,16 120:17
130:10 138:22
139:8 142:18
161:17,22 162:3
180:6 184:22
199:13 200:24
213:8 216:12
221:10 224:8,13
224:20
**fit** 153:1 154:3
161:17
**five** 22:13 30:16
30:18 61:3 160:7
160:12 162:5
211:21

**fixed** 140:23
**fled** 35:2
**flush** 9:10
**flushed** 85:19
**fmri** 100:3,4
**focused** 91:5
**focusing** 105:6
**folks** 19:18 117:1
  125:20 186:6
**follow** 74:6,7
**followed** 8:3
**following** 9:18
  132:17
**follows** 4:5
**followup** 129:12
  230:4
**footnote** 59:5
  61:13,14
**force** 144:7
**forces** 142:22
  143:7
**foregoing** 231:10
  234:13 235:18
**form** 125:7
**forming** 51:17
  52:13
**forms** 68:15
**forth** 44:6
**forward** 233:15
**found** 17:5 59:15
  59:23 109:5,7
  110:6 165:6
  189:17
**foundation** 149:5
**founding** 70:21
**four** 6:21 13:24
  30:5,24 53:18,22
  54:7 55:11 108:1
  108:4 112:3
  161:17,22 162:8
  165:5 171:11,13

171:14 172:23
193:16 215:23
221:20,21
**fourth** 55:4
**frankly** 184:4
  192:22
**free** 12:21 234:14
  235:20
**frequently** 20:2
  77:3,4 176:9
**friction** 199:12
**frolic** 76:24
**front** 50:10,11,15
  51:15
**full** 16:23 87:24
  90:21 138:22
**fun** 77:5 78:4
**function** 221:2
**functional** 55:6
  98:1 104:1 108:5
  208:6
**funny** 77:21
**further** 55:22
  103:22 178:15
  223:16 230:3
**futility** 54:11

**g**

**g.r.** 16:24
**gather** 4:21
  189:14
**gavin** 42:1,2,3
**gay** 229:4
**gei** 73:11,13 74:18
**gender** 3:19 6:7,7
  6:22,24 7:4,11 8:6
  8:12,16,23 9:4,6
  9:11 13:1,2,6,6
  14:13,13 15:1
  17:8 18:6,13,20,20
  19:1,1,6,6 20:4,5,8
  20:8,13,13 21:16

21:16 22:17,24
23:13,13,19,19
24:3,4 25:13,13
26:7,8,17,18 27:11
27:14,24,24 28:14
29:8,13 31:4
34:13,13,19 35:23
35:24 36:7,8,16
38:11,11,11,12,16
38:16 40:21,22
41:10 48:4,8
52:21,23,24 54:3,3
54:8,11,14,18 55:3
55:13 56:4,5,9,12
57:5,8,19 59:16
60:4,13 62:2,9
63:8,12 64:5,13,18
68:9 74:13,15
90:9,14 91:17
92:8,23 93:24
94:1,9,12,17 95:3
96:19 97:10,12
99:15,17 103:10
107:24,24 115:3,9
115:18,23 116:5,8
116:20 117:2,8,12
117:22 118:7,9,15
118:18,20,23,24
119:3,13,15,21
120:1,2,3,8,9,19
120:22 121:2,3,18
121:23 122:2,6,10
122:10,15,20,21
123:1,3,3,7,9,24
124:2,3,6,8,11,17
125:1,4,9,12 126:2
126:19 129:20
130:15 134:11,14
134:15,21,22,23
134:24 135:3,6,12
135:17,20 136:9

137:1,6 139:15,19
140:1,7,10,15,20
140:22 141:13,16
141:18 143:4,8,11
143:12,20 144:2,8
144:17,19 145:5,8
145:8,15,19,20
146:3,19,23
148:15,20 149:2
149:14 150:2,8,10
150:21 151:2,24
152:2,14,18
153:12,17 159:3,9
159:10,12,17
161:11 164:4,5,8
164:17 166:3,8,12
170:4,7,8 171:5,16
172:13,17,22
173:6,16 174:14
175:2,10,14,17
176:12,24 177:9
177:15,20,20,21
177:22,22,24
178:9,16,18,19
179:7,12 180:22
181:3,8,8,8,16,19
181:22 182:10,16
182:22,22 183:3,9
184:16 185:22
186:17,19 187:9
187:16,20 188:11
192:10,13 194:2
196:24 197:5,15
198:12,18 200:7
202:6,11 204:2,10
204:12 205:4
206:5 214:14,21
215:3,15,16 217:7
217:22 218:10,14
218:15,19 219:4
219:15,21,24

220:1,5,11 221:6
221:12,19 223:3,5
223:6 225:16
226:1,4,15,16
227:1,9,14,15,23
228:9,14
**gene** 59:23 60:20
**general** 6:5 12:24
13:9 18:10,16
22:14 28:11,24,24
53:14 61:4 84:21
85:10 120:9
127:23 189:4
195:13 206:23
**generally** 17:22
23:16 24:8 30:18
31:1 38:19 129:14
148:12 227:6
**generating** 49:14
**generic** 73:3
**genetic** 59:7,7,10
59:15 60:7 61:4
61:12 63:9,12,13
95:4 97:23 100:5
105:13 131:5,16
131:19 132:2,20
132:22,22 133:6,9
133:9 134:5
154:13,13,16,20
155:9 158:23,24
159:20,21,24,24
**geneticist** 59:24
60:10 63:16,17
69:1
**genetics** 60:12
**genital** 208:12
**genitalia** 121:12
128:4,7,14 146:13
147:9,16 155:24
156:2,7,12,16,18
157:14 158:2,5,8

158:11,22 159:2
159:23 161:4
162:24 170:16
205:2
**genitals** 128:20
**genotype** 155:4,10
156:17
**genuine** 146:18
**germany** 217:20
**getting** 9:4 28:24
**gg** 132:22 133:6,9
**ghent** 105:12
**gid** 185:1,14,21
**gil** 61:1,8,24 62:1
62:17,24
**girl** 132:22 133:6,9
140:13 147:11
148:1,5
**girls** 177:4
**give** 6:3,13,15
11:24 12:5 20:18
58:3 75:2,3 78:1
89:19 126:4 164:4
193:16
**given** 5:9 12:8
16:10 26:7 64:13
83:18 141:2 177:2
184:10 223:6
231:14
**gives** 75:2
**giving** 11:16 37:23
73:1 135:7,13
**glance** 129:9
**glasses** 111:22
**global** 70:17,23
71:2 73:14 74:18
74:23 76:8 91:11
**gm** 133:9
**go** 5:12 21:22 23:5
29:2 32:12 50:16
50:19 51:15 57:1

58:23 67:7 77:18
80:1 82:16 89:23
92:10 93:23
100:15 103:20,21
104:20 114:23
120:15 124:10,14
136:19 140:14
149:20,21 152:13
160:3 168:6,20
188:12 196:5
206:11 213:3
**god** 229:19 230:1
**goes** 89:2 153:21
176:24 185:13
**going** 6:1 8:9
15:22 17:10,12
18:23 21:21,22
22:2,2,6 23:20
28:15 29:1 30:13
30:21 35:1 41:6
44:5,15,16 49:19
53:1 59:23 77:10
83:24 85:13,21
88:16 104:17
105:14 111:22
119:9 120:16
135:21 137:16
138:9 149:4
153:10 155:9
157:2 168:5,7
169:2 170:8 174:9
174:12 176:6
183:8 188:13,15
188:16 206:10
207:14 223:20
224:8
**gomez** 61:1,8,24
62:1,17,24
**gonadal** 208:2,7
**good** 12:11 35:6,6
51:13 77:15 91:12

131:24 156:19,21
160:10
**gorton** 17:14,14
64:24 65:12
**gorton's** 16:23
66:11,20
**government** 28:8
29:6 39:5 40:11
40:17,20 41:3
42:5,9,10 43:6,24
44:24 45:4,6,8,12
45:20,23,24 46:17
47:5
**governmental**
40:1
**governments**
28:22
**graham** 41:21,23
**grandchildren**
145:24
**grandfathered**
70:20
**grant** 76:1
**granted** 35:4
**grave** 136:12
**gray** 167:19
**great** 5:5,13 94:2
111:14 124:10
165:21
**greater** 33:18,21
**green** 61:8 62:6,8
62:18,24
**grimm** 41:21,22
41:24 42:2,3
**griswold** 2:12 4:9
**ground** 67:9
**grounds** 113:9
**group** 59:17,22
81:9,14 88:4
105:6 141:2
152:24 154:2

190:19 191:1,13
**groups** 14:16,23
  61:10 62:5
**grow** 110:20 111:2
**growing** 30:21
  96:18
**guess** 5:6 8:8,14
  9:23 13:11 15:21
  23:4,15,16,16
  27:10 33:17 40:3
  40:8 43:14 56:1
  68:13 69:18 78:1
  113:15 115:15
  126:9 144:5
  163:12,13 167:13
  170:24 212:13
**guesstimate** 19:7
**guide** 94:1
**guideline** 76:3
**guidelines** 73:9
  74:7
**guild** 77:2
**guillamon** 94:21
  97:19 98:6 99:23
  99:24 100:1
  102:13,23 105:3
  108:9 110:18,19
**gynecologists**
  83:12

**h**

**h** 59:14 109:7
**hair** 229:9
**hairs** 30:7
**hairstyle** 178:20
**halter** 2:12 4:9
**hand** 72:1 84:17
  86:11 132:4,11
  232:2
**handed** 49:24 84:5
  130:4 138:13
  179:15 184:12

207:5
**handful** 34:2
**handy** 50:16
**happen** 43:5
**happened** 108:19
**happening** 119:24
**happens** 126:17
  129:14
**happy** 49:11
  103:17,20 126:16
  187:18 188:14
**harassed** 24:17
  228:23
**harassment**
  229:15
**hard** 62:21 192:22
**hare** 59:14,18
**harm** 19:17 25:3
  48:9 136:12
  205:21 206:2,8,10
**harmed** 22:20
  24:16
**harmful** 91:5
**harms** 24:20 90:4
  90:19 91:8
**harry** 216:11,12
  217:17,19
**hate** 25:14
**head** 10:2 67:24
  164:15 228:13
  229:10
**health** 1:8 4:10,18
  57:18 73:22 78:6
  79:21 80:22 81:9
  84:12 86:15 87:4
  89:15 91:20 94:20
  149:1,24 152:6,9
  152:15 220:3,6
**health's** 48:2
**healthcare** 70:12
  74:1 89:16 91:19

92:1,1
**hear** 144:5
**heard** 133:16
  215:4
**hearing** 46:21
**heavily** 31:8
**held** 68:13 70:15
**help** 9:3 87:5
  190:7
**helped** 148:24
**hemisphere** 97:17
  107:7,22
**heralded** 109:10
**hereto** 231:20
**hereunto** 232:1
**heritability** 59:6
**hhs** 16:15
**high** 2:13 26:22
  28:23 60:13 79:10
**higher** 17:6 79:17
  113:20 195:15
  196:20 209:24
  219:17,18 223:4
**hired** 32:21 40:6
  44:13 113:1
**hirschfield** 217:20
**historically** 131:4
  216:7
**history** 54:13
  131:2 180:7 217:4
**hiv** 93:7
**hmmm** 10:24
**hogwarts** 12:22
**hold** 21:19
**holding** 153:11
**home** 4:24 105:23
  228:15
**homes** 229:8
**homework** 184:8
  184:11

**honestly** 168:23
**hope** 41:13 86:2
  103:22 157:16
**hopefully** 99:22
**hopelessness** 8:20
  9:2 143:15
**hormonal** 104:10
  104:11,12 143:1
  199:16,19 203:13
**hormone** 72:24
  109:18 121:9
  176:20 203:6
  208:17 225:6
**hormones** 64:14
  83:5,7,22 105:21
  106:23 108:12,13
  108:15,18 109:15
  110:9 208:11
**hospital** 14:4,16
**host** 74:15
**hour** 1:24 49:15
**house** 12:22
**housing** 196:14
**huh** 47:2 62:11
  87:1 96:23 132:15
  143:2 145:7 196:1
  221:22
**human** 55:24
  81:21 82:13 91:20
  130:19 229:20
**humans** 143:17
**hundred** 54:21
  184:9
**huntingon** 2:13
**hurts** 190:14
**husband** 69:7,14
  83:11 228:22
  229:3,4
**hypertension**
  54:16,21 93:10

hypothalamus
110:23,24
hypothesis 95:5
98:9
hypothetical
170:1 171:19,23
172:14,21 173:4
173:15,20 174:1
189:9,11 190:2,19
190:21,24 191:13
193:3 197:19
198:4 203:21
204:6,18
hypothetically
189:13

