```
                                          Page 1

 1           IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF OHIO

 3                    EASTERN DIVISION

 4             ~~~~~~~~~~~~~~~~~~~~~

 5    STACIE RAY, BASIL ARGENTO, JANE DOE,

 6    AND ASHLEY BREDA,

 7               Plaintiffs,

 8

 9       vs.              Civil Action No.

10                     2:18-CV-00272-MHW-CMV

11    AMY ACTON, IN HER OFFICIAL CAPACITY

12    AS DIRECTOR OF THE OHIO DEPARTMENT

13    OF HEALTH, et al.,

14

15               Defendants.

16             ~~~~~~~~~~~~~~~~~~~~~

17                 Deposition of

18               RYAN GORTON, M.D.

19

20               October 8, 2019
                    10:15 a.m.

21                  Taken at:

         Calfee Halter & Griswold, LLP

22      41 South High Street, Suite 1200

                   Columbus, Ohio

23

24      Kimberly A. Kaz, RPR, Notary Public

25
```

```
                                              Page 2

 1    APPEARANCES:

 2

 3         On behalf of the Plaintiffs:

 4              American Civil Liberties Union of

 5              Ohio Foundation, by

 6              ELIZABETH BONHAM, ESQ.

 7              4506 Chester Avenue

 8              Cleveland, Ohio  44103

 9              (216) 472-2220

10              ebonham@acluohio.org

11

12              Lambda Legal, by

13              KARA N. INGELHART, ESQ.

14              105 West Adams Street, Suite 2600

15              Chicago, Illinois  60603

16              (312) 663-4413

17              kingelhart@lambdalegal.org

18

19         On behalf of the Defendants:

20              Calfee Halter & Griswold, LLP, by

21              JAKE BLAKE, ESQ.

22              41 South High Street, Suite 1200

23              Columbus, Ohio  43215

24              (614) 621-7789

25              jblake@calfee.com
```

Page 3

1                    TRANSCRIPT INDEX

2

3    APPEARANCES................................   2

4

5    INDEX OF EXHIBITS ........................   4

6

7    EXAMINATION OF RYAN GORTON, M.D.

8    By Mr. Blake.............................    5

9    By Ms. Ingelhart.........................  199

10   By Mr. Blake.............................  210

11

12   REPORTER'S CERTIFICATE...................  214

13

14   EXHIBIT CUSTODY

15   EXHIBITS RETAINED BY COURT REPORTER

16

17

18

19

20

21

22

23

24

25

Page 4

1                    INDEX OF EXHIBITS

2       NUMBER           DESCRIPTION              MARKED

3    Exhibit A    Study........................ 200

4    Exhibit 19   Expert Report................  36

5    Exhibit 20   Declaration..................  37

6    Exhibit 21   Declaration..................  88

7    Exhibit 22   Declaration.................. 104

8    Exhibit 23   Rebuttal Expert Report........ 184

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          RYAN GORTON, M.D., of lawful age,

2    called for examination, as provided by the

3    Federal Rules of Civil Procedure, being by me

4    first duly sworn, as hereinafter certified,

5    deposed and said as follows:

6          EXAMINATION OF RYAN GORTON, M.D.

7    BY MR. BLAKE:

8          Q.    Please state and spell your name

9    for the record.

10         A.    Ryan Nicholas Gorton.  It's R-y-a-n

11   N-i-c-h-o-l-a-s G-o-r-t-o-n.

12         Q.    And are you here to testify

13   regarding an expert opinion that you rendered

14   in the case of Stacie Ray, et al., versus the

15   Director of the Ohio Department of Health,

16   et al.?

17         A.    I am.

18         Q.    What are the areas of expertise in

19   which you are qualified to give expert

20   testimony?

21         A.    Transgender health care.

22         Q.    Is that all?

23         A.    I'm also an emergency medicine

24   physician, but I don't think this case has to

25   do with that, so...

Page 6

1           Q.    So you -- you feel as if you're
2   qualified as an expert in two areas,
3   transgender health care and emergency medicine,
4   but that as it relates to this case, only the
5   transgender health care part is relevant; is
6   that accurate?
7           A.    Yes.
8           Q.    By "transgender health care," what
9   do you mean?
10          A.    The health care specific to
11  transgender patients, which is usually divided
12  into medical care, mental health care and
13  surgical care as well as the primary care
14  services that they need that are unrelated to
15  that.
16          Q.    Okay.  I assume you've been deposed
17  a number of times, so I'm not going to spend a
18  bunch of time going through sort of ground
19  rules.  You seem like you know how to take a
20  deposition.  I will just say that, you know, if
21  at any time you need a break, as long as
22  there's not a question pending, just let me
23  know, and we'll take a break.
24              Also, if you don't understand a
25  question, you know, you can let me know.  If

Page 7

1   you answer a question, I'll assume you
2   understood the question; is that fair?
3        A.    Yes.
4        Q.    Okay.  Can you start with just
5   describing briefly your -- your education and
6   undergraduate?
7        A.    I got a Bachelor of Science in
8   biochemistry from North Carolina State
9   University, and then I got my medical degree
10   from the University of North Carolina Chapel
11   Hill School of Medicine.
12        Q.    And after obtaining your medical
13   degree from Chapel Hill, did you enter a
14   residency program?
15        A.    I did.
16        Q.    And where did you conduct your
17   residency?
18        A.    Brooklyn, New York at Kings County
19   Hospital.
20        Q.    And was that a general residency
21   or, like, a specialty or --
22        A.    It was emergency medicine.
23        Q.    And how long was that residency?
24        A.    Four years.
25        Q.    And what is emergency medicine?

1      A.    The saying goes any person, any

2    problem, any time.  So the provision of,

3    essentially, all emergency care that people

4    might present to a hospital with.

5      Q.    So is this, like, the emergency

6    room doctor when you walk in the emergency

7    room, you're going to be seen by a physician at

8    some point?  Is that what -- is that what you

9    do or what you trained as a resident to do?

10     A.    Correct.

11     Q.    After your residency, did you

12   immediately begin practicing somewhere, did you

13   go to a fellowship, or what did you do?

14     A.    I didn't do a fellowship, I started

15   working at Saint Tammany Parish Hospital in

16   Covington, Louisiana.

17     Q.    What year was that?

18     A.    2002.

19     Q.    And how long were you in Covington?

20     A.    About three years.

21     Q.    Where did you go after that?

22     A.    I moved to California and started

23   practicing at Sutter Davis Hospital in Davis,

24   California and Lyon-Martin Health Services,

25   which, at the time was Lyon-Martin Women's

Page 9

1    Health Services in San Francisco.

2         Q.    Is Davis, California near

3    San Francisco?

4         A.    It's closer to Sacramento.

5         Q.    So you would commute between the

6    two?

7         A.    Yes.  I live in Davis and would go

8    to San Francisco -- drive to San Francisco to

9    work at Lyon-Martin.

10        Q.    And you started that in 2005?

11        A.    Yes.

12        Q.    Do you still work at any of those

13   places or --

14        A.    I still work at both of those

15   places.

16        Q.    Okay.  Any other employment or --

17   yeah.  Any other employment since you started

18   working at Sutter Davis and Lyon-Martin?

19        A.    No.

20        Q.    Other than your MD and your

21   residency in emergency medicine, have you

22   obtained any other medical certifications or

23   licenses or specialties?

24        A.    I am board certified in emergency

25   medicine and I am also certified with WPATH in

1    their GEI program, which is something that I've

2    added to my resume since I provided you one

3    because I recently found out I passed the test.

4         Q.    Okay.  So let's talk about the

5    board certification in emergency medicine.  Is

6    that -- is that a license that you're required

7    to maintain in order to practice medicine?

8         A.    In order to practice medicine, no,

9    but a lot of emergency departments require that

10   to be able to be employed there.

11        Q.    Are there, like, classes you have

12   to take or coursework you have to complete

13   within a year or two-year period in order to

14   maintain that certification?

15        A.    You have to do a certain amount of

16   continuing medical education, and ABEM, the

17   American Board of Emergency Medicine, has this

18   program they call ConCert, which is continuous

19   certification, where you have to take a test.

20   I can't tell you the exact number, but it's --

21   I think it's, like, seven out of ten years

22   between your test -- retesting for board

23   certification, and then every tenth year, you

24   have to sit for an exam.

25        Q.    And who -- who, then, approves the

1    certification for the -- for the doctors that

2    are board certified?

3         A.    I'm not sure I understand the

4    question.

5         Q.    Well, what organization is in

6    charge of issuing the licenses or the

7    certifications?

8         A.    The board certification, like I

9    said, is ABEM, the American Board of Emergency

10   Medicine.

11        Q.    Okay.  That's the actual entity

12   that administers the curriculum or the

13   requirements in order to get the certification?

14        A.    Correct.

15        Q.    Okay.  And who is -- what is ABEM

16   comprised of or who are ABEM's members?

17        A.    Emergency medicine physicians in

18   the U.S.

19        Q.    What does it take to be -- well,

20   does ABEM have, like, a board or panel?  I

21   mean, who sets the criteria?

22        A.    I am honestly not certain of how

23   they set the criteria, but they set the

24   criteria for what is an emergency medicine

25   residency and what it must contain, and they

Page 12

1    also set the criteria that you have to have

2    completed emergency medicine residency before

3    you sit for the boards, but I don't know how

4    they decide what questions are on the exam or,

5    like, specifics like that.

6         Q.    But it's -- in any event, it's

7    other doctors who are -- this certification and

8    who have received training as emergency

9    medicine physicians, right?

10        A.    Sure.

11        Q.    Okay.  What is the WPATH GEI

12   program?

13        A.    WPATH is the World Professional

14   Association for Transgender Health, which is

15   essentially the professional organization for,

16   generally, medical and mental health providers

17   who provide care for transgender patients.  And

18   "GEI" stands for Global Education Initiative.

19   And it's not like a board certification, but it

20   is similar in that you have to have certain

21   qualifications and a certain set of classes

22   that you have to complete and then you sit for

23   an exam.  And so it's an indication that WPATH

24   thinks you have at least basic competency in

25   providing transgender care.

1    Q.    Who sets the coursework or exams or
2  who creates the exams for the GEI program?
3    A.    Medical and mental health providers
4  within WPATH.  And I should add that I was
5  actually allowed to grandfather in because of
6  extensive experience since this is a relatively
7  new program, so because of that, I was allowed
8  just to sit for the exam, although I did
9  actually sit in on the first course that they
10  require for people who don't have an extensive
11  amount of experience to become certified.
12    Q.    But you weren't required to take
13  the full coursework before sitting for the
14  exam, right?
15    A.    No, because of previous experience.
16  And that's pretty typical for most of these
17  things.  Like, the American Board of Emergency
18  Medicine originally allowed physicians who
19  hadn't completed a residency but had extensive
20  experience in emergency medicine just to sit
21  for the exam.
22    Q.    And you said you just recently
23  received word that you passed the GEI exam,
24  right?
25    A.    Yes.

1      Q.    And when did you sit for that exam?

2      A.    There was a period of time you

3    could do it, and I think I did it almost near

4    the end of that, and I think it was -- it was

5    sometime in September because I remember doing

6    it at the USPATH conference.

7      Q.    So they offered the exam only

8    certain times during the year?

9      A.    There was a window during which you

10   could take the exam.  I don't know specific

11   times that --

12     Q.    What was that window?

13     A.    It was at least a few weeks, but it

14   might have been longer than that.  I kind of

15   just wrote the deadline down in my schedule and

16   took it before the deadline.

17     Q.    And that was, you think, in

18   September?

19     A.    I know it was in September.  I

20   couldn't tell you the exact date.

21     Q.    This year?

22     A.    This year, yes.

23     Q.    Where did you go to take the exam?

24     A.    It's an online exam, so I did it,

25   actually, in my hotel room.

1      Q.    So you took the exam from your

2  hotel room while you were attending a WPATH

3  conference or something?

4      A.    USPATH.

5      Q.    USPATH.

6            How long did the exam take you to

7  complete?

8      A.    Probably four hours total, but I

9  broke it up.

10     Q.    Do you recall approximately how

11 many questions are on it?

12     A.    I don't recall the exact number,

13 but I would say it's probably somewhere between

14 20 and 60.

15     Q.    What about your exam for board

16 certification in emergency medicine, how --

17 where did you take that exam?

18     A.    The initial -- or the first time

19 when you get board certified, there are

20 actually two exams.  There's a written one, and

21 I took that somewhere in Texas, maybe

22 Dallas/Fort Worth.

23     Q.    You had to go someplace where they

24 were offering the exam?

25     A.    Yes.  And then I took the oral

Page 16

1    exam.  It was somewhere in the midwest, maybe

2    Chicago.  I'm not sure.

3         Q.    Did you go somewhere else to meet

4    with folks and be examined orally?

5         A.    Exactly, for the oral exam.  And

6    then my one recertification, I just did at the

7    testing center in California.

8         Q.    Again, some other place where they

9    say here's a location you can go to recertify,

10   right?

11        A.    It used to be they would have,

12   essentially, a pencil-and-paper exam that

13   everybody took and they -- there were a few

14   places in the U.S. at certain times you could

15   take it, but now it's an electronic exam, so

16   you just find the closest testing center to

17   you, and that's both for people initially

18   certifying now for the written exam and for

19   anybody who's recertifying.

20        Q.    Okay.  So the process now, if you

21   were to be coming out of med school at this

22   point, you would take the written exam at one

23   of these testing locations, remote testing

24   locations around the country, and then you'd

25   still have to go for your oral exam somewhere,

Page 17

1    right?

2           A.    Correct.

3           Q.    Is it always in the midwest, or

4    that's just when it was there?

5           A.    I have no idea.

6           Q.    Okay.  Do you recall how many

7    questions were on the written exam?

8           A.    Not even close.  No idea.

9           Q.    I mean, is it, like, 100, 200?

10          A.    It took me a couple of hours to

11   complete the recertification exam, so maybe a

12   hundred.  That's a total guess, though.  It

13   wasn't short, but it wasn't a two-day exam.

14          Q.    How long did you spend preparing

15   for the ABME [sic] exam?

16          A.    ABEM.  And do you mean the initial

17   certification or recertification?

18          Q.    The initial certification.

19          A.    Honestly, not that much 'cause I

20   was fresh out of residency.  Maybe ten, 20

21   hours.

22          Q.    And how long did you spend

23   preparing for the GEI exam?

24          A.    Maybe a couple of hours, which was

25   mostly just reviewing the WPATH standard of

Page 18

1  care.

2          Q.    All right.  You mentioned that you

3  didn't have to take any coursework prior to

4  sitting for the GEI program, and that was based

5  on your experience with transgender medicine;

6  is that right?

7          A.    Correct.

8          Q.    So can you briefly describe what

9  that experience has been since seems like about

10  2005?

11         A.    I've been continuously working at

12  Lyon-Martin with a moderately large panel of

13  trans patients, but then, also, I teach

14  students and residents, I do presentations, I

15  work on the -- on TransLine, the national

16  clinical consultation service, and I also keep

17  up to date with the trans literature, the trans

18  medical literature.

19         Q.    So do you have trans patients at

20  Lyon-Martin and Sutter Davis?

21         A.    In emergency medicine, you don't

22  have patients that you follow longitudinally,

23  but, yes, I've seen a number of trans patients

24  at Sutter Davis.

25         Q.    Is your work at Lyon-Martin

1    emergency medicine as well?

2         A.    No.  It's primary care, so I see

3    patients repeatedly over a course of time.

4         Q.    Okay.  So primary care, that's at

5    Lyon-Martin, and then you're still maintaining

6    your emergency medicine practice at Sutter

7    Davis; is that accurate?

8         A.    Correct.

9         Q.    And so you have seen trans patients

10   at Sutter Davis, but that's just because you

11   take whomever's having emergency, and some of

12   those folks happen to be trans, right?

13        A.    Correct.

14        Q.    But as a primary care physician at

15   Lyon-Martin, trans patients come in and you

16   treat them as their primary care physician,

17   right?

18        A.    Correct.

19        Q.    Okay.  You said it used to be known

20   as women's health, Lyon-Martin Women's Health.

21   It's no longer called that?

22        A.    Lyon-Martin was originally a for

23   us, by us clinic for lesbian and bisexual

24   women, and it was either late '70s or early

25   '80s that it was founded.  And then in the

Page 20

1   '90s, they started providing transgender care,

2   and somewhere around 2007 or '8 or maybe even

3   2009, the clinic changed the name from

4   Lyon-Martin Women's Health Services to

5   Lyon-Martin Health Services, recognizing that

6   we have a lot of patients who weren't women,

7   they were transgender men and transgender

8   women.

9        Q.    Okay.  So you provide care -- that

10  was going to be my next question.  Although

11  Lyon-Martin was originally a women's health

12  clinic, when it comes to the transgendered

13  patient, you treat both transgendered men and

14  transgendered women?

15       A.    Correct.

16       Q.    Got it.

17             So it dropped -- at this point, has

18  dropped the "women's health" part of their

19  name?

20       A.    To be more inclusive, yes.

21       Q.    You say you teach students and

22  residents.  Is Lyon-Martin a teaching hospital?

23       A.    It's not a hospital, it's a clinic,

24  but, yes, we do have students and residents all

25  the time.

1          Q.     You get them on, like, some sort of

2    rotation or something?

3          A.     Yes.

4          Q.     Okay.  As part of their residency,

5    some of those folks come out to Lyon-Martin and

6    work?

7          A.     Yes, although it's more students

8    than residents.

9          Q.     Okay.  And when you mean students,

10   you mean, like, medical students?

11         A.     Medical students, nurse

12   practitioner students, physician's assistant

13   students.

14         Q.     Okay.  And at Sutter Davis, is that

15   a teaching hospital?

16         A.     It has a family practice residency,

17   but that's it.

18         Q.     Okay.  And you're not involved in

19   that?

20         A.     I am because the family practice

21   residents, as part of their residency, do do

22   rotations in the emergency department, but it's

23   an occasional thing.

24         Q.     It's a very small part of what you

25   do?

Page 22

1        A.    Correct.

2        Q.    When you were referencing your

3    experience with trans medicine and teaching

4    students and residents, you were talking about

5    what you do at Lyon-Martin, right?

6        A.    Yes.  But I actually do, like, once

7    a year, maybe once every two years, 'cause it's

8    a three-year residency, do talk on trans

9    medicine for the family practice residents at

10   Sutter Davis just 'cause I have that expertise

11   and they ask me to do it.

12       Q.    So the Sutter Davis residents, in

13   that family practice, as part of their

14   curriculum, at some point during their stint

15   there, they ask you to come and talk to them

16   about some of these transgender issues?

17       A.    Correct.

18       Q.    What is TransLine?

19       A.    It's a national clinical

20   consultation service that essentially provides

21   a way for health care providers to ask

22   questions of health care providers who are more

23   experienced in transgender care about their

24   patients.  So if you have, say, a family

25   practice doctor in rural Iowa who's never had a

1    trans patient and they have one and they have

2    questions, they can call -- or, not call, they

3    can submit an electronic ticket, and most of

4    the time, they're answered by e-mail.

5    Occasionally, we call people and have a

6    conversation.

7         Q.    Okay.  So this is, like, a

8    doctor-to-doctor, medical provider-to-medical

9    provider interface for folks who don't have a

10   lot of experience with this issue to reach out

11   to individuals who have experience with

12   transgender issues, right?

13        A.    Mostly.  Though, occasionally, we

14   do get some very experienced providers who ask

15   very tough questions that takes a while to

16   answer.  But mostly it's providers with maybe

17   not completely inexperience, but they have a

18   patient who has something they've never seen

19   before.  They may have ten trans patients, but

20   this is just a complex case.

21        Q.    Right.  It's a resource that

22   medical providers have available to them?

23        A.    Correct.

24        Q.    And what's your involvement with

25   TransLine?

Page 24

1          A.    I'm the lead clinician and I also

2     answer questions.  It's a rotation.  There's a

3     number of different LGBT health care centers

4     that staff it, and so I do our portion of

5     answering questions, and then I also am a

6     resource for some of the other providers.  So a

7     provider who's answering questions might not be

8     able to answer something, so it gets bounced to

9     me.

10         Q.    Okay.  So you're like a resource

11    for the resource sometimes; is that fair?

12         A.    Sometimes.  Most of the time,

13    it's -- they don't have to ask anything.  And,

14    I mean, honestly, I sometimes have to seek

15    outside assistance if it's really super

16    complicated.

17         Q.    From other people within the

18    TransLine network?

19         A.    Yes, or occasionally consultants

20    that I know.

21         Q.    Okay.  What is a lead clinician,

22    what's the significance of that title?

23         A.    I think one is that I'm the second

24    line if there's a question that's not readily

25    answered, but also, I work with JM Jaffe,

1    that's J-a-f-f-e, and JM is the -- I'm not sure

2    what their title is.  I think it's manager, but

3    they're the one who sets the schedules and

4    sends people the tickets to answer and sort of

5    runs TransLine, and they and I go over data.

6    Actually, at USPATH, we presented one paper

7    about TransLine unitization, so some meta level

8    stuff.

9         Q.    So JM Jaffe, that's sort of the

10   administrative arm of TransLine, and you do

11   some coordination with them?

12        A.    Correct.

13        Q.    Okay.  Approximately how many times

14   have you been an expert witness in the last ten

15   years?

16        A.    Well, what do you define as expert

17   witness?  Like, what part of it?

18        Q.    Sure.  Any time that you've been

19   retained by an attorney or party to serve as an

20   expert witness, whether or not you rendered an

21   opinion or sat for a deposition or examined at

22   trial.

23        A.    Gotcha.  So probably eight to ten

24   times in the past ten years.  It could be a

25   little more.  Maybe call it eight to 12.

1      Q.    What types of matters have -- have

2   you been retained in as an expert witness those

3   eight to 12 times?

4      A.    They're all transgender cases.  I

5   haven't been an emergency medicine expert

6   witness.

7      Q.    Have you ever been a party to a

8   lawsuit?

9      A.    Have I ever been sued?

10     Q.    Yes.

11     A.    Yes.

12     Q.    Or sued, or you're a plaintiff,

13  right, you're the one --

14     A.    Never been a plaintiff, but I've

15  been sued.

16     Q.    And the times -- is there more than

17  once?

18     A.    Yes.

19     Q.    Okay.  How many times?

20     A.    Five, I think.

21     Q.    Were those -- I'm assuming those

22  were all related to your medical practice?

23     A.    Yes.

24     Q.    Were those medical malpractice

25  cases?

Page 27

1          A.    Yes.

2          Q.    You were a defendant?

3          A.    Yes.

4          Q.    Were any of those related to your

5    work as a provider of transgender medicine?

6          A.    One.

7          Q.    When was that case?

8          A.    Couple of years ago.

9          Q.    So that was a patient that you were

10   seeing at Lyon?

11         A.    At Lyon-Martin, yes.

12         Q.    What were the allegations in that

13   matter?

14               MS. INGELHART:  Objection.  To the

15   extent you can answer without waiving

16   privilege, you can answer.

17               THE WITNESS:  So it was a patient

18   who sued the clinic and me for being referred

19   for sex reassignment surgery, though I don't

20   believe they sued the surgeon.  I was dropped

21   from the case, but I believe the clinic

22   settled.

23         Q.    Did the plaintiff claim that they

24   should not have been referred for sex

25   reassignment surgery?

Page 28

1          A.    I think there may be a

2    nondisclosure agreement, I apologize, that I'm

3    not entirely sure, but I think there was, so

4    I'm not sure how much I can actually say.

5          Q.    Do you recall the name of the

6    plaintiff or the name of the case?

7              MS. INGELHART:  Same objection as

8    before.  You can answer.

9              THE WITNESS:  Yes.  I don't know if

10   it violates HIPAA to say that.  I mean, I'm

11   just not sure.

12         Q.    Yeah.  Well, the case should be

13   public record.  I mean, it was filed.  It was a

14   complaint.

15         A.    Okay.

16         Q.    And, again, if you're under an NDA

17   which says the only thing you can say if asked

18   about this thing is I was dropped from the case

19   and I believe the hospital settled, the clinic

20   settled, so be it.  But, you know, the name of

21   the -- the name of the case is public record.

22             MS. INGELHART:  Objection.  Unless

23   it's a Jane Doe.

24             MR. BLAKE:  That's fine.

25             THE WITNESS:  It wasn't a Jane Doe.

Page 29

1    It was -- the last name was Page, P-a-g-e, and

2    I'm not sure what name the first name they

3    used, but it was -- "J" was the initial.

4          Q.    But it would be Page versus --

5          A.    Lyon-Martin and me.

6          Q.    Yeah.  And you said a couple years

7    ago, right?

8          A.    Yeah.  It feels like a couple of

9    years ago.

10         Q.    Okay.  So maybe filed in 2016, '17

11    or '18?

12         A.    I don't think it would have been as

13    late as '18.

14         Q.    Okay.  So these eight to 12

15    transgendered cases that you've been an expert

16    witness is, what, generally, are the issues

17    involved?

18         A.    I would say at least half are

19    transgender patients in prison who are suing to

20    get medically necessary care.

21         Q.    And what is that?  That's some

22    amount of, like, reassignment, either it's

23    hormone treatment or a medical intervention of

24    some other kind; is that accurate?

25         A.    And social transition issues.

1      Q.    Okay.  Do you consider social
2  transition part of medical treatment?
3      A.    Yes.
4      Q.    And was the issue that the prison
5  was not providing the medically necessary
6  treatment and it was your expert testimony that
7  this is medically necessary and so it needs to
8  be provided?
9      A.    Not all those cases I testified in,
10  but, yes, in the cases where I did.
11      Q.    That was your opinion in the cases
12  where you testified, and had you testified,
13  that would have been your opinion?
14      A.    I can't tell you what my opinion
15  would have been in the other cases because I
16  never got there, so...
17      Q.    Have you ever been retained in a
18  prison case, transgendered prison case where
19  you didn't find that the treatment was
20  medically necessary?
21      A.    Like I said, I didn't render an
22  opinion in a couple of those, so I can't tell
23  you what my opinion would have been, but in the
24  cases where I did render an opinion, in all
25  those, it was pretty obvious that the person

Page 31

1    needed medically necessary care.

2         Q.    All right.  So the other half were

3    not prison cases.  I assume they fall into

4    probably several categories.  Can you tell me

5    what those categories are?

6         A.    Sure.  So this case is one of them.

7         Q.    This is an identity document case?

8         A.    Correct.

9         Q.    Any other identity document cases

10   besides this one?

11        A.    One other.

12        Q.    Okay.  What other types of cases?

13        A.    There was one case where I -- or

14   where the defendant had -- was a physician who

15   had treated a transgender patient who then

16   committed suicide, and the state was trying to

17   take away his license to practice.

18        Q.    The patient committed suicide?

19        A.    Correct.

20        Q.    Okay.  Which party in that case

21   retained you?

22        A.    The physicians.

23        Q.    Okay.

24        A.    Not the state.

25        Q.    So this was the medical board of

Page 32

```
 1    whatever state this occurred in was trying to
 2    take away the physician's license, right?
 3         A.    Correct.
 4         Q.    And were you retained as an expert
 5    in that case to opine on what the standard of
 6    care was for that physician when they were
 7    rendering these medical services to the
 8    transgendered patient?
 9         A.    Correct.
10         Q.    And what did you conclude in that
11    case?
12         A.    That testosterone treatment for
13    transgender men is recognized and appropriate,
14    and while providing treatment for transgender
15    patients diminishes their suicide risk, it
16    doesn't eliminate it, so I don't think
17    providing testosterone was the wrong thing to
18    do.
19         Q.    Okay.  Any other transgendered
20    cases?
21         A.    I may have signed on to a couple of
22    Amicus briefs.  Gavin Graham, I think, was one.
23         Q.    That's a bathroom case, right?
24         A.    I believe so.  Well, facilities.
25         Q.    Facilities case.  Yeah, there was
```

Page 33

```
 1   locker room or something, right?
 2          A.    Correct.
 3          Q.    Okay.  Any other that you -- any
 4   others that you can recall?
 5          A.    In the last ten years -- oh,
 6   actually, yeah.  Zucker V. Cruz in New York,
 7   which was sued on behalf of New York recipients
 8   of Medicaid because the state wasn't
 9   providing -- or wasn't paying for medically
10   necessary treatment for transgender Medicaid
11   recipients.
12          Q.    I assume Gavin V. Grimm you signed
13   on to an Amicus brief on the plaintiff's side,
14   right?
15          A.    Yes.
16          Q.    And same goes for Zucker V. Cruz,
17   you -- you were retained as an expert witness
18   for the plaintiff suing the state to recognize
19   that Medicaid should pay for these services,
20   right?
21          A.    Plaintiffs, yes.  There's more than
22   one plaintiff.
23          Q.    Oh, plaintiffs.  Sorry.
24                Okay.  And the identity document
25   case, obviously, you're an expert witness for
```

Page 34

1    plaintiff, right?

2          A.    In this case, yes.

3          Q.    And then in the other identity

4    document case, you were an expert witness for

5    plaintiff, right?

6          A.    Correct.

7          Q.    Do you remember what type of

8    identity document was an issue in that other

9    identity document case?

10         A.    Well, it's still ongoing.  It's

11   driver's license.

12         Q.    Driver's license.  What's the issue

13   in that driver's license case?

14         A.    That the state won't provide

15   amended or correct driver's licenses to

16   patients who are transgender.

17         Q.    What state is that in?

18         A.    Alabama.  And I don't think it's a

19   matter that they won't, it's -- they won't

20   entirely, it's just that they have a surgical

21   requirement.

22         Q.    Before they change the driver's

23   license?

24         A.    Correct.

25         Q.    Is this the only birth certificate

Page 35

1    case you've been involved in?

2         A.    I think so, yes.

3         Q.    Other than the physician defendant

4    that you referenced where you testified that

5    the physician didn't violate the standard of

6    care or at least you opine that the physician

7    didn't violate the standard of care, have you

8    represented defendants in any other matters?

9         A.    Physician defendants, no.

10        Q.    Any other -- any other defendant?

11        A.    Not that I can remember.

12        Q.    Okay.  So all the other times

13   you've been retained as an expert witness, it's

14   been on behalf of plaintiff or plaintiffs?

15        A.    I think so.  I'm not a lawyer, but

16   I think that's the case, yes.

17        Q.    Have you ever been retained as an

18   expert witness for any state, government or

19   agency or anything like that?

20        A.    I haven't been asked, so no.

21        Q.    Okay.

22             MS. INGELHART:  Excuse me.  May we

23   take a quick break?

24             MR. BLAKE:  Sure.

25             (Recess taken.)

Page 36

```
 1                    -  -  -  -  -
 2              (Thereupon, Deposition Exhibit 19,
 3              Expert Report, was marked for
 4              purposes of identification.)
 5                    -  -  -  -  -
 6         Q.    You've just been handed what has
 7    been marked as Defendants' Exhibit 19.  And
 8    this is a copy of your expert report.  Do you
 9    recognize this document?
10         A.    I do.
11         Q.    We'll get to this in a little bit,
12    but in the back, I've also attached Exhibits A
13    and B to your report, which are your CV and
14    bibliography.  Do those appear to be true and
15    accurate copies?
16         A.    Again, I've added a couple of
17    things to my CV, but for the most part, yes.
18         Q.    All right.  Turn to Paragraph 4 on
19    the second page of the report.  You listed a
20    few cases where you've testified as an expert
21    at trial or by deposition.  You've listed
22    Corbitt V. Taylor, Edmo V. Idaho Department of
23    Corrections, Keohane V. Jones and Cruz V.
24    Zucker.  Do you see that?
25         A.    I do.
```

Page 37

```
 1          Q.    Are those -- those are the only

 2    cases you've testified as an expert witness in

 3    the last four years?

 4          A.    Yes, that got to the point of

 5    deposition or testimony.

 6                     -  -  -  -  -

 7                (Thereupon, Deposition Exhibit 20,

 8                 Declaration, was marked for purposes

 9                 of identification.)

10                     -  -  -  -  -

11          Q.    Just handed you what's been marked

12    as Defendants' 20.  If you turn to the second

13    page, it is an Eastern District of Wisconsin

14    case, Ashton Whitaker V. Kenosha Unified School

15    District.  Do you see that?

16          A.    I do.

17          Q.    And it's a declaration that you've?

18    -- of Dr. R. Nicholas Gorton, M.D.  That's you,

19    right?

20          A.    Correct.

21          Q.    And it looks like it's a 2016 case,

22    and this declaration was filed on

23    August 15th, 2016, right?

24          A.    Yes.

25          Q.    Is there a reason why this wasn't
```

1    included in Paragraph 4?

2         A.    I don't think I did a deposition on

3    this or testimony at trial, and also, I did

4    forget about this, so...

5         Q.    Okay.  So no deposition or

6    testimony at trial, but there was a

7    declaration, right?

8         A.    Yes.

9         Q.    Okay.  You can put that aside.

10              Corbitt V. Taylor, is that a case

11   that we talked about already?

12        A.    That's one of the ongoing ones,

13   yes.

14        Q.    Okay.  Is that the driver's license

15   case?

16        A.    Correct.

17        Q.    And Edmo V. Idaho Department of

18   Corrections, I assume that's one of the prison

19   cases?

20        A.    Yes.

21        Q.    Keohane V. Jones?

22        A.    That was a prison case in Florida.

23        Q.    Also a prison case.

24              And Cruz V. Zucker, you mentioned

25   that one.  That's the Medicaid case, right?

Page 39

1          A.     Correct.

2          Q.     Is the driver's license case the

3    only ongoing case or are some of these others

4    still ongoing?

5          A.     The other ones aren't ongoing.

6          Q.     Okay.  And what about Whitaker,

7    Defendants' Exhibit 20, is that one ongoing?

8          A.     I honestly don't even know.

9          Q.     Okay.  Have you ever served as an

10   expert witness for Stacie Ray or any of the

11   other plaintiffs?

12         A.     No.

13         Q.     Have you ever served as an expert

14   witness for opposing counsel seated next to

15   you?

16         A.     For their organization or for these

17   two people?

18         Q.     For them individually.

19         A.     No.

20         Q.     Okay.  Have you ever served as an

21   expert witness for attorneys from Lambda Legal?

22         A.     Yes.

23         Q.     Okay.  In what cases have you

24   served as an expert witness for Lambda Legal?

25         A.     Great question.  Let me restate

1    that.  I do work with Lambda Legal, and a lot

2    of these cases have, like, four co-counsels, so

3    I think one of them might have -- I can't tell

4    you specifically, but I do work with Lambda

5    Legal.

6         Q.    So you think one or two times,

7    you've been an expert witness for cases where

8    Lambda Legal is involved?

9         A.    I believe so, yeah.

10        Q.    Do you know which cases?

11        A.    I don't.

12        Q.    Other than as an expert witness, do

13   you work with or for Lambda Legal?

14        A.    I've done a few, like -- like, I

15   reviewed a couple of studies for them and gave

16   them my opinion on it, but it wasn't for a

17   specific case.

18        Q.    So just some, like, very basic

19   consulting work?

20        A.    Exactly.

21        Q.    But as far as you know, that wasn't

22   in connection with any cases?

23        A.    Not that I know of.

24        Q.    Do you recall what studies they

25   asked you to review?

Page 41

1        A.      The Hayes report was one that I can

2    remember.

3        Q.      Hayes report?

4        A.      Yes, H-a-y-e-s.

5        Q.      Any others?

6        A.      That I can quote off the top of my

7    head, no.

8        Q.      What is the Hayes report?

9        A.      Hayes is a private company that,

10   for -- usually, clients that are large insurers

11   or other health care payors, analyzes medical

12   technologies or treatments, and this was their

13   analysis of transgender health care.  I can't

14   tell you the exact title of the report, but it

15   was something like that.

16       Q.      Do you know why you were asked to

17   review the Hayes report?

18       A.      The original one that I reviewed

19   for Lambda Legal, I think it was because it was

20   being used by payors to deny care, and then

21   also an updated version was utilized in Cruz V.

22   Zucker, but that analysis, I didn't do with

23   Lambda Legal, it was with the attorneys in Cruz

24   V. Zucker.

25       Q.      And so were you asked to criticize

1    or refute aspects of the Hayes report?

2         A.    That came up in Cruz V. Zucker.

3    There were a lot of things that they said -- or

4    that Hayes said in the Hayes report that I

5    think ran counter to the standard of medical

6    treatment for trans patients, and so I had

7    opinions based on that.  The original Hayes

8    report, they just sort of said tell us what you

9    think about this, and I don't know if it was --

10   I think it was probably being used to deny care

11   for patients, but I'm not exactly sure 'cause

12   this was, like, more than ten years ago.

13        Q.    Oh, it was a long time ago?

14        A.    Yeah.  It was, like, 2006 or '7,

15   something like that.

16        Q.    Pre-iPhone?

17        A.    Exactly.  Exactly.

18        Q.    Dark ages.

19              I can probably guess, but what was

20   your opinion about the Hayes report?

21        A.    The original One?

22        Q.    Yes.

23        A.    Was horrible and plagiarized.

24        Q.    The Hayes report was horrible and

25   plagiarized?

1      A.    Yeah.  It had a tremendous amount

2   of systematic bias, and I figured out by

3   repeating their described search procedure that

4   the articles that they said they found, they

5   wouldn't have found that way, but those were

6   the same articles that were found by another

7   review that they cited, so...

8      Q.    So they -- they cited -- they found

9   one source that compiled a bunch of other

10  sources, and you think that the Hayes report

11  just basically -- well, you said plagiarized,

12  but copied, right, copied that research?

13     A.    I think they just used the articles

14  that the other report used because, like I

15  said, if you repeat their search strategy as

16  described in the paper, you don't get two of

17  the articles that they said they found with

18  that search strategy, and there were also a

19  couple of articles that they should have found

20  with that search strategy that were published

21  after the prior report was published, and so

22  two plus two usually equals four.

23     Q.    And how does -- how did that

24  methodology of collecting resources undermine

25  any of the opinions in the Hayes report?

Page 44

1      A.    It certainly makes you think about

2    their other methodologies.  So once you have

3    the papers that you're going to review, you

4    analyze them in a systematic way if you're

5    going a systemic review.  And, in addition, in

6    the rest of the report, there was a systemic

7    bias, so papers that showed positive results,

8    they minimized and they also just completely

9    misinterpreted a couple of other studies.  It

10   was not very well done.

11     Q.    So the original Hayes report, in

12   your opinion, exhibited systemic bias and/or

13   misinterpreted several studies?

14     A.    Yes.

15     Q.    By the time you were hired as an

16   expert in Cruz V. Zucker, had the Hayes report

17   corrected what you understood to be errors?

18     A.    Some of them, but not all of them,

19   and there was still a tremendous amount of

20   systemic bias.

21     Q.    But you would agree, then, that

22   systemic bias is something to be avoided if

23   you're trying to create a valid study or report

24   of transgendered issues or, really, any issue,

25   medical issue, right?

Page 45

1        A.    You want to avoid all bias, but

2    people are human beings, so it's never possible

3    to be completely unbiased, but there are

4    well-known ways to reduce or eliminate it.

5        Q.    Such as what?  How do you eliminate

6    or avoid bias in a study?

7        A.    So in something like the Hayes

8    report where you are looking at a whole bunch

9    of studies and doing a systemic review,

10    blinding people to who the authors were, having

11    multiple reviewers, also one thing that's

12    really important is to list the authors of the

13    paper and have the authors list their -- or

14    things that might bias them like I'm paid by

15    the drug company that manufactures the drug

16    that we're talking about.  And, for example,

17    the Hayes report, no authors listed and no

18    biases listed, though if you go to their

19    website, most, if not all of their clients are

20    health care payors, which is a pretty

21    tremendous bias that should be declared, but

22    wasn't.  And you can't tell the bias of the

23    individual authors because there were none

24    listed.

25        Q.    So at least, I mean, is that

1    blinding the authors, then?

2         A.   No.  Blinding the authors would be

3    like showing you a paper and not knowing who

4    wrote it so you can't be like, oh, well, I know

5    Steve.  He's not really good.  And, also, too,

6    having multiple people review the same article,

7    so if I think it's positive in this way, you

8    think it's positive in this way, but a third

9    reviewer says, no, I think there's a

10   limitation, then you -- you know, you come to

11   consensus about what you think it ultimately

12   is.

13        Q.   So if the Hayes report didn't list

14   their authors, how is that not -- how is that

15   not blinding the authors?

16        A.   No.  I'm not -- I was giving two

17   different examples.

18        Q.   Okay.  The problem with the Hayes

19   report isn't the blinding problem, the problem

20   with the Hayes report is that the potential

21   conflicts of the authors weren't disclosed?

22        A.   Well, there's many problems.  And,

23   for example, you can't tell a lot of what they

24   did because they just don't say it in the paper

25   like a normal systemic review would.

Page 47

```
 1          Q.    Have you ever served as an expert
 2     witness for the ACLU?
 3          A.    Yes.
 4          Q.    Approximately how many times?
 5          A.    This case, the Alabama case, maybe
 6     they were co-counsel for Cruz V. Zucker.  I'm
 7     not sure.
 8          Q.    Okay.
 9          A.    I know one lawyer that I worked
10     with on Cruz V. Zucker is now an ACLU lawyer,
11     but I don't know if he was at the time, so...
12          Q.    A few times?
13          A.    That's fair.
14          Q.    And have you ever done any other
15     non-expert witness consulting or work with the
16     ACLU?
17          A.    Probably because I may just get
18     random e-mails from people saying what do you
19     think about this, so I'm on a number of
20     Rolodexes.
21          Q.    So you think from time to time, you
22     just receive -- people from the ACLU reach out
23     and try to get your thoughts on one issue or
24     another?
25          A.    That's fair.
```

Page 48

1      Q.    Is it generally transgender related

2   issues?

3      A.    Yeah.  That's --

4      Q.    Exclusively?

5      A.    I'm not sure about exclusively, but

6   that's my area of expertise, so...

7      Q.    There's no one sending you a

8   question about free speech or something like

9   that, right?

10     A.    No.

11     Q.    Okay.  Have you ever served as an

12  expert witness for attorneys with any other

13  group like Lambda Legal or the ACLU?

14     A.    Sylvia Rivera Law Project, the

15  Legal Aid Society, many, many years ago, the

16  Northwest Justice Project, and I've not done a

17  legal case that I know of, but I've done some

18  work with NCLR around policies for trans

19  athletes to compete but not, like, a lawsuit.

20     Q.    What is Sylvia Rivera?

21     A.    Sylvia Rivera is a law project in

22  New York that focuses on transgender people,

23  especially those who are disenfranchised by

24  race or poverty.

25     Q.    What was your involvement with

Page 49

1    Sylvia Rivera?

2         A.    Again, a lot of the kind of

3    curbsiding, hey, what do you think about this.

4    There was one case, again, many years ago,

5    where there was a prisoner in New York and they

6    were going to force her to have her head shaved

7    when she entered prison because they were

8    putting her in a male prison.  The Cruz V.

9    Zucker case is the one that I'm not entirely

10   sure who the counsel was for because it was

11   somebody who had worked at SRLP and now works

12   for the ACLU, and so I don't know if that was

13   with them or not.  I know the person, but not

14   who they were working for.

15        Q.    Wouldn't surprise you if Sylvia

16   Rivera, that organization, was involved in the

17   Cruz case?

18        A.    No, it wouldn't surprise me.

19        Q.    And then Legal Aid, what kind of

20   work have you done with them?

21        A.    I think they were involved in Cruz

22   V. Zucker.

23        Q.    Is that all?

24        A.    I think so.

25        Q.    The Northwest Justice Project, what

Page 50

1    is that organization?

2         A.    That's a law organization in

3    Washington state that I worked with on two

4    cases for transgender patients who were being

5    denied payment for medically necessary care

6    under the state Medicaid agency.

7         Q.    Those were two Medicaid cases?

8         A.    Yes.  And I -- I don't know if it

9    was considered testimony, but I phoned in and

10   talked to an administrative law judge, so I

11   think it was testimony, but it was -- it wasn't

12   I went to a physical court.

13        Q.    Any other work for the Northwest

14   Justice Project?

15        A.    Well, those were -- there were two

16   cases, but that was it.

17        Q.    Okay.  And then NCLR, you said you

18   did some work regarding policies for trans

19   athletes.  Could you tell me more about that?

20        A.    I've gone with them to talk to --

21   for example, I went with them to talk to the

22   California Boxing Board.  I don't know if

23   that's the exact name, but the -- the

24   California state organization that regulates

25   boxing on behalf of a trans person who wanted

1   to compete.  I went with them to talk to a

2   women's roller derby league once about changing

3   their policy, and I also worked with them in

4   providing some medical background and sort of

5   technical assistance when they were working

6   with the NCAA to draft their trans athlete

7   policies, and that was, like, in 2011, I think.

8   And I'm actually working with them now because

9   those are going to be reviewed, but that's in

10  process.

11         Q.    Okay.  Other than that one case you

12  mentioned where you were representing or the

13  expert witness for a physician defendant,

14  have -- has all of your work as a medicolegal

15  consultant or expert been on behalf of advocacy

16  groups like Lambda Legal, Northwest Justice

17  Project, ACLU, et cetera?

18         A.    There -- I've worked with legal

19  groups, and like I said, also NCLR on more of

20  a -- not a lawsuit thing, but just technical

21  assistance to help them and to help the NCAA

22  write their policy.  I should also add, I've

23  actually worked with the Transgender Law Center

24  too, though not in the past few years.

25         Q.    Is that another group like Lambda

Page 52

1    Legal?
2         A.    It's a California-based
3    organization that, many years ago, was more of
4    a direct services organization, and now they
5    don't do that as much, and so when they were
6    doing direct services, I did more work with
7    them on behalf of the individual clients, like
8    not going to court, but talking to some third
9    party that had a sex-segregated facility and
10   saying, gee, this is why you should let trans
11   women use the women's facilities and trans men
12   use the men's facilities.
13        Q.    What is a direct services
14   organization?  What do you mean by that?
15        A.    Instead of -- like, the ACLU
16   provides services to clients, but they're not
17   providing more mundane services, so they worked
18   with a lot of people just to get their driver's
19   license changed in California.  Even though
20   it's a pretty easy process to do that, some
21   people, because they lack experience or
22   resources, find that difficult, so they would
23   work with a lot more individual clients.
24        Q.    Okay.  You've mentioned a few cases
25   where you served as an expert witness involving

1      challenges to laws or regulations by the

2      government, right?

3              A.    I'm not sure what you --

4              Q.    Well, the driver's license case,

5      that's a law or regulation prohibiting people

6      in Alabama from having the sex identifier on

7      their driver's license from changing unless

8      they had a certain amount of surgery, right?

9              A.    Correct.

10             Q.    In this case, it's a challenge to a

11     law or regulation involving when the sex

12     identifier on a birth certificate be changed,

13     right?

14                   MS. INGELHART:  Objection.  Calls

15     for a legal conclusion, but you can answer.

16                   THE WITNESS:  Yeah.  My question

17     was did you mean the Medicaid cases and the

18     payor cases?  'Cause those are agencies, but

19     they're not --

20             Q.    It's a regulation promulgated by a

21     governmental agency?

22                   MS. INGELHART:  Again, objection.

23             Q.    If you don't know, you don't know.

24             A.    I think a lot of those cases

25     were -- like, the prison cases, they have

Page 54

1    policies in the prison that say we don't do X.

2         Q.    Right.  And that's -- you know, the

3    policy of the prison itself or maybe the Bureau

4    of Prisons or whatever the equivalent is in

5    whatever state you're testifying in, right?

6         A.    Exactly.

7         Q.    In any matter that you've been

8    retained as an expert witness involving a

9    challenge to a law, regulation or governmental

10   policy, have you ever concluded that such law,

11   regulation or policy was valid?

12             MS. INGELHART:  Objection.  Calls

13   for a legal conclusion.  You can answer.

14             THE WITNESS:  I generally think

15   about it as the particular medical needs of the

16   plaintiffs in these cases, and so I'm not so

17   much saying this isn't valid, I'm saying for

18   these people, this is not appropriate.  It's

19   not what is the standard of medical treatment

20   to transgender patients.

21        Q.    So you -- you don't -- you haven't

22   offered an opinion on the validity of any law,

23   regulation or policy?

24             MS. INGELHART:  Objection.  You can

25   answer.

Page 55

1              THE WITNESS:  I don't -- I don't

2     really know if you would consider what I've

3     said in those cases to be a challenge to it,

4     but if, for example, there's a law that -- or

5     there is a policy that says transgender people

6     shouldn't, in any circumstances, get surgery,

7     then, yeah, I think that's wrong because in

8     many cases, transgender people do need surgery.

9     As far as saying this should be changed, how it

10    should be changed, my -- my point is usually

11    whether or not something is medically

12    appropriate.  I'm not a lawyer, so...

13         Q.    You're not looking at the

14    constitutionality of something or whether the

15    government has a right to do a thing, your

16    testimony or opinion has always been regarding

17    whether or not the outcome of the policy or law

18    is medically appropriate for the plaintiff,

19    right?

20         A.    I think that's fair, yeah.

21         Q.    And I don't want to try to confuse

22    you.  In the Alabama case, for example,

23    there -- they don't allow transgendered

24    individuals to change their driver's license

25    unless they've had a certain amount of surgery,

Page 56

1   you've already testified to that.  Your opinion

2   isn't that that law is somehow unconstitutional

3   or illegal, it's that for those plaintiffs,

4   it's medically appropriate for them to change

5   their driver's license without that amount of

6   surgery, right?

7                MS. INGELHART:  Objection.  Calls

8   for a legal conclusion.  You can answer.

9                THE WITNESS:  I couldn't tell you

10  if something's constitutional or not.  I mean,

11  I took civics in high school and a few classes

12  in college and history, but that's not my area

13  of expertise.  But I can say that for

14  individual patients or for the transgender

15  community at large, something is inappropriate.

16  For example, in the Alabama, there might be

17  people who have medical contraindications to

18  surgery, and saying you can't have this

19  important element of social transition because

20  it's too medically dangerous for you to get

21  this other medically necessary treatment is

22  just bonkers.  It's -- it's not appropriate.

23       Q.    Okay.  And in this case, it's your

24  opinion that it would be medically appropriate

25  for the plaintiffs here to be able to change

Page 57

1    the sex identifier on their birth certificate,
2    right?
3          A.    I think it's medically necessary
4    for transgender patients to be allowed to
5    change the gender marker and the name on all of
6    their identity documents.
7          Q.    Have you been asked by plaintiffs'
8    counsel to provide a rebuttal to the opinion
9    submitted by Dr. Van Meter and his expert
10   report?
11         A.    I think in my report, I actually
12   commented on Dr. Van Meter's report.
13         Q.    Yeah.  So that's my question is
14   have you been asked by plaintiffs' counsel to
15   provide a rebuttal to the opinion provided by
16   Dr. Van Meter and his expert report?
17         A.    They gave me a copy of his report
18   and they said if you think anything's important
19   to comment on in your report, comment on it.
20         Q.    And what you're just leafing
21   through there, Defendants' Exhibit 19, those
22   comments are included in that report, right?
23         A.    Yes.
24         Q.    In fact, Paragraph 2 of your report
25   says:  I have been asked by plaintiffs' counsel

1    to provide my expert opinion to respond to and

2    rebut the opinions offered by Dr. Quinton L.

3    Van Meter in his expert report in order to show

4    how Ohio's policy refusing to provide accurate

5    birth certificate gender markers for

6    transgendered people born in Ohio harms

7    transgender individuals.

8              You see that, right?

9         A.    Yes.

10        Q.    Is that the only opinion you were

11   asked to render in this matter?

12        A.    I was asked to talk about the --

13   the policy, the central element to, I think,

14   what this litigation's about, like should

15   transgender people be allowed to change their

16   birth certificate.

17        Q.    And you said "the policy."  You're

18   talking about the policy of defendants to not

19   allow transgendered individuals to change their

20   birth certificate on -- to change the birth

21   certificate because of their gender identity,

22   right?

23        A.    Correct.

24        Q.    Did you -- before rendering that

25   opinion, did you review any materials?

Page 59

1          A.    I reviewed the -- I think it's

2     called the complaint, like, the suit premises,

3     I guess.  I reviewed Dr. Van Meter's report.

4     In the course of all of this, I reviewed

5     Dr. Ettner's report, but I don't think that was

6     before I wrote my report.  I'm not entirely

7     sure, but I don't think so.  I think that's it.

8     I mean, there's been a couple other things that

9     they've sent me subsequently, but that was the

10    crux of -- the complaint and Dr. Van Meter's

11    report.

12          Q.    What other things did they send to

13    you?

14          A.    Like I said, Dr. Ettner, I think

15    Dr. Van Meter wrote a report about Dr. Ettner's

16    report.

17          Q.    So his rebuttal report?

18          A.    I think that's what you call it,

19    yes.  I think that's it, but there might have

20    been something small in addition, but those are

21    the ones that I remember that stand out to me.

22          Q.    Do you -- well, which opinions of

23    Dr. Van Meter did you rebut in your -- or

24    respond to in your report?

25          MS. INGELHART:  Objection.  Vague.

Page 60

1    You can answer.

2              THE WITNESS:  In regards to

3    Dr. Van Meter's report, I think he came to

4    conclusions that are very much in contradiction

5    to what is accepted by the broader medical

6    community as far as treating trans patients,

7    and his views on that are pretty fringe.  I

8    think he also underestimated the number of

9    people who have DSDs.  He also seemed to say

10   that there was no biologic basis for people

11   being transgender, and I think the research

12   literature doesn't support that.  I think he

13   also underestimated the incidence of

14   transgender people in general.  I think his

15   assumption about the karyotypes of the

16   plaintiffs and being sort of absolutely

17   definitive about that was -- nothing was a

18   scientifically accurate way to describe that

19   because we know that transgender people, when

20   compared to cisgender or non-transgender people

21   actually have a higher rate of abnormal

22   karyotypes.  I may have said other things, but

23   I think those are the high points.

24        Q.   Did you provide an opinion

25   regarding the harm caused by inaccurate birth

Page 61

1    records to transgendered people?

2         A.    Yes.

3         Q.    Do you know whether Dr. Van Meter

4    provided an opinion as to harm or potential

5    harm caused by inaccurate birth records?

6              MS. INGELHART:  Objection.

7    Foundation, but you can answer.

8              THE WITNESS:  I think he had the

9    opinion that birth records should not be

10   changed, and while I don't think he described

11   the harms that would come from that, I think

12   the harms that would come from that are pretty

13   obvious to anybody who takes care of a lot of

14   transgender people.  I don't have his report in

15   front of me, though, so I can't tell you for

16   sure, but I don't recall him specifically

17   saying, yes, we shouldn't allow people to

18   change their identity documents and these are

19   the bad things that will happen to them if we

20   do or if we don't.

21        Q.    This was a document which was

22   previously marked as Defendants' Exhibit 19 --

23   or 18, sorry, which is the expert report of

24   Dr. Van Meter.  Where in this report does

25   Dr. Van Meter conclude that birth records

Page 62

1    should not be changed?

2         A.    On Page 5 in his conclusions, he

3    says that No. 29:  Ohio birth certificates

4    record an individual's sex.

5         Q.    Do you disagree with that?

6         A.    I disagree with Dr. Van Meter's

7    definition of sex in subsequent paragraphs.

8         Q.    Okay.  So do you disagree with the

9    statement that Ohio's birth certificates record

10   an individual's sex?

11        A.    Using my definition of "sex" and

12   not Dr. Van Meter's, I think that's reasonable,

13   but I also don't think it's always correctly

14   recorded.

15        Q.    How does your definition of "sex"

16   differ from Dr. Van Meter's?

17        A.    From his points in his conclusion,

18   it seems that he says that chromosomes are the

19   determinant of sex and always align with what

20   he thinks sex is, and that that should be what

21   is utilized for Ohio's birth certificate.

22        Q.    And you disagree with that because?

23        A.    I think it's very simplistic to

24   think that sex is only what your external

25   genitals look like or what your chromosomes are

Page 63

1    or that what your external genitalia look like

2    reflects what your chromosomes look like.  I

3    think sex is a much more complicated concept.

4         Q.    If you turn to Paragraph 3 of

5    Dr. Van Meter's report, there's a heading that

6    says -- sorry, not Paragraph 3, Page 3, there's

7    a heading that says:  Biological sex is binary.

8    Let me know when you're there.

9         A.    I'm there.

10        Q.    And if you look at Paragraph 14, it

11   says:  From the moment of conception, a fetus

12   is determined to be either a male XY, female

13   XX, or in rare cases to have a combination sex

14   determining chromosomes.

15              Do you disagree with that

16   statement?

17        A.    I think that at conception, every

18   fetus has sex chromosomes.  Most of the time,

19   those are either XY or XX.  In rare cases,

20   though not as rare as he suggests later in his

21   report, those are either not XX or XY.  They

22   might be just one X, two Ys, or in some cases,

23   the gene on the Y chromosome that sends you

24   down the typically male developmental pathway

25   is actually moved onto the Y chromosome.

Page 64

1    Although while chromosome abnormalities are

2    often not compatible with life, actually sex

3    chromosome abnormalities are some of the ones

4    that are the most compatible with life.

5          Q.    So you disagree with Dr. Van Meter

6    on the rate of such abnormalities, but just so

7    everyone is on the same footing, I mean, are we

8    talking about one percent of the time, half a

9    percent of the time, three percent of the time?

10         A.    I'd say half to a quarter of a

11   percent of the time.

12         Q.    Okay.  So he may be, you know, a

13   hundredth of a percent of the time or whatever,

14   but you still acknowledge that it's exceedingly

15   rare these type of chromosomal abnormalities,

16   right?

17              MS. INGELHART:  Objection.

18   Mischaracterizes prior testimony, but you can

19   answer.

20              THE WITNESS:  One in 200 isn't

21   exceedingly rare.  That's more common than kids

22   who have cystic fibrosis or kids who have

23   sickle cell, so it's not exceedingly rare.

24   It's uncommon, it's rare.

25         Q.    Okay.  So I guess without getting

Page 65

1      into the definition of how he's using the word
2      "rare," you would agree, then, that from the
3      moment of conception, a fetus is determined to
4      be either male, XY; female, XX; or in rare
5      cases, to have a combination of sex determining
6      chromosomes, many of which are not compatible
7      with life, and some of which are the cause of
8      identifiable clinical syndromes.  You agree
9      with that, right?
10                   MS. INGELHART:  Objection.
11     Mischaracterizes prior testimony.  You can
12     answer.
13                   THE WITNESS:  I don't think that's
14     exactly what I said.  I think what I said was
15     that at fertilization, most fetuses are XX or
16     XY, and if you're XY, it sends you typically
17     down the pathway for male reproduction, but
18     that doesn't determine your sex.  That's one
19     aspect of biologic sex that should be taken
20     into consideration, but is not the determining
21     factor for sex.
22          Q.   And when you say "most," you mean
23     99 out of a hundred or less?
24          A.   Ninety-nine out of a hundred or
25     less is --

1      Q.    If you could go back to Page 5 of
2   Dr. Van Meter's report.
3      A.    I'm there.
4      Q.    And you look at Paragraph 30, it
5   says:  Gender identity is not observable or
6   detectable at the time of birth.
7             Do you see that?
8      A.    Yes.
9      Q.    Do you agree with that conclusion?
10     A.    Not entirely.
11     Q.    You believe that there are
12  mechanisms by which you can detect gender
13  identity at the time of birth?
14            MS. INGELHART:  Objection.
15  Misstates, mischaracterizes prior testimony.
16  You can answer.
17            THE WITNESS:  In the case of
18  children with intersex conditions, that we have
19  reasonable research that tells us as adults,
20  this child is likely to identify as male or
21  female, you can talk about that.  So you can
22  say in XY fetuses that are born with complete
23  androgen insensitivity syndrome, virtually all
24  of them identify as women in adulthood, whereas
25  XY fetuses who have five alpha reductase

Page 67

1    inhibitor deficiency, it's 60/40 as to whether

2    or not they identify as male or female in

3    adulthood.  You can also say with most people

4    who don't have an intersex condition, that if

5    they're XY, they'll identify as male in

6    adulthood and if they're XX, they'll identify

7    as female, so you can make an educated guess,

8    but that's going to be wrong sometimes.

9         Q.   So if you turn to your report,

10   Defendants' Exhibit 19 and you turn to Page 4,

11   look at Paragraph 14, let me know when you're

12   there.

13        A.   I'm there.

14        Q.   You define gender identity as the

15   internal sense of one's self as, for example,

16   being a male or female.  Do you see that?

17        A.   I do.

18        Q.   What -- how can you determine

19   someone's gender identity as a newborn if it is

20   the internal sense of one's self?

21        A.   As I said, you can make an educated

22   guess based on information available to you at

23   the time.  So if you have an XY fetus that has

24   complete androgen insensitivity syndrome, it's

25   a pretty good guess that that child is going to

Page 68

1    identify as female in adulthood.  If you have
2    an XY baby who -- that we can find has no
3    detectable intersex condition, you can make an
4    educated guess that as an adult, that child is
5    going to identify as female.  So you can't say
6    with certainty, but you can say the odds that
7    something is going to be the case.
8         Q.    So isn't that what's already
9    happening when a child is born in Ohio in and
10   the medical provider looks at the external
11   genitalia, they say that looks like male
12   external genitalia.  Pretty good guess that
13   that's an XY chromosome child, right?
14        A.    Exactly.  It's a pretty good guess.
15        Q.    And then it's a pretty good guess,
16   based on your testimony, that their internal
17   sense of one's self, their gender identity is
18   also going to be male, right?
19        A.    Again, that's a good guess.
20        Q.    Okay.  But you can't know for
21   certain what the gender identity of a child is
22   going to be based on their external genitalia,
23   right?
24        A.    Or karyotyping or anything.
25        Q.    Or karyotype or if they're born

Page 69

1    with intersex conditions, right?

2           A.      Correct.

3           Q.      Certainly can't ask them?

4           A.      Not at that age, no.

5           Q.      Getting back to Dr. Van Meter's

6    report, and I just want to close sort of this

7    line of questioning.  Where in Dr. Van meter's

8    report does he discuss potential for harm

9    caused by the policy of defendants or the law

10   related to when Ohio will change the sex

11   identifier on a birth certificate?

12          A.      Again, I don't see where he did

13   talk about the harm that this experience by

14   trans people who don't have accurate identity

15   documents.

16          Q.      So to the extent your report gives

17   an opinion on the harm that's caused by the

18   mismatched identity documents, that's not in

19   response to Dr. Van Meter, right?

20                  MS. INGELHART:  Objection.

21   Mischaracterizes testimony in the report, but

22   you can answer.

23                  THE WITNESS:  Well, there's two

24   answers to that question.  The first is my

25   opinion about that is based on my almost 15

Page 70

1   years of experience treating a lot of
2   transgender patients, many of whom weren't able
3   to easily change their gender identity
4   documents, and so seeing the harms that those
5   people suffer.  But I think, also, when I heed
6   Dr. Van Meter's report, it seems to me that he
7   thinks that it is appropriate to not change
8   identity documents for transgender people.  It
9   may be the case that he just has not taken care
10  of enough transgender people to realize what
11  harms they suffer, and I always assume that
12  people are trying to do the right thing, and so
13  he doesn't talk about that, but I think that's
14  an omission on his part and a lack of
15  understanding on his part.
16       Q.   So he doesn't talk about whether or
17  not it's appropriate to change identity
18  documents, right?
19            MS. INGELHART:  Objection.
20  Mischaracterizes, but you can answer.
21            THE WITNESS:  No.  I think he does
22  talk about it.
23       Q.   Where does he talk about the
24  appropriateness of changing an identity
25  document?

```
                                            Page 71

 1        A.    In his conclusions, he says:  Ohio

 2   birth certificates record an individual's sex.

 3   That's Paragraph 29.  And then he goes on to

 4   state that the plaintiffs' sex is --

 5   essentially, their sex is assigned at birth.

 6   So taking those two points together, it seems

 7   he thinks that the sex you're assigned at birth

 8   should be the sex that determines your -- or

 9   the sex that is listed on your birth

10   certificate.

11        Q.    But he doesn't explicitly say that,

12   right?

13             MS. INGELHART:  Objection.  You can

14   answer.

15             THE WITNESS:  I mean, it's kind of

16   obvious.  He says they record sex.  I think the

17   plaintiffs' sex are not what the vast majority

18   of transgender health care providers would

19   describe as their sex.  And, you know, if he

20   says it should record sex and this person's sex

21   is male, he's essentially saying that person's

22   sex should be recorded on their birth

23   certificate as male.

24        Q.    And then he doesn't go into whether

25   or not that would harm them in any way, right?
```

Page 72

1          A.    Not that I recall, but I -- it took
2     me a while to read his report, so rereading it
3     again here would take some time too.
4          Q.    Did you reduce all of your opinions
5     in this matter into your written report?
6          A.    There's a -- this is a very
7     complicated subject, so I gave what I think is
8     a summary of my opinions.  But did I put every
9     bit of knowledge that I have that informs that
10    in there, no.
11         Q.    Okay.  Are you being compensated
12    for rendering your opinion in this matter?
13         A.    Typically, in cases where the
14    plaintiffs' attorneys are representing the
15    plaintiff pro bono, I waive compensation for
16    hours, but I do expect my travel time
17    compensated -- or not travel time, travel
18    expenses compensated.  So in this case, I
19    waived, for the ACLU, my expert witness fee
20    because they are representing these patients
21    pro bono.
22         Q.    But you expect to be compensated
23    for your expenses, flight, hotel room, things
24    like that, right?
25         A.    Exactly.

1          Q.    All right.  Exhibit 19 also

2     includes a copy of your CV and bibliography,

3     Exhibits A and B, right?

4          A.    Yes.

5          Q.    All right.  If you turn to

6     Exhibit B, which is a copy of the bibliography,

7     are these materials that you relied on to form

8     your opinion in the report?

9          A.    They're things that I cited in my

10    report and there are a few things that, for

11    example, the National Transgender

12    Discrimination Survey, that has a lot more

13    information than what I may have cited in my

14    report.  And so some of these things are

15    citations and some of these things are, I

16    think, important data points from the

17    literature.

18         Q.    Okay.  So to the extent that items

19    in your bibliography are cited in your report,

20    you would have relied on them in forming the

21    opinions in your report, right?

22         A.    Those places where they were

23    particularly cited.

24         Q.    Okay.  Are there any other

25    materials in the bibliography that you relied

Page 74

1    on in forming the opinions in your report?

2         A.    For example, the standards of care,

3    I mean, that's sort of how I practice.

4         Q.    Are you talking about the WPATH

5    standards of care?

6         A.    Yes.  Correct.

7         Q.    Where are those located?

8         A.    It's on the first page, halfway

9    down, Coleman E., Bockting.

10        Q.    Okay.  Anything else?

11        A.    The Toronto guidelines are a good

12   example of trans health care or guidelines.

13        Q.    Where is that one?

14        A.    That's just above the other one,

15   Bournes, A.

16        Q.    Okay.  Any other ones?

17        A.    I'm honestly not sure which ones

18   are cited ones or which ones aren't.

19        Q.    Well, the ones that are cited are

20   cited in there.  Those ones are just easy to

21   find, right?  I mean, you've got TransLine,

22   footnote one, retrieved from http

23   project-health.org/TransLine.  I don't know if

24   that's in your bibliography, but that was

25   something that was cited, right?

1              A.     So let's just go down them.  So the

2      first one, the AAP, I think that was a

3      citation.  The second one, the APA Task Force,

4      that may have been a citation, but it's also

5      just kind of a good general document.  Bauer, I

6      cited.  Bentz, I cited.  Bournes, we talked

7      about.  Byne and Bradley, that might be a

8      citation, but it's also just generally a good

9      document.  We talked about the standards of

10     care.  Collin, I cited.  Coolidge, I cited.

11     Diamond, I cited.  Fraser, I'm not sure if I

12     cited, but it's also just generally a good

13     article.  My own paper, I'm not actually sure

14     if I cited it.  I know that sounds dumb.  The

15     National Transgender Discrimination Survey, we

16     talked about.  Hare was a citation.  Hembree is

17     the Endocrine Society's guidelines, so I may

18     have cited that, but that's also just a

19     generally good document.  Henningsson, I cited.

20     Inoubli, I cited.  James, et al., it's that

21     same National Transgender Discrimination

22     Survey.  Lee, I cited both of them.  Lehavot, I

23     cited.  Makadon is, again, just a good guide.

24     I may have cited it, but I'm not sure.  Seaborg

25     is a citation that Dr. Van Meter used, so I

Page 76

1    went -- in commenting that, I cited it.

2    Southern Poverty Law Center, I cited when

3    talking about the American College of

4    Pediatrics.  And Wieckx, I probably cited that,

5    but it's also just a good general study that I

6    may have included.

7         Q.    All right.  So, I mean, it sounds

8    like you relied on pretty much everything in

9    your bibliography, then, right?

10         A.    Some things are specific citations

11    and some things are just generally good

12    transgender medicine.

13         Q.    All of which you relied on in

14    forming the opinions in your report, right?

15         A.    In some way or other, yes.

16              MS. INGELHART:  Excuse me.  Could

17    we take another break?  You're close?  I can

18    wait.

19              MR. BLAKE:  Let's finish up

20    bibliography stuff and then we'll break for

21    lunch.

22              MS. INGELHART:  Sure.

23         Q.    Other than the materials we

24    discussed, you know, the complaint, the report

25    of Dr. Van Meter, Dr. Ettner's report,

1    materials in your bibliography, did you review

2    or rely on anything else in preparing your

3    expert opinion?

4         A.    In preparing my report?

5         Q.    Uh-huh.

6         A.    Not that I can think of, but

7    there's a lot of literature that I have in the

8    brain, so...

9         Q.    I get it, that some knowledge is

10   just general knowledge, right?  I mean, in some

11   way, shape or form, you're relying on stuff you

12   learned in medical school?

13        A.    Exactly.

14        Q.    But talking specific to this

15   report?

16        A.    Correct.

17        Q.    And did you review, at any time,

18   whether in preparation for the report or

19   subsequent to your report, did you review the

20   motion to dismiss or any of the related

21   pleadings?

22        A.    I reviewed the motion to dismiss,

23   which they sent me last week, maybe.

24        Q.    Okay.  So that was in preparation

25   for today?

Page 78

1          A.    I think that was -- I don't know if
2     it was in preparation, but this is part of the
3     case, so...
4          Q.    Okay.  Did you review the order
5     related to the motion to dismiss?
6          A.    What the judge said?
7          Q.    Yes.
8          A.    I actually think -- I'm not sure --
9     I read the judge's response to that.
10         Q.    Okay.  Not the pleadings underlying
11    the order?
12         A.    I don't think so.
13         Q.    Okay.  Did you review any of
14    plaintiffs' discovery responses?
15         A.    I don't know what that is.
16         Q.    Okay.  Then I'll take that as "no"
17    for now, and if we look at them later and you
18    say "I did see this," I won't crucify you for
19    it.
20         A.    Sure.
21         Q.    Did you interview any of the
22    plaintiffs at any time?
23         A.    No.
24         Q.    And I assume you haven't conducted
25    any medical or psychological examinations of

Page 79

1    the plaintiffs?

2         A.    No.

3         Q.    Have you ever met any of the

4    plaintiffs in this matter?

5         A.    Not that I know of.

6         Q.    Have you spoken to anyone else

7    aside from your counsel, but have you spoken to

8    anyone else in connection with this matter

9    since rendering your opinion?

10        A.    No.

11             MS. INGELHART:  Objection.  Vague.

12   I'm sorry.  You can answer.

13             THE WITNESS:  No.  Just the

14   attorneys.

15             MR. BLAKE:  All right.  Yeah, we

16   can take a break.

17             MS. INGELHART:  Cool.

18             (Luncheon recess taken.)

19

20

21

22

23

24

25

1                    AFTERNOON SESSION

2      CONTINUED EXAMINATION OF RYAN GORTON, M.D.

3    BY MR. BLAKE:

4          Q.    We're going to turn to Exhibit A of

5    your expert report, Defendants' Exhibit 19.  Go

6    ahead and turn to Exhibit A.

7          A.    Okay.

8          Q.    And this is a copy of your CV,

9    correct?

10         A.    Correct.

11         Q.    You noted there was an update

12   regarding the GEI certification, right?

13         A.    Yes, and one additional talk.

14         Q.    Okay.  So would that GEI

15   certification, would that be listed now under

16   your licensure and certification?

17         A.    Yes.

18         Q.    And fair to say September 2019

19   through present?

20         A.    I think they --

21         Q.    October?

22         A.    It might have been the first of

23   October they sent me the result.

24         Q.    Okay.  So October 2019 through

25   present, that's the GEI?

Page 81

```
 1          A.    Correct.
 2          Q.    And you said there was one
 3    additional talk?
 4          A.    Yes.  I gave a plenary at the Gay
 5    and Lesbian Medical Association in September.
 6          Q.    Okay.  So September plenary at --
 7    I'm sorry, the what again?
 8          A.    GLMA, the Gay and Lesbian Medical
 9    Association, GLMA.
10          Q.    Okay.  Any other updates?
11          A.    No.
12          Q.    Okay.  So your professional
13    practice, you've listed the things we talked
14    about earlier, your work at Sutter Davis, the
15    work at Saint Tammany, and you have, underneath
16    volunteer activities, this Lyon-Martin work; is
17    that accurate?
18          A.    Yes.
19          Q.    So are you paid for the primary
20    services you provide at Lyon-Martin?
21          A.    No.  I work pro bono there.
22          Q.    But you're paid for your work at
23    Sutter Davis, right?
24          A.    Yes.
25          Q.    You've never worked as a
```

Page 82

1   psychologist, right?

2          A.    No.

3          Q.    And your medical training is not in

4   the field of molecular geneticist, right?

5          A.    Genetics is a part of medical

6   school, but I don't have a degree in that.

7          Q.    Okay.  You're not an expert in

8   genetics?

9          A.    I have as much expertise in

10  genetics as most physicians would have.

11         Q.    But not as much as a geneticist?

12         A.    Correct.

13         Q.    And you don't have any expertise in

14  endocrinology either, right?

15         A.    Again, that's a part of general

16  medical practice, and so I treat patients with

17  endocrine disorders, but I do it as a primary

18  care provider.

19         Q.    And I have any -- well, do you

20  refer your patients to endocrinologists as part

21  of your practice?

22         A.    Rarely, but sometimes.

23         Q.    When there's, like, some sort of

24  special need to do so?

25         A.    Often, it's diabetes management.

Page 83

1       Q.    Okay.

2       A.    That is more than typical diabetes

3    management of primary care.

4       Q.    So like your familiarity with

5    genetics, would you say that your knowledge of

6    endocrinology is as much as any other

7    physician?

8       A.    I would say probably a little more

9    than average in that I treat a lot of

10   transgender patients and their endocrinology

11   issues with those, so as part of my practice, I

12   do more of that.

13      Q.    But your expertise would be

14   certainly less than someone who's a trained

15   endocrinologist, right?

16      A.    Yes.  Absolutely.

17      Q.    Your professional affiliations, are

18   those also current on Page 2?

19      A.    The two in the middle are prior

20   ones that I gave years for.  I'm still a WPATH

21   member and I'm still -- I'm the GLMA medical

22   expert's panel, which is basically just a

23   running list of people that can refer to.

24      Q.    For the World Professional

25   Association for Transgendered Health

Page 84

1    Membership, what are the qualifications to be a

2    member of that organization?

3         A.    To be a member, I don't know if

4    there's a specific restriction.  I mean, there

5    are students who are members, there are medical

6    professionals, mental health professionals,

7    some lawyers who are members, so I don't think

8    there's a cutoff for it.  Obviously, for GEI

9    certifications, there is, and if you

10   participate in committees, it's usually because

11   you have some expertise in that area.

12        Q.    Usually, but not always?

13        A.    I'm not on all the committees, so I

14   don't know who's on all the committees, so I

15   couldn't tell you, but...

16        Q.    The Transgender Medicine Research

17   Committee and the Institutionalized Persons

18   Committee, do those require any special degree

19   or certification to be a member of the

20   committee?

21        A.    Medicine Research Committee, I

22   think it's more of your interest in it.

23   Medical students can be members.  The

24   Institutionalized Persons Committee, I don't

25   know if there's requirements, but most of the

Page 85

1     people there have experience in that area.  In

2     fact, everybody that I know who's on it has

3     experience in that area and you're asked to

4     participate if you're knowledgeable.

5              Q.    Okay.  But you're not aware of any

6     specific criteria or certification which you

7     need in order to join either of those

8     committees?

9              A.    That I know of, no.

10             Q.    Are you an officer at WPATH?

11             A.    No.

12             Q.    Would you agree that WPATH's -- one

13    of WPATH's primary missions is advocacy on

14    behalf of transgendered folks?

15             MS. INGELHART:  Objection.  Vague.

16    You can answer.

17             THE WITNESS:  In the sense that

18    health care providers, in treating many

19    different conditions, have to be advocates for

20    their patients, yes.

21             Q.    You've listed about two pages worth

22    of publications and papers on Pages 2, 3 and 4

23    of your CV.  Do you see that?

24             A.    I do.

25             Q.    Did you rely on any of these

Page 86

1    publications or papers to form the opinions

2    expressed in your expert report?

3            A.    A lot of the knowledge that

4    informed my expert report was the same

5    knowledge that informed writing those papers or

6    co-writing those papers, and so the knowledge

7    base is the same, but it's not like I went back

8    to one of these and read it before I created my

9    report.

10           Q.    Did you go back and look at any of

11   them in creating your report?

12           A.    If I used the first one, Gorton and

13   Berdahl, as a citation, I think I may have gone

14   back to look at that to get the correct point.

15           Q.    Okay.  Any others?

16           A.    That I remember, no.

17           Q.    Same question for your

18   presentations, did you go back and look at or

19   rely on any of the materials that are -- that

20   were part of these presentations or talks?

21           A.    That I can think of directly, no.

22           Q.    All right.  Go to Paragraph 14 of

23   your opinion.  It's on Page 4 of Defendants'

24   Exhibit 19.  Are you there?

25           A.    I'm there.

Page 87

1      Q.    All right.  This is the definition
2   of gender identity that we read and discussed
3   earlier.  Do you recall that?
4      A.    I do.
5      Q.    Are there any other definitions of
6   gender identity that you're familiar with?
7      A.    There are a lot of different ways
8   of stating this, but I think the general idea
9   that gender identity is the internal sense of
10  one's self as a man or a woman or somewhere on
11  the spectrum between those is reasonably
12  accepted.
13     Q.    You didn't use "spectrum" here to
14  describe gender identity, did you?
15     A.    No.  I just used, for example,
16  being male or female because that's the most
17  common identities.
18     Q.    But you would also include the
19  concept of a spectrum as also defining gender
20  identity?
21     A.    There are transgender patients that
22  I've treated who don't feel like they belong in
23  either the male or female category and that
24  they're somewhere along that spectrum, and so,
25  yeah, people do define that way.

Page 88

1        Q.    Okay.  Let's look back at
2    Defendants' 20, which is the declaration you
3    gave in the Whitaker case.  And if you turn to
4    Page 4 of that document and look at
5    Paragraph 11, let me know when you're there.
6    Are you there?
7        A.    Yes.
8        Q.    Gender identity is each
9    individual's internal sense of themselves as
10   belonging to a particular gender such as male
11   or female.  So similar to what you described in
12   your expert report in this case in
13   Paragraph 14, but not identical, right?
14       A.    No, because I might write the same
15   thing slightly different.
16       Q.    But in your mind, those two are
17   pretty close?
18       A.    Yes.
19                   -  -  -  -  -
20                (Thereupon, Deposition Exhibit 21,
21                Declaration, was marked for purposes
22                of identification.)
23                   -  -  -  -  -
24       Q.    You've just been handed what has
25   been marked as Defendants' Exhibit 21, and if

Page 89

1   you flip through it, you'll see that this is a

2   declaration that you provided in the case of

3   Edmo versus Idaho Department of Correction.  Do

4   you see that?

5        A.    Yes.

6        Q.    Does this appear to be a true and

7   accurate copy of that declaration?

8        A.    I haven't read the whole thing, but

9   I'm assuming it's correct.

10       Q.    Okay.  If you go to Paragraph 18,

11  which is on page -- well, 35 of 100 of the

12  document, but Page 6 of the declaration, you

13  define gender identity as the hardwired

14  internal sense of one's gender.  Do you see

15  that?

16       A.    Yes.

17       Q.    That's a very different definition

18  than you used in the other two declarations,

19  correct?

20            MS. INGELHART:  Objection.

21  Misstates and mischaracterizes prior testimony.

22            THE WITNESS:  I don't see that.

23       Q.    Well, what did you mean by

24  "hardwired"?

25       A.    That in adults, this isn't

Page 90

1    something that really changes.

2         Q.    Okay.  So how is that similar to

3    what you've defined as the internal sense of

4    one's self as, for example, being a male or

5    female?

6         A.    So in adults, people have a gender

7    identity.  Everyone has one.  Transgender

8    people, non-transgender people, and it doesn't

9    really change in adulthood to an appreciable

10   amount.

11        Q.    So what does gender identity have

12   to do with being an adult?

13        A.    Gender identity in preadolescent

14   children can sometimes be fluid and change.

15   Typically, once early adolescence has

16   commenced, it's fairly fixed, and by adulthood,

17   completion of puberty, it's not really

18   something that can be changed.

19        Q.    So I don't see that in your

20   definition -- any of these definitions, gender

21   identity, this concept of fluidity as a child

22   or being fixed as an adult.  Is that somehow

23   implicit in some of the words that you've

24   chosen to use here?

25        A.    In each of these documents, I'm

Page 91

1    trying to explain a very nuanced concept, and

2    so to not make every declaration the size of a

3    book, I try to provide a working definition,

4    which I think there's a lot of aspects on

5    gender identity that we could talk about that

6    they're not needed to talk about the definition

7    in the sense that I'm using it in the document.

8    In this document, it's about an adult trans

9    person, so I don't really feel the need to say,

10   well, gee, when she was seven, her gender

11   identity might have been different because

12   that's not at issue here.

13        Q.    Would you agree that based on the

14   fluidness of a child's gender identity, it

15   would be impossible for the State of Ohio or

16   anyone to identify the gender identity of a

17   newborn?

18             MS. INGELHART:  Objection.

19             THE WITNESS:  Again, as I said

20   before, you can make an educated guess, and

21   that educated guess might be 99 percent likely

22   to be correct.

23        Q.    But it would just be a guess?

24        A.    An educated guess.  A guess is

25   flipping a coin, so you can say based on the

Page 92

1    information I have about this child in front of
2    me, 99 percent chance this child is going to
3    identify as male or female as an adult.
4            Q.    Is gender identity hardwired when
5    someone is a child?
6                  MS. INGELHART:  Objection.  Vague.
7    You can answer.
8                  THE WITNESS:  Kids can be very
9    fluid about a number of different aspects of
10   their identity.  This is one of them.  In some
11   children, even preadolescence, it's really
12   obvious this kid's gender identity is male or
13   female.  In some kids, they may identify as
14   both or different at different times.  So in
15   the majority of children, you could say, yes,
16   this kid identifies as male now, 99 percent
17   chance, ten years from now when they're 18,
18   they identify as male, but there are some kids,
19   and they're a minority, that their gender
20   identity, again, is fluid in preadolescence.
21           Q.    So in those cases, gender identity
22   is not hardwired?
23           A.    No, it's hardwired, it's just
24   developing.
25           Q.    So it's hardwired, but changing?

1        A.    So, for example, a child who is
2    transgender with or without an intersex
3    condition, they're -- with or without a
4    detectable intersex condition, their gender
5    identity is influenced by their genetics, their
6    prenatal environment, and those are things that
7    we know affect that.  And so the things that
8    push people towards one identity or another is
9    relatively fixed because if a kid has an
10   intersex condition, like, for example, five
11   alpha reductase inhibitor deficiency, it's
12   about 60/40 do they identify as male or female
13   in adulthood.  And so you can say this kid has
14   five alpha reductase inhibitor deficiency and
15   they may identify as male or female in
16   adulthood, and right now, the child might not
17   have figured that out, might not have gone
18   through the developmental stages necessary for
19   that to be a certain thing.  So the -- the
20   things that affect gender identity are fixed,
21   some of them are.  The things that -- or -- but
22   the child's ultimate gender identity may not be
23   fixed.
24        Q.    The internal sense of their gender
25   is hardwired?

Page 94

1              MS. INGELHART:  Objection.
2    Misstates and mischaracterizes.  You can
3    answer.
4              THE WITNESS:  Let me give you
5    another example.  So there are genes that
6    determine height, and so -- and there's some of
7    these that we know.  And so you can say this
8    child is born with genes that will very likely
9    make them quite tall, but if that kid, during
10   childhood and adolescence, has nutritional
11   problems, they may not become tall, they may be
12   quite short as an adult, right, but it doesn't
13   mean you can't say there are things that are
14   hardwired that are going to affect this child's
15   height in adulthood.  It's just you can't
16   predict that on a two year old 'cause you can't
17   say, gee, this two year old is going to develop
18   short gut syndrome and be chronically
19   malnourished so they're going to be short
20   anyway.  Even though they have the
21   predisposition to be tall, they're going to end
22   up short.
23        Q.   Which genes indicate a person's
24   gender identity?
25        A.    There's a lot of different genetic

Page 95

1    aberrations that can affect that.  For example,

2    five alpha reductase deficiency.  There's a

3    number of genes that form the group of

4    diagnoses of congenital renal hyperplasia,

5    complete androgen sensitivity syndrome, that's

6    the androgen receptor.  There are a lot of

7    different things that can influence this from a

8    genetic perspective.  I think I also cited a

9    few papers that talked about this gene is more

10   common in trans patients, though we don't know

11   everything.

12        Q.    Those are all DSDs that you just

13   talked about, the five alpha, the androgen

14   insensitivities, right?  You would all qualify

15   those as DSDs, correct?

16        A.    Those patients can have DSDs and be

17   transgender, and I have had transgender

18   patients with those diagnoses.  They're not

19   mutually exclusive.

20        Q.    I understand that.  But I asked you

21   whether or not there were genes that determined

22   someone's gender identity, and I think you just

23   gave me a list of several DSDs, right?

24        A.    Genes that can affect people's

25   gender identity.

Page 96

1          Q.    Okay.  But those were all DSDs,
2      correct?
3          A.    The ones that I gave you examples
4      of, yes.
5          Q.    So there are transgender people
6      that have DSDs, right?
7          A.    And more commonly than people
8      without DSDs who are trans, yes.
9          Q.    And there are folks that have DSDs
10     that aren't transgender, right?
11         A.    Correct.
12         Q.    And then there are transgendered
13     folks that do not have DSDs, right?
14         A.    Yes, but it's probably the case
15     that there's a certain percentage that have
16     DSDs we're just not aware of.
17         Q.    Okay.  But you would agree that
18     there are people without DSDs that are
19     transgendered?
20         A.    Correct.
21         Q.    So those DSDs, while they may, at
22     least in your opinion, influence someone's
23     likelihood or not to be transgendered, they
24     aren't determinative of their status of a
25     transgendered person, correct?

                                    Page 97

1                MS. INGELHART:  Objection.  Vague.

2       You can answer.

3                THE WITNESS:  The thing that

4       determines whether or not somebody's

5       transgender is their gender identity, which you

6       can't figure that out with a blood test.

7           Q.    There's no genetic test that would

8       say, aha, that person is going to be

9       transgendered?

10          A.    There are genetic tests that can

11      tell you about somebody's gender identity as an

12      adult -- or tell you the likelihood of certain

13      gender identity as an adult, but whether that

14      person identifies as transgender is not

15      something you could tell from a genetic test.

16          Q.    Would you agree that an

17      individual's internal sense of their gender is

18      not hardwired when they are seven, six, five, a

19      young child?

20               MS. INGELHART:  Objection.  Vague.

21      You can answer.

22               THE WITNESS:  I don't think

23      that's -- again, it's what we talked about.

24      Those things that influence your gender

25      identity, known and unknown that medicine

Page 98

1    understands and that medicine doesn't

2    understand, are present and the die is cast in

3    seven year olds.

4         Q.    I'm talking about the internal

5    sense, though, just that one specific internal

6    sense of your gender, is that hardwired as a

7    preadolescent, prepubescent young child?

8              MS. INGELHART:  Objection.  Vague.

9    You can answer.

10             THE WITNESS:  All of the things

11   that we're talking about, gender identity,

12   internal sense of one's self, they're

13   biologically based in the same way that

14   depression or anxiety is biologically based.

15   It may be a mental health symptom, but it's

16   because of the squishy organ between your ears

17   that you experience that.  Medicine's

18   understanding of that is not always complete,

19   but what we do understand is that there are

20   things that will tend to make somebody

21   transgender.  We may not be able to identify

22   the exact gene, but, for example, in twin

23   studies, we know that identical twins who share

24   the same prenatal environment and postnatal

25   environment are more likely to be concordant

Page 99

1    about whether or not they're trans than

2    fraternal twins who share the same prenatal

3    environment, postnatal environment, but they're

4    no more genetically similar that siblings.  So

5    you can say yeah, there's something there and

6    it's something in the genes because that's the

7    only real difference between identical and

8    fraternal twins, but I can't point to a

9    specific gene on a specific chromosome that

10   does that.

11        Q.   So your statement that young

12   children are hardwired and that gender identity

13   is biologically based, is that solely based on

14   the twins study?

15             MS. INGELHART:  Objection.

16   Compound and vague.  You can answer.

17             THE WITNESS:  There are a number of

18   studies that I cited, the between study being

19   one of them, Dr. Diamond's twin study, that

20   indicate a genetic component to predisposition

21   to being transgender, but it's not a definite,

22   100 percent thing, and that's the case with a

23   lot of genes.  I was talking about height.  You

24   can have all the genes predisposing you to be

25   tall, but if you don't get enough nutrition in

```
 1   early childhood, you're not going to be tall.
 2   So there are things that influence gender
 3   identity in adulthood that are present and
 4   fixed in preadolescence, but the manifestation
 5   of that, we're not certain of that.  Just like
 6   the kids who has the genes to be tall, we're
 7   not certain they're going to be tall until they
 8   get to a certain height.  We're not certain
 9   this kid identifies as a transgender person in
10   adulthood until they get to a certain point in
11   adolescence.  But that doesn't change the fact
12   that you know that there are things that
13   predispose to that, to being tall, to being
14   transgender, that are present from
15   fertilization.
16        Q.    So is it fair to say that, in your
17   opinion, gender identity -- sorry, the
18   predisposition towards a gender identity is
19   biologically based, but not necessarily
20   determinative of someone's gender identity?
21             MS. INGELHART:  Objection.
22   Compound.  Vague.  You can answer.
23             THE WITNESS:  It's even more
24   complicated than that.  There are some things
25   that are -- that have a great deal of influence
```

1    and some things that have a lesser influence,

2    and so how much or how likely someone is to be

3    of a male gender identity or a female gender

4    identity in adulthood, you can tell with

5    varying degrees of certainty, but nothing is

6    absolute.

7          Q.    Nothing with regards to gender

8    identity is absolute?

9          A.    As far as the development of gender

10   identity throughout childhood and adolescence.

11         Q.    What are some of the things that

12   have a great deal of influence on a person's

13   gender identity?

14               MS. INGELHART:  Objection.  Vague.

15   You can answer.

16               THE WITNESS:  Some of the things I

17   already mentioned, certain DSDs like complete

18   androgen insensitivity syndrome.  They almost

19   universally identify as women as adults.

20         Q.    Anything else?

21         A.    The more severe forms of adrenal --

22   congenital adrenal hyperplasia have a much

23   greater likelihood of identifying male as

24   adults.

25         Q.    That's another type of DSD?

1      A.    Yes.  If you show me a child that

2   is seven that has had a fixed, unwavering

3   gender identity since they were two, I could

4   say with pretty good certainty it's not going

5   to change much.  The children without that just

6   absolute I'm a boy, I'm a girl in every aspect

7   of their life, they've never come away from

8   that, the ones who aren't quite that adamant

9   about it, that's more iffy.

10      Q.    Does your karyotype have a great

11   deal of influence on your gender identity?

12      A.    Having a Y chromosome that is

13   not -- or sorry.  Having an XY chromosome

14   without the present of DSDs is pretty

15   predictive of a male gender identity in

16   adulthood, like 99 percent.  Having two X

17   chromosomes without a known DSD is pretty

18   predictive about 99 percent or more of being --

19   having female gender identity in adulthood.

20      Q.    External genitalia, does that have

21   a great deal of influence on gender identity?

22           MS. INGELHART:  Objection.  Vague.

23   You can answer.

24           THE WITNESS:  We actually know from

25   studies where they've had XY children who were

1    born without an apparent DSD who had either a

2    circumcision mishap or another disorder that

3    caused their penis not to develop, previously,

4    for many years, they would say, well, let's

5    raise this child as a girl and create -- do a

6    vaginal plasty, create a vagina for her, and a

7    lot of those kids didn't identify as female in

8    adulthood.  So if it's the case that you have a

9    baby that has typical male genitalia without

10   the presence of a known DSD, most likely,

11   that's a person who's going to identify as male

12   in adulthood.  But if you take that kid's

13   genitalia and, for some reason, change it,

14   that's not going to make them change their

15   gender identity.  So the presence of genitals

16   can be a clue, but it's not like that changes

17   your gender identity one way or the other.

18          Q.    The same would be for a child with

19   intersex conditions, does that have a great

20   deal of influence on their gender identity?

21              MS. INGELHART:  Objection.  Vague.

22              THE WITNESS:  Depends on the

23   intersex condition.

24          Q.    Okay.  So which intersex conditions

25   have a great deal of influence on gender

Page 104

1    identity?

2              MS. INGELHART:  Objection.  Vague.

3              THE WITNESS:  An example I've

4    already given was complete androgen

5    insensitivity syndrome.  That's basically the

6    androgen receptor doesn't work.  So you can

7    have all the testosterone in the world, and

8    that doesn't set off the changes in the cell

9    that testosterone usually does, and those

10   children almost universally identify as women

11   in adulthood.

12              -  -  -  -  -

13             (Thereupon, Deposition Exhibit 22,

14             Declaration, was marked for purposes

15             of identification.)

16              -  -  -  -  -

17        Q.    Just handed you what's been marked

18   as Defendants' 22, which is a copy of a

19   declaration you gave in the case Corbitt V.

20   Taylor.  Do you see that?

21        A.    I do.

22        Q.    And does this appear to be a true

23   and accurate copy?

24        A.    Same thing.  I haven't read it, but

25   I'm assuming you gave me the correct thing.

1          Q.    Turn to Paragraph 11, which is on

2     Page 4 of the document.  It says:  Gender

3     identity is the internal sense of one's self as

4     male, female or somewhere along the spectrum

5     between the two, or as in the case of agender

6     individuals, external to this spectrum.  It

7     should be noted that gender identity being a

8     product of the central nervous system should be

9     considered one of the characteristics when

10    describing the sex of an individual.

11             Do you see that?

12          A.    I do.

13          Q.    Somewhat more of an expounded upon

14    definition of gender identity than the other

15    definitions we looked at?

16             MS. INGELHART:  Objection.

17    Misstates and mischaracterizes prior testimony.

18    Vague.  You can answer.

19             THE WITNESS:  Again, like I said,

20    it's a complex idea, and so depending on how I

21    use it in a particular report, I may go into

22    more detail or not, though they're all -- all

23    of the ones we've talked about are true and I

24    agree with them.

25          Q.    This one, the one we just looked at

1    in the Corbitt declaration in Paragraph 11,

2    Defendants' Exhibit 22 specifically calls out

3    that spectrum concept that we talked about

4    earlier, right?

5         A.    Yes.

6         Q.    Is it your understanding that

7    Dr. Meter's opinions focuses on the distinction

8    between sex and gender?

9              MS. INGELHART:  Objection.  Vague.

10   You can answer.

11             THE WITNESS:  I think he has an

12   understanding of sex and gender that is far

13   from mainstream.

14        Q.    So you don't know if he

15   distinguishes between sex and gender in his

16   expert report?

17        A.    I can't remember precisely.  If you

18   want me to take time to read through it, I can.

19        Q.    So if you turn to Van Meter's

20   report, which is Defendants' Exhibit 18, and if

21   you turn to Page 4 of the report, look at

22   Paragraph 21.  Just above that paragraph,

23   there's a heading which says:  Gender identity

24   is distinct from biological sex.

25             Do you see that?

1           A.    I do.

2           Q.    And then it goes on in Paragraph 21

3    to define gender, and he says:  It is a term

4    that refers to the psychological and cultural

5    characteristics that have been traditionally

6    associated with biological sex.  It is a

7    psychological concept and sociological term,

8    not biological like sex.

9               Do you see that?

10          A.    I do.

11          Q.    So after reading that caption and

12   that sentence from that paragraph, do you now

13   understand that Dr. Van Meter reaches a

14   conclusion about the distinction between sex

15   and gender?

16              MS. INGELHART:  Objection.  You can

17   answer.  Calls for possibly expert testimony,

18   speaking to another expert's opinion.  You can

19   answer, if you can.

20              THE WITNESS:  I'm not -- are you

21   talking about gender or gender identity?

22          Q.    I'm talking about gender.

23          A.    So I think he uses "gender" in a

24   way that makes it clear that he thinks it has

25   nothing to do with sex, and I think that's not

1    right.
2         Q.    Yeah.  I -- I'm not asking what
3    your opinion is on that, I'm merely asking you
4    whether you recognize that Dr. Van Meter
5    reached a -- an opinion or opined on the
6    difference or distinction between gender and
7    sex.  I'm not asking you whether you agree with
8    that, I'm simply asking whether or not you
9    recognize there is such a distinction?
10        A.    Between gender and sex, yeah.
11        Q.    Okay.  You don't explicitly define
12   "sex" in your expert report, correct?
13             MS. INGELHART:  Objection.
14             THE WITNESS:  Do you mean give a
15   definition of it?
16        Q.    That's right.
17        A.    I think my expert report makes it
18   clear what I think sex is.
19        Q.    All right.
20        A.    But I'm not sure I put a definition
21   at the beginning.  I could be wrong.
22        Q.    You've got a terminology section,
23   right, if you look back at your report,
24   Defendants' Exhibit 19?
25        A.    Okay.

Page 109

1        Q.    All right.  And you define gender
2    dysphoria in Paragraph 12, right?
3        A.    Correct.
4        Q.    Gender identity disorder in
5    Paragraph 13?
6        A.    Correct.
7        Q.    And you say that's now referred to
8    as gender dysphoria, right?
9        A.    Yes.
10        Q.    And gender identity in 14, right?
11        A.    Yes.
12        Q.    No other terms which you've
13    explicitly defined; is that accurate?
14            MS. INGELHART:  Objection.
15    Misstates and mischaracterizes testimony.
16    Answer.
17            THE WITNESS:  I explained later on
18    what I think sex is.
19        Q.    Okay.
20        A.    So I think I kind of did give you
21    my definition in the body of the work.
22        Q.    Why didn't you explicitly define
23    "sex" in your expert report and terminology
24    section?
25            MS. INGELHART:  Objection.

1    Misstates and mischaracterizes testimony in the

2    report.  You can answer.

3              MR. BLAKE:  I'll withdraw the

4    question.

5         Q.    Did you explicitly define "sex" in

6    the terminology section of your report?

7         A.    In the terminology section?

8         Q.    Correct.

9         A.    No.

10        Q.    Okay.  So why did you not

11   explicitly define "sex" in the terminology

12   section of your report?

13        A.    Because when I was using "sex" in

14   my report, I was talking about a very complex

15   idea, and I felt it would be more appropriate

16   to just spend time in the report explaining

17   what that was rather than trying to give a

18   short definition, as we discussed before.  My

19   definitions are sometimes very short, sometimes

20   more detailed, but in this case, "sex" is such

21   an important thing, I wrote more about it in my

22   actual report.

23        Q.    Would it have been possible to give

24   a short definition of the term "sex" in your

25   terminology section?

Page 111

1          A.    Sure.

2          Q.    Why -- and you didn't, though,

3    because you thought it was just too complicated

4    for this subject matter or --

5          A.    Honestly, I wrote the report and

6    then I read through it and I said what should I

7    give some quickie definitions for, and that's

8    how I picked the ones that were in there.

9          Q.    What is your definition of sex?

10         A.    Sex is the combination of multiple

11   biologic characteristics of -- since we're

12   talking about people, of humans that usually

13   places people into one of male or female

14   groups, but there are some people, for example,

15   transgender people and people with DSDs who

16   don't fall exactly into those two boxes at the

17   end based on the fact that one aspect is not

18   congruent with the other aspects.

19         Q.    Is sex binary or a spectrum?

20         A.    I don't think it's binary.

21   Spectrum's one way to describe it.

22         Q.    You have described it that way,

23   right?

24         A.    It's a spectrum, but not a bell

25   curve.

Page 112

1          Q.    Okay.  I mean, in Paragraph 20 of
2     your report, you say:  Sex is the biological
3     characteristics of an individual or organism
4     that place it along a spectrum or in discrete
5     categories, including male or female.  Right?
6          A.    Right.
7          Q.    So it's a spectrum on the one hand
8     or it's in a discrete category, including male
9     or female, right?
10               MS. INGELHART:  Objection.  Asked
11    and answered.
12               THE WITNESS:  There are two
13    discrete categories in humans, male or female,
14    into which 99 percent of people fit, and then
15    there's a spectrum between those two in which a
16    much smaller number of people exist.
17          Q.    So for the overwhelming majority of
18    people, it is binary, male or female?
19          A.    For the majority.  I wouldn't say
20    overwhelming.
21          Q.    Ninety-nine percent isn't
22    overwhelming to you?
23               MS. INGELHART:  Objection.
24               THE WITNESS:  No.
25          Q.    Would you say gender is more or

Page 113

1  less binary than sex?

2          MS. INGELHART:  Objection.  Vague.

3  You can answer.

4          THE WITNESS:  It's kind of apples

5  and oranges, but I would say they're about the

6  same.

7       Q.   Okay.

8          MS. INGELHART:  Can we take a short

9  break?

10          MR. BLAKE:  We haven't been going

11  an hour, but we can take a very short break.

12  We've only been going about 45 minutes, but

13  yes, we can take a very short break.

14          (Recess taken.)

15       Q.   So just to recap, we were talking

16  about sex, male or female, for the majority of

17  people being a binary classification, right?

18       A.   The majority of people fit into the

19  male or female bucket.

20       Q.   One or the other, right?

21       A.   Right.  But true binary would imply

22  that there's not people in the middle, but most

23  people fit on one of those two.

24       Q.   And that -- and you view gender as

25  neither more nor less binary than sex; is that

1   accurate?

2          A.    I think it is still the case that

3   with gender, the same majority of people who

4   fit into the two categories of male or female

5   as far as sex also fit into the two categories,

6   male or female, as far as gender.  I think --

7   so the number of people who fit on those two

8   ends is not significantly different.  I think

9   there's a little more -- there's a little more

10  expression of gender with regards to being in

11  the middle.

12         Q.    Variation?

13             MS. INGELHART:  Objection.  Vague.

14             THE WITNESS:  There's the same

15  amount of variation, but people sometimes may

16  express it more.

17         Q.    Go ahead.  I've passed you a

18  document which was previously marked as

19  Defendants' 12.  And these are the standards of

20  care, the most recent edition of the standard

21  of care published by the WPATH.  I'm sure

22  you're familiar with this document, right?

23         A.    Yes.

24         Q.    If you turn to Page 16, there's a

25  numbered list that starts on Page 15 and

1    carries onto Page 16.  And No. 4, the first

2    sentence says:  Mental health professionals

3    should not impose a binary gender.

4              Do you agree with that?

5         A.    When you're working with

6    transgender clients, yes.

7         Q.    Okay.  So despite the WPATH's

8    standard of care which warns against imposing a

9    binary view of gender on transgendered

10   individuals, is it your expert opinion that the

11   State of Ohio should nevertheless impose a

12   binary expression of plaintiffs' gender

13   identity on their birth certificates?

14             MS. INGELHART:  Objection.  Calls

15   for a legal conclusion.  Vague.  Misstates and

16   mischaracterizes prior testimony.

17             THE WITNESS:  And I'm not sure what

18   you're asking.

19        Q.    We both agree that the WPATH says

20   that mental health providers shouldn't impose a

21   binary view on gender, right?

22        A.    Correct.

23        Q.    You testified -- or you, in your

24   expert report, at great length, talked about

25   the harm that occurs to people when they do not

Page 116

1    have identity documents which match their

2    gender, right?

3          A.    Correct.

4          Q.    Okay.  So the identity document at

5    issue here is a birth certificate, right?

6          A.    Correct.

7          Q.    The birth certificate can say male

8    or female, right?

9                MS. INGELHART:  Objection.  Calls

10    for a legal conclusion.

11                THE WITNESS:  I think sometimes.

12                MS. INGELHART:  Vague.  You can

13    answer.

14                THE WITNESS:  They don't write a

15    gender at birth if you're not sure if the child

16    has a DSD.

17          Q.    Does that apply to any of the

18    plaintiffs here?

19          A.    I don't think so, no.

20          Q.    So for all intents and purposes of

21    this litigation, plaintiffs are speaking either

22    a male or female designation on their birth

23    certificate, right?

24          A.    That's my understanding.

25          Q.    Okay.  So that's a one or the other

1    designation, a binary designation, right?

2          A.    What the plaintiffs are seeking,

3    yes.

4          Q.    Okay.  And so despite what the

5    WPATH says about -- about not imposing a binary

6    view of a person's gender, you, nonetheless,

7    think that in this case, the State of Ohio

8    should impose that binary view on their birth

9    certificate --

10               MS. INGELHART:  Objection.

11         Q.    -- related to someone's gender

12   identity?

13               MS. INGELHART:  Objection.  Calls

14   for a legal conclusion.  Misstates prior

15   testimony.  Mischaracterizes prior testimony.

16               THE WITNESS:  I think the WPATH

17   standards of care here are trying to talk to

18   mental health providers about how to do therapy

19   with clients.  That's a lot different than an

20   agency that is giving identity documents to

21   people, right.  There are a lot of trans people

22   who may identify as somewhere along that

23   spectrum, but maybe closer to male, so it would

24   be good for them to have "M" on their ID.

25         Q.    So at least that part of the

1    standard of care you don't think necessarily

2    applies to the birth certificates at issue

3    here?

4                    MS. INGELHART:  Objection.

5    Misstates prior testimony.  Mischaracterizes

6    prior testimony.  Calls for a legal conclusion.

7    Asked and answered.

8                    THE WITNESS:  I think the WPATH

9    standards of care here are talking about how

10   you treat people in therapy, and so that's

11   different from how people are treated in

12   society and how they get identity documents

13   issued to them.  I think the WPATH here is not

14   speaking to agencies who provide identity

15   documents, they're talking to therapists.

16        Q.    So that's a "yes"?

17                    MS. INGELHART:  Objection.  Asked

18   and answered.  Misstates prior testimony.

19   Mischaracterizes prior testimony.  Calls for a

20   legal conclusion.  You can answer.

21                    THE WITNESS:  I don't think they're

22   the same thing.  So saying to a therapist that

23   if your client identifies somewhere on the

24   spectrum between male or female, don't try to

25   say to them you have to pick man or woman is

1    very different from saying to the patient, gee,

2    you have a more masculine gender identity and

3    expression.  What would be the safest and best

4    thing for you to have on your identity

5    documents?  So I think it is possible for a

6    health care provider to both support a patient

7    transitioning a binary option on an identity

8    document while also understanding that that

9    patient's gender identity may not fit exactly

10   in those -- those boxes.

11         Q.    Have you ever looked at an Ohio

12   birth certificate before?

13         A.    Not that I know of.

14         Q.    This was previously marked as

15   Defendants' Exhibit 1.  It is the birth

16   certificate for one of the plaintiffs in this

17   matter.  The word "gender" doesn't appear on

18   the birth certificate, right?

19         A.    Not that I can see, no.

20         Q.    It states "sex," right?

21         A.    Correct.

22         Q.    This particular one states male,

23   right?

24         A.    Correct.

25         Q.    As a medical provider, do you

Page 120

1  understand the value of recording an

2  individual's sex at the time of their birth?

3          MS. INGELHART:  Objection.  Vague.

4  Calls for a legal conclusion.  You can answer.

5          THE WITNESS:  I understand that the

6  state may want statistics about that, but I

7  don't see the value beyond statistical analysis

8  and providing -- otherwise, the whole birth

9  certificate providing evidence that this person

10  was born and they're a citizen.

11      Q.    Well, like, for example, the

12  statistical information regarding growth charts

13  for infants is one way in which knowing a

14  child's sex is relevant, right?

15      A.    Yeah, but...

16          MS. INGELHART:  Objection.  Calls

17  for a legal conclusion and vague.  You can --

18  or not legal conclusion.  Objection.  Vague.

19  You can answer.

20          THE WITNESS:  Yeah, but

21  pediatricians don't have a child walk into

22  their office and say can you show me little

23  Billy's birth certificate so I can make sure

24  I'm using the right growth chart?  They look at

25  the kid and they talk to the parents and they

1    get a history, and that's what informs it.

2         Q.    How is the information communicated

3    to the organizations that create the growth

4    charts, do you know?

5         A.    I'm not sure what you're asking.

6         Q.    How are the growth charts formed,

7    do you know?

8         A.    They've done studies on a bunch of

9    kids and they follow them throughout childhood

10   and say 95 percent of kids fall within this

11   length and weight, and they're from research

12   studies.

13        Q.    And who compiles that, do you know?

14        A.    They're kind of sort of -- it's old

15   data.  I mean, they haven't changed that much.

16   The one thing that does happen is there are

17   growth charts specific to certain kids, so you

18   could get growth charts specific to kids with

19   certain illnesses.  But, I mean, it's been the

20   same for a long time and it's just you studied

21   kids and saw they grew this much by this age

22   and you average it together.  It's not

23   something that changes often.  And I don't

24   think there's an agency that comes up with

25   those, I think they're published in journals.

Page 122

1          Q.      To your knowledge?

2          A.      Yes, to my knowledge.

3          Q.      You're not a pediatrician, right?

4          A.      No.

5          Q.      When a person is born, do you have

6    a general understanding of how the sex of that

7    individual is determined?

8          A.      Generally, yeah.

9          Q.      And what is that?

10         A.      The pediatrician or family practice

11   doctor caring for the infant or sometimes the

12   obstetrician or midwife attending the delivery

13   does a relatively cursory examination of the

14   child's genitals and says it's a boy or it's a

15   girl or these genitals are atypical.  We need

16   more information.

17         Q.      Should -- in your opinion, should

18   the medical provider perform the more detailed

19   examination of the genitals at the time of

20   birth?

21         A.      It's warranted if there are clues

22   that this might not be normal.

23         Q.      And do you have any understanding

24   of whether or not a more detailed examination

25   is conducted if there are circumstances which

                                        Page 123

1    warrant such an examination?

2          A.    Yeah.  Generally, kids who have a

3    typical genitals undergo a -- an evaluation.

4          Q.    A more thorough evaluation?

5          A.    A more thorough evaluation.

6          Q.    If a medical provider is providing

7    the right level of care, right?

8          A.    Medical or nursing provider.

9          Q.    And you use the word "cursory" like

10   it's somehow insufficient to determine the sex

11   of a child, but, I mean, you don't think that

12   the check or examination of a child at the time

13   of birth is in any way insufficient, do you?

14              MS. INGELHART:  Objection.

15   Misstates prior testimony.  Mischaracterizes

16   and is also compound.

17              THE WITNESS:  I think people look

18   at a child's genitals and say male, female or I

19   don't know, and that's something that happens

20   really quick.  You look at it.  If it looks

21   like a penis and a scrotum with two descended

22   testicles, okay.  That's it.  That takes a

23   second or two.

24         Q.    Is that insufficient?

25              MS. INGELHART:  Objection.  You can

Page 124

1    answer.

2              THE WITNESS:  It is sometimes

3    incorrect.

4         Q.    How often is it incorrect, do you

5    know?

6         A.    So in the case of transgender

7    people, I think that incidents is probably

8    somewhere in the one in 200 to one in 500

9    range.

10        Q.    So what do you mean in the case of

11   a transgendered person?  What do you mean by

12   that?

13        A.    So most transgender people have a

14   gender identity that is different from their

15   sex assigned at birth, and so in most cases,

16   for transgender people, that assignment at

17   birth is incorrect.

18        Q.    But it's not your testimony that

19   the doctor misidentified the genitalia at birth

20   for transgendered people, correct?

21             MS. INGELHART:  Objection.

22   Misstates --

23             MR. BLAKE:  That's why I'm asking

24   for the clarification.

25        Q.    That's not you're testimony, is it?

Page 125

1          A.    It is that the doctor does not have

2    enough information at birth to 100 percent or

3    to make that determination with a hundred

4    percent accuracy.

5          Q.    What is that determination?

6          A.    The sex of the individual, of the

7    child.

8          Q.    So they've -- you don't -- so I

9    guess I want to -- I want to back up.

10               How often does a medical provider

11   misidentify the external genitalia at the time

12   of birth?

13         A.    If you add up all of the intersex

14   conditions, the children with DSDs that may not

15   be identified at birth, which is a lot of them,

16   and those people who are transgender, half a

17   percent.

18         Q.    Transgendered people don't have

19   misidentified genitalia --

20               MS. INGELHART:  Objection.  Vague.

21         Q.    -- right?

22         A.    No.  They have an incorrectly

23   listed sex on this birth certificate.

24         Q.    So I'm not asking you about the --

25   what you're calling an incorrectly identified

1    sex, I'm asking you:  During this what you've

2    termed a cursory examination of the newborn's

3    external genitalia, how many times do the

4    doctors get it wrong?

5                   MS. INGELHART:  Objection.  Vague.

6                   THE WITNESS:  So what is the

7    doctor -- when they look at the genitalia --

8         Q.    That's right.

9         A.    -- determining?

10        Q.    That's right.

11        A.    I'm asking for clarification.

12        Q.    Okay.

13        A.    So if the question is how accurate

14   is a doctor looking at the genitalia

15   determining the sex --

16        Q.    That's right.

17        A.    -- or determining what the

18   genitalia looked like?

19        Q.    The latter one.

20        A.    Okay.  A doctor can say that looks

21   like male genitalia, female genitalia or

22   ambiguous.

23        Q.    And how often do they get that

24   incorrect?

25        A.    Be definition, if you're talking

1    about how something looks, they wouldn't.

2         Q.    That almost never happens, right?

3         A.    No.   There are cases where people's

4    sex is incorrectly put on their birth

5    certificate, typo.

6         Q.    But as a -- so it's a typographical

7    error?

8         A.    On the part of the person filling

9    it out.

10        Q.    Okay.

11        A.    Who is the one who looked at the

12   genitals.

13        Q.    But you don't have any, like, stats

14   or percentages based on what you know, you

15   know, how these doctors misidentify the

16   genitalia when they're doing this examination

17   at birth, right?

18        A.    Misidentify -- actually, a better

19   way to say this is the doctor, when they

20   identify the child at birth, looks and sees is

21   there a penis or is there a clitoris, is there

22   a scrotum or are there labia.   And being able

23   to say those look like labia, that looks like a

24   scrotum, that looks like a clitoris, that looks

25   like a penis, there's probably, occasionally,

Page 128

1   and I can't tell you the number, the person is

2   tired, they write the gender marker down

3   incorrectly.  But if you're asking sex, that's

4   different than is there a penis or a clitoris

5   present.  I think penis or clitoris, you can

6   say that that's almost always correctly

7   identified.

8        Q.    And like you said before, it's not

9   possible to identify the gender identity of a

10  newborn at the time of birth, right?

11       A.    Again, you can make an assessment

12  that is going to be correct 99 percent of the

13  time, but is not going to be absolutely

14  correct.

15       Q.    Yeah.  There's -- there is, in

16  fact, no way to correctly, a hundred percent of

17  the time, identify the gender identity of a

18  newborn at the time of birth, right?

19       A.    A hundred percent of the time, no.

20       Q.    Okay.  'Cause the only way that you

21  can truly determine a person's gender identity

22  is by talking to them, right?

23       A.    By evaluating them, yes.

24       Q.    And if you found a person

25  unconscious, there aren't any medical

1   procedures or evaluations you could perform to

2   determine the gender identity of that

3   unconscious person, right?

4           MS. INGELHART:  Objection.  You can

5   answer.

6           THE WITNESS:  I could look at their

7   medical history and their record.

8       Q.    Well, that would reveal that

9   they've maybe undergone some transition, right,

10  through medical intervention or otherwise,

11  right?

12      A.    Yes.  And if that's the case and

13  you have the notes for the therapist who

14  treated the patient, they assess that, so it's

15  sometimes possible.

16      Q.    But even then, it might not -- I

17  mean, I guess, speaking in pure hypotheticals

18  here, but it's possible someone has undergone

19  medical -- you know, medical transition,

20  medical intervention, but are not themselves

21  transgender, right?

22          MS. INGELHART:  Objection.  Vague.

23          THE WITNESS:  That somebody's been

24  diagnosed with gender dysphoria and undergone

25  hormonal and surgical treatment, is that what

Page 130

1    you're talking about?

2         Q.    No, I wasn't, but -- and I didn't

3    realize that that's what you were talking

4    about.  So when you talk about looking at

5    someone's medical record, that would include

6    notes from a psychologist that would identify

7    them as having gender dysphoria, for example?

8         A.    Sometimes, yes.

9         Q.    Okay.  So I suppose -- I suppose,

10   you know, not having the benefit of someone's

11   psychological evaluations, if you find them

12   unconscious, there aren't any medical

13   procedures or evaluations you could perform to

14   determine the gender identity of that

15   unconscious person, right?

16              MS. INGELHART:  Objection.  Vague.

17              THE WITNESS:  Let me give you an

18   example from my emergency medicine practice.

19        Q.    Okay.

20        A.    We have a medical record that

21   actually has a transgender function in it where

22   the patient can identify their preferred

23   pronoun, their preferred name.  And I work at a

24   hospital in a university town, and there's

25   a not insignificant population of trans young

1    people that attend the university, and so I've

2    had cases where Friday night, they went out

3    drinking, they were intoxicated, they came in,

4    they were registered based on the driver's

5    license they had in their pocket or their

6    student ID card, and then I saw that

7    information, so sometimes you do.

8         Q.    So this is, like, someone who's

9    incapacitated in some way?

10        A.    Drunk.

11        Q.    Are they able to talk to you?

12        A.    Not when they're that drunk that

13   they end up in the ER.

14        Q.    So they're incapacitated, you can't

15   ask them, hey, what's your gender, right?

16        A.    Correct.

17        Q.    You look at their driver's license,

18   and based on their driver's license and, what,

19   something about their physical appearance,

20   you're able to make an inference that they are

21   transgender?

22             MS. INGELHART:  Objection.

23   Incomplete hypothetical.  You can answer.

24             THE WITNESS:  Sometimes it says

25   that in the medical record, so yeah, I'm very

1    certain.  There are some cases where I kind of

2    go that's possible.  I'm not sure.  But I have

3    had cases where I've known that this person was

4    trans, even with a driver's license that may

5    not have been corrected yet.

6         Q.    Again, I mean, if you're looking at

7    their medical record that's being communicated

8    by them to their medical record and then

9    through to you at some later time, right?

10        A.    It was the observations of treating

11   professionals, but then also in the medical

12   record we use, it is possible for somebody to

13   say I want you to use the pronoun "he/him," or

14   "she/her" and I want you to use this name.  So

15   the patient can state it or it can be an

16   observation based on their evaluation.

17        Q.    You would agree that there's no

18   tests, medical or psychological, to diagnose

19   transsexualism, right?

20             MS. INGELHART:  Objection.

21             THE WITNESS:  No.

22        Q.    You disagree with that statement?

23        A.    Yes, I do.

24        Q.    It says in Paragraph 7 of your

25   report that you've evaluated roughly 400

                                          Page 133

1    transgendered patients since 2005, right?

2          A.    Yeah.  I actually just had my

3    clinic director run that.  It's over 500.  I've

4    been using 400 for years.

5          Q.    Four hundred, 500, whatever.  Let

6    me ask you this:  Have you ever evaluated

7    someone who is transgendered whose gender

8    identity later reverted back to their birth

9    sex?

10         A.    I have treated a few patients who

11   have detransitioned, but not because their

12   gender identity changed.

13         Q.    Okay.  Hold on a second.

14   "Detransitioned," that's the term.  That's the

15   term -- that's the proper term?

16         A.    That's the common term.

17         Q.    The common term.  Is that the term

18   you used?

19         A.    It is.

20         Q.    Okay.  And detransition, can you

21   tell me what that means?

22         A.    So, for example, somebody who's

23   assigned female at birth but has a male gender

24   identity in adulthood or somewhere along the

25   spectrum not female, and they can do any

                                        Page 134

1    portion of social, medical or surgical

2    transition, and then at some point decide they

3    want to undo that.

4          Q.    Okay.  Understood.

5                All right.  So you have had, as

6    patients, a handful of people that have

7    detransitioned?

8          A.    Yes.

9          Q.    Okay.  And you said -- well, what

10   was -- what were the reasons for that?

11         A.    Because it's really hard to be

12   trans in our society.

13         Q.    So you attribute their

14   determination to detransition as to social

15   pressure?

16         A.    Social trauma and social loss.  So

17   you transition and -- and understand, these are

18   actually old cases in my practice.  I mean, I

19   don't think I've done that in the last five

20   years.  So somebody transitions and their

21   family rejects them, they lose their job, they

22   are perceived as transgender in a lot of social

23   situations, and that brings with it risk of

24   interpersonal violence, risk of being denied

25   services.  I mean, it's really hard.  And so

1    they decide that it's less painful to go back
2    in the closet.
3           Q.    I know that you're not a
4    pediatrician, but are you aware that that
5    detransitioning is more common in children?
6                 MS. INGELHART:  Objection.  Vague
7    and possibly incomplete hypothetical.
8                 THE WITNESS:  It's not so much
9    detransitioning as it is letting the child
10   express themselves the way they want to, and
11   maybe that is -- you know, so, say, for
12   example, an assigned female at birth child who,
13   preadolescent, wants to present themselves in a
14   more masculine way, maybe wants to adopt a more
15   masculine name, maybe even wants people to use
16   "he" and "him" as the correct pronoun, and then
17   in adolescence, they say, you know, maybe
18   that's not where I am, maybe I'm just a butch
19   young woman.  And so that -- it's not -- it's
20   not like you've treated kids with hormones or
21   surgery or done more than -- done more social
22   transition other than letting the kid play on
23   the right soccer team, right.  And that can
24   change with time and it's -- it's nothing
25   that's fixed.  So the idea of detransitioning

1    isn't a good way to think about it.

2          Q.    Among children?

3          A.    Among preadolescent children, yes.

4          Q.    You would say that that

5    circumstance you just described is more common

6    than the detransitioning among adults?

7          A.    Yes, very much so.

8          Q.    Okay.  And it's also not uncommon

9    for elderly people who have lived their life as

10   one gender to transition much later in life,

11   right?

12         A.    I've had a number of elderly

13   patients who've done that.

14         Q.    They live a large portion of their

15   life as one gender, and then after decades

16   maybe of marriage, kids, career, et cetera,

17   they determine that their gender identity no

18   longer conforms to their sex, right?

19               MS. INGELHART:  Objection.  Vague.

20               THE WITNESS:  It's not that their

21   gender identity no longer conforms, it's just

22   that when they were a young adult in the '70s,

23   it was really, really, really hard to

24   transition.  And so, I mean, there's this idea

25   that people change when the pain of changing is

Page 137

1    less than the pain of staying the same, and the
2    pain of transition in the 1970s was huge.  You
3    had to divorce your spouse.  If you had
4    children, some centers required the children to
5    be adults and they had to sign a form that said
6    they were okay with it for you to be able to
7    get care.  Society was much less accepting of
8    trans people, and so they may not have had the
9    opportunity.  I don't think you'll see that
10   phenomenon 50 years from now when the 20 year
11   olds from today are that age because it's just
12   something that's more available today.
13        Q.    So you believe that all of the
14   elderly people who transition are transitioning
15   later in life due to social pressures
16   preventing their transition at an earlier time
17   in their life?
18             MS. INGELHART:  Objection.
19   Misstates prior testimony and mischaracterizes
20   it, but you can answer.
21             THE WITNESS:  Not just -- yes,
22   social pressure, but not just that,
23   availability of services.
24        Q.    It wasn't a medical or -- there was
25   no medical option at the time available to them

1    to transition?

2                    MS. INGELHART:  Objection.

3    Misstates prior testimony.  You can answer.

4                    THE WITNESS:  In many cases, it was

5    very difficult to come by.

6         Q.    Are you aware of any advocacy

7    groups or support groups directed at people who

8    seek to detransition or revert back to their

9    sex assigned at birth?

10        A.    I wouldn't be surprised if that

11   existed, but I haven't heard of any.

12        Q.    Have you heard of the Detransition

13   Advocacy Network?

14        A.    No.

15        Q.    Are you aware that that group is

16   there to provide resources and support to

17   transgendered people who have decided not to

18   transition or stop transitioning?

19        A.    Like I said, I've never heard of

20   them, so I don't know what they do.

21        Q.    Would you contend that gender

22   identity is fixed for those individuals?

23                    MS. INGELHART:  Objection.

24   Incomplete hypothetical.

25                    THE WITNESS:  So I haven't

                                        Page 139

1    evaluated those individuals, but what I can say

2    is in my experience, the few people who I have

3    helped detransition, their gender identity

4    didn't change.

5         Q.    If you can take a look at

6    Defendants' 20.  And Page 4 of the document,

7    Paragraph 15.  If you look at the last

8    sentence, it says:  In such a case, the only

9    way to identify the person's true sex is to

10   know the person's gender identity.

11            Do you see that?

12        A.    I do.

13        Q.    What do you mean by "a person's

14   true sex"?

15        A.    The most medically correct sex

16   based on an understanding of all the components

17   that go into determining sex.

18        Q.    Is a person's sex as determined by

19   their chromosomes their true sex?

20            MS. INGELHART:  Objection.

21   Incomplete hypothetical.  Vague.

22            THE WITNESS:  The vast majority of

23   people don't know their chromosomal count, I

24   don't know mine, so that's not something you

25   can utilize.  It's not something you test in

                                            Page 140

1    trans people as a matter of course.  So if, for

2    some reason, you know that, yeah, that can go

3    into it, but that's not something that you know

4    in the vast majority of cases.

5         Q.    So a true -- a person's true sex,

6    in your mind, relates to their own

7    self-awareness of their gender; is that

8    accurate?

9         A.    I think the most important

10   characteristic in determining sex from a

11   clinical and biological perspective is the

12   person's gender identity, which is a function

13   of their central nervous system.

14        Q.    And a person's chromosomes do not

15   factor into what you call their true sex?

16             MS. INGELHART:  Objection.

17   Misstates and mischaracterizes prior testimony.

18             THE WITNESS:  That can influence

19   it, but that's not as important.  And like I

20   said, in the vast majority of cases, you don't

21   even know that.

22        Q.    What about a person's natural

23   hormone levels, does that determine their true

24   sex?

25             MS. INGELHART:  Objection.  Vague.

Page 141

1              THE WITNESS:  It is one of many
2    characteristics that may go into that.  When
3    they are checked pre-transition, in my
4    experience, there's actually a significant
5    portion of trans patients who don't have normal
6    hormone levels before you treat them at all, so
7    if you know that, it can be something to
8    consider.
9         Q.    Are you aware of any studies that
10   have been conducted that have tested one way or
11   the other a transgendered person's hormone
12   levels pre-transition?
13        A.    There's at least one study that I
14   can think of that looked at the frequency of
15   polycystic ovarian syndrome in transgender men,
16   and that's a hyperandrogenic state where you
17   have higher than normal androgen levels, and it
18   was more common amongst trans men, and I
19   noticed that at my own practice.  It's more
20   common for trans men to have PCOS than
21   cisgender women than I treat.
22        Q.    Do you know when that study was
23   conducted?
24        A.    No.  It's not super recent.
25        Q.    Do you know the sample size you

1   used to conduct that study?

2           A.      No.

3           Q.      Do you know how the sample size was

4   selected?

5           A.      Again, I remember there's a study.

6   I can get it for you if you want, but I can't

7   tell you the details of it.

8           Q.      Is the sex determined by a person's

9   external genitalia their true sex?

10                  MS. INGELHART:  Objection.

11  Incomplete hypothetical.  You can answer.

12                  THE WITNESS:  In the sense of what

13  is entered on their birth certificate based on

14  their external genitalia, that's right most of

15  the time.

16          Q.      Is the sex determined by a person's

17  internal reproductive organs their true sex?

18                  MS. INGELHART:  Incomplete

19  hypothetical.  You can answer.

20                  THE WITNESS:  That's a even less

21  frequently assessed thing, and so, again, while

22  it can influence it, it's not the biggest

23  thing.

24          Q.      So in your expert opinion, the

25  critical component of a person's true sex is

Page 143

1    their gender identity, right?

2            MS. INGELHART:  Objection.  Vague.

3    You can answer.

4            THE WITNESS:  I think that's the

5    most important one, but I think also sometimes

6    in investigating patients, you may actually not

7    change their gender identity, but change their

8    understanding of themselves.  So I've had

9    patients who presented to me as trans that I

10   diagnosed with an intersex condition that they

11   previously hadn't been diagnosed with, and it

12   doesn't make them not trans, it doesn't change

13   their gender identity, but it may make them

14   subsequently identify as somebody with a DSD.

15        Q.    What scientific basis do you have

16   to support your opinion that a person's true

17   sex is determined in the brain by their gender

18   identity?

19        A.    The most important organ in the

20   body is the brain.  In fact, that's how we

21   determine whether or not you can be an organ

22   donor.  If your brain is dead, but every other

23   organ is functioning normally, we take those

24   organs, if you're an organ donor, and give them

25   to other people.  And gender identity is a

Page 144

1  function of the brain.  It's what makes you --
2  you know, the brain is what makes you the
3  person that you are, and given that, the --
4  essentially, the sex or the gender of the brain
5  should be given the greatest importance.
6        Q.    What scientific basis do you have
7  to state that the brain is what determines
8  someone's gender identity?
9             MS. INGELHART:  Objection.
10 Misstates and mischaracterize testimony.  You
11 can answer.
12            THE WITNESS:  That's what organized
13 medicine does.  When trans people come in and
14 they say my gender identity is female, we don't
15 offer them reparative therapy to change that,
16 we offer them therapy to change their body to
17 match their internal sense of self.
18       Q.    So is there a study that has
19 indicated that the brain or the part of the
20 brain that is causing someone to take on a
21 gender identity?
22       A.    There are a few, like, functional
23 MRI studies that suggest difference in the
24 brain of transgender people that more closely
25 approximates what one would expect based on

1    what their gender identity is, but the science

2    in this is super early, you know.  There's not

3    a -- I can't do an MRI on somebody and say your

4    gender identity is male.

5            Q.    Have you taken a close look at

6    those functional MRI studies?

7            A.    I mean, I've read them.  Not

8    recently.

9            Q.    Do you know whether those

10   functional MRI studies control for

11   neuroplasticity?

12           A.    What do you mean by

13   neuroplasticity?

14           Q.    That's going to be my next

15   question.  Do you know what neuroplasticity?

16           A.    I know what I understand it to

17   mean.

18           Q.    What do you understand

19   neuroplasticity to be?

20           A.    Much more so in children than in

21   adults, the brain can change.  In fact, that's

22   a -- one of the big things throughout childhood

23   development is the brain changes, and that's

24   the reasons that we realize that if kids suffer

25   trauma, it changes the brains, and that can

Page 146

1    extend on into adulthood and cause later

2    problems.  Adults have a much lesser

3    neuroplasticity, and we know some parts of the

4    brain can take on roles they didn't originally

5    have, but it's not really a lot in adults.

6         Q.   So do you know whether those

7    functional MRI studies controlled for the

8    neuroplasticity that you just described?

9         A.   I don't understand how you're --

10   like, what you mean by that.

11        Q.   Well, the functional MRI studies

12   took a look at a number of transgendered

13   individuals pre- -- pre-transition, right?

14        A.   I think there are some that looked

15   pre and post and some that just looked post.

16        Q.   And then -- right.  And I was going

17   to say they also looked at those same

18   individuals post and looked for similarities,

19   right?

20        A.   Correct.

21        Q.   And to see whether or not certain

22   images from the brain changed or stayed the

23   same, right?

24        A.   Correct.

25        Q.   And those MRI studies identified an

1   area of the brain which they said, you know,

2   this could relate to someone's gender identity

3   because it was constant throughout the

4   transition process, right?

5          A.    Not necessarily because it was

6   constant, but because it more resembled the --

7   what you would expect in people whose sex

8   corresponded with that patient's gender

9   identity.

10         Q.    But those studies didn't look at

11  the brains of children, right, to see if the

12  MRI -- the functional MRI test, whether that

13  same image was either present or not present in

14  a child, right?

15         A.    That's a totally different

16  question.  I mean, the studies didn't ask that.

17         Q.    Correct.  I agree with that.  They

18  didn't look at what the -- what the child brain

19  would be, right?

20         A.    Okay.  Yes.

21         Q.    Let's go to paragraph -- before we

22  do that, "true sex" isn't a medical term,

23  right?

24         A.    When I say that, I mean the most

25  accurate sex.

Page 148

1    Q.    Okay.  That's not, like, a term
2  that would appear in a textbook you studied in
3  medicine school, for example?
4    A.    There are books about treating
5  trans patients that talk about that.
6    Q.    Is that a psychological term?
7    A.    It is an assessment of a lot of
8  different things that go into -- or there's a
9  lot of different things that go into
10  determining that, but the psychological
11  evaluation is paramount.
12    Q.    When you do intake of a patient as
13  an emergency physician, emergency room doctor,
14  I assume one of the data points you collect is
15  their sex, right?
16    A.    The sex is in their medical record
17  already.  In cases where it is obvious from
18  their medical record or I get the feeling that
19  this might be the case, I may ask them what
20  their -- you know, do they have a preferred
21  pronoun that they want me to use, so inviting
22  the patient to share their gender identity with
23  me.
24    Q.    From a treatment perspective when
25  someone comes into the emergency room, does

1     there gender identity ever play a role in the

2     course of treatment that you're going to

3     recommend?

4              A.    It can.

5              Q.    How can it?

6              A.    So let's say they're there for

7     mental health services, they are a college

8     student and they have suicidal ideation.  If

9     it's the case that I think they need to be

10    hospitalized when I talk to the accepting

11    hospital, I'm going to say I think this

12    person -- you know, do you have a female bed,

13    not do you have a male bed.  And I might, on

14    behalf of the patient, say, look, I think this

15    is a trans person and they would be better

16    suited in this area.  Can you produce this or

17    can you -- not produce this, can you provide

18    this to the patient.  And if the answer's no, I

19    go to a different facility.

20             Q.    Are these procedures that you would

21    perform on a male that you wouldn't perform on

22    a female in an emergency room situation?

23             A.    Given that transgender people

24    exist, the answer to that's no because there

25    are some transgender men who are males who

1    might be pregnant, so I might do a pregnancy

2    test on them.

3         Q.    You would never do a pregnancy test

4    on a biological male, right?

5              MS. INGELHART:  Objection.

6              THE WITNESS:  On somebody assigned

7    male at birth who has a penis and testicles,

8    actually, rarely, yes, because there's

9    occasionally testicular tumors that create the

10   same hormone that's tested for in pregnancy, so

11   I have occasionally done that, but not for the

12   reasons that you would typically think.

13        Q.    And not in the circumstances where

14   it's important to know whether or not someone's

15   pregnant, for example, right?

16        A.    Correct.

17        Q.    You would never run a pregnancy

18   test on a transgendered female, would you?

19             MS. INGELHART:  Objection.

20   Incomplete hypothetical.

21             THE WITNESS:  I've actually done

22   that in error because they didn't share with me

23   that they were trans at the time and then

24   subsequently realize, oh.

25        Q.    Had you known, you wouldn't have

1   done it, right?

2         A.   Correct.  Unless I thought they

3   might have testicular cancer.

4         Q.   All right.  Now we can do go to

5   Paragraph 32 of your report.

6         A.   This is 20, right?

7         Q.   Nineteen.  There's a lot of reports

8   floating around, but this is the report in this

9   case, Defendants' Exhibit 19.  Let me know when

10  you're there.  It's on Page 11.

11        A.   Paragraph 30?

12        Q.   Thirty-two.

13        A.   Okay.  I'm there.

14        Q.   All right.  It says:  Thus, in

15  addition to the purely scientific mandate that

16  gender identity is the appropriate

17  determinative factor for selecting male or

18  female gender markers on identity documents,

19  there's a clinical imperative that gender

20  identity be used to make that determination.

21             Do you see that?

22        A.   I do.

23        Q.   What is the purely scientific

24  mandate that you reference in this paragraph?

25        A.   That it's scientifically correct,

1    that the most important determinant from a

2    biological perspective of whether someone is

3    male or female is their gender identity.

4         Q.    What -- where do you get scientific

5    mandate from?  Where does that come from?

6         A.    That's the understanding that

7    people who treat trans people have come to.

8    And, like I said, the most important aspect of

9    being a person is your brain because if your

10   brain dies and the rest of you doesn't, we

11   still consider you dead.  So your personhood is

12   largely between your ears.

13        Q.    So what is the source of the

14   mandate that you reference in Paragraph 32?

15        A.    That we understand what the brain

16   is.

17        Q.    Okay.  So is there -- I mean,

18   that's not how medicine works.  You have -- you

19   have things that you learn from either, you

20   know, studies or just over time, right?  We

21   know the heart has four chambers, for example.

22   So where do you draw the knowledge that there's

23   a purely scientific mandate out there stating

24   that gender identity is the appropriate

25   determinative factor for selecting male or

Page 153

1    female gender markers on identity documents?
2    Where do you get that?
3              MS. INGELHART:  Objection.  Asked
4    and answered.
5              THE WITNESS:  Again, that's just
6    sort of -- I mean, we didn't used to know that
7    the brain was the center of your knowledge and
8    understanding and identity.  We used to think
9    it was the heart.  Now we understand that who
10   you are, what you do, what you choose to do,
11   what is the important -- the most important
12   characteristic of a person is their brain.
13        Q.   Are you able to identify a source
14   for this purely scientific mandate as you sit
15   here today?
16             MS. INGELHART:  Objection.  Asked
17   and answered.
18             THE WITNESS:  It -- you want a
19   paper that says we understand the brain is the
20   seed of the intellect and --
21        Q.   You stated this in Paragraph 32.
22   You haven't cited anything.  And when you say
23   it's purely scientific mandate, it's infers
24   that it comes from somewhere, and I'm just
25   trying to find out where that mandate comes

Page 154

1    from.

2         A.    It's comes from our understanding

3    of your personhood is your brain.

4         Q.    Okay.  Whose understanding?

5         A.    Everybody.  UNOS, the United

6    Network for Organ Sharing.  They will take your

7    organs if you're brain dead.  If you're not

8    brain dead, they're not going to take your

9    organs.

10        Q.    So the United Network for Organ

11   Sharing says that gender identity is the

12   appropriate determinative factor for selecting

13   male or female gender markers on identity

14   documents?

15        A.    No.  They say that your personhood

16   is your brain.

17        Q.    Okay.  Okay.  So not UNOS.

18             Has -- besides you, in Paragraph 32

19   of this report, has anyone else written that

20   the purely scientific mandate that gender

21   identity is the appropriate -- appropriate

22   determinative factor for selecting male or

23   female gender marker on identity documents?  Is

24   there anywhere else I can find that?

25        A.    There's just some -- there are

Page 155

1    things that you -- you understand, right.  So I

2    understand that something simple, like

3    diabetics have high blood sugar and there are a

4    lot of studies about controlling the blood

5    pressure of diabetics, but it is the assumption

6    and understanding that the thing that makes you

7    have diabetes mellitus is reflected in elevated

8    blood sugar.  So there's no source for that,

9    but there's a lot of sources around treatment

10   of diabetes.  And, I mean, that's just --

11        Q.    So your testimony today is that

12   there's not a medical source out there for

13   people with diabetes have high blood sugar?

14             MS. INGELHART:  Objection.  Vague.

15             THE WITNESS:  This is a common

16   understanding of people who work in transgender

17   medicine.  It's not -- it's understood and

18   flows from our understanding that the most

19   important thing about you and the thing that

20   makes you you is your brain.  It's not your

21   left arm, it's not your heart, it's not your

22   genitals, it's not any of that, it's your

23   brain, and if your brain has a male gender

24   identity, that's your male sex.  And that's the

25   case for transgender people and cisgender

Page 156

1    people.

2         Q.    You would agree that an Ohio birth

3    certificate is an identity document, right?

4         A.    Yes.

5         Q.    Do you also agree that it is

6    impossible for a medical provider to use gender

7    identity to determine whether to input male or

8    female for sex when a child is born?  We

9    discussed that, right?

10        A.    I think what I said was that

11   providers, based on evaluating the child, can

12   make a very good guess as to what that's going

13   to be, and 99 percent of the time, they're

14   correct.

15        Q.    Right.  But what it -- you said

16   what it's going to be, but not what it is at

17   that moment, right?

18        A.    You can't assess it at that moment.

19        Q.    And in the case of transgendered

20   people, it's not your testimony that it would

21   have been accurate at that moment of birth for

22   the medical provider to say, yes, I see a

23   penis, I see descended testicles, but

24   nevertheless, I'm going to write down "female"

25   on the birth certificate.  You don't think that

Page 157

1    that would have been accurate, right?

2             MS. INGELHART:  Objection.  Vague.

3             THE WITNESS:  I don't think that

4    would be the right thing to do, given 99

5    percent chance it's going to be male, smaller

6    chance it's going to be female.

7         Q.    So when does the sex identifier on

8    a transgendered birth certificate become

9    inaccurate?

10        A.    Late adolescence, if it is

11   incorrect.  If you have a cisgender child who's

12   an identified male as birth and they identify

13   at 16 that they're male, then you know it's

14   accurate.  If you have somebody who's assigned

15   male at birth and by the time they're 16, their

16   gender identity is female, you know it was

17   inaccurate.

18        Q.    No way to determine whether a

19   person's transgender at the time of birth,

20   right?

21        A.    No.

22        Q.    All right.  Let's go to

23   Paragraph 21 of your report, Defendants'

24   Exhibit 19.  It's on Page 7.  Let me know when

25   you're there.

Page 158

1           A.    I'm there.

2           Q.    All right.  In this paragraph, you

3      identify several biological components that

4      comprise a person's sex, right?

5           A.    Correct.

6           Q.    All right.  You identified the sex

7      chromosomal type.  That's the XX and XY

8      karyotyping that we've been discussing today,

9      right?

10          A.    Correct.

11          Q.    The SRY gene, right?  That's

12     another one that you identify, right?

13          A.    Correct.

14          Q.    Hormonal -- a mix of the hormones

15     and the accompanying sex characteristics,

16     right?

17          A.    Correct.

18          Q.    Size of the gametes, that's another

19     one?

20          A.    Yes.

21          Q.    Gender identity, right?

22          A.    Yes.

23          Q.    And then gonad type, right?

24          A.    Correct.

25          Q.    Okay.  Aside from the brain studies

1    that we talked about, the functional MRI
2    studies, do you have any other scientific basis
3    for your contention that gender identity is
4    biological?

5            MS. INGELHART:  Objection.  Asked
6    and answered.  You can answer.

7            THE WITNESS:  There were some other
8    studies I cited about gene mutations that are
9    more common amongst trans people.  There's the
10   twin study that I mentioned earlier where
11   identical twins are much more likely to be
12   concordant for being transgender than fraternal
13   twins.

14        Q.    Anything else?

15        A.    There was the one study that I
16   cited that said that trans people are more
17   likely to have chromosomal aberrations.  Still
18   not likely to, but more likely than cisgender
19   people.

20        Q.    Does the gene mutation mean that
21   you will -- well, is the gene mutation
22   determinative of gender -- of having a gender
23   identity that is incongruent with your
24   biological sex?

25            MS. INGELHART:  Objection.

1          THE WITNESS:  Do you mean is it

2     like Punnett square kind of genetics where you

3     have the big D and so you have that

4     characteristic?  No.  It's much more complex

5     than that.

6          Q.    It's just -- the study just said

7     there's a higher tendency among transgendered

8     folk to have this particular mutation, right?

9          A.    That among cisgender people.  So

10    that's a gene that we think that might have

11    some influence on development of gender

12    identity, yes.

13         Q.    And the twin studies, obviously, it

14    was a correlation, higher in maternal twins

15    versus fraternal twins would have this tendency

16    towards, right?

17         A.    It's identical versus fraternal.

18         Q.    Okay.

19         A.    So identical twins share the same

20    genetics, same prenatal environment, same

21    postnatal environment, I mean, unless they're

22    separated.  Fraternal twins are as genetically

23    similar as brothers and sisters, so they share

24    a lot of genetics, but not all of them, but

25    they also share the same prenatal environment,

1    the same postnatal environment, and so -- and

2    that's a very common way of determining how

3    genetically influenced a characteristic is is

4    by doing that comparison.

5         Q.   Do you know the sample size of the

6    twin studies?

7         A.   I think it was like over 20, less

8    than a hundred.

9         Q.   And did the studies find that every

10   time one of the identical twins was

11   transgendered, the other twin would be

12   transgendered?

13        A.   No.

14        Q.   It would just -- there was just a

15   higher propensity?

16        A.   Right.  And from that, you can

17   calculate the variability.

18        Q.   And then chromosomal aberrations,

19   those are the DSDs we talked about?

20        A.   Well, they're in -- the one

21   particular study that I'm thinking about, they

22   just took trans people who presented for care

23   who had not previously been diagnosed with a

24   DSD, and they said let's karyotype everybody

25   with the idea of the study being to figure out,

1    gee, should we karyotype everybody who presents

2    as trans wanting gender confirmation

3    treatments.  And they found that the percentage

4    was higher.  I think amongst trans women, it

5    was, like, three percent than the cisgender

6    population, though -- so I guess at that point,

7    you would say, gee, those people do have a form

8    of DSD, but it was amongst people who had a

9    gender dysphoria or at the time gender identity

10   disorder diagnosis who then were discovered to

11   have the DSD because they presented as trans.

12        Q.    And, again, not everyone with that

13   chromosomal aberration is going to present as

14   transgendered?

15        A.    Correct.

16        Q.    I mean, you said three percent, so

17   a very small portion of those people?

18        A.    It -- it's a small portion of trans

19   people that have those aberrations, but then

20   it's a different question to say of people who

21   have this aberration, what percentage are

22   trans, and the study didn't assess that.

23        Q.    And you don't know that answer?

24        A.    No.

25        Q.    But it's not all?

Page 163

1           A.     It's certainly not all.
2           Q.     You recognize that gender identity
3      is shaped by a person's early environment,
4      right?
5                  MS. INGELHART:  Objection.  Vague.
6                  THE WITNESS:  It's shaped by their
7      prenatal environment and probably to an extent
8      by their early postnatal environment.
9           Q.     All right.  So if you look at
10     Paragraph 25, you say:  In cases -- second
11     sentence:  In cases where they are incongruent,
12     of these many biological characteristics, the
13     single most important characteristic for
14     identifying sex in an individual human being is
15     their gender identity, which is determined by
16     both genetics and early environment, including
17     prenatal hormonal milieu?
18          A.     Correct.
19          Q.     "Milieu" or "milieu"?
20          A.     "Milieu."
21          Q.     I hate that word.
22                 All right.  So let me ask you
23     again:  You admit that gender identity is
24     shaped by a person's early environment, right?
25          A.     Very early environment, yes.

Page 164

1          Q.    Okay.  And when you define gender

2     identity in Paragraph 14 of your report, you

3     don't describe it in biological terms at all,

4     do you?

5                MS. INGELHART:  Objection.

6     Misstates and mischaracterizes prior testimony

7     and declarative testimony.

8                THE WITNESS:  In the medicalized

9     sense of this, gender identity is a symptom you

10    use to diagnose gender dysphoria, one of -- you

11    know, they also have to have the dysphoria too.

12    And so it's something you assess, but it is

13    something that's biologically based because our

14    brains are biological entities.

15         Q.    Which of the other sex

16    characteristics you identified in Paragraph 21

17    are shaped by early environment?

18         A.    The hormonal milieu, gender

19    identity, and all the things that I said were

20    influenced by the hormonal milieu.

21         Q.    Okay.  None of these other sex

22    characteristics besides gender identity are

23    dependent upon the internal sense of one's

24    self, right?

25         A.    Can you say that again?

Page 165

1          Q.    Yeah.   None of the other sex

2    characteristics that you identify in

3    Paragraph 21 besides gender identity are

4    dependent upon the internal sense of one's

5    self, right?

6               MS. INGELHART:  Objection.

7               THE WITNESS:  Those influence the

8    internal sense of one's self, but you can have

9    an SRY gene or not have one and have a gender

10   identity that is male, female or somewhere

11   along the spectrum, but most of the time, if

12   you have an SRY gene, you're going to have a

13   male gender identity.  So you could say

14   something influences it, but doesn't, in all

15   cases, determine it.

16         Q.    So they're not dependent upon the

17   internal sense of one's self?

18               MS. INGELHART:  Objection.  Vague.

19               THE WITNESS:  The internal sense of

20   one's self can be dependent on them.

21               MR. BLAKE:  Okay.

22               MS. INGELHART:  Excuse me.  May we

23   take another break?

24               MR. BLAKE:  Sure.

25               (Recess taken.)

1        Q.    Do you agree that sex is assigned
2    at birth and refers to one's biological status
3    as either male or female and is associated
4    primarily with physical attributes, such as
5    chromosomes, hormone prevalence and external
6    and external anatomy?
7               MS. INGELHART:  Objection.
8    Compound.
9               THE WITNESS:  I think sex as
10   assigned at birth is influenced by genital
11   anatomy, and you usually don't have the other
12   information available to you.
13       Q.    So you disagree with that
14   statement?
15              MS. INGELHART:  Objection.
16   Mischaracterizes.
17              THE WITNESS:  Yes.
18       Q.    Do you agree that gender refers to
19   the socially constructed roles, behaviors,
20   activities and attributes that a given society
21   considers appropriate for boys and men or girls
22   and women?
23       A.    I think that's gender expression.
24       Q.    So you disagree with that statement
25   too?

Page 167

1          A.     It's not completely accurate, but I
2     could see how somebody would make that
3     statement.
4          Q.     If you go to Paragraph 37 of your
5     report, Defendants' Exhibit 19.
6          A.     Okay.  I'm there.
7          Q.     Gender identity is immutable
8     characteristic in adolescence and adults and
9     not merely feeling like the opposite sex, as
10    Dr. Van Meter suggests.
11              Do you see that?
12         A.     I do.
13         Q.     What forms the basis of your
14    opinion that gender identity is immutable?
15         A.     There are research studies that
16    show that in late adolescence and adults,
17    gender identity is fairly accurately assessed
18    in the sense of providing people transgender
19    care, and that's why there are very few people
20    who detransition.
21         Q.     What research studies?
22         A.     European studies, mostly.
23         Q.     Do you have --
24         A.     I mean -- well, I will tell you
25    there's one study, it's older, but it looks at

1    regret, which is a way to reflect.  Visions may

2    change with their expressed gender identity.

3    It's called Pfafflin & Junge.  There was

4    basically a systematic review of a bunch of

5    other studies, and they found a very low regret

6    rate.  I don't know if there's a systemic

7    review after that, but there's individual

8    studies that show very low regret rates.

9         Q.    You can't name any of the other

10   studies, though?

11        A.    I mean, I can name the centers

12   where they were done.

13        Q.    Okay.  Go ahead.

14        A.    The Netherlands and Sweden have

15   basically one center that does their gender

16   treatment for the whole country.  It's, like, a

17   tertiary referral center, and they publish

18   every so often in the literature and they both

19   report very low regret rates.

20        Q.    So you are using what you have

21   called low regret rates as a synonym for

22   immutable characteristic?

23        A.    People who regret having

24   transitioned are often not incorrect about

25   their gender identity, but there are an

1    occasional few people who subsequently state

2    no, my gender identity is different, and those

3    two groups of people, those who don't state

4    their gender identity is different, but they

5    regret having transitioned, and those who state

6    no, my gender identity is different together

7    comprise a very small percentage, and that

8    tells me that this is pretty accurate.

9           Q.    But not immutable for those people,

10   right?

11               MS. INGELHART:  Objection.

12   Misstates.

13               THE WITNESS:  The ones who

14   transition back because, like my experience

15   with the few patients that I've treated, the

16   gender identity isn't changed, it's the same,

17   they just realize that it's really hard being a

18   trans person.  The ones who say no, my gender

19   identity is not what I said two years ago, I

20   haven't personally treated them and I haven't

21   read any psychological description of them, but

22   I don't -- in those cases, I don't know.  I

23   think there are a lot of things that would

24   motivate people to state their gender identity

25   is one way or the other, which is why people

1   may not transition until a certain point in

2   adulthood.

3       Q.    And I think you said earlier, you

4   had not read any studies conducted on these

5   people who detransitioned, right?

6       A.    Not that I can recall.

7       Q.    And other than the Pfafflin & Junge

8   study, you can't recall any specific other

9   studies related to the immutability of gender

10  identity, right?

11      A.    The studies I quoted were about

12  regret, and in that group, you could say the --

13  the -- that group comprises the upper limit of

14  what that could be.

15      Q.    So it's based on the low incidence

16  of regret that you understand from your review

17  of the literature that you've concluded that

18  gender identity is immutable?

19      A.    And my clinical experience of

20  people who regretted that they -- you know,

21  they'll say I -- I feel the same.  I feel the

22  same way, I just can't be a trans person.  It's

23  too hard.

24      Q.    Are you aware of any studies that

25  have linked low incidence of regret to

Page 171

1   immutability of gender identity?

2         A.    There are studies that -- I don't

3   want to say this wrong -- that have looked at

4   regret rates, and I think that the biggest

5   thing was surgical outcome, like how well the

6   surgery went, but I think there were a couple

7   of other psychological characteristics that may

8   have predicted that.  I can't tell you exactly

9   what they were, but that's not -- that's

10  assessment of the patient has gender dysphoria,

11  which determining what their gender identity is

12  is part of that.

13        Q.    Which is different than whether or

14  not gender identity is immutable.  Whether or

15  not they have gender dysphoria is a different

16  question, right?

17        A.    Because it's something that is an

18  internal feeling, there's no way you can say

19  absolutely for certain.  I could ask you what

20  your gender identity is and you could say it's

21  male, but I'm not a hundred percent certain of

22  that, and there are a lot of people who've said

23  yes, I'm male.  I'm going to do all these

24  incredibly masculine things when, deep down,

25  that wasn't what their gender identity was.  So

1  it's -- I think the question of immutability

2  is -- is not something that you can really

3  assess perfectly, but you can look at things

4  that reflect it.

5        Q.    If you go to Paragraph 30 of your

6  report, let me know when you're there.

7        A.    Okay.

8        Q.    In that paragraph, you reference a

9  study that found that having an identity

10  document that matched their gender identity

11  reduced the risk of suicide, right?

12        A.    Correct.

13        Q.    Do you know how that study was

14  conducted?

15              MS. INGELHART:  Vague.  Objection.

16              THE WITNESS:  I know it was a

17  Canadian population.  I know it was

18  retrospective, and I think it was a survey.

19        Q.    Do you know if it was -- do you

20  know if the participants in the study

21  volunteered for the study?

22        A.    All study participants have to

23  volunteer.  I mean, if you're doing medically

24  ethical research, you can't have

25  non-volunteered people in your study.

1      Q.    Well, that's not true in every
2  country.  I mean, countries like Sweden where
3  they have access to everybody's medical
4  information, they can just sample the medical
5  information and figure out certain risks and
6  illnesses that come out of that -- out of that
7  population if they want, but...
8      A.    But the type of study where you ask
9  people to fill out a form and answer questions
10  about themselves, that, you have to get --
11      Q.    So this was, as far as you know,
12  the population of the study was volunteer,
13  right?
14      A.    Because it would have to be, yes.
15      Q.    And do you know whether or not the
16  study involved a control group?
17      A.    I think the -- essentially, the
18  control group is those who did not have an
19  identity document, so you're comparing what is
20  the benefit of having an identity document
21  versus the group that doesn't have identity
22  documents.
23      Q.    Do you know whether the study
24  controlled for the type of identity document?
25      A.    I know they listed -- when they

Page 174

1    described it, they said an identity document,

2    for example, and they listed several possible

3    identity document.

4         Q.    But you don't know whether the

5    study itself looked at outcomes based on the

6    type of identity document that was incongruent,

7    right?

8         A.    Oh, you mean, like student ID

9    versus driver's license?

10        Q.    Sure.

11        A.    I don't believe they were that, no.

12        Q.    And do you know whether the study

13   was conducted just on people from Ontario or

14   Canada or do you know if the study included

15   people from other countries?

16        A.    I know it was just Canada.  I can't

17   remember the province, so...

18        Q.    Are you aware of any similar study

19   that's been conducted in the United States?

20        A.    No.

21        Q.    Do you know whether transgendered

22   individuals who were born in Ohio have a higher

23   or lower rate of suicide than transgendered

24   individuals born in other states?

25        A.    No.

Page 175

1    Q.    Could be higher?

2    A.    Certainly.

3    Q.    Could be lower?

4    A.    Certainly.

5    Q.    You just don't know?

6    A.    Yeah.  I haven't read that or read

7    a study about that, although the National

8    Transgender Discrimination Survey might have

9    had something about that.  I don't know.  I

10   know they assessed --

11   Q.    Sorry.  That's the what again?

12   A.    The National Transgender

13   Discrimination Survey.

14   Q.    Who publishes that?

15   A.    Well, it was -- it's a data set

16   that was created by the National Center of

17   Transgender Equality, and I couldn't tell you

18   exactly who else, but it was a national survey

19   of trans people.  And they published, but also

20   they make their data set available to other

21   researchers, so there are other studies that

22   are published that are sub-studies from that.

23   Q.    Do you have access to that

24   information?

25   A.    No.  I could, but...

Page 176

1          Q.    Have you looked at that
2     information?
3          A.    I've looked at the -- their -- the
4     main presentation of the data and I've read at
5     least one article that was done by researchers
6     on the data set that was subsequent, and I
7     think there was also one that was based on
8     transgender people of color, specific to that,
9     to subsets of it.
10         Q.    And you think it's possible that
11    that survey contains information related to
12    suicide rates of transgendered people from
13    Ohio?
14         A.    It definitely looks at suicide
15    rates, and I -- they assessed the state that
16    people were in, and so -- and I don't know if
17    they assessed state of birth, I'm not sure, but
18    it's certainly possible.
19         Q.    Okay.  Do you know whether the
20    Ontario study controlled for people who had a
21    diagnosis of gender dysphoria?
22         A.    I don't recall from the paper.
23         Q.    Do you know whether the study
24    controlled for people in varying stages of
25    transition?

1      A.    Again, I don't recall 'cause I
2   haven't read it super recently.
3      Q.    Do you believe that a diagnosis of
4   gender dysphoria should be required before a
5   person is able to change the sex marker on his
6   or her birth certificate?
7           MS. INGELHART:  Objection.  Calls
8   for a legal conclusion.  You can answer.
9           THE WITNESS:  I don't think that's
10  the best way to do it because I think that
11  delays patient access to a very important
12  treatment.
13     Q.    Do you know whether the plaintiffs
14  in this case have received a diagnosis of
15  gender dysphoria?
16     A.    I don't know if it's in the
17  complaint, but I wouldn't know if it's not in
18  the complaint.
19     Q.    Do you agree that the diagnosis of
20  gender dysphoria is the distress a person feels
21  due to a conflict between their gender identity
22  and their sex assigned at birth?
23     A.    Yes, as much as sex assigned at
24  birth reflects how society treats you and the
25  expectations it has for you.

Page 178

1          Q.    And a person's gender identity does
2     not determine their sex at birth, right?
3               MS. INGELHART:  Objection.  Vague.
4     You can answer.
5               THE WITNESS:  I think a person's
6     gender identity is the best way to determine
7     the marker that should be on their birth
8     certificate, but I think that you can't assess
9     that a birth.  So that's not how you -- you
10    can't do that prospectively, but you can do it
11    retrospectively.
12         Q.    Do you believe that a person should
13    undergo a certain amount of transition before
14    requesting a change to the sex marker on their
15    birth certificate?
16         A.    I think social transition is one of
17    the first things people do, and getting gender
18    marker changes is an important part of that, so
19    that's kind of one of the first steps.
20         Q.    You think that having your sex
21    marker on your birth certificate changed is a
22    part of the social transition?
23         A.    All of the gender markers on your
24    identity documents.
25         Q.    You agree that no amount of gender

```
                                        Page 179
 1    transition can change a person's chromosomes,
 2    right?
 3           A.    Correct.
 4           Q.    And no amount of gender transition
 5    can change the sex of the individual as
 6    identified by the medical provider at the time
 7    of birth, right?
 8                 MS. INGELHART:  Objection.  Vague.
 9    You can answer.
10                 THE WITNESS:  I think in the case
11    of people who are transitioning and the medical
12    provider at birth made a mistake, a very
13    understandable mistake because you're playing
14    the odds at that point, and so I think the sex
15    assigned at birth is the incorrect data point.
16           Q.    And that's not changed, obviously,
17    right?
18                 MS. INGELHART:  Objection.
19                 THE WITNESS:  What they did in the
20    past?
21           Q.    Correct.
22           A.    You can't change the past.  I mean,
23    that's -- time flows in one direction.
24           Q.    Do you know how many times each of
25    the plaintiffs in this case have been required
```

1    to disclose their birth certificates?

2         A.    I know from reading the complaint

3    that, as I recall, there's a couple of

4    instances where they said that there were.  I

5    don't know how many total they have, but I know

6    it's at least the number that were in the

7    complaint.

8         Q.    Are you familiar with the

9    circumstances for each of the disclosures?

10        A.    Just as much that's in the

11   complaint.

12        Q.    Do you know whether any of the

13   plaintiffs feared physical harm when they

14   disclosed their birth certificate?

15        A.    When they initially disclosed it or

16   when they got the negative consequences of

17   disclosing it?

18        Q.    When they disclosed their birth

19   certificate in the circumstances described in

20   the complaint.

21        A.    I think they describe being

22   fearful.  Like, for example, the woman who's a

23   truck driver who had to leave her job because

24   of that.

25        Q.    Do you know whether she feared

Page 181

1    physical harm?

2              MS. INGELHART:  Objection.

3    Foundation.  Asked and answered.

4              MR. BLAKE:  I'm asking for the

5    foundation, does he know.

6              THE WITNESS:  Well, she said that

7    somebody threatened to, quote, beat her ass, so

8    I would be afraid of that.  I think most people

9    would.  And I think trans people have a good

10   sense of how dangerous these situations can be.

11        Q.    So other than the circumstances

12   described in the complaint, are you aware of

13   any other instances where any of the plaintiffs

14   feared physical harm as a result of disclosing

15   their birth certificate?

16        A.    No.

17             MS. INGELHART:  Objection.

18   Speculation.

19        Q.    Do you believe that the medical

20   provider erred when they identified and

21   recorded the sex at the time of birth on each

22   of the plaintiffs' birth certificates?

23        A.    An understandable error, but yes.

24        Q.    Do you believe that medical

25   providers should be required to conduct any

Page 182

1  additional medical procedures to determine a

2  child's sex at birth?

3              MS. INGELHART:  Objection.  Calls

4  for a legal conclusion.  You can answer.

5              THE WITNESS:  If there's ambiguity,

6  that's generally done.  There's no way you can

7  assess for what somebody's adult gender

8  identity is going to be outside of the cases of

9  children with DSDs, and so I don't think that's

10 possible then.

11     Q.   What is, in your opinion, the rate

12 of chromosomal abnormalities in the XX or XY

13 karyotype in the general population?

14             MS. INGELHART:  Objection.

15 Speculation.  You can answer.

16             THE WITNESS:  I think I said it

17 somewhere in my report, but I think it's, like,

18 one in 500, one in a thousand, somewhere there.

19     Q.   Okay.  And then for transgender

20 people, do you think there's a different rate?

21     A.   There was the one study that --

22 there is only one study that I know that looked

23 at karyotypes and there was a higher rate.  It

24 was three percent amongst trans women and less

25 than that, but I can't remember what it was for

                                                    Page 183

1    trans men.

2          Q.     Okay.  So you'd agree, then, that

3    it's rare for someone to have one of those

4    abnormalities, right?

5          A.     Correct.

6          Q.     Transgendered or cisgendered?

7          A.     Correct.

8          Q.     And there's no evidence suggesting

9    that any of the plaintiffs have one of those

10   abnormalities, right?

11             MS. INGELHART:  Objection.

12   Speculation.  You can answer.

13             THE WITNESS:  By virtue of the fact

14   that they're trans, their chance is higher, but

15   if you're playing the odds, if you're going to

16   bet on this, I would bet no.

17         Q.     Yeah.  I mean, at the most, it's

18   three in a hundred, right?

19         A.     Yeah.  So there's a one in 30

20   chance that --

21         Q.     So you can't be certain.  There is

22   a 97 percent chance that each of the plaintiffs

23   have a normal karyotype that matches their

24   other biological sex characteristics, right?

25             MS. INGELHART:  Objection.  Vague.

1              THE  WITNESS:   Ninety-seven percent

2      is reasonable, yeah.

3                      -  -  -  -  -

4              (Thereupon, Deposition Exhibit 23,

5              Rebuttal Expert Report, was marked

6              for purposes of identification.)

7                      -  -  -  -  -

8          Q.    You've just been handed an exhibit

9      marked as Exhibit 23, which is the rebuttal

10     expert report of Dr. Quentin Van Meter

11     regarding the expert report of Dr. Randi C.

12     Ettner, Ph.D.  do you see that?

13         A.    I do.

14         Q.    Is this one of the documents that

15     was provided to you prior to today's

16     deposition?

17         A.    Prior to today, yes, but not prior

18     to my report.

19         Q.    Yeah.  This actually came out at

20     the same time that your report was written, so

21     it would have been impossible for you to review

22     prior to that.

23             If you turn to the second page,

24     look at Paragraph 10.  It says:  In truth,

25     there are no valid published studies that find

1    a biological basis for gender identity, and

2    Dr. Ettner does not cite to any such studies in

3    her expert report.

4                Do you see that?

5        A.    I do.

6        Q.    Do you agree with that conclusion?

7        A.    The second sentence about

8    Dr. Ettner not citing, I would have to go

9    through her report and look for it.

10       Q.    It either does or it doesn't?

11       A.    Correct.

12       Q.    What about the first sentence?

13       A.    The first sentence, I don't think

14   that's correct.

15       Q.    Okay.  What -- what valid published

16   studies find a biological basis for gender

17   identity?

18       A.    As an example, Milton Diamond's

19   twin study that I cited.

20       Q.    Okay.  So this is the twin study,

21   the functional MRI study?

22       A.    No.

23       Q.    No.  All right.  When ones are

24   they?

25       A.    It's the twin study that compared

Page 186

1    identical versus fraternal twins for

2    concordance as far as transgender status.

3          Q.    Is that the only one that you're

4    aware of?

5          A.    There was some other studies that I

6    cited that showed a gene that was more common

7    amongst transgender people.

8          Q.    Which studies?

9          A.    If you go to Page 13 of my report,

10   Citation No. 6 are a few examples.

11         Q.    The sex steroid related genes in

12   male to female transsexualism?

13         A.    Yeah.  There's a few, but they're

14   in there.

15         Q.    Oh, it's all the ones in

16   Footnote 6?

17         A.    And five.

18         Q.    And five.  Okay.  Any other ones?

19         A.    There may be more out there.  I

20   could do a literature search, but these are the

21   ones that come to mind.

22         Q.    These are the ones that you're

23   aware of?

24         A.    Correct.

25         Q.    And you relied on those in forming

Page 187

1    the opinions in your report?

2         A.    I did.

3         Q.    Okay.  Paragraph 11 of

4    Dr. Van Meter's rebuttal report,

5    Defendants' 23:  Dr. Ettner states elsewhere in

6    Paragraph 20 that the gender identity is

7    determined merely by the statement of the

8    adolescent or adult.  Mere statements by the

9    individual, obviously, do not indicate a

10   biological basis for gender identity, nor do

11   such statements indicate that gender identity

12   is immutable.

13              Do you agree with the conclusion

14   that Dr. Van Meter makes in Paragraph 11?

15        A.    Could I look at Dr. Ettner's

16   report, her Paragraph 20?

17        Q.    You sure can.

18              MR. BLAKE:  Just take a quick

19   break.  I'll run and get it.

20              (Recess taken.)

21        Q.    I've just handed you what's been

22   previously marked as Defendants' 11,

23   Exhibit 11, which is a copy of the report

24   authored by Dr. Randi Ettner in this matter.

25   If you turn to Page 5 of the report,

Page 188

1    Paragraph 20, you can read it there.

2         A.    Okay.

3         Q.    So if you turn back to

4    Paragraph 11, Dr. Van Meter's rebuttal, do you

5    disagree with the first -- or do you agree with

6    the first sentence in Paragraph 11?

7         A.    There are a lot of things in

8    medicine that depend on subjective and

9    objective data.  So, for example, if somebody

10   comes in with a kidney stone to the ER and they

11   say their -- we ask them to rate their pain,

12   how bad is your pain, it's a nine out of ten.

13   But then I also look at them, they're sweating,

14   they're writhing around on the table, and those

15   things correspond.  There's no conflict between

16   the two.  If that same person says nine out of

17   ten and they're sitting there posting on

18   Twitter or playing a video game, it makes you

19   think, gee, why don't these things coincide.

20              In the case of what Dr. Ettner said

21   is you assess the person's gender identity by

22   self-disclosure, it's not just I'm a boy, I'm a

23   girl, it's disclosure of, oftentimes, a lot

24   more nuanced bit of data, but it is subjective,

25   however, you use that subjective data with

Page 189

1    objective data.  You know, if a person is

2    obviously responding to internal stimuli and

3    you think they might be psychiatric, maybe you

4    say, well, gee, let's address that first and

5    then see if this changes, right.  And that's a

6    rare instance where somebody may state they

7    have a gender identity that's different.  So

8    disclosure is a lot more complicated than I'm a

9    boy, I'm a girl, however, it is a subjective

10   experience, just like pain is.

11        Q.   So do you agree with Dr. Ettner

12   when she says it is detectable by

13   self-disclosure and in adolescents and adults?

14        A.   Yes.

15        Q.   So do you agree with, then, what

16   Dr. Van Meter says in Paragraph 11 where he

17   says mere statements by the individual,

18   obviously, do not indicate a biological basis

19   for gender identity?  Do you agree with that

20   statement?

21        A.   No, I don't.

22        Q.   Okay.  Nor do such statements

23   indicate that gender identity is immutable.  Do

24   you agree with that statement?

25        A.   I don't think that follows from

1    saying gender identity is subjective.  You can

2    have subjective things that change or don't

3    change.  In this case, I don't think gender

4    identity in adults or -- and later, adolescents

5    appreciably changes, so I don't think it's the

6    case that -- but I don't think that follows

7    from the same data.

8         Q.    How does a statement by an

9    individual -- or how does a self-disclosure of

10   gender identity in an adolescent or adult

11   indicate a biological basis for gender

12   identity?

13        A.    Every feeling, emotion and thought

14   we have is because of our brain, and so -- I

15   mean, it's like the American Psychiatric

16   Association's constant drumbeat, depression is

17   a disorder of chemistry, not character, right.

18   So if someone says my gender identity is

19   whatever, that's a function of the brain, it's

20   not -- you know, we don't assess supernatural

21   or things like that in medicine.  You know,

22   gender identity is a function of your brain, so

23   obviously, that's biological.  All of

24   psychiatry is biological.

25        Q.    And you think a person's statement

                                    Page 191

1    about their gender identity necessarily
2    indicates that there is a biological basis for
3    their gender identity?
4              MS. INGELHART:  Objection.
5    Misstates and mischaracterizes, but you can
6    answer.
7              THE WITNESS:  You can't have a
8    gender identity except as a function of your
9    brain.  It's -- it is a -- I mean, our brains
10   produce the feelings that we experience, the
11   thoughts that we have, the words that we say.
12   Our identity -- our gender identity, our
13   identity is -- you know, my identity as a
14   physician, your identity as an attorney, those
15   are all functions of our brain, and so by
16   definition, that's biology.
17        Q.   To use your example, the person
18   who's indicating a pain of nine while they're
19   on their phone tweeting or texting or doing
20   whatever, they're not being honest with what
21   their biological response is happening at that
22   moment, right?
23        A.   I like to think of them as not
24   being dishonest, but having an incomplete
25   understanding of the question I'm asking.  And

Page 192

1   so, I mean, yeah, sometimes people lie to you,
2   but you can figure that out.  And so it's
3   not -- it's not -- like assessing pain, it's
4   not just saying, gee, what is your pain on a
5   zero-to-ten scale, there's a lot more into
6   doing that.  And when Randi's talking about
7   self-disclosure, it's not just check the box
8   male or female, it's, well, tell me about this.
9   When did you first feel this?  You know, did it
10  change at all during adolescence?  How do you
11  experience it now?  Do you experience it the
12  same way in different context?  I mean, it's a
13  lot more than just saying -- or, you know,
14  check one box male or female.
15      Q.    And you think that that more
16  detailed psychological evaluation indicates a
17  biological basis for gender identity, then?
18          MS. INGELHART:  Objection.
19  Mischaracterizes.  Go ahead.
20          THE WITNESS:  I think, and this is
21  something maintained by both APAs, that our
22  identities, our mental health problems, if we
23  have them, they're biologically based, you
24  know.  It's -- depression is a disorder of
25  chemistry.  When we drink an alcoholic

Page 193

1    beverage, it's not that our soul gets drunk,
2    it's that our brain gets drunk.
3         Q.    If you read Paragraph 12 of
4    Dr. Van Meter's expert report, he says:  In
5    addition, both the APA handbook and the DSM-5
6    state that there is no biological basis for
7    gender identity.
8              Do you disagree with that
9    statement?
10         A.    I -- actually, when I read this, I
11    reread the DSM-5 section about that, and I
12    don't find that there, so I do disagree with
13    that.
14         Q.    Okay.  If you go to Paragraph 14 on
15    the next page.  And starting with the second
16    sentence:  Dr. Kenneth Zucker and others have
17    published studies from clinical experience that
18    show between 80 and 98 percent of gender
19    incongruent patients return to identification
20    with their biologic sex if evaluated and
21    counseled consistently through natural puberty
22    to adulthood, and none of these patients were
23    subject to aversion, treatments or electroshock
24    therapy.
25              Are you familiar with Dr. Zucker's

Page 194

1    study?

2          A.    Yes, and Dr. Zucker.

3          Q.    Do you agree with his conclusions

4    of his study?

5          A.    I don't agree with the way that

6    Dr. Van Meter states that, and I don't think

7    Ken would be either.  Ken's a pediatric

8    psychologist, and so when he talks about

9    desistance, it's among kids.  If -- I mean, I

10   know Ken and I've talked to him.  If you ask

11   him does he think an 18-year-old person who is

12   transgender, is there a way to change that

13   person, no.  It is the case, and Ken has noted,

14   just as, you know, every other pediatrician

15   that I know who treats trans kids has noticed

16   that it's not fixed until the early part of

17   puberty.  And so there are -- you know, people

18   come up with different percentages that they

19   think persist and desist, but this is

20   prepubertal children, and Ken doesn't think

21   that adults can change.  I mean, he doesn't

22   support reparative therapy for adults.

23         Q.    Do you agree with Dr. Van Meter

24   that this demonstrates that gender identity is

25   not immutable, and, in fact, is fluid during an

1    individual's life?

2         A.    It's like we talked about before,

3    there are things that tend to push children in

4    one direction or the other, and those things

5    can be present from the moment of conception,

6    but childhood is a huge developmental time, and

7    so children may be very fluid about their

8    gender in childhood.  I mean, Ken's method of

9    treating children before he was taken out of

10   his position at CAMH -- that's C-A-M-H, it's an

11   abbreviation -- was that you don't treat

12   children adversely for doing gender

13   nonconforming behavior, but you praise them for

14   gender conforming behavior, which, I mean, kids

15   aren't that dumb.  They're going to kind of

16   know that the parents have a preference.  If

17   you -- so he's different than a lot of other

18   people, like Norm Spack at Boston Children's or

19   Joe Olsen as Children's Hospital LA.  Their way

20   of dealing with this is, look, let the kid be

21   who they feel like they are.  Don't impose any

22   of your ideas on them.  Let the kid figure out

23   who they are because that's a lot of what

24   childhood is and adolescence is is figuring out

25   who you are.  And protect your kid and praise

1    your kid no matter what they do as long as what

2    they're doing is not bad or dangerous.  And so

3    he's a little different in how he treated kids,

4    but nobody disagrees that adolescence isn't the

5    sort of point where that's determinable, later

6    adolescence.

7          Q.    If you go to paragraph 15, it says:

8    Moreover, actual published studies show a

9    19-fold increase in completed suicides in those

10   who completed the entire gender affirmation

11   process (social affirmation, medical treatment

12   and surgical manipulation).

13               Do you agree with that sentence?

14         A.    Given the 19-fold, I'm pretty sure

15   he's referring to Cecilia Dhejne's study from

16   2011 or 2012 that is often misquoted, and she

17   gets very upset when that happens because the

18   study was just do trans people, after

19   treatment, need more mental health care, you

20   know, have more indication for it.  It wasn't

21   an assessment of whether or not the treatment

22   worked.  In fact, her -- in her discussion

23   section, she said, look, if you look at people

24   who have bipolar disorder or schizophrenia who

25   are treated the way we treat people with

Page 197

1    bipolar disorder and schizophrenia and you look

2    at them afterwards, they have a greater risk of

3    these same types of morbidity, suicidal

4    ideations, psychiatric hospitalizations, but it

5    doesn't follow that the antipsychotics or the

6    mood stabilizing agents were the cause.  In

7    fact, it might have been worse if you hadn't

8    treated them.  So she specifically says in the

9    study you cannot look at this as an assessment

10   of whether or not these treatments work.

11           And, in fact, the same group, the

12   same patient group, they -- it wasn't --

13   Cecilia wasn't in this one, but it was the same

14   center published like this month in the

15   American Journal of Psychiatry and actually

16   looked at the question of does it help, and

17   they found that getting surgery definitely

18   didn't help.  In fact, on average, your need

19   for mental health treatment decreased eight

20   percent per year after you had your last

21   surgery.

22           Q.    Do you know whether the study has

23   been conducted comparing those who have gone

24   through transition or gender affirmation

25   process with those who -- I think the term you

Page 198

1    used was desistance; is that right?

2          A.    Desistance.

3          Q.    Desistance.  So let's start over.

4                Do you know whether this study that

5    showed the 19-fold increase, whether that group

6    has been compared to those who have desisted?

7          A.    That study -- the study that he's

8    referring to and the study I just mentioned are

9    all in adult patients, so adolescent desistance

10   isn't pertinent.  I mean, nobody's going to

11   desist after the onset of the study.

12               They did, in the other study, the

13   one that was just recently published, looked at

14   people who had not yet gotten treatment

15   compared with people who had gotten treatment

16   and they compared their mental health outcomes.

17         Q.    Are you aware of a study looking at

18   people who have desisted and looking at their

19   suicide rates?

20         A.    Oh, at their suicide rates?  No.  I

21   think Peggy Cohen-Kettenis,

22   C-o-h-e-n-K-e-t-t-e-n-i-s, that might be the

23   correct spelling, something like that, her

24   group, I think, did a follow-up study on

25   children who desisted, though I'm not sure if

Page 199

1    they assess suicide ideation.

2         Q.    So do you agree or disagree with

3    the statement that these studies indicate that

4    gender incongruent patients who undergo

5    appropriate treatment and return to

6    identification with their biologic sex are at

7    far less risk for suicide?

8         A.    I don't think there are any studies

9    that looked at that.  And, no, that's not what

10   the Dhejne study showed.  And it's D-h-e-j-n-e.

11        Q.    It's not how I wrote it in my

12   notes.  I was thinking of the former running

13   back from Wisconsin, Ron Dayne.

14        A.    The only people who were studied,

15   though, were people who were still treated at

16   the clinic.

17             MR. BLAKE:  I think I'm done.

18             MS. INGELHART:  Can we go off the

19   record for a moment?

20             (Recess taken.)

21        EXAMINATION OF RYAN GORTON, M.D.

22   BY MS. INGELHART:

23        Q.    I'm going to ask you a few

24   questions, Dr. Gorton.  If you can remember

25   that the court reporter's still sitting to your

Page 200

1    left, despite the fact that I'm on your right.
2              We just discussed -- or you just
3    discussed the Dhejne study previously with
4    Mr. Blake, right?
5         A.    We did.
6              MR. BLAKE:  Objection.
7         Q.    Did you refer do another newer
8    study as it relates to that one?
9         A.    Yes.
10        Q.    What study was that?
11        A.    It was in this months American
12   Journal of Psychiatry, and it was the same
13   patient population group.
14        Q.    Okay.  I'd like to add that.
15             MS. INGELHART:  I don't know what
16   number exhibit plaintiffs we're on, but can we
17   introduce this a plaintiffs' next exhibit?
18                  -  -  -  -  -
19             (Thereupon, Deposition Exhibit A,
20             Study, was marked for purposes of
21             identification.)
22                  -  -  -  -  -
23        Q.    I've just placed in -- or had
24   placed before you Plaintiffs' Exhibit A.  Is
25   that the study you were referring to?

1          A.    It is.

2          Q.    Okay.  Thank you.

3                In developing your report and your

4    testimony and providing your testimony today,

5    do you rely on your practical experience

6    treating transgender patients?

7          A.    I do.

8          Q.    Is there a distinction between

9    gender identity disorder and gender dysphoria?

10         A.    Gender identity disorder was the

11   nomenclature in DSM-IV, gender dysphoria is

12   nomenclature in DSM-5, and there are a couple

13   of differences in the diagnostic criteria.

14         Q.    What are those differences?

15         A.    For GID -- sorry.  For gender

16   dysphoria in adults and adolescents, from

17   DSM-IV to DSM-5, they got rid of DSDs as a

18   rule-out.  That is it used to be the case that

19   if you had a DSD, you couldn't be diagnosed

20   with gender dysphoria, or, at the time, gender

21   identity disorder, but now it's not considered

22   a rule-out.

23                And then in the pediatric

24   diagnosis, in the previous version and in this

25   version, there are a list of diagnostic

1    characteristics.  So, for example, does the kid

2    say they have a gender identity that's

3    different than the one they were assigned at

4    birth?  Do they typically play according to

5    stereotypical games of that gender?  Do they

6    like to play with playmates of that same gender

7    in the same way that girls typically like to

8    play with girls and boys typically like to play

9    with boys?  The one big difference is that,

10   previously, that the child says their gender

11   identity is different wasn't the requirement.

12   That is, you had to have -- it was either four

13   out of five or five out of six things, and it

14   could be any of them.  So you could have a kid

15   who doesn't identify as a gender different from

16   their sex as assigned at birth, but who, you

17   know, has gender atypical play and, you know,

18   wears the clothes of the other gender and all

19   these sort of behavioral characteristics.  You

20   could actually diagnose that kid with gender

21   identity disorder without them identifying as

22   being transgender in any way.  The current one

23   still has that same list and you still have to

24   have -- it's either four out of five or five

25   out of six, but one of them has to be the

1    child's identity.

2         Q.    So does that mean that there are

3    some children who could have been diagnosed in

4    the past as having gender identity disorder,

5    but wouldn't be diagnosed today as having

6    gender dysphoria?

7         A.    Yes.  And I think that was actually

8    a motivation for the change.

9         Q.    Do you know anybody involved in

10   that changed development?

11        A.    Ken Zucker was the lead for the

12   section on gender disorders in children.  And

13   he and I actually talked about it previously at

14   some conference, and he very much wanted that

15   change because he felt that, previously, you

16   could take kids who just were gender

17   nonconforming and inappropriately diagnose them

18   as having gender identity disorder, and so that

19   sort of diluted the group of children in that

20   there's one group that, you know, maybe this

21   kid is just going to be -- is just going to

22   grow up to be a gender nonconforming adult but

23   not trans identified, and then there's another

24   subgroup that are kids who their chance of

25   identifying as trans in adulthood is greater,

Page 204

```
 1   and so if you get rid of ones that are just
 2   generally nonconforming, you'll have a more
 3   accurate diagnostic pool.
 4        Q.    Is it possible that this tightening
 5   of nomenclature could -- or of diagnostic
 6   criteria could affect these rates of desistance
 7   of children that you've seen reported?
 8             MR. BLAKE:  Objection.  Foundation.
 9   Speculation.
10             THE WITNESS:  I think that is the
11   case because you have a -- you know, the
12   primary diagnostic criteria for gender
13   dysphoria is do you think, feel that your
14   gender identity is different from what you're
15   assigned at birth, and I think that was
16   actually one of Ken's motivations because he
17   did see kids referred to him that just had
18   gender non-normative behaviors and this kid is
19   maybe going to grow up to be a gender
20   nonconforming gay man, but he's not trans.
21        Q.    Is there a difference between
22   desistance and detransition?
23        A.    Yes.  Desistance is what you talk
24   about in preadolescent children who their
25   gender identity is fluid, it changes, and as
```

1    adults, they don't identify in a way that we

2    would consider transgender.  And

3    detransitioning is something -- phenomenon you

4    think about with adults where they've done

5    something, they've done social, medical or

6    surgical transition, and then they want to

7    reverse part of that.

8         Q.    Is applying desistance to a

9    discussion of adults medically reasonable?

10              MR. BLAKE:  Objection.  Vague.

11        Q.    Yeah.  Is it -- is applying

12   desistance -- yeah.  Strike that.

13              Is applying discussion of

14   desistance and that -- those data sets to adult

15   populations a reliable way of understanding

16   adult populations?

17              MR. BLAKE:  Same objection.

18              THE WITNESS:  You just don't talk

19   about that with adults.  That's like a

20   pediatric phenomenon.  So if you look at the

21   pediatric literature, they talk about

22   desistance rates, and it's all about kids, they

23   grow up and they either do have or don't have

24   that same cross-gender identity.  And in

25   adults, it's -- it's really about do you

Page 206

1    transition or detransition.  So people don't
2    talk about those the same way.
3         Q.    Okay.  In your expert opinion, is
4    gender identity immutable?
5         A.    In adults, yes.
6         Q.    Is conversion therapy a treatment
7    accepted by the mainstream medical
8    establishment?
9              MR. BLAKE:  Objection.
10             THE WITNESS:  No.  It's sort of
11   fringe treatment that's nobody that treats
12   trans people that I know of would ever do that.
13        Q.    And why is that?
14        A.    Because it's -- one, 'cause it
15   doesn't work; but, two, because it's harmful to
16   people who undergo it.
17        Q.    Okay.  Is genital presentation at
18   birth used as a proxy for determining the sex
19   to be marked on a birth certificate?
20        A.    Yes.
21        Q.    Why is it important to your clients
22   or patients, for them to have identity
23   documents that affirm their gender?
24        A.    For a couple of reasons.  One, if
25   people present identity documents that are not

1     congruent with their presentation, they're

2     vulnerable to interpersonal violence,

3     harassment, denial of services, and all those

4     things could make their dysphoria worse.  It's

5     also the case that because of prior bad

6     experiences using incongruent identity

7     documents, people sometimes just don't do those

8     things.  They stay in a bad job that they don't

9     like because it's too scary to try to apply for

10    a better job, they don't go back to school,

11    they don't register to vote, they don't request

12    services that they might be entitled to, so

13    it's -- there's a social withdrawal element.

14    And then, also, there's sort of a protective

15    effect in that if they are in a situation where

16    their gender presentation is challenged, like,

17    hey, you don't belong in this room, this is the

18    women's restroom and they could produce

19    identification that says female, that's saved a

20    few of my patients from some really bad

21    situations.

22           Q.    Is it important that, in your

23    experience, for your patients to have -- your

24    transgender patients to have identity documents

25    that consistently mark their sex or gender

Page 208

1    across all documents?

2              MR. BLAKE:  Objection.  Vague.

3              THE WITNESS:  Yes.  Also for a

4    couple of reasons.  One, if people have -- or

5    in different situations, different identity

6    documents are requested.  So if you're using a

7    credit card at a store, they might ask for your

8    driver's license or passport to verify your

9    identity.  In some places, you need to have

10   your birth certificate to verify your identity.

11   So if people don't have all of their identity

12   documents correct, then it doesn't limit them

13   as much as if none of their identity documents

14   were correct, but it does limit them.

15             But then in addition, when people

16   have non-matching documents, that can expose

17   them to extra scrutiny.  Like, for example, a

18   for a while, the Social Security Administration

19   was if people's gender identity in their system

20   didn't match the form that was sent in by their

21   new employer, they sent a letter to the

22   employer saying there was a mismatch outing my

23   patients as trans to their employers who may

24   not have known that.

25             It's also, if somebody's trying to

1   get security clearance or something like that,

2   having identity documents that don't match is a

3   big red flag.

4          Q.    Okay.  So let's refer back to

5   Defendants' Exhibit 18, Dr. Van Meter's July 1

6   report.  Let me know when you have that in

7   front of you.

8          A.    Okay.  I have it.

9          Q.    Okay.  Can we turn to Page 5 and

10  look at, for example, Paragraph 31.  Let me

11  know when you're there.

12         A.    I'm there.

13         Q.    I think there's five sentences in

14  this paragraph.  Could you read the last one

15  for me?

16         A.    Ray's Ohio birth certificate, if it

17  includes an entry of male, accurately reflects

18  Ray's sex.

19         Q.    What did you understand that

20  sentence to mean?

21         A.    That Dr. Van Meter, in the case of

22  a transgender woman whose sex I think is

23  female, agrees with Ohio's policy of keeping it

24  as male, that Dr. Van Meter doesn't think it

25  should be changed and doesn't think that my

1   understanding of sex and the understanding of

2   the medical community that treats transgender

3   patients understanding of sex is correct.

4              MS. INGELHART:  Okay.  Thank you.

5   I don't think we have any further questions.

6              EXAMINATION OF RYAN GORTON, M.D.

7   BY MR. BLAKE:

8        Q.    Is it your testimony that the

9   DSM-IV misidentified transgender individuals?

10       A.    I think the DSM-IV allowed

11   clinicians to misidentify people as transgender

12   that probably weren't and wouldn't currently be

13   diagnosed with gender dysphoria.

14       Q.    Do you have any basis or idea of

15   how many people were misidentified as

16   transgender using the criteria in the DSM-IV?

17       A.    Enough that Ken saw it in the kids

18   who were being referred to him at CAMH.  I -- I

19   can't tell you a study of that, but there's not

20   one that I know of.

21       Q.    So that's just your guess?

22       A.    I know that it happened because

23   I've talked to a pediatric psychologist who

24   said, gee, this happened and happened enough

25   that we wanted to tighten up the diagnosis, and

1    it was tightened up.  And it's appropriate.  I
2    mean, you shouldn't diagnose a kid with gender
3    dysphoria who doesn't identify differently than
4    their sex as assigned at birth.
5         Q.    But other than that statement about
6    it happened and it happened enough times, you
7    don't have any more specifics about kids who
8    were misidentified under the DSM-IV?
9         A.    Statistics, no.
10        Q.    And do you have any statistics or
11   studies or any information related to the
12   misidentification of transgendered individuals
13   of the DSM-IV criteria affecting the rates of
14   desistance?
15        A.    Again, this is a conversation with
16   a colleague at a conference who said he
17   observed this.
18        Q.    So you don't have any scientific or
19   medical basis that you could point to that says
20   gender nonconforming individuals were
21   misidentified and that has affected the rates
22   of desistance over the last few years?
23        A.    Can I point to a study in the
24   literature, no, but, I mean, you talk to your
25   colleagues.

Page 212

1          Q.    All right.

2                MR. BLAKE:  No further questions.

3                MS. INGELHART:  Cool.  We'd like to

4     reserve right to review and sign.

5                (Recess taken.)

6                (The deposition was concluded at

7                4:50 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 213

1    Whereupon, counsel was requested to give

2    instruction regarding the witness's review of

3    the transcript pursuant to the Civil Rules.

4

5                      SIGNATURE:

6    Transcript review was requested pursuant to the

7    applicable Rules of Civil Procedure.

8

9                  TRANSCRIPT DELIVERY:

10   Counsel was requested to give instruction

11   regarding delivery date of transcript.

12   Mr. Blake original regular.

13   Ms. Ingelhart copy regular.

14

15

16

17

18

19

20

21

22

23

24

25

Page 214

1                    REPORTER'S CERTIFICATE

2    The State of Ohio,    )

3                                    SS:

4    County of Fairfield. )

5

6           I, Kimberly A. Kaz, RPR, a Notary

7    Public within and for the State of Ohio, duly

8    commissioned and qualified, do hereby certify

9    that the within named witness, RYAN GORTON,

10   M.D., was by me first duly sworn to testify the

11   truth, the whole truth and nothing but the

12   truth in the cause aforesaid; that the

13   testimony then given by the above-referenced

14   witness was by me reduced to stenotypy in the

15   presence of said witness; afterwards

16   transcribed, and that the foregoing is a true

17   and correct transcription of the testimony so

18   given by the above-referenced witness.

19           I do further certify that this

20   deposition was taken at the time and place in

21   the foregoing caption specified and was

22   completed without adjournment.

23

24

25

Page 215

1          I do further certify that I am not

2    a relative, counsel or attorney for either

3    party, or otherwise interested in the event of

4    this action.

5               IN WITNESS WHEREOF, I have hereunto

6    set my hand and affixed my seal of office at

7    Cleveland, Ohio, on this 30th day of

8    October, 2019.

9

10

11

12

13

14          Kimberly A. Kaz, RPR, Notary Public

15             within and for the State of Ohio

16

17   My commission expires March 31, 2023.

18

19

20

21

22

23

24

25

```
                                                          Page 216

  1                        Veritext Legal Solutions
                              1100 Superior Ave
  2                              Suite 1820
                            Cleveland, Ohio 44114
  3                         Phone: 216-523-1313
  4
       October 30, 2019
  5
       To: Ms. Kara N. Ingelhart
  6
       Case Name: Ray, Stacie, et al. v. Acton, Amy, et al.
  7
       Veritext Reference Number: 3493806
  8
       Witness: Ryan Gorton , M.D.        Deposition Date: 10/8/2019
  9
 10    Dear Sir/Madam:
 11
       Enclosed please find a deposition transcript. Please have the
 12
       witness review the transcript and note any changes or corrections on
 13
       the included errata sheet, indicating the page, line number, change,
 14
       and the reason for the change.  Have the witness' signature
 15
       notarized and forward the completed page(s) back to us at the
 16
       production address shown above, or email to production-
 17
       midwest@veritext.com.
 18
 19    If the errata is not returned within thirty days of your receipt of
 20    this letter, the reading and signing will be deemed waived.
 21
       Sincerely,
 22
       Production Department
 23
 24
 25    NO NOTARY REQUIRED IN CA
```

```
1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
2

     ASSIGNMENT REFERENCE NO: 3493806
3    CASE NAME: Ray, Stacie, et al. v. Acton, Amy, et al.
     DATE OF DEPOSITION: 10/8/2019
4    WITNESS' NAME: Ryan Gorton, M.D.
5          In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7          I have made no changes to the testimony
     as transcribed by the court reporter.
8

     _____        _____
9    Date                    Ryan Gorton, M.D.
10         Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12

           They have read the transcript;
13         They signed the foregoing Sworn
                 Statement; and
14         Their execution of this Statement is of
                 their free act and deed.
15

           I have affixed my name and official seal
16
     this _____ day of_____, 20_____.
17

                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25
```

Page 218

1           DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2

    ASSIGNMENT REFERENCE NO: 3493806
3   CASE NAME: Ray, Stacie, et al. v. Acton, Amy, et al.
    DATE OF DEPOSITION: 10/8/2019
4   WITNESS' NAME: Ryan Gorton, M.D.
5           In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7           I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9           I request that these changes be entered
    as part of the record of my testimony.
10
            I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  11/23/19                    Ryan Gorton, M.D.
    Date                        Ryan Gorton, M.D.
14
            Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17          They have read the transcript;
            They have listed all of their corrections
18              in the appended Errata Sheet;
            They signed the foregoing Sworn
19              Statement; and
            Their execution of this Statement is of
20              their free act and deed.
21          I have affixed my name and official seal
22  this _____ day of_____, 20____.
23  _____
            Notary Public
24  see attached CA Jurat
25  Commission Expiration Date

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**      GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Yolo_____

Subscribed and sworn to (or affirmed) before me

on this _23_ day of _November_, 20 _19_,
          Date          Month          Year
by

(1) _Ryan Gorton_____

(and 2) _____ ),
          *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

```
LANDON CHRISTENSEN
Notary Public - California
Yolo County
Commission # 2295598
My Comm. Expires Jul 27, 2023
```

Signature _____

          *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

─────────────── **OPTIONAL** ───────────────

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Deposition Review Certification of Witness_

Document Date: _11/21/19_____          Number of Pages: _1_____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

Page 219

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 3493806

PAGE/LINE(S) /          CHANGE         /REASON

P20 Line 6 / "weren't women" should be "weren't cisgender women" /missing word/clarification

P32 Line 22 / "Graham" should be "Grimm" / spelling

P44 Line 5 / "going a systemic review" should be "doing a systematic review" / wrong word

P44 Line 6 / "systemic" should be "systematic" / wrong word

P44 Line 20 / "systemic" should be "systematic" / wrong word

P45 Line 9 / "systemic" should be "systematic" / wrong word

P46 Line 25 / "systemic" should be "systematic" / wrong word

P56 Line 16 / the word "case" should appear after Alabama / missing noun/clarification

P63 Line 25 / "moved onto the Y chromosome." should read " moved onto the X chromosome." /wrong word

P70 Line 5 / "heed" should be "read" / wrong word

P92 Line 11 / "preadolescence" should be "preadolescent" / wrong word

P95 Line 4 / "renal" should be "adrenal" / wrong word

P99 Line 18 / "the between study" should be "the twin study" / wrong word

P102 Line 14 /  "present" should be "presence" / wrong word

SEE ATTACHED FOR ADDITIONAL CORRECTIONS

11/23/19
Date                          Ryan Gorton, M.D.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

_____
                Notary Public

_____
see attached CA Jurat
Commission Expiration Date

ERRATA SHEET ADDITIONAL PAGE

ASSIGNMENT NO. 3493806 (GORTON DEPOSITION)

PAGE/ LINE /                    CHANGE                    /REASON

P103 Line 6 / "vaginal plasty" should be "vaginoplasty" / spelling

P123 Lines 2-3 / "a typical" should be "atypical" / spelling

P124 Line 7 / "incidents" should be "incidence" / spelling

P141 Line 21 / "than" should be "that / wrong word

P157 Line 12 / "as" should be "at" / wrong word

P162 Line 5 / "three percent" should be "three percent higher" / missing word/clarification

P174 Line 3 / "document" should be "documents" / plural

P175 Line 5 / "National Center of Transgender Equality" should be "National Center for Transgender Equality" / wrong word

P178 Line 9 / "a birth" should be "at birth" / wrong word

P189 Line 3 / "psychiatric should be "psychotic" / wrong word

P195 Line 19 / "Joe" should be "Jo" / spelling

P197 Line 18 / "didn't help" should be "did help" / wrong word

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

_____    _____
*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Yolo_____

Subscribed and sworn to (or affirmed) before me
on this _23_ day of _November_ 20 _19_,
        *Date*     *Month*     *Year*
by
(1) _Ryan Gorton_____

(and (2) _____),
         *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
       *Signature of Notary Public*

LANDON CHRISTENSEN
Notary Public - California
Yolo County
Commission # 2295598
My Comm. Expires Jul 27, 2023

*Place Notary Seal and/or Stamp Above*

———————— **OPTIONAL** ————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Errata Sheet_____
Document Date: _11/23/19_____ Number of Pages: _2___
Signer(s) Other Than Named Above: _____

©2017 National Notary Association

**[& - 99]**                                                                 Page 1

**&**

**&**   1:21 2:20 168:3
170:7

**0**

**00272**   1:10

**1**

**1**   119:15 209:5
**10**   184:24
**10/8/2019**   216:8
217:3 218:3
**100**   17:9 89:11
99:22 125:2
**104**   4:7
**105**   2:14
**10:15**   1:20
**11**   88:5 105:1
106:1 151:10
187:3,14,22,23
188:4,6 189:16
**1100**   216:1
**12**   25:25 26:3
29:14 109:2
114:19 193:3
**1200**   1:22 2:22
**13**   109:5 186:9
**14**   63:10 67:11
86:22 88:13
109:10 164:2
193:14
**15**   69:25 114:25
139:7 196:7
**15th**   37:23
**16**   114:24 115:1
157:13,15
**17**   29:10
**18**   29:11,13 61:23
89:10 92:17
106:20 194:11
209:5

**1820**   216:2
**184**   4:8
**19**   4:4 36:2,7
57:21 61:22 67:10
73:1 80:5 86:24
108:24 151:9
157:24 167:5
196:9,14 198:5
**1970s**   137:2
**199**   3:9

**2**

**2**   3:3 57:24 83:18
85:22
**20**   4:5 15:14 17:20
37:7,12 39:7 88:2
112:1 137:10
139:6 151:6 161:7
187:6,16 188:1
217:16 218:22
219:22
**200**   4:3 17:9 64:20
124:8
**2002**   8:18
**2005**   9:10 18:10
133:1
**2006**   42:14
**2007**   20:2
**2009**   20:3
**2011**   51:7 196:16
**2012**   196:16
**2016**   29:10 37:21
37:23
**2019**   1:19 80:18,24
215:8 216:4
**2023**   215:17
**21**   4:6 88:20,25
106:22 107:2
157:23 164:16
165:3
**210**   3:10

**214**   3:12
**216**   2:9
**216-523-1313**
216:3
**22**   4:7 104:13,18
106:2
**23**   4:8 184:4,9
187:5
**2319**   215:13
**25**   163:10
**2600**   2:14
**29**   62:3 71:3
**2:18**   1:10

**3**

**3**   63:4,6,6 85:22
**30**   66:4 151:11
172:5 183:19
216:4
**30th**   215:7
**31**   209:10 215:17
**312**   2:16
**32**   151:5 152:14
153:21 154:18
**3493806**   216:7
217:2 218:2 219:2
**35**   89:11
**36**   4:4
**37**   4:5 167:4

**4**

**4**   3:5 36:18 38:1
67:10 85:22 86:23
88:4 105:2 106:21
115:1 139:6
**400**   132:25 133:4
**41**   1:22 2:22
**43215**   2:23
**44103**   2:8
**44114**   216:2
**45**   113:12

**4506**   2:7
**472-2220**   2:9
**4:50**   212:7

**5**

**5**   3:8 62:2 66:1
187:25 193:5,11
201:12,17 209:9
**50**   137:10
**500**   124:8 133:3,5
182:18

**6**

**6**   89:12 186:10,16
15:14
**60**   15:14
**60/40**   67:1 93:12
**60603**   2:15
**614**   2:24
**621-7789**   2:24
**663-4413**   2:16

**7**

**7**   42:14 132:24
157:24
**70s**   19:24 136:22

**8**

**8**   1:19 20:2
**80**   193:18
**80s**   19:25
**88**   4:6

**9**

**90s**   20:1
**95**   121:10
**97**   183:22
**98**   193:18
**99**   65:23 91:21
92:2,16 102:16,18
112:14 128:12
156:13 157:4

**a**

**a.m.** 1:20
**aap** 75:2
**abbreviation**
195:11
**abem** 10:16 11:9
11:15,20 17:16
**abem's** 11:16
**aberration** 162:13
162:21
**aberrations** 95:1
159:17 161:18
162:19
**able** 10:10 24:8
56:25 70:2 98:21
127:22 131:11,20
137:6 153:13
177:5
**abme** 17:15
**abnormal** 60:21
**abnormalities**
64:1,3,6,15 182:12
183:4,10
**absolute** 101:6,8
102:6
**absolutely** 60:16
83:16 128:13
171:19
**accepted** 60:5
87:12 206:7
**accepting** 137:7
149:10
**access** 173:3
175:23 177:11
**accompanying**
158:15
**accuracy** 125:4
**accurate** 6:6 19:7
29:24 36:15 58:4
60:18 69:14 81:17
89:7 104:23

109:13 114:1
126:13 140:8
147:25 156:21
157:1,14 167:1
169:8 204:3
**accurately** 167:17
209:17
**acknowledge**
64:14 217:11
218:16
**aclu** 47:2,10,16,22
48:13 49:12 51:17
52:15 72:19
**acluohio.org** 2:10
**act** 217:14 218:20
**action** 1:9 215:4
**activities** 81:16
166:20
**acton** 1:11 216:6
217:3 218:3
**actual** 11:11
110:22 196:8
**adamant** 102:8
**adams** 2:14
**add** 13:4 51:22
125:13 200:14
**added** 10:2 36:16
**addition** 44:5
59:20 151:15
193:5 208:15
**additional** 80:13
81:3 182:1
**address** 189:4
216:16
**adjournment**
214:22
**administers** 11:12
**administration**
208:18
**administrative**
25:10 50:10

**admit** 163:23
**adolescence** 90:15
94:10 100:11
101:10 135:17
157:10 167:8,16
192:10 195:24
196:4,6
**adolescent** 187:8
190:10 198:9
**adolescents**
189:13 190:4
201:16
**adopt** 135:14
**adrenal** 101:21,22
**adult** 68:4 90:12
90:22 91:8 92:3
94:12 97:12,13
136:22 182:7
187:8 190:10
198:9 203:22
205:14,16
**adulthood** 66:24
67:3,6 68:1 90:9
90:16 93:13,16
94:15 100:3,10
101:4 102:16,19
103:8,12 104:11
133:24 146:1
170:2 193:22
203:25
**adults** 66:19 89:25
90:6 101:19,24
136:6 137:5
145:21 146:2,5
167:8,16 189:13
190:4 194:21,22
201:16 205:1,4,9
205:19,25 206:5
**adversely** 195:12
**advocacy** 51:15
85:13 138:6,13

**advocates** 85:19
**affect** 93:7,20
94:14 95:1,24
204:6
**affiliations** 83:17
**affirm** 206:23
**affirmation**
196:10,11 197:24
**affixed** 215:6
217:15 218:21
**aforesaid** 214:12
**afraid** 181:8
**afternoon** 80:1
**age** 5:1 69:4
121:21 137:11
**agencies** 53:18
118:14
**agency** 35:19 50:6
53:21 117:20
121:24
**agender** 105:5
**agents** 197:6
**ages** 42:18
**ago** 27:8 29:7,9
42:12,13 48:15
49:4 52:3 169:19
**agree** 44:21 65:2,8
66:9 85:12 91:13
96:17 97:16
105:24 108:7
115:4,19 132:17
147:17 156:2,5
166:1,18 177:19
178:25 183:2
185:6 187:13
188:5 189:11,15
189:19,24 194:3,5
194:23 196:13
199:2
**agreement** 28:2

**agrees** 209:23
**aha** 97:8
**ahead** 80:6 114:17
 168:13 192:19
**aid** 48:15 49:19
**al** 1:13 5:14,16
 75:20 216:6,6
 217:3,3 218:3,3
**alabama** 34:18
 47:5 53:6 55:22
 56:16
**alcoholic** 192:25
**align** 62:19
**allegations** 27:12
**allow** 55:23 58:19
 61:17
**allowed** 13:5,7,18
 57:4 58:15 210:10
**alpha** 66:25 93:11
 93:14 95:2,13
**ambiguity** 182:5
**ambiguous** 126:22
**amended** 34:15
**american** 2:4
 10:17 11:9 13:17
 76:3 190:15
 197:15 200:11
**amicus** 32:22
 33:13
**amount** 10:15
 13:11 29:22 43:1
 44:19 53:8 55:25
 56:5 90:10 114:15
 178:13,25 179:4
**amy** 1:11 216:6
 217:3 218:3
**analysis** 41:13,22
 120:7
**analyze** 44:4
**analyzes** 41:11

**anatomy** 166:6,11
**androgen** 66:23
 67:24 95:5,6,13
 101:18 104:4,6
 141:17
**answer** 7:1 23:16
 24:2,8 25:4 27:15
 27:16 28:8 53:15
 54:13,25 56:8
 60:1 61:7 64:19
 65:12 66:16 69:22
 70:20 71:14 79:12
 85:16 92:7 94:3
 97:2,21 98:9
 99:16 100:22
 101:15 102:23
 105:18 106:10
 107:17,19 109:16
 110:2 113:3
 116:13 118:20
 120:4,19 124:1
 129:5 131:23
 137:20 138:3
 142:11,19 143:3
 144:11 149:24
 159:6 162:23
 173:9 177:8 178:4
 179:9 182:4,15
 183:12 191:6
**answer's** 149:18
**answered** 23:4
 24:25 112:11
 118:7,18 153:4,17
 159:6 181:3
**answering** 24:5,7
**answers** 69:24
**antipsychotics**
 197:5
**anxiety** 98:14
**anybody** 16:19
 61:13 203:9

**anything's** 57:18
**anyway** 94:20
**apa** 75:3 193:5
**apas** 192:21
**apologize** 28:2
**apparent** 103:1
**appear** 36:14 89:6
 104:22 119:17
 148:2 217:11
 218:15
**appearance**
 131:19
**appearances** 2:1
 3:3
**appended** 218:11
 218:18
**apples** 113:4
**applicable** 213:7
**applies** 118:2
**apply** 116:17
 207:9
**applying** 205:8,11
 205:13
**appreciable** 90:9
**appreciably** 190:5
**appropriate** 32:13
 54:18 55:12,18
 56:4,22,24 70:7,17
 110:15 151:16
 152:24 154:12,21
 154:21 166:21
 199:5 211:1
**appropriateness**
 70:24
**approves** 10:25
**approximately**
 15:10 25:13 47:4
**approximates**
 144:25
**area** 48:6 56:12
 84:11 85:1,3

 147:1 149:16
**areas** 5:18 6:2
**argento** 1:5
**arm** 25:10 155:21
**article** 46:6 75:13
 176:5
**articles** 43:4,6,13
 43:17,19
**ashley** 1:6
**ashton** 37:14
**aside** 38:9 79:7
 158:25
**asked** 28:17 35:20
 40:25 41:16,25
 57:7,14,25 58:11
 58:12 85:3 95:20
 112:10 118:7,17
 153:3,16 159:5
 181:3
**asking** 108:2,3,7,8
 115:18 121:5
 124:23 125:24
 126:1,11 128:3
 181:4 191:25
**aspect** 65:19 102:6
 111:17 152:8
**aspects** 42:1 91:4
 92:9 111:18
**ass** 181:7
**assess** 129:14
 156:18 162:22
 164:12 172:3
 178:8 182:7
 188:21 190:20
 199:1
**assessed** 142:21
 167:17 175:10
 176:15,17
**assessing** 192:3
**assessment** 128:11
 148:7 171:10

[assessment - biochemistry]

196:21 197:9
**assigned**  71:5,7
124:15 133:23
135:12 138:9
150:6 157:14
166:1,10 177:22
177:23 179:15
202:3,16 204:15
211:4
**assignment**  124:16
217:2 218:2 219:2
**assistance**  24:15
51:5,21
**assistant**  21:12
**associated**  107:6
166:3
**association**  12:14
81:5,9 83:25
**association's**
190:16
**assume**  6:16 7:1
31:3 33:12 38:18
70:11 78:24
148:14
**assuming**  26:21
89:9 104:25
**assumption**  60:15
155:5
**athlete**  51:6
**athletes**  48:19
50:19
**attached**  36:12
218:7
**attend**  131:1
**attending**  15:2
122:12
**attorney**  25:19
191:14 215:2
**attorneys**  39:21
41:23 48:12 72:14
79:14

**attribute**  134:13
**attributes**  166:4
166:20
**atypical**  122:15
202:17
**august**  37:23
**authored**  187:24
**authorize**  218:11
**authors**  45:10,12
45:13,17,23 46:1,2
46:14,15,21
**availability**
137:23
**available**  23:22
67:22 137:12,25
166:12 175:20
**ave**  216:1
**avenue**  2:7
**average**  83:9
121:22 197:18
**aversion**  193:23
**avoid**  45:1,6
**avoided**  44:22
**aware**  85:5 96:16
135:4 138:6,15
141:9 170:24
174:18 181:12
186:4,23 198:17
**awareness**  140:7

**b**

**b**  36:13 73:3,6
**baby**  68:2 103:9
**bachelor**  7:7
**back**  36:12 66:1
69:5 86:7,10,14,18
88:1 108:23 125:9
133:8 135:1 138:8
169:14 188:3
199:13 207:10
209:4 216:15

**background**  51:4
**bad**  61:19 188:12
196:2 207:5,8,20
**base**  86:7
**based**  18:4 42:7
52:2 67:22 68:16
68:22 69:25 91:13
91:25 98:13,14
99:13,13 100:19
111:17 127:14
131:4,18 132:16
139:16 142:13
144:25 156:11
164:13 170:15
174:5 176:7
192:23
**basic**  12:24 40:18
**basically**  43:11
83:22 104:5 168:4
168:15
**basil**  1:5
**basis**  60:10 143:15
144:6 159:2
167:13 185:1,16
187:10 189:18
190:11 191:2
192:17 193:6
210:14 211:19
**bathroom**  32:23
**bauer**  75:5
**beat**  181:7
**bed**  149:12,13
**beginning**  108:21
**behalf**  2:3,19 33:7
35:14 50:25 51:15
52:7 85:14 149:14
**behavior**  195:13
195:14
**behavioral**  202:19
**behaviors**  166:19
204:18

**beings**  45:2
**believe**  27:20,21
28:19 32:24 40:9
66:11 137:13
174:11 177:3
178:12 181:19,24
**bell**  111:24
**belong**  87:22
207:17
**belonging**  88:10
**benefit**  130:10
173:20
**bentz**  75:6
**berdahl**  86:13
**best**  119:3 177:10
178:6
**bet**  183:16,16
**better**  127:18
149:15 207:10
**beverage**  193:1
**beyond**  120:7
**bias**  43:2 44:7,12
44:20,22 45:1,6,14
45:21,22
**biases**  45:18
**bibliography**
36:14 73:2,6,19,25
74:24 76:9,20
77:1
**big**  145:22 160:3
202:9 209:3
**biggest**  142:22
171:4
**billy's**  120:23
**binary**  63:7
111:19,20 112:18
113:1,17,21,25
115:3,9,12,21
117:1,5,8 119:7
**biochemistry**  7:8

[biologic - caption]                                                                 Page 5

**biologic** 60:10
65:19 111:11
193:20 199:6
**biological** 63:7
106:24 107:6,8
112:2 140:11
150:4 152:2 158:3
159:4,24 163:12
164:3,14 166:2
183:24 185:1,16
187:10 189:18
190:11,23,24
191:2,21 192:17
193:6
**biologically** 98:13
98:14 99:13
100:19 164:13
192:23
**biology** 191:16
**bipolar** 196:24
197:1
**birth** 34:25 53:12
57:1 58:5,16,20,20
60:25 61:5,9,25
62:3,9,21 66:6,13
69:11 71:2,5,7,9
71:22 115:13
116:5,7,15,22
117:8 118:2
119:12,15,18
120:2,8,23 122:20
123:13 124:15,17
124:19 125:2,12
125:15,23 127:4
127:17,20 128:10
128:18 133:8,23
135:12 138:9
142:13 150:7
156:2,21,25 157:8
157:12,15,19
166:2,10 176:17

177:6,22,24 178:2
178:7,9,15,21
179:7,12,15 180:1
180:14,18 181:15
181:21,22 182:2
202:4,16 204:15
206:18,19 208:10
209:16 211:4
**bisexual** 19:23
**bit** 36:11 72:9
188:24
**blake** 2:21 3:8,10
5:7 28:24 35:24
76:19 79:15 80:3
110:3 113:10
124:23 165:21,24
181:4 187:18
199:17 200:4,6
204:8 205:10,17
206:9 208:2 210:7
212:2 213:12
**blinding** 45:10
46:1,2,15,19
**blood** 97:6 155:3,4
155:8,13
**board** 9:24 10:5
10:17,22 11:2,8,9
11:20 12:19 13:17
15:15,19 31:25
50:22
**boards** 12:3
**bockting** 74:9
**body** 109:21
143:20 144:16
**bonham** 2:6
**bonkers** 56:22
**bono** 72:15,21
81:21
**book** 91:3
**books** 148:4

**born** 58:6 66:22
68:9,25 94:8
103:1 120:10
122:5 156:8
174:22,24
**boston** 195:18
**bounced** 24:8
**bournes** 74:15
75:6
**box** 192:7,14
**boxes** 111:16
119:10
**boxing** 50:22,25
**boy** 102:6 122:14
188:22 189:9
**boys** 166:21 202:8
202:9
**bradley** 75:7
**brain** 77:8 143:17
143:20,22 144:1,2
144:4,7,19,20,24
145:21,23 146:4
146:22 147:1,18
152:9,10,15 153:7
153:12,19 154:3,7
154:8,16 155:20
155:23,23 158:25
190:14,19,22
191:9,15 193:2
**brains** 145:25
147:11 164:14
191:9
**break** 6:21,23
35:23 76:17,20
79:16 113:9,11,13
165:23 187:19
**breda** 1:6
**brief** 33:13
**briefly** 7:5 18:8
**briefs** 32:22

**brings** 134:23
**broader** 60:5
**broke** 15:9
**brooklyn** 7:18
**brothers** 160:23
**bucket** 113:19
**bunch** 6:18 43:9
45:8 121:8 168:4
**bureau** 54:3
**butch** 135:18
**byne** 75:7

**c**

**c** 5:11 184:11
195:10 198:22
**ca** 216:25
**calculate** 161:17
**calfee** 1:21 2:20
**calfee.com** 2:25
**california** 8:22,24
9:2 16:7 50:22,24
52:2,19
**call** 10:18 23:2,2,5
25:25 59:18
140:15
**called** 5:2 19:21
59:2 168:3,21
**calling** 125:25
**calls** 53:14 54:12
56:7 106:2 107:17
115:14 116:9
117:13 118:6,19
120:4,16 177:7
182:3
**camh** 195:10
210:18
**canada** 174:14,16
**canadian** 172:17
**cancer** 151:3
**capacity** 1:11
**caption** 107:11
214:21

**card** 131:6 208:7
**care** 5:21 6:3,5,8
    6:10,12,12,13,13
    8:3 12:17,25 18:1
    19:2,4,14,16 20:1
    20:9 22:21,22,23
    24:3 29:20 31:1
    32:6 35:6,7 41:11
    41:13,20 42:10
    45:20 50:5 61:13
    70:9 71:18 74:2,5
    74:12 75:10 82:18
    83:3 85:18 114:20
    114:21 115:8
    117:17 118:1,9
    119:6 123:7 137:7
    161:22 167:19
    196:19
**career** 136:16
**caring** 122:11
**carolina** 7:8,10
**carries** 115:1
**case** 5:14,24 6:4
    23:20 27:7,21
    28:6,12,18,21
    30:18,18 31:6,7,13
    31:20 32:5,11,23
    32:25 33:25 34:2
    34:4,9,13 35:1,16
    37:14,21 38:10,15
    38:22,23,25 39:2,3
    40:17 47:5,5
    48:17 49:4,9,17
    51:11 53:4,10
    55:22 56:23 66:17
    68:7 70:9 72:18
    78:3 88:3,12 89:2
    96:14 99:22 103:8
    104:19 105:5
    110:20 114:2
    117:7 124:6,10

129:12 139:8
    148:19 149:9
    151:9 155:25
    156:19 177:14
    179:10,25 188:20
    190:3,6 194:13
    201:18 204:11
    207:5 209:21
    216:6 217:3 218:3
**cases** 26:4,25
    29:15 30:9,10,11
    30:15,24 31:3,9,12
    32:20 36:20 37:2
    38:19 39:23 40:2
    40:7,10,22 50:4,7
    50:16 52:24 53:17
    53:18,24,25 54:16
    55:3,8 63:13,19,22
    65:5 72:13 92:21
    124:15 127:3
    131:2 132:1,3
    134:18 138:4
    140:4,20 148:17
    163:10,11 165:15
    169:22 182:8
**cast** 98:2
**categories** 31:4,5
    112:5,13 114:4,5
**category** 87:23
    112:8
**cause** 17:19 22:7
    22:10 42:11 53:18
    65:7 94:16 128:20
    146:1 177:1 197:6
    206:14 214:12
**caused** 60:25 61:5
    69:9,17 103:3
**causing** 144:20
**cecilia** 196:15
    197:13

**cell** 64:23 104:8
**center** 16:7,16
    51:23 76:2 153:7
    168:15,17 175:16
    197:14
**centers** 24:3 137:4
    168:11
**central** 58:13
    105:8 140:13
**certain** 10:15
    11:22 12:20,21
    14:8 16:14 53:8
    55:25 68:21 93:19
    96:15 97:12 100:5
    100:7,8,8,10
    101:17 121:17,19
    132:1 146:21
    170:1 171:19,21
    173:5 178:13
    183:21
**certainly** 44:1
    69:3 83:14 163:1
    175:2,4 176:18
**certainty** 68:6
    101:5 102:4
**certificate** 3:12
    34:25 53:12 57:1
    58:5,16,20,21
    62:21 69:11 71:10
    71:23 116:5,7,23
    117:9 119:12,16
    119:18 120:9,23
    125:23 127:5
    142:13 156:3,25
    157:8 177:6 178:8
    178:15,21 180:14
    180:19 181:15
    206:19 208:10
    209:16 214:1
    218:11

**certificates** 62:3,9
    71:2 115:13 118:2
    180:1 181:22
**certification** 10:5
    10:14,19,23 11:1,8
    11:13 12:7,19
    15:16 17:17,18
    80:12,15,16 84:19
    85:6 217:1 218:1
**certifications** 9:22
    11:7 84:9
**certified** 5:4 9:24
    9:25 11:2 13:11
    15:19
**certify** 214:8,19
    215:1
**certifying** 16:18
**cetera** 51:17
    136:16
**challenge** 53:10
    54:9 55:3
**challenged** 207:16
**challenges** 53:1
**chambers** 152:21
**chance** 92:2,17
    157:5,6 183:14,20
    183:22 203:24
**change** 34:22
    55:24 56:4,25
    57:5 58:15,19,20
    61:18 69:10 70:3
    70:7,17 90:9,14
    100:11 102:5
    103:13,14 135:24
    136:25 139:4
    143:7,7,12 144:15
    144:16 145:21
    168:2 177:5
    178:14 179:1,5,22
    190:2,3 192:10
    194:12,21 203:8

203:15 216:13,14
218:8 219:3
**changed**  20:3
52:19 53:12 55:9
55:10 61:10 62:1
90:18 121:15
133:12 146:22
169:16 178:21
179:16 203:10
209:25
**changes**  90:1
103:16 104:8
121:23 145:23,25
178:18 189:5
190:5 204:25
216:12 217:7
218:7,9
**changing**  51:2
53:7 70:24 92:25
136:25
**chapel**  7:10,13
**character**  190:17
**characteristic**
140:10 153:12
160:4 161:3
163:13 167:8
168:22
**characteristics**
105:9 107:5
111:11 112:3
141:2 158:15
163:12 164:16,22
165:2 171:7
183:24 202:1,19
**charge**  11:6
**chart**  120:24
**charts**  120:12
121:4,6,17,18
**check**  123:12
192:7,14

**checked**  141:3
**chemistry**  190:17
192:25
**chester**  2:7
**chicago**  2:15 16:2
**child**  66:20 67:25
68:4,9,13,21 90:21
92:1,2,5 93:1,16
94:8 97:19 98:7
102:1 103:5,18
116:15 120:21
123:11,12 125:7
127:20 135:9,12
147:14,18 156:8
156:11 157:11
202:10
**child's**  91:14
93:22 94:14
120:14 122:14
123:18 182:2
203:1
**childhood**  94:10
100:1 101:10
121:9 145:22
195:6,8,24
**children**  66:18
90:14 92:11,15
99:12 102:5,25
104:10 125:14
135:5 136:2,3
137:4,4 145:20
147:11 182:9
194:20 195:3,7,9
195:12 198:25
203:3,12,19 204:7
204:24
**children's**  195:18
195:19
**choose**  153:10
**chosen**  90:24

**chromosomal**
64:15 139:23
158:7 159:17
161:18 162:13
182:12
**chromosome**
63:23,25 64:1,3
68:13 99:9 102:12
102:13
**chromosomes**
62:18,25 63:2,14
63:18 65:6 102:17
139:19 140:14
166:5 179:1
**chronically**  94:18
**circumcision**
103:2
**circumstance**
136:5
**circumstances**
55:6 122:25
150:13 180:9,19
181:11
**cisgender**  60:20
141:21 155:25
157:11 159:18
160:9 162:5
**cisgendered**  183:6
**citation**  75:3,4,8
75:16,25 86:13
186:10
**citations**  73:15
76:10
**cite**  185:2
**cited**  43:7,8 73:9
73:13,19,23 74:18
74:19,20,25 75:6,6
75:10,10,11,12,14
75:18,19,20,22,23
75:24 76:1,2,4
95:8 99:18 153:22

**159:8,16 185:19
186:6
**citing**  185:8
**citizen**  120:10
**civics**  56:11
**civil**  1:9 2:4 5:3
213:3,7 217:5
218:5
**claim**  27:23
**clarification**
124:24 126:11
**classes**  10:11
12:21 56:11
**classification**
113:17
**clear**  107:24
108:18
**clearance**  209:1
**cleveland**  2:8
215:7 216:2
**client**  118:23
**clients**  41:10 45:19
52:7,16,23 115:6
117:19 206:21
**clinic**  19:23 20:3
20:12,23 27:18,21
28:19 133:3
199:16
**clinical**  18:16
22:19 65:8 140:11
151:19 170:19
193:17
**clinician**  24:1,21
**clinicians**  210:11
**clitoris**  127:21,24
128:4,5
**close**  17:8 69:6
76:17 88:17 145:5
**closely**  144:24
**closer**  9:4 117:23

closest 16:16
closet 135:2
clothes 202:18
clue 103:16
clues 122:21
cmv 1:10
cohen 198:21
coin 91:25
coincide 188:19
coleman 74:9
colleague 211:16
colleagues 211:25
collect 148:14
collecting 43:24
college 56:12 76:3
149:7
collin 75:10
color 176:8
columbus 1:22
2:23
combination
63:13 65:5 111:10
come 19:15 21:5
22:15 46:10 61:11
61:12 102:7 138:5
144:13 152:5,7
173:6 186:21
194:18
comes 20:12
121:24 148:25
153:24,25 154:2
188:10
coming 16:21
commenced 90:16
comment 57:19,19
commented 57:12
commenting 76:1
comments 57:22
commission
215:17 217:19
218:25 219:25

commissioned
214:8
committed 31:16
31:18
committee 84:17
84:18,20,21,24
committees 84:10
84:13,14 85:8
common 64:21
87:17 95:10
133:16,17 135:5
136:5 141:18,20
155:15 159:9
161:2 186:6
commonly 96:7
communicated
121:2 132:7
community 56:15
60:6 210:2
commute 9:5
company 41:9
45:15
compared 60:20
185:25 198:6,15
198:16
comparing 173:19
197:23
comparison 161:4
compatible 64:2,4
65:6
compensated
72:11,17,18,22
compensation
72:15
compete 48:19
51:1
competency 12:24
compiled 43:9
compiles 121:13
complaint 28:14
59:2,10 76:24

177:17,18 180:2,7
180:11,20 181:12
complete 10:12
12:22 15:7 17:11
66:22 67:24 95:5
98:18 101:17
104:4
completed 12:2
13:19 196:9,10
214:22 216:15
completely 23:17
44:8 45:3 167:1
completion 90:17
complex 23:20
105:20 110:14
160:4
complicated 24:16
63:3 72:7 100:24
111:3 189:8
component 99:20
142:25
components
139:16 158:3
compound 99:16
100:22 123:16
166:8
comprise 158:4
169:7
comprised 11:16
comprises 170:13
concept 63:3
87:19 90:21 91:1
106:3 107:7
conception 63:11
63:17 65:3 195:5
concert 10:18
conclude 32:10
61:25
concluded 54:10
170:17 212:6

conclusion 53:15
54:13 56:8 62:17
66:9 107:14
115:15 116:10
117:14 118:6,20
120:4,17,18 177:8
182:4 185:6
187:13
conclusions 60:4
62:2 71:1 194:3
concordance
186:2
concordant 98:25
159:12
condition 67:4
68:3 93:3,4,10
103:23 143:10
conditions 66:18
69:1 85:19 103:19
103:24 125:14
conduct 7:16
142:1 181:25
conducted 78:24
122:25 141:10,23
170:4 172:14
174:13,19 197:23
conference 14:6
15:3 203:14
211:16
confirmation
162:2
conflict 177:21
188:15
conflicts 46:21
conforming
195:14
conforms 136:18
136:21
confuse 55:21
congenital 95:4
101:22

congruent 111:18 207:1
connection 40:22 79:8
consensus 46:11
consequences 180:16
consider 30:1 55:2 141:8 152:11 205:2
consideration 65:20
considered 50:9 105:9 201:21
considers 166:21
consistently 193:21 207:25
constant 147:3,6 190:16
constitutional 56:10
constitutionality 55:14
constructed 166:19
consultant 51:15
consultants 24:19
consultation 18:16 22:20
consulting 40:19 47:15
contain 11:25
contains 176:11
contend 138:21
contention 159:3
context 192:12
continued 80:2
continuing 10:16
continuous 10:18
continuously 18:11

contradiction 60:4
contraindications 56:17
control 145:10 173:16,18
controlled 146:7 173:24 176:20,24
controlling 155:4
conversation 23:6 211:15
conversion 206:6
cool 79:17 212:3
coolidge 75:10
coordination 25:11
copied 43:12,12
copies 36:15
copy 36:8 57:17 73:2,6 80:8 89:7 104:18,23 187:23 213:13
corbitt 36:22 38:10 104:19 106:1
correct 8:10 11:14 17:2 18:7 19:8,13 19:18 20:15 22:1 22:17 23:23 25:12 31:8,19 32:3,9 33:2 34:6,15,24 37:20 38:16 39:1 53:9 58:23 69:2 74:6 77:16 80:9 80:10 81:1 82:12 86:14 89:9,19 91:22 95:15 96:2 96:11,20,25 104:25 108:12 109:3,6 110:8 115:22 116:3,6 119:21,24 124:20

128:12,14 131:16 135:16 139:15 146:20,24 147:17 150:16 151:2,25 156:14 158:5,10 158:13,17,24 162:15 163:18 172:12 179:3,21 183:5,7 185:11,14 186:24 198:23 208:12,14 210:3 214:17
corrected 44:17 132:5
correction 89:3
corrections 36:23 38:18 216:12 218:17
correctly 62:13 128:6,16
correlation 160:14
correspond 188:15
corresponded 147:8
counsel 39:14 47:6 49:10 57:8,14,25 79:7 213:1,10 215:2
counseled 193:21
counsels 40:2
count 139:23
counter 42:5
countries 173:2 174:15
country 16:24 168:16 173:2
county 7:18 214:4 217:10 218:15
couple 17:10,24 27:8 29:6,8 30:22

32:21 36:16 40:15 43:19 44:9 59:8 171:6 180:3 201:12 206:24 208:4
course 13:9 19:3 59:4 140:1 149:2
coursework 10:12 13:1,13 18:3
court 1:1 3:15 50:12 52:8 199:25 217:7
covington 8:16,19
create 44:23 103:5 103:6 121:3 150:9
created 86:8 175:16
creates 13:2
creating 86:11
credit 208:7
criteria 11:21,23 11:24 12:1 85:6 201:13 204:6,12 210:16 211:13
critical 142:25
criticize 41:25
cross 205:24
crucify 78:18
crux 59:10
cruz 33:6,16 36:23 38:24 41:21,23 42:2 44:16 47:6 47:10 49:8,17,21
cultural 107:4
curbsiding 49:3
current 83:18 202:22
currently 210:12
curriculum 11:12 22:14

cursory 122:13
  123:9 126:2
curve 111:25
custody 3:14
cutoff 84:8
cv 1:10 36:13,17
  73:2 80:8 85:23
cystic 64:22

**d**

d 160:3 199:10
dallas 15:22
dangerous 56:20
  181:10 196:2
dark 42:18
data 25:5 73:16
  121:15 148:14
  175:15,20 176:4,6
  179:15 188:9,24
  188:25 189:1
  190:7 205:14
date 14:20 18:17
  213:11 216:8
  217:3,9,19 218:3
  218:13,25 219:20
  219:25
davis 8:23,23 9:2,7
  9:18 18:20,24
  19:7,10 21:14
  22:10,12 81:14,23
day 17:13 215:7
  217:16 218:22
  219:22
dayne 199:13
days 216:19
dead 143:22
  152:11 154:7,8
deadline 14:15,16
deal 100:25
  101:12 102:11,21
  103:20,25

dealing 195:20
dear 216:10
decades 136:15
decide 12:4 134:2
  135:1
decided 138:17
declaration 4:5,6
  4:7 37:8,17,22
  38:7 88:2,21 89:2
  89:7,12 91:2
  104:14,19 106:1
declarations 89:18
declarative 164:7
declared 45:21
decreased 197:19
deed 217:14
  218:20
deemed 216:20
deep 171:24
defendant 27:2
  31:14 35:3,10
  51:13
defendants 1:15
  2:19 35:8,9 36:7
  37:12 39:7 57:21
  58:18 61:22 67:10
  69:9 80:5 86:23
  88:2,25 104:18
  106:2,20 108:24
  114:19 119:15
  139:6 151:9
  157:23 167:5
  187:5,22 209:5
deficiency 67:1
  93:11,14 95:2
define 25:16 67:14
  87:25 89:13 107:3
  108:11 109:1,22
  110:5,11 164:1
defined 90:3
  109:13

defining 87:19
definite 99:21
definitely 176:14
  197:17
definition 62:7,11
  62:15 65:1 87:1
  89:17 90:20 91:3
  91:6 105:14
  108:15,20 109:21
  110:18,24 111:9
  126:25 191:16
definitions 87:5
  90:20 105:15
  110:19 111:7
definitive 60:17
degree 7:9,13 82:6
  84:18
degrees 101:5
delays 177:11
delivery 122:12
  213:9,11
demonstrates
  194:24
denial 207:3
denied 50:5
  134:24
deny 41:20 42:10
department 1:12
  5:15 21:22 36:22
  38:17 89:3 216:22
departments 10:9
depend 188:8
dependent 164:23
  165:4,16,20
depending 105:20
depends 103:22
deposed 5:5 6:16
deposition 1:17
  6:20 25:21 36:2
  36:21 37:5,7 38:2
  38:5 88:20 104:13

184:4,16 200:19
  212:6 214:20
  216:8,11 217:1,3
  218:1,3
depression 98:14
  190:16 192:24
derby 51:2
descended 123:21
  156:23
describe 18:8
  60:18 71:19 87:14
  111:21 164:3
  180:21
described 43:3,16
  61:10 88:11
  111:22 136:5
  146:8 174:1
  180:19 181:12
describing 7:5
  105:10
description 4:2
  169:21
designation
  116:22 117:1,1
desist 194:19
  198:11
desistance 194:9
  198:1,2,3,9 204:6
  204:22,23 205:8
  205:12,14,22
  211:14,22
desisted 198:6,18
  198:25
despite 115:7
  117:4 200:1
detail 105:22
detailed 110:20
  122:18,24 192:16
details 142:7
detect 66:12

**detectable** 66:6
68:3 93:4 189:12
**determinable**
196:5
**determinant** 62:19
152:1
**determination**
125:3,5 134:14
151:20
**determinative**
96:24 100:20
151:17 152:25
154:12,22 159:22
**determine** 65:18
67:18 94:6 123:10
128:21 129:2
130:14 136:17
140:23 143:21
156:7 157:18
165:15 178:2,6
182:1
**determined** 63:12
65:3 95:21 122:7
139:18 142:8,16
143:17 163:15
187:7
**determines** 71:8
97:4 144:7
**determining** 63:14
65:5,20 126:9,15
126:17 139:17
140:10 148:10
161:2 171:11
206:18
**detransition**
133:20 134:14
138:8,12 139:3
167:20 204:22
206:1
**detransitioned**
133:11,14 134:7

170:5
**detransitioning**
135:5,9,25 136:6
205:3
**develop** 94:17
103:3
**developing** 92:24
201:3
**development**
101:9 145:23
160:11 203:10
**developmental**
63:24 93:18 195:6
**dhejne** 199:10
200:3
**dhejne's** 196:15
**diabetes** 82:25
83:2 155:7,10,13
**diabetics** 155:3,5
**diagnose** 132:18
164:10 202:20
203:17 211:2
**diagnosed** 129:24
143:10,11 161:23
201:19 203:3,5
210:13
**diagnoses** 95:4,18
**diagnosis** 162:10
176:21 177:3,14
177:19 201:24
210:25
**diagnostic** 201:13
201:25 204:3,5,12
**diamond** 75:11
**diamond's** 99:19
185:18
**die** 98:2
**dies** 152:10
**differ** 62:16
**difference** 99:7
108:6 144:23

202:9 204:21
**differences** 201:13
201:14
**different** 24:3
46:17 85:19 87:7
88:15 89:17 91:11
92:9,14,14 94:25
95:7 114:8 117:19
118:11 119:1
124:14 128:4
147:15 148:8,9
149:19 162:20
169:2,4,6 171:13
171:15 182:20
189:7 192:12
194:18 195:17
196:3 202:3,11,15
204:14 208:5,5
**differently** 211:3
**difficult** 52:22
138:5
**diluted** 203:19
**diminishes** 32:15
**direct** 52:4,6,13
**directed** 138:7
**direction** 179:23
195:4
**directly** 86:21
**director** 1:12 5:15
133:3
**disagree** 62:5,6,8
62:22 63:15 64:5
132:22 166:13,24
188:5 193:8,12
199:2
**disagrees** 196:4
**disclose** 180:1
**disclosed** 46:21
180:14,15,18
**disclosing** 180:17
181:14

**disclosure** 188:22
188:23 189:8,13
190:9 192:7
**disclosures** 180:9
**discovered** 162:10
**discovery** 78:14
**discrete** 112:4,8
112:13
**discrimination**
73:12 75:15,21
175:8,13
**discuss** 69:8
**discussed** 76:24
87:2 110:18 156:9
200:2,3
**discussing** 158:8
**discussion** 196:22
205:9,13
**disenfranchised**
48:23
**dishonest** 191:24
**dismiss** 77:20,22
78:5
**disorder** 103:2
109:4 162:10
190:17 192:24
196:24 197:1
201:9,10,21
202:21 203:4,18
**disorders** 82:17
203:12
**distinct** 106:24
**distinction** 106:7
107:14 108:6,9
201:8
**distinguishes**
106:15
**distress** 177:20
**district** 1:1,2
37:13,15

**divided** 6:11
**division** 1:3
**divorce** 137:3
**doctor** 8:6 22:25
  23:8,8 122:11
  124:19 125:1
  126:7,14,20
  127:19 148:13
**doctors** 11:1 12:7
  126:4 127:15
**document** 31:7,9
  33:24 34:4,8,9
  36:9 61:21 70:25
  75:5,9,19 88:4
  89:12 91:7,8
  105:2 114:18,22
  116:4 119:8 139:6
  156:3 172:10
  173:19,20,24
  174:1,3,6
**documents** 57:6
  61:18 69:15,18
  70:4,8,18 90:25
  116:1 117:20
  118:12,15 119:5
  151:18 153:1
  154:14,23 173:22
  178:24 184:14
  206:23,25 207:7
  207:24 208:1,6,12
  208:13,16 209:2
**doe** 1:5 28:23,25
**doing** 14:5 45:9
  52:6 127:16 161:4
  172:23 191:19
  192:6 195:12
  196:2
**donor** 143:22,24
**dr** 37:18 57:9,12
  57:16 58:2 59:3,5
  59:10,14,15,15,23

60:3 61:3,24,25
  62:6,12,16 63:5
  64:5 66:2 69:5,7
  69:19 70:6 75:25
  76:25,25 99:19
  106:7 107:13
  108:4 167:10
  184:10,11 185:2,8
  187:4,5,14,15,24
  188:4,20 189:11
  189:16 193:4,16
  193:25 194:2,6,23
  199:24 209:5,21
  209:24
**draft** 51:6
**draw** 152:22
**drink** 192:25
**drinking** 131:3
**drive** 9:8
**driver** 180:23
**driver's** 34:11,12
  34:13,15,22 38:14
  39:2 52:18 53:4,7
  55:24 56:5 131:4
  131:17,18 132:4
  174:9 208:8
**dropped** 20:17,18
  27:20 28:18
**drug** 45:15,15
**drumbeat** 190:16
**drunk** 131:10,12
  193:1,2
**dsd** 101:25 102:17
  103:1,10 116:16
  143:14 161:24
  162:8,11 201:19
**dsds** 60:9 95:12,15
  95:16,23 96:1,6,8
  96:9,13,16,18,21
  101:17 102:14
  111:15 125:14

161:19 182:9
  201:17
**dsm** 193:5,11
  201:11,12,17,17
  210:9,10,16 211:8
  211:13
**due** 137:15 177:21
**duly** 5:4 214:7,10
**dumb** 75:14
  195:15
**dysphoria** 109:2,8
  129:24 130:7
  162:9 164:10,11
  171:10,15 176:21
  177:4,15,20 201:9
  201:11,16,20
  203:6 204:13
  207:4 210:13
  211:3

**e**

**e** 23:4 25:1 29:1
  41:4 47:18 74:9
  198:22,22,22
  199:10,10
**earlier** 81:14 87:3
  106:4 137:16
  159:10 170:3
**early** 19:24 90:15
  100:1 145:2 163:3
  163:8,16,24,25
  164:17 194:16
**ears** 98:16 152:12
**easily** 70:3
**eastern** 1:3 37:13
**easy** 52:20 74:20
**ebonham** 2:10
**edition** 114:20
**edmo** 36:22 38:17
  89:3
**educated** 67:7,21
  68:4 91:20,21,24

**education** 7:5
  10:16 12:18
**effect** 207:15
**eight** 25:23,25
  26:3 29:14 197:19
**either** 19:24 29:22
  63:12,19,21 65:4
  82:14 85:7 87:23
  103:1 116:21
  147:13 152:19
  166:3 185:10
  194:7 202:12,24
  205:23 215:2
**elderly** 136:9,12
  137:14
**electronic** 16:15
  23:3
**electroshock**
  193:23
**element** 56:19
  58:13 207:13
**elevated** 155:7
**eliminate** 32:16
  45:4,5
**elizabeth** 2:6
**email** 216:16
**emergency** 5:23
  6:3 7:22,25 8:3,5
  8:6 9:21,24 10:5,9
  10:17 11:9,17,24
  12:2,8 13:17,20
  15:16 18:21 19:1
  19:6,11 21:22
  26:5 130:18
  148:13,13,25
  149:22
**emotion** 190:13
**employed** 10:10
**employer** 208:21
  208:22

| | | | |
|---|---|---|---|
| **employers** 208:23 | **especially** 48:23 | **exactly** 16:5 40:20 | **exams** 13:1,2 |
| **employment** 9:16 | **esq** 2:6,13,21 | 42:11,17,17 54:6 | 15:20 |
| 9:17 | **essentially** 8:3 | 65:14 68:14 72:25 | **exceedingly** 64:14 |
| **enclosed** 216:11 | 12:15 16:12 22:20 | 77:13 111:16 | 64:21,23 |
| **endocrine** 75:17 | 71:5,21 144:4 | 119:9 171:8 | **exclusive** 95:19 |
| 82:17 | 173:17 | 175:18 | **exclusively** 48:4,5 |
| **endocrinologist** | **establishment** | **exam** 10:24 12:4 | **excuse** 35:22 |
| 83:15 | 206:8 | 12:23 13:8,14,21 | 76:16 165:22 |
| **endocrinologists** | **et** 1:13 5:14,16 | 13:23 14:1,7,10,23 | **executed** 218:10 |
| 82:20 | 51:17 75:20 | 14:24 15:1,6,15,17 | **execution** 217:14 |
| **endocrinology** | 136:16 216:6,6 | 15:24 16:1,5,12,15 | 218:19 |
| 82:14 83:6,10 | 217:3,3 218:3,3 | 16:18,22,25 17:7 | **exhibit** 3:14 4:3,4 |
| **ends** 114:8 | **ethical** 172:24 | 17:11,13,15,23 | 4:5,6,7,8 36:2,7 |
| **enter** 7:13 | **ettner** 59:14 | **examination** 3:7 | 37:7 39:7 57:21 |
| **entered** 49:7 | 184:12 185:2,8 | 5:2,6 80:2 122:13 | 61:22 67:10 73:1 |
| 142:13 218:9 | 187:5,24 188:20 | 122:19,24 123:1 | 73:6 80:4,5,6 |
| **entire** 196:10 | 189:11 | 123:12 126:2 | 86:24 88:20,25 |
| 217:5 218:5 | **ettner's** 59:5,15 | 127:16 199:21 | 104:13 106:2,20 |
| **entirely** 28:3 | 76:25 187:15 | 210:6 | 108:24 119:15 |
| 34:20 49:9 59:6 | **european** 167:22 | **examinations** | 151:9 157:24 |
| 66:10 | **evaluated** 132:25 | 78:25 | 167:5 184:4,8,9 |
| **entities** 164:14 | 133:6 139:1 | **examined** 16:4 | 187:23 200:16,17 |
| **entitled** 207:12 | 193:20 | 25:21 | 200:19,24 209:5 |
| **entity** 11:11 | **evaluating** 128:23 | **example** 45:16 | **exhibited** 44:12 |
| **entry** 209:17 | 156:11 | 46:23 50:21 55:4 | **exhibits** 3:5,15 4:1 |
| **environment** 93:6 | **evaluation** 123:3,4 | 55:22 56:16 67:15 | 36:12 73:3 |
| 98:24,25 99:3,3 | 123:5 132:16 | 73:11 74:2,12 | **exist** 112:16 |
| 160:20,21,25 | 148:11 192:16 | 87:15 90:4 93:1 | 149:24 |
| 161:1 163:3,7,8,16 | **evaluations** 129:1 | 93:10 94:5 95:1 | **existed** 138:11 |
| 163:24,25 164:17 | 130:11,13 | 98:22 104:3 | **expect** 72:16,22 |
| **equality** 175:17 | **event** 12:6 215:3 | 111:14 120:11 | 144:25 147:7 |
| **equals** 43:22 | **everybody** 16:13 | 130:7,18 133:22 | **expectations** |
| **equivalent** 54:4 | 85:2 154:5 161:24 | 135:12 148:3 | 177:25 |
| **er** 131:13 188:10 | 162:1 | 150:15 152:21 | **expenses** 72:18,23 |
| **errata** 216:13,19 | **everybody's** 173:3 | 174:2 180:22 | **experience** 13:6 |
| 218:7,10,18 219:1 | **evidence** 120:9 | 185:18 188:9 | 13:11,15,20 18:5,9 |
| **erred** 181:20 | 183:8 | 191:17 202:1 | 22:3 23:10,11 |
| **error** 127:7 | **exact** 10:20 14:20 | 208:17 209:10 | 52:21 69:13 70:1 |
| 150:22 181:23 | 15:12 41:14 50:23 | **examples** 46:17 | 85:1,3 98:17 |
| **errors** 44:17 | 98:22 | 96:3 186:10 | 139:2 141:4 |
| | | | 169:14 170:19 |

189:10 191:10
192:11,11 193:17
201:5 207:23
**experienced** 22:23
23:14
**experiences** 207:6
**expert** 4:4,8 5:13
5:19 6:2 25:14,16
25:20 26:2,5
29:15 30:6 32:4
33:17,25 34:4
35:13,18 36:3,8,20
37:2 39:10,13,21
39:24 40:7,12
44:16 47:1,15
48:12 51:13,15
52:25 54:8 57:9
57:16 58:1,3
61:23 72:19 77:3
80:5 82:7 86:2,4
88:12 106:16
107:17 108:12,17
109:23 115:10,24
142:24 184:5,10
184:11 185:3
193:4 206:3
**expert's** 83:22
107:18
**expertise** 5:18
22:10 48:6 56:13
82:9,13 83:13
84:11
**expiration** 217:19
218:25 219:25
**expires** 215:17
**explain** 91:1
**explained** 109:17
**explaining** 110:16
**explicitly** 71:11
108:11 109:13,22
110:5,11

**expose** 208:16
**expounded** 105:13
**express** 114:16
135:10
**expressed** 86:2
168:2
**expression** 114:10
115:12 119:3
166:23
**extend** 146:1
**extensive** 13:6,10
13:19
**extent** 27:15 69:16
73:18 163:7
**external** 62:24
63:1 68:10,12,22
102:20 105:6
125:11 126:3
142:9,14 166:5,6
**extra** 208:17

**f**

**f** 25:1,1
**facilities** 32:24,25
52:11,12
**facility** 52:9
149:19
**fact** 57:24 85:2
100:11 111:17
128:16 143:20
145:21 183:13
194:25 196:22
197:7,11,18 200:1
**factor** 65:21
140:15 151:17
152:25 154:12,22
**fair** 7:2 24:11
47:13,25 55:20
80:18 100:16
**fairfield** 214:4
**fairly** 90:16
167:17

**fall** 31:3 111:16
121:10
**familiar** 87:6
114:22 180:8
193:25
**familiarity** 83:4
**family** 21:16,20
22:9,13,24 122:10
134:21
**far** 40:21 55:9
60:6 101:9 106:12
114:5,6 173:11
186:2 199:7
**feared** 180:13,25
181:14
**fearful** 180:22
**federal** 5:3
**fee** 72:19
**feel** 6:1 87:22 91:9
170:21,21 192:9
195:21 204:13
**feeling** 148:18
167:9 171:18
190:13
**feelings** 191:10
**feels** 29:8 177:20
**fellowship** 8:13,14
**felt** 110:15 203:15
**female** 63:12 65:4
66:21 67:2,7,16
68:1,5 87:16,23
88:11 90:5 92:3
92:13 93:12,15
101:3 102:19
103:7 105:4
111:13 112:5,9,13
112:18 113:16,19
114:4,6 116:8,22
118:24 123:18
126:21 133:23,25
135:12 144:14

149:12,22 150:18
151:18 152:3
153:1 154:13,23
156:8,24 157:6,16
165:10 166:3
186:12 192:8,14
207:19 209:23
**fertilization** 65:15
100:15
**fetus** 63:11,18
65:3 67:23
**fetuses** 65:15
66:22,25
**fibrosis** 64:22
**field** 82:4
**figure** 97:6 161:25
173:5 192:2
195:22
**figured** 43:2 93:17
**figuring** 195:24
**filed** 28:13 29:10
37:22
**fill** 173:9
**filling** 127:8
**find** 16:16 30:19
52:22 68:2 74:21
130:11 153:25
154:24 161:9
184:25 185:16
193:12 216:11
**fine** 28:24
**finish** 76:19
**first** 5:4 13:9
15:18 29:2 69:24
74:8 75:2 80:22
86:12 115:1
178:17,19 185:12
185:13 188:5,6
189:4 192:9
214:10

**[fit - gender]**                                      Page 15

**fit**  112:14 113:18 113:23 114:4,5,7 119:9
**five**  26:20 66:25 93:10,14 95:2,13 97:18 134:19 186:17,18 202:13 202:13,24,24 209:13
**fixed**  90:16,22 93:9,20,23 100:4 102:2 135:25 138:22 194:16
**flag**  209:3
**flight**  72:23
**flip**  89:1
**flipping**  91:25
**floating**  151:8
**florida**  38:22
**flows**  155:18 179:23
**fluid**  90:14 92:9,20 194:25 195:7 204:25
**fluidity**  90:21
**fluidness**  91:14
**focuses**  48:22 106:7
**fold**  196:9,14 198:5
**folk**  160:8
**folks**  16:4 19:12 21:5 23:9 85:14 96:9,13
**follow**  18:22 121:9 197:5 198:24
**follows**  5:5 189:25 190:6
**footing**  64:7
**footnote**  74:22 186:16

**force**  49:6 75:3
**foregoing**  214:16 214:21 217:13 218:18
**forget**  38:4
**form**  73:7 77:11 86:1 95:3 137:5 162:7 173:9 208:20
**formed**  121:6
**former**  199:12
**forming**  73:20 74:1 76:14 186:25
**forms**  101:21 167:13
**fort**  15:22
**forward**  216:15
**found**  10:3 43:4,5 43:6,8,17,19 128:24 162:3 168:5 172:9 197:17
**foundation**  2:5 61:7 181:3,5 204:8
**founded**  19:25
**four**  7:24 15:8 37:3 40:2 43:22 133:5 152:21 202:12,24
**francisco**  9:1,3,8,8
**fraser**  75:11
**fraternal**  99:2,8 159:12 160:15,17 160:22 186:1
**free**  48:8 217:14 218:20
**frequency**  141:14
**frequently**  142:21
**fresh**  17:20

**friday**  131:2
**fringe**  60:7 206:11
**front**  61:15 92:1 209:7
**full**  13:13
**function**  130:21 140:12 144:1 190:19,22 191:8
**functional**  144:22 145:6,10 146:7,11 147:12 159:1 185:21
**functioning**  143:23
**functions**  191:15
**further**  210:5 212:2 214:19 215:1

**g**

**g**  5:11 29:1
**game**  188:18
**games**  202:5
**gametes**  158:18
**gavin**  32:22 33:12
**gay**  81:4,8 204:20
**gee**  52:10 91:10 94:17 119:1 162:1 162:7 188:19 189:4 192:4 210:24
**gei**  10:1 12:11,18 13:2,23 17:23 18:4 80:12,14,25 84:8
**gender**  57:5 58:5 58:21 66:5,12 67:14,19 68:17,21 70:3 87:2,6,9,14 87:19 88:8,10 89:13,14 90:6,11 90:13,20 91:5,10

91:14,16 92:4,12 92:19,21 93:4,20 93:22,24 94:24 95:22,25 97:5,11 97:13,17,24 98:6 98:11 99:12 100:2 100:17,18,20 101:3,3,7,9,13 102:3,11,15,19,21 103:15,17,20,25 105:2,7,14 106:8 106:12,15,23 107:3,15,21,21,22 107:23 108:6,10 109:1,4,8,10 112:25 113:24 114:3,6,10 115:3,9 115:12,21 116:2 116:15 117:6,11 119:2,9,17 124:14 128:2,9,17,21 129:2,24 130:7,14 131:15 133:7,12 133:23 136:10,15 136:17,21 138:21 139:3,10 140:7,12 143:1,7,13,17,25 144:4,8,14,21 145:1,4 147:2,8 148:22 149:1 151:16,18,19 152:3,24 153:1 154:11,13,20,23 155:23 156:6 157:16 158:21 159:3,22,22 160:11 162:2,9,9 163:2,15,23 164:1 164:9,10,18,22 165:3,9,13 166:18 166:23 167:7,14

167:17 168:2,15
168:25 169:2,4,6
169:16,18,24
170:9,18 171:1,10
171:11,14,15,20
171:25 172:10
176:21 177:4,15
177:20,21 178:1,6
178:17,23,25
179:4 182:7 185:1
185:16 187:6,10
187:11 188:21
189:7,19,23 190:1
190:3,10,11,18,22
191:1,3,8,12
192:17 193:7,18
194:24 195:8,12
195:14 196:10
197:24 199:4
201:9,9,10,11,15
201:20,20 202:2,5
202:6,10,15,17,18
202:20 203:4,6,12
203:16,18,22
204:12,14,18,19
204:25 205:24
206:4,23 207:16
207:25 208:19
210:13 211:2,20
**gene** 63:23 95:9
98:22 99:9 158:11
159:8,20,21
160:10 165:9,12
186:6
**general** 7:20 60:14
75:5 76:5 77:10
82:15 87:8 122:6
182:13
**generally** 12:16
29:16 48:1 54:14
75:8,12,19 76:11

122:8 123:2 182:6
204:2
**genes** 94:5,8,23
95:3,21,24 99:6,23
99:24 100:6
186:11
**genetic** 94:25 95:8
97:7,10,15 99:20
**genetically** 99:4
160:22 161:3
**geneticist** 82:4,11
**genetics** 82:5,8,10
83:5 93:5 160:2
160:20,24 163:16
**genital** 166:10
206:17
**genitalia** 63:1
68:11,12,22
102:20 103:9,13
124:19 125:11,19
126:3,7,14,18,21
126:21 127:16
142:9,14
**genitals** 62:25
103:15 122:14,15
122:19 123:3,18
127:12 155:22
**getting** 64:25 69:5
178:17 197:17
**gid** 201:15
**girl** 102:6 103:5
122:15 188:23
189:9
**girls** 166:21 202:7
202:8
**give** 5:19 94:4
108:14 109:20
110:17,23 111:7
130:17 143:24
213:1,10

**given** 104:4 144:3
144:5 149:23
157:4 166:20
196:14 214:13,18
**gives** 69:16
**giving** 46:16
117:20
**glma** 81:8,9 83:21
**global** 12:18
**go** 8:13,21 9:7
14:23 15:23 16:3
16:9,25 25:5
45:18 66:1 71:24
75:1 80:5 86:10
86:18,22 89:10
105:21 114:17
132:2 135:1
139:17 140:2
141:2 147:21
148:8,9 149:19
151:4 157:22
167:4 168:13
172:5 185:8 186:9
192:19 193:14
196:7 199:18
207:10
**goes** 8:1 33:16
71:3 107:2
**going** 6:17,18 8:7
20:10 44:3,5 49:6
51:9 52:8 67:8,25
68:5,7,18,22 80:4
92:2 94:14,17,19
94:21 97:8 100:1
100:7 102:4
103:11,14 113:10
113:12 128:12,13
145:14 146:16
149:2,11 154:8
156:12,16,24
157:5,6 162:13

165:12 171:23
182:8 183:15
195:15 198:10
199:23 203:21,21
204:19
**gonad** 158:23
**good** 46:5 67:25
68:12,14,15,19
74:11 75:5,8,12,19
75:23 76:5,11
102:4 117:24
136:1 156:12
181:9
**gorton** 1:18 3:7
5:1,6,10 37:18
80:2 86:12 199:21
199:24 210:6
214:9 216:8 217:4
217:9 218:4,13
219:20
**gotcha** 25:23
**gotten** 198:14,15
**government** 35:18
53:2 55:15
**governmental**
53:21 54:9
**graham** 32:22
**grandfather** 13:5
**great** 39:25 100:25
101:12 102:10,21
103:19,25 115:24
**greater** 101:23
197:2 203:25
**greatest** 144:5
**grew** 121:21
**grimm** 33:12
**griswold** 1:21 2:20
**ground** 6:18
**group** 48:13 51:25
95:3 138:15
170:12,13 173:16

173:18,21 197:11
197:12 198:5,24
200:13 203:19,20
**groups** 51:16,19
111:14 138:7,7
169:3
**grow** 203:22
204:19 205:23
**growth** 120:12,24
121:3,6,17,18
**guess** 17:12 42:19
59:3 64:25 67:7
67:22,25 68:4,12
68:14,15,19 91:20
91:21,23,24,24
125:9 129:17
156:12 162:6
210:21
**guide** 75:23
**guidelines** 74:11
74:12 75:17
**gut** 94:18

**h**

**h** 5:11 41:4 195:10
198:22 199:10
**half** 29:18 31:2
64:8,10 125:16
**halfway** 74:8
**halter** 1:21 2:20
**hand** 112:7 215:6
**handbook** 193:5
**handed** 36:6 37:11
88:24 104:17
184:8 187:21
**handful** 134:6
**happen** 19:12
61:19 121:16
**happened** 210:22
210:24,24 211:6,6
**happening** 68:9
191:21

**happens** 123:19
127:2 196:17
**harassment** 207:3
**hard** 134:11,25
136:23 169:17
170:23
**hardwired** 89:13
89:24 92:4,22,23
92:25 93:25 94:14
97:18 98:6 99:12
**hare** 75:16
**harm** 60:25 61:4,5
69:8,13,17 71:25
115:25 180:13
181:1,14
**harmful** 206:15
**harms** 58:6 61:11
61:12 70:4,11
**hate** 163:21
**hayes** 41:1,3,8,9
41:17 42:1,4,4,7
42:20,24 43:10,25
44:11,16 45:7,17
46:13,18,20
**head** 41:7 49:6
**heading** 63:5,7
106:23
**health** 1:13 5:15
5:21 6:3,5,8,10,12
8:24 9:1 12:14,16
13:3 19:20,20
20:4,5,11,18 22:21
22:22 24:3 41:11
41:13 45:20 71:18
74:12 83:25 84:6
85:18 98:15 115:2
115:20 117:18
119:6 149:7
192:22 196:19
197:19 198:16

**health.org** 74:23
**heard** 138:11,12
138:19
**heart** 152:21
153:9 155:21
**heed** 70:5
**height** 94:6,15
99:23 100:8
**help** 51:21,21
197:16,18
**helped** 139:3
**hembree** 75:16
**henningsson** 75:19
**hereinafter** 5:4
**hereunto** 215:5
**hey** 49:3 131:15
207:17
**high** 1:22 2:22
56:11 60:23 155:3
155:13
**higher** 60:21
141:17 160:7,14
161:15 162:4
174:22 175:1
182:23 183:14
**hill** 7:11,13
**hipaa** 28:10
**hired** 44:15
**history** 56:12
121:1 129:7
**hold** 133:13
**honest** 191:20
**honestly** 11:22
17:19 24:14 39:8
74:17 111:5
**hormonal** 129:25
158:14 163:17
164:18,20
**hormone** 29:23
140:23 141:6,11
150:10 166:5

**hormones** 135:20
158:14
**horrible** 42:23,24
**hospital** 7:19 8:4
8:15,23 20:22,23
21:15 28:19
130:24 149:11
195:19
**hospitalizations**
197:4
**hospitalized**
149:10
**hotel** 14:25 15:2
72:23
**hour** 113:11
**hours** 15:8 17:10
17:21,24 72:16
**http** 74:22
**huge** 137:2 195:6
**huh** 77:5
**human** 45:2
163:14
**humans** 111:12
112:13
**hundred** 17:12
65:23,24 125:3
128:16,19 133:5
161:8 171:21
183:18
**hundredth** 64:13
**hyperandrogenic**
141:16
**hyperplasia** 95:4
101:22
**hypothetical**
131:23 135:7
138:24 139:21
142:11,19 150:20
**hypotheticals**
129:17

| i | | | immutability |
| --- | --- | --- | --- |

**i**

**idaho** 36:22 38:17 89:3
**idea** 17:5,8 87:8 105:20 110:15 135:25 136:24 161:25 210:14
**ideas** 195:22
**ideation** 149:8 199:1
**ideations** 197:4
**identical** 88:13 98:23 99:7 159:11 160:17,19 161:10 186:1
**identifiable** 65:8
**identification** 36:4 37:9 88:22 104:15 184:6 193:19 199:6 200:21 207:19
**identified** 125:15 125:25 128:7 146:25 157:12 158:6 164:16 179:6 181:20 203:23
**identifier** 53:6,12 57:1 69:11 157:7
**identifies** 92:16 97:14 100:9 118:23
**identify** 66:20,24 67:2,5,6 68:1,5 91:16 92:3,13,18 93:12,15 98:21 101:19 103:7,11 104:10 117:22 127:20 128:9,17 130:6,22 139:9 143:14 153:13

157:12 158:3,12 165:2 202:15 205:1 211:3
**identifying** 101:23 163:14 202:21 203:25
**identities** 87:17 192:22
**identity** 31:7,9 33:24 34:3,8,9 57:6 58:21 61:18 66:5,13 67:14,19 68:17,21 69:14,18 70:3,8,17,24 87:2 87:6,9,14,20 88:8 89:13 90:7,11,13 90:21 91:5,11,14 91:16 92:4,10,12 92:20,21 93:5,8,20 93:22 94:24 95:22 95:25 97:5,11,13 97:25 98:11 99:12 100:3,17,18,20 101:3,4,8,10,13 102:3,11,15,19,21 103:15,17,20 104:1 105:3,7,14 106:23 107:21 109:4,10 115:13 116:1,4 117:12,20 118:12,14 119:2,4 119:7,9 124:14 128:9,17,21 129:2 130:14 133:8,12 133:24 136:17,21 138:22 139:3,10 140:12 143:1,7,13 143:18,25 144:8 144:14,21 145:1,4 147:2,9 148:22 149:1 151:16,18

151:20 152:3,24 153:1,8 154:11,13 154:21,23 155:24 156:3,7 157:16 158:21 159:3,23 160:12 162:9 163:2,15,23 164:2 164:9,19,22 165:3 165:10,13 167:7 167:14,17 168:2 168:25 169:2,4,6 169:16,19,24 170:10,18 171:1 171:11,14,20,25 172:9,10 173:19 173:20,21,24 174:1,3,6 177:21 178:1,6,24 182:8 185:1,17 187:6,10 187:11 188:21 189:7,19,23 190:1 190:4,10,12,18,22 191:1,3,8,12,12,13 191:13,14 192:17 193:7 194:24 201:9,10,21 202:2 202:11,21 203:1,4 203:18 204:14,25 205:24 206:4,22 206:25 207:6,24 208:5,9,10,11,13 208:19 209:2
**iffy** 102:9
**illegal** 56:3
**illinois** 2:15
**illnesses** 121:19 173:6
**image** 147:13
**images** 146:22
**immediately** 8:12

**immutability** 170:9 171:1 172:1
**immutable** 167:7 167:14 168:22 169:9 170:18 171:14 187:12 189:23 194:25 206:4
**imperative** 151:19
**implicit** 90:23
**imply** 113:21
**importance** 144:5
**important** 45:12 56:19 57:18 73:16 110:21 140:9,19 143:5,19 150:14 152:1,8 153:11,11 155:19 163:13 177:11 178:18 206:21 207:22
**impose** 115:3,11 115:20 117:8 195:21
**imposing** 115:8 117:5
**impossible** 91:15 156:6 184:21
**inaccurate** 60:25 61:5 157:9,17
**inappropriate** 56:15
**inappropriately** 203:17
**incapacitated** 131:9,14
**incidence** 60:13 170:15,25
**incidents** 124:7
**include** 87:18 130:5

**included** 38:1
57:22 76:6 174:14
216:13
**includes** 73:2
209:17
**including** 112:5,8
163:16
**inclusive** 20:20
**incomplete** 131:23
135:7 138:24
139:21 142:11,18
150:20 191:24
**incongruent**
159:23 163:11
174:6 193:19
199:4 207:6
**incorporated**
218:12
**incorrect** 124:3,4
124:17 126:24
157:11 168:24
179:15
**incorrectly** 125:22
125:25 127:4
128:3
**increase** 196:9
198:5
**incredibly** 171:24
**index** 3:1,5 4:1
**indicate** 94:23
99:20 187:9,11
189:18,23 190:11
199:3
**indicated** 144:19
**indicates** 191:2
192:16
**indicating** 191:18
216:13
**indication** 12:23
196:20

**individual** 45:23
52:7,23 56:14
105:10 112:3
122:7 125:6
163:14 168:7
179:5 187:9
189:17 190:9
**individual's** 62:4
62:10 71:2 88:9
97:17 120:2 195:1
**individually** 39:18
**individuals** 23:11
55:24 58:7,19
105:6 115:10
138:22 139:1
146:13,18 174:22
174:24 210:9
211:12,20
**inexperience**
23:17
**infant** 122:11
**infants** 120:13
**inference** 131:20
**infers** 153:23
**influence** 95:7
96:22 97:24 100:2
100:25 101:1,12
102:11,21 103:20
103:25 140:18
142:22 160:11
165:7
**influenced** 93:5
161:3 164:20
166:10
**influences** 165:14
**information** 67:22
73:13 92:1 120:12
121:2 122:16
125:2 131:7
166:12 173:4,5
175:24 176:2,11

211:11
**informed** 86:4,5
**informs** 72:9
121:1
**ingelhart** 2:13 3:9
27:14 28:7,22
35:22 53:14,22
54:12,24 56:7
59:25 61:6 64:17
65:10 66:14 69:20
70:19 71:13 76:16
76:22 79:11,17
85:15 89:20 91:18
92:6 94:1 97:1,20
98:8 99:15 100:21
101:14 102:22
103:21 104:2
105:16 106:9
107:16 108:13
109:14,25 112:10
112:23 113:2,8
114:13 115:14
116:9,12 117:10
117:13 118:4,17
120:3,16 123:14
123:25 124:21
125:20 126:5
129:4,21 130:16
131:22 132:20
135:6 136:19
137:18 138:2,23
139:20 140:16,25
142:10,18 143:2
144:9 150:5,19
153:3,16 155:14
157:2 159:5,25
163:5 164:5 165:6
165:18,22 166:7
166:15 169:11
172:15 177:7
178:3 179:8,18

181:2,17 182:3,14
183:11,25 191:4
192:18 199:18,22
200:15 210:4
212:3 213:13
216:5
**inhibitor** 67:1
93:11,14
**initial** 15:18 17:16
17:18 29:3
**initially** 16:17
180:15
**initiative** 12:18
**inoubli** 75:20
**input** 156:7
**insensitivities**
95:14
**insensitivity** 66:23
67:24 101:18
104:5
**insignificant**
130:25
**instance** 189:6
**instances** 180:4
181:13
**institutionalized**
84:17,24
**instruction** 213:2
213:10
**insufficient** 123:10
123:13,24
**insurers** 41:10
**intake** 148:12
**intellect** 153:20
**intents** 116:20
**interest** 84:22
**interested** 215:3
**interface** 23:9
**internal** 67:15,20
68:16 87:9 88:9
89:14 90:3 93:24

97:17 98:4,5,12
105:3 142:17
144:17 164:23
165:4,8,17,19
171:18 189:2
**interpersonal**
134:24 207:2
**intersex** 66:18
67:4 68:3 69:1
93:2,4,10 103:19
103:23,24 125:13
143:10
**intervention** 29:23
129:10,20
**interview** 78:21
**intoxicated** 131:3
**introduce** 200:17
**investigating**
143:6
**inviting** 148:21
**involved** 21:18
29:17 35:1 40:8
49:16,21 173:16
203:9
**involvement** 23:24
48:25
**involving** 52:25
53:11 54:8
**iowa** 22:25
**iphone** 42:16
**issue** 23:10 30:4
34:8,12 44:24,25
47:23 91:12 116:5
118:2
**issued** 118:13
**issues** 22:16 23:12
29:16,25 44:24
48:2 83:11
**issuing** 11:6
**items** 73:18

**iv** 201:11,17 210:9
210:10,16 211:8
211:13

### j

**j** 25:1 29:3 199:10
**jaffe** 24:25 25:9
**jake** 2:21
**james** 75:20
**jane** 1:5 28:23,25
**jblake** 2:25
**jm** 24:25 25:1,9
**job** 134:21 180:23
207:8,10
**joe** 195:19
**join** 85:7
**jones** 36:23 38:21
**journal** 197:15
200:12
**journals** 121:25
**judge** 50:10 78:6
**judge's** 78:9
**july** 209:5
**junge** 168:3 170:7
**justice** 48:16
49:25 50:14 51:16

### k

**k** 198:22
**kara** 2:13 216:5
**karyotype** 68:25
102:10 161:24
162:1 182:13
183:23
**karyotypes** 60:15
60:22 182:23
**karyotyping** 68:24
158:8
**kaz** 1:24 214:6
215:14
**keep** 18:16

**keeping** 209:23
**ken** 194:7,10,13
194:20 203:11
210:17
**ken's** 194:7 195:8
204:16
**kenneth** 193:16
**kenosha** 37:14
**keohane** 36:23
38:21
**kettenis** 198:21
**kid** 92:16 93:9,13
94:9 100:9 120:25
135:22 195:20,22
195:25 196:1
202:1,14,20
203:21 204:18
211:2
**kid's** 92:12 103:12
**kidney** 188:10
**kids** 64:21,22 92:8
92:13,18 100:6
103:7 121:9,10,17
121:18,21 123:2
135:20 136:16
145:24 194:9,15
195:14 196:3
203:16,24 204:17
205:22 210:17
211:7
**kimberly** 1:24
214:6 215:14
**kind** 14:14 29:24
49:2,19 71:15
75:5 109:20 113:4
121:14 132:1
160:2 178:19
195:15
**kingelhart** 2:17
**kings** 7:18

**know** 6:19,20,23
6:25,25 12:3
14:10,19 24:20
28:9,20 39:8
40:10,21,23 41:16
42:9 46:4,10 47:9
47:11 48:17 49:12
49:13 50:8,22
53:23,23 54:2
55:2 60:19 61:3
63:8 64:12 67:11
68:20 71:19 74:23
75:14 76:24 78:1
78:15 79:5 84:3
84:14,25 85:2,9
88:5 93:7 94:7
95:10 98:23
100:12 102:24
106:14 119:13
121:4,7,13 123:19
124:5 127:14,15
129:19 130:10
135:3,11,17
138:20 139:10,23
139:24 140:2,3,21
141:7,22,25 142:3
144:2 145:2,9,15
145:16 146:3,6
147:1 148:20
149:12 150:14
151:9 152:20,21
153:6 157:13,16
157:24 161:5
162:23 164:11
168:6 169:22
170:20 172:6,13
172:16,17,19,20
173:11,15,23,25
174:4,12,14,16,21
175:5,9,10 176:16
176:19,23 177:13

177:16,17 179:24
180:2,5,5,12,25
181:5 182:22
189:1 190:20,21
191:13 192:9,13
192:24 194:10,14
194:15,17 195:16
196:20 197:22
198:4 200:15
202:17,17 203:9
203:20 204:11
206:12 209:6,11
210:20,22
**knowing**  46:3
  120:13
**knowledge**  72:9
  77:9,10 83:5 86:3
  86:5,6 122:1,2
  152:22 153:7
**knowledgeable**
  85:4
**known**  19:19 45:4
  97:25 102:17
  103:10 132:3
  150:25 208:24

**l**

**l**  5:11 58:2
**la**  195:19
**labia**  127:22,23
**lack**  52:21 70:14
**lambda**  2:12 39:21
  39:24 40:1,4,8,13
  41:19,23 48:13
  51:16,25
**lambdalegal.org**
  2:17
**large**  18:12 41:10
  56:15 136:14
**largely**  152:12
**late**  19:24 29:13
  157:10 167:16

**law**  48:14,21 50:2
  50:10 51:23 53:5
  53:11 54:9,10,22
  55:4,17 56:2 69:9
  76:2
**lawful**  5:1
**laws**  53:1
**lawsuit**  26:8 48:19
  51:20
**lawyer**  35:15 47:9
  47:10 55:12
**lawyers**  84:7
**lead**  24:1,21
  203:11
**leafing**  57:20
**league**  51:2
**learn**  152:19
**learned**  77:12
**leave**  180:23
**lee**  75:22
**left**  155:21 200:1
**legal**  2:12 39:21,24
  40:1,5,8,13 41:19
  41:23 48:13,15,17
  49:19 51:16,18
  52:1 53:15 54:13
  56:8 115:15
  116:10 117:14
  118:6,20 120:4,17
  120:18 177:8
  182:4 216:1 219:1
**lehavot**  75:22
**length**  115:24
  121:11
**lesbian**  19:23 81:5
  81:8
**lesser**  101:1 146:2
**letter**  208:21
  216:20
**letting**  135:9,22

**level**  25:7 123:7
**levels**  140:23
  141:6,12,17
**lgbt**  24:3
**liberties**  2:4
**license**  10:6 31:17
  32:2 34:11,12,13
  34:23 38:14 39:2
  52:19 53:4,7
  55:24 56:5 131:5
  131:17,18 132:4
  174:9 208:8
**licenses**  9:23 11:6
  34:15
**licensure**  80:16
**lie**  192:1
**life**  64:2,4 65:7
  102:7 136:9,10,15
  137:15,17 195:1
**likelihood**  96:23
  97:12 101:23
**limit**  170:13
  208:12,14
**limitation**  46:10
**line**  24:24 69:7
  216:13 218:7
  219:3
**linked**  170:25
**list**  45:12,13 46:13
  83:23 95:23
  114:25 201:25
  202:23
**listed**  36:19,21
  45:17,18,24 71:9
  80:15 81:13 85:21
  125:23 173:25
  174:2 218:7,17
**listing**  218:7
**literature**  18:17
  18:18 60:12 73:17
  77:7 168:18

170:17 186:20
  205:21 211:24
**litigation**  116:21
**litigation's**  58:14
**little**  25:25 36:11
  83:8 114:9,9
  120:22 196:3
**live**  9:7 136:14
**lived**  136:9
**llp**  1:21 2:20
**located**  74:7
**location**  16:9
**locations**  16:23,24
**locker**  33:1
**long**  6:21 7:23
  8:19 15:6 17:14
  17:22 42:13
  121:20 196:1
**longer**  14:14 19:21
  136:18,21
**longitudinally**
  18:22
**look**  62:25 63:1,2
  63:10 66:4 67:11
  78:17 86:10,14,18
  88:1,4 106:21
  108:23 120:24
  123:17,20 126:7
  127:23 129:6
  131:17 139:5,7
  145:5 146:12
  147:10,18 149:14
  163:9 172:3
  184:24 185:9
  187:15 188:13
  195:20 196:23,23
  197:1,9 205:20
  209:10
**looked**  105:15,25
  119:11 126:18
  127:11 141:14

146:14,15,17,18
171:3 174:5 176:1
176:3 182:22
197:16 198:13
199:9
**looking** 45:8 55:13
126:14 130:4
132:6 198:17,18
**looks** 37:21 68:10
68:11 123:20
126:20 127:1,20
127:23,24,24
167:25 176:14
**lose** 134:21
**loss** 134:16
**lot** 10:9 20:6 23:10
40:1 42:3 46:23
49:2 52:18,23
53:24 61:13 70:1
73:12 77:7 83:9
86:3 87:7 91:4
94:25 95:6 99:23
103:7 117:19,21
125:15 134:22
146:5 148:7,9
151:7 155:4,9
160:24 169:23
171:22 188:7,23
189:8 192:5,13
195:17,23
**louisiana** 8:16
**low** 168:5,8,19,21
170:15,25
**lower** 174:23
175:3
**lunch** 76:21
**luncheon** 79:18
**lyon** 8:24,25 9:9
9:18 18:12,20,25
19:5,15,20,22 20:4
20:5,11,22 21:5

22:5 27:10,11
29:5 81:16,20

**m**

**m** 117:24 195:10
**m.d.** 1:18 3:7 5:1,6
37:18 80:2 199:21
210:6 214:10
216:8 217:4,9
218:4,13 219:20
**madam** 216:10
**mail** 23:4
**mails** 47:18
**main** 176:4
**mainstream**
106:13 206:7
**maintain** 10:7,14
**maintained**
192:21
**maintaining** 19:5
**majority** 71:17
92:15 112:17,19
113:16,18 114:3
139:22 140:4,20
**makadon** 75:23
**male** 49:8 63:12
63:24 65:4,17
66:20 67:2,5,16
68:11,18 71:21,23
87:16,23 88:10
90:4 92:3,12,16,18
93:12,15 101:3,23
102:15 103:9,11
105:4 111:13
112:5,8,13,18
113:16,19 114:4,6
116:7,22 117:23
118:24 119:22
123:18 126:21
133:23 145:4
149:13,21 150:4,7
151:17 152:3,25

154:13,22 155:23
155:24 156:7
157:5,12,13,15
165:10,13 166:3
171:21,23 186:12
192:8,14 209:17
209:24
**males** 149:25
**malnourished**
94:19
**malpractice** 26:24
**man** 87:10 118:25
204:20
**management**
82:25 83:3
**manager** 25:2
**mandate** 151:15
151:24 152:5,14
152:23 153:14,23
153:25 154:20
**manifestation**
100:4
**manipulation**
196:12
**manufactures**
45:15
**march** 215:17
**mark** 207:25
**marked** 4:2 36:3,7
37:8,11 61:22
88:21,25 104:14
104:17 114:18
119:14 184:5,9
187:22 200:20
206:19
**marker** 57:5 128:2
154:23 177:5
178:7,14,18,21
**markers** 58:5
151:18 153:1
154:13 178:23

**marriage** 136:16
**martin** 8:24,25 9:9
9:18 18:12,20,25
19:5,15,20,22 20:4
20:5,11,22 21:5
22:5 27:11 29:5
81:16,20
**masculine** 119:2
135:14,15 171:24
**match** 116:1
144:17 208:20
209:2
**matched** 172:10
**matches** 183:23
**matching** 208:16
**materials** 58:25
73:7,25 76:23
77:1 86:19
**maternal** 160:14
**matter** 27:13
34:19 54:7 58:11
72:5,12 79:4,8
111:4 119:17
140:1 187:24
196:1
**matters** 26:1 35:8
**md** 9:20
**mean** 6:9 11:21
17:9,16 21:9,10
24:14 28:10,13
45:25 52:14 53:17
56:10 59:8 64:7
65:22 71:15 74:3
74:21 76:7 77:10
84:4 89:23 94:13
108:14 112:1
121:15,19 123:11
124:10,11 129:17
132:6 134:18,25
136:24 139:13
145:7,12,17

146:10 147:16,24
152:17 153:6
155:10 159:20
160:1,21 162:16
167:24 168:11
172:23 173:2
174:8 179:22
183:17 190:15
191:9 192:1,12
194:9,21 195:8,14
198:10 203:2
209:20 211:2,24
**means** 133:21
**mechanisms** 66:12
**med** 16:21
**medicaid** 33:8,10
33:19 38:25 50:6
50:7 53:17
**medical** 6:12 7:9
7:12 9:22 10:16
12:16 13:3 18:18
21:10,11 23:8,8,22
26:22,24 29:23
30:2 31:25 32:7
41:11 42:5 44:25
51:4 54:15,19
56:17 60:5 68:10
77:12 78:25 81:5
81:8 82:3,5,16
83:21 84:5,23
119:25 122:18
123:6,8 125:10
128:25 129:7,10
129:19,19,20
130:5,12,20
131:25 132:7,8,11
132:18 134:1
137:24,25 147:22
148:16,18 155:12
156:6,22 173:3,4
179:6,11 181:19

181:24 182:1
196:11 205:5
206:7 210:2
211:19
**medicalized** 164:8
**medically** 29:20
30:5,7,20 31:1
33:9 50:5 55:11
55:18 56:4,20,21
56:24 57:3 139:15
172:23 205:9
**medicine** 5:23 6:3
7:11,22,25 9:21,25
10:5,7,8,17 11:10
11:17,24 12:2,9
13:18,20 15:16
18:5,21 19:1,6
22:3,9 26:5 27:5
76:12 84:16,21
97:25 98:1 130:18
144:13 148:3
152:18 155:17
188:8 190:21
**medicine's** 98:17
**medicolegal** 51:14
**meet** 16:3
**mellitus** 155:7
**member** 83:21
84:2,3,19
**members** 11:16
84:5,7,23
**membership** 84:1
**men** 20:7,13 32:13
52:11 141:15,18
141:20 149:25
166:21 183:1
**men's** 52:12
**mental** 6:12 12:16
13:3 84:6 98:15
115:2,20 117:18
149:7 192:22

196:19 197:19
198:16
**mentioned** 18:2
38:24 51:12 52:24
101:17 159:10
198:8
**mere** 187:8 189:17
**merely** 108:3
167:9 187:7
**met** 79:3
**meta** 25:7
**meter** 57:9,16 58:3
59:15,23 61:3,24
61:25 64:5 69:19
75:25 76:25
107:13 108:4
167:10 184:10
187:14 189:16
194:6,23 209:21
209:24
**meter's** 57:12 59:3
59:10 60:3 62:6
62:12,16 63:5
66:2 69:5,7 70:6
106:7,19 187:4
188:4 193:4 209:5
**method** 195:8
**methodologies**
44:2
**methodology**
43:24
**mhw** 1:10
**middle** 83:19
113:22 114:11
**midwest** 16:1 17:3
216:17 219:1
**midwife** 122:12
**milieu** 163:17,19
163:19,20 164:18
164:20

**milton** 185:18
**mind** 88:16 140:6
186:21
**mine** 139:24
**minimized** 44:8
**minority** 92:19
**minutes** 113:12
**mischaracterize**
144:10
**mischaracterizes**
64:18 65:11 66:15
69:21 70:20 89:21
94:2 105:17
109:15 110:1
115:16 117:15
118:5,19 123:15
137:19 140:17
164:6 166:16
191:5 192:19
**mishap** 103:2
**misidentification**
211:12
**misidentified**
124:19 125:19
210:9,15 211:8,21
**misidentify** 125:11
127:15,18 210:11
**misinterpreted**
44:9,13
**mismatch** 208:22
**mismatched** 69:18
**misquoted** 196:16
**missions** 85:13
**misstates** 66:15
89:21 94:2 105:17
109:15 110:1
115:15 117:14
118:5,18 123:15
124:22 137:19
138:3 140:17
144:10 164:6

**[misstates - objection]**                                                                 Page 24

169:12 191:5
mistake 179:12,13
mix 158:14
moderately 18:12
molecular 82:4
moment 63:11
65:3 156:17,18,21
191:22 195:5
199:19
month 197:14
months 200:11
mood 197:6
morbidity 197:3
motion 77:20,22
78:5
motivate 169:24
motivation 203:8
motivations
204:16
moved 8:22 63:25
mri 144:23 145:3
145:6,10 146:7,11
146:25 147:12,12
159:1 185:21
multiple 45:11
46:6 111:10
mundane 52:17
mutation 159:20
159:21 160:8
mutations 159:8
mutually 95:19

**n**

n 2:13 5:10,11,11
198:22,22 199:10
216:5
name 5:8 20:3,19
28:5,6,20,21 29:1
29:2,2 50:23 57:5
130:23 132:14
135:15 168:9,11
216:6 217:3,4,15

218:3,4,21
named 214:9
national 18:15
22:19 73:11 75:15
75:21 175:7,12,16
175:18
natural 140:22
193:21
ncaa 51:6,21
nclr 48:18 50:17
51:19
nda 28:16
near 9:2 14:3
necessarily 100:19
118:1 147:5 191:1
necessary 29:20
30:5,7,20 31:1
33:10 50:5 56:21
57:3 93:18
need 6:14,21 55:8
82:24 85:7 91:9
122:15 149:9
196:19 197:18
208:9
needed 31:1 91:6
needs 30:7 54:15
negative 180:16
neither 113:25
nervous 105:8
140:13
netherlands
168:14
network 24:18
138:13 154:6,10
neuroplasticity
145:11,13,15,19
146:3,8
never 22:25 23:18
26:14 30:16 45:2
81:25 102:7 127:2
138:19 150:3,17

nevertheless
115:11 156:24
new 7:18 13:7
33:6,7 48:22 49:5
208:21
newborn 67:19
91:17 128:10,18
newborn's 126:2
newer 200:7
nicholas 5:10
37:18
night 131:2
nine 65:24 112:21
188:12,16 191:18
nineteen 151:7
ninety 65:24
112:21 184:1
nobody's 198:10
nomenclature
201:11,12 204:5
non 47:15 60:20
90:8 172:25
204:18 208:16
nonconforming
195:13 203:17,22
204:2,20 211:20
nondisclosure
28:2
norm 195:18
normal 46:25
122:22 141:5,17
183:23
normally 143:23
normative 204:18
north 7:8,10
northwest 48:16
49:25 50:13 51:16
notarized 216:15
notary 1:24 214:6
215:14 216:25
217:10,18 218:15

218:23 219:23
note 216:12
noted 80:11 105:7
194:13
notes 129:13 130:6
199:12
noticed 141:19
194:15
nuanced 91:1
188:24
number 4:2 6:17
10:20 15:12 18:23
24:3 47:19 60:8
92:9 95:3 99:17
112:16 114:7
128:1 136:12
146:12 180:6
200:16 216:7,13
numbered 114:25
numbers 218:7
nurse 21:11
nursing 123:8
nutrition 99:25
nutritional 94:10

**o**

o 5:11,11,11
198:22
objection 27:14
28:7,22 53:14,22
54:12,24 56:7
59:25 61:6 64:17
65:10 66:14 69:20
70:19 71:13 79:11
85:15 89:20 91:18
92:6 94:1 97:1,20
98:8 99:15 100:21
101:14 102:22
103:21 104:2
105:16 106:9
107:16 108:13
109:14,25 112:10

[objection - opinion]                                                    Page 25

112:23 113:2
114:13 115:14
116:9 117:10,13
118:4,17 120:3,16
120:18 123:14,25
124:21 125:20
126:5 129:4,22
130:16 131:22
132:20 135:6
136:19 137:18
138:2,23 139:20
140:16,25 142:10
143:2 144:9 150:5
150:19 153:3,16
155:14 157:2
159:5,25 163:5
164:5 165:6,18
166:7,15 169:11
172:15 177:7
178:3 179:8,18
181:2,17 182:3,14
183:11,25 191:4
192:18 200:6
204:8 205:10,17
206:9 208:2
**objective** 188:9
189:1
**observable** 66:5
**observation**
132:16
**observations**
132:10
**observed** 211:17
**obstetrician**
122:12
**obtained** 9:22
**obtaining** 7:12
**obvious** 30:25
61:13 71:16 92:12
148:17

**obviously** 33:25
84:8 160:13
179:16 187:9
189:2,18 190:23
**occasional** 21:23
169:1
**occasionally** 23:5
23:13 24:19
127:25 150:9,11
**occurred** 32:1
**occurs** 115:25
**october** 1:19 80:21
80:23,24 215:8
216:4
**odds** 68:6 179:14
183:15
**offer** 144:15,16
**offered** 14:7 54:22
58:2
**offering** 15:24
**office** 120:22
215:6
**officer** 85:10
**official** 1:11
217:15 218:21
**oftentimes** 188:23
**oh** 33:5,23 42:13
46:4 150:24 174:8
186:15 198:20
**ohio** 1:2,12,22 2:5
2:8,23 5:15 58:6
62:3 68:9 69:10
71:1 91:15 115:11
117:7 119:11
156:2 174:22
176:13 209:16
214:2,7 215:7,15
216:2
**ohio's** 58:4 62:9,21
209:23

**okay** 6:16 7:4 9:16
10:4 11:11,15
12:11 16:20 17:6
19:4,19 20:9 21:4
21:9,14,18 23:7
24:10,21 25:13
26:19 28:15 29:10
29:14 30:1 31:12
31:20,23 32:19
33:3,24 35:12,21
38:5,9,14 39:6,9
39:20,23 46:18
47:8 48:11 50:17
51:11 52:24 56:23
62:8 64:12,25
68:20 72:11 73:18
73:24 74:10,16
77:24 78:4,10,13
78:16 80:7,14,24
81:6,10,12 82:7
83:1 85:5 86:15
88:1 89:10 90:2
96:1,17 103:24
108:11,25 109:19
110:10 112:1
113:7 115:7 116:4
116:25 117:4
123:22 126:12,20
127:10 128:20
130:9,19 133:13
133:20 134:4,9
136:8 137:6
147:20 148:1
151:13 152:17
154:4,17,17
158:25 160:18
164:1,21 165:21
167:6 168:13
172:7 176:19
182:19 183:2
185:15,20 186:18

187:3 188:2
189:22 193:14
200:14 201:2
206:3,17 209:4,8,9
210:4
**old** 94:16,17
121:14 134:18
194:11
**older** 167:25
**olds** 98:3 137:11
**olsen** 195:19
**omission** 70:14
**once** 22:6,7 26:17
44:2 51:2 90:15
**one's** 67:15,20
68:17 87:10 89:14
90:4 98:12 105:3
164:23 165:4,8,17
165:20 166:2
**ones** 38:12 39:5
59:21 64:3 74:16
74:17,18,18,19,20
83:20 96:3 102:8
105:23 111:8
169:13,18 185:23
186:15,18,21,22
204:1
**ongoing** 34:10
38:12 39:3,4,5,7
**online** 14:24
**onset** 198:11
**ontario** 174:13
176:20
**opine** 32:5 35:6
**opined** 108:5
**opinion** 5:13 25:21
30:11,13,14,22,23
30:24 40:16 42:20
44:12 54:22 55:16
56:1,24 57:8,15
58:1,10,25 60:24

[opinion - patients]

61:4,9 69:17,25
72:12 73:8 77:3
79:9 86:23 96:22
100:17 107:18
108:3,5 115:10
122:17 142:24
143:16 167:14
182:11 206:3
**opinions** 42:7
43:25 58:2 59:22
72:4,8 73:21 74:1
76:14 86:1 106:7
187:1
**opportunity** 137:9
**opposing** 39:14
**opposite** 167:9
**option** 119:7
137:25
**oral** 15:25 16:5,25
**orally** 16:4
**oranges** 113:5
**order** 10:7,8,13
11:13 58:3 78:4
78:11 85:7
**organ** 98:16
143:19,21,23,24
154:6,10
**organism** 112:3
**organization** 11:5
12:15 39:16 49:16
50:1,2,24 52:3,4
52:14 84:2
**organizations**
121:3
**organized** 144:12
**organs** 142:17
143:24 154:7,9
**original** 41:18
42:7,21 44:11
213:12

**originally** 13:18
19:22 20:11 146:4
**outcome** 55:17
171:5
**outcomes** 174:5
198:16
**outing** 208:22
**outside** 24:15
182:8
**ovarian** 141:15
**overwhelming**
112:17,20,22

**p**

**p** 29:1
**p.m.** 212:7
**page** 29:1,4 36:19
37:13 62:2 63:6
66:1 67:10 74:8
83:18 86:23 88:4
89:11,12 105:2
106:21 114:24,25
115:1 139:6
151:10 157:24
184:23 186:9
187:25 193:15
209:9 216:13,15
218:7 219:3
**pages** 85:21,22
**paid** 45:14 81:19
81:22
**pain** 136:25 137:1
137:2 188:11,12
189:10 191:18
192:3,4
**painful** 135:1
**panel** 11:20 18:12
83:22
**paper** 16:12 25:6
43:16 45:13 46:3
46:24 75:13
153:19 176:22

**papers** 44:3,7
85:22 86:1,5,6
95:9
**paragraph** 36:18
38:1 57:24 63:4,6
63:10 66:4 67:11
71:3 86:22 88:5
88:13 89:10 105:1
106:1,22,22 107:2
107:12 109:2,5
112:1 132:24
139:7 147:21
151:5,11,24
152:14 153:21
154:18 157:23
158:2 163:10
164:2,16 165:3
167:4 172:5,8
184:24 187:3,6,14
187:16 188:1,4,6
189:16 193:3,14
196:7 209:10,14
**paragraphs** 62:7
**paramount** 148:11
**parents** 120:25
195:16
**parish** 8:15
**part** 6:5 20:18
21:4,21,24 22:13
25:17 30:2 36:17
70:14,15 78:2
82:5,15,20 83:11
86:20 117:25
127:8 144:19
171:12 178:18,22
194:16 205:7
218:9
**participants**
172:20,22
**participate** 84:10
85:4

**particular** 54:15
88:10 105:21
119:22 160:8
161:21
**particularly** 73:23
**parts** 146:3
**party** 25:19 26:7
31:20 52:9 215:3
**passed** 10:3 13:23
114:17
**passport** 208:8
**pathway** 63:24
65:17
**patient** 20:13 23:1
23:23 27:9,17
31:15,18 32:8
119:1,6 129:14
130:22 132:15
148:12,22 149:14
149:18 171:10
177:11 197:12
200:13
**patient's** 119:9
147:8
**patients** 6:11
12:17 18:13,19,22
18:23 19:3,9,15
20:6 22:24 23:19
29:19 32:15 34:16
42:6,11 50:4
54:20 56:14 57:4
60:6 70:2 72:20
82:16,20 83:10
85:20 87:21 95:10
95:16,18 133:1,10
134:6 136:13
141:5 143:6,9
148:5 169:15
193:19,22 198:9
199:4 201:6
206:22 207:20,23

[patients - plagiarized]

207:24 208:23
210:3
pay 33:19
paying 33:9
payment 50:5
payor 53:18
payors 41:11,20
45:20
pcos 141:20
pediatric 194:7
201:23 205:20,21
210:23
pediatrician 122:3
122:10 135:4
194:14
pediatricians
120:21
pediatrics 76:4
peggy 198:21
pencil 16:12
pending 6:22
penis 103:3 123:21
127:21,25 128:4,5
150:7 156:23
people 8:3 13:10
16:17 23:5 24:17
25:4 39:17 45:2
45:10 46:6 47:18
47:22 48:22 52:18
52:21 53:5 54:18
55:5,8 56:17 58:6
58:15 60:9,10,14
60:19,20 61:1,14
61:17 67:3 69:14
70:5,8,10,12 83:23
85:1 87:25 90:6,8
90:8 93:8 96:5,7
96:18 111:12,13
111:14,15,15
112:14,16,18
113:17,18,22,23

114:3,7,15 115:25
117:21,21 118:10
118:11 123:17
124:7,13,16,20
125:16,18 131:1
134:6 135:15
136:9,25 137:8,14
138:7,17 139:2,23
140:1 143:25
144:13,24 147:7
149:23 152:7,7
155:13,16,25
156:1,20 159:9,16
159:19 160:9
161:22 162:7,8,17
162:19,20 167:18
167:19 168:23
169:1,3,9,24,25
170:5,20 171:22
172:25 173:9
174:13,15 175:19
176:8,12,16,20,24
178:17 179:11
181:8,9 182:20
186:7 192:1
194:17 195:18
196:18,23,25
198:14,15,18
199:14,15 206:1
206:12,16,25
207:7 208:4,11,15
210:11,15
people's 95:24
127:3 208:19
perceived 134:22
percent 64:8,9,9
64:11,13 91:21
92:2,16 99:22
102:16,18 112:14
112:21 121:10
125:2,4,17 128:12

128:16,19 156:13
157:5 162:5,16
171:21 182:24
183:22 184:1
193:18 197:20
percentage 96:15
162:3,21 169:7
percentages
127:14 194:18
perfectly 172:3
perform 122:18
129:1 130:13
149:21,21
period 10:13 14:2
persist 194:19
person 8:1 30:25
49:13 50:25 91:9
96:25 97:8,14
100:9 103:11
120:9 122:5
124:11 127:8
128:1,24 129:3
130:15 132:3
144:3 149:12,15
152:9 153:12
169:18 170:22
177:5,20 178:12
188:16 189:1
191:17 194:11,13
person's 71:20,21
94:23 101:12
117:6 128:21
139:9,10,13,18
140:5,12,14,22
141:11 142:8,16
142:25 143:16
157:19 158:4
163:3,24 178:1,5
179:1 188:21
190:25

personally 169:20
217:11 218:15
personhood
152:11 154:3,15
persons 84:17,24
perspective 95:8
140:11 148:24
152:2
pertinent 198:10
pfafflin 168:3
170:7
ph.d. 184:12
phenomenon
137:10 205:3,20
phone 191:19
216:3
phoned 50:9
physical 50:12
131:19 166:4
180:13 181:1,14
physician 5:24 8:7
19:14,16 31:14
32:6 35:3,5,6,9
51:13 83:7 148:13
191:14
physician's 21:12
32:2
physicians 11:17
12:9 13:18 31:22
82:10
pick 118:25
picked 111:8
place 16:8 112:4
214:20
placed 200:23,24
places 9:13,15
16:14 73:22
111:13 208:9
plagiarized 42:23
42:25 43:11

plaintiff 26:12,14
  27:23 28:6 33:18
  33:22 34:1,5
  35:14 55:18 72:15
plaintiff's 33:13
plaintiffs 1:7 2:3
  33:21,23 35:14
  39:11 54:16 56:3
  56:25 57:7,14,25
  60:16 71:4,17
  72:14 78:14,22
  79:1,4 115:12
  116:18,21 117:2
  119:16 177:13
  179:25 180:13
  181:13,22 183:9
  183:22 200:16,17
  200:24
plasty 103:6
play 135:22 149:1
  202:4,6,8,8,17
playing 179:13
  183:15 188:18
playmates 202:6
pleadings 77:21
  78:10
please 5:8 216:11
  216:11
plenary 81:4,6
plus 43:22
pocket 131:5
point 8:8 16:22
  20:17 22:14 37:4
  55:10 86:14 99:8
  100:10 134:2
  162:6 170:1
  179:14,15 196:5
  211:19,23
points 60:23 62:17
  71:6 73:16 148:14

policies 48:18
  50:18 51:7 54:1
policy 51:3,22
  54:3,10,11,23 55:5
  55:17 58:4,13,17
  58:18 69:9 209:23
polycystic 141:15
pool 204:3
population 130:25
  162:6 172:17
  173:7,12 182:13
  200:13
populations
  205:15,16
portion 24:4 134:1
  136:14 141:5
  162:17,18
position 195:10
positive 44:7 46:7
  46:8
possible 45:2
  110:23 119:5
  128:9 129:15,18
  132:2,12 174:2
  176:10,18 182:10
  204:4
possibly 107:17
  135:7
post 146:15,15,18
posting 188:17
postnatal 98:24
  99:3 160:21 161:1
  163:8
potential 46:20
  61:4 69:8
poverty 48:24
  76:2
practical 201:5
practice 10:7,8
  19:6 21:16,20
  22:9,13,25 26:22

31:17 74:3 81:13
  82:16,21 83:11
  122:10 130:18
  134:18 141:19
practicing 8:12,23
practitioner 21:12
praise 195:13,25
pre 42:16 141:3,12
  146:13,13,15
preadolescence
  92:11,20 100:4
preadolescent
  90:13 98:7 135:13
  136:3 204:24
precisely 106:17
predict 94:16
predicted 171:8
predictive 102:15
  102:18
predispose 100:13
predisposing
  99:24
predisposition
  94:21 99:20
  100:18
preference 195:16
preferred 130:22
  130:23 148:20
pregnancy 150:1,3
  150:10,17
pregnant 150:1,15
premises 59:2
prenatal 93:6
  98:24 99:2 160:20
  160:25 163:7,17
preparation 77:18
  77:24 78:2
preparing 17:14
  17:23 77:2,4
prepubertal
  194:20

prepubescent 98:7
presence 103:10
  103:15 214:15
present 8:4 80:19
  80:25 98:2 100:3
  100:14 102:14
  128:5 135:13
  147:13,13 162:13
  195:5 206:25
presentation
  176:4 206:17
  207:1,16
presentations
  18:14 86:18,20
presented 25:6
  143:9 161:22
  162:11
presents 162:1
pressure 134:15
  137:22 155:5
pressures 137:15
pretty 13:16 30:25
  45:20 52:20 60:7
  61:12 67:25 68:12
  68:14,15 76:8
  88:17 102:4,14,17
  169:8 196:14
prevalence 166:5
preventing 137:16
previous 13:15
  201:24
previously 61:22
  103:3 114:18
  119:14 143:11
  161:23 187:22
  200:3 202:10
  203:13,15
primarily 166:4
primary 6:13 19:2
  19:4,14,16 81:19
  82:17 83:3 85:13

204:12
**prior** 18:3 43:21
64:18 65:11 66:15
83:19 89:21
105:17 115:16
117:14,15 118:5,6
118:18,19 123:15
137:19 138:3
140:17 164:6
184:15,17,17,22
207:5
**prison** 29:19 30:4
30:18,18 31:3
38:18,22,23 49:7,8
53:25 54:1,3
**prisoner** 49:5
**prisons** 54:4
**private** 41:9
**privilege** 27:16
**pro** 72:15,21 81:21
**probably** 15:8,13
25:23 31:4 42:10
42:19 47:17 76:4
83:8 96:14 124:7
127:25 163:7
210:12
**problem** 8:2 46:18
46:19,19
**problems** 46:22
94:11 146:2
192:22
**procedure** 5:3
43:3 213:7 217:5
218:5
**procedures** 129:1
130:13 149:20
182:1
**process** 16:20
51:10 52:20 147:4
196:11 197:25

**produce** 149:16,17
191:10 207:18
**product** 105:8
**production** 216:16
216:16,22
**professional** 12:13
12:15 81:12 83:17
83:24
**professionals** 84:6
84:6 115:2 132:11
**program** 7:14
10:1,18 12:12
13:2,7 18:4
**prohibiting** 53:5
**project** 48:14,16
48:21 49:25 50:14
51:17 74:23
**promulgated**
53:20
**pronoun** 130:23
132:13 135:16
148:21
**propensity** 161:15
**proper** 133:15
**prospectively**
178:10
**protect** 195:25
**protective** 207:14
**provide** 12:17
20:9 34:14 57:8
57:15 58:1,4
60:24 81:20 91:3
118:14 138:16
149:17
**provided** 5:2 10:2
30:8 57:15 61:4
89:2 184:15
**provider** 23:8,9
24:7 27:5 68:10
82:18 119:6,25
122:18 123:6,8

125:10 156:6,22
179:6,12 181:20
**providers** 12:16
13:3 22:21,22
23:14,16,22 24:6
71:18 85:18
115:20 117:18
156:11 181:25
**provides** 22:20
52:16
**providing** 12:25
20:1 30:5 32:14
32:17 33:9 51:4
52:17 120:8,9
123:6 167:18
201:4
**province** 174:17
**provision** 8:2
**proxy** 206:18
**psychiatric** 189:3
190:15 197:4
**psychiatry** 190:24
197:15 200:12
**psychological**
78:25 107:4,7
130:11 132:18
148:6,10 169:21
171:7 192:16
**psychologist** 82:1
130:6 194:8
210:23
**puberty** 90:17
193:21 194:17
**public** 1:24 28:13
28:21 214:7
215:14 217:10,18
218:15,23 219:23
**publications** 85:22
86:1
**publish** 168:17

**published** 43:20
43:21 114:21
121:25 175:19,22
184:25 185:15
193:17 196:8
197:14 198:13
**publishes** 175:14
**punnett** 160:2
**pure** 129:17
**purely** 151:15,23
152:23 153:14,23
154:20
**purposes** 36:4
37:8 88:21 104:14
116:20 184:6
200:20
**pursuant** 213:3,6
**push** 93:8 195:3
**put** 38:9 72:8
108:20 127:4
**putting** 49:8

**q**

**qualifications**
12:21 84:1
**qualified** 5:19 6:2
214:8
**qualify** 95:14
**quarter** 64:10
**quentin** 184:10
**question** 6:22,25
7:1,2 11:4 20:10
24:24 39:25 48:8
53:16 57:13 69:24
86:17 110:4
126:13 145:15
147:16 162:20
171:16 172:1
191:25 197:16
**questioning** 69:7
**questions** 12:4
15:11 17:7 22:22

23:2,15 24:2,5,7
173:9 199:24
210:5 212:2
**quick** 35:23
123:20 187:18
**quickie** 111:7
**quinton** 58:2
**quite** 94:9,12
102:8
**quote** 41:6 181:7
**quoted** 170:11

**r**

**r** 5:10,11 37:18
**race** 48:24
**raise** 103:5
**ran** 42:5
**randi** 184:11
187:24
**randi's** 192:6
**random** 47:18
**range** 124:9
**rare** 63:13,19,20
64:15,21,23,24
65:2,4 183:3
189:6
**rarely** 82:22 150:8
**rate** 60:21 64:6
168:6 174:23
182:11,20,23
188:11
**rates** 168:8,19,21
171:4 176:12,15
198:19,20 204:6
205:22 211:13,21
**ray** 1:5 5:14 39:10
216:6 217:3 218:3
**ray's** 209:16,18
**reach** 23:10 47:22
**reached** 108:5
**reaches** 107:13

**read** 72:2 78:9
86:8 87:2 89:8
104:24 106:18
111:6 145:7
169:21 170:4
175:6,6 176:4
177:2 188:1 193:3
193:10 209:14
217:5,6,12 218:5,6
218:17
**readily** 24:24
**reading** 107:11
180:2 216:20
**real** 99:7
**realize** 70:10
130:3 145:24
150:24 169:17
**really** 24:15 44:24
45:12 46:5 55:2
90:1,9,17 91:9
92:11 123:20
134:11,25 136:23
136:23,23 146:5
169:17 172:2
205:25 207:20
**reason** 37:25
103:13 140:2
216:14 218:8
219:3
**reasonable** 62:12
66:19 184:2 205:9
**reasonably** 87:11
**reasons** 134:10
145:24 150:12
206:24 208:4
**reassignment**
27:19,25 29:22
**rebut** 58:2 59:23
**rebuttal** 4:8 57:8
57:15 59:17 184:5
184:9 187:4 188:4

**recall** 15:10,12
17:6 28:5 33:4
40:24 61:16 72:1
87:3 170:6,8
176:22 177:1
180:3
**recap** 113:15
**receipt** 216:19
**receive** 47:22
**received** 12:8
13:23 177:14
**receptor** 95:6
104:6
**recertification**
16:6 17:11,17
**recertify** 16:9
**recertifying** 16:19
**recess** 35:25 79:18
113:14 165:25
187:20 199:20
212:5
**recipients** 33:7,11
**recognize** 33:18
36:9 108:4,9
163:2
**recognized** 32:13
**recognizing** 20:5
**recommend** 149:3
**record** 5:9 28:13
28:21 62:4,9 71:2
71:16,20 129:7
130:5,20 131:25
132:7,8,12 148:16
148:18 199:19
218:9
**recorded** 62:14
71:22 181:21
**recording** 120:1
**records** 61:1,5,9
61:25

**red** 209:3
**reduce** 45:4 72:4
**reduced** 172:11
214:14
**reductase** 66:25
93:11,14 95:2
**refer** 82:20 83:23
200:7 209:4
**reference** 151:24
152:14 172:8
216:7 217:2 218:2
**referenced** 35:4
214:13,18 217:11
218:15
**referencing** 22:2
**referral** 168:17
**referred** 27:18,24
109:7 204:17
210:18
**referring** 196:15
198:8 200:25
**refers** 107:4 166:2
166:18
**reflect** 168:1 172:4
**reflected** 155:7
**reflects** 63:2
177:24 209:17
**refusing** 58:4
**refute** 42:1
**regarding** 5:13
50:18 55:16 60:25
80:12 120:12
184:11 213:2,11
**regards** 60:2
101:7 114:10
**register** 207:11
**registered** 131:4
**regret** 168:1,5,8
168:19,21,23
169:5 170:12,16
170:25 171:4

regretted 170:20
regular 213:12,13
regulates 50:24
regulation 53:5,11
53:20 54:9,11,23
regulations 53:1
rejects 134:21
relate 147:2
related 26:22 27:4
48:1 69:10 77:20
78:5 117:11 170:9
176:11 186:11
211:11
relates 6:4 140:6
200:8
relative 215:2
relatively 13:6
93:9 122:13
relevant 6:5
120:14
reliable 205:15
relied 73:7,20,25
76:8,13 186:25
rely 77:2 85:25
86:19 201:5
relying 77:11
remember 14:5
34:7 35:11 41:2
59:21 86:16
106:17 142:5
174:17 182:25
199:24
remote 16:23
renal 95:4
render 30:21,24
58:11
rendered 5:13
25:20
rendering 32:7
58:24 72:12 79:9

reparative 144:15
194:22
repeat 43:15
repeatedly 19:3
repeating 43:3
report 4:4,8 36:3,8
36:13,19 41:13,18
41:14,17 42:1,4,8
42:20,24 43:10,14
43:21,25 44:6,11
44:16,23 45:8,17
46:13,19,20 57:10
57:11,12,16,17,19
57:22,24 58:3
59:3,5,6,11,15,16
59:17,24 60:3
61:14,23,24 63:5
63:21 66:2 67:9
69:6,8,16,21 70:6
72:2,5 73:8,10,14
73:19,21 74:1
76:14,24,25 77:4
77:15,18,19 80:5
86:2,4,9,11 88:12
105:21 106:16,20
106:21 108:12,17
108:23 109:23
110:2,6,12,14,16
110:22 111:5
112:2 115:24
132:25 151:5,8
154:19 157:23
164:2 167:5
168:19 172:6
182:17 184:5,10
184:11,18,20
185:3,9 186:9
187:1,4,16,23,25
193:4 201:3 209:6
reported 204:7

reporter 3:15
217:7
reporter's 3:12
199:25 214:1
reports 151:7
represented 35:8
representing
51:12 72:14,20
reproduction
65:17
reproductive
142:17
request 207:11
218:9,11
requested 208:6
213:1,6,10
requesting 178:14
require 10:9 13:10
84:18
required 10:6
13:12 137:4 177:4
179:25 181:25
216:25
requirement
34:21 202:11
requirements
11:13 84:25
reread 193:11
rereading 72:2
research 43:12
60:11 66:19 84:16
84:21 121:11
167:15,21 172:24
researchers
175:21 176:5
resembled 147:6
reserve 212:4
residency 7:14,17
7:20,23 8:11 9:21
11:25 12:2 13:19
17:20 21:4,16,21

22:8
resident 8:9
residents 18:14
20:22,24 21:8,21
22:4,9,12
resource 23:21
24:6,10,11
resources 43:24
52:22 138:16
respond 58:1
59:24
responding 189:2
response 69:19
78:9 191:21
responses 78:14
rest 44:6 152:10
restate 39:25
restriction 84:4
restroom 207:18
result 80:23
181:14
results 44:7
resume 10:2
retained 3:15
25:19 26:2 30:17
31:21 32:4 33:17
35:13,17 54:8
retesting 10:22
retrieved 74:22
retrospective
172:18
retrospectively
178:11
return 193:19
199:5
returned 216:19
reveal 129:8
reverse 205:7
revert 138:8
reverted 133:8

**review** 40:25
41:17 43:7 44:3,5
45:9 46:6,25
58:25 77:1,17,19
78:4,13 168:4,7
170:16 184:21
212:4 213:2,6
216:12 217:1
218:1
**reviewed** 40:15
41:18 51:9 59:1,3
59:4 77:22
**reviewer** 46:9
**reviewers** 45:11
**reviewing** 17:25
**rid** 201:17 204:1
**right** 12:9 13:14
13:24 16:10 17:1
18:2,6 19:12,17
22:5 23:12,21
26:13 29:7 31:2
32:2,23 33:1,14,20
34:1,5 36:18
37:19,23 38:7,25
43:12 44:25 48:9
53:2,8,13 54:2,5
55:15,19 56:6
57:2,22 58:8,22
64:16 65:9 68:13
68:18,23 69:1,19
70:12,18 71:12,25
72:24 73:1,3,5,21
74:21,25 76:7,9,14
77:10 79:15 80:12
81:23 82:1,4,14
83:15 86:22 87:1
88:13 93:16 94:12
95:14,23 96:6,10
96:13 106:4 108:1
108:16,19,23
109:1,2,8,10

111:23 112:5,6,9
113:17,20,21
114:22 115:21
116:2,5,8,23 117:1
117:21 119:18,20
119:23 120:14,24
122:3 123:7,7
125:21 126:8,10
126:16 127:2,17
128:10,18,22
129:3,9,11,21
130:15 131:15
132:9,19 133:1
134:5 135:23,23
136:11,18 142:14
143:1 146:13,16
146:19,23 147:4
147:11,14,19,23
148:15 150:4,15
151:1,4,6,14
152:20 155:1
156:3,9,15,17
157:1,4,20,22
158:2,4,6,9,11,12
158:16,21,23
160:8,16 161:16
163:4,9,22,24
164:24 165:5
169:10 170:5,10
171:16 172:11
173:13 174:7
178:2 179:2,7,17
183:4,10,18,24
185:23 189:5
190:17 191:22
198:1 200:1,4
212:1,4
**risk** 32:15 134:23
134:24 172:11
197:2 199:7

**risks** 173:5
**rivera** 48:14,20,21
49:1,16
**role** 149:1
**roles** 146:4 166:19
**roller** 51:2
**rolodexes** 47:20
**ron** 199:13
**room** 8:6,7 14:25
15:2 33:1 72:23
148:13,25 149:22
207:17
**rotation** 21:2 24:2
**rotations** 21:22
**roughly** 132:25
**rpr** 1:24 214:6
215:14
**rule** 201:18,22
**rules** 5:3 6:19
213:3,7 217:5
218:5
**run** 133:3 150:17
187:19
**running** 83:23
199:12
**runs** 25:5
**rural** 22:25
**ryan** 1:18 3:7 5:1
5:6,10 80:2
199:21 210:6
214:9 216:8 217:4
217:9 218:4,13
219:20

**s**

**s** 5:11 41:4 198:22
216:15 218:8,8
219:3
**sacramento** 9:4
**safest** 119:3
**saint** 8:15 81:15

**sample** 141:25
142:3 161:5 173:4
**san** 9:1,3,8,8
**sat** 25:21
**saved** 207:19
**saw** 121:21 131:6
210:17
**saying** 8:1 47:18
52:10 54:17,17
55:9 56:18 61:17
71:21 118:22
119:1 190:1 192:4
192:13 208:22
**says** 28:17 46:9
55:5 57:25 62:3
62:18 63:6,7,11
66:5 71:1,16,20
105:2 106:23
107:3 115:2,19
117:5 122:14
131:24 132:24
139:8 151:14
153:19 154:11
184:24 188:16
189:12,16,17
190:18 193:4
196:7 197:8
202:10 207:19
211:19
**scale** 192:5
**scary** 207:9
**schedule** 14:15
**schedules** 25:3
**schizophrenia**
196:24 197:1
**school** 7:11 16:21
37:14 56:11 77:12
82:6 148:3 207:10
**science** 7:7 145:1
**scientific** 143:15
144:6 151:15,23

152:4,23 153:14
153:23 154:20
159:2 211:18
**scientifically**
60:18 151:25
**scrotum** 123:21
127:22,24
**scrutiny** 208:17
**seaborg** 75:24
**seal** 215:6 217:15
218:21
**search** 43:3,15,18
43:20 186:20
**seated** 39:14
**second** 24:23
36:19 37:12 75:3
123:23 133:13
163:10 184:23
185:7 193:15
**section** 108:22
109:24 110:6,7,12
110:25 193:11
196:23 203:12
**security** 208:18
209:1
**see** 19:2 36:24
37:15 58:8 66:7
67:16 69:12 78:18
85:23 89:1,4,14,22
90:19 104:20
105:11 106:25
107:9 119:19
120:7 137:9
139:11 146:21
147:11 151:21
156:22,23 167:2
167:11 184:12
185:4 189:5
204:17
**seed** 153:20

**seeing** 27:10 70:4
**seek** 24:14 138:8
**seeking** 117:2
**seen** 8:7 18:23
19:9 23:18 204:7
**sees** 127:20
**segregated** 52:9
**selected** 142:4
**selecting** 151:17
152:25 154:12,22
**self** 67:15,20 68:17
87:10 90:4 98:12
105:3 140:7
144:17 164:24
165:5,8,17,20
188:22 189:13
190:9 192:7
**send** 59:12
**sending** 48:7
**sends** 25:4 63:23
65:16
**sense** 67:15,20
68:17 85:17 87:9
88:9 89:14 90:3
91:7 93:24 97:17
98:5,6,12 105:3
142:12 144:17
164:9,23 165:4,8
165:17,19 167:18
181:10
**sensitivity** 95:5
**sent** 59:9 77:23
80:23 208:20,21
**sentence** 107:12
115:2 139:8
163:11 185:7,12
185:13 188:6
193:16 196:13
209:20
**sentences** 209:13

**separated** 160:22
**september** 14:5,18
14:19 80:18 81:5
81:6
**serve** 25:19
**served** 39:9,13,20
39:24 47:1 48:11
52:25
**service** 18:16
22:20
**services** 6:14 8:24
9:1 20:4,5 32:7
33:19 52:4,6,13,16
52:17 81:20
134:25 137:23
149:7 207:3,12
**session** 80:1
**set** 11:23,23 12:1
12:21 104:8
175:15,20 176:6
215:6
**sets** 11:21 13:1
25:3 205:14
**settled** 27:22
28:19,20
**seven** 10:21 91:10
97:18 98:3 102:2
184:1
**severe** 101:21
**sex** 27:19,24 52:9
53:6,11 57:1 62:4
62:7,10,11,15,19
62:20,24 63:3,7,13
63:18 64:2 65:5
65:18,19,21 69:10
71:2,4,5,7,8,9,16
71:17,19,20,20,22
105:10 106:8,12
106:15,24 107:6,8
107:14,25 108:7
108:10,12,18

109:18,23 110:5
110:11,13,20,24
111:9,10,19 112:2
113:1,16,25 114:5
119:20 120:2,14
122:6 123:10
124:15 125:6,23
126:1,15 127:4
128:3 133:9
136:18 138:9
139:9,14,15,17,18
139:19 140:5,10
140:15,24 142:8,9
142:16,17,25
143:17 144:4
147:7,22,25
148:15,16 155:24
156:8 157:7 158:4
158:6,15 159:24
163:14 164:15,21
165:1 166:1,9
167:9 177:5,22,23
178:2,14,20 179:5
179:14 181:21
182:2 183:24
186:11 193:20
199:6 202:16
206:18 207:25
209:18,22 210:1,3
211:4
**shape** 77:11
**shaped** 163:3,6,24
164:17
**share** 98:23 99:2
148:22 150:22
160:19,23,25
**sharing** 154:6,11
**shaved** 49:6
**sheet** 216:13 218:7
218:10,18 219:1

**short** 17:13 94:12
94:18,19,22
110:18,19,24
113:8,11,13
**show** 58:3 102:1
120:22 167:16
168:8 193:18
196:8
**showed** 44:7 186:6
198:5 199:10
**showing** 46:3
**shown** 216:16
**siblings** 99:4
**sic** 17:15
**sickle** 64:23
**side** 33:13
**sign** 137:5 212:4
**signature** 213:5
215:13 216:14
**signed** 32:21 33:12
217:13 218:18
**significance** 24:22
**significant** 141:4
**significantly** 114:8
**signing** 216:20
**similar** 12:20
88:11 90:2 99:4
160:23 174:18
**similarities** 146:18
**simple** 155:2
**simplistic** 62:23
**simply** 108:8
**sincerely** 216:21
**single** 163:13
**sir** 216:10
**sisters** 160:23
**sit** 10:24 12:3,22
13:8,9,20 14:1
153:14
**sitting** 13:13 18:4
188:17 199:25

**situation** 149:22
207:15
**situations** 134:23
181:10 207:21
208:5
**six** 97:18 202:13
202:25
**size** 91:2 141:25
142:3 158:18
161:5
**slightly** 88:15
**small** 21:24 59:20
162:17,18 169:7
**smaller** 112:16
157:5
**soccer** 135:23
**social** 29:25 30:1
56:19 134:1,14,16
134:16,22 135:21
137:15,22 178:16
178:22 196:11
205:5 207:13
208:18
**socially** 166:19
**society** 48:15
118:12 134:12
137:7 166:20
177:24
**society's** 75:17
**sociological** 107:7
**solely** 99:13
**solutions** 216:1
219:1
**somebody** 49:11
98:20 132:12
133:22 134:20
143:14 145:3
150:6 157:14
167:2 181:7 188:9
189:6

**somebody's** 97:4
97:11 129:23
182:7 208:25
**someone's** 67:19
95:22 96:22
100:20 117:11
130:5,10 144:8
147:2 150:14
**someplace** 15:23
**something's** 56:10
**somewhat** 105:13
**sorry** 33:23 61:23
63:6 79:12 81:7
100:17 102:13
175:11 201:15
**sort** 6:18 21:1 25:4
25:9 42:8 51:4
60:16 69:6 74:3
82:23 121:14
153:6 196:5
202:19 203:19
206:10 207:14
**soul** 193:1
**sounds** 75:14 76:7
**source** 43:9
152:13 153:13
155:8,12
**sources** 43:10
155:9
**south** 1:22 2:22
**southern** 1:2 76:2
**spack** 195:18
**speaking** 107:18
116:21 118:14
129:17
**special** 82:24
84:18
**specialties** 9:23
**specialty** 7:21
**specific** 6:10 14:10
40:17 76:10 77:14

84:4 85:6 98:5
99:9,9 121:17,18
170:8 176:8
**specifically** 40:4
61:16 106:2 197:8
**specifics** 12:5
211:7
**specified** 214:21
**spectrum** 87:11,13
87:19,24 105:4,6
106:3 111:19,24
112:4,7,15 117:23
118:24 133:25
165:11
**spectrum's** 111:21
**speculation**
181:18 182:15
183:12 204:9
**speech** 48:8
**spell** 5:8
**spelling** 198:23
**spend** 6:17 17:14
17:22 110:16
**spoken** 79:6,7
**spouse** 137:3
**square** 160:2
**squishy** 98:16
**srlp** 49:11
**sry** 158:11 165:9
165:12
**ss** 214:3
**stabilizing** 197:6
**stacie** 1:5 5:14
39:10 216:6 217:3
218:3
**staff** 24:4
**stages** 93:18
176:24
**stand** 59:21
**standard** 17:25
32:5 35:5,7 42:5

54:19 114:20
115:8 118:1
**standards** 74:2,5
75:9 114:19
117:17 118:9
**stands** 12:18
**start** 7:4 198:3
**started** 8:14,22
9:10,17 20:1
**starting** 193:15
**starts** 114:25
**state** 5:8 7:8 31:16
31:24 32:1 33:8
33:18 34:14,17
35:18 50:3,6,24
54:5 71:4 91:15
115:11 117:7
120:6 132:15
141:16 144:7
169:1,3,5,24
176:15,17 189:6
193:6 214:2,7
215:15 217:10
218:15
**stated** 153:21
**statement** 62:9
63:16 99:11
132:22 166:14,24
167:3 187:7
189:20,24 190:8
190:25 193:9
199:3 211:5
217:13,14 218:19
218:19
**statements** 187:8
187:11 189:17,22
**states** 1:1 119:20
119:22 174:19,24
187:5 194:6
**stating** 87:8
152:23

**statistical** 120:7
120:12
**statistics** 120:6
211:9,10
**stats** 127:13
**status** 96:24 166:2
186:2
**stay** 207:8
**stayed** 146:22
**staying** 137:1
**stenotypy** 214:14
**steps** 178:19
**stereotypical**
202:5
**steroid** 186:11
**steve** 46:5
**stimuli** 189:2
**stint** 22:14
**stone** 188:10
**stop** 138:18
**store** 208:7
**strategy** 43:15,18
43:20
**street** 1:22 2:14,22
**strike** 205:12
**student** 131:6
149:8 174:8
**students** 18:14
20:21,24 21:7,9,10
21:11,12,13 22:4
84:5,23
**studied** 121:20
148:2 199:14
**studies** 40:15,24
44:9,13 45:9
98:23 99:18
102:25 121:8,12
141:9 144:23
145:6,10 146:7,11
146:25 147:10,16
152:20 155:4

158:25 159:2,8
160:13 161:6,9
167:15,21,22
168:5,8,10 170:4,9
170:11,24 171:2
175:21,22 184:25
185:2,16 186:5,8
193:17 196:8
199:3,8 211:11
**study** 4:3 44:23
45:6 76:5 99:14
99:18,19 141:13
141:22 142:1,5
144:18 159:10,15
160:6 161:21,25
162:22 167:25
170:8 172:9,13,20
172:21,22,25
173:8,12,16,23
174:5,12,14,18
175:7 176:20,23
182:21,22 185:19
185:20,21,25
194:1,4 196:15,18
197:9,22 198:4,7,7
198:8,11,12,17,24
199:10 200:3,8,10
200:20,25 210:19
211:23
**stuff** 25:8 76:20
77:11
**sub** 175:22
**subgroup** 203:24
**subject** 72:7 111:4
193:23
**subjective** 188:8
188:24,25 189:9
190:1,2
**submit** 23:3
**submitted** 57:9

**subscribed** 217:10
218:14 219:21
**subsequent** 62:7
77:19 176:6
**subsequently** 59:9
143:14 150:24
169:1
**subsets** 176:9
**sued** 26:9,12,15
27:18,20 33:7
**suffer** 70:5,11
145:24
**sugar** 155:3,8,13
**suggest** 144:23
**suggesting** 183:8
**suggests** 63:20
167:10
**suicidal** 149:8
197:3
**suicide** 31:16,18
32:15 172:11
174:23 176:12,14
198:19,20 199:1,7
**suicides** 196:9
**suing** 29:19 33:18
**suit** 59:2
**suite** 1:22 2:14,22
216:2
**suited** 149:16
**summary** 72:8
**super** 24:15
141:24 145:2
177:2
**superior** 216:1
**supernatural**
190:20
**support** 60:12
119:6 138:7,16
143:16 194:22
**suppose** 130:9,9

**sure** 11:3 12:10
16:2 25:1,18 28:3
28:4,11 29:2 31:6
35:24 42:11 47:7
48:5 49:10 53:3
59:7 61:16 74:17
75:11,13,24 76:22
78:8,20 108:20
111:1 114:21
115:17 116:15
120:23 121:5
132:2 165:24
174:10 176:17
187:17 196:14
198:25
**surgeon** 27:20
**surgery** 27:19,25
53:8 55:6,8,25
56:6,18 135:21
171:6 197:17,21
**surgical** 6:13
34:20 129:25
134:1 171:5
196:12 205:6
**surprise** 49:15,18
**surprised** 138:10
**survey** 73:12
75:15,22 172:18
175:8,13,18
176:11
**sutter** 8:23 9:18
18:20,24 19:6,10
21:14 22:10,12
81:14,23
**sweating** 188:13
**sweden** 168:14
173:2
**sworn** 5:4 214:10
217:10,13 218:14
218:18 219:21

**sylvia** 48:14,20,21
49:1,15
**symptom** 98:15
164:9
**syndrome** 66:23
67:24 94:18 95:5
101:18 104:5
141:15
**syndromes** 65:8
**synonym** 168:21
**system** 105:8
140:13 208:19
**systematic** 43:2
44:4 168:4
**systemic** 44:5,6,12
44:20,22 45:9
46:25 168:6

**t**

**t** 5:11 198:22,22
**table** 188:14
**take** 6:19,23 10:12
10:19 11:19 13:12
14:10,23 15:6,17
16:15,22 18:3
19:11 31:17 32:2
35:23 72:3 76:17
78:16 79:16
103:12 106:18
113:8,11,13 139:5
143:23 144:20
146:4 154:6,8
165:23 187:18
203:16
**taken** 1:21 35:25
65:19 70:9 79:18
113:14 145:5
165:25 187:20
195:9 199:20
212:5 214:20
**takes** 23:15 61:13
123:22

**talk** 10:4 22:8,15
50:20,21 51:1
58:12 66:21 69:13
70:13,16,22,23
80:13 81:3 91:5,6
117:17 120:25
130:4 131:11
148:5 149:10
204:23 205:18,21
206:2 211:24
**talked** 38:11 50:10
75:6,9,16 81:13
95:9,13 97:23
105:23 106:3
115:24 159:1
161:19 194:10
195:2 203:13
210:23
**talking** 22:4 45:16
52:8 58:18 64:8
74:4 76:3 77:14
98:4,11 99:23
107:21,22 110:14
111:12 113:15
118:9,15 126:25
128:22 130:1,3
192:6
**talks** 86:20 194:8
**tall** 94:9,11,21
99:25 100:1,6,7,13
**tammany** 8:15
81:15
**task** 75:3
**taylor** 36:22 38:10
104:20
**teach** 18:13 20:21
**teaching** 20:22
21:15 22:3
**team** 135:23
**technical** 51:5,20

**technologies** 41:12
**tell** 10:20 14:20
30:14,22 31:4
40:3 41:14 42:8
45:22 46:23 50:19
56:9 61:15 84:15
97:11,12,15 101:4
128:1 133:21
142:7 167:24
171:8 175:17
192:8 210:19
**tells** 66:19 169:8
**ten** 10:21 17:20
23:19 25:14,23,24
33:5 42:12 92:17
188:12,17 192:5
**tend** 98:20 195:3
**tendency** 160:7,15
**tenth** 10:23
**term** 107:3,7
110:24 133:14,15
133:15,16,17,17
147:22 148:1,6
197:25
**termed** 126:2
**terminology**
108:22 109:23
110:6,7,11,25
**terms** 109:12
164:3
**tertiary** 168:17
**test** 10:3,19,22
97:6,7,15 139:25
147:12 150:2,3,18
**tested** 141:10
150:10
**testicles** 123:22
150:7 156:23
**testicular** 150:9
151:3

| | | | |
|---|---|---|---|
| **testified** 30:9,12 30:12 35:4 36:20 37:2 56:1 115:23 | 97:3 99:22 104:24 104:25 110:21 118:22 119:4 121:16 142:21,23 155:6,19,19 157:4 171:5 | 70:5,13,21 71:16 72:7 73:16 75:2 77:6 78:1,8,12 80:20 84:7,22 86:13,21 87:8 91:4 95:8,22 | **thinking** 161:21 199:12 |
| **testify** 5:12 214:10 | | | **thinks** 12:24 62:20 70:7 71:7 107:24 |
| **testifying** 54:5 | | | **third** 46:8 52:8 |
| **testimony** 5:20 30:6 37:5 38:3,6 50:9,11 55:16 64:18 65:11 66:15 68:16 69:21 89:21 105:17 107:17 109:15 110:1 115:16 117:15,15 118:5,6,18,19 123:15 124:18,25 137:19 138:3 140:17 144:10 155:11 156:20 164:6,7 201:4,4 210:8 214:13,17 217:6,7 218:6,9,12 | **things** 13:17 36:17 42:3 45:14 59:8 59:12 60:22 61:19 72:23 73:9,10,14 73:15 76:10,11 81:13 93:6,7,20,21 94:13 95:7 97:24 98:10,20 100:2,12 100:24 101:1,11 101:16 145:22 148:8,9 152:19 155:1 164:19 169:23 171:24 172:3 178:17 188:7,15,19 190:2 190:21 195:3,4 202:13 207:4,8 | 97:22 106:11 107:23,25 108:17 108:18 109:18,20 111:20 114:2,6,8 116:11,19 117:7 117:16 118:1,8,13 118:21 119:5 121:24,25 123:11 123:17 124:7 128:5 134:19 136:1 137:9 140:9 141:14 143:4,5 146:14 149:9,11 149:14 150:12 153:8 156:10,25 157:3 160:10 161:7 162:4 166:9 166:23 169:23 170:3 171:4,6 172:1,18 173:17 176:7,10 177:9,10 178:5,8,16,20 179:10,14 180:21 181:8,9 182:9,16 182:17,20 185:13 188:19 189:3,25 190:3,5,6,25 191:23 192:15,20 194:6,11,19,20 197:25 198:21,24 199:8,17 203:7 204:10,13,15 205:4 209:13,22 209:24,25 210:5 210:10 | **thirty** 151:12 216:19 |
| **testing** 16:7,16,23 16:23 | | | **thorough** 123:4,5 |
| **testosterone** 32:12 32:17 104:7,9 | **think** 5:24 10:21 14:3,4,17 24:23 25:2 26:20 28:1,3 29:12 32:16,22 34:18 35:2,15,16 38:2 40:3,6 41:19 42:5,9,10 43:10,13 44:1 46:7,8,9,11 47:19,21 49:3,21 49:24 50:11 51:7 53:24 54:14 55:7 55:20 57:3,11,18 58:13 59:1,5,7,7 59:14,18,19 60:3,8 60:11,12,14,23 61:8,10,11 62:12 62:13,23,24 63:3 63:17 65:13,14 | | **thought** 111:3 151:2 190:13 |
| **tests** 97:10 132:18 | | | **thoughts** 47:23 191:11 |
| **texas** 15:21 | | | **thousand** 182:18 |
| **textbook** 148:2 | | | **threatened** 181:7 |
| **texting** 191:19 | | | **three** 8:20 22:8 64:9 162:5,16 182:24 183:18 |
| **thank** 201:2 210:4 | | | **ticket** 23:3 |
| **therapist** 118:22 129:13 | | | **tickets** 25:4 |
| **therapists** 118:15 | | | **tighten** 210:25 |
| **therapy** 117:18 118:10 144:15,16 193:24 194:22 206:6 | | | **tightened** 211:1 |
| | | | **tightening** 204:4 |
| **thing** 21:23 28:17 28:18 32:17 45:11 51:20 55:15 70:12 88:15 89:8 93:19 | | | **time** 6:18,21 8:2 8:25 14:2 15:18 19:3 20:25 23:4 24:12 25:18 42:13 44:15 47:11,21,21 63:18 64:8,9,9,11 64:13 66:6,13 67:23 72:3,16,17 77:17 78:22 106:18 110:16 120:2 121:20 122:19 123:12 125:11 128:10,13 128:17,18,19 132:9 135:24 137:16,25 142:15 150:23 152:20 156:13 157:15,19 161:10 162:9 |

165:11 179:6,23
181:21 184:20
195:6 201:20
214:20
**times** 6:17 14:8,11
16:14 25:13,24
26:3,16,19 35:12
40:6 47:4,12
92:14 126:3
179:24 211:6
**tired** 128:2
**title** 24:22 25:2
41:14
**today** 77:25
137:11,12 153:15
155:11 158:8
184:17 201:4
203:5
**today's** 184:15
**top** 41:6
**toronto** 74:11
**total** 15:8 17:12
180:5
**totally** 147:15
**tough** 23:15
**town** 130:24
**traditionally**
107:5
**trained** 8:9 83:14
**training** 12:8 82:3
**trans** 18:13,17,17
18:19,23 19:9,12
19:15 22:3,8 23:1
23:19 42:6 48:18
50:18,25 51:6
52:10,11 60:6
69:14 74:12 91:8
95:10 96:8 99:1
117:21 130:25
132:4 134:12
137:8 140:1 141:5

141:18,20 143:9
143:12 144:13
148:5 149:15
150:23 152:7
159:9,16 161:22
162:2,4,11,18,22
169:18 170:22
175:19 181:9
182:24 183:1,14
194:15 196:18
203:23,25 204:20
206:12 208:23
**transcribed**
214:16 217:7
**transcript** 3:1
213:3,6,9,11
216:11,12 217:5
217:12 218:5,11
218:17
**transcription**
214:17
**transgender** 5:21
6:3,5,8,11 12:14
12:17,25 18:5
20:1,7,7 22:16,23
23:12 26:4 27:5
29:19 31:15 32:13
32:14 33:10 34:16
41:13 48:1,22
50:4 51:23 54:20
55:5,8 56:14 57:4
58:7,15 60:11,14
60:19,20 61:14
70:2,8,10 71:18
73:11 75:15,21
76:12 83:10 84:16
87:21 90:7,8 93:2
95:17,17 96:5,10
97:5,14 98:21
99:21 100:9,14
111:15 115:6

124:6,13,16
125:16 129:21
130:21 131:21
134:22 141:15
144:24 149:23,25
155:16,25 157:19
159:12 167:18
175:8,12,17 176:8
182:19 186:2,7
194:12 201:6
202:22 205:2
207:24 209:22
210:2,9,11,16
**transgendered**
20:12,13,14 29:15
30:18 32:8,19
44:24 55:23 58:6
58:19 61:1 83:25
85:14 96:12,19,23
96:25 97:9 115:9
124:11,20 125:18
133:1,7 138:17
141:11 146:12
150:18 156:19
157:8 160:7
161:11,12 162:14
174:21,23 176:12
183:6 211:12
**transition** 29:25
30:2 56:19 129:9
129:19 134:2,17
135:22 136:10,24
137:2,14,16 138:1
138:18 141:3,12
146:13 147:4
169:14 170:1
176:25 178:13,16
178:22 179:1,4
197:24 205:6
206:1

**transitioned**
168:24 169:5
**transitioning**
119:7 137:14
138:18 179:11
**transitions** 134:20
**transline** 18:15
22:18 23:25 24:18
25:5,7,10 74:21,23
**transsexualism**
132:19 186:12
**trauma** 134:16
145:25
**travel** 72:16,17,17
**treat** 19:16 20:13
82:16 83:9 118:10
141:6,21 152:7
195:11 196:25
**treated** 31:15
87:22 118:11
129:14 133:10
135:20 169:15,20
196:3,25 197:8
199:15
**treating** 60:6 70:1
85:18 132:10
148:4 195:9 201:6
**treatment** 29:23
30:2,6,19 32:12,14
33:10 42:6 54:19
56:21 129:25
148:24 149:2
155:9 168:16
177:12 196:11,19
196:21 197:19
198:14,15 199:5
206:6,11
**treatments** 41:12
162:3 193:23
197:10

**treats** 177:24
194:15 206:11
210:2
**tremendous** 43:1
44:19 45:21
**trial** 25:22 36:21
38:3,6
**truck** 180:23
**true** 36:14 89:6
104:22 105:23
113:21 139:9,14
139:19 140:5,5,15
140:23 142:9,17
142:25 143:16
147:22 173:1
214:16
**truly** 128:21
**truth** 184:24
214:11,11,12
**try** 47:23 55:21
91:3 118:24 207:9
**trying** 31:16 32:1
44:23 70:12 91:1
110:17 117:17
153:25 208:25
**tumors** 150:9
**turn** 36:18 37:12
63:4 67:9,10 73:5
80:4,6 88:3 105:1
106:19,21 114:24
184:23 187:25
188:3 209:9
**tweeting** 191:19
**twin** 98:22 99:19
159:10 160:13
161:6,11 185:19
185:20,25
**twins** 98:23 99:2,8
99:14 159:11,13
160:14,15,19,22
161:10 186:1

**twitter** 188:18
**two** 6:2 9:6 10:13
15:20 17:13 22:7
39:17 40:6 43:16
43:22,22 46:16
50:3,7,15 63:22
69:23 71:6 83:19
85:21 88:16 89:18
94:16,17 102:3,16
105:5 111:16
112:12,15 113:23
114:4,5,7 123:21
123:23 151:12
169:3,19 188:16
206:15
**type** 34:7 64:15
101:25 158:7,23
173:8,24 174:6
**types** 26:1 31:12
197:3
**typical** 13:16 83:2
103:9 123:3
**typically** 63:24
65:16 72:13 90:15
150:12 202:4,7,8
**typo** 127:5
**typographical**
127:6

**u**

**u.s.** 11:18 16:14
**uh** 77:5
**ultimate** 93:22
**ultimately** 46:11
**unbiased** 45:3
**uncommon** 64:24
136:8
**unconscious**
128:25 129:3
130:12,15
**unconstitutional**
56:2

**underestimated**
60:8,13
**undergo** 123:3
178:13 199:4
206:16
**undergone** 129:9
129:18,24
**undergraduate**
7:6
**underlying** 78:10
**undermine** 43:24
**underneath** 81:15
**understand** 6:24
11:3 95:20 98:2
98:19 107:13
120:1,5 134:17
145:16,18 146:9
152:15 153:9,19
155:1,2 170:16
209:19
**understandable**
179:13 181:23
**understanding**
70:15 98:18 106:6
106:12 116:24
119:8 122:6,23
139:16 143:8
152:6 153:8 154:2
154:4 155:6,16,18
191:25 205:15
210:1,1,3
**understands** 98:1
**understood** 7:2
44:17 134:4
155:17
**undo** 134:3
**unified** 37:14
**union** 2:4
**united** 1:1 154:5
154:10 174:19

**unitization** 25:7
**universally** 101:19
104:10
**university** 7:9,10
130:24 131:1
**unknown** 97:25
**unos** 154:5,17
**unrelated** 6:14
**unwavering** 102:2
**update** 80:11
**updated** 41:21
**updates** 81:10
**upper** 170:13
**upset** 196:17
**use** 52:11,12 87:13
90:24 105:21
123:9 132:12,13
132:14 135:15
148:21 156:6
164:10 188:25
191:17
**uses** 107:23
**uspath** 14:6 15:4,5
25:6
**usually** 6:11 41:10
43:22 55:10 84:10
84:12 104:9
111:12 166:11
**utilize** 139:25
**utilized** 41:21
62:21

**v**

**v** 33:6,12,16 36:22
36:22,23,23 37:14
38:10,17,21,24
41:21,24 42:2
44:16 47:6,10
49:8,22 104:19
216:6 217:3 218:3
**vagina** 103:6

vaginal 103:6
vague 59:25 79:11
 85:15 92:6 97:1
 97:20 98:8 99:16
 100:22 101:14
 102:22 103:21
 104:2 105:18
 106:9 113:2
 114:13 115:15
 116:12 120:3,17
 120:18 125:20
 126:5 129:22
 130:16 135:6
 136:19 139:21
 140:25 143:2
 155:14 157:2
 163:5 165:18
 172:15 178:3
 179:8 183:25
 205:10 208:2
valid 44:23 54:11
 54:17 184:25
 185:15
validity 54:22
value 120:1,7
van 57:9,12,16
 58:3 59:3,10,15,23
 60:3 61:3,24,25
 62:6,12,16 63:5
 64:5 66:2 69:5,7
 69:19 70:6 75:25
 76:25 106:19
 107:13 108:4
 167:10 184:10
 187:4,14 188:4
 189:16 193:4
 194:6,23 209:5,21
 209:24
variability 161:17
variation 114:12
 114:15

varying 101:5
 176:24
vast 71:17 139:22
 140:4,20
verify 208:8,10
veritext 216:1,7
 219:1
veritext.com.
 216:17
version 41:21
 201:24,25
versus 5:14 29:4
 89:3 160:15,17
 173:21 174:9
 186:1
video 188:18
view 113:24 115:9
 115:21 117:6,8
views 60:7
violate 35:5,7
violates 28:10
violence 134:24
 207:2
virtually 66:23
virtue 183:13
visions 168:1
volunteer 81:16
 172:23 173:12
volunteered
 172:21,25
vote 207:11
vs 1:9
vulnerable 207:2

w

wait 76:18
waive 72:15
waived 72:19
 216:20
waiving 27:15
walk 8:6 120:21

want 45:1 55:21
 69:6 106:18 120:6
 125:9,9 132:13,14
 134:3 135:10
 142:6 148:21
 153:18 171:3
 173:7 205:6
wanted 50:25
 203:14 210:25
wanting 162:2
wants 135:13,14
 135:15
warns 115:8
warrant 123:1
warranted 122:21
washington 50:3
way 22:21 43:5
 44:4 46:7,8 60:18
 71:25 76:15 77:11
 87:25 98:13
 103:17 107:24
 111:21,22 120:13
 123:13 127:19
 128:16,20 131:9
 135:10,14 136:1
 139:9 141:10
 157:18 161:2
 168:1 169:25
 170:22 171:18
 177:10 178:6
 182:6 192:12
 194:5,12 195:19
 196:25 202:7,22
 205:1,15 206:2
ways 45:4 87:7
we've 105:23
 113:12 158:8
wears 202:18
website 45:19
week 77:23

weeks 14:13
weight 121:11
went 50:12,21
 51:1 76:1 86:7
 131:2 171:6
west 2:14
whereof 215:5
whitaker 37:14
 39:6 88:3
who've 136:13
 171:22
whomever's 19:11
wieckx 76:4
window 14:9,12
wisconsin 37:13
 199:13
withdraw 110:3
withdrawal
 207:13
witness 25:14,17
 25:20 26:2,6
 27:17 28:9,25
 29:16 33:17,25
 34:4 35:13,18
 37:2 39:10,14,21
 39:24 40:7,12
 47:2,15 48:12
 51:13 52:25 53:16
 54:8,14 55:1 56:9
 60:2 61:8 64:20
 65:13 66:17 69:23
 70:21 71:15 72:19
 79:13 85:17 89:22
 91:19 92:8 94:4
 97:3,22 98:10
 99:17 100:23
 101:16 102:24
 103:22 104:3
 105:19 106:11
 107:20 108:14
 109:17 112:12,24

[witness - zucker's]                                                       Page 41

113:4 114:14
115:17 116:11,14
117:16 118:8,21
120:5,20 123:17
124:2 126:6 129:6
129:23 130:17
131:24 132:21
135:8 136:20
137:21 138:4,25
139:22 140:18
141:1 142:12,20
143:4 144:12
150:6,21 153:5,18
155:15 157:3
159:7 160:1 163:6
164:8 165:7,19
166:9,17 169:13
172:16 177:9
178:5 179:10,19
181:6 182:5,16
183:13 184:1
191:7 192:20
204:10 205:18
206:10 208:3
214:9,14,15,18
215:5 216:8,12
217:1,4,11 218:1,4
218:15
**witness's** 213:2
**witness'** 216:14
**woman** 87:10
118:25 135:19
180:22 209:22
**women** 19:24 20:6
20:8,14 52:11
66:24 101:19
104:10 141:21
162:4 166:22
182:24
**women's** 8:25
19:20,20 20:4,11

20:18 51:2 52:11
207:18
**word** 13:23 65:1
119:17 123:9
163:21
**words** 90:23
191:11
**work** 9:9,12,14
18:15,25 21:6
24:25 27:5 40:1,4
40:13,19 47:15
48:18 49:20 50:13
50:18 51:14 52:6
52:23 81:14,15,16
81:21,22 104:6
109:21 130:23
155:16 197:10
206:15
**worked** 47:9 49:11
50:3 51:3,18,23
52:17 81:25
196:22
**working** 8:15 9:18
18:11 49:14 51:5
51:8 91:3 115:5
**works** 49:11
152:18
**world** 12:13 83:24
104:7
**worse** 197:7 207:4
**worth** 15:22 85:21
**wpath** 9:25 12:11
12:13,23 13:4
15:2 17:25 74:4
83:20 85:10
114:21 115:19
117:5,16 118:8,13
**wpath's** 85:12,13
115:7
**write** 51:22 88:14
116:14 128:2

156:24
**writhing** 188:14
**writing** 86:5,6
**written** 15:20
16:18,22 17:7
72:5 154:19
184:20
**wrong** 32:17 55:7
67:8 108:21 126:4
171:3
**wrote** 14:15 46:4
59:6,15 110:21
111:5 199:11

| x |
| --- |

**x** 54:1 63:22
102:16
**xx** 63:13,19,21
65:4,15 67:6
158:7 182:12
**xy** 63:12,19,21
65:4,16,16 66:22
66:25 67:5,23
68:2,13 102:13,25
158:7 182:12

| y |
| --- |

**y** 5:10 41:4 63:23
63:25 102:12
**yeah** 9:17 28:12
29:6,8 32:25 33:6
40:9 42:14 43:1
48:3 53:16 55:7
55:20 57:13 79:15
87:25 99:5 108:2
108:10 120:15,20
122:8 123:2
128:15 131:25
133:2 140:2 165:1
175:6 183:17,19
184:2,19 186:13
192:1 205:11,12

**year** 8:17 10:13,13
10:23 14:8,21,22
22:7,8 94:16,17
98:3 137:10
194:11 197:20
**years** 7:24 8:20
10:21 22:7 25:15
25:24 27:8 29:6,9
33:5 37:3 42:12
48:15 49:4 51:24
52:3 70:1 83:20
92:17 103:4 133:4
134:20 137:10
169:19 211:22
**york** 7:18 33:6,7
48:22 49:5
**young** 97:19 98:7
99:11 130:25
135:19 136:22
**ys** 63:22

| z |
| --- |

**zero** 192:5
**zucker** 33:6,16
36:24 38:24 41:22
41:24 42:2 44:16
47:6,10 49:9,22
193:16 194:2
203:11
**zucker's** 193:25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.