# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LANCE HIMES, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00272 <br><br> Judge: Michael Watson <br><br> Magistrate Judge: Chelsey Vascura |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully provide the Court with notice of supplemental authority, *Bostock v. Clayton County*, ___ S. Ct. _____, No. 17-1618, 2020 WL 3146686 (U.S. June 15, 2020), which was decided after dispositive motions in the above-captioned case were fully briefed.

In their summary judgment briefing, Plaintiffs cited the Sixth Circuit decision, *Equal Employment Opportunity Comm'n v. R.G. &. G.R. Harris Funeral Homes, Inc.*, 884 F.3d 560, 569 (6th Cir. 2018). *See* ECF No. 69, PAGEID#2710.  This decision was affirmed by the Supreme Court of the United States *sub nom. Bostock v. Clayton County.*

Respectfully submitted,

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Phone: (312) 663-4413
Facsimile: (312) 663-4307

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103

Email: kingelhart@lambdalegal.org

Peter C. Renn* (California Bar No. 247633)
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org


Jennifer S. Roach (0074143)
Thompson Hine, LLP.
127 Public Square
Suite 3900
Cleveland, OH 44114
Phone: (216) 566-5885
Fax: (216) 566-5800
Email: Jennifer.Roach@thompsonhine.com


*Admitted *Pro Hac Vice*

Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org
Email: ebonham@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Suite 203
Columbus, OH 43206
Phone: (614) 586-1969
Fax: (614) 586-1974
Email: dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Gabriel Arkles* (New York Bar No. 4391918)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: garkles@aclu.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of the Court for the for the U.S. District Court for the Southern District of Ohio using the CM/ECF system and a copy was served on counsel for all parties through that system.

*/s/Elizabeth Bonham*
Elizabeth Bonham (0093733)
Counsel for Plaintiffs
