UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STACIE RAY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE MCCLOUD, Director, Ohio Department Health, et al., <br><br> Defendants. | Case No.: 2:18-cv-00272-MHW-CMV <br> Judge Michael Watson <br> Magistrate Judge Chelsey Vascura |

### MOTION FOR DESIGNATION AND REMOVAL FROM ECF OF HIGHLY SENSITIVE DOCUMENTS

Pursuant to General Order 2021-01, which was issued in response to recent disclosures of wide-spread breaches of government computer systems that compromise the confidentiality of highly sensitive documents filed in in CM/ECF systems, Plaintiffs respectfully move that the Court designate five particular sealed filings in the above-captioned matter as Highly Sensitive Documents (HSD) and remove them from the Court's electronic filing system.

As this Court and other Courts have recognized, "the excruciatingly private and intimate nature of transsexualism, for persons who wish to preserve privacy in the matter, is really beyond debate." Order, ECF No. 47 at 23, citing *Powell v. Schriver,* 175 F.3d 108, 111 (2d Cir. 1999); *see also K.L. v. State*, No. 3AN-11-05431 CI, 2012 WL 2685183, at *6 (Alaska Super. Ct. Mar. 12, 2012)*; Love v. Johnson*, 146 F. Supp. 3d 848, 856 (E.D. Mich. 2015). "[T]ranssexualism is the unusual condition that is likely to provoke both an intense desire to preserve one's medical confidentiality, as well as hostility and intolerance from others." *Powell*, 175 F.3d at 111. Revealing explicit personal information about their bodies and their medical treatment related to their transgender status would invade the Plaintiffs' privacy and put them at risk of harm.

1

Especially given that the relief sought is narrow here and furthers the same interests as orders already made in this case, this is the rare instance where Plaintiffs' "interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel Co.,* 723 F.2d 470, 474 (6th Cir. 1983).

Three orders were entered in this case to safeguard the identity of Plaintiff Jane Doe and the medical privacy of all Plaintiffs: ECF No. 9, Order Granting Motion to Proceed Anonymously, ECF No. 34, Stipulated Protective Order, and ECF No. 59, Order Granting Motion to File Under Seal. ECF No. 59 ordered that four unredacted deposition transcripts (ECF Nos. 60, 61, 62, and 63) and a brief which referenced sensitive portions of those transcripts (ECF No. 70) were to be filed under seal.

This Motion relates to these five documents, which were filed under seal, and contain highly sensitive information:

| ECF No. 60 | Sealed Deposition Transcript of Basil Argento |
| ECF No. 61 | Sealed Deposition Transcript of Ashley Breda |
| ECF No. 62 | Sealed Deposition Transcript of Jane Doe |
| ECF No. 63 | Sealed Deposition Transcript of Stacie Ray |
| ECF No. 70 | Defendants' Sealed Motion for Summary Judgment |

Redacted copies of each of these documents are available on the public docket.

To continue to protect the confidential identifying information and sensitive medical or bodily information of Plaintiffs, these five filings should now be designated as HSDs and removed from the Court's electronic filing system.

A proposed order is attached hereto.

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

Peter C. Renn* (California Bar No. 247633)

/s/ Elizabeth Bonham
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: flevenson@acluohio.org

Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org

Jennifer S. Roach (0074143)
Thompson Hine, LLP.
127 Public Square
Suite 3900
Cleveland, OH 44114
Phone: (216) 566-5885
Fax: (216) 566-5800
Email: Jennifer.Roach@thompsonhine.com

*Admitted *Pro Hac Vice*

Email: sbecker@acluohio.org
Email: ebonham@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Suite 203
Columbus, OH 43206
Phone: (614) 586-1969
Fax: (614) 586-1974
Email: dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso* (New York Bar No. 5750013)
American Civil Liberties Union Foundation
125 Broad St.
18th Floor
New York, NY 10004
Phone: (212) 549-2561
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, I filed the foregoing electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system.

>*/s/ Elizabeth Bonham*
> Elizabeth Bonham (0093733)
> Attorney for Plaintiffs