UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STACIE RAY, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE MCCLOUD, Director, Ohio Department Health, et al.,**<br><br>Defendants. | Case No.: 2:18-cv-00272-MHW-CMV<br>Judge Michael Watson<br>Magistrate Judge Chelsey Vascura |

**[PROPOSED] ORDER DESIGNATING AND REMOVING HIGHLY SENSITIVE DOCUMENTS**

On the Plaintiffs' Motion and for good cause shown, it is hereby ORDERED that ECF Nos. 60, 61, 62, 63, and 70 are designated Highly Sensitive Documents pursuant to General Order 2021-01. Highly Sensitive Documents will be immediately removed from the Court's electronic filing system and maintained by the Clerk's Office in a secure paper filing system or a secure standalone computer system that is not connected to any network.

IT IS SO ORDERED.

_____

U.S. District Judge

Dated January \_\_\_\_, 2021