## Table of Exhibits

| | |
|---|---|
| A | OSBA Report |
| B | Declaration of Freda Levenson |
| B-1 | Levenson Resume |
| B-2 | Levenson Fees |
| C | Declaration of Susan Becker |
| C-1 | Becker Resume |
| C-2 | Becker Fees |
| D | Declaration of David Carey |
| D-1 | Carey Resume |
| D-2 | Carey Fees |
| E | Declaration of Elizabeth Bonham |
| E-1 | Bonham Resume |
| E-2 | Bonham Fees |
| F | Declaration of Peter Renn |
| F-1 | Renn Resume |
| F-2 | Renn Fees |
| G | Declaration of Kara Ingelheart |
| G-1 | Ingelheart Resume |
| G-2 | Ingelheart Fees |
| H | Declaration of John Knight |
| H-1 | Knight Resume |
| H-2 | Knight Fees |
| I | Declaration of Gabriel Arkles |
| I-1 | Arkles Resume |
| I-2 | Arkles Fees |
| J | Declaration of Malita Picasso |
| J-1 | Picasso Resume |
| J-2 | Picasso Fees |
| K | Declaration of Jennifer Roach |
| K-1 | Roach Resume |
| K-2 | Thompson Hine Fees |
| L | Declaration of Tess Sabo |
| L-1 | Sabo Fees |
| M | Declaration of Emma Keeshin |
| M-1 | Keeshin Resume |
| M-2 | Keeshin Fees |
| N | Second Declaration of Tess Sabo |
| N-1 | ACLU Total Costs Summary |
| N-2 | Lambda Legal Total Costs Summary |
| N-3 | ACLU Ohio Total Costs Summary |
| N-4 | Summary of Costs to Recover |