# Exhibit B-1

**Freda J. Levenson**
ACLU Of Ohio, Legal
Director 4506 Chester Ave.
Cleveland, Ohio 44103
flevenson@acluohio.org

**Education:**
Wellesley College - BA 1973
University of Michigan Law School - JD 1976

**Employment:**
Legal Director, ACLU of Ohio (2015-present)
Managing Attorney ACLU of Ohio (2014-2015)
Adjunct Professor CWRU Law School (1995-2005, 2008-2014)
SAGES Presidential Fellow CWRU (2006, 2007), Baldwin Fellow (2007)
Formerly a partner (litigation) at Altheimer & Gray (a commercial law firm in Chicago)

**Representative Cases:**
- Voting Rights: *Thompson v. DeWine*, action to modify initiative petition circulation requirements during the pandemic; *APRI v. Householder*, action challenging the constitutionality of Ohio's gerrymandered Congressional Map; *APRI v. Husted*, challenging Ohio's practice of purging infrequent voters; *NAACP v Husted et al.*, restoring early voting opportunities; and *Libertarian Party of Ohio v. Husted*, protecting minor party ballot access.
- Expressive rights under the First Amendment: *Citizens for Trump, et al. v. Cleveland*, challenging restrictions on public expression at Cleveland's Republican National Convention.
- Reproductive rights, cases challenging the so- called Heartbeat Bill, the Fetal Anomaly Abortion Ban, and other restrictions.
- Gender Equality, including *Rotondo v. JPMorgan Chase*, a class action for equal parental leave rights for male employees, and *Maudlin v. Inside Out, Inc.*, challenging sex discrimination by a religious employer.

**Civic Activities:**
Cooperating Attorney ACLU of Ohio (2013)
Shaker Heights Board of Education (*Member*: 1996-2012; *President*: 2000, 2001, 2006, and 2007; *Vice President*: 1998 and 1999)
School Board Legislative Liaison (1996-1999, 2002-2005)
Federal Relations Network Member (National School Board
            Association appointed lobbyist) (1997-2012)
Shaker Schools Finance & Audit Committee (*Member* 2005-2011)
Managed School Levy, School Bond Issue, and School Board Candidate Campaigns
            (1993, 1994, 1995, 1996, 2000, 2003)
*Founder:* Night for the Red & White (1992); *Committee Chair* and/or
*Member* (1993-2006) Shaker Schools Foundation (*Trustee* - 1993-2004)
Fund for the Future (*Trustee* - 1999-2008)
Shaker Family Center (*Board Member* - 1993-1995)
Moreland on the Move Education Committee (*Member*
1995-2008)
10,000 Villages (*Board Member* – 2005-2006)