Exhibit B-2

## Freda Levenson

| Date | Description of Services | Time |
|---|---|---|
| 4/5/2018 | Team call re: next steps | 1.1 |
| 4/12/2018 | Phonecall, email with op att henry appel | 0.2 |
| 4/14/2018 | Email w Kara, others re related case | 0.1 |
| 4/15/2018 | Emails w Naila re SD related case treatment | 0.1 |
| 4/17/2018 | Email w Kara re expert retention and expert agreement | 0.1 |
| 4/20/2018 | Rev Perto Rico decision and send to Henry Appel | 0.3 |
| 6/14/2018 | t – op att Jake Blake | 0.3 |
| 6/14/2018 | P email to team re Jake Blake requ for extension | 0.3 |
| 6/14/2018 | P another email to team suggesting resonse | 0.2 |
| 6/14/2018 | P email to Blake re response to request | 0.1 |
| 6/14/2018 | Rev status conf order by magistrate, email team re obtaining extension | 0.2 |
| 6/19/2018 | email co counsel re plan for 26f conf, getting extension of pre trial conf, and scheduling meeting to plan 26f approach | 0.3 |
| 6/20/2018 | t co counsel Kara re timing, calling court  getting extension | 0.2 |
| 6/20/2018 | T clerk of court to new date for pretrial conf | 0.2 |
| 6/20/2018 | Email opp att re call to court and req for 26 f conf. | 0.2 |
| 6/20/2018 | Scheduling emails with cocounsel | 0.1 |
| 6/21/2018 | team call re  ocntentts of 26f report | 1.2 |
| 6/24/2018 | p for 26(F) conference | 0.2 |
| 6/25/2018 | 26(f) conference | 1.2 |
| 6/26/2018 | prepare 26(f) report | 0.5 |
| 6/27/2018 | p agenda, email, update to cocousel | 0.2 |
| 6/28/2018 | team conf call re 26F, re discovery, re litig strategy | 0.9 |
| 6/28/2018 | Redraft  26f rept | 0.1 |
| 6/28/2018 | email opp atts draft of 26f report | 0.1 |
| 7/3/2018 | send email to opp att and one to cocounsel – re status of 12 f reprt | 0.1 |
| 7/7/2018 | rev def's redline of 26(f) report | 0.3 |
| 7/7/2018 | Summarize our position and emails with cocounsel re defs 26(f) | 0.4 |
| 7/7/2018 | Emails re team calls, schedule  to respod to MTD and filing 26(f) | 0.2 |
| 7/8/2018 | Read and take notes on motion to dismiss BC case | 1.5 |
| 7/8/2018 | p redline 26(f) report and transmit to defendants | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 7/9/2018 | Rev scheduling email, p calendar | 0.2 |
| 7/9/2018 | Review research re ohio BC statutes and ODH website and caselaw under statutes | 1.3 |
| 7/11/2018 | rev discov reqs | 0.3 |
| 7/11/2018 | c- Eb re discov reqc | 0.1 |
| 7/11/2018 | rev next draft disc reqs | 0.1 |
| 7/16/2018 | rev disc requsests | 0.5 |
| 7/16/2018 | Review, edit response to Motion to dismiss | 2.5 |
| 7/17/2018 | p for pre trial, review file, review 26 f report | 0.7 |
| 7/18/2018 | conf call to discuss opposiont to MTD wi cocounsel | 1.2 |
| 7/18/2018 | C cocounsel re rule 16 conf | 0.2 |
| 7/18/2018 | Conf call with court, co counsel and op attorneys – rule 16 conf | 1.2 |
| 7/20/2018 | review motion for stay and emergency motion for interim stay, and email re response | 0.6 |
| 7/22/2018 | rev, edit our response to MTD | 3.2 |
| 7/23/2018 | Another review and more edits to MTD – treatment of cases | 0.3 |
| 7/23/2018 | Emails to cocounsel re brief and revisions | 0.1 |
| 7/24/2018 | rev and edit op to defs' emergency motion | 0.4 |
| 7/24/2018 | Review and edit response to motion to expedite | 0.8 |
| 7/24/2018 | Review latest draft of opp to motion to D | 0.5 |
| 7/25/2018 | Revise Ray opposition to MOTbrief | 0.6 |
| 7/25/2018 | Review others' edit to opposition to stay motion | 0.2 |
| 7/26/2018 | Discuss stay motion w/ EB | 0.3 |
| 10/10/2018 | rev order re denial of stay | 0.3 |
| 10/10/2018 | Emails re order re denial of stay | 0.2 |
| 10/11/2018 | team call re denial of stay _and next steps – conf discov dates | 0.4 |
| 10/16/2018 | rev, edit expert agreement | 0.4 |
| 11/13/2018 | conf re protective order and def's production | 0.2 |
| 11/13/2018 | review file re protective order and def's production | 0.2 |
| 1/8/2019 | rev disc rquests to plffs  from def | 0.5 |
| 6/14/2019 | review emails re discov plan | 0.1 |
| 7/5/2019 | read expert report- opp expert | 0.3 |
| 7/5/2019 | reiew our expert report | 0.2 |
| 7/5/2019 | prep  emails, read emails re expert reports | 0.2 |
| 7/22/2019 | review expert report | 1.2 |
| 7/23/2019 | tel conf w/team regarding expert rebuttal | 0.9 |
| 7/23/2019 | tel conf w/EB and SJB re rebuttal | 0.4 |
| 7/24/2019 | review file and emails regading Belenker | 0.2 |
| 7/24/2019 | conf w EB re jBelener depo | 0.2 |
| 7/27/2019 | review expert report and edit | 1.2 |
| 7/31/2019 | review expert rebuttal rept | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 8/8/2019 | discuss discovery responses with teaam | 0.3 |
| 8/12/2019 | team conf call re discovery | 0.3 |
| 10/17/2019 | correspond with co-counsel and Ann re def's expert depo | 0.2 |
| 10/28/2019 | review depo transcripts | 1.5 |
| 10/29/2019 | team call re status, depo summaries, potential daubert challenge, MSJ schedule | 1.0 |
| 12/26/2019 | edit MSJ response | 2.3 |
| 1/7/2020 | email EB re filng under seal | 0.3 |
| 1/19/2020 | internal aclu ohio emails re reply brief strateby | 0.2 |
| 1/21/2020 | team call re def's MFJ, discuss response brief | 0.5 |
| 2/5/2020 | edit MSJ response | 2.3 |
| 2/6/2020 | edit our opp to resp brief to def's MSJ | 4.5 |
| 2/8/2020 | tel and emails w EB re opposiiton, gender identity as determinant of sex - re LMSJ opp | 0.6 |
| 2/8/2020 | rev John While redline changes of MSJ opp | 0.3 |
| 2/8/2020 | re order on mot to dismiss and def's motion | 0.5 |
| 2/11/2020 | final edits MSJ response | 1.2 |
| 2/12/2020 | final edits MSJ response | 0.5 |
| 2/16/2020 | rev def's response brief to our MSJ | 0.8 |
| 2/18/2020 | team call re reply briefs in MSJ | 0.4 |
| 2/24/2020 | rev reply brief | 0.5 |
| 1/16/2021 | research poss extension of time to file appeal | 0.1 |
| | **Total Time** | **52.5** |
| | **Hourly Rate   x** | **$   500.00** |
| | **Lodestar Fees** | **$ 26,250.00** |