# Exhibit C-1

# **SUSAN J. BECKER**
s.becker@csuohio.edu

## EMPLOYMENT

**ACLU of Ohio**
**General Counsel**, March 2015 to present (Board of Directors position)
Share responsibilities with Executive Director for general oversight of the organization's Legal Department activities including case selection and strategies; co-counsel select cases; regularly engage with Communications, Policy, and Advocacy staff to design and execute comprehensive strategies for defending and advancing civil liberties. This role includes serving on the Ohio ACLU's Board of Directors and its Executive Committee.

**Cleveland State University, Cleveland-Marshall College of Law**
**Professor of Law Emerita** May 2014 to present
Professor of Law 1990-2014
Charles R. Emrick Jr.-Calfee Halter & Griswald Professor of Law, 2007-2010[1]
Associate Dean, 1996-1999
  <u>Teaching Areas:</u> Civil Procedure, Remedies, Pretrial Practice, Legal Ethics & Professionalism, Contracts, Externship Supervision in established and customized placements, and Sexual Orientation, Gender Identity, and the Law.
  <u>Service:</u> Regularly chaired and co-chaired faculty committees charged with significant tasks including faculty hiring, design and implementation of major curricular reforms, improvement of students' academic success and bar passages rates, advancement of faculty teaching methodologies, increasing the quantity, quality, and impact of faculty publications, and facilitating communications between the law school faculty and administration. Also served many years as faculty advisor to student LGBTQ group.

**Jones Day,** Cleveland, Ohio
**Litigation Associate**, 1985-1990
Involved in all aspects of trial and appellate civil litigation, with emphasis in products liability, employment, business, securities, and administrative law.

**United States Court of Appeals for the Sixth Circuit**
Judicial Clerk to the Honorable Robert B. Krupansky, 1983-1985.

**Reporter and Photographer**, **The Chagrin Valley Times** and **The Solon Times**,
Chagrin Falls, Ohio, 1978-1981
Responsible for complete news and feature coverage of several Cleveland suburban communities.
Recipient of 1980 "Excellence in Journalism" Award from Sigma Delta Chi/Cleveland Press Club for Community Service Reporting.

---

[1] At the time I held it this professorship was limited to one three-year appointment.

1

**EDUCATION**

    **Cleveland State University,**
    **Cleveland-Marshall College of Law**
        Juris Doctorate, 1983, magna cum laude
        Research Editor, CLEVELAND STATE LAW REVIEW

    **Eastern Kentucky University**
        Richmond, Kentucky
        B.A. - Journalism, 1977; g.p.a. 3.85 (4.0 in major)
        Outstanding Journalism Graduate of 1977
        President, Society for Collegiate Journalists
        Sports Editor, THE EASTERN PROGRESS newspaper

**BAR ADMISSIONS**
        United States Supreme Court
        United States Court of Appeals for the Sixth Circuit
        United States District Court for the Northern District of Ohio
        United States District Court for the Southern District of Ohio
        Ohio Supreme Court and all inferior Ohio courts
        Admitted *pro hac vice* in numerous state trial and appellate courts

**PUBLICATIONS**

    **Books**

    THE LAW OF PROFESSIONAL CONDUCT IN OHIO, with Jack Guttenberg and Lloyd Snyder (LexisNexis, 2007, 2009, and 2012 editions).

    DISCOVERY OF EMPLOYEES (ABA Publishing 2005).

    **Articles**

    *The Evolution Toward Judicial Independence in the Continuing Quest of For LGBT Equality,* 64 C.W.R.L.REV. 863 (2014).

    *The Politicization of Judicial Elections and its Effect on Judicial Independence and LGBT Rights: An Overview of LGBT Equality and Judicial Independence,* 60 CLEVELAND STATE LAW REVIEW 466 (2012).

    *Many are Chilled but Few are Frozen: How Transformative Learning in Popular Culture, Christianity, and Science will Lead to the Eventual Demise of Legally Sanctioned Discrimination Against Sexual Minorities in the United States*, 14 AM.U. J. GENDER & LAW 177-252 (2006).

*Tumbling Towers as Turning Points: Will 9/11 Usher in a New Civil Rights Era for Gay Men and Lesbians in the United States?*, 9 WILLIAM & MARY JOURNAL OF WOMEN AND THE LAW 207 (2003).

*Discovery of Information and Documents From A Litigants' Former Employees: Synergy and Synthesis of Civil Rules, Ethical Standards, Privilege Doctrines, and Common Law Principles*, 81 NEBRASKA L. REV. 868 (2003).

*Introduction to the Class Action Debate and the Sulzer Litigation*, 16 CLEVE. ST. JOU. LAW & HEALTH 169 (2003).

