# Exhibit C-2

## Susan Becker

| Date | Description of Services | Time |
|---|---|---|
| 4/5/2018 | Prep for and Conference call with co-counsel | 1.3 |
| 6/21/2018 | conference call with co-counsel re R 26(f) report | 1.2 |
| 7/7/2018 | Review Ds Motion to Dismiss (MtD); Legal Reseach | 2.5 |
| 7/9/2018 | Prep for and Conference call with co-counsel re MtD and R26(f) draft; updating research on Ohio BC statutes and forwarding to co-counsel Ingelhart | 1.5 |
| 7/17/2018 | Substantive review 1st draft of our Brief in Opposition (BiO) to Ds MtD; conducting research on compelled speech issue | 2.3 |
| 7/18/2018 | Prep for and attendance at initial pretrial conference (via phone) with Magistrate Vascura | 1.2 |
| 7/22/2018 | Substantive review and edit of revised BiO to Ds MtD | 2.5 |
| 8/5/2018 | Substantive review and edit of our opposition to Ds Motion to Stay pending court's ruling on MtD | 2.0 |
| 10/11/2018 | Review of court's decision denying Ds Motion to Stay; conference call w/ co-counsel re resuming of discovery and related matters | 1.0 |
| 10/15/2018 | Review draft retainer agreement for potential expert witness | 0.5 |
| 11/9/2018 | Review and finalize protective order | 1.0 |
| 12/11/2018 | Review and sign off on proposed email by D. Carey to Ds re discovery status | 0.2 |
| 1/9/2019 | Review of Ds 1st set discovery requests; outline answers and objections | 1.5 |
| 1/14/2019 | Conference call with co-counsel re discovery responses & related matters | 1.0 |
| 2/4/2019 | Review combined edits and conference call to finalize our discovery responses | 2.0 |
| 2/28/2019 | Evaluating settlement possibilities; conference call with Ds counsel re settlement week | 1.0 |
| 3/13/2019 | Review of DC's summary of Ds' 1st doc production & EB's summary of Ds' 2nd doc production to identify outstanding issues | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 3/21/2019 | Preparation for and participation in team call on various discovery and case status issues | 1.0 |
| 4/16/2019 | Review of Ds' 2d set ROGs & RFAs | 0.5 |
| 4/22/2019 | Prep for and participate in team call re discovery issues including responses to Ds' 2nd set of discovery to Ps | 1.0 |
| 4/26/2019 | Review of draft responses to Ds 2nd discovery and communications with co-counsel re same | 0.5 |
| 5/6/2019 | Review of Ds' 3rd set ROGs & 2nd set RPD | 0.2 |
| 5/24/2019 | Review of Proposed Responses to Ds' 3rd set ROGS and 2nd set RPD; communications with co-counsel on same | 0.2 |
| 7/8/2019 | Review Ds' Expert Van Meter's Report; CP to P Expert Ettner's Report; evaluating need for rebuttal expert; considering various possible rebuttal experts | 1.8 |
| 7/23/2019 | Preparation for and participation in conference call with all c-counsel re potential rebuttal expert report | 1.5 |
| 7/23/2019 | Call w/ FL, EB re rebuttal | 0.4 |
| 7/28/2019 | Review of draft rebuttal report; compare to Dr. Ettner and Van Meter reports and pleadings and motions in the case | 4.5 |
| 8/8/2019 | Ohio legal team discussion of Nagy 30(b)(6) depo, need for additional discovery and follow up on previous requests; scheduling and logistics of expert and Ps' depo2 | 0.5 |
| 8/12/2019 | Preparation for and partification in conference call with all co-counsel re responses to Ds' 4th set of ROGs, 3rd set RFA, and 3rd FRPODa | 1.0 |
| 9/12/2019 | Reviewing magistrate's decision denying Ohio's motion to discmiss | 0.5 |
| 12/22/2019 | Editing draft of Ps' SJM and brief; review select depo TRs | 4.3 |
| 1/2/2020 | Reviewing email exchanges with EB & FL re content of MSJ brief and depo attachments; reviewing edits proposed by FL | 1.1 |
| 1/9/2020 | Reviewing and editing motion to file deposition Trssuporting SJ Motion under seal | 1.8 |
| 1/20/2020 | Reading Ds'- Motion for SJ and outlining legal and factual response | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 1/21/2020 | Conference call with co-counsel re opposition to Ds' Motion for SJ | 0.5 |
| 2/5/2020 | Editing Ps Opp Motion to D's MSJ | 4.2 |
| 2/12/2020 | Final edits Ps Opp Motion to Ds MSJ | 1.8 |
| 2/18/2020 | Reviewing Ds Brief Opposing Ps' MSJ; Conference call with co-counsel re our reply to Ds brief Opposition to Ps MSJ | 2.8 |
| 2/25/2020 | Editing Ps Reply Brief for Ps MSJ | 2.5 |
| | **Total Time** | **57.5** |
| | **Hourly Rate  x** | **$   500.00** |
| | **Lodestar Fees** | **$ 28,750.00** |