# Exhibit D-2

## David Carey

| Date | Description of Services | Time |
|---|---|---|
| 4/5/2018 | Conference call with ACLU and Lambda personnel regarding case status, latest client correspondence, and next steps. | 1.1 |
| 4/13/2018 | Review previous research regarding designation of related cases, and correspond with F. Levenson. | 0.2 |
| 6/21/2018 | Call with litigation team regarding initial disclosures. | 1.2 |
| 6/28/2018 | Call with co-counsel regarding case strategy and next steps. | 0.9 |
| 7/7/2018 | Correspond with F. Levenson and other co-counsel regarding case strategy and next steps. | 0.4 |
| 7/9/2018 | Conference call with co-counsel regarding next steps and motion to dismiss. | 1.0 |
| 7/10/2018 | Discuss MTD w/ ME | 0.1 |
| 7/16/2018 | Review draft opposition to motion to dismiss. | 0.5 |
| 7/16/2018 | Review and revise draft interrogatories and requests for production. | 1.2 |
| 7/17/2018 | Correspond with co-counsel regarding case strategy. | 0.5 |
| 7/18/2018 | Pretrial conference call with Court and all counsel. | 1.2 |
| 7/18/2018 | Call with co-counsel regarding strategy pertaining to motion to dismiss. | 1.2 |
| 7/20/2018 | Review and analyze motion for stay of discovery and emergency motion for interim stay, outline response arguments for M. Eble, and send update to co-counsel. | 2.1 |
| 7/22/2018 | Review and revise draft opposition to motion to dismiss. | 2.4 |
| 7/24/2018 | Review and revise draft opposition to motion for interim stay. | 1.8 |
| 7/25/2018 | Revise draft opposition to motion for interim stay of discovery. | 2.8 |
| 7/26/2018 | Correspondence and discussion with co-counsel regarding opposition to motion to dismiss and opposition to motion for interim stay. | 2.3 |
| 8/3/2018 | Review and revise draft opposition to motion to stay discovery. | 3.5 |
| 8/6/2018 | Incorporate co-counsel's edits into draft opposition to motion for stay of discovery, and circulate new draft to co-counsel. | 1.2 |
| 10/11/2018 | Conference call with co-counsel regarding discovery strategy. | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 11/13/2018 | Correspond with S. Becker and F. Levenson regarding protective order and discovery strategy. | 0.5 |
| 11/14/2018 | Draft proposed protective order. | 2.5 |
| 11/16/2018 | Revise draft proposed protective order, and send to opposing counsel. | 1.0 |
| 11/21/2018 | Review draft protective order and circulate proposed revisions to co-counsel. | 0.8 |
| 12/3/2018 | Finalize protective order, obtain consent of opposing counsel, and send for filing. | 1.5 |
| 12/5/2018 | Correspond with F. Levenson, S. Becker, and E. Bonham regarding discovery strategy. | 0.4 |
| 12/11/2018 | Draft and send correspondence to opposing counsel regarding discovery progress. | 1.1 |
| 1/2/2019 | Correspondence with co-counsel regarding document processing and review. | 1.0 |
| 1/25/2019 | Review documents produced by Defendant, and draft summary for co-counsel. | 4.8 |
| 1/29/2019 | Analysis of documents produced by defendants, and discussion with co-counsel. | 1.5 |
| 2/1/2019 | Review draft written discovery responses, and make note of potential edits. | 2.1 |
| 2/4/2019 | Call with ACLU of Ohio team regarding written discovery responses. | 0.4 |
| 2/27/2019 | Attention to settlement strategy, including review of pleadings and discussions with F. Levenson and E. Bonham. | 1.3 |
| 3/21/2019 | Team conference call discussing discovery strategy. | 1.0 |
| 4/26/2019 | Review draft discovery responses, and revise. | 1.2 |
| 6/24/2019 | Correspondence and discussion regarding strategy for supplemental authority. | 0.4 |
| 7/3/2019 | Review and analyze opposing expert's opinion, and correspond with co-counsel. | 3.8 |
| 7/23/2019 | Correspond with team regarding strategy for expert witness. | 1.1 |
| 7/25/2019 | Review draft expert report. | 1.1 |
| 7/26/2019 | Discussion with E. Bonham regarding case strategy, and legal research regarding deference issues. | 1.8 |
| 8/8/2019 | Discussion with co-counsel regarding strategy for discovery responses. | 0.7 |
| 8/8/2019 | Review discovery requests. | 0.5 |
| 8/12/2019 | Review discovery requests, make notes regarding potential objections, and discuss with co-counsel. | 1.7 |

| Date | Description | Hours |
|---|---|---|
| 8/16/2019 | Review draft deposition prep outline and send comments to E. Bonham. | 0.9 |
| 8/18/2019 | Review background materials, including complaint, discovery responses, and expert reports, in advance of witness prep session. | 3.5 |
| 8/18/2019 | Deposition prep for S. Ray. | 3.5 |
| 8/19/2019 | Attend and assist in defending deposition of S. Ray. | 4.0 |
| 9/12/2019 | Review and analyze order denying motion to dismiss. | 2.4 |
| 9/27/2019 | Read defendant's Answer. | 1.2 |
| 10/14/2019 | Correspondence with co-counsel regarding procedures for designating and sealing confidential material, and related strategy matters. | 2.8 |
| 11/4/2019 | Discussions with co-counsel regarding briefing strategy for summary judgment. | 1.1 |
| 1/8/2020 | Review and revise draft summary judgment motion. | 3.8 |
| 1/8/2020 | Call with E. Bonham discussing strategy for summary judgment. | 0.7 |
| | **Total Time** | **82.1** |
| | **Hourly Rate   x** | **$   375.00** |
| | **Lodestar Fees** | **$ 30,787.50** |