# Exhibit E-1

# Elizabeth Bonham
ebonham@acluohio.org | she/her

## BAR ADMISSIONS

- **Supreme Court of Ohio**, November 2015
- **U.S. District Court, Northern District of Ohio**, March 2016
- **U.S. District Court, Southern District of Ohio**, December 2016
- **Sixth Circuit Court of Appeals**, July 2016

## PROFESSIONAL EXPERIENCE

**American Civil Liberties Union of Ohio**, Cleveland, OH
*Staff Attorney (previously extern, law clerk),* 2015-Present
- Litigate constitutional and statutory civil rights cases advancing voting access, LGBTQ equality, race and gender equality, access to reproductive healthcare, First Amendment rights, disability justice, and criminal justice reform including police misconduct and immigrant detention.
- Lead advocacy including lobbying, public speaking, policy analysis, media representation, research, and nonprofit development, to pursue issue campaigns coordinated with litigation.
- Manage staff, students, and pro bono counsel teams and develop relationships with volunteers and community organizations to forward civil rights campaigns statewide.
- In this role I have gained experience putting on a federal trial including direct examination of witnesses; arguing before the Sixth Circuit Court of Appeals; assisting with briefing before the Sixth Circuit and the United States Supreme Court; first-chairing evidentiary hearings; and handling all aspects of discovery including extensive expert witness discovery. I have obtained successful results for my clients through mediation, negotiation, motions, and trial.

**Cleveland State University College of Urban Affairs,** Cleveland, OH
*Adjunct Professor,* 2018
- Taught administrative and regulatory law to students in graduate and legal programs.

**LegalWorks,** Cleveland, OH and Lorain, OH
*Law Clerk,* 2014-15
- Provided pro-bono criminal and civil legal services to low-income individuals in a clinic setting.

**The Brown-Panagopoulos Law Group**, Cleveland, OH
*Law Clerk,* 2013-15
- Represented clients with disabilities in criminal defense and anti-discrimination litigation.

**Cleveland-Marshall College of Law**, Cleveland, OH
*Research Assistant to Professor Heidi Robertson,* 2015
- Performed scholarly research and writing in environmental, local government, administrative law
- Contributed to publication: H. Robertson, *When States' Legislation and Constitutions Collide With Angry Locals: Shale Oil and Gas Development and its Many Masters,* 41 Wm. & Mary Envtl. L. & Pol'y Rev. 55 (2016)

*Teaching Assistant to Professor Candice Hoke,* 2014
- Taught first-year law students legislation, administrative law, legal writing, and study skills.

**Civil Litigation Clinic, Cleveland-Marshall College of Law**, Cleveland, OH
*Student Practitioner,* 2013-15
- Represented clients in unemployment disputes and immigration appeals; argued before the Ohio Eighth District Court of Appeals and contributed to briefing before the U.S. Board of Immigration Appeals.

**Nueva Luz Urban Resource Center Legal Clinic**, Cleveland, OH
*Public Interest Fellow,* 2014
- Represented low-income clients living with HIV/AIDS in civil matters including landlord-tenant disputes, government benefits access, and criminal defense.

## EDUCATION

**Cleveland-Marshall College of Law**, Cleveland State University, Cleveland, OH
J.D., *magna cum laude,* May 2015
GPA*:* 3.6/4.0; Class Rank: Top 20%
- Dean's Learn Law, Live Justice Award and Commencement Speaker; Dean's Community Service Award; Lexis Clinical Employment Award; OSBA Award for Commitment to Employment Law; Public Interest Fellow; President, CM Allies; CALI Awards in Civil Litigation, Legal Drafting, Disability Law, Land Use Regulation, and Commercial Law

**Warren Wilson College,** Asheville, NC
B.A. with Honors*:* Major: Environmental Studies, Minor: Philosophy, May 2011
GPA: 3.84/4.0; Concentration: Environmental Law & Policy

## COMMUNITY ENGAGEMENT

- Bar Associations
  - Cleveland Metropolitan Bar Association, Litigation and Young Lawyers Sections
  - National Lawyers Guild
- Community Activities
  - Crescent Moon Urban Farm, co-farmer

## SELECTED PUBLICATIONS & PRESENTATIONS

- **Selected publications.**
  - J. Mead, M. Hatch, JR Tighe, M. Pappas, K. Andrasik, E. Bonham, *Treating Neighbors as Nuisances: Troubling Applications of Criminal Activity Nuisance Ordinances,* 66 Et Cetera 3 (2018)
  - E. Bonham, *Protesting and Censorship,* Columbus Bar Lawyers Quarterly (2018)
  - J. Mead, M. Hatch, JR Tighe, M. Pappas, K. Andrasik, E. Bonham, *Who is a Nuisance? Criminal Activity Nuisance Ordinances in Ohio* (2017)
- **Selected presentations.**
  - *Partisan Gerrymandering After Rucho,* Cleveland Marshall College of Law (2019)
  - *Chronic Nuisance Laws and the Fair Housing Act,* various, with the Fair Housing Center for Rights and Research (2018-19)
  - *Decriminalization and Representing Clients Living with HIV,* with Ohio Public Defender, Center for HIV Law and Policy, Ohio State Bar Association (2018)
  - *Race, Disability, and the School-to-Prison Pipeline,* Ohio State Conference of Court Appointed Special Advocates (2017)
  - *Pursuing Equality: Accessing Transgender Rights Protections,* Cleveland State University (2017)
  - *State of the Law of HIV Criminalization,* Ohio Department of Health (2017)