# Exhibit E-2

## Elizabeth Bonham

| Date | Description of Services | Time |
|---:|---|---:|
| 4/5/2018 | Team call re: next steps after filing | 1.0 |
| 4/6/2018 | Review order re mtn to proceed anon | 0.2 |
| 4/6/2018 | Review corr re retainers finalized | 0.1 |
| 6/14/2018 | Review corr re new opposing counsel; req for extension | 0.3 |
| 6/21/2018 | TC re initial disclosures, 26f report | 1.0 |
| 6/22/2018 | Draft 26f plan & circulate | 0.5 |
| 6/22/2018 | Talk w/ team & make edits re 26f | 0.6 |
| 6/22/2018 | Further talking w/ team re case plan | 0.2 |
| 6/25/2018 | 26f conference w/ OC | 1.2 |
| 6/28/2018 | Request & review discovery from similar cases from colleagues | 1.0 |
| 6/28/2018 | TC re discovery, strategy | 0.9 |
| 7/3/2018 | Drafting discovery requests | 1.7 |
| 7/5/2018 | Draft discovery requests & send to FJL | 2.4 |
| 7/6/2018 | Read & notes on Defs' MTD | 1.0 |
| 7/6/2018 | Corr. to set up conf w/ team re MTD | 0.1 |
| 7/9/2018 | Prep for TC re MTD | 0.3 |
| 7/9/2018 | TC re MTD & 26f report draft | 1.0 |
| 7/9/2018 | Add'l strategy conversion after TC, internal only | 0.3 |
| 7/9/2018 | Rev 26f for changes based on TC, corr. to FJL re same | 0.4 |
| 7/9/2018 | Rev 26f for changes based on TC, corr. to FJL re same | 0.1 |
| 7/10/2018 | Corr w/ team re editing schedule for MTD opposition | 0.2 |
| 7/10/2018 | Research - compelled speech claim, read similar case briefing | 3.0 |
| 7/10/2018 | Work on draft of our disc requests to send to KNI | 2.0 |
| 7/11/2018 | Corr w/ KNI re edits to disc requests | 0.1 |
| 7/11/2018 | Call w/ KNI re discovery | 0.5 |
| 7/11/2018 | Review & edit discovery requests, sent FJL to discuss | 0.7 |
| 7/11/2018 | Review & corr w/ KNI, disc requests | 1.0 |
| 7/11/2018 | Corr w/ KNI re disc requests | 0.4 |
| 7/11/2018 | Apply all edits, send discovery to whole team | 0.4 |
| 7/12/2018 | Research & writing  - compelled speech section of opp & state law & intro | 4.7 |
| 7/14/2018 | Research & writing, my sections opp brief complete, sent off to team | 8.5 |

| | | |
|---|---|---|
| 7/15/2018 | Review & make edits to KNI, GA sections of opp brief | 3.8 |
| 7/15/2018 | Talk to KNI GA re opp brief reconciliation | 0.5 |
| 7/15/2018 | New edits to opp to MTD brief | 3.6 |
| 7/15/2018 | Revisions to opp brief, resolve all edits to same | 4.2 |
| 7/15/2018 | Corr. & send final brief to KNI | 0.3 |
| 7/16/2018 | Corr. w/ team re editing schedule for brief | 0.2 |
| 7/16/2018 | Review comments to discovery drafts | 0.4 |
| 7/16/2018 | Corr to KNI re discovery drafts | 0.2 |
| 7/17/2018 | Resolve all edits, finalize discovery documents | 4.9 |
| 7/17/2018 | Corr w/ KNI re discovery draft edits | 0.1 |
| 7/17/2018 | Corr w/ team re: setup for 26f conf, serve discovery, & serve | 2.0 |
| 7/18/2018 | Review all edits to opp brief before call; corr. to FJL, SJB re same | 1.0 |
| 7/18/2018 | TC re opposition brief | 1.0 |
| 7/18/2018 | Pretrial conf all parties w/ J Vasucra | 1.2 |
| 7/18/2018 | Review initial research re opp to stay motion | 0.1 |
| 7/19/2018 | Edits to MTD opp brief | 2.9 |
| 7/20/2018 | Additional edits, line edits, to opposition brief; sent clean to KNI | 4.4 |
| 7/23/2018 | Review corr. re internal-only edits to opp to MTD | 0.4 |
| 7/23/2018 | Revise & send new edits to MTD opp brief - internal only - state law sec. | 1.4 |
| 7/23/2018 | Corr w/ FJL, SJB to finalize brief, research new FN | 0.3 |
| 7/24/2018 | Schedule group call, whole team corr. | 0.1 |
| 7/25/2018 | Review all edits coming in - MTD opp brief | 0.8 |
| 7/26/2018 | Revise & respond, all final notes on MTD opp | 0.6 |
| 7/26/2018 | Review corr. re more edits to MTD opposition brief | 0.2 |
| 7/26/2018 | Review final opp to MTD brief & send off | 0.5 |
| 7/26/2018 | Reviewed opp to mtn to stay & sent back | 1.0 |
| 7/26/2018 | Talking to FJL re stay motion, corr to David Carey | 0.3 |
| 7/27/2018 | Total time for editing & finalizing opp to motion to stay | 1.0 |
| 7/27/2018 | Final proof read, to EK for finalizing - opp to stay | 0.2 |
| 10/11/2018 | Corr. & prep re discovery, initial disclosures | 0.7 |
