# Exhibit F-1

**PETER C. RENN**                                  4221 Wilshire Blvd., Suite 280 • Los Angeles, CA 90010
prenn@lambdalegal.org • 213-382-7600

---

## EDUCATION

**Harvard Law School**, June 2006
        Honors:       *magna cum laude*, top 10%
        Activities:    *Civil Rights-Civil Liberties Law Review*, Executive Editor
                        Lambda, Co-President
                        Asian Pacific American Law Students Association, Member

**University of Texas at Austin**, B.A. in Psychology & Plan II, May 2003
        Honors:       *summa cum laude*
                        Distinguished Dedman Scholar, Four-Year Merit Scholarship

## EXPERIENCE

**Lambda Legal Defense and Education Fund, Inc.**
Jun. 2010 – Present            Counsel                                   Los Angeles, CA

Responsible for impact test-case litigation advancing the civil rights of lesbian, gay, bisexual, and transgender (LGBT) people and everyone living with HIV.  Extensive litigation experience in courts throughout the western region of U.S., including briefing and argument to state and federal appeals courts.  Oversee all aspects of litigation, including drafting of briefs, fact investigation, discovery, depositions, expert reports, trial preparation, and appeals.  Identify potential new matters and devise case strategy from inception through appeal.  Communicate with media regarding cases, which have been profiled in the *New York Times*, *Los Angeles Times*, and *Washington Post*.  Speak at community events, conferences, and fundraising events.  Recipient of the National LGBT Bar Association's Best LGBT Lawyers Under 40 Award.

Selected examples:
- *Thornton v. Saul*, 2020 WL 5494891 (W.D. Wash. Sept. 11, 2020):  Counsel in challenge to denial of social security survivor's benefits to same-sex couples wholly barred from marriage by unconstitutional state laws.  Obtained class certification and nationwide injunction.
- *Ely v. Saul*, 2020 WL 2744138 (D. Ariz. Jul. 24, 2020):  Counsel in challenge to denial of social security survivor's benefits to same-sex couples barred from marriage for requisite duration by unconstitutional state laws.  Obtained class certification and nationwide injunction.
- *Fletcher v. State of Alaska*, 443 F. Supp. 3d 1024 (D. Alaska 2020):  Counsel in challenge on behalf of transgender state librarian denied access to gender-affirming surgical care.  Obtained summary judgment on liability finding that state's exclusion on care violated Title VII.
- *Gender and Sexuality Alliance v. Spearman*, 2020 WL 1227345 (D.S.C. Mar. 11, 2020):  Counsel in challenge to anti-gay school curriculum law.  Obtained consent decree enjoining enforcement.
- *Karnoski v. Trump*, 926 F.3d 1180 (9th Cir. 2019):  Counsel in pending challenge to federal policy excluding transgender people from military service.  Obtained appellate ruling holding that discrimination against transgender people requires heightened constitutional scrutiny.

- *Cervelli v. Aloha Bed & Breakfast*, 415 P.3d 919 (Haw. Ct. App. 2018), *cert. denied*, 139 S. Ct. 1319 (2019):  Counsel for same-sex couple denied access to business based on owner's religious beliefs.  Obtained ruling that free exercise of religion does not justify discrimination.
- *L.C. v. M.G.*, 430 P.3d 400 (Haw. 2018), *cert. denied*, 140 S. Ct. 234 (2019):  Counsel on appeal in case holding that marital presumption of parentage applies equally to same-sex spouses.
- *F.V. v. Barron*, 286 F. Supp. 3d 1131 (D. Idaho 2018):  Counsel in case holding that denial of birth certificates to transgender people matching their gender identity is unconstitutional.
- *Carcaño v. McCrory*, 203 F. Supp. 3d 615 (M.D.N.C. 2016):  Counsel with ACLU in pending challenge to North Carolina laws discriminating against transgender people in access to public facilities.  Obtained preliminary injunction barring enforcement of law against clients.
- *Rosati v. Igbinoso*, 791 F.3d 1037 (9th Cir. 2015):  Counsel on appeal for transgender prisoner seeking access to medically necessary transition-related surgical care.  Briefed and argued appeal, resulting in reversal of district court dismissal.
- *Sevcik v. Sandoval*, 911 F. Supp. 2d 996 (D. Nev. 2012), *rev'd sub nom. Latta v. Otter*, 771 F.3d 456 (9th Cir. 2014):  Counsel for same-sex couples seeking freedom to marry in Nevada.  Ninth Circuit reversed summary judgment for defendants, allowing same-sex couples to marry.
- *Harris v. Millennium Hotel*, 330 P.3d 330 (Alaska 2014):  Counsel for same-sex partner of shooting victim denied lifetime survivor's benefits due to exclusion of same-sex couples from marriage.  Argued and obtained victory before Alaska Supreme Court.

Summer 2004             Legal Intern                                          New York, NY
Provided legal research and analysis in a wide variety of matters, including relationship recognition, HIV discrimination, and healthcare discrimination.

Summer 2003             Education & Public Affairs Intern                    Dallas, TX
Created directory of regional LGBT organizations, resources, and attorneys.  Monitored news articles and maintained archive of press clippings.  Prepared *Lawrence v. Texas* rally and celebration.

**Munger, Tolles & Olson, LLP**
Oct. 2008 – Jun. 2010      Litigation Associate                          Los Angeles, CA
Summer 2005                Summer Associate
Substantial commercial litigation experience in federal and state court.  Conducted fact investigation, prepared and responded to written discovery, took and defended depositions, drafted dispositive motions, prepared for jury trial, and participated in settlement negotiations.  Handled *pro bono* cases involving constitutional torts and LGBT rights.

**Honorable Lawrence K. Karlton, U.S. District Court for the Eastern District of California**
Sept. 2006 – Aug. 2008      Law Clerk                                    Sacramento, CA
Drafted orders and bench memoranda.  Assisted judge in civil pre-trial and trial matters.

**ACLU Lesbian & Gay Rights Project**
Summer 2005                Legal Intern                                   New York, NY
Researched legal challenge to ban on marriage for same-sex couples.  Developed novel statutory claim in employment discrimination case brought by transgender plaintiff against federal government.

**Gay & Lesbian Advocates & Defenders**
Spring 2005                Legal Intern                                    Boston, MA

Fall 2003 – Spring 2004	Legal Hotline Volunteer
Researched equal protection issues in marriage equality litigation.  Provided legal information to callers regarding LGBT issues in New England.

**BAR ADMISSIONS**

California State Bar; Central, Eastern, and Northern Districts of California; Fourth, Fifth, Ninth, D.C., and Federal Circuits; United States Supreme Court