# Exhibit F-2

## Peter Renn

| Date | Description of Services | Time |
|---|---|---|
| 4/5/2018 | Review order on motion to proceed anonymously and as-filed version of complaint | 0.5 |
| 4/5/2018 | Email Ms. Ingelhart re: certified copies of birth certificates. | 0.3 |
| 4/5/2018 | Telephone conference with litigation team to discuss next steps. | 1.0 |
| 4/13/2018 | Telephone conference with Ms. Ingelhart re: potential notice of related cases to Doe v. Highland. | 0.2 |
| 6/21/2018 | Telephone conference with litigation team re: preparation of 26(f) report. | 1.2 |
| 6/25/2018 | Telephone conference with opposing counsel to conduct 26(f) conference. | 1.2 |
| 6/28/2018 | Telephone conference with team to discuss 26(f) conference and next steps. | 0.9 |
| 7/16/2018 | Review and revise draft affirmative discovery (RFPs and interrogatories) | 1.0 |
| 7/16/2018 | Review and revise MTD opposition. | 1.5 |
| 7/17/2018 | Review and revise MTD opposition. | 8.8 |
| 7/17/2018 | Telephone conference with Ms. Ingelhart re: review and revision of MTD opposition. | 0.9 |
| 7/18/2018 | Telephone conference with litigation team to discuss revisions to MTD opposition. | 1.2 |
| 7/18/2018 | Telephone conference with Ms. Levenson to prepare for scheduling conference. | 0.2 |
| 7/18/2018 | Participate in scheduling conference with Judge Vascura. | 1.2 |
| 11/15/2018 | Telephone conference with litigation team to discuss discovery responses and next steps. | 0.5 |
| 1/14/2019 | Review defendant's discovery requests. | 0.2 |
| 1/14/2019 | Telephone conference with litigation team to discuss discovery requests. | 1.0 |
| 3/21/2019 | Telephone conference with litigation team to discuss next steps in discovery, 30(b)(6) strategy, and expert report | 1.0 |
| 4/22/2019 | Telephone conference with litigation team to discuss case status and litigation tasks. | 1.0 |
| 5/20/2019 | Telephone with Ms. Ingelhart regarding responses to third set of discovery requests. | 0.2 |
| 7/2/2019 | Review and analyze expert report of Dr. Van Meter and analyze potential need for rebuttal report; email litigation team re: same. | 2.3 |
| 7/17/2019 | Telephone conference with Ms. Ingelhart re: potential rebuttal experts. | 0.7 |
| 7/22/2019 | Telephone conference with Ms. Ingelhart re: potential rebuttal experts. | 0.5 |
| 7/23/2019 | Telephone conference with team to discuss potential rebuttal | 0.9 |
| 7/30/2019 | Telephone conference with Ms. Ingelhart re: deposition schedule for experts. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 7/31/2019 | Telephone conference with Ms. Ingelhart re: 30(b)(6) deposition and plaintiff depositions. | 0.7 |
| 7/31/2019 | Review and comment on 30(b)(6) deposition outline | 1.9 |
| 8/12/2019 | Telephone conference with litigation team to discuss revisions to case schedule and responses to new set of discovery requests. | 0.6 |
| 8/15/2019 | Review and revise outline for deposition preparation with plaintiffs and email Ms. Ingelhart re: same. | 2.0 |
| 8/18/2019 | Prepare for and attend deposition preparation session with Ms. Ray and team members. | 3.5 |
| 9/11/2019 | Telephone conference with Ms. Ingelhart, Mr. Arkles, and Ms. Bonham re: expert deposition preparation. | 0.6 |
| 9/12/2019 | Participate in part of deposition preparation of Dr. Ettner with Ms. Ingelhart and Ms. Bonham. | 2.0 |
| 9/25/2019 | Review and comment on deposition outline for Dr. Van Meter. | 1.5 |
| 11/4/2019 | Email with co-counsel regarding briefing schedule for cross-motions for summary judgment. | 0.7 |
| 11/5/2019 | Email with co-counsel regarding briefing schedule for cross-motions for summary judgment. | 0.3 |
| 12/20/2019 | Review and revise draft of MSJ. | 3.5 |
| 1/9/2020 | Review and revise draft of MSJ. | 3.1 |
| 1/21/2020 | Telephone conference with Ms. Ingelhart re: defendant's MSJ. | 0.5 |
| 1/21/2020 | Telephone conference with litigation team re: defendant's MSJ. | 0.5 |
| 2/4/2020 | Review, revise, and comment on draft of opposition to defendant's MSJ. | 2.0 |
| | **Total Time** | **52.1** |
| | **Hourly Rate  x** | **$ 375.00** |
| | **Lodestar Fees** | **$ 19,537.50** |