# Exhibit G-1

# Kara N. Ingelhart

## LEGAL EXPERIENCE

**Lambda Legal Defense and Education Fund**, Chicago, Illinois
*Staff Attorney* — February 2019-Present
*Law Fellow Attorney* — September 2017-January 2019
*Skadden Fellow Attorney* — September 2015-September 2017

- Active in all facets of cutting-edge impact litigation, public policy, and community education on issues involving the civil and human rights of lesbian, gay, bisexual, and transgender people and people living with HIV.
- Represent individuals in federal and state litigation, including cases involving equal access to identity documents for transgender people, housing discrimination, equal access to military service, public health, conditions of confinement for incarcerated individuals, and equal access to sex-segregated facilities for transgender students.
- Participate in federal and state policy working groups, prepare formal comments regarding legislation and regulations, educate Congressional staffers, and author presidential transition memoranda.
- Review and assess legal intakes for potential litigation or advocacy opportunities.
- Serve as spokesperson for Lambda Legal, clients, and partners.
- Help develop and execute effective media strategies.
- Collaborate with other Lambda Legal departments including communications and development.
- Conduct trainings and educational programs on all aspects of Lambda Legal's mission.
- Hire and manage legal interns.
- Former Equity, Diversity, and Inclusion Committee Co-Chair.
- Skadden Fellowship designed to serve low-income LGBTQ youth with juvenile or criminal records by addressing barriers that they face in accessing housing, employment, and educational opportunities.

## EDUCATION

**The University of Chicago Law School**, Chicago, Illinois
*Juris Doctor* — June 2015

- Student Attorney, Mandel Legal Aid Clinic Mental Health Project
- Student Leadership: OutLaw, President & Law Students for Reproductive Justice, Vice President
- Fellowships and Internships: National LGBTQ Task Force, Washington, D.C.; Center for Interdisciplinary Inquiry and innovation in Sexual and Reproductive Health, Chicago, IL; Jindal Global Law School, Sonipat, India; & Lambda Legal, Chicago, IL.

**The University of Chicago School of Social Service Administration**, Chicago, Illinois
*Certificate – Graduate Program in Health Administration and Policy, Global Health Concentration* — June 2015

**Indiana University**, Bloomington, Indiana
*Bachelor of Arts in Biology & Gender Studies, Highest Honors* — May 2012

- Phi Beta Kappa Society Member
- Indiana University Adam William Herbert Presidential Scholar
- Research Assistant, The Kinsey Institute for Research in Sex, Gender & Reproduction
- Poster Presenter, 12th & 13th Annual Women in Science Program Conference, Rural Center for AIDS/STD Prevention RCAP National Conference

## REPRESENTATIVE CASES

*Foster v. Andersen* (D. Kansas); *Ray v. Himes* (S.D. Ohio); *Arroyo González v. Rosselló* (D. P.R.); & *F.V. v. Jeppesen* (D. Idaho)

    Counsel for transgender people challenging Kansas's, Ohio's, Puerto Rico's, and Idaho's refusal to allow transgender people to correct the gender marker on their birth certificates.

*Hobby Lobby v. Ill. Human Rights Comm'n; Ill. Dept. of Human Rights; & Meggan Sommerville* (Ill. App. Ct. 2nd Dist.)
> Co-authored *amicus* brief regarding the application of laws barring discrimination because of "sex" to transgender people, including the requirement of equal access to sex-segregated facilities.

*Stinson V. Florida* (Circuit Court First Judicial Circuit, Walton County, Florida)
> Counsel for senior citizen seeking post-conviction relief from a more than three-fold sentencing enhancement (twenty-one years over the recommended sentence) based on his HIV status.

*Roe v. Esper* (E.D. Virginia)
> Counsel for U.S. Airforce Service Members living with HIV who were given discharge orders just days before the 2018 holiday season.

*Harrison v. Esper* (E.D. Virginia)
> Counsel for an HIV+ Service Member in the D.C. National Guard challenging the Pentagon's current policies preventing enlistment, deployment, or commissioning as an officer if a person is HIV+.

*Judd v. Judd* (Ill. App. Ct. 2nd Dist.)
> Counsel for Illinois non-biological mother whose former spouse appealed determination of shared custody of their daughter.

