# Exhibit G-2

## Kara Ingelheart

| Date | Description of Services | Time |
|---|---|---|
| 4/3/2018 | Review email from Mr. Arkles regarding next steps after filing complaint. Send email all re same and scheduling call with litigation team to discuss. | 0.3 |
| 4/5/2018 | Litigationt team meeting regarding next steps post filing complaint. | 1.0 |
| 4/6/2018 | Review email from litigation team regarding strategy after filing complaint and respond regarding next steps. | 0.2 |
| 4/13/2018 | Telephone conference with Peter Renn regarding notice of related case to *Doe v. Highland.* | 0.2 |
| 4/17/2018 | Telephone conference wtih Dr. Ettner regarding matter and potential engagement as expert witness. | 0.2 |
| 4/17/2018 | Email with litigation team regarding Dr. Ettner (potential expert witness) engagement and client retainer agreements. | 0.2 |
| 4/17/2018 | email w/ Freda re Expert | 0.2 |
| 6/14/2018 | Emails with litigation team regarding new State's counsel requesting second extension to file response to complaint. | 0.3 |
| 6/20/2018 | Telephone conference w/ FL | 0.2 |
| 6/21/2018 | Litigation team meeting regarding preparation for 26(f) conference. | 1.2 |
| 6/22/2018 | Draft initial disclosures. | 0.3 |
| 6/25/2018 | 26(f) conference with litigation team and opposing counsel. | 1.2 |
| 6/28/2018 | Litigation team meeting to discuss 26(f) Confrence, take aways, and next steps. | 0.9 |
| 7/3/2018 | Draft expert agreement. | 0.3 |
| 7/7/2018 | Review draft 26(f) report and team correspondence. | 0.3 |
| 7/9/2018 | Review Defendants' Motion to Dismiss. | 1.6 |
| 7/9/2018 | Litigation team meeting regarding Motion to Dismiss. | 1.0 |
| 7/11/2018 | Opposition to Motion to Dismiss research. Drafting opposition to Motion to Dismiss. | 1.5 |
| 7/11/2018 | Review first set of written discovery (from Plaintiffs) drafted by Elizabeth Bonham. | 1.0 |
| 7/11/2018 | Telephone conference with Ms. Bonham regarding written discovery. | 0.5 |
| 7/12/2018 | Opposition to Motion to Dismiss research. Drafting opposition to Motion to Dismiss. | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 7/12/2018 | Email to litigation team regarding internal team drafting schedule for opposition motion. | 0.3 |
| 7/13/2018 | Opposition to Motion to Dismiss research and drafting. | 2.0 |
| 7/14/2018 | Opposition to Motion to Dismiss research and drafting. | 16.5 |
| 7/15/2018 | Prepare for litigtaion team call regarding opposition to Motion to Dismiss strategy, research, drafting. | 0.5 |
| 7/15/2018 | Telephone conference with Ms. Bonham regarding Motion to Dismiss strategy, research, drafting. | 0.5 |
| 7/15/2018 | Opposition to Motion to Dismiss research and drafting. Review comment upon Plaintiffs' first set of RFPs & ROGs. | 9.0 |
| 7/16/2018 | Review comment upon Plaintiffs' first set of RFPs & ROGs. | 0.5 |
| 7/16/2018 | Review interal Lambda Legal edits to opposition to Motion to Dismiss (from K Upton, D Flynn). | 0.4 |
| 7/17/2018 | Telephone conference with Peter Renn regarding opposition to Motion to Dismiss . | 0.9 |
| 7/18/2018 | Litigation team call regarding opposition to Motion to Dismiss strategy, research, drafting. | 1.2 |
| 7/18/2018 | Consolidate opposition to Motion to Dismiss edits from litigation team. | 1.0 |
| 7/18/2018 | Prepare for litigation team meeting regarding opposition to Motion to Dismiss. | 1.0 |
| 7/18/2018 | Prepare for R16 Conference. | 0.5 |
| 7/18/2018 | R16 conference with litigation team and opposing counsel and Magistrate Judge Vascura. | 1.2 |
