# Exhibit H-1

**JOHN A. KNIGHT**
American Civil Liberties Union
150 N. Michigan, Suite 500
Chicago, IL 60601
phone: (312) 201-9740, x335
e-mail:  jaknight@aclu.org

---

**EXPERIENCE**

**American Civil Liberties Union**, Chicago, IL                           2004-present
*Director*, ACLU of Illinois LGBTQ & HIV Project and
*Senior Staff Attorney,* National ACLU LGBT & HIV Project

- Develop litigation, advocacy and public education campaigns to overcome misunderstanding of, and discrimination against, lesbian, gay, bisexual, and transgender persons and persons living with HIV in Illinois and other states in the Midwest.
- Represent clients in federal and state court litigation in Illinois, Iowa, Wisconsin and Michigan, in challenges to laws, policies or practices that discriminate against LGBTQ people.
- Supervise teams of ACLU and volunteer attorneys to research the relevant laws and facts, draft pleadings, identify and prepare experts, conduct discovery, hearings, trials, and appeals.
- Advise ACLU affiliate staff about their LGBT & HIV advocacy.
- Cooperate with other lawyers who are litigating cases that impact the LGBTQ & HIV community through sharing of information, advice, and amicus support.
- Set priorities for the ACLU's work nationally as part of LGBT & HIV Project and oversee goal-setting for the Illinois LGBTQ & HIV Project.
- Hire and supervise lawyers who work on LGBTQ & HIV litigation and policy work in Illinois; recruit and supervise the work of volunteer attorneys and student interns.
- Support lobbyists and legislators in drafting, amending, passing, and defeating legislation, regulations or other governmental policies by conducting legal research, drafting fact sheets, developing talking points, identifying allies and persuasive spokespersons, and drafting and revising press and social media statements.
- Engage in public speaking regarding issues impacting the LGBT & HIV communities.
- Assist development staff in fundraising efforts, including drafting and editing grant proposals and reports and participating in donor meetings.

Significant litigation experience.

- Successfully litigated cases to secure health care coverage for transgender Medicaid recipients in Iowa arguing appeal in Iowa Supreme Court (*Good v. Dep't of Human Servs.*) and for state employees in Wisconsin (*Boyden v. Conlin*); won $780,000 jury verdict in *Boyden* for two women denied state employee coverage for necessary surgery.
- Won $120,000 jury verdict in *Vroegh v. Iowa Dep't of Corrections* for Iowa state employee denied use of male restrooms and locker room and denied insurance coverage for surgery because he is transgender.
- Intervened and successfully argued *E.E.O.C. v. R.G. & G.R. Harris Funeral Homes, Inc.* in the Sixth Circuit for transgender woman fired for being transgender, briefed and assisted with argument in the Supreme Court (*Bostock v. Clayton Cty., Georgia*).
- Secured wins for transgender prisoners denied necessary medical care in *Fields v. Smith* – arguing appeal in the Seventh Circuit to facial challenge to Wisconsin law barring hormone therapy and surgical treatment to transgender prisoners – and in *Monroe v. Hinton* – obtaining a preliminary injunction for class of prisoners provided woefully inadequate medical care by the Illinois Department of Corrections.

**JOHN A. KNIGHT**
**EXPERIENCE (continued)**

- Successfully represented transgender students in cases involving their use of school restrooms and locker rooms, including complaint filed with U.S. Department of Education and intervention in *Students and Parents for Privacy v. Township High Sch. Dist. 211* to defend against anti-transgender advocates' challenge to school district policies.
- Assisted people who are transgender to challenge restrictive policies preventing them from correcting the gender on their identification documents in Illinois (*Grey v. Hasbrouck*), Alaska (*K.L. v. State, Dep't of Admin., Div. of Motor Vehicles*), and Michigan (*Love v. Johnson*). On appeal, *Grey* favorably resolved the question whether the Illinois legislature had waived sovereign immunity when it passed the Civil Rights Act of 2003 so that attorneys' fees could be awarded against the state.
- Represented LGBT parents in challenges to their parental rights, including three appeals and an evidentiary hearing in *In re T.P.S.*, which established the right of a woman to enforce her agreement with her former same-sex partner to jointly parent a child.
- Prevailed in *Wathen v. Walder Vacluflo, Inc.* on behalf of same-sex couple turned away by bed and breakfast owner who refused to allow them to hold their civil union ceremony at the facility because of his religious objections.
- Helped same-sex couples in Michigan successfully challenge a state law that prevented local governments from providing domestic partner health insurance benefits to employees with same-sex partners in *Bassett v. Snyder*.
- Won right to marriage for same-sex couples in Illinois through litigation (*Lazaro v. Orr*) and legislative advocacy and in in Wisconsin (*Wolf v. Walker*).

