# Exhibit H-2

## John Knight

| Date | Description of Services | Time |
|---|---|---|
| 7/17/2018 | review, edit draft of response to M to dismiss | 3.5 |
| 4/10/2019 | Call with Gabriel about status of case and next steps - discovery - push to get the complete production | 0.5 |
| 11/5/2019 | call with Gabriel and Malita about upcoming issues - briefing schedule, expert | 0.7 |
| 1/2/2020 | call with Gabriel and Malita about MSJ brief and dep transcript redactions | 0.4 |
| 1/21/2020 | review state's M for SJ, team call re same | 1.4 |
| 1/30/2020 | conf with Gabriel and Malita re open issues, briefing plans for MSJ response | 0.3 |
| 2/7/2020 | review edit and comment on response brief draft | 3.7 |
| 2/11/2020 | review, edit, and comment re current draft of brief | 0.9 |
| 2/25/2020 | review, edits and comments on draft reply brief | 0.6 |
| | **Total Time** | **12.0** |
| | **Hourly Rate    x** | **$   500.00** |
| | **Lodestar Fees** | **6000** |