# Exhibit I-1

# Mr. Gabriel Arkles

## Education

**New York University School of Law,** New York, New York
J.D., *magna cum laude*, May 2004
- David Friedman Memorial Award for Outstanding Achievement in Evidence
- Order of the Coif
- Florence Allen Scholar (awarded to the top ten percent of students after four semesters)
- Arthur Garfield Hays Civil Liberties Fellow (awarded to a small number of third-year students committed to civil rights and civil liberties)
- Clinics, Journals, and Activities: *Review of Law & Social Change, The Authority* (publication with updates on housing and development law), Unemployment Action Center, OUTLaw, NYU Civil Rights Clinic

**Randolph-Macon Woman's College,** Lynchburg, Virginia
B.A. in English and French, *summa cum laude*, May 2000
- Phi Beta Kappa
- Awards for Outstanding English Major, Excellence in French, and Community Building
- Study abroad at L'Université de Paris III, Paris, France

## Professional Experience

**Transgender Legal Defense and Education Fund,** New York, NY
*Senior Counsel,* 2020-present

**ACLU, LGBT & HIV Project**, New York, NY
*Senior Staff Attorney*, 2017-2020
- Litigate high-impact cases in federal and state court defending the rights of transgender people. Develop new litigation from the earliest stages. Draft pleadings, motions, discovery requests and responses, appellate briefs, and amicus briefs in state and federal courts. Interview and counsel clients. Take and defend lay and expert depositions. Argue cases at trial and appellate levels. Do print, radio, and television interviews, and write op-eds. Representative matters include:
    - *R.G. & G.R. Harris Funeral Homes v. EEOC (consolidated with Bostock v. Clayton County).* With John Knight and Chase Strangio, drafted opposition to certiorari, opening brief, and reply brief in trans employment discrimination case before U.S. Supreme Court. Helped oralist prepare for argument. Established that anti-LGBTQ discrimination violates federal law.
    - *Parents for Privacy v. Dallas School District.* Served as lead counsel for intervenor-defendant in challenge to school policy permitting a transgender boy to use boys' restrooms and locker rooms. Defeated challenge through motion to dismiss affirmed on appeal. Argued case in district court and in the Ninth Circuit.
    - *Corbitt v. Taylor.* Served as lead counsel for plaintiffs in challenge to Alabama's policy of requiring surgery to correct the gender marker on a driver's license.

- Drafted complaint, conducted discovery, took and defended depositions, and briefed and argued cross motions for summary judgment (awaiting decision).
    - *ACLU of Montana v. Montana*. As lead counsel, blocked misleading ballot statement for anti-trans ballot initiative through special proceeding before Montana Supreme Court. At least partly as a result, and contrary to initial projections, the ballot initiative did not qualify for the ballot.
    - *Dominguez v. City of New York.* Drafted complaint, conducted discovery, and negotiated settlement in civil case on behalf of Latina transgender woman charged with the crime of "false personation" for giving her current and previous name to the police.
- Serve the organization to improve our ability to achieve our goals. Develop strategic plans regarding non-binary legal issues and HIV decriminalization. Recruit and supervise all summer legal interns for LGBT & HIV project. Serve on non-binary working group and race and economic justice working group. Revise internal writing guide on LGBT and HIV-related issues. Conduct disability training for LGBT & HIV Project. Participate in funder site visits.

**NORTHEASTERN UNIVERSITY SCHOOL OF LAW**, Boston, Massachusetts
*Associate Teaching Professor*, 2013-2017

- Design and teach Legal Skills in Social Context (Legal Research and Writing, Social Justice)
    - Developed and taught signature mandatory course for first-year law students, combining legal skills training with service for outside social justice organizations.
    - Designed and implemented an integrated first-year curriculum in close coordination with other first-year faculty.
    - Taught students to write memos, motions, appellate briefs, contract terms, complaints, advisory client letters, and legislative testimony; conduct legal research and fact investigation; collaborate effectively in teams; interview clients and witnesses; negotiate deals; and perform oral argument.
    - Supervised students executing projects for the Committee for Public Counsel Services (CPCS), Union of Minority Neighborhoods, Northeast Cannabis Coalition, Black and Pink, Transgender Law Center, and Helping Educate to Advance the Rights of the Deaf (HEARD).
- Taught Professional Responsibility.
- Served on Curriculum Committee, Appointments Committee, Committee Against Institutional Racism, and Trans Justice Task Force. Advised student-run organizations Northeastern Law Journal, Disability Justice Caucus, and Queers United in Radical Rethinking.

