# Exhibit I-2

## Gabriel Arkles

| Date | Description of Services | Time |
|---|---|---|
| 8/3/2018 | Reviewed opposition to motion to stay | 1.0 |
| 2/14/2019 | Reviewed expert report | 0.8 |
| 2/17/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.1 |
| 2/27/2019 | Communicate via email with co-counsel re settlement | 0.2 |
| 3/12/2019 | Communicate via email with J. Knight re discovery | 0.2 |
| 3/12/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.1 |
| 3/21/2019 | Conference call with co-counsel re discovery | 1.0 |
| 3/22/2019 | Review expert report | 0.6 |
| 3/26/2019 | Communicate via email with J. Knight, K. Ingelhart, and E. Bonham re discovery | 0.2 |
| 3/27/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.2 |
| 4/9/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.1 |
| 4/10/2019 | Call w/ J. Knight re: case status | 0.5 |
| 4/22/2019 | Communicate via phone with J. Knight re discover | 0.5 |
| 4/26/2019 | Review response to discovery requests | 0.5 |
| 4/26/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.3 |
| 5/21/2019 | Communicate via phone with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.6 |
| 5/22/2019 | Review response to discovery requests | 0.5 |
| 5/22/2019 | Review response to discovery requests | 1.2 |
| 6/14/2019 | Review discovery plan | 0.2 |
| 6/25/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.2 |
| 6/27/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.2 |
| 7/1/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.1 |
| 7/1/2019 | Review Def expert report | 1.2 |
| 7/1/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re expert | 0.1 |
| 7/3/2019 | Communicate with co-counsel re rebuttal expert | 0.7 |
| 7/5/2019 | Communicate with potential rebuttal expert | 0.6 |
| 7/7/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re expert | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 7/8/2019 | Consult with potential rebuttal expert | 1.2 |
| 7/9/2019 | Communicate with co-counsel re rebuttal expert | 0.3 |
| 7/12/2019 | Communicate with co-counsel re rebuttal expert | 0.6 |
| 7/12/2019 | Communicate with potential rebuttal expert | 0.1 |
| 7/15/2019 | Communicate via email with E. Bonham, K. Ingelhart, and M. Eble re discovery | 0.2 |
| 7/17/2019 | Communicate with co-counsel re rebuttal expert and discovery | 0.9 |
| 7/17/2019 | Communicate with potential rebuttal expert | 0.4 |
| 7/18/2019 | Communicate with co-counsel re rebuttal expert and discovery | 0.3 |
| 7/19/2019 | Consult potential rebuttal expert | 0.6 |
| 7/19/2019 | Communicate with co-counsel re rebuttal expert and discovery | 0.8 |
| 7/23/2019 | Communicate with co-counsel re rebuttal expert and discovery | 1.0 |
| 7/23/2019 | Communicate with potential rebuttal expert | 0.8 |
| 7/24/2019 | Communicate with co-counsel re depositions | 0.2 |
| 7/26/2019 | Review rebuttal expert report | 0.9 |
| 7/28/2019 | Review rebuttal expert report | 1.2 |
| 7/31/2019 | Review deposition outline | 0.7 |
| 8/12/2019 | Communicate with co-counsel re potential witness | 1.2 |
| 8/18/2019 | Prep client for deposition | 0.8 |
| 8/23/2019 | Review information re deposition | 0.1 |
| 9/5/2019 | Review discovery responses | 0.6 |
| 9/11/2019 | Group call re expert depo prep | 0.6 |
| 9/11/2019 | Prepare for expert deposition | 0.4 |
| 9/16/2019 | Prepare for expert deposition | 0.9 |
| 10/17/2019 | Communicate with co-counsel re summary judgment | 0.1 |
| 10/21/2019 | Review deposition transcripts in preparation for summary judgment | 1.8 |
| 10/28/2019 | Review deposition transcripts in preparation for summary judgment | 2.6 |
| 10/29/2019 | Discuss summary judgment strategy with co-counsel | 1.0 |
| 10/29/2019 | Research for summary judgment | 0.8 |
| 10/31/2019 | Research for summary judgment | 1.1 |
| 10/31/2019 | Communicate with co-counsel re summary judgment | 0.2 |
| 11/4/2019 | Communicate with co-counsel re summary judgment | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 11/5/2019 | Consult with J. Knight and M. Picasso re summary judgment | 0.5 |
| 11/5/2019 | Communicate with E. Bonham and K. Ingelhart re summary judgment | 0.2 |
| 11/6/2019 | Communicate with M. Picasso re expert testimony | 0.3 |
| 11/20/2019 | Communicate with co-counsel re summary judgment | 1.2 |
| 11/27/2019 | Draft memo in support of motion for summary judgment | 3.0 |
| 12/1/2019 | Draft memo in support of motion for summary judgment | 3.5 |
| 12/3/2019 | Consult with J. Knight and M. Picasso re summary judgment | 0.4 |
| 12/3/2019 | Draft memo in support of motion for summary judgment | 2.5 |
| 12/4/2019 | Draft memo in support of motion for summary judgment | 4.4 |
| 12/6/2019 | Review other portions of memo in support of motion for summary judgment | 2.8 |
| 12/20/2019 | Revise memo in support of motion for summary judgment | 7.2 |
| 12/27/2019 | Communicate about strategy for deposition redactions and sealing with co-counsel | 0.3 |
| 12/27/2019 | Revise memo in support of motion for summary judgment | 5.2 |
| 12/30/2019 | Communicate about strategy for deposition redactions and sealing with co-counsel | 0.1 |
| 1/2/2020 | Prepare deposition redactions | 1.8 |
| 1/7/2020 | Communicate with co-counsel re motion to file under seal | 0.1 |
| 1/10/2020 | Revise memo in support of motion for summary judgment | 3.3 |
| 1/14/2020 | Review cite check for memo in support of motion for summary judgment | 1.2 |
| 1/15/2020 | Review memo in support of motion for summary judgment | 0.4 |
| 1/21/2020 | Communicate with co-counsel re opposition to motion for summary judgment | 1.0 |
| 1/29/2020 | Draft memo in support of opposition to summary judgment | 4.8 |
| 1/30/2020 | Communicate with M. Picasso and J. Knight re opposition to summary judgment | 0.5 |
| 1/30/2020 | Draft memo in support of opposition to summary judgment | 8.2 |

| Date | Description | Hours |
|---|---|---|
| 1/31/2020 | Draft memo in support of opposition to summary judgment | 4.3 |
| 2/1/2020 | Draft memo in support of opposition to summary judgment | 5.1 |
| 2/5/2020 | Discuss opposition strategy with E. Bonham and K. Ingelhart | 0.1 |
| 2/6/2020 | Review memo in support of opposition to summary judgment | 0.6 |
| 2/7/2020 | Review memo in support of opposition to summary judgment | 2.6 |
| 2/10/2020 | Call with E. Bonham and K. Ingelhart to discuss opposition | 0.5 |
| 2/10/2020 | Review memo in support of opposition to summary judgment | 3.2 |
| 2/11/2020 | Review memo in support of opposition to summary judgment | 3.3 |
| 2/13/2020 | Review memo in support of opposition to summary judgment | 0.5 |
| 2/18/2020 | Discuss reply strategy with co-counsel | 0.6 |
| 2/18/2020 | Outline reply brief | 0.4 |
| 2/23/2020 | Revise reply brief | 2.4 |
| | **Total Time** | **111.0** |
| | **Hourly Rate   x** | **$    375.00** |
| | **Lodestar Fees** | **$ 41,625.00** |