# Exhibit J-1

# MALITA VENCIENZO PICASSO

**EDUCATION**
**City University of New York School of Law**                                                                J.D., May 2019
    **GPA:**    3.813
    **Awards:**    2019 Dave Fields Prize for Student Achievement and Leadership
                CUNY Law School Graduate Fellowship
    **Activities:** *Editor-in-Chief*, The City University of New York Law Review
                  *President*, CUNY Law School Student Government
                  *Delegate*, CUNY University Student Senate
                  *Executive Board*, Luis Degraffe Racial and Social Justice Orientation

**Stanford University**                                                                                                B.A., Feminist Studies, June 2012
    **Honors:**  2012 Black Community Services Center Dean's Award for Academic Excellence
    **Awards:**  2012 Ernesto Galarza Prize for Undergraduate Research Paper, Chicano Studies
                2012 Michelle Z. Rosaldo Prize for Essay in Social Sciences, Feminist Studies
    **Activities:** Stanford Labor Action Coalition; Associated Students of Stanford University

**EXPERIENCE**
**American Civil Liberties Union: LGBT & HIV Project**                                      September 2019 – Present
*Skadden Fellow* – New York, NY
Advocate on behalf of transgender elders who experience discrimination while obtaining elder-related medical treatment and living assistance. Draft brief in support of motion for summary judgement in matter before a state labor agency. Assist with deposition of government officials. Work with damages expert in producing an expert report and preparing for administrative trial in constructive discharge case. Conduct direct examination of expert witness at trial and defend cross-examination. Drafting pre- and post-trial briefing. Interview and draft declarations for individuals in ICE custody at high risk of severe illness and death from COVID-19 in support of emergency litigation seeking their release due to unconstitutional conditions of confinement in Illinois jails. Draft sections of Habeas Corpus petitions. Conduct legal research for expedited briefing and oral argument. Organizing and analyzing discovery. Edit and cite check brief in opposition to petition for certiorari filed with the U.S. Supreme Court.

**NYC Commission on Human Rights**                                                           September 2018 – December 2018
*Clinical Placement* – New York, NY
Review intakes filed with the Commission by transgender individuals who have been denied employment, housing, and public accommodations on the basis of gender, in violation of the New York City Human Rights Law. Conduct legal research on the legal standards to hold an employer labile for the discriminatory behavior of a supervising employee under local, state and federal law. Draft pleadings to commence the investigation process in claims of gender-based discrimination against transgender people.

**American Civil Liberties Union: Racial Justice Project**                                      June 2018 – August 2018
*Summer Intern* – New York, NY
Performed legal research on the life-long adverse effect of involvement in the juvenile and criminal justice systems on poor young people of color in preparation for litigation. The research specifically investigated state court policies of imposing fees, fines and costs on indigent juveniles who come into contact with the justice system, the penalties they face when they are unable to pay, and the irreparable consequences that those penalties have on the juveniles, their families and communities. Conducted research on strategies for surviving a motion to dismiss in a §1983 action against municipal judges who have asserted the defense of legislative immunity.

**Brooklyn Defender Services** June 2017 – August 2017
*Summer Intern* – Brooklyn, NY
Performed legal research on the conditions in which transgender and gender nonconforming inmates in the custody of New York City Department of Corrections (NYC DOC) are being detained in anticipation of trial. Collaborated with other advocacy organizations in making recommendations for important changes to NYC DOC housing policy that would make transgender and gender nonconforming people safer during pre-trial detention.

**New York Civil Liberties Union** July 2013 – July 2016
*Paralegal* – New York, NY
Provided administrative and substantive support to attorneys litigating cases encompassing an array of public interest issues, including indigent criminal defense reform, transgender rights, immigrant rights, and police accountability. Prepared and cite checked advocacy letters, FOIL/FOIA requests, Article 78 Requests for Judicial Intervention, briefs, and various motions to be filed in the: New York State Appellate Division, First, Second and Third Departments; New York State Court of Appeals; United States District Court for the Southern District of New York; and the United States Court of Appeals for the Second Circuit.

### ADDITIONAL INFORMATION
- Fluent in Spanish.
- National Trans* Bar Association Board Member.

### ADMISSIONS
- New York Court of Appeals, Appellate Division, Second Department.
- United States District Court for the Central District of Illinois.