# Exhibit J-2

## Malita Picasso

| Date | Description of Services | Time |
|---|---|---|
| 11/5/2019 | Factual Research (Venters, Gorton, Ettner Declarations) | 2.0 |
| 11/6/2019 | Factual Research (Venters, Gorton, Ettner Declarations) | 2.0 |
| 11/7/2019 | Factual Research (Venters, Gorton, Ettner Declarations) | 2.0 |
| 12/27/2019 | Editing Motion for Summary Judgment | 4.0 |
| 1/2/2020 | Redacting Basil Deposition Transcript | 2.0 |
| 1/30/2020 | Discuss MSJ plans w/ GA, JK | 0.5 |
| 2/4/2020 | Editing Opposition Brief | 3.0 |
| 2/25/2020 | Editing Reply Brief | 2.0 |
| | **Total Time** | **17.5** |
| | **Hourly Rate   x** | **$   200.00** |
| | **Lodestar Fees** | **$ 3,500.00** |