# Exhibit K

# IN THE UNITED STATES DISTRCIT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STACIE RAY, et al. | CASE NO. 2:18-cv-00272-MHW-CMV JUDGE |
| Plaintiffs, | MICHAEL WATSON MAGISTRATE JUDGE |
| vs. | CHELSEY VASCURA |
| STEPHANIE MCCLOUD, et al. | |
| Defendants | |

## DECLARATION OF JENNIFER ROACH
(pursuant to 28 U.S.C. § 1746)

I, Jennifer Roach, hereby declare under penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am above the age of 18 and reside in Ohio.

2. I have personal knowledge and knowledge of facts to which I am informed and believe the same to be true and that this declaration is based on and therefore necessarily limited by the records and information still in existence, presently recollected and thus far discovered from the books and records of Thompson Hine LLP kept in the normal and ordinary course of business about the matters to which I attest.

3. I represented the Plaintiffs in the above-styled case.

4. I am licensed to practice law in Ohio and in the United States District Court for the Southern District of Ohio, United States District Court of the Northern District of Ohio, the United States Court of Appeals for the Sixth Circuit and the Supreme Court of the United States.

1

5. I have been continuously licensed since 2001.

6. My firm biography detailing my professional qualifications is attached as Exhibit K-1 to this Declaration.

7. Thompson Hine lawyers kept contemporaneous time records in the above-styled case in six-minute increments.

8. I exercised billing judgment to exclude time that was not reasonably related to the successful prosecution of the case and to exclude small tasks and any incomplete time entries.

9. The spreadsheet attached as Exhibit K-2 to this Declaration shows the name of the Thompson Hine lawyer providing services, the amount of time billed, a description of the services provided, the hourly rate, the fee for the services, and the date on which the services were provided.  Thompson Hine lawyers have invested 83.2 hours in representing Plaintiffs in the above-styled case.

10. The reasonable hourly rate for the Thompson Hine lawyers working on this litigation ranges between $130 per hour for Discovery Counsel to $605 per hour for Partners.

11. The lodestar figure for Thompson Hine's services, determined by multiplying the reasonable hours spent by Thompson Hine lawyers on this matter by the corresponding hourly rate is **$19,084.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2021.

*[signature]*

Jennifer S. Roach

2