**i**

icd 220:4
idaho 21:2,8 40:12
idea 33:16 49:16
129:6 145:22
160:10 217:6
219:5
ideation 189:20
190:4,8,10,22,22
identical 166:21
166:22
identifiable
207:20
identification
121:19 202:15
identified 15:14
20:19,21,23 57:21
59:11 94:7 165:4
178:9 184:1
204:13,22 211:14
211:24 215:23
identifier 48:3
136:15 137:3
139:4 150:20
identifies 120:1
171:6,17

identify 54:1,6
159:12 160:7
214:18
identities 57:3
identity 17:8 18:2
20:5 31:5 34:19
36:8 48:5,9 54:3
54:11,19 56:12
57:5,6 60:5 62:2
64:19 74:15 86:24
87:6 90:9,13
92:23 94:9,17
95:4 96:20 103:10
112:18,20 113:18
114:1,6,12 116:8
116:20 117:2,8,12
117:22 118:9,16
118:20,23,24
119:13,15,21
120:2,3,8,9,22
121:18,23 122:2,7
122:8 123:4,11,19
123:20,22 124:1,3
124:8,12,16,17
125:2,12,21 126:2
126:5 129:20
134:11,23,24
135:5,6,12,17,20
140:1,7,21,23
141:9,10,13,18
142:24 143:4,8,11
143:12,19,20
144:7,9,10,11,17
144:18,19,21
145:9,15,20 146:3
146:23 150:11,21
151:2,15,20,24
152:2 159:3,9,11
159:12,18 161:11
162:3,6,18,19,22
162:24 163:4,5,6

163:14,16 164:5,5
164:9,17 170:4,7,8
171:5,16 172:7,10
172:17,17,22
173:6,16 174:8,14
175:2,10,15
177:15,22 178:9
178:16,19 179:12
181:22 182:10,16
183:3,9 189:21
190:3 192:10
194:1,9 195:4,10
195:18 200:8
202:8 203:7,18
214:21 218:10,14
226:1,4,16,23
227:1 228:7,8,9
ignorance 9:24
10:4
illinois 1:22,23 2:4
5:3 114:22 231:5
illness 192:14
illuminating
188:15
imaged 166:5
images 104:4
105:23
imaginary 104:1
imagine 13:12
81:24 86:7
imaging 55:7
100:2 101:5
105:20 108:6,10
163:10 166:5,23
168:4,11 171:10
171:15
immaterial 192:23
immigration
34:10,12 42:4
immutable 64:15
64:19 94:8 96:21

97:1,2
impact 34:19
89:21,22 90:6
93:14 102:24
143:3,5,7,10,20
144:8 191:9
impacted 102:13
impacts 91:6
93:14
impairs 221:1
impeach 30:13
impeachment
169:3
implement 175:19
implicate 60:12
implicated 95:2
implicates 61:4
implications
106:17
implied 57:4
implies 227:10
imply 134:6
154:20
important 45:17
95:20 107:5 111:4
123:11 124:3
125:22 127:16
impose 150:1,10
151:23 152:7,12
152:15
imposes 152:1
imposing 148:19
149:2 150:7
impression 83:4
83:17,19
improve 92:1
inaccurate 136:17
212:18 228:7
inaccurately
30:24

**inah** 106:7
**incarcerated** 114:21
**incidents** 209:15 209:17 223:4
**include** 8:24 36:20
**included** 233:13
**includes** 120:19 145:20,21 146:3
**including** 18:5 97:14 124:10
**incomplete** 171:23 197:19 198:4 203:21 204:6,17
**incongruence** 145:13
**incongruent** 120:1 134:22
**incongruity** 15:2 52:24 124:24 134:14,15 135:16 139:16,19 166:9 218:15,19 219:4 219:15,24 220:1,5 225:16
**incongruous** 175:15 198:13 214:22
**inconsistent** 153:1 154:3 206:5
**incorporate** 60:19
**incorporated** 235:12
**incorporating** 55:8
**incorrect** 136:9 137:1,4
**increase** 54:20 144:14
**increases** 55:23 143:17 144:14

**increasingly** 30:24
**independent** 44:8 45:14
**indicate** 171:1 172:7
**indicated** 50:20 194:12
**indicates** 169:18 172:8
**indicating** 233:13
**indication** 11:24
**indicator** 156:19 156:21,23
**indicators** 104:22
**indicia** 119:13 164:19 170:21 171:11 186:1
**indirectly** 60:12 231:20
**individual** 12:1 25:19 36:2 43:18 43:20 81:22 115:8 115:22 116:3,4 117:11,22 119:16 124:2 127:24 132:17 134:22 136:11 141:23 169:18 171:17 204:13 225:3
**individual's** 48:4 124:18 127:7 146:18 172:18 222:6
**individuals** 14:17 14:23 17:6 31:23 48:5,9 59:16 60:3 60:9 71:9 74:7,12 75:20 87:5 89:23 90:5 102:22 105:4 105:7,9 112:11 115:2,6,11 118:14

123:3 138:1,24 139:5,14,19 140:2 140:19 141:3,17 145:3 148:20 149:3,12,13,15 150:8 153:1 154:3 159:8 165:7 195:9 195:14 216:10 217:21 218:13
**industry** 118:13
**infant** 147:9 205:15
**infant's** 226:9
**infants** 106:20 146:11 147:2
**influence** 164:1 177:6 208:10
**inform** 52:23
**information** 22:11 46:14 53:3 68:13 98:4,12,24 99:7 106:19 127:19 136:11 137:9 180:6 222:14,17 222:18
**informs** 11:20 73:16
**ingelhart** 2:2 3:4 16:6,18,22 17:16 21:18,20 22:1,8,15 28:15 31:16 42:1 43:7 46:2 48:13 57:24 82:10,16,22 84:23 87:7 95:15 96:5 100:15 101:19 109:1 111:14 115:19 116:10 118:1 127:8 128:9 132:9 136:3,18 138:2 139:22 149:4

150:12,22 151:8 153:3 154:23 157:15 161:19 162:10 163:17 164:20 165:17,22 167:9 168:1,5,16 168:21 169:6,10 170:1 171:22 173:11 174:1 175:4 178:2,11 179:8 181:4,23 182:17 186:21 187:11 194:18 197:9,18 198:3 200:9 202:1,19 203:9,20,24 204:5 204:15 205:12 215:18 220:19 222:22 223:17,24 224:7,23,24 226:21 227:22 228:4 230:2,6 233:5
**initial** 224:10
**initially** 106:5
**initiate** 122:15
**initiative** 70:17,23 71:2 73:14 74:19 74:24 75:13 76:8 91:12
**injury** 17:24 19:15 35:17,18 38:23
**inmates** 92:5
**innate** 225:10,17
**inordinately** 122:23
**input** 102:19
**inquiry** 189:2
**inspection** 205:2
**instance** 24:14,15 56:7 72:12,23

90:21 132:5,13
158:7 166:20
**instances** 24:15
118:15 228:7
**institute** 91:20
94:20,23 191:17
**institutes** 20:1,3
**instruct** 224:2
**instructors** 71:15
**instrument** 11:17
**instruments**
174:22
**insurance** 12:16
12:17 18:4 27:8
27:16,23 28:9
29:6 78:2
**integrity** 144:11
**intensifies** 140:10
140:15 145:9
**intensify** 143:9,16
145:5,17
**intention** 181:12
**intentional** 229:21
**interact** 177:7
**interaction** 64:14
**interactions** 202:9
**interchangeably**
227:6
**interdisciplinary**
80:13,14
**interested** 67:8
77:21 193:6
231:20
**interesting** 77:22
183:15
**intermittently**
229:21
**internal** 121:14
128:21 161:2
162:21 170:13,17
176:21 178:17

**international** 80:3
86:3 220:4
**internists** 83:11
**interpretation**
152:5
**intersex** 159:7
210:15 211:1,4
212:8,14,22,23
**intervenable**
16:24
**intervention**
199:20 200:15,15
203:17
**interventions**
110:3 125:10
152:11 166:14
200:24 201:1,8,11
201:16,17
**interviewing**
117:10
**interviews** 65:9
**intractable** 229:24
**introduced** 22:4
216:12
**introducing** 22:7
**introduction**
103:3 184:22
185:7
**introversion** 7:14
**invades** 136:10
137:2
**investigators**
61:18
**invited** 16:13
94:22
**involve** 9:2 18:17
18:19 27:23 30:19
31:1 34:12 43:17
47:10,16 114:4,11
145:15

**involved** 14:23
17:23 19:12 24:3
24:6 27:17 28:22
29:5 30:1 31:23
32:18 33:13 35:23
39:14 40:21 41:2
41:4 46:7 47:5,18
60:2 68:8 105:3
112:10 114:17
194:10 195:5
**involvement** 114:7
**involves** 80:19
**involving** 20:4
23:24 28:12 29:8
36:16 39:10 40:1
45:1
**iq** 6:16
**irregularities**
155:13
**isolated** 59:18
**issue** 29:5,18
54:18 95:12 96:8
97:2,4,14 112:13
114:14 116:11
145:24 157:9,18
167:10 179:9
181:5,24 182:18
186:22 212:13
**issued** 71:20 76:9
**issues** 14:14 18:9
20:5,8,13 23:19
24:4 28:24 29:21
34:13 35:24 36:16
40:22 45:2 47:11
52:21 53:2 54:4
74:15 89:16 92:18
145:5,8,12,13,14
145:19 146:3
216:4
**italian** 54:24

**items** 51:4 52:6,19
53:18 54:2 57:20
66:18
**iteration** 74:17
84:10

**j**

**j** 93:5
**jake** 2:12
**jane** 1:3
**jason** 4:8
**jblake** 2:15
**jeffries** 16:12
32:23 114:10,17
**job** 69:19 112:15
**john** 218:8
**join** 77:10 80:1
87:21 88:8,11
**joined** 77:6
**joining** 79:8
**jorgensen** 142:3
216:15 218:2
**journal** 191:8
**judge** 44:6,11
**judge's** 65:5,14
66:21
**judith** 1:11

**k**

**kara** 2:2 32:3
233:5
**karen** 1:9
**karyotype** 134:6
154:18,21 155:14
155:18 156:13
170:9 222:20
223:13
**karyotypes** 133:13
133:14
**karyotyping** 155:5
158:19 160:16
169:22,24 222:11

kawulia  1:21 2:22
231:3 232:8
kazakhstan  72:13
keep  19:11 93:20
96:15
killed  24:15 34:23
228:15
kind  5:14 7:7
13:24 22:4 38:18
38:18 67:11 77:22
96:12 108:7
163:13 192:22
194:9 220:13
226:22
kinds  103:7
kingelhart  2:5
knew  43:3 142:4
193:8
know  5:7,17,24
9:13,24 10:7,7,16
10:18,20,22 11:7
11:11,12 12:14
15:14,18,23,24
20:24 22:12 23:3
23:4 25:14,17
27:10 28:16,23
29:19 30:14 32:13
33:12,15 36:23
39:1,17 40:5,5
47:6,13,15 51:1,24
52:12 56:22 63:5
73:19 75:1 76:3
76:14,23,24,24
77:21,24 79:10,13
79:14,15,17 80:6,7
86:9 87:22,23
88:2,6,13,14,15
91:10 92:6 94:4
96:10,13 102:6
104:9 105:1,17
106:3,6,9,22 107:6

109:12,14 110:11
111:21,22 112:24
113:6,19,20,21,22
113:23 114:2,19
117:9,21 119:3,8
119:15 120:1,7
123:15 132:5
133:10,10,16
136:2 140:21
141:1 143:21
144:24 146:9
149:12,13 151:12
153:8 155:4
156:16 157:9,11
158:19 159:21
162:18 163:8,12
163:14,21 164:10
164:12,13,23
165:2 167:12,15
167:21 168:24
169:4,6 171:17
172:4,8 174:23
180:4 183:24
184:9 186:2 187:2
188:14 189:8
191:10,15 192:7,8
193:2,19,21,24
194:4,9,23 195:1,3
195:6,8,13,19,20
196:22 197:1,2
198:12 199:13
201:3 202:22
205:20 206:9
209:5 212:4,5,7
213:1,4 214:4
215:3,9 216:13
217:9,10 218:8,11
225:11,12
knowing  142:1
206:4

knowledge  13:9
59:10 60:18 76:18
78:11 88:3,11
184:4
knowledgeable
83:6
known  120:14
218:2 229:17
knows  141:3

**l**

lab  100:14
laboratory  102:22
lack  6:19
lake  5:3
lambda  32:4 33:14
34:3
lambdalegal.org
2:5
lamda  2:2
language  140:2
141:4
languages  73:16
lapath  80:9
large  94:5 111:9
122:23 141:19
191:1
largely  13:5
larger  110:7
largest  60:24
late  15:5 140:8
142:23 144:7
216:10
latest  98:12
latin  80:7
law  32:24 39:5,11
39:12,15 40:7
41:16,18 201:3
laws  91:7 193:24
lawsuit  26:11 36:3
41:2 46:24 113:10

lawyer  79:2 88:11
lawyer's  160:11
lawyers  71:7 88:8
lay  96:12 188:10
227:14
layman's  59:23
lead  13:13 134:16
134:17 169:7
leading  227:15
leads  134:18
leaf  50:24
learn  111:2 142:9
learned  5:8
leave  12:13 104:17
107:12 113:9
229:8
lecture  89:19
lectured  51:12
left  83:3 123:17
132:4,11,17 224:4
legal  2:2 32:4
33:14 34:3 46:3
79:3 90:16,17
91:3 127:9 150:13
150:23 151:9
197:10 198:4
202:2,20 203:9,20
204:16 233:1
236:1
legally  40:8
length  94:2 106:16
106:19
lengths  124:10
lengthy  54:24
97:13
letter  233:19
level  26:22 28:23
levels  121:9
liable  46:1
liberties  2:7,8