*Constitutional Classifications and the Search for the Gay Gene, Symposium: Is There a Pink Slip In Your Genes?* 16 CLEVE. ST. JOU. LAW & HEALTH 27 (2001-2002).

*Second Parent Adoptions by Same-Sex Couples in Ohio: An Unsettled and Unsettling Area of Law*, 48 CLEVE. ST. L. REV. 101 (2001).

*Sexual Orientation and the Law: a Valid and Valuable Jurisprudence*, 10 COLUMBIA JOURNAL OF GENDER AND LAW 7 (2000).

*Thanks, But I'm Just Looking; or Why I Don't Want to be a Dean*, 49 JOURNAL OF LEGAL EDUCATION 595 (1999).

*Court-Created Boundaries Between a Visible Lesbian Mother and Her Children*, XII WISCONSIN WOMEN'S LAW JOURNAL 331 (1997).

*Child Sexual Abuse Allegations against a Lesbian or Gay Parent in a Custody or Visitation Dispute: Battling the Overt and Insidious Bias of the Experts and Judges*, 74 DENVER UNIVERSITY LAW REVIEW 75 (1996).

*Making the Move From Law Practitioner to Law Professor, or How Not To Simplify Your Life*, 7 ABA PRETRIAL PRACTICE & DISCOVERY 4(fall 1996).

*Being Out and Fitting In*, 46 JOURNAL OF LEGAL EDUCATION 269 (1996).

*The Immorality of Publicly Outing Private People*, 73 OREGON LAW REVIEW 159-234 (1994).

*Major Amendments to the Federal Rules of Civil Procedure Take Many by Surprise*, 6 ABA PRETRIAL PRACTICE & DISCOVERY 2 (spring 1994).

*Conducting Informal Discovery of a Party's Former Employees: Legal and Ethical Concerns and Constraints*, 51 MARYLAND LAW REVIEW 239 (1992).

3

    - Reprinted in 42 DEFENSE LAW JOURNAL 239 (1993)

    *Current Civil Justice Reform Focuses on Proposed Amendments to the Federal Rules of Civil Procedure*, 5 ABA PRETRIAL PRACTICE & DISCOVERY 2 (1993).

    *Advice for the New Law Professor: A View from the Trenches*, 42 JOURNAL OF LEGAL EDUCATION 432 (1992).

    *Public Opinion Polls and Surveys as Evidence: Suggestions for Resolving Confusing and Conflicting Standards Governing Weight and Admissibility*, 70 OREGON LAW REVIEW 463 (1991).

**ABA LITIGATION NEWS, 1994 to 2001**. Associate Editor for bimonthly publication circulated to the 60,000 members of the ABA Litigation Section. A representative sample of articles authored for this periodical includes:

    *Recent Supreme Court Decisions: Higher Burden for ADA Plaintiffs,* September 1999.

    *Civil Discovery Standards Seek to Improve Pretrial Practice,* May 1999.

    *State Securities Litigation May No Longer Be a Class Act,* Nov. 1998.

    *Supreme Court Revises Amicus Rules,* July 1998.

    *Courts' Evolving Role in Daubert Decisions*, March 1998.

    *Will New Legislation Preempt State Court Class Actions?* January 1998.

    *From the Mouths of Babes: Dealing with the Child Witness*, Nov. 1997.

    *Pros and Cons of Proposed Amendments to Rule 23*, Nov. 1996.

    *Loser Pays Rule Loses Again*, May/June 1996.

    *Attempts to Cap Punitive Damages in Products Liability Cases Continue to Spark Heated Debate*, May/June 1996.

    *New Developments on Rule 4.2: ABA Delegates Amend Model Rule of Professional Conduct*, Oct./Nov. 1995.

    *Common Sense Legal Reforms Act Takes Center Stage*, April/May 1995.

    *Perspectives: The Federal Rules' Quest for Efficiency*, Dec. '94/Jan. '95.

**COMMUNITY SERVICE**

**Ohio American Civil Liberties Union (ACLU), Volunteer Attorney and other roles, 1996 to present.** Carried many roles for this organization over the years including two terms as president of the state Board of Directors (2009 to March 2013) and General Counsel (2015 to present)**.**

**Cleveland-Marshall College of Law Public Interest Leader in Residence (LIR), fall 2018 to present.** Active participant in LIR program, which is designed to more closely connect students, staff, and faculty with attorneys who are deeply engaged in community leadership and service. My specific focus is general mentoring of law students and encouraging their exploration of educational, volunteer, and career opportunities in various public interest areas of practice.

**Cleveland-Marshall Board of Visitors, 2017 to 2020.** Member of Career Planning Committee. Board members provide advice and feedback to the law school Dean on recruitment and retention of students, fundraising, curriculum design, academic success program, bar passage, community outreach, and career opportunities.