| 12/5/2018 | Talk w/, corr., KNI re expert agr. & edit same | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 12/6/2018 | Review corr. re discovery deficiencies, strategy re same | 0.1 |
| 12/21/2018 | Corr. w/ team re doc review plan | 0.1 |
| 1/3/2019 | Working to organize docs & begin review | 0.3 |
| 1/8/2019 | Review first written disc. requests | 0.9 |
| 1/8/2019 | Corr. w/ KNI re discovery reactions | 0.1 |
| 1/8/2019 | Call w/ KNI to discuss discovery | 0.5 |
| 1/8/2019 | Corr to set up TC re discovery | 0.1 |
| 1/8/2019 | Further work & corr. w/ TH on doc production | 0.3 |
| 1/9/2019 | Work w/ Marilyn and Jeff re doc production | 0.3 |
| 1/10/2019 | Corr re getting counsel group together for call | 0.2 |
| 1/10/2019 | Started to review doc production | 0.1 |
| 1/14/2019 | Corr re set up TC re discovery | 0.1 |
| 1/14/2019 | Talk w SJB re discovery | 0.5 |
| 1/14/2019 | TC re discovery | 1.0 |
| 1/14/2019 | Initial doc/database review | 0.5 |
| 1/22/2019 | Talk to clients about discovery responses | 0.5 |
| 1/22/2019 | Further corr. w/ clients re discovery responses | 0.1 |
| 1/23/2019 | Review draft responses to discovery | 0.5 |
| 1/23/2019 | Talk to KNI about discovery responses | 0.5 |
| 1/24/2019 | Editing discovery responses, corr. w/ co-counsel re same | 1.7 |
| 1/25/2019 | Review docs & corr w/ DJC re same | 0.2 |
| 1/27/2019 | Talk to 2 clients re medical privacy issues | 0.5 |
| 1/28/2019 | Review doc production summary, attached hot docs | 0.4 |
| 2/1/2019 | Brief check in w/ clients | 0.2 |
| 2/4/2019 | Review KNI discovery responses | 1.0 |
| 2/4/2019 | TC (internal only) re discovery responses, made edits on call & circulated | 1.0 |
| 2/4/2019 | TC re discovery | 0.5 |
| 2/8/2019 | Corr. w/ co-counsel re Ettner dec | 0.3 |
| 2/11/2019 | Preparing deficiency letter for co-counsel review | 0.5 |
| 2/15/2019 | Research re redaction problems w/ doc prod, write up | 0.7 |
| 2/18/2019 | Review Ettner report & corr. w/ co-counsel re same | 2.5 |
| 2/21/2019 | Talk w/ clients re status update | 0.3 |
| 2/25/2019 | Talk to KNI re settlement week email & corr to internal team | 0.7 |
| 2/28/2019 | Call w/ OC re settlement week | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 3/1/2019 | Consult, corr. & edits to corr. re settlement week | 0.7 |
| 3/13/2019 | Doc review & prepare summary | 1.1 |
| 3/13/2019 | TC re discovery | 0.6 |
| 3/20/2019 | Call w/ KNI re discovery & expert prep | 1.0 |
| 3/21/2019 | TC re expert reports | 1.0 |
| 3/22/2019 | Talking to Dr Ettner | 0.7 |
| 3/22/2019 | Add'l edits to Ettner decl | 0.9 |
| 3/25/2019 | Confer w/ OC, internal corr. w/ co-counsel (call w/ KNI, corr to internal team) re moving case deadlines | 3.0 |
| 3/25/2019 | Review research & prepare for conf. w/ court | 0.7 |
| 3/26/2019 | Finalize Ettner report | 0.4 |
| 3/26/2019 | Calls w/ KNI to discuss same | 0.4 |
| 3/26/2019 | Prep & conf re case schedule | 1.0 |
| 3/29/2019 | Drafting & revisions to discovery responses, circ. to team | 2.0 |
| 3/29/2019 | Talk to KNI re discovery requests & follow up | 1.0 |
| 4/4/2019 | Research & corr. w/ co-counsel - re discovery dispute, redactions problem | 0.9 |
| 4/10/2019 | Talk to clients re status update | 0.6 |
| 4/22/2019 | Team call re: second set of discovery | 1.0 |
| 4/26/2019 | Review & respond to Defs letter re discovery | 1.8 |
| 4/26/2019 | Going through discovery responses w/ clients; editing; reviewed w/ co-counsel | 2.3 |
| 5/16/2019 | Discuss internally 3d set discovery reqs | 0.2 |
| 5/20/2019 | Discuss 3d disc requests w/ KNI | 0.6 |
| 5/21/2019 | Discuss w/ clients responses to 3d disc requs | 0.6 |
| 5/21/2019 | Team Call re written discovery requests | 0.6 |
| 5/23/2019 | Editing & additional corr. re discovery responses | 0.4 |
| 5/23/2019 | Sent disc responses to team, internal only | 0.2 |
| 5/24/2019 | Reivew privacy research & discuss w/ KNI | 0.7 |
| 5/25/2019 | Review & edit discovery responses, discuss w/ clients, obtain verifications | 3.2 |
| 5/26/2019 | Corr. re discovery plan w/ KNI | 0.3 |
| 6/12/2019 | Corr re deposition planning, catching up from vacation - DJC, KNI | 0.2 |