*Karnoski v. Trump* (W.D. Wash., 9th Cir., U.S. Sup. Ct.)
> Counsel for transgender people challenging the constitutionality of the Trump Administration's ban on military service by transgender individuals.

*Dorn v. Michigan Department of Corrections* (W.D. Mich.)
> Counsel for formerly incarcerated individual who was disproportionately punished for his HIV-positive status, including spending nearly a year in solitary confinement, under discriminatory Michigan statute and corresponding procedures.

*Wetzel v. Glen St. Andrew Living Community* (N.D. Ill., 7th Cir.)
> Counsel for older lesbian woman facing discrimination based on her sex and sexual orientation in independent living community, through claims under the Fair Housing Act and the Illinois Human Rights Act.

*Evancho v. Pine Richland School District* (W.D. Pa.)
> Counsel for transgender students in Pine Richland School District challenging a School District resolution that requires transgender student to use restrooms according to their sex assigned at birth.

*Anders v. San Francisco County Superior Court*, aka *Doe v. Kink.com* (Cal. Ct. App.)
> Co-authored *amicus* brief regarding medical privacy rights, HIV-related stigma, public health goals, and statutory intent in the context of HIV testing.

*Erotic Service Provider Legal, Education and Research Project v. Gascón* (9th Cir.)
> Co-authored *amicus* brief regarding intersection of due process and criminal prostitution and solicitation laws as they relate to public health and HIV.

*Whole Woman's Health v. Hellerstedt* (U.S. Sup. Ct.)
> Co-authored *amicus* brief regarding intersection of fundamental rights and equal protection as they relate to reproductive justice.

SELECTED PRESENTATIONS, TESTIMONY, & POSTERS

**Illinois State Bar Association Labor & Employment Law Section**                          *October 2020*

Presentation (with Aaron B. Maduff): *LGBTQ Rights after Bostock v Clayton County (USSC) – Implications for Employees and Employers*

**Lavender Law Conference**  *August 2020*
Presentation (with Eric Paulk, Amir Sadeghi, Bamby Salcedo, & Brad Sears): *The Criminalization of Disease – Lessons from HIV, Hepatitis, and COVID-19*

**University of Chicago Law School**  *January 2020*
Panelist (with Professor Mary Anne Case & Professor Steve Sanders): *Title VII, Sexual Orientation, & Gender Identity*

**Pritzker Military Library**  *December 2019*
Panelist (with Scott Schoettes, Sgt. Nick Harrison, & Sasha Buchert): *Transgender & HIV Military Ban Panel with U.S. Rep. Mike Quigley*

**North Dakota Advisory Committee to the U.S. Commission on Civil Rights Briefing**  *June 2019*
Public Hearing Testimony (with North Dakota State Rep. Ruth Buffalo, Hukun Abdullahi, Laetitia Mizero Hellerud, Barry Nelson, Jack Russell Weinstein, & Miriam Zeidman): *Hate Crimes in North Dakota*

**University of Chicago Law School**  *April 2019*
Panelist (with Scott Schoettes, Peter Perkowski, & Julie Bauer): *HIV & the Military*

**Indiana University School of Law**  *March 2019*
Presentation (with Professor Steve Sanders): *LGBTQ Equality in the Courts: An Update on Current Controversies*

**Cook County Board of Commissioners**  *February 2019*
Public Hearing Testimony: *Resolution Condemning Trump Administration Treatment of Transgender, Gender Non-Conforming, & Intersex Individuals*

**National Asian Pacific American Bar Association Conference**  *November 2018*
Panelist (with Rachel See, Brynn Tannehill, & Kage Adams): *Stories from the Front Lines: Military Policies Regarding Openly Transgender Americans*

**Ohio State Bar Association**  *September 2018*
Presentation (with Susan Becker & Alana Jochum): *Seventh Annual LGBTQ & Allies Diversity & Inclusion Conference*

**Defense Research Institute (DRI) Employment & Labor Law Conference**  *May 2018*
Panelist (with Craig R. Thorstensen): *Addressing Claims of Discrimination Involving the LGBT Community*