| 7/19/2018 | Review equal protection portion opposition to Motion to Dismiss. | 3.0 |
| 7/20/2018 | Review and edit full opposition to Motion to Dismiss. | 6.0 |
| 7/24/2018 | Emails to litigation team regarding opposition to Motion to Dismiss, review same, phone calls on same. | 0.3 |
| 7/25/2018 | Review and edit opposition to Motion to Dismiss. | 1.7 |
| 7/26/2018 | Review and edit opposition to Motion to Dismiss. | 4.2 |
| 7/27/2018 | Redlines on opposition to Motion to Dismiss. | 0.7 |
| 8/17/2018 | Read, review opposition to Motion to Dismiss brief in reparation for filing. | 0.5 |
| 10/11/2018 | Litigation team meeting to discuss discovery order and next steps. | 0.3 |
| 10/17/2018 | Incorporate edits to expert agreement from co-counsel. | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 10/19/2018 | Telephone conference with Dr. Ettner (expert witness) regarding discovery and expert report. | 0.3 |
| 11/5/2018 | Email with Lambda legal management (Camilla Taylor) regarding Dr. Ettner expert agreement. | 0.2 |
| 11/8/2018 | Email communication to litigation team regarding Dr. Ettner expert agreement. | 0.2 |
| 11/15/2018 | Draft written discovery responses. | 1.0 |
| 11/15/2018 | Litigation team meeting regarding written discovery responses. | 0.5 |
| 11/16/2018 | Review draft protective order. | 0.5 |
| 11/16/2018 | Email comments to litigation team regarding draft protective order. | 0.1 |
| 11/16/2018 | Telephone conference with Dr. Ettner (expert witness) after complaint review. | 0.3 |
| 1/8/2019 | Review discovery production. | 0.5 |
| 1/8/2019 | Telephone conference with Ms. Bonham regarding status of case. | 0.5 |
| 1/14/2019 | Telephone conference with litigation team to discuss discovery requests. | 0.8 |
| 1/23/2019 | Telephone conference with Ms. Bonham regarding discovery requests. | 0.5 |
| 1/30/2019 | Review discovery production summary. | 0.5 |
| 1/30/2019 | Draft written discovery responses. | 1.0 |
| 1/31/2019 | Draft and review written responses to discovery. | 6.0 |
| 2/1/2019 | Email regarding written responses with Mr. Carey. | 1.0 |
| 2/1/2019 | Telephone conference with Jane Doe regarding discovery responses. | 1.0 |
| 2/4/2019 | Expert report preparation | 0.2 |
| 2/4/2019 | Telephone conference with Dr. Ettner. | 0.5 |
| 2/4/2019 | Basil discovery preparation and telephone conference. | 1.0 |
| 2/4/2019 | Review ACLU & TH input into written responses and preparation for Stacie Ray call. | 0.5 |
| 2/4/2019 | Stacie Ray call regarding discovery responses. | 1.0 |
| 2/5/2019 | Edit written responses. | 6.2 |
| 2/5/2019 | Email communication with clients regarding written responses. | 1.0 |
| 2/6/2019 | Finalizing written responses & client signatures for verification. | 1.9 |
| 2/7/2019 | Email communication to litigation team regarding Dr. Ettner expert report. | 0.2 |
| 2/8/2019 | Correspond with co-counsel regarding Dr. Ettner report. | 0.3 |
| 2/13/2019 | Dr. Ettner report review, edits, incorporate team notes. | 1.0 |
| 2/13/2019 | Discovery doc review (second production). | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 2/14/2019 | Dr. Ettner declaration drafting & litigation team correspondence regarding the same. | 0.3 |
| 2/14/2019 | Dr. Ettner declaration review and edits. | 0.5 |
| 2/18/2019 | Review Ettner report & corr. w/ co-counsel regarding same. | 0.8 |