<u>Awards</u>. Crain's Notable LGBTQ Executive (2020), Illinois State Bar Association Community Leadership Award (2015).

**U.S. Equal Employment Opportunity Commission,** Chicago, IL                1999-2004
*Trial Attorney*

Litigated numerous individual and class cases in federal courts to secure financial relief for employees subjected to race, national origin, sex, age and disability discrimination and to end discriminatory workplace policies and practices. Supported investigations of employers charged with discrimination, analyzed potential cases, and assisted with public education.

<u>Significant litigation experience</u>. Tried two cases to favorable results, including an age discrimination jury trial and a racial harassment bench trial. Achieved favorable consent decrees in several class and individual cases, including a $10 million settlement against Dial Corporation for approximately 100 victims of sexual and sex-based harassment and a $1.8 million settlement against an ink pigment manufacturer for 32 current and former employees who experienced racist graffiti and comments as well as hangman's nooses at the work place.

<u>Awards.</u> Chair's Opportunity to Reward Excellence Award for work on *Dial* case, Chairwoman's Organizational Award for successful efforts on *Foster Wheeler* race and sex harassment class case.

**Edwin F. Mandel Legal Aid Clinic,**                1995-1999
**University of Chicago Law School,** Chicago, IL

*Clinical Lecturer at Law,* Director of Homeless Assistance Project

Supervised student representation of indigent clients in Section 1983 civil rights, supplemental security income, eviction defense, and housing discrimination cases.

Significant litigation experience. Filed lawsuit on behalf of the homeless who lived in the Lower Wacker Drive area against the City of Chicago to stop the City's practice of throwing away their bedding, clothing and other belongings.  Coordinated students and volunteers from other agencies in investigating the City's practices,

**JOHN A. KNIGHT**

**EXPERIENCE (continued)**

researching the practices of other cities with regard to the homeless, and devising proposed solutions to the conflict between the City of Chicago and our clients.  Conducted two extensive preliminary injunction hearings and oversaw student work on hearing investigation, witness preparation, direct and cross examinations and closing arguments.  Oversaw press strategy.

Teaching/supervision. Taught trial practice skills in the Clinic's litigation methods and intensive trial practice courses; oversaw and prepared students to conduct evidentiary hearings and trials, depositions and oral arguments; and guided students in writing complaints, motions, discovery, and trial briefs.

**Rothschild, Barry & Myers,** Chicago, IL                                                      1990-1995
*Associate*
Researched and drafted pleadings, discovery, motions, trial and appellate briefs and settlement agreements; argued numerous motions, conducted all aspects of jury and non-jury trial preparations, including settlement negotiations; took and defended numerous depositions, including those of several experts.

**The Honorable Hubert L. Will,** Senior District Judge, Chicago, IL                    1988-1990
*Law Clerk*
Drafted district court rulings on motions, bench memoranda for appellate arguments, and Seventh Circuit and District of Columbia Circuit opinions.

**Dewey, Ballentine, Bushby, Palmer & Wood,** New York, NY                          Summer 1987
*Summer Associate*
Worked in New York and Los Angeles offices primarily on corporate matters. Received offers of employment from both offices.

**The University of Chicago Law School,** Chicago, IL                                       Summer 1986
*Student Attorney,* Edwin F. Mandel Legal Aid Clinic
Employment discrimination litigation. Section 1983 due process class action.

**EDUCATION**

**The University of Chicago Law School,** Chicago, IL                                       J.D., 1988
*Edwin F. Mandel Award* for contributions to the Mandel Legal Aid Clinic

**McCormick Theological Seminary,** Chicago, IL                                             M.A.T.S., 1988
Completed master's degree in theology while in law school.

**Stanford University,** Stanford, CA                                            A.B., Phi Beta Kappa, 1983
History Major