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, New York
*Acting Assistant Professor of Lawyering,* 2010-2013
Taught mandatory first-year Lawyering course, which incorporated principles of experiential learning and included modules on legal research and writing, client counseling, negotiation, mediation, and oral advocacy. Wrote scholarly articles about gender, race, class, disability, and the law.

**SYLVIA RIVERA LAW PROJECT**, New York, New York
*Director of Prisoner Justice Initiatives & Staff Attorney*, 2006-2010
*Equal Justice Works Fellow,* 2004-2006

- Litigated civil rights cases in state and federal court on behalf of low-income transgender people of color, including a case on behalf of a transgender girl denied healthcare in juvenile detention, a case on behalf of a transgender man denied the opportunity to adopt a child, and a case on behalf of a transgender woman disciplined for reporting sexual assault in prison.
- Negotiated in coalitions with federal, state, and local government agencies; achieved policy changes including improvements in conditions for lesbian, gay, bisexual, and transgender youth in juvenile detention and foster care.
- Represented individuals in name change proceedings, immigration applications, and fair hearings for benefits. Advocated for clients with prisons, jails, employers, and healthcare providers.
- Trained hundreds of lawyers and community members, as well as judges from New York Supreme Court, Housing Court, and Criminal Court.

LAW REVIEW ARTICLES

*Regulating Prison Sexual Violence*, 7 NORTHEASTERN L.J. 71 (2015).

*Prison Rape Elimination Act Litigation and the Perpetuation of Sexual Harm*, 17 N.Y.U. J. LEGIS. & PUB. POLICY 801 (2015).

*No One Is Disposable: Going Beyond the Trans Military Inclusion Debate*, 13 SEATTLE J. FOR SOC. JUST. 459 (2015).

Comment, *Improving Law School for Trans* and Gender Nonconforming Students: Suggestions for Faculty,* CUNY L. REV. FOOTNOTE FORUM (2014).

Comment, *Marriage and Mass Incarceration,* 37 N.Y.U. REV. L. & SOC. CHANGE 13 (2013).

*Gun Control, Mental Illness, and Black Trans and Lesbian Survival*, 42 SOUTHWESTERN L. REV. 855 (2013).

*Correcting Race and Gender: Prison Regulation of Social Hierarchy through Dress,* 87 NYU L. REV. 859 (2012).

*Safety and Solidarity Across Gender Lines: Rethinking the Segregation of Transgender People in Detention,* 18 TEMP. POL. & CIV. RTS. L. REV. 515 (2009), *reprinted in* 9 THE DUKEMINIER AWARD 343 (2010) *and* 2 SEXUALITY AND LAW 439 (Ruthann Robson, ed. 2011).

*The Role of Lawyers in Trans Liberation: Building a Transformative Movement for Social Change*, 8 SEATTLE J. FOR SOC. JUST. 579 (2010) (co-authored with Pooja Gehi & Elana Redfield).

*Medicaid Policy & Gender-Confirming Healthcare for Trans People: An Interview with Advocates,* 8 SEATTLE J. FOR SOC. JUST. 497 (2010) (co-authored with Dean Spade, Phil Duran, Pooja Gehi, Huy Nguyen).

PEER-REVIEWED PUBLICATIONS

*Dreaming, Telling, Occupying and Destroying: Interest Convergence between Militarism and Social Justice in the DREAM Act and Repeal of Don't Ask, Don't Tell, in* SCHOLAR AND FEMINIST ONLINE (2016) (co-authored with Pooja Gehi).

*On (Not) Queering Legal Writing,* THE WRITING INSTRUCTOR (2015).