**library** 53:3,7
**license** 2:22 21:5
  70:3 78:15 79:9
  113:2 194:16,17
**licensed** 78:23
**lie** 164:14
**life** 91:18,22 92:4
  94:19 102:19
  103:16 139:21
  140:8,11,24 141:8
  141:15,20,20,24
  144:12 145:14
  190:15 201:7
  207:19
**likelihood** 61:1
**likewise** 110:2
  189:21
**line** 29:11,16
  108:7 233:13
  235:7 236:3
**lines** 61:9 228:24
**linguistic** 215:6,6
**link** 107:19
**list** 88:17 162:5
**listed** 8:22 9:21
  51:18 52:2,14
  53:19 54:15 55:11
  59:19 62:11 66:1
  66:13 67:18 70:15
  70:16 78:6 112:7
  171:14 179:21
  235:7,17
**listing** 235:7
**lists** 112:2
**literal** 55:20
**literature** 98:14
  101:2,3 118:12
  120:11,13
**litigation** 4:11
**litigator** 108:22

**little** 85:5 142:17
**live** 92:7 116:21
  118:10 120:6
  135:1 139:9 141:6
  142:12 144:12
  145:14,16 172:12
  173:22 182:22
  185:3,15 186:16
  201:6 202:10
**lived** 120:5 137:6
  141:11,16,23
  151:3,19 203:3
**lives** 139:9 163:4
**living** 104:2
  112:22 116:18
  117:7 118:7
  142:11 151:18
  175:16 199:3
**llp** 2:12 4:9
**load** 169:15
**loan** 112:6
**local** 40:17
**locate** 190:20
**locker** 30:3,3,8,24
  34:8 195:23
**logical** 199:7
**long** 13:14,14
  67:11 223:20
**longer** 130:12
  134:2 140:15
  144:4 185:21
  188:8
**look** 11:11,14 49:7
  51:16 58:3 90:20
  91:10 96:17
  102:10 103:2,3,4,5
  103:8,10 104:2
  106:3,9,14 107:1
  111:5,19 126:14
  126:15 128:22
  135:24 149:18

153:9,16 154:9
  166:22 169:11
  178:15 191:10
  193:11 209:21
  224:10
**looked** 59:2 66:16
  69:19 93:13
  105:22 106:21
  108:14 126:11
**looking** 61:21
  68:12 102:16,17
  102:19,21,24
  104:10 168:12
  224:18
**looks** 133:18,19
  184:23
**loosely** 68:15
**lost** 25:1 123:14
  229:10
**lot** 19:14 41:6,10
  42:19 58:19,20
  67:9 75:5 105:14
  107:3 126:8 189:1
**lots** 6:20 156:17
  192:17
**loved** 25:1
**lovely** 153:13
**loving** 54:8 93:24
  97:10
**lower** 195:16
**lucky** 169:14
**lunch** 111:15
  161:9
**lunchtime** 107:14

**m**

**m** 4:6 151:6,13,17
  224:6
**madam** 233:10
**madrid** 55:5
**magnetic** 55:6
  98:1 101:5 104:1

108:5
**magnus** 217:20
**maintain** 75:6
**major** 74:5 85:21
  122:8
**majority** 23:14
  92:16 139:20
  158:9,11,15
  191:16 202:16
**making** 25:5 86:23
  199:8
**mal** 26:4,6 35:7
**male** 59:17 60:4
  103:9 105:22
  106:17 108:3,4
  110:2 128:7 129:2
  132:20,22 133:9
  134:5 146:12
  147:3 152:23
  154:13,16,20
  155:9 156:18
  158:23 159:20
  169:18,20,24
  170:5,10,11,14,18
  170:24 171:3,4,9
  171:16 176:18
  178:17 179:3
  187:24 200:1
  207:16 210:19
  211:10 226:10
  228:21
**maleness** 159:24
**malingering** 19:22
**malpractice** 18:3
  19:21 26:10 35:15
  35:22 36:17 38:22
**man** 90:18 112:14
  112:15,22 113:1
  116:21 152:8
  164:13,14 229:6,9

**man's** 166:22
**management** 95:3
  120:18
**manager** 112:23
  113:2
**manipulated**
  215:10 217:7
**manner** 185:10
**manning** 41:2
**manual** 7:18 185:1
**mare** 216:24
**mari** 1:20 2:22
  231:3 232:8
**mark** 153:22
**marked** 49:21
  50:1 66:4 84:2,6
  130:1,5 138:10,14
  175:22 179:13,16
  183:19 184:13
  207:3,5
**marker** 112:21
  136:9 137:2 194:2
  194:2 197:7,16
  198:1 201:24
  226:15
**married** 69:11
  140:13 228:19
  229:5
**masculine** 103:12
  153:23
**massachusetts**
  43:16 45:1
**massive** 191:19
**master** 45:15
**masters** 13:22
  14:1 15:10 87:23
**match** 17:7 141:15
  150:21 226:24
  228:9
**matches** 31:4
  146:15 226:16

**material** 58:19,20
  167:23
**materials** 51:17
  52:13,15,18 53:7,9
  63:21 64:21 65:24
  66:5 111:2
**math** 160:11
**matter** 15:20
  48:12,19 49:5
  63:22 65:17 66:6
  67:4 107:2 110:22
  167:19,20 195:13
**matters** 17:23
  231:9
**max** 2:8
**mean** 7:2,8 20:22
  22:1 29:15 39:19
  57:5 78:1 79:2,16
  80:2 82:14 90:10
  92:6 96:12 102:22
  117:8,13 120:24
  127:15,18 129:15
  132:1 145:8
  146:23 148:4
  158:2 159:11,14
  162:15 163:21
  164:9,14 165:20
  170:4 184:8
  189:10 193:8
  195:23 198:7,10
  198:15 201:19
  210:2 215:23
**meaning** 133:3,6
  181:12 215:7
**meaningful** 38:5
**meaningless**
  217:12
**means** 56:4 117:6
  131:9 188:10
**meant** 9:11 40:9

**measure** 7:13,15
**measurement** 7:11
  7:12,23 8:13 9:6
  9:13
**measurements** 6:6
  6:12,17,23 7:13
  8:12 9:3 13:1,10
  174:24
**medical** 18:3
  19:21 26:4,6,10
  35:7,14,21 36:16
  38:22 55:10 57:9
  65:20 68:18,21,23
  74:5 75:10 120:18
  125:9 128:7,24
  133:2 136:10
  137:7,9,20 140:6
  152:11 166:13
  174:18 175:13,13
  175:17,18 189:18
  200:6,15 201:10
  201:16 204:14
  205:9 206:18,22
  206:24 219:21
  220:14,15,23
  222:2 225:2 227:7
**medicare** 18:5,5
  27:9,13 29:12,19
**medicine** 58:9
  63:20 64:1,17
  90:17 91:4 94:18
  97:20 98:18 99:5
  99:11
**meet** 8:2 67:23
  72:14 125:8
  214:23
**member** 25:1 73:4
  73:6 77:1,13
  78:12,21 81:6,7
  87:15,17,24 185:3
  185:15 186:17

**members** 72:4,20
  79:20 80:5,12
  82:1,4 83:9
  132:21 133:6
  220:6
**membership** 88:7
**memory** 149:6
**men** 177:3
**mental** 79:21
  86:15 87:4 89:15
  149:1,24 152:6,9
  152:15 192:14
**mention** 90:12
  160:12
**mentioned** 26:4
  32:23 35:7,21
  37:21 40:11 46:18
  70:9 114:8,19
  216:9
**mentions** 61:19
  90:12
**mentors** 72:15
**menu** 176:10
**met** 31:22 65:16
  68:1 75:22 169:4
  201:10 220:6
**metabolism** 60:3
**meter** 3:21 65:3,13
  207:7 211:24
**meter's** 66:19
  222:12 224:9
**methodologically**
  191:5
**methodology**
  191:11 195:6
**methods** 180:3
  191:3
**metrics** 11:12,14
**mhw** 1:6
**miami** 67:20,24
  68:1,2

michigan 21:3,4
21:12 40:12
microstructure
97:16 103:14
107:2 166:16
microstructures
164:6
mid 140:11
middle 79:11
106:14 132:3,12
145:4
midwest 233:17
236:1
midwife 128:13
military 71:8
milton 60:23 63:5
mind 11:18 23:22
89:12 164:8 186:1
186:3,4
mine 90:17
minor 67:14
minority 89:21
91:14 152:24
154:2
minute 20:18
87:12 223:19
minutes 15:15
189:6
mischaracterizat...
165:23
mischaracterizes
43:8 109:2 118:2
163:18 178:3,12
220:20
misconception
83:1
miserably 152:23
154:1
mission 78:20
91:22

missions 82:9
misstates 109:2
163:18 178:2,12
187:11 224:22
misunderstanding
55:23 82:24
misunderstood
55:23 69:18 81:21
modern 217:16
modest 85:20
modifications
225:7
modify 85:13
114:12 122:11
modifying 85:17
molecular 69:1
moment 51:22
207:15 222:7
money 218:8
monroe 16:12
32:23 114:9,17
month 229:10
monthly 72:14
morbidity 192:15
192:16,16
morphed 70:24
mortality 143:23
144:14
mother's 208:10
move 58:21
188:13 218:17
moved 55:15
131:6
mri 58:15 100:2
108:10 109:22
170:21 171:10,15
mullerian 208:17
multi 80:16
multidisciplinary
80:20

murdered 35:2

**n**

n 2:2 3:1 4:6,6,14
4:14 224:6,6
233:5
nagy 1:11
name 4:8,13 56:19
73:3 99:23 114:18
114:20 142:5
169:8,11 196:2
199:24 228:22
233:6 234:3,4,15
235:3,4,21
names 28:21
114:16
narrative 54:10
narrower 88:4
natal 117:16,17,18
130:18,23 131:5
131:16,21 134:13
134:17,19 135:8
135:14,21 153:2
154:4 227:8,10,19
national 73:24
74:3 91:19 94:20
94:23
natural 121:8
122:13
nature 19:23
27:19 39:19 94:8
189:3
near 127:3
nearly 90:15
necessarily 117:8
121:16 133:2
157:1 198:24
199:15 210:13
necessary 4:20
necessity 18:1
20:10 21:15 39:2

need 5:2,12,15
20:17 22:11 85:6
87:20 125:1 129:7
144:3 168:6
190:24 212:2
217:22
needed 44:14
116:21 216:21
needn't 83:13
needs 135:2
197:23 201:21
negative 227:16
228:6
neither 168:21
nervosa 9:17
netherlands 101:6
109:7
neurobiological
63:13
neurocognitive
6:19
neurocortical
96:14
neurologist 100:7
neurons 110:7,10
110:21
neurophysiologic
96:14
neuroplasticity
102:4,8,11,14
110:17,19
neuropsychologist
100:8,9
neuropsychology
100:21 101:10,18
never 36:14 38:24
68:18,21 117:17
117:18,20 120:11
142:1,4 155:4,13
169:4 198:14
215:4,7

nevertheless
129:15 150:9
155:17
new  16:11,11
44:12 70:5,6 76:9
90:7 109:9 110:21
111:2 141:9,11,15
164:7
newborn  129:2
news  35:6
nice  53:3
nick  64:24
nih  91:21
nine  51:22
nodding  10:2
nomenclature
56:14
non  62:3 107:24
108:2,3 134:7
165:12 193:3
nonanatomical
174:13
nonconforming
74:13 118:19
119:3 221:19
nonissue  126:5,7
nontestifying
36:21
nonvisible  121:21
norm  155:8
normal  13:24
155:7,17 156:15
156:17,17 158:5,7
158:12,17,21
171:3,4 210:22
211:14 213:21
223:12
normally  155:18
156:1 170:18
north  41:15
210:16 211:2,4

212:8,14,22
notarized  233:14
notary  233:24
234:10,18 235:15
235:23 236:23
note  233:12
noted  61:1
notes  65:14
notice  1:17
noticed  69:13
noting  51:3
november  86:3
nuanced  57:16
number  5:9 12:7
22:12 30:10 35:13
99:21 110:6
122:24 201:22
233:7,13
numbered  86:10
numbers  86:12
192:8 209:21
219:17,18 235:7
numeral  86:20
nurses  71:7
123:17

**o**

o  4:6 109:7 224:6
obamacare  27:12
object  28:15 84:23
96:7 153:3 171:22
objected  117:16
objection  31:16
43:7 46:2,3 48:13
57:24 82:10 87:7
95:15 96:5 101:19
109:1 115:19
116:10 118:1
127:8 128:9
136:18 138:2
139:22 149:5,19
150:12,22 151:8