**Cleveland Metropolitan Bar Association (CMBA) Certified Grievance Committee, Member, 2016 to present; Second Vice Chair, July 2019 to July 2020; First Vice Chair July 2020-present.** This committee is authorized by the Supreme Court of Ohio and charged with investigating allegations of ethical breaches by attorneys and making recommendations on whether disciplinary action should be pursued.

**Program Organizer and Speaker, 1990 to present.** Initiated, planned, and/or presented at more than 75 programs for legal and lay audiences on a wide range of legal issues in the areas of civil procedure, lawyer ethics and professionalism, free speech, religious and related First Amendment issues, election integrity and voting rights, and the continuing struggle for LGBTQ equality.

**Pro Bono Legal Practice (1990-2014).** Provided pro bono legal counsel to LGBTQ and other individuals and non-profit organizations throughout my career as a law professor. Also served as an expert witness for plaintiffs in *Obergefell v. Hodges,* the case that resulted in marriage equality for same-sex couples.

**Supreme Court of Ohio's Commission on Rules of Practice and Procedure, Member, 2003–2008**; **Civil Rules Committee Chair**, 2006-2008.  The Commission is charged with making recommendations to the Supreme Court of Ohio on possible changes to Ohio's civil, criminal, juvenile, and appellate rules of court as well as the rules of evidence and traffic rules. Provided leadership to effectuate major revisions to civil rules including the substantial revamping of rules governing magistrates and pretrial practice relating to electronic discovery.

**Advisory Group of the U.S. District Court for the Northern District of Ohio, 1995-2009.** Co-Chair, Committee on Professionalism, (1999 to 2005); Member, Civil Rules

Committee (1995-2009). The Advisory Group was formed pursuant to congressional mandate to develop and implement a plan to reduce unnecessary cost and delay in civil litigation. I provided substantial input to proposed local rules over the years including rules establishing pro bono protocols and issuance of protective orders in civil cases.

**Ohio Human Rights Bar Association, Vice-President: 1997-2001**. The Ohio Human Rights Bar Association was formed in 1990 to provide education and legal support on issues affecting the lives of lesbians and gay men. (Organization no longer exists).

**Ohio Courts Futures Commission, Advisory Council Member, 1997–2000**. Appointed by Supreme Court of Ohio Chief Justice Thomas Moyer in July 1997 to provide research and related support to Rules & Procedures Task Force of the Ohio Courts Futures Commission.  The Commission issued its extensive findings and recommendations in May 2000.

**Arbitrator, Cuyahoga County Court of Common Pleas, 1987-2000**. Participated in six to twelve cases per year that had been referred to a three-member arbitration panel charged with assisting parties in resolving their disputes.

**American Bar Association**, **Litigation and Legal Education Sections, 1993-2000.** Co-Chair of 1993-94 Subcommittee on Federal Rules Revision for Pretrial Practice and Discovery Committee of Litigation Section; August 1994 to 2000, member of the subcommittee.

**Ohio CLE Institute, 1991-1998.** Member of non-profit organization's Young Lawyers Education Committee that planned and produces CLE and other educational programs for new attorneys.

**American Inns of Court, Harold Burton Chapter, 1996-1998**. Selected to join this group of judges, academicians, and attorneys who have earned reputations among their peers as being highly competent and ethical lawyers.

**Board Member, Cuyahoga Plan of Ohio, Inc., 1993 to 1998.**  Trustee of regional agency dedicated to furthering Fair Housing initiatives and monitoring compliance with fair housing laws. Also served as member of Board's personnel committee and as Special Counsel to the Board from 1993 to 1999.

**Coordinator, Habitat for Humanity Project, 1996**.  Helped coordinate 13 United Church of Christ (UCC) churches that helped build a home for a Cleveland family.

**Board Member, Federation for Community Planning, 1994-1996**.  Trustee of organization dedicated to meeting the health and human services needs of area residents through applied research, planning, policy analysis, and program development.

6

**AWARDS**

    Greater Cleveland Most Treasured Volunteer Award presented by The Center for Community Solutions (2019)
Cleveland-Marshall College Hall of Fame Inductee (2018)
Cleveland Metropolitan Bar Association (CMBA) Judge William K. Thomas Professionalism Award (2018)
Transgender Day of Remembrance Illumination Award, Cisgender Ally of the Year (2016)
Cleveland State University Distinguished Faculty Teaching Award (2010)
Shining Star Award for Education, City of Cleveland and LGBT Center (2009)
Cleveland State University's "Women Who Make A Difference" Award (1999)
Cleveland-Marshall "Excellence in Faculty Writing" Award (1998)
Wilson G. Stapleton Award from Cleveland-Marshall Law Alumni Association (1995)
Howard L. Oleck Award for Distinguished Legal Writing by Faculty Member (1993)
Cleveland State University Merit Award (multiple years throughout academic career)