| 6/13/2019 | Call w/ KNI re depositions & other discovery | 1.0 |
| 6/14/2019 | Draft update to team re depositions, expert strategy | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 6/14/2019 | Corr w/ internal team re discovery next steps | 0.2 |
| 6/21/2019 | Edits for finalizing Ettner report | 1.1 |
| 6/21/2019 | Corr to Dr Ettner re report | 0.2 |
| 6/23/2019 | Review Ettner report & comments | 3.0 |
| 6/24/2019 | Corr w/ Dr Ettner re report | 0.3 |
| 6/25/2019 | Check in w Lambda re Ettner report | 0.4 |
| 6/25/2019 | Review of redactions log & doc prod., corr to small group for review - deficiency letter | 2.2 |
| 6/25/2019 | Edits to def letter | 0.3 |
| 6/26/2019 | Starting deposition prep | 0.8 |
| 6/27/2019 | Review & respond to OC email re discovery deficiency | 0.9 |
| 6/27/2019 | Review corr from OC re discovery issues; research & draft reply for team review | 3.2 |
| 7/1/2019 | Corr. w/ whole team re: notice of substitution, Ettner report, depositions | 0.7 |
| 7/1/2019 | Final review, corr., research to ready expert report | 2.4 |
| 7/1/2019 | Notice of supp authority | 0.2 |
| 7/1/2019 | Exchange of expert disclosures & review Defendant's, discuss w/ small group | 3.0 |
| 7/2/2019 | Continued discovery fight w/ OC re producing birth certificates, depositions - research & drafting | 2.0 |
| 7/2/2019 | Talk to clients re depositions | 0.4 |
| 7/7/2019 | Continued discovery dispute & deposition scheduling - talk to all clients, obtain BCs & permission, schedule depos, draft & send corr to OC re all | 2.3 |
| 7/8/2019 | Discuss depo scheduling w/ KNI | 0.1 |
| 7/8/2019 | Review & discuss internally Defs' "response" to notice of supp auth | 0.3 |
| 7/15/2019 | Review, research, & respond - Ds discovery objection re Belenker deposition | 3.0 |
| 7/18/2019 | Meet & confer corr & follow up re deposition locations, disputed deposition | 1.7 |
| 7/18/2019 | Review corr. & continue research re rebuttal experts | 1.0 |
| 7/18/2019 | Talk to potential expert | 0.9 |
| 7/18/2019 | Talk to potential expert, review materials | 1.5 |
| 7/18/2019 | Research re expert reports, rebuttal | 2.0 |
| 7/21/2019 | Internal discussion re: rebuttal experts | 2.0 |
| 7/21/2019 | Review potential expert report | 1.0 |
| 7/21/2019 | Talk w/ clients re updates | 0.7 |
| 7/22/2019 | Talk w/ KNI re discovery disputes | 0.5 |
| 7/23/2019 | Team call re rebuttal expert report | 0.9 |

| Date | Description | Hours |
|---|---|---|
| 7/25/2019 | Internal corr & add'l research re expert rebuttal strategy | 2.7 |
| 7/26/2019 | Research & outline for discovery conf, conf. & follow up w/ team | 2.0 |
| 7/26/2019 | Research re agency deference & policy making | 1.3 |
| 7/26/2019 | Scheduling corr re expert rebuttal | 0.5 |
| 7/28/2019 | Review, edits re expert rebuttal | 4.5 |
| 7/29/2019 | Rev GA edits to Nick's report, circ corr. w comments | 1.8 |
| 7/29/2019 | Rev Nick & team's edits, recirculate (report) | 1.0 |
| 7/30/2019 | Finalize Nick's report, corr. w/ KNI GA re same | 2.0 |
| 7/30/2019 | Further corr internal re finalizing Gorton report | 0.3 |
| 7/30/2019 | Compare Nick's report against VM report, edit | 1.0 |
| 7/30/2019 | Further corr w/ team re finalizing Nick report | 0.3 |
| 7/30/2019 | Further revisions re Nick report | 0.5 |
| 7/30/2019 | Finalize rebuttal to send off | 0.5 |
| 7/30/2019 | Review VM rebuttal, corr w. KNI | 1.0 |
| 7/31/2019 | Scheduling depositions | 0.1 |
| 7/31/2019 | Internal corr re depositions | 0.2 |
| 7/31/2019 | Scheduling call w/ KNI incl. depo planning | 1.0 |
| 7/31/2019 | Corr w/ all team re depositions | 0.2 |
| 7/31/2019 | Changes to 30b6 outline | 4.0 |
| 8/1/2019 | Prepare exhibits for deposition, email w/ KNI | 3.0 |
| 8/1/2019 | Travel to columbus for 30b6 | 2.1 |
| 8/1/2019 | Prep for 30b6; outline, all exhibits | 4.0 |
| 8/2/2019 | Nagy depo | 6.9 |
| 8/2/2019 | Drive home from columbus | 2.2 |
| 8/8/2019 | Review disc requests, new from OC (4th); TC re same | 2.3 |
| 8/12/2019 | Team call re case schedule and discovery responses | 0.6 |
| 8/12/2019 | Corr w/ clients re deposition scheduling & prep | 0.3 |