**Defense Research Institute (DRI) Retail & Hospitality Litigation Conference**  *May 2018*
Panelist (with Leon B. Silver, Katina Thornock, & Kristen Wilson): *Transgender Bathrooms: Where Can We Go Wrong?*

**DePaul College of Law**  *March 2018*
Panelist (with Miles Shultz & Lori Ecker): *Journal of Women, Gender & Law Symposium*

**Chicago Bar Association**  *February 2018*
Panelist (with John Knight, Lark Mulligan, Maria Pahl, & Mike Ziri): *Serving LGBT Clients in 2018: What You Need to Know*

**Congressional LGBT Equality Caucus Staff Briefing**  *January 2018*
Panelist (with Shayla Schlossenberg, Preston Mitchum, Magalie Lerman, & Kate D'Adamo): *The Impact of Sex Work Laws on LGBTQ Community*

**Creating Change Conference**  *January 2018*
Presentation (with Daniel Bruner, Guillaume Bagal III, & Kate D'Adamo): *Criminalizing Sex Work: Exploring the Full Scope of the Law*

**Wake Forest University School of Law**  *November 2017*

Presentation (with Nii-Quartelai Quartey, Paula Kohut, & Yemi Adegbonmire): *LGBT Advocacy and Aging*

**Lavender Law Conference**                                                                                                    August 2017

Presentation (with Daniel Bruner, Maria Carmen Hinayon, & Richard Saenz): *Sex Workers and the Criminal Law: An LGBT Issue*

**Creating Change Conference**                                                                                                January 2017

Presentation (with Meghan Maury & Shelby Chestnut): *Reentry: Breaking the Cycle of Incarceration for LGBTQ People and PLHIV*

Presentation (with Candace Bond-Theriault): *Stop the Stigma: Queer Identity, Abortion Stigma and Politics of the Closet*

Presentation (with Kate D'Adamo, Victoria Roldriguez-Roldan, & Joanna Cifredo): *Decriminalization of the Sex Trade*

**Coalition for Juvenile Justice Conference**                                                                              April 2016

Poster: *LGBTQ Youth & Disproportionate Juvenile & Criminal Justice System Contact: Policing, Prosecution and Sentencing & the Collateral Effects of a Record*

**Creating Change Conference**                                                                                                January 2016

Presentation (with Rachel Brady, Candace Moore, & Geoffrey Winder): *Perspectives on Policing Young People in Schools*

Presentation (with Lam Ho): *Sex Work Decriminalization: A History, Personal Experiences, and Advocacy Tools*

## PUBLICATIONS

- *LGBT Rights and the Free Speech Clause,* AMERICAN BAR ASSOCIATION GP SOLO (2020) (co-authored with Jamie Gliksberg and Lee Farnsworth)
- *Abortion Stigma and the Politics of the Closet*, THE ADVOCATE (June 16, 2016) (co-authored with Camilla B. Taylor and Caroline Sacerdote)
- *Patterns of Sexual Arousal in Young, Heterosexual Men Who Experience Condom-Associated Erection Problems (CAEP),* JOURNAL OF SEXUAL MEDICINE (2013) (co-authored with Brandon J. Hill, Ph.D., Stephanie Sanders, Ph.D, Richard Crosby, Ph.D., and Erick Janssen, Ph.D.)
- *Condom-Associated Erection Problems (CAEP): Behavioral Responses and Attributions in Young, Heterosexual Men,* SEXUAL HEALTH (2013) (co-authored with Brandon J. Hill, Ph.D., Stephanie Sanders, Ph.D, Richard Crosby, Ph.D., and Erick Janssen, Ph.D.)

## ADMISSIONS, AWARDS, & AFFILIATIONS

- State Bar Admission: Illinois
- U.S. District Courts: Northern District of Illinois & Western District of Michigan
- U.S. Courts of Appeals: Fourth Circuit, Seventh Circuit, & Ninth Circuit
- Illinois State Bar Association
- National LGBT Bar Association 40 Best Lawyers Under 40 Award, 2020
- Windy City Times 30 Under 30 Award, 2016
  (awarded for contributions made to the Chicago LGBTQ community)