| 2/25/2019 | Telephone conference to Ms. Bonham regarding settlement week email & correspond to internal team. | 0.7 |
| 2/28/2019 | March Settlement Week call (w/ co-counsel & Calfee opposing counsel). | 1.0 |
| 3/20/2019 | Drafting expert report & email correspondence with litigation team concerning same. | 4.0 |
| 3/20/2019 | Telephone conference with Ms. Bonham planning for and scheduling group call re 30(b)(6), discovery steps, and expert report. | 1.0 |
| 3/21/2019 | Correspondence with co-counsel regarding expert disclosure deadline and opposing counsel. | 0.5 |
| 3/21/2019 | Litigation team meeting regarding Dr. Ettner report. | 1.0 |
| 3/21/2019 | Correspondence with Dr. Ettner and litigation team regarding Dr. Ettner report. | 0.5 |
| 3/22/2019 | Telephone conference regarding expert report with Dr. Ettner & Ms. Bonham & incorporating Dr. Ettner edits regarding same. | 0.7 |
| 3/22/2019 | Email correspondence to opposing regarding expert report deadline 4.1 & follow-up Ms. Bonham regarding same. | 0.7 |
| 3/25/2019 | Correspond and confer with opposing counsel and Ms. Bonham regarding case deadlines. Correspond with Ms. Bonham and litigation team regarding the same. | 2.5 |
| 3/25/2019 | Correspondence to Lambda attorneys regarding expert witness and opinions of Dr. Ettner. | 0.2 |
| 3/25/2019 | Telephone conference with Ms. Bonham to prepare for conference with Magistrate Judge regarding expert report extension & follow-up correspondence with Mr. Renn and co-counsel. | 0.5 |
| 3/25/2019 | Incorporate Dr. Ettner work on expert report and correspond with litigation team to share report draft. | 1.0 |
| 3/26/2019 | prep for & call for Ray conference (w/ magistrate, co-counsel, & Calfee) & follow-up w/ team | 1.5 |
| 3/26/2019 | Review requests for production and email correspondence with co-counsel regarding the same. | 0.7 |

| | | |
|---|---|---|
| 3/26/2019 | Telephone conferences with Ms. Bonham regarding Dr. Ettner report. | 0.4 |
| 3/27/2019 | Correspondence with co-counsel regarding RFPs. | 0.2 |
| 3/28/2019 | Correspondence with Dr. Ettner regarding report update and deadline change. | 0.2 |
| 3/29/2019 | Telephone conference with Ms. Bonham regarding RFPs and follow-up correspondence drafting to clients regarding doc requests. | 1.0 |
| 3/30/2019 | Correspondence with clients BA and JD regarding RFPs & discovery deadline updates. | 0.5 |
| 4/9/2019 | Email correspondence with co-counsel Ms. Bonham regarding RFPs. | 0.2 |
| 4/9/2019 | Correspondence and telephone conference with Jane Doe regarding written discovery reponses. | 0.8 |
| 4/9/2019 | Correspondence and telephone conference with Ashley Breda regarding written discovery reponses. | 0.2 |
| 4/10/2019 | Correspondence and telephone conference with Ashley Breda regarding written discovery reponses. | 0.3 |
| 4/15/2019 | Correspondence and telephone conference with Jane Doe regarding written discovery reponses. | 0.3 |
| 4/16/2019 | Correspondence and telephone conference with Jane Doe regarding written discovery reponses. | 0.3 |
| 4/16/2019 | Correspondence and telephone conference with Ashley Breda regarding written discovery reponses. | 0.2 |
| 4/16/2019 | Correspond with Ms. Bonham regarding clients Basil Argento and Jane Doe regarding and communication with opposing counsel and with litigation team regarding RFAs. | 2.5 |
| 4/17/2019 | Bates stamping of productions & related email communication. | 0.5 |
| 4/18/2019 | Correspondence and telephone conference with Jane Doe regarding written discovery reponses. | 0.3 |