*Unraveling Injustice: Race and Class Impact of Medicaid Exclusions of Transition-Related Health Care for Transgender People,* SEXUALITY RESEARCH AND SOCIAL POLICY: JOURNAL OF NATIONAL SEXUALITY RESEARCH COUNCIL (December 2007) (co-authored with Pooja Gehi).

REPRESENTATIVE OP-EDS, BOOK CHAPTERS AND OTHER PUBLICATIONS

*Menstruation-Related Discrimination is Sex Discrimination: We Don't Need to Erase Trans or Non-Binary People to Make that Point,* ACLU (Dec. 17, 2019) (co-authored with Jennifer Weiss-Wolf).

*SCOTUS Ruling on One Transgender Woman's Case Could Affect All of Us,* The Advocate (Apr. 23, 2019).

*The Tacit Targeting of Trans Immigrants as "Criminal Aliens": Old Tactics and New. In* THE UNFINISHED QUEER AGENDA AFTER MARRIAGE EQUALITY (Angela Jones, Joseph Nicholas DeFilippis, & Michael W. Yarbrough, ed. 2018) (co-authored with Pooja Gehi).

*Transgender Day of Remembrance: To honor the dead in our community, we have to protect the living*, NBC (Nov. 20, 2018).

*Three False Ideas that Anchor Anti-Trans Attacks*, TruthOut (Oct. 29, 2018).

*Making Space for Trans People in the #MeToo Movement,* ACLU (Apr. 13, 2018).

*Trump's Anti-Trans Action Affects Way More Than Bathroom Access*, TRUTHOUT (Feb. 23, 2017).

Book review, *Policing Sexuality: The Mann Act and the Making of the FBI, by Jessica Pliley*, SIGNS (2017).

*Legal and Ethical Issues in Working with TGNC Clients, in* AFFIRMATIVE PSYCHOLOGICAL PRACTICE WITH TRANSGENDER AND GENDER NONCONFORMING CLIENTS (Lore M. Dickey & Anneliese Singh, ed. 2016) (co-authored with Linda Campbell).

Multiple short pieces *in* SOCIALLY JUST GENERALIST PRACTICE: PUTTING THEORY INTO ACTION (Karen Morgaine & Moshoula Capous-Desyllas, ed., 2015) (co-authored with Anya Mukarji-Connolly & Owen Daniel-McCarter).

*Hate Crime Law and Policy, in* LGBT AMERICA ENCYCLOPEDIA, (John Hawley ed., 2008).

*The Scarf, in* VOICES OF RESISTANCE: MUSLIM WOMEN ON WAR, FAITH AND SEXUALITY (Sarah Husain ed., 2006).

REPRESENTATIVE PRESENTATIONS

UC Santa Cruz, Bodies at the Borders Symposium (January 2020) (invited)

The Graduate Center, CUNY, *After Marriage Equality* (April 2019) (invited)

NYU School of Law, The Hays Program and the Constitution of Equality (October 2018) (invited)

Columbia University, Invisible No More Conference, *Policing Gender and Sexuality,* November 2017 (invited)

Western New England School of Law, Gender and Incarceration Symposium, *Trans Women Jailhouse Lawyer Leadership,* October 2016 (invited)

UCLA Prisoners' Advocates Conference, *Perils of PREA*, September 2016 (invited)

Columbia Teaching College, guest lecturer in Transgender Issues class, April 2016 (invited)

Center for Reproductive Rights, *Trans People and Reproductive Health,* November 2015 (invited)

Northeastern University, Conflict, Civility, Respect, Peace: Northeastern Reflects, *Sex, Gender, and Justice*, November 2015 (invited)

Harvard Law School, Harvard Journal of Law and Gender, *Trans Women's Resistance through Jailhouse Lawyering,* October 2015 (invited)

Arkles - 6

Simmons College, Hazel Dick Leonard Symposium on Interdisciplinary Approaches to Gender and Power, *Gender and Prison Sexual Violence,* April 2015 (invited)

Association of American Law Schools (AALS) Annual Meeting, *Resistance to Criminalization and Incarceration of Trans Communities,* January 2015 (invited)

Society of American Law Teachers (SALT) Teaching Conference, *Introducing Social Justice Issues into First Year Courses,* October 2014 (invited)