154:23 157:15,17
161:19 162:10
163:17 164:20
165:17,22 167:9
170:1 173:11
174:1 175:4 178:2
178:11 179:8
181:4,23 182:17
186:21 187:11
194:18 197:9,18
198:3 200:9 202:1
202:19 203:9,20
203:23 204:5,15
204:16 205:12
215:18 220:19
222:22 224:22
226:18 227:21
228:1
observable  221:11
226:2
observed  167:24
168:4,10,11,12
205:9
obstetricians
83:12
obtained  70:3
180:7
obviously  18:15
53:12 66:15,21
71:17 87:13 94:24
129:18 135:22
141:21
occasion  228:16
228:17
occasions  116:16
occur  41:7 55:18
90:20 107:23
119:16 195:11
occurred  26:5
27:6 57:14,17
165:3 187:3

occurrence  62:9
occurring  120:12
192:16
occurs  209:18
219:15 229:21
october  232:2
233:4
offensive  220:9
offer  37:6 91:13
offering  19:7
101:16 214:10,12
offhand  49:9,18
193:9,19 194:3
office  1:10,12
10:22 11:15 16:14
53:7 173:21 174:9
229:6
officer  80:21
offices  34:5
official  1:7,9,11
234:15 235:21
oftentimes  41:4
198:18
oh  18:4,14 37:4
56:15 58:15 62:20
77:5 97:10 131:2
142:3 176:16
191:8 206:9
219:18
ohio  1:1,8 2:7,9,14
4:18 126:11,16,23
150:9,18,20 226:5
226:7 233:2
ohio's  148:12
okay  6:20 8:5,23
11:7,18 12:4,11,21
13:8 14:8,12 15:3
15:14,22,23 16:5
16:21 17:10 18:8
18:22 19:9,16,24
20:22 21:20 22:8

[okay - page]                                                                                      Page 28

23:11 24:8,13
25:11 26:4,18,24
27:8,15,22 29:11
29:24 30:18 32:2
33:7,18 34:2,12,18
36:23 38:18,24
39:16,23 41:10,14
42:19 43:2,14,17
45:4,17 49:16,19
50:18 51:11 52:2
53:8,17 54:22
55:12 56:1,22
57:15,20 59:10
64:16 66:10,24
67:2,16,23 69:13
69:18 70:19 71:14
72:1,4,9 74:22
75:16 77:5,20
79:24 80:13,15,21
81:4,17 83:2,18
86:8,13,20 90:1
91:9 95:24 98:21
99:14 111:12
112:6 113:14
114:23 115:8
116:2 117:18
118:12 120:15
124:14 125:16
130:17 131:2
133:13 134:9
139:3 144:20
146:11 147:17,21
148:1 154:11
155:23 159:19
160:23 161:13
170:16,20 171:4,6
171:10 172:5
185:8 188:2
190:17 193:7
194:23 196:22
201:18 203:24

206:12 207:10
209:17 210:2
211:13,23 212:12
212:21 213:3,13
214:8,16 218:6
220:15
**old** 130:11 133:16
159:22
**older** 3:12 119:5
138:1,16 139:1,11
140:20
**olfactory** 104:21
**omitted** 16:16,19
**one's** 124:16
130:18 144:15
172:17 176:18
179:3 217:1
**ones** 20:19,23 31:7
38:21 62:10,11,12
78:19 94:11
226:24
**ongoing** 27:21,22
**online** 12:22 80:1
**ontario** 17:3
193:22 196:23
**ontario's** 193:24
**open** 168:12
**operation** 26:21
**opine** 46:22 48:21
114:13
**opinion** 4:16 6:3
13:4 41:12 45:24
46:15,16 47:22
48:2,11,18,20,22
49:5 63:8,10,11
64:12 65:5,14
66:3,7,16,22 67:5
92:21 98:7 101:14
101:16 121:17
122:5 124:5,5,13
125:14 127:5,11

127:13 128:17,23
137:3,7,11 147:18
150:9,18 151:1,14
151:19 160:4
173:16 174:13
203:5 205:18
212:17 213:19
214:10,12 222:13
**opinions** 46:11,13
48:23 49:2 51:17
52:14,23 88:23
**opportunity** 21:23
38:1 142:1 230:7
**opposed** 96:11
192:24
**opposing** 224:16
**opposite** 180:8,21
180:24 181:2,8,9
181:16,20 182:8
214:18,21 219:7
**optimal** 80:18
**options** 200:20
**order** 77:7 124:11
181:21 182:9
200:19,21
**organ** 167:23
**organization**
57:18 71:22,23
73:23 78:12,16
79:1,24 80:3 82:1
82:2,5,15 83:9
176:3 212:21
220:3,7
**organizations**
33:23 73:11 74:3
74:6 82:3,4 86:23
175:14,18
**organizing** 123:23
**organs** 121:15
155:19 161:2
170:13,18

**orientation** 187:22
188:10 227:13
**origin** 34:22 64:10
64:11
**originally** 98:22
**origins** 215:15
216:8 217:17
**outcome** 27:2,4
231:21
**outcomes** 228:6
**outdated** 154:12
**outlined** 7:17 9:18
214:23
**outpaces** 123:21
**outruns** 123:21
**outset** 114:9
126:15
**outside** 11:21
100:10 214:9
**outward** 158:13
**outweighs** 172:23
**ovary** 208:8
**overall** 92:1
125:21
**overlap** 6:20 13:9
26:6 29:22 184:7
**overlaps** 23:18
**overly** 30:9
**overstate** 214:5
**overturning** 18:5
**ovid** 216:23

| p |

**page** 3:6 50:19
51:9,15 53:17
54:9 58:8,12 59:6
59:22 61:17,23
62:8 76:13 86:8
86:12,17 88:18,19
88:20 89:17 90:2
91:11 92:16,17
94:14,15,17 95:5

[page - percent]

96:17 97:12 99:15
106:11,12,15
111:20 114:24,24
120:16 124:14,15
132:3,8,9,11 136:1
136:6 138:21
142:16 144:22
146:6,7 149:21
153:16 156:6
160:4 176:8,13
180:2 184:22
185:5,6 187:17,18
188:14,15,16,16
188:17 189:7
196:8,9,10,12
207:14 224:10,17
225:23 233:13,15
235:7 236:3
**pages** 51:22 86:10
88:17
**paid** 76:19 77:12
**pain** 142:5
**pairs** 62:10
**panic** 229:9
**papers** 168:22
169:11
**paragraph** 50:20
51:7,16 52:12
96:18 97:6 111:21
111:23 114:23
120:15 124:15
132:3,4,12,14
135:24 136:4,6,24
138:22 144:17,24
146:7 156:6 160:3
160:6 162:1
172:22 184:22,24
188:19,20 207:15
209:3,5,6,8,10,11
209:13 210:6,8,9
210:11 211:7

213:3,5 214:3
215:1,2 217:12,15
218:6,7,12,17,24
219:8,9,11,19,20
221:8,9,23,24
222:3,8 224:11,14
224:15,18,20
225:20,24
**paragraphs**
142:18
**parallel** 192:18
**parameters** 9:19
**paramount** 122:3
123:4 124:17
172:17 173:16
**paramountly**
122:6
**parcel** 92:15
**pardon** 68:20
180:13
**parent** 62:10
93:15,22
**parents** 3:16,19
93:17 119:8
179:19 180:7,20
184:15
**parlance** 188:9
**part** 11:5 19:19
26:13 58:17 72:1
75:12 77:9 88:4
91:22 92:15
107:16 108:9
125:22 130:19
135:7 184:1 189:8
190:18 209:13,19
235:9
**partial** 216:20
**particular** 27:6
72:19 76:10 105:5
105:20 111:5
119:16 127:20

221:2 227:14
**particularly** 90:5
91:24 142:6
**particulars** 24:20
**parties** 231:19
**partner** 3:10
101:4 130:7
**partnership** 101:8
**parts** 59:3 63:24
106:4 109:22
110:1 168:10,11
200:6 201:7
**party** 43:4 46:11
**pass** 71:11 191:7
**pathophysiology**
54:16 93:10
**patient** 12:9 26:19
27:4 68:5 152:13
213:15 216:15,17
216:18 228:5,12
**patients** 71:5 83:7
93:7 123:14 213:8
213:11 214:13,14
216:10 221:20
**pattern** 158:12
**pay** 78:2 80:1
**payment** 77:8
**peer** 191:4
**pending** 5:18
**penectomy** 122:17
**penis** 208:13
226:10
**people** 3:13 14:21
15:1 18:10 22:20
23:9 24:6,15,17
25:8 34:22 52:9
55:22 63:5 71:7,8
72:10,11,13 78:2
79:16,22 81:24
83:11 88:4 90:20
91:7 92:2 94:3,24

103:9 104:2
105:12,21,22
107:5,23 109:8,9
115:17 116:16
117:3,10 118:5
121:22 122:2,9,14
122:24 124:6,7,22
124:23 125:3,6
126:1,8 131:5
133:5 138:16
140:11 142:6,6
143:22,23 144:1
145:18,24 146:14
146:16 147:15
158:9,11,15,21
159:1 160:1,2
164:15 165:10
166:3,4,4,6,10,15
177:6 186:16
188:10 189:10,12
189:15,23 190:2
190:21 191:1,14
191:15 192:2,2
193:20 194:5
196:23 197:3
199:9,13,15 200:5
200:20 201:10
202:5,13,16 203:1
203:12 214:18,20
217:3 223:3,5
227:14,16 229:6
229:22
**people's** 57:3 95:1
107:19 139:9
157:12,24 223:2
**perceive** 107:17
**percent** 19:9 33:19
33:22 54:21
158:16,16,17
191:16,17 219:16

**percentage** 33:13
**percentages**
155:13
**perception** 107:10
107:18,18
**perfect** 59:3
160:13
**perfectly** 220:17
220:22
**perform** 35:1
**performing**
124:10
**period** 14:9 103:4
119:24 139:4
**permanent** 57:6
201:8 227:11
229:11
**permission** 58:4
**permitted** 190:2
**persecuted** 34:21
**persevering**
123:20
**persistent** 185:2
185:15 186:16
**person** 10:24 11:8
12:5 24:14,23
25:7,15,24 26:2,12
31:2 34:16 57:13
75:21 96:12
108:14 122:1
125:12 127:22
134:7,9,10 136:8
137:13 142:10
151:1 154:20
158:6,23 164:18
165:15 169:5
171:17 173:20
174:7,8 178:18
181:1,20 182:8,20
190:10 192:24
197:6,16,23

198:11,22 201:14
201:21 216:12
220:24 223:7
**person's** 48:8
54:10 111:1
118:15 120:21,24
121:19 122:5
124:4 126:23
128:6 129:20
135:20 136:16
137:5 143:20
144:8 146:15,22
152:2 155:4 156:9
156:12 157:3
160:7 172:3,6,9
173:2 174:15
175:3,11,14 178:1
178:16 200:17
204:3 208:24
226:14,24
**personal** 17:24
19:15 35:17,17
38:22 142:23
230:1 231:12
**personality** 6:16
7:15 12:1,12
123:12,23
**personally** 141:3
234:11 235:15
**persons** 17:2
**pertaining** 1:19
**petition** 229:1
**ph.d.** 1:16 3:3 4:3
13:20 14:1 87:20
130:8 153:14
233:8 234:4,9
235:4,13 236:20
**pharmaceutical**
73:3
**phenomenon**
216:14 217:24

**phenotype** 156:17
170:10,11 171:9
**phenotypes** 108:2
108:5 133:10,12
133:14 165:5
**phenotypic** 155:20
**phenotypical**
173:17
**phone** 168:24
169:7 233:3
**phrase** 63:14
182:11,13,15
187:3 217:19
218:10
**phrased** 9:9 10:13
25:21 219:3
**physical** 71:7
128:19 136:12
157:13 158:1,2,13
161:22 176:19
177:14,14 205:21
206:2,8,9 221:11
**physically** 24:16
229:12
**physician** 36:3
69:14,15 83:5
**physicians** 73:24
79:21 83:8
**physiological**
174:21,24
**pi** 47:18,20
**pick** 17:11 53:6
**place** 231:16
**placed** 188:2
**placental** 208:11
**places** 136:11
**plaintiff** 26:19
28:4,5,5,7 41:24
42:11 43:21,22
44:13 46:6,23
47:4,10