| 8/12/2019 | Corr w/ internal-only team re responding to discovery | 0.5 |
| 8/12/2019 | Corr w/ other affiliates, staff re scheduling depos | 0.3 |
| 8/12/2019 | Review further internal corr re discovery responses | 0.2 |
| 8/12/2019 | TC to review D 4th set disc requests | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 8/12/2019 | Corr w/ OC re extension of time, to Tess re drafting same | 0.1 |
| 8/13/2019 | Work w/ Tess on motion for extension of schedule | 0.5 |
| 8/13/2019 | Talk/corr. to OC re case schedule | 0.1 |
| 8/14/2019 | Finalize motion for filing w/ Tess | 0.2 |
| 8/14/2019 | Work on deposition prep outline - general for plffs | 2.5 |
| 8/14/2019 | Deposition prep outline drafted, sent to KNI | 0.5 |
| 8/16/2019 | Corr. w/ KNI, client, OC re confirming depo | 0.1 |
| 8/16/2019 | Complete depo prep outline for DJC, KNI review | 3.3 |
| 8/16/2019 | Corr. w/ KNI, DJC re revisions to prep | 0.5 |
| 8/17/2019 | Review & notes to 30b6 transcript | 2.0 |
| 8/18/2019 | Travel to Columbus for Stacie's prep & deposition | 2.2 |
| 8/18/2019 | Review additions to prep outline from GA | 0.2 |
| 8/18/2019 | Stacie deposition prep | 3.5 |
| 8/19/2019 | Final deposition prep | 1.0 |
| 8/19/2019 | Stacie's deposition | 4.0 |
| 8/19/2019 | Travel home from Stacie deposition | 2.2 |
| 8/20/2019 | Corr to set up video depositions | 0.5 |
| 8/20/2019 | Review OC corr re exhibits & depo schedule | 0.5 |
| 8/20/2019 | Further review of D exhibits for plaintiff depos | 1.0 |
| 8/20/2019 | Corr w/ client re scheduling depo & prep | 0.3 |
| 8/20/2019 | Review KNI outline for Ashley's depo prep, notes | 0.5 |
| 8/20/2019 | Review add'l docs for Ashley depo prep | 0.3 |
| 8/20/2019 | Prep call w/ KNI, Ashley | 2.0 |
| 8/20/2019 | Add'l prep for Ashley deposition, review docs | 0.4 |
| 8/21/2019 | Review materials advance of DOE deposition prep | 2.0 |
| 8/22/2019 | Corr w/ KNI & all team re issue w/ DOE depo | 0.3 |
| 8/26/2019 | Talk to KNI re discovery, various | 0.5 |
| 8/26/2019 | Work w/ Tess on scheduling rest of depos & travel | 0.2 |
| 8/27/2019 | Scheduling depositions w/ KNI, Tess, affiliate staff | 0.5 |
| 8/27/2019 | Deposition prep for Basil | 2.0 |
| 8/28/2019 | Corr w/ KNI re scheduling prep for depositions | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/28/2019 | Travel Cleveland to Denver for Basil's deposition | 4.3 |
| 8/28/2019 | Deposition prep for Basil w/ client, KNI | 4.0 |
| 8/28/2019 | Review further documents for Basil's deposition | 0.5 |
| 8/28/2019 | Deposition prep for Basil, document review & outline | 3.0 |
| 8/29/2019 | Final preparation for Basil's deposition - review supplemental documents & corr. re same | 1.5 |
| 8/29/2019 | Basil's deposition | 3.0 |
| 8/29/2019 | Notes & debrief after deposition | 0.5 |
| 8/29/2019 | Deposition summaries, notes | 2.0 |
| 9/3/2019 | Travel home from Denver to Cleveland | 3.5 |
| 9/3/2019 | Corr w/ KNI re discovery responses | 0.3 |
| 9/4/2019 | Review & edits to responses to discovery | 2.9 |
| 9/4/2019 | Corr. w/ client re experts & deposition testimony | 0.4 |
| 9/4/2019 | Send discovery responses to clients to talk through | 0.4 |
| 9/4/2019 | Corr. w/ OC re deposition notices | 0.2 |
| 9/4/2019 | Corr. w/ all clients re discovery responses | 0.5 |
| 9/4/2019 | Corr to help reschedule & set up DOE deposition | 0.2 |
| 9/5/2019 | Further scheduling corr re expert prep & depos | 0.5 |
| 9/5/2019 | Work w/ KNI, GA to finalize edits, line edits to discovery responses | 1.0 |
| 9/9/2019 | Finalize discovery responses, all verifications, to OC | 1.0 |
| 9/9/2019 | Send further supp production | 0.2 |
| 9/9/2019 | Talk to KNI re 30b6 notes | 0.5 |
| 9/10/2019 | Prep for Ettner deposition - review similar case transcripts | 2.0 |
| 9/11/2019 | Continued prep for expert depositions - documents from GA | 1.5 |
| 9/11/2019 | Small group call re expert depo prep | 0.6 |
| 9/11/2019 | Add'l review of 30b6 transcript for discovery follow up | 1.0 |
| 9/11/2019 | Review KNI depo prep outline for DOE depo | 0.4 |
| 9/11/2019 | Work on depo prep outline for Ettner | 2.0 |