| 4/19/2019 | Correspondence and telephone conference with Jane Doe regarding written discovery reponses. | 0.3 |
| 4/22/2019 | Team call regarding second set of discovery. | 1.0 |
| 4/22/2019 | Correspondence and telephone conference with Jane Doe and Basil Argento regarding written discovery reponses. A.B. & follow-ups to team regarding same. | 1.5 |
| 4/25/2019 | Email correspondence with co-counsel and with paralegal regarding discovery production. | 1.5 |
| 4/25/2019 | Draft discovery responses & correspondence with litigation team regarding same. | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 4/26/2019 | incorporating RFA reponse edits, Batesing, client varification emails | 4.0 |
| 4/29/2019 | Review and respond to Defandants' letter regarding discovery, work with clients on same and verifications. | 5.0 |
| 4/30/2019 | Work with clients' to review and affirm signature/verification of discovery production. | 0.5 |
| 5/20/2019 | Telephone conference with Mr. Renn regarding third set discovery requests. | 0.2 |
| 5/21/2019 | Litigation team meeting regarding written discovery requests. | 0.6 |
| 6/13/2019 | Telephone conference with Ms. Bonham regarding depositions and other discovery. | 1.0 |
| 7/1/2019 | Exchange of expert disclosures & review Defendant's, discuss with small group | 2.0 |
| 7/2/2019 | Correspond with clients and Dr. Ettner regarding depositions and collecting birth certificates (clients only). | 0.5 |
| 7/7/2019 | Continued discovery dispute & deposition scheduling. Corespond with clients, obtain irth certificates, schedule depositions, review correspondence to opposing counsel regarding all. | 2.0 |
| 7/8/2019 | Discuss deposition scheduling with Ms. Bonham | 0.1 |
| 7/15/2019 | Correspond regarding depositions with Ms. Bonham. | 0.3 |
| 7/17/2019 | Telephone conference with Mr. Renn re: potential rebuttal experts. | 0.7 |
| 7/19/2019 | Consultation with potential rebuttal expert and Mr. Arkles and Ms. Bonham. | 0.5 |
| 7/22/2019 | Telephone conference with Mr. Renn re: potential rebuttal experts. | 0.5 |
| 7/22/2019 | Telephone conference with Ms. Bonham regarding discovery disputes. | 0.5 |
| 7/23/2019 | Litigation team call regarding rebuttal expert. | 0.9 |
| 7/25/2019 | Draft and circulate for internal review rebuttal expert agreement. | 1.5 |
| 7/25/2019 | Correspond with rebuttal expert to share agreement. | 0.3 |
| 7/25/2019 | Review rebuttal expert's report and email comments to expert Dr. Gorton. | 3.0 |
| 7/26/2019 | Correspond with Dr. Gorton and litigation team regarding report. | 1.5 |
| 7/26/2019 | Review of Dr. Gorton report make edits. | 3.0 |
| 7/26/2019 | Telephone conference with Dr. Gorton regarding report. | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 7/29/2019 | Incorporate final edits to dr. Gorton expert report. | 2.0 |
| 7/29/2019 | Telephone conference with Dr. Gorton regarding report. | 0.5 |
| 7/30/2019 | Telephone conference with Mr. Renn regarding deposition schedule for experts. | 0.3 |
| 7/30/2019 | Finalize rebuttal expert report. | 3.0 |
| 7/30/2019 | Disclose rebuttal expert and report to Defendants. | 0.2 |
| 7/30/2019 | Scheduling depositions with opposing counsel over email. | 0.5 |
| 7/31/2019 | Deposition scheduling telephone conference with Ms. Bonham and opposing counsel. | 1.0 |
| 7/31/2019 | Telephone conference with Mr. Renn regarding 30b6 deposition and plaintiff depositions. | 0.7 |