American Political Science Association (APSA) Annual Meeting, *Trans Theory and/as Political Theory,* August 2014

Harvard Law School, *Transgender Issues in Prison,* March 2014 (invited)

Morgan State University, Symposium on Intersections of Gender, Sexuality, Race, and Ethnicity, *Criminalized Intersections of Gender and Disability,* March 2013

Southwestern University School of Law, Symposium on 40 Years of LGBT Legal Activism, *Trans Social Movements and the Law,* February 2013 (invited)

International Conference on Law and Society, *Interest Convergence between Militarism and Social Justice in the DREAM Act and Repeal of Don't Ask, Don't Tell*, June 2012

Hampshire College, *Transgender Issues in Higher Education*, April 2012 (invited)

CLPP Conference: From Abortion Rights to Social Justice, *Laws Under Our Skin: Eugenics as Punishment and Social Control,* April 2012 (invited)

Marymount University, *The Impact of Identity Document Regimes on Trans Communities*, March 2012 (invited)

Yale University, *Criminalization and Conditions of Confinement for Transgender People,* November 2011 (invited)

Lavender Law Conference, *Revisiting Disability Frameworks,* September 2011

REPRESENTATIVE MENTIONS IN THE PRESS

Lisa Lerer, On L.G.B.T.Q. Rights, a Gulf Between Trump and Many Republican Voters, (June 17, 2020), https://www.nytimes.com/2020/06/17/us/politics/lgbtq-supreme-court-trump-republicans.html

David Brancaccio and Alex Schroeder, *After Supreme Court ruling on LGBTQ rights, activists continue push for legislation on discrimination*, Marketplace Morning Report (June 16, 2020), https://www.marketplace.org/2020/06/16/supreme-court-lgbtq-workplace-discrimination-congress-legislation-aclu/

Karina Piser, The Walking While Trans Ban Is Stop and Frisk 2.0, The Nation (Feb. 19, 2020), https://www.thenation.com/article/activism/walking-while-trans-repeal/

Maxine Bernstein, Oregon school district's restroom policy for transgender students goes before 9th Circuit (July 11, 2019), https://www.oregonlive.com/news/2019/07/oregon-school-districts-restroom-policy-for-transgender-students-goes-before-9th-circuit.html

Supreme Court Hears LGBTQ Work Discrimination Case, Brian Lehrer Show (Apr. 23, 2019), https://www.wnyc.org/story/scotus-takes-lgbtq-workplace-discrimination/

Kristen Shaughnessy, Transgender Activist Sues NYPD Over After-Hours Park Arrest (Jan. 23, 2019) https://www.ny1.com/nyc/all-boroughs/news/2019/01/23/transgender-activist-files-lawsuit-against-nypd

Julie Moreau, Transgender Plaintiffs Sue Over State ID Laws, NBC News  (Feb. 9, 2018), https://www.nbcnews.com/feature/nbc-out/transgender-plaintiffs-sue-alabama-over-state-id-laws-n846431
.

ADMISSIONS
New York, S.D.N.Y., Ninth Circuit, U.S. Supreme Court

PROFESSIONAL DEVELOPMENT
**NATIONAL INSTITUTE OF TRIAL ADVOCACY,** Boulder, CO
Completed six-day Building Trial Skills training, 2019

**RESISTANCE EDUCATION,** New York, NY
Completed one-day Rethinking Diversity and Equity training, 2019

**THE MANAGEMENT CENTER**, Washington, DC
Completed two-day Management Skills training, 2018

COMMUNITY SERVICE AND MEMBERSHIPS
- Muslim Alliance for Sexual and Gender Diversity, steering committee member, 2019 to present
- Muslim Anti-Racism Collaborative, member, 2019 to present
- Sylvia Rivera Law Project, Board and core collective member, 2003-2017
- Society of American Law Teachers, member, 2012-2017
- Lorena Borjas Community Fund, Board member, 2012-2013
- Legal Writing Institute, member, 2014-2017

HONORS

- Sylvia Rivera Law Project Award for Outstanding Pro Bono Service, 2010
- Dukeminier Award for Best Sexual Orientation Law Review Article, 2009