**plaintiff's** 150:10
224:1
**plaintiffs** 1:5 2:10
7:3 18:18 31:11
65:6,10,16,21,23
126:18 147:22
205:21 206:17
222:10
**planet** 165:15
**plans** 190:12
**plastic** 67:21 68:8
74:2
**play** 121:19 178:1
**playing** 119:9
**please** 4:12 5:16
5:24 89:14 109:4
118:2 209:4
228:11 233:11,11
**pleased** 112:17
**poet** 216:23
**point** 9:3 37:14
119:17 134:3
140:23 141:8,21
184:3 193:13
194:7
**pointed** 171:12
**points** 105:24
**police** 35:2
**policies** 39:18 41:5
91:7
**polymorphism**
60:19
**poor** 142:7
**population** 61:4
78:24 80:19 82:7
213:21 219:16
**portion** 19:3
141:19
**position** 38:8
46:17 80:24
111:13 113:9

positions 68:13 70:15
possesses 215:6
possibility 27:5
possible 106:17 123:10 141:17,23 151:12 169:1
possibly 84:24 95:16,16 151:9
post 6:9 8:17 18:2 22:23 23:7,24 24:7,10 70:9 103:4
postdoctoral 14:6
potential 59:7 60:7 61:12 104:22
pounds 229:10
power 105:24
practice 13:16 14:10 215:11,17 216:8 217:8,11,11
practiced 13:15
practicing 14:11
pre 108:10 140:22
preadolescence 118:22 119:18
precedent 173:17
precise 30:9
precisely 97:14
predictive 152:12
predictor 93:7
prefer 49:13 209:7
preference 132:18
preferences 3:10 130:7
preferred 132:23
prefrontal 167:21
pregnant 216:24 216:24
preliminary 200:24 201:14

premarin 217:1
premise 28:11
prenatal 106:18 106:22
preparation 52:15
preparations 72:24
preparing 63:21
prescribe 83:21
presence 208:1
present 106:23 138:1,5,8,24 139:12,20,20 140:1,19 145:3 160:20 172:12 202:6 217:22
presentation 67:17,20 68:4,6 90:17 120:20 137:6 141:15 177:21 183:3 206:6 228:14
presentations 88:17 89:3,7,11,13 91:13 92:15,17 94:6 95:11
presented 94:20
presenting 199:2
presently 40:2,3 84:15
presumably 85:13
pretend 57:15
prevail 47:1
prevalence 176:20
prevented 190:4 191:22 192:3
previous 231:6
previously 44:4 66:13 70:10 103:23 131:15 159:21 168:23

224:12,19
primarily 18:24 19:5 20:8,9 32:8 48:21 176:19 177:13 218:21
primary 48:20 52:22 69:14,15 83:8,11 124:17 125:12 147:8 155:21 156:2 158:10 172:18 205:14 222:6 226:9
principle 123:23
principles 58:9 63:20 64:1,17 94:17 97:20 98:18 99:5,10,16
printout 3:14 176:8
prior 31:24 43:8 59:2 96:6 103:2 104:12 105:21 106:20,23 108:15 109:2,18 118:2,21 118:21 133:21 142:11 163:18,18 165:23 178:3,12 187:12 201:16 202:14 203:13 205:18 215:7 220:20 225:24
prison 32:9 42:18 122:14 142:7,8
prisoners 114:15 114:20
prisons 34:6
privacy 93:12 136:10 137:2
private 13:16 14:9 54:18 202:9

privately 14:11
privilege 28:17,18
privy 75:23 202:24
probably 5:12,20 13:10 16:2,4 22:17 29:9 34:4 38:9 53:12 62:16 133:23 192:23 194:17 198:13,14 220:1,5
problems 57:10,11 192:18
procedure 1:18 26:17,18 29:8 36:3 200:6 208:23 222:2 234:5 235:5
procedures 5:14 28:13 68:7 206:24 225:2
proceedings 44:20 82:21 168:15 206:14 223:23 231:14
process 85:18 208:23
produce 208:11
produced 48:24 50:4,12
produces 208:16
producing 55:7 228:13
product 28:18 31:18 48:14 73:3 163:5
production 233:15 233:17,22
profession 11:20 117:1
professional 68:14 70:11 75:6 76:13

78:5,7,16,22 79:1
80:22 81:8,15
82:2,5 84:11
152:9,15
**professionals**
79:21 86:16 87:4
131:20 132:23
149:1 150:1 152:7
**professors** 79:16
**profile** 8:1 25:8
**program** 14:1
70:6,21,22
**programs** 166:13
**prohibited** 79:8
**project** 224:4
**prolific** 183:21
**promulgated** 74:8
**proper** 188:2
192:3
**proportion** 36:24
**proposed** 41:16
**protective** 3:18
93:19 184:15
189:22,22 191:23
**protocols** 175:18
**provide** 48:1
49:11 63:7,11
65:23 74:8 82:6
83:4,6 126:16
228:11
**provided** 46:10
63:10 173:5 176:7
**provider** 70:5,16
70:24 71:13 72:18
73:7 74:19 75:10
76:4 128:7 129:1
137:8 204:14
205:10 206:18
**providers** 71:3
206:22

**providing** 26:20
71:4 75:19 80:18
171:20
**province** 195:9,14
195:17
**provinces** 194:6
**proving** 225:16
**provoke** 142:23
**proxy** 156:8,12
157:3 158:23
**psychiatric** 8:21
9:20 57:10 73:23
**psychiatrist** 10:1
**psychodiagnostic**
6:14
**psychological** 3:12
65:20 87:14,18
88:1,12 122:16
136:12 137:21
138:15 143:14
174:18 176:2
192:18 215:4,11
217:8,10,11
218:16,20,22
**psychologically**
229:12
**psychologist** 10:2
75:5 100:11
**psychologists** 6:13
83:21 107:8
**psychology** 6:5
12:24 13:10,15
18:11,16 25:16
53:14 70:1 87:20
216:1
**psychometric**
11:17
**psychotherapy**
6:8 91:17
**ptsd** 6:6,9 12:24
22:17 23:4,9,10,12

23:18 24:22 25:6
25:7,16,23 53:14
70:15 229:18,18
229:18,20
**public** 218:2
234:10,18 235:15
235:23 236:23
**publication** 62:17
62:19 94:14,15
98:5
**publications** 52:3
88:19,24 89:7,11
92:20 93:2 94:7
95:11,13,19,19
96:1,2 97:1,3,8
99:20
**publicized** 31:8
**publicly** 135:2
**published** 25:6
59:9 62:22 84:11
85:23 98:23
101:11 133:20
**publishers** 99:1
**publishes** 82:6
**puerto** 21:2,10
40:12
**pull** 183:8
**pulled** 229:9
**purposes** 39:20
56:1
**pursuant** 1:17,18
**put** 50:15 53:1
87:12 110:14
131:22 144:3
151:12 167:3
**putamen** 166:18
**puts** 75:12 210:16

**q**

**qualifications**
78:12,14

**qualified** 6:3,5,23
**qualify** 18:14
19:10 25:14
**qualitative** 3:9
130:6
**quality** 91:18,21
92:4 94:19
**quarter** 19:9
192:1,1,2,12
**question** 5:18,19
5:24 6:1 9:8 10:9
10:19 23:2,21
25:21 29:3 32:2
39:17,23 40:24
48:16 58:6 77:15
89:10 95:9,23
108:8 136:21
144:6 148:21
150:15 157:23
163:22,23 164:24
165:13 172:1,14
174:5 182:5,6,7
186:13 197:12
204:20 209:9
**questioning** 108:8
**questions** 22:9
67:12 104:7 176:9
189:4 223:16
224:2 230:3,5
**quibble** 155:12
**quick** 100:16
168:17 223:18
**quickly** 16:7
**quite** 35:11 78:18
89:23 140:11
145:17 153:13
**quizzes** 12:22
**quote** 144:23
153:22

**r**

**r** 4:6,14,14 59:14
**raised** 114:14
**rametti** 107:1
**randi** 1:16 3:3,10
3:13,17,20 4:3,14
130:7 138:17
153:13 233:8
234:4,9 235:4,13
236:20
**random** 229:18,24
**rare** 207:17
**rate** 17:6 49:10
50:19 195:16
209:23
**rates** 188:22
196:20
**ratio** 97:23 106:21
**rationale** 85:4
**ratios** 106:16
**ray** 1:3 4:17 31:10
233:6 234:3 235:3
**reach** 5:1 12:8
119:5
**reached** 11:21
50:9 165:20
224:17
**reaches** 119:20
**read** 101:2 118:14
120:11,16 132:1
137:16 140:9
142:19 176:6
183:6 184:9 209:4
209:6 213:3 234:5
234:6,12 235:5,6
235:17
**reading** 153:5
182:2 184:8
187:16 233:19
**really** 16:6 32:20
39:20 59:2 98:3

100:16 113:24
119:2 123:22
131:20 168:6
173:1 183:14
218:1 229:5
**reason** 8:14 9:14
56:22 184:1 186:7
186:9 233:14
235:8 236:3
**reasons** 116:22
120:7 140:5,6,6
**reassignment**
14:18,24
**rebuttal** 65:4
**recall** 30:17 35:18
47:7,8 49:9,14
154:14 168:22
183:6 187:21
194:8,11,12,14
195:12 197:4
**recalling** 30:12
38:21
**recap** 44:23
**receipt** 108:15,17
233:18
**receive** 10:1 71:12
77:8 79:9 115:9
115:17 166:13
**received** 13:17,22
66:20,21,22 71:17
**receives** 115:23
116:3
**recognize** 75:17
76:4 84:7 129:18
138:19 179:6,11
179:24 184:19
**recognized** 73:8
**recognizes** 73:9
**recollection** 18:4
153:4

**record** 4:13 16:8
21:24 28:20 38:15
44:21 67:3 74:11
77:16,18,18 82:16
82:19,22 100:15
100:18 111:17
127:3 168:16,19
206:15 222:6
223:21,24 224:5
231:13 235:9
**recorded** 137:8
206:19 226:5,7,10
**recording** 127:6
**records** 38:3
126:23
**reduce** 48:22
**reduced** 231:12
**refer** 49:11,13
50:13 56:3 177:12
224:8,16
**reference** 60:15
61:15 233:7 234:2
235:2
**referenced** 51:18
54:12 61:17 95:20
99:21 144:23
234:11 235:15
**references** 61:11
**referencing** 50:9
**referred** 54:17
131:15 134:8
**referring** 17:13
36:1 62:4 98:16
133:10 147:4,4,7
177:20 187:22
195:2 212:6
217:10 225:23
**refers** 17:14 99:15
110:19 176:18
177:1 178:16,18
179:3 217:11

225:12
**refill** 44:16
**refined** 85:6
**reflect** 120:21
141:11 151:3,20
153:9 203:3
**reflected** 49:2
148:12
**reflection** 159:3
**reflects** 48:8 152:2
**refresh** 149:6
153:4
**refusal** 28:12,13
48:3
**refused** 29:7 46:20
47:4,10
**regain** 229:22
**regard** 89:20
166:21
**regarded** 135:3
**regarding** 4:15
61:16 147:19
194:1 222:13
**regardless** 121:3
124:1 142:14
192:8
**regards** 39:18
206:17
**region** 108:19
**registrar** 1:12
**regresses** 208:17
**regretted** 116:17
**regulation** 39:5
40:1,7,9 41:16
**regulations** 39:18
**reimburse** 28:13
**reimbursement**
29:7
**reinforce** 5:14
**rejected** 219:8

relate 64:4
related 22:23 54:3
  60:2 79:22 102:11
  188:22 189:19
  192:14,20 228:7
relates 64:18
  161:8 216:3
relation 57:22
relationship
  132:18,19 196:15
relative 231:17,18
relatively 70:6
  90:7
releases 136:10
relevance 94:5
relevant 64:12,13
  88:22,24 89:3,8,8
  89:12,20 90:4,11
  92:18,21 93:8
  107:13,15 110:17
  110:21 173:10
reliable 11:17
relied 16:20
remember 169:8
  224:3
removed 26:15
render 6:23 48:12
  48:18
rendered 4:16 7:8
  13:4 47:22 66:15
rendering 49:4
  66:3,7 67:5
  147:18
repeat 10:9 23:2
  23:21 154:19
  157:23 165:1
  175:7 197:12
repeated 98:8
repeatedly 229:22
rephrase 148:22
  174:4

replicated 60:22
replowing 67:9
report 3:21 16:15
  16:19,23 17:12,13
  17:17 20:22,24
  22:2 37:10 48:24
  49:2,7,11,14,15
  50:2,5,20 51:3,16
  51:19 52:16 54:12
  54:17 63:22 64:24
  64:24 65:1,13,13
  66:11,19,20,20
  67:8 88:23 89:1,4
  96:18 111:20,20
  120:16 136:1
  146:6 156:5
  165:20,20 188:13
  190:1 193:5,6
  207:7,11 224:10
reported 2:22
  205:9 221:19
  231:11
reporter 1:21
  224:3 231:1,4
  234:7
reports 3:7
represent 4:10
  28:4 43:5 45:5
  50:2 52:18
represented 36:9
  44:24 45:4
reproductive
  121:15 161:2
  162:21 170:13,18
request 114:11
  151:16 201:23
  202:8 235:9,11
requested 141:9
requesting 114:5
  198:1 202:14
  203:7

requests 151:15
require 125:9
  141:14
required 75:6 77:9
  197:6,15 206:23
  233:24
requirement
  75:14 202:18,22
requirements 88:6
  202:24 226:23
requiring 113:17
  114:5
requisite 25:17
  38:7
reread 191:9
rereading 195:7
research 61:20
  85:7 90:8 91:23
  96:19 97:22,23,24
  101:4 105:7,20
  106:24 110:5
  111:7,11 191:24
researcher 59:14
  105:15
researchers 59:21
  60:23 61:8 63:3
  105:7 174:21
residency 14:4
resolution 113:21
resonance 55:6
  98:1 104:1 108:5
resource 142:7
resources 140:4
respect 85:14 92:9
respondent 17:2
response 10:3
responses 65:7
responsible 72:17
rest 51:14 210:6
restroom 206:11
  229:2

result 22:21 93:10
  110:8 192:11,13
  228:6 229:15
resulting 146:18
results 101:12
  189:18
resume 5:7
retained 31:21
  32:4,7 34:3 35:8
  35:10,19,22 36:14
  40:16 42:10 46:6
  123:19
retaining 32:17
retains 46:11
retention 57:22
retired 44:11
retract 48:16
  224:23
returned 233:18
returning 23:5
  24:24
reveal 98:14
  171:11
revealed 228:21
revealing 48:15
  54:18
reveals 171:15
reverse 116:16
reversed 27:14
  29:13
revert 116:18
reverted 117:2,6
  117:13,23 118:7
  118:16
reverts 116:8
  120:3
review 52:15
  57:21 59:4 63:21
  64:2,22 65:6,12
  98:14 111:9,11
  128:6 191:3 193:4