| 9/12/2019 | Review & internal corr. re order denying MTD, contact all clients | 1.5 |
| 9/12/2019 | Further additions to Ettner depo prep outline, review sources, review Van Meter report | 3.0 |

| | | |
|---|---|---|
| 9/13/2019 | Consult w/ KNI re final prep for DOE deposition | 0.5 |
| 9/13/2019 | Write up to team re discovery status | 0.3 |
| 9/16/2019 | Review edits to expert deposition prep outline | 0.1 |
| 9/16/2019 | Review further edits to depo prep outline | 0.5 |
| 9/16/2019 | Review further edits to same | 0.4 |
| 9/17/2019 | Travel to Chicago for Ettner prep & deposition | 3.3 |
| 9/17/2019 | Ettner prep w/ Randi | 5.0 |
| 9/17/2019 | Further Ettner deposition prep | 3.0 |
| 9/18/2019 | Ettner deposition | 7.0 |
| 9/18/2019 | Travel home from Ettner deposition | 3.0 |
| 9/20/2019 | Begin reviewing documents for Van Meter deposition, corr. to OC re same | 0.5 |
| 9/23/2019 | Corr. w/ KNI, Tess re confirming depositions, depo costs | 0.2 |
| 9/23/2019 | Review, prepare for Van Meter deposition | 0.5 |
| 9/24/2019 | Review deposition prep outline for Van Meter | 0.4 |
| 9/24/2019 | Further review depo prep outline & materials | 2.0 |
| 9/24/2019 | Review of Van Meter materials | 3.0 |
| 9/26/2019 | Revisions to KNI outline for deposition & send | 0.7 |
| 9/26/2019 | Travel to Columbus for Van Meter prep & deposition | 2.1 |
| 9/26/2019 | Van Meter prep w/ KNI | 10.0 |
| 9/27/2019 | Van Meter deposition prep - printing outline, docs, get ready | 3.0 |
| 9/27/2019 | Van Meter deposition | 6.6 |
| 9/27/2019 | Travel home from Columbus | 2.1 |
| 9/30/2019 | Working w/ Tess re errata issue for Ashley | 0.3 |
| 10/1/2019 | Notes re potential new disc req's based on 30b6 | 1.0 |
| 10/1/2019 | Scheduling corr. w/ Nick, Tess, KNI re expert depo prep | 0.3 |
| 10/1/2019 | Corr. & research re expert fees issue | 0.5 |
| 10/1/2019 | Review discovery to date, draft deficiency email | 2.0 |
| 10/2/2019 | Further corr. & research w/ KNI re expert fees | 0.5 |
| 10/2/2019 | Review expert agreement w/ Nick | 0.4 |
| 10/3/2019 | Edits to Nick's retainer incl. talk w/ FJL | 0.6 |
| 10/4/2019 | Finalize Nick's retainer w/ National, all | 0.4 |
| 10/4/2019 | Add'l work re Nick's retainer, edits & corr. | 0.3 |
| 10/4/2019 | Review deposition prep for Nick | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 10/5/2019 | Review new research & docs re Nick's deposition prep | 0.5 |
| 10/5/2019 | Add'l doc review & drafting deficiency email to OC | 1.0 |
| 10/7/2019 | Travel to Columbus for Nick's depo & prep | 2.2 |
| 10/7/2019 | Nick deposition prep in office w/ KNI | 6.0 |
| 10/7/2019 | Add'l deposition prep, review notes on rebuttal | 2.0 |
| 10/8/2019 | Add'l deposition prep | 0.5 |
| 10/8/2019 | Conf w/ KNI prior to deposition | 0.4 |
| 10/8/2019 | Nick's deposition | 6.6 |
| 10/8/2019 | Drive Columbus to Cleveland after deposition | 2.2 |
| 10/10/2019 | Write up case summary for whole team | 0.5 |
| 10/10/2019 | Conf w/ KNI re close of discovery | 0.5 |
| 10/11/2019 | Get erratas out, working w/ Tess | 0.3 |
| 10/11/2019 | Doc review for any add'l deficiencies, review needs against all productions & responses | 4.0 |
| 10/18/2019 | Review corr re expert fees | 0.4 |
| 10/24/2019 | Checking in w/ KNI after vacation - discovery updates | 0.2 |
| 10/25/2019 | Conf w/ KNI re all discovery updates | 0.5 |
| 10/25/2019 | Review OC email re discovery disputes alongside doc review | 3.0 |
| 10/25/2019 | Review OC privilege log alongside doc review | 2.0 |
| 10/26/2019 | Review all deposition transcripts | 3.0 |
| 10/27/2019 | Discovery documents & new corr from OC review before close of discovery | 4.0 |
| 10/28/2019 | Draft & circulate response email to OC re hot docs | 0.8 |
| 10/28/2019 | Review 3b6, productions, privilege log w/ KNI by phone | 1.0 |
| 10/28/2019 | Redraft, recirculate corr. re same | 0.6 |
| 10/28/2019 | Corr w/ KNI re follow up for Van Meter depo | 0.3 |
| 10/28/2019 | Corr w/ KNI re agenda for TC, discovery corr to OC | 0.4 |
| 10/29/2019 | TC re discovery updates & experts | 1.0 |
| 10/30/2019 | Review Van Meter errata, corr w/ KNI re same | 0.4 |