| 7/31/2019 | 30(b)(6) deposition outline drafting. | 2.0 |
| 8/1/2019 | 30(b)(6) deposition travel Chicago to Columbus. | 4.0 |
| 8/1/2019 | 30(b)(6) deposition preparation with Ms. Bonham. | 4.0 |
| 8/2/2019 | 30(b)(6) deposition. | 6.9 |
| 8/2/2019 | 30(b)(6) deposition travel from Columbus to Chicago. | 4.0 |
| 8/8/2019 | Correspondence scheduling client and expert depositions with Ms. Bonham and opposing counsel. | 2.0 |
| 8/8/2019 | Review Defendants' 4th discovery requests. | 1.0 |
| 8/12/2019 | Correspondence with opposing counsel regarding scheduling. | 0.1 |
| 8/12/2019 | Prepare for call discussing Defendants' 4th Discovery request. | 1.6 |
| 8/12/2019 | Litigation team meeting regarding case schedule and responses to discovery requests. | 0.6 |
| 8/14/2019 | Plaintiff outline preparation for depositions. | 3.5 |
| 8/15/2019 | Client and expert deposition scheduling emails and review of outline preparation. | 1.5 |
| 8/16/2019 | Outline edits and exchange with litigation team, scheduling depositions. | 0.5 |
| 8/17/2019 | Client communication & travel support. | 0.7 |
| 8/18/2019 | Travel to Columbus for Stacie's prep & deposition. | 4.0 |
| 8/18/2019 | Stacie Ray Dep Prep | 3.0 |
| 8/19/2019 | Stacie Ray Dep. | 4.0 |
| 8/19/2019 | Travel from Columbus to Pheonix for Ashley Breda deposition. | 6.0 |
| 8/20/2019 | Ashley Breda dep prep with outline and documents | 2.0 |
| 8/20/2019 | Ashley Breda dep prep with client. | 2.5 |

| Date | Description | Hours |
|---|---|---|
| 8/21/2019 | Ashley Breda dep & travel to Doe | 3.0 |
| 8/21/2019 | Travel from Pheonix to Albuquerque for Jane Doe deposition. | 5.0 |
| 8/22/2019 | Doe deposition prepraration. | 2.0 |
| 8/22/2019 | Doe deposition cancellation, travel home. | 6.0 |
| 8/26/2019 | Telephone conference with Ms. Bonham regarding discovery. | 0.5 |
| 8/27/2019 | Scheduling Dr. Ettner deposition preparation meeting, Dr. Gorton travel, and new Jane Doe deposition. | 1.8 |
| 8/28/2019 | Email to opposing counsel regarding Dr. VanMeter. | 1.0 |
| 8/28/2019 | Basil Argento deposition preparation. | 2.0 |
| 8/29/2019 | Review discovery and arrange Dr. Gorton flights. | 2.0 |
| 9/3/2019 | Review and draft responses to 4th discovery request. | 2.0 |
| 9/5/2019 | Review 4th set of discovery responses make edits. | 3.0 |
| 9/9/2019 | Telephone conference with Ms. bonham re 30b6 notes. | 0.5 |
| 9/10/2019 | Correspondence with Dr. Ettner. Correspondence with opposing counsel. | 1.0 |
| 9/11/2019 | Expert deposition preparation. | 1.4 |
| 9/11/2019 | Expert deposition preparation telephone conference with Mr. Arkles, Ms. Bonhan, and Mr. Renn. | 0.6 |
| 9/12/2019 | Travel from Chicago to New Mexico for Jane Doe deposition. | 6.0 |
| 9/12/2019 | Jane Doe deposition preparation. | 4.0 |
| 9/13/2019 | Jane Doe deposition. | 3.0 |
| 9/13/2019 | Travel from New Mexico to Chicago from Jane Doe deposition. | 6.0 |
| 9/16/2019 | Preparations for Dr. Ettner deposition preparation meeting. | 0.8 |
| 9/17/2019 | Dr. Ettner deposition preparation. | 8.0 |
| 9/18/2019 | Dr. Ettner deposition. | 7.0 |
| 9/19/2019 | Searching for Dr. VanMeter documents. | 3.0 |
| 9/20/2019 | Dr. VanMeter deposition preparation. | 2.0 |
| 9/23/2019 | Van Meter deposition outline preparation. | 6.5 |
| 9/24/2019 | Van Meter deposition outline preparation. | 4.5 |
| 9/25/2019 | Van Meter deposition outline preparation. | 3.0 |
| 9/26/2019 | Van Meter deposition outline preparation. | 14.0 |