193:23 194:22
233:12 234:1
235:1
**reviewed** 38:3,14
46:14 52:19 58:7
59:5 64:23,24
65:1,5 66:5,10
191:4 194:8
205:17,22 207:10
**reviewing** 46:21
**revise** 99:1
**revised** 95:7 98:17
**revising** 85:4
**revisit** 225:24
**richard** 61:8 62:6
62:8
**rico** 21:2,10 40:12
**right** 4:8 5:10 7:2
10:21 11:4,13,22
13:2,11,18,20 14:1
17:8,20 18:16
19:1,20 20:10,11
23:4,6,9,13 24:22
26:2 29:14,18
32:6 33:3,8 35:6
35:24 37:17 38:12
39:1,3 40:4,13
41:6,12,18,21,22
43:6,24 45:2
46:12 47:23 49:2
49:5 52:4,7,16,21
53:3,10,15 55:14
56:11 58:16,21
60:10,20 62:19
63:1,9,17,19 64:21
66:22 67:7,19
68:9,16,19 69:1,4
69:7,7,11,16,22
70:12 73:18 74:12
76:2,11 77:6,23
78:9 79:19,20

81:9 83:22,23
84:17 85:19 86:11
87:6,18,21 88:5,9
88:23 89:4 93:1
96:10 97:16
100:24 102:1
104:8 105:4 107:7
107:22 109:16
112:4 115:3 116:5
116:24 124:21
125:14,24 126:20
126:24 127:20
128:19 129:16,20
130:22 131:9,22
133:5,24 134:13
134:17,23 135:9
135:10,15 137:10
137:14,18 138:1
138:17 139:6,11
139:12,16 141:21
143:1 145:13,20
146:4,24 147:6,11
147:19 148:2,4,9
148:13,16 149:18
150:11,21 151:7
152:4,20 153:2
154:7,18 155:17
155:19 156:13
157:8,10 158:15
158:21,24 159:13
160:6,8,13,14,17
160:20,21 161:1,2
161:4,6,9,18 162:1
162:6,9,19,22,23
163:1,2,7,9,14,16
163:24 164:1,2,9
164:19 165:6,8
167:7,8,24 169:13
169:24 171:1,12
171:18 172:15,19
172:23 173:3,7,23

173:24 174:11,15
174:19 177:15
179:7 180:11,22
181:17,22 182:10
182:16 184:12,17
184:21 185:9,19
185:22 186:2,17
186:20 187:10
188:23 189:15
190:4,22 191:2,14
192:15,23 193:2,6
193:17 194:21,24
198:11,15,19,23
199:8,11,18,21
200:1,3,4,8,13
201:8,15 202:18
203:8,18 204:4,14
205:2,8,18 207:12
209:1,9 210:19,22
211:9,11 213:10
216:1,5,7 222:8
**rights** 16:14 82:14
**rigorous** 191:6
**ring** 45:15
**rise** 135:7,13
164:4
**risk** 17:1 54:20
93:18 136:11
188:22
**risks** 3:18 184:14
**role** 121:18 178:1
**roles** 177:1,20
**room** 12:13 30:3,3
30:24 34:8
**rooms** 30:8 195:24
**roughly** 19:4
192:1
**routine** 26:14
**routinely** 205:7
**royalties** 78:3

**rules** 1:18 5:13
234:5 235:5
**running** 14:16
192:18

**s**

**s** 233:15 235:8,8
236:3
**safe** 123:9 202:9
**safely** 202:10
**sag** 77:6,7
**sake** 158:8 171:14
**sample** 193:3,20
**sampled** 193:20
**sampling** 17:2
189:9,11
**sania** 42:15,18
**saved** 169:13
**saw** 122:23 142:2
142:3 144:1
**saying** 19:10 76:3
109:11 182:12
187:4
**says** 70:17 75:17
86:15,20 87:10
106:15 113:2
115:1 120:18
123:22 130:10
132:17 133:8
145:3 149:24
153:17,20 156:6
176:11,17,24
178:16 179:2
180:6 181:17
183:9 185:13
189:8 213:11
214:17
**scenarios** 24:19
**schneider** 106:15
**school** 79:10,11,12
92:13

**schools** 86:22
**science** 225:16
**scientific** 76:19
  122:4 154:12
  175:1,9,12
**scientifically**
  133:3
**scientist** 105:1
**scope** 84:23
**screenwriters**
  77:1
**scrotum** 208:13
**scrubbing** 27:10
**se** 7:1 9:16 61:19
  79:5 143:12
**seal** 234:15 235:21
**second** 15:23
  21:19 54:15 58:10
  82:17 132:2,3,8,16
  138:21 180:2
  184:21 185:6
  190:18 221:14
**secondary** 119:19
  156:3
**secrecy** 54:15
**secret** 93:20
**secretary** 81:1
**section** 132:7
  176:9 214:21
**see** 24:24 51:19
  53:20 56:6 58:13
  59:13,21 70:14,16
  86:13,14,16,24
  88:20 90:14 94:21
  104:13,21 106:1,2
  108:4 109:24
  112:8,18 116:3
  120:22 122:13,15
  124:19 128:13,22
  130:20 132:13,20
  136:12 139:1

142:17,19 145:6
145:17,23 146:20
150:2 153:21
156:9 157:7,8
162:3 169:11
176:12,13,14,16
176:21 177:4,10
178:15 179:22
180:9 185:3,10,16
191:9 196:5
207:21 209:3
212:2
**seeing** 216:10
**seek** 122:22
**seeking** 31:2 34:16
  43:23
**seelman** 196:11,13
**seen** 50:5 106:21
  128:13 207:8
  215:7
**segregated** 30:4
  195:22 196:19,20
**selecting** 72:17
**selection** 50:11
**self** 10:3 122:9
  123:23 125:22
  198:16,17
**sense** 22:14 66:15
  68:11 121:24
  144:10 158:21
  164:14 178:17
  181:1 183:13
**sentence** 120:17
  130:10 132:16
  137:16,18,22
  142:18,22 178:15
  180:6 184:23
  185:9 189:8
  207:21 213:8
  221:10,14,18
  225:19

**sentences** 224:13
  224:20
**separate** 10:16
  118:19
**separates** 8:8
**september** 1:23
**serious** 227:15
**serve** 72:10
**served** 17:21 31:9
  31:13 39:10,24
**services** 82:7
**set** 14:9 27:8 111:5
  147:15 232:1
**setting** 27:15 32:3
  125:16 201:13
  218:11
**settings** 91:15
**settle** 188:16
**settled** 27:7 37:11
  37:23 119:15
**sevelius** 93:5,5
**seven** 34:8
**seventh** 216:15,18
**severe** 7:21 8:10
  12:6 56:5 125:7,7
  229:24
**severely** 122:10,20
**severity** 143:13
**sex** 14:17,18 30:4
  35:1 48:3 60:2
  79:6 102:10 103:1
  103:3 108:11
  116:9,11,19 117:2
  117:7,16,16,17,18
  117:19,20,23
  118:6,8,16,17
  119:14,19 120:2,4
  120:6,21 121:1,5,6
  121:8,9,11,12,14
  121:15,19,20,22
  122:5 124:4,7,18

125:13 126:23
127:7,20,23
128:15 129:19,21
129:22 130:18,23
131:5,6,10,14,16
131:17,19,21
132:2 134:12,13
134:17,19,20
135:8,8,14,14,18
135:21 136:15
137:3,8 139:4,9
141:7,18 142:13
146:12,15,16,17
146:18,22 147:3,5
147:8 150:19
155:19,21 156:2,4
156:8,9 158:10
159:1,4,5 160:8
172:3,6,7,8,9,11
172:18 173:2,23
174:10,15 175:3
175:11,15 176:11
176:17 177:8,13
178:1,10 179:1,2,7
179:11 180:9,24
181:10,16,21,21
182:9,9,20 185:3
185:16 186:19
187:5,9,19,23
188:9 194:1
195:21 197:7,16
198:1,13 199:3
201:24 204:13,22
205:8,14 206:19
207:1,17 210:13
210:14,18 211:9
211:13,17 213:23
214:19,20 216:20
217:1 218:15
219:7 222:6,20
225:4,10,12,13

**[sex - specialization]** Page 37

226:9,15 227:8,8
227:11,12,18,19
229:6
**sexologists** 79:6
215:9 217:6,9
**sexual** 111:10
187:22,23 188:10
188:10 209:15
210:3 227:12,13
227:13
**sexuality** 55:21
76:20 227:15
**sexually** 98:1
103:11 104:23
106:6 109:21,22
**shaking** 67:24
**shape** 163:24
**shaping** 72:2
163:14,15
**shared** 16:8
**sheet** 233:13 235:7
235:10,18 236:1
**shifted** 132:19
**short** 44:19 82:20
149:19 168:14
206:13 209:3
223:22
**shorthand** 1:21
77:7 231:4
**shot** 228:13
**show** 10:21 91:13
113:6 118:18
119:3 142:2 149:5
153:4 187:18
**showed** 108:23
109:17 112:20
173:20
**shown** 191:20
233:16
**shows** 174:8

**sibling** 61:3
**siblings** 62:3,9
**side** 10:18 42:11
125:23
**sign** 78:19 230:7
**signature** 232:8
233:14
**signed** 234:13
235:18
**significance**
108:18
**significant** 107:8
107:21 110:4
124:9 220:24
**significantly** 60:23
**signing** 233:19
**silently** 209:7
**similar** 29:17,18
63:3 110:5,9
177:8
**simple** 96:15
98:13 110:15
**simply** 37:11
**simultaneously**
208:16
**sincerely** 233:21
**single** 165:14
**singled** 90:5
**sir** 233:10
**sit** 21:7 183:5
**sitting** 31:14
**situation** 90:24
**situations** 125:6
**six** 30:20,23
**size** 193:3
**skip** 188:15
**slice** 103:24
**slides** 72:15 91:12
106:2
**slight** 51:6

**slightly** 98:10
**smeared** 229:2
**smell** 104:16
**social** 3:12 57:11
74:4 96:11 125:5
138:15 142:24
143:3 199:9
226:14 227:2
**socially** 177:1
199:22 202:6,13
**societies** 138:23
187:19
**society** 177:3
210:15 211:1,4
212:8,14,22,23
227:7
**society's** 141:24
**sociological** 215:5
**sociologists** 79:18
**soldier** 25:1
**soldiers** 23:5
**solely** 121:10
146:12 215:6
**solutions** 233:1
236:1
**somatic** 107:9
**somebody** 7:8
132:24
**somebody's** 143:5
**someone's** 28:14
57:6 102:18 143:4
143:8,10 144:17
150:21 155:18,24
173:6,9
**somewhat** 144:23
213:24
**song** 184:2
**sophisticated**
164:7
**sorrell** 1:9

**sorry** 9:14 10:10
16:17 18:14 23:20
25:20 38:13 39:7
45:5 58:11 69:11
78:4 88:8 106:10
132:11 133:13
136:3,22 148:22
150:16 154:19
175:7 176:12,16
186:15 203:22
215:21 224:15
**sort** 5:13,21 8:24
9:13 12:19 14:19
15:19 23:16 25:2
25:3 55:19 76:2
108:21 133:4
139:15 184:2,3
192:18 198:15,17
198:23 199:11
200:4 216:7
223:11
**sorts** 105:10,11
106:7
**sought** 35:3
**sound** 79:7 183:4
183:11
**sounds** 29:17
**source** 149:20
212:10
**sources** 52:22
209:22
**south** 2:13 51:12
**southern** 1:1
**spain** 94:22 102:9
**speak** 16:13 81:19
123:16 141:2
**speaking** 41:14
**special** 45:15 70:2
**specialists** 72:19
**specialization**
100:12,20 101:9