| 10/30/2019 | Review corr from OC re productions | 0.5 |
| 11/4/2019 | Work w/ KNI to set up schedule for SJ briefing | 0.2 |
| 11/4/2019 | Add'l corr re briefing schedule | 0.5 |
| 11/4/2019 | Add'l discussion & corr re briefing schedule | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 11/4/2019 | Talk w/ KNI re briefing schedule | 0.3 |
| 11/6/2019 | Add'l discussion re briefing schedule | 0.5 |
| 11/7/2019 | Scheduling call w/ OC & related review, motion to set briefing schedule | 1.0 |
| 11/8/2019 | Review & edits to briefing schedule motion | 0.3 |
| 11/12/2019 | Finalize & file briefing schedule motion | 0.2 |
| 11/12/2019 | Corr w/ small drafting group (GA, KNI) re briefing schedule | 0.2 |
| 11/13/2019 | Corr w/ drafting team re MSJ briefing | 0.2 |
| 11/14/2019 | Corr w/ co-counsel re MSJ schedule | 0.2 |
| 11/15/2019 | Review new anti-birth certificate legislation, litigation status in other jx | 0.5 |
| 11/18/2019 | TC with small group re MSJ briefing schedule | 0.5 |
| 11/20/2019 | Review & corr internal brief editing schedule | 0.3 |
| 11/22/2019 | Review, discuss & changes to editing schedule | 0.4 |
| 11/22/2019 | Call w/ KNI re MSJ approach | 0.5 |
| 11/22/2019 | Review Gorton transcript | 1.0 |
| 12/4/2019 | Review of GA section of MSJ brief | 0.7 |
| 12/4/2019 | Research & writing - law sec of MSJ | 4.0 |
| 12/5/2019 | Call w/ KNI to discuss briefing | 0.5 |
| 12/5/2019 | Research & writing - 1AM law sec. of MSJ | 6.2 |
| 12/5/2019 | Writing argument sec of MSJ, questions & corr to co-counsel | 5.1 |
| 12/6/2019 | Drafting for MSJ - review docs for SOF, draft SOF | 6.0 |
| 12/6/2019 | Review National's edits & thoughts to speech section of MSJ | 2.4 |
| 12/9/2019 | Corr w/ KNI re supp productions & MSJ brief | 0.3 |
| 12/9/2019 | Review of discovery materials, supp productions for SOF | 2.0 |
| 12/12/2019 | Corr w/ KNI re Van Meter errata | 0.4 |
| 12/16/2019 | Drafting for MSJ - non-law sections | 3.5 |
| 12/16/2019 | Drafting for MSJ - 1A, SOF, introduction | 4.5 |
| 12/17/2019 | Drafting final MSJ whole - insert facts | 7.6 |
| 12/17/2019 | Corr w/ KNI re editing | 0.1 |
| 12/18/2019 | Review KNI edits to brief, circulate internally | 0.6 |
| 12/18/2019 | Corr w/ co-counsel re MSJ status, further review | 0.2 |
| 12/18/2019 | Insert add'l edits to brief | 0.9 |
| 12/18/2019 | Further edits & cutting of brief | 4.0 |
| 12/19/2019 | Further review & send brief to internal team w/ instructions for editing schedule | 4.5 |

| Date | Description | Hours |
|---|---|---|
| 12/19/2019 | Review corr from KNI re thoughts on MSJ | 0.2 |
| 12/20/2019 | Call w/ Malita re editing schedule | 0.5 |
| 12/20/2019 | Corr w/ team re changing editing schedule | 0.3 |
| 12/20/2019 | Further corr w/ team re editing schedule | 0.5 |
| 12/20/2019 | Review Peter's edits to MSJ | 0.5 |
| 12/21/2019 | Explain and forward Peter edits to internal team | 0.7 |
| 12/22/2019 | Review internal edits to, comments re MSJ draft | 1.0 |
| 12/23/2019 | Further review & corr, conversation re substantive legal issues in MSJ | 2.0 |
| 12/23/2019 | Further corr re organizational issues, MSJ | 0.2 |
| 12/26/2019 | Further internal-only corr re MSJ edits | 0.2 |
| 12/27/2019 | Resolve internal edits, pass to National incl. explanatory corr. | 0.6 |
| 12/27/2019 | Corr w/ OC, co-counsel re proposed motion to file under seal depo transcripts along w/ MSJs | 0.4 |
| 12/27/2019 | Internal discussion re motion to file under seal | 0.4 |
| 12/28/2019 | Review of deposition transcripts for sensitive information | 0.5 |
| 12/28/2019 | Review marked-up transcripts for sensitive information; draft proposed corr to OC for review re same | 4.3 |
| 12/30/2019 | Review co-counsel thoughts re protecting ct information, motion to seal; convey to OC | 0.4 |
| 12/30/2019 | Review corr from OC re motion to seal, discuss internally | 0.7 |
| 1/2/2020 | Corr w/ OC re meet and confer re motion to seal | 0.1 |
| 1/3/2020 | Phone call w/ OC re same | 0.3 |
| 1/6/2020 | Drafting motion to seal deposition transcripts | 0.9 |
| 1/6/2020 | Review OC edits, draft proposed order, recirculate | 0.5 |