| 9/26/2019 | Travel from Chicago to Columbus for Van Meter deposition. | 4.0 |
| 9/27/2019 | Van Meter deposition preparation. | 5.0 |
| 9/27/2019 | Van Meter deposition. | 6.6 |

| Date | Description | Hours |
|---|---|---|
| 9/27/2019 | Travel from Columbus to Chicago after Van Meter deposition. | 4.0 |
| 9/30/2019 | Dr. Gorton deposition preparation email with scheduling; telephone conference with Ms. Bonham. | 0.5 |
| 10/1/2019 | Review opposing counsel email regarding expert fees and invoice. | 0.4 |
| 10/2/2019 | Expert rule fees research; Dr. Gorton deposition preparation. | 1.2 |
| 10/3/2019 | Expert rule fees research; Dr. Gorton deposition preparation. | 1.0 |
| 10/4/2019 | Review Mr. Renn edits to Dr. Gorton deposition preparation. | 3.0 |
| 10/5/2019 | Correspond with Ms. Bonham regarding Dr. Gorton deposition. | 0.2 |
| 10/6/2019 | Dr. Gorton deposition preparation. | 0.2 |
| 10/7/2019 | Travel from Chicago to Columbus for Gorton deposition. | 4.0 |
| 10/7/2019 | Dr. Gorton deposition preparation email with scheduling; telephone conference with Ms. Bonham. | 6.0 |
| 10/8/2019 | Confer with Ms. Bonham prior to deposition. | 0.4 |
| 10/8/2019 | Dr. Gorton deposition | 6.6 |
| 10/8/2019 | Travel from Columbus to Chicago after Gorton deposition. | 4.0 |
| 10/11/2019 | Errata tracking emails. Correspondence with co-counsel and opposing counsel. | 2.0 |
| 10/15/2019 | Exchange emails regarding errata with Ashley Breda. | 0.2 |
| 10/17/2019 | Manage/process VanMeter invoice. Deposition transcript review. Review opposing counsel email. | 1.5 |
| 10/23/2019 | Correspondence regarding deposition erratas and experts. | 2.3 |
| 10/24/2019 | Jane Doe errata & AEO. VanMeter fees | 3.0 |
| 10/25/2019 | Preparation for call wit Ms. Bonham and Dr. Ettner errata. | 1.2 |
| 10/25/2019 | Telephone conference with Ms. Bonham | 0.5 |
| 10/28/2019 | Review opposing counsel email, VM trans & email, team call prep | 1.0 |
| 10/28/2019 | Review 30b6, productions, privilege log with Ms. Bonham by phone | 1.0 |
| 10/29/2019 | lit team call re daubert or not? Update on discovery, and cross motions for SJ | 1.0 |
| 10/31/2019 | Ettner errata and Gorton errata emails; emails with Dr. Gorton. | 0.5 |

| | | |
|---|---|---|
| 11/4/2019 | Ettner emails and calls, scheduling MSJ over email | 2.0 |
| 11/5/2019 | Ettner transcript review | 1.0 |
| 11/6/2019 | Correspond with lititigation team regarding scheduling MSJ and review Dr E errata and Dr. Gorton correspondence. | 1.5 |
| 11/7/2019 | Scheduling call with Ms. Bonham and opposing counsel. Motion and order drafting | 2.5 |
| 11/8/2019 | MSJ & order drafting | 0.5 |
| 11/12/2019 | Correspond with Ms. Bonham & Mr. Arkles regarding scheduling and drafting. | 0.2 |
| 11/13/2019 | Correspond with Ms. Bonham & Mr. Arkles regarding scheduling and drafting. | 0.2 |
| 11/14/2019 | Correspond with Ms. Bonham & Mr. Arkles regarding scheduling and drafting. | 0.1 |
| 11/15/2019 | Correspond with Ms. Bonham & Mr. Arkles regarding scheduling and drafting. | 0.1 |
| 11/18/2019 | Small group meeting regarding MSJ drafting schedule | 0.5 |
| 11/20/2019 | Arrange MSJ drafting schedule. | 0.2 |
| 11/22/2019 | Dr. Gorton transcript review, email same to Dr. Gorton. | 2.6 |
| 12/4/2019 | Drafting Motion for Summary Judgment. | 1.5 |
| 12/5/2019 | Drafting Motion for Summary Judgment. | 5.5 |
| 12/6/2019 | Drafting Motion for Summary Judgment. | 2.0 |
| 12/10/2019 | Drafting Motion for Summary Judgment. | 0.2 |