215:16
specialize 100:12
  215:13
specializes 93:3
specialty 70:1
specific 8:1 68:7
  73:3 102:19
  215:21
specifically 9:5
  53:23 54:6 57:22
  58:8 60:21 64:11
  74:22 176:8
specified 231:16
speculation 84:24
  95:16 127:9
  128:10 150:13
  154:23 157:16
  161:20 164:21
  165:18 194:18
  204:6,17
speculative 151:9
  178:11
spell 4:12
spend 126:8 189:6
spending 67:10
  189:1
spleen 26:15
split 30:7
spoke 123:17
  203:22
spoken 67:3
  183:12
spread 38:18
stacie 1:3 4:17
  31:10 233:6 234:3
  235:3
stack 49:9 126:14
stage 118:21 119:6
  119:18
stages 197:3
  198:10

standard 26:21
  27:3 73:19 87:3
  148:19,24 150:6
  192:9 201:5
standards 3:8
  73:10,12,15 74:8
  74:10,11,17,20
  76:7 82:6 84:10
  84:14,18,19,22
  85:3,4,11 87:2
  90:9,12 149:21
  152:6,13 175:19
standing 157:17
start 10:22 14:12
  95:21 97:7,11
  198:22 199:8
started 50:9 114:1
  216:9
starting 88:19
  89:15 105:21
starts 88:18
  132:13
state 1:12,22 4:12
  4:23 34:5 40:17
  41:5 43:15,24
  46:7,17 51:16
  113:17 114:5,11
  114:15,22 115:1
  116:20 118:8
  127:6 150:9
  180:20 195:15,17
  211:7 223:7 231:5
  234:10 235:15
stated 158:20
  187:4
statement 11:6
  12:10 76:3,6,9
  78:20 124:21
  141:22 150:4
  153:7 154:6 175:2
  175:10 177:17,19

178:5,10,21,23
  180:17,18 188:3,4
  188:5 210:17
  211:1,5 212:1,3,5
  212:7,11,16 213:1
  213:14 214:13,17
  220:18,20 221:13
  222:4 223:1,14
  225:9 234:13,14
  235:19,19
states 1:1,19 32:8
  34:6,17 80:12
  155:16 193:21
  195:15,21 196:19
  201:3,4 202:23
  205:7 216:20,22
stating 132:18
statistical 7:18
  185:1,10 191:11
statistically 11:16
  191:5
statistics 1:10,13
  92:11 127:16
status 176:18
  177:13 179:3
stayed 41:19
stem 13:5
stenographically
  231:11
step 198:21 199:7
  199:13,17,24
  200:4,5,12
steps 199:8 200:16
  201:14,20,22
steroid 60:2
  104:15
steroids 102:10
  103:1,3 108:11
stick 8:9 14:21
sticks 90:2

stigma 93:3,5,6,14
stigmatized 93:22
stone 140:23
stones 90:2
stop 5:16,17,19
strategy 91:23
street 1:23 2:3,13
  5:3
stress 6:9 8:18
  18:2 22:23 23:8
  23:24 24:7,10
  70:9 89:21 91:14
strict 10:7
strictly 80:12
strike 35:20
  101:15
striper 14:20
structure 109:9
  110:23 161:6,14
  161:15 163:3
  164:19 165:8,9
  167:3,7 170:20
stuck 12:21
student 14:15
  78:21,21
students 79:10,11
  79:11,12 89:19
  92:6,9,11
studied 53:9,12
studies 55:7,8
  59:12 60:6,11,16
  60:21,24 61:9,22
  62:18 63:3,4
  97:24,24 98:1
  100:1 102:7,9,10
  102:13 103:7
  104:15 105:3
  107:1 109:17
  161:8 163:24
  165:3 166:5,10
  217:16

**study** 16:16,19,24
17:2,5,18 53:2
58:15 59:19,21
60:18,20 61:15
62:21,23 76:19
105:5,8 108:9,21
108:23 110:10,18
111:5 123:13
165:14 170:22
171:12,15 188:22
189:2,4,17 191:19
192:5,6 193:14,17
194:10,13 195:3,7
195:8 196:23
197:2
**studying** 52:20
105:10,11
**stuff** 5:15 26:5
30:15
**stupid** 108:22
**sub** 9:1,2 48:23
**subgroups** 214:6
**subject** 7:22 8:11
8:13 10:7
**subjects** 180:3
189:14
**submitted** 207:7
207:11
**subscribe** 85:10
**subscribed** 234:10
235:14 236:21
**substantial** 186:2
**successful** 46:23
190:16
**suffer** 23:5,9
**suffered** 25:15
**suffering** 12:6
**suggest** 60:6
**suicidality** 143:16
196:15

**suicide** 17:1,7
122:18 188:22
189:19 190:8,11
190:11,12,13,15
190:22 191:17
192:3 195:16,21
228:12
**suicides** 122:24
192:11 196:20
**suit** 114:22
**suite** 2:3 233:2
**sum** 26:22
**summer** 68:1
**superior** 233:1
**superseded** 185:19
**supervision** 71:11
**support** 46:11
85:11 122:5
226:14
**supported** 46:16
**supporting** 92:6
**suppose** 13:14
24:9 29:11 39:18
52:20 89:9,10
117:13 139:14
200:4
**sure** 8:19 9:8,10
10:11 19:13 22:1
32:20 40:10 41:17
44:18 58:6 67:2
78:18 103:19
105:2,19 129:22
138:7 156:22
160:19 173:14
174:7 191:13
204:22
**surgeon** 26:12,20
27:3
**surgeons** 67:22
68:8 71:6 74:2
79:21

**surgeries** 132:17
**surgery** 14:18,24
18:6 26:13,14
27:2,6,11,14 29:14
58:10 63:20 64:1
64:18 68:9 94:18
97:20 98:18 99:5
99:11,16 116:17
116:17 124:11
216:21
**surgical** 55:10
99:18 125:10
152:11 200:15,16
201:8,10,17
203:17 225:7
**suspect** 4:20
**sustained** 149:19
**sworn** 4:1,5 231:8
234:10,13 235:14
235:18 236:21
**symposium** 86:3
**symptomatology**
143:14
**symptoms** 8:17
25:3,9
**syndromes** 207:20
**synonymous**
130:14 131:17
**synonyms** 56:4,6
**system** 122:9
125:22 152:23
154:1
**systems** 17:24

| t |
|---|

**t** 4:6,6,14,14 224:6
**tackling** 5:22
**take** 5:16 45:22
65:14,19 68:6
71:10 108:10
111:13 154:9
168:1 189:12

193:16 199:18
200:1,18,18
206:10 212:13
223:18
**taken** 1:20 37:15
44:20 82:21
111:16 168:15
206:14 223:23
231:15
**takes** 173:17
**talk** 10:15 16:12
17:10,17 27:20
39:1 40:10 73:2
76:7 77:18 89:20
90:4 91:21,22
103:17 105:1
108:1 123:18
131:4 201:18
**talked** 27:10 36:20
53:15 69:24 90:19
92:24 93:6,9
130:22 154:11,16
159:11 161:9
163:24 188:20
211:21 216:23
**talking** 8:11 29:21
40:6 50:18 74:11
74:16 78:8 91:1
92:7 132:24 134:6
159:17,20,23
160:17 170:7
177:22 200:14
216:4
**talks** 59:6 94:1
152:8
**tangential** 90:11
**tanner** 119:18
**tanner's** 118:21
**tanya** 101:4
186:24

**tasks** 86:15
**taunted** 229:4
**teach** 71:6 73:15
  79:17
**teacher** 79:8
**teachers** 79:4,5,15
**techniques** 99:16
**technology** 164:7
**television** 77:4,10
  142:2
**tell** 8:5 12:17
  22:11 23:16 24:11
  47:17 62:21 77:17
  107:11 137:17
  192:22
**telling** 10:22
**tells** 192:9
**temporal** 227:11
**ten** 15:20 33:10,11
  35:9 44:6 62:9
  72:10,13
**tendency** 187:19
**tends** 119:21
**term** 21:15 55:15
  55:20 96:11 97:4
  97:5 102:3 116:10
  130:11,24 131:20
  132:22,23 133:1,3
  183:3 185:21
  188:8 215:5,10
  216:13 219:24
  220:5,8,12,13
  227:18,23,24
**termed** 218:8,10
**terminology** 55:12
  117:5 131:12
**terms** 24:20 59:23
  96:7,7,9 110:15
  131:7 133:16
  134:2 136:18
  154:13 157:18

159:22,22 167:10
179:8 181:4,23
182:17 186:21
204:16 227:5,6,7
**terrible** 12:18
**test** 6:16,24 7:10
  7:12,22,24 8:13
  9:5,12,16 10:7
  11:8 12:5 71:11
  137:20 174:18,20
  174:21 184:4
  221:11
**tested** 155:14
**testicle** 208:3,11
  208:16
**testified** 4:5 20:2
  37:14 38:20 112:3
  224:12,19
**testify** 4:15 18:23
  37:12 38:1 231:8
**testifying** 36:15,21
  37:1,2 40:16 44:5
**testimony** 6:4
  16:10 23:17 26:7
  37:6,23 43:8
  109:2 114:4,10
  118:2 123:24
  139:18 140:18
  154:14 163:18,19
  165:23 178:3,12
  187:12 226:1
  231:13 234:6,7
  235:6,9,12
**testosterone**
  208:12
**tests** 6:6,12,14,16
  6:16,18,22 7:13
  8:12 9:3 11:23
  12:24 13:10
  174:23,23

**text** 149:20 153:14
**textbook** 54:23
  55:9 58:18
**thank** 5:5 17:15,16
  22:15 36:6 45:17
  76:11 83:20 96:9
  183:17 223:17
  224:1 225:14,22
  226:12 227:4
  230:2
**theories** 64:5
  92:22 94:16 97:21
**therapists** 71:7
**therapy** 203:6,13
  225:6
**thereof** 6:19
**thickness** 97:17,18
  103:15 107:4
  166:17
**thing** 77:14,22
  125:19 155:24
  168:17 182:16
**things** 7:14 9:1
  19:22 39:19 56:2
  59:1 65:24 102:21
  102:24 118:13
  167:4 189:2
  217:15
**think** 5:20 10:24
  12:10 16:3 17:20
  18:3,22,23 22:3
  27:20 28:22 29:23
  30:6 31:7 33:18
  33:21 41:12,16,18
  41:22,24 42:17,17
  42:24 43:11 49:8
  59:5 61:18 63:14
  68:15 85:9 90:11
  91:10 94:4 95:7
  105:5 106:7 108:8
  110:12,13,14

111:12,13 113:22
116:15,18 118:1
128:5 131:19
134:1,10 149:11
149:13 151:9
152:1,2,17 158:20
164:24 167:3,8
168:2,5,7 177:21
181:9 182:12
189:3 190:17
191:2 200:17
202:23 204:9
209:23 210:13,14
210:15 212:8,9,14
216:18 217:12
219:17
**thinking** 86:4
  126:9,10
**thinks** 82:24
  149:11 190:10
**third** 54:23 132:9
  132:11 143:19
  144:24 184:23
  185:9 208:20
  214:19
**thirty** 233:18
**thought** 83:18
  106:5 126:4
**thousand** 90:15
  189:10 190:1
  191:14
**threatened** 24:16
  34:24
**threats** 228:24
**three** 22:13 28:3
  29:10,20 39:21
  47:15 122:16
  142:22 190:9
  224:13,20
**threshold** 191:7

**[tie - traveled]**

**tie** 44:9,10
**time** 4:21 5:16
　14:3,9 15:23,24
　21:14 27:9 42:17
　42:24 43:2 44:7
　50:5 62:18 67:11
　102:18 103:5
　104:2,8 105:8
　119:14,24 126:8
　126:10 127:3
　128:20 129:4,16
　134:3 137:9,13
　139:4 159:12
　186:14 189:1
　204:14,23 205:10
　221:12 226:2,11
　229:22 231:16
**times** 15:19 17:21
　32:6,10 33:4,8
　34:2 35:10 41:4
　47:14,15 61:3
　72:21 85:6 99:22
　109:10 131:16
　198:19
**tissue** 208:3,7,12
　208:18
**title** 68:3
**titled** 130:5 179:18
**today** 12:13 66:1
　92:19 131:1
　187:24 216:4
　217:2 227:5
**told** 10:23 34:24
　112:23 120:9
**tomorrow** 144:3
**top** 53:18 68:12
　187:17
**topic** 89:24 95:8
　101:8
**topography** 103:6

**tormented** 24:17
**tornado** 229:19
**total** 30:5
**totally** 90:23
　153:23,24 187:10
**touched** 90:10
**tower** 112:6
**toys** 229:6
**track** 14:1 19:12
**tracks** 126:23
**trained** 6:13 72:11
**training** 72:12
**trajectories**
　122:16
**trans** 90:18 112:15
　166:22 196:6,13
　228:18
**transcribed** 234:7
**transcript** 231:10
　233:11,12 234:5
　234:12 235:5,11
　235:17
**transgender** 17:1
　17:6 18:9,9,17
　19:19 24:6,14,23
　25:15,18,24 26:11
　31:2 34:16,18,22
　36:2,8 40:22
　43:18,20 47:11
　48:5 52:21 54:3
　55:21 58:9 60:9
　61:2,3 63:20 64:1
　64:17 68:5 70:12
　71:5,9 74:12,13
　75:19 78:6 79:10
　80:19,22 81:9
　83:7 84:12 87:5
　89:16 91:7,19
　92:2,5,6,14 93:7
　93:23 94:2,18,24
　97:20 98:18 99:5