| 1/7/2020 | Work w/ Tess - ready to file motion to seal | 0.3 |
| 1/7/2020 | Review new supplemental production of documents, discuss | 0.7 |
| 1/8/2020 | Cuts to MSJ | 1.6 |
| 1/8/2020 | Review notes, to-do list, circulate planning email | 1.7 |
| 1/8/2020 | Work w/ Tess to schedule out finalizing MSJ & related filings | 0.5 |
| 1/8/2020 | Corr w/ drafting team re planning email | 0.4 |
| 1/8/2020 | Further corr re needs for filing MSJ prep | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 1/8/2020 | Talk w/ DJC re MSJ | 0.7 |
| 1/8/2020 | Review newest cuts to MSJ, adjust, send to FJL for review | 2.5 |
| 1/9/2020 | Review FJL edits, send to Lambda (MSJ) | 0.2 |
| 1/9/2020 | Review J Vascura order on motion to file under seal, discussion & email OC | 1.4 |
| 1/9/2020 | Research & writing new brief on motion to seal | 2.7 |
| 1/9/2020 | Review & make revisions to motion to seal | 1.4 |
| 1/9/2020 | Proof, cite check & file motion to seal | 0.9 |
| 1/10/2020 | Corr w/ team re how to handle experts | 2.0 |
| 1/10/2020 | Corr w/ OC re filing depo transcripts | 0.1 |
| 1/10/2020 | Work on finalizing MSJ brief, circulate to colleagues | 1.8 |
| 1/10/2020 | Preparing deposition transcripts, redactions, erratas to attach to MSJ filing | 1.5 |
| 1/10/2020 | Review GA line edits to MSJ | 0.3 |
| 1/10/2020 | Corr w/ small group re line edits | 0.5 |
| 1/10/2020 | Review J Vascura order on sealing motion | 0.2 |
| 1/10/2020 | Continued work on redactions & review for exhibits to MSJ | 2.0 |
| 1/10/2020 | Continued work on redactions & review of MSJ exhibits | 1.6 |
| 1/10/2020 | Review Lambda's line edits to MSJ | 0.8 |
| 1/11/2020 | Review exhibits incl DOE transcript for pirvacy issues, AEO designations; notes re all exhibits | 3.0 |
| 1/12/2020 | Write up final thoughts re exhibit redactions to small team | 0.8 |
| 1/12/2020 | Corr w/ team re redactions & exhibits | 0.5 |
| 1/12/2020 | With KNI & clients - MSJ, exhibits, plan out for review to all clients, turn around revisions | 2.0 |
| 1/13/2020 | Further corr w/ clients re MSJ filing | 0.6 |
| 1/13/2020 | Working on exhibits for MSJ w/ KNI, Lambda | 0.8 |
| 1/13/2020 | Working w/ Tess on redactions & cleanup for exhibits | 1.0 |
| 1/13/2020 | Going over recent edits to MSJ brief w/KNI, reviewing | 1.5 |
| 1/13/2020 | Further review, addition of record citations into MSJ, w/ Kara | 4.5 |
| 1/13/2020 | Review and final edits to exhibits | 0.8 |
| 1/14/2020 | Review revised MSJ | 1.0 |
| 1/14/2020 | Confirm DOE exhibit is acceptable w/ client | 0.3 |
| 1/14/2020 | Further edits to DOE exhibit | 0.6 |
| 1/14/2020 | Work w/ team on initial cite checking | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 1/14/2020 | Working w/ Lambda re exhibit list, edits to exhibits | 0.9 |
| 1/14/2020 | Add'l edits to explanatory language in exhibits | 0.3 |
| 1/15/2020 | Line edits to MSJ | 0.9 |
| 1/15/2020 | Corr w/ co-counsel re filing plan | 0.2 |
| 1/15/2020 | Read edited copy of MSJ, respond to questions, create clean copy for circulation | 4.0 |
| 1/16/2020 | Circulate clean MSJ brief w/ tasks & comments to team | 1.2 |
| 1/16/2020 | Review KNI new comments to brief | 0.3 |
| 1/16/2020 | Working w/ Tess, GA, KNI, to finalize brief and all attachments for filing | 3.3 |
| 1/16/2020 | Check filed copy of MSJ | 0.5 |
| 1/16/2020 | Review D's MSJ, schedule call to discuss | 2.0 |
| 1/21/2020 | Team call re D's MSJ | 0.5 |
| 2/7/2020 | Corr w/ co counsel re draft review (response brief) | 0.3 |
| 2/8/2020 | Review draft, corr w/ internal team re new issues over response brief | 0.4 |
| 2/8/2020 | Discussion w internal team re same issue in response biref | 0.7 |
| 2/8/2020 | Further internal discussion re same | 0.2 |
| 2/9/2020 | Review all edits to response brief, incorporate | 4.0 |
| 2/9/2020 | Corr w/ co counsel re draft review | 0.6 |
| 2/10/2020 | Review supp expert production from OC | 0.4 |
| 2/10/2020 | Continue to merge edits in brief | 3.9 |
| 2/10/2020 | Talk w/co counsel re major changes | 0.5 |
| 2/10/2020 | Further edits from me incl. cite chceck | 1.6 |