| 12/12/2019 | Discovery review, written responses. | 5.2 |
| 12/14/2019 | Drafting Motion for Summary Judgment. | 1.0 |
| 12/15/2019 | Drafting Motion for Summary Judgment. | 2.0 |
| 12/16/2019 | Correspodence regarding drafting and filing coordination with Lambda Legal colleagues. | 1.3 |
| 12/17/2019 | Drafting Motion for Summary Judgment. | 6.8 |
| 12/18/2019 | Drafting Motion for Summary Judgment. | 1.1 |
| 12/19/2019 | Correspondence with Ms. Bonham regarding thoughts on MSJ. | 0.2 |
| 12/20/2019 | Correspond with litigation team regarding changing MSJ editing schedule. | 0.5 |
| 12/27/2019 | Correspondence regarding MSJ edits, motion to file under seal. | 0.5 |
| 12/28/2019 | Review doposition transcripts for sensative information. | 0.6 |
| 12/30/2019 | Correspondence with co-counsel regarding confidential email and motion to seal. | 0.2 |
| 1/7/2020 | Litigation team meeting to discuss compliance w ruling, potential appeal, and fee liability | 0.9 |
| 1/9/2020 | Daubert motion research. Edits to MSJ. | 2.0 |
| 1/10/2020 | MSJ edits. Correspond with clients regarding MSJ. | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 1/12/2020 | Correspond with clients regarding MSJ. | 1.0 |
| 1/13/2020 | MSJ edits. Managaing and preparing MSJ exhibits. | 2.0 |
| 1/14/2020 | Final reviews of MSJ. | 0.5 |
| 1/15/2020 | Final reviews of MSJ. | 1.0 |
| 1/16/2020 | Filing MSJ. | 1.2 |
| 1/21/2020 | Review D's MSJ, design and email call agenda, design email schedule for drafting. | 2.0 |
| 1/21/2020 | Telephone conference with Mr. Renn regarding D's MSJ. | 0.5 |
| 1/21/2020 | Litigation team call regarding MSJ. | 0.5 |
| 1/24/2020 | Correspondence with co-counsel regarding opposition to Ds' MSJ. | 0.3 |
| 1/25/2020 | Correspondence with co-counsel regarding opposition to Ds' MSJ. | 0.5 |
| 1/26/2020 | Correspondence with co-counsel regarding opposition to Ds' MSJ. | 1.0 |
| 2/4/2020 | Review opposition to MSJ brief. | 2.0 |
| 2/5/2020 | Incorporate Mr. Renn edits to opposition to Ds' MSJ. | 1.0 |
| 2/7/2020 | Correspond with Ms. Bonham and Mr. Arkles regarding edits to brief. | 0.1 |
| 2/10/2020 | Review, edit opposition to Ds' MSJ brief. | 1.0 |
| 2/10/2020 | Telephone conference with Mr. Arkles and Ms. Bonham. | 0.5 |
| 2/11/2020 | Review brief, email with Mr. Arkles. | 2.5 |
| 2/13/2020 | Review filing brief and correspondence from co-counsel regarding same. | 0.6 |
| 2/17/2020 | Draft, review Reply ISO Plaintiffs' MSJ outline, reply schedule, schedule mtg, organize team review. | 3.9 |
| 2/18/2020 | Correspondence regarding final brief. | 0.5 |
| 2/18/2020 | Litigation team meeting regarding final brief. | 0.5 |
| 2/19/2020 | Review correspondence from co-counsel regarding final brief outline. | 0.2 |
| 2/23/2020 | Review reply outline, reply schedule, schedule meeting; arrange Lambda review of same. | 1.5 |
| 2/24/2020 | Correspond with Mr. Renn regarding brief. | 0.3 |
| 2/27/2020 | Review reply, cite checking etc., filing | 1.0 |
| 4/13/2020 | Dr. Ettner invoice fees email with opposing counsel. | 0.5 |
| 4/15/2020 | Dr. Ettner invoice fees email with opposing counsel. | 0.2 |
| 4/21/2020 | Process expert invoice. | 0.5 |
| 5/11/2020 | Expert invoice forms and admin paperwork with state of Ohio. | 0.6 |
| 4/21/2020 | Process expert invoice. | 0.5 |
| 5/11/2020 | Expert invoice forms and admin paperwork with state of Ohio. | 0.6 |

| | |
|---|---:|
| **Total Time** | 456.2 |
| **Hourly Rate** x | $ 250.00 |
| **Lodestar Fees** | $ 114,050.00 |