　99:10 105:3,9
　108:2,2,3,4,14
　109:24 112:11
　115:6,8,11,22
　116:2,4,8 117:1,22
　118:14 119:5,10
　122:1 123:2,6
　124:2,22,23
　125:11 134:7,10
　136:8,16 137:13
　137:24 138:24
　146:16 148:20
　149:2 150:8
　164:18 165:7,10
　165:12,14 166:4,4
　186:16 188:23
　189:10,15,23
　190:2,21 191:1,14
　191:15 192:2
　195:14 213:9,12
　213:17,21 214:13
　214:14,20 215:16
　216:4 217:3,16
　226:14,24 227:17
**transgendered**
　122:19
**transgenderism**
　64:12 95:10
**transition** 3:19
　26:14 122:15
　134:18,19 140:4,5
　140:8 141:10
　143:6 145:14
　151:2 152:3,10
　166:11 172:12
　175:16 180:8,19
　180:21 181:2,7,15
　181:19 184:16
　189:19 197:3,24
　198:8,11,23 199:8
　199:10,18 200:4

　200:12,17 201:6
　201:14,19,20,23
　202:6,14 204:3,10
　204:12 205:4
　226:15
**transitioned** 118:6
　141:8,14 228:18
**transitioning** 91:1
　149:14 199:22
**transitions** 93:15
　146:1 181:20
　182:8,20 203:2
　214:15 227:2
**translated** 73:16
**transsexual** 3:9,12
　3:16 55:16 56:5,7
　93:17 106:17
　109:8 130:6 134:9
　138:16 142:24
　179:19 216:14
　217:20 227:9,24
**transsexualism**
　55:3,13 56:3 95:5
　95:6 98:9 99:4
　130:11,17 137:21
　174:19 188:8
　215:11 216:13
　217:8 227:12
**transsexuality**
　61:16
**transsexuals**
　109:10
**trauma** 6:6 18:2
　23:10 25:7,8
　38:22 70:8,15
**traumatic** 6:9 8:17
　18:2 22:23 23:7,7
　23:24 24:7,10
　25:2 70:9
**traveled** 112:24

**[treat - usually]** Page 42

| | | | |
|---|---|---|---|
| **treat** 145:18 | **two** 8:15 29:10 | **undergone** 180:8 | **undertaken** 70:7 |
| 192:23 193:1 | 30:2,3 33:23 | 180:19 181:18 | **underwent** 180:21 |
| **treated** 92:9 | 47:15 116:15 | **undergrad** 15:12 | **undifferentiated** |
| **treating** 92:8 | 152:19 153:19 | **underlie** 8:21 | 151:13 |
| **treatment** 122:22 | 158:7 168:22 | **underline** 9:20 | **unfortunate** |
| 122:22 138:8 | 186:1 | **undermine** 11:19 | 228:16 |
| **trial** 37:13 112:4 | **type** 7:9 18:11 | **underneath** 6:22 | **unfortunately** |
| **tricky** 39:17 | 19:17 195:4 | 180:3 | 44:11 55:22 |
| 117:15 | **types** 17:23 156:17 | **underserved** 82:7 | **unhappy** 27:2 |
| **trip** 10:11 | 160:18 195:10 | **understand** 9:8 | **unheard** 155:15 |
| **true** 29:23 51:2 | **typewriting** | 10:12,19 23:8 | **union** 2:7 77:14,24 |
| 67:13 109:11 | 231:12 | 25:20 31:7 39:7 | **unique** 25:11 |
| 120:21,24 121:6,9 | **typical** 106:15 | 50:17 57:15 66:14 | **united** 1:1,19 |
| 121:12,15,19 | 155:3 171:4,5,9,16 | 76:11 85:9 97:2 | 34:17 80:12 |
| 122:2,5 125:11,19 | **typically** 7:17 | 110:12 111:12 | 155:16 193:13 |
| 223:3 231:13 | 80:19 146:12 | 115:16 130:14 | 195:15 216:19,22 |
| **truly** 187:20 | 147:3 | 131:8 136:21 | **university** 219:14 |
| **truth** 153:17 231:8 | | 148:21 150:15 | **unlimited** 104:3 |
| **try** 173:22,24 | **u** | 164:24 181:11 | **untenable** 90:23 |
| 203:2 | | 182:12 185:18 | **untreated** 123:1 |
| **trying** 9:10 10:11 | **u** 109:7 | 189:3 190:17 | **unusual** 138:23 |
| 10:17,19 22:10,13 | **u.s.** 73:1 92:2 | 191:13 201:2 | **update** 72:14 |
| 23:3,15 39:16 | **uh** 47:2 62:11 87:1 | 204:20 | 113:17 |
| 97:2 115:15 | 96:23 132:15 | **understanding** 7:3 | **upper** 208:19 |
| 117:15,15 142:12 | 143:2 145:7 196:1 | 7:5,6 11:5 32:15 | **urine** 174:23 |
| 149:19 167:2 | 221:22 | 37:19,20 54:14 | **usage** 144:16 |
| 191:12 | **ultimate** 113:19 | 57:3 60:1 61:14 | **use** 7:24 56:8,10 |
| **ts** 180:7 | 113:21 | 85:18 92:14 | 73:20 90:22 96:11 |
| **tubes** 208:19 | **ultimately** 71:10 | 100:13,23 101:18 | 104:10,11,13 |
| **turko** 42:15 | 191:23 | 102:12 110:16 | 117:19 130:12 |
| **turn** 41:14 51:21 | **ultrasound** 128:21 | 127:2,23 128:2 | 131:5,7,21 132:22 |
| 53:17 59:13 76:14 | **unable** 229:8 | 140:3 141:4 | 132:24,24 134:2 |
| 86:8 138:21 180:2 | **unclear** 40:8 | 147:21 196:18 | 145:19 153:10 |
| 184:21 207:14 | 118:22 | 215:13 | 154:12 157:18 |
| **turning** 90:2 | **uncommon** 119:11 | **understood** 6:1 | 174:22 185:22,24 |
| **turns** 146:14 | **undergo** 197:24 | 12:4 32:19 33:1 | 217:2 219:23 |
| **twin** 60:11,21 62:3 | 199:9,16,19 200:5 | 83:16 99:3 109:19 | 220:5 229:2 |
| 97:24 | 201:15,22 203:2,6 | 155:7 156:5 157:2 | **uspath** 80:10,11 |
| **twins** 60:12,16 | 203:13,17 | 201:12 | 81:2,5,7 |
| 61:16,20 | **undergoes** 151:1 | **undertake** 199:14 | **usually** 57:10 |
| | **undergoing** 3:19 | | |
| | 27:7 184:16 | | |
| | 198:23 | | |

[uterus - witness']                                                        Page 43

uterus 208:19

**v**

v 16:12 32:23
  112:6 114:9 233:6
  234:3 235:3
vagina 208:20
  226:10
vague 46:2 48:13
  57:24 82:11 84:23
  87:7 95:15 101:19
  115:19 118:1
  138:2 162:10
  163:17 164:20
  173:11 174:2
  200:9 215:18
  226:18
valid 11:17 174:22
value 127:6
values 144:13
van 3:21 65:3,13
  66:19 207:7
  211:24 222:12
  224:9
varied 169:23
varies 103:15
variety 116:21
  120:7
various 6:18 28:13
  106:4
varying 94:1
  197:3
vast 9:24
verified 169:20
veritext 233:1,7
  236:1
veritext.com.
  233:17
version 84:13,16
  85:12,13,14,16,17
  98:19 99:8,12
  108:22

versus 4:17 42:15
  42:18 144:11
victimization
  89:22
victimized 24:17
  228:23
view 148:20 149:2
  150:1,7 151:23
  152:1,7
violation 93:11
virtue 81:6
visible 121:21,22
  164:5
visual 129:11
vital 1:10,12
  127:16
voice 79:22 178:20
volume 85:22,23
  97:16 98:23
  103:14 110:22
volunteer 14:19
volunteered 14:15
vs 1:6 114:17

**w**

wait 97:10
waived 233:19
walter 93:2
want 19:10 28:20
  30:7,9 49:7,10
  76:22,23 77:12
  104:20 135:21
  137:17 149:16
  153:3,22 154:9
  155:12 169:10
  171:22 192:23
  199:7 200:22
  214:5
wanted 14:17
  50:15 168:17
wants 82:23

war 23:5
warns 148:19
  150:7
water 44:17
way 4:23 8:2 9:9
  10:12 25:2,21,23
  29:9 33:2 46:22
  75:16 88:14,15,20
  90:11 101:15
  127:13,18 135:1,1
  137:12 142:11
  165:11,11,16
  166:16,19 178:18
  182:11 183:16
  187:4,5 211:23
  212:18,20 214:10
  217:14 219:3,12
  219:13 221:11
  222:14
ways 24:18 167:6
  177:6 186:2
we've 8:10 36:17
  67:9 90:10 92:23
  110:10 113:1
  117:13 157:17
  216:4
wealth 106:18,24
web 176:8
week 112:16
weigh 72:22
weight 127:19
went 41:19,20
  44:12 100:14
  110:9 113:20
  184:1 228:15
west 1:23 2:3
western 138:23
  187:19
whereof 232:1
white 93:13 101:5
  107:2 167:20

186:24
williams 191:17
wish 166:6 175:16
wishful 86:4
witness 3:2 4:1,4
  10:2 15:17,19
  17:22 19:11 21:1
  31:10,14,19 33:9
  35:20 37:16 39:10
  39:24 41:1 42:3,7
  43:10 46:5 58:2
  82:12,23 83:3
  85:2 87:9 95:17
  96:10 101:21
  115:21 116:14
  118:4 127:10
  128:11 136:20
  138:4 139:24
  149:10 150:14,24
  151:11 155:2
  161:21 162:12
  166:2 167:11
  168:3,9 169:4,8,15
  170:3 172:1
  173:13 174:3
  175:6 178:4,14
  179:10 181:6
  182:1,19 183:21
  186:23 187:13
  197:11,20 198:6
  202:3,21 203:11
  203:22 204:8,19
  205:13 215:20
  220:21 222:24
  224:2 226:19
  228:2 230:8 231:7
  231:7 232:1 233:8
  233:11 234:1,4,11
  235:1,4,15
witness' 233:14

**wohl** 2:8
**woman** 152:9
  228:17,18,20
**woman's** 109:24
  166:21
**womb** 221:12
**women** 177:4
**wondering** 129:6
**word** 45:6 56:6
  73:20,20 117:13
  117:14 126:19
  129:5 145:19
**words** 144:12
  162:15 211:6
**work** 14:3,6 19:11
  19:15 28:17 29:12
  31:18 32:9 41:7
  43:3 48:14 55:9
  62:6,6 71:8,8
  78:24 79:9 81:14
  98:11 99:22 100:5
  100:5 102:23
  105:13,14,16
  112:16 125:5
**worked** 68:18,21
  100:1 115:6
  117:21
**workers** 74:4
  228:23 229:1
**working** 29:20
  78:17 84:15
  105:12
**workplaces** 86:22
**world** 57:17 61:10
  70:11 71:4 73:17
  73:22 78:5 80:4,8
  80:21 81:8 84:11
  111:8 142:10
  145:16 220:3,6
**worried** 183:10

**worry** 119:8
**wpath** 3:8 70:4,5
  70:11,16,24 71:13
  71:23 72:18 73:6
  73:7,9,18 74:9,19
  75:12 76:3,7 78:8
  81:6,13,15 82:15
  88:3,9 148:19,23
  149:11,13 150:6
**wpath's** 82:8
**write** 180:23
  181:11,15,18
  186:15 189:7
**writing** 48:23
  94:13 131:3,8
  183:2 187:2,21
**written** 3:10,13
  52:6,9 54:2,23
  56:2,2 66:3 69:16
  93:4 99:18 101:7
  130:7 133:21,23
  138:16 153:13
  174:17 181:10
  183:5,7 187:5
  188:4,5 212:17,20
**wrong** 45:5 46:1
  162:9 219:11
**wrongfully** 29:7
**wrote** 124:15
  136:24 177:12
  180:11,14,16,23
  186:14,24 216:13

**x**

**x** 3:1 4:6 224:6
**xs** 158:7
**xx** 133:11 207:17
**xxx** 160:21
**xxy** 160:21
**xy** 133:11 154:17
  154:21 155:9
  156:19 160:16,16

169:24 170:9
207:16

**y**

**y** 158:7 208:1,6
**yeah** 9:23 11:8
  23:3 29:4 54:1
  58:6 75:17 104:6
  104:19 109:1
  133:22 135:12
  142:21 148:23
  157:24 175:9
  197:14 201:2
**year** 13:24 62:23
  67:21 85:24 109:6
**yearn** 216:24
**years** 15:20 33:10
  33:11 35:9 44:6
  78:18 112:3 139:8
  140:24 193:16
  218:1 221:20
**yep** 11:13 89:18
**york** 109:10
**young** 14:15
  112:14 118:18
**younger** 221:20,21

**z**

**z** 109:7
**zhou** 98:2 109:6
**zip** 5:4

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.