| 2/10/2020 | Rev. GA KNI addl edits, incorp & corr re same | 1.9 |
| 2/10/2020 | Corr w/ small group re same | 0.4 |
| 2/11/2020 | Corr w/ GA KNI re addil edits and review | 0.8 |
| 2/11/2020 | Review and incorp add'l edits from GA, JK | 2.0 |
| 2/11/2020 | Discussion w co counsel re same | 0.7 |
| 2/11/2020 | Review and combine all edits, pass to FJL | 3.0 |
| 2/12/2020 | Review edits from FJL, SJB | 2.4 |
| 2/12/2020 | Corr w internal team re edits, pass to Tess | 0.3 |
| 2/13/2020 | Corr w Tess re brief, citation issues | 0.4 |
| 2/13/2020 | Rev final version of brief | 1.0 |
| 2/13/2020 | Pass to team, corr w/ small team re same | 0.4 |
| 2/13/2020 | Talk to KNI re final brief | 0.1 |
| 2/17/2020 | Corr w team re how to do reply | 0.2 |
| 2/18/2020 | Corr w team re editing schedule | 0.3 |
| 2/18/2020 | 30 min TC re same | 0.5 |
| 2/18/2020 | Review GA corr, respond re outline | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 2/19/2020 | Tweak outline, forward to team for feedback | 1.0 |
| 2/20/2020 | Corr w/ entire team re outline | 0.3 |
| 2/21/2020 | Drafting reply brief | 4.0 |
| 2/23/2020 | Review feedback from team on draft | 0.7 |
| 2/23/2020 | Review add'l feedback from GA, KNI, JK | 1.0 |
| 2/23/2020 | Incorporate and corr w/ whole team re edits | 3.0 |
| 2/23/2020 | Pass draft to Peter to solicit addl feedback | 0.2 |
| 2/24/2020 | Add'l corr w Peter, Susan, Lambda others, re draft | 0.4 |
| 2/25/2020 | Review peter edits pass to internal team | 2.0 |
| 2/25/2020 | Corr w/ every team member passing around edits | 1.2 |
| 2/25/2020 | Review of add'l SJB edits | 0.7 |
| 2/25/2020 | Merge multiple versions | 1.4 |
| 2/25/2020 | Merge comments from JK | 0.7 |
| 2/26/2020 | Review FJL edits from last night and incorp | 2.0 |
| 2/26/2020 | Finalize brief, incorp all edits | 2.6 |
| 2/26/2020 | Corr w/ Tess re editing schedule | 0.1 |
| 2/26/2020 | Simultaneous cite fixing & corr w/ GA KNI for entire brief | 1.8 |
| 2/26/2020 | Reconcile multiple final versions & additional edits, circulate final final version | 4.0 |
| 2/27/2020 | Tess, me GA KNI all cite checking & line editing final brief | 3.0 |
| 3/4/2020 | Corr to team re update | 0.2 |
| 4/21/2020 | Corr re expert fee issues, KNI & OC | 0.3 |
| 6/26/2020 | Prepare notice of supp authority; related review & corr | 2.0 |
| 12/7/2020 | Review motion to sub defendant | 0.2 |
| 1/7/2021 | Help Tess w Malita PHV | 0.1 |
| 1/26/2021 | Talk w/ Tess re fee petition | 0.2 |
| 1/26/2021 | Work on fee petition - reviewing billing, drfting declarations & brief | 0.3 |
| 1/26/2021 | Work on fee petition - reviewing billing, drfting declarations & brief | 0.1 |
| 1/26/2021 | Talk w/ FJL re fee petition | 0.6 |
| 1/26/2021 | Fee petition - work on research & writing, corr. to team re declarations | 2.2 |
| 1/27/2021 | Fee petition - research & drafting | 1.7 |
| 1/27/2021 | Fee petition - research & drafting | 1.3 |
| 1/27/2021 | Fee petition - research & drafting | 2.9 |
| 1/28/2021 | Fee petition - further edits to decls & brief | 1.2 |
| 1/29/2021 | Talk w/ Tess re gathering billing, records for fee petition | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 1/29/2021 | Fee petition - resolving edits on brief, gathering supporting docs & corr to team | 1.0 |
| 1/29/2021 | Fee petition - finalizing decls & other records | 0.1 |
| 1/29/2021 | Fee petition - finalizing decls & other records | 1.3 |
| 1/29/2021 | Fee petition - finalizing decls & other records | 0.5 |
| 1/30/2021 | Fee petition - review everyone's documentation, finalize exhibits & brief | 1.0 |
| 1/30/2021 | Fee petition - review everyone's documentation, finalize exhibits & brief | 2.0 |
| 1/31/2021 | Fee petition - review everyone's corrections, add'l research & edits to brief | 2.0 |
| 1/31/2021 | Fee petition - review everyone's corrections, add'l research & edits to brief | 2.0 |
| 2/1/2021 | Fee petition - fill in all exhibits, finish brief & review | 2.1 |
| 2/1/2021 | Fee petition - finalize | 3.0 |
| | **Total Time** | **612.6** |
| | **Hourly Rate   x** | **$ 250.00** |
| | **Lodestar Fees** | **$ 153,150.00** |