# Exhibit K-2

Thompson Hine, LLP

| Date | Description of Services | Time | Name | Rate | Fee |
|---|---|---|---|---|---|
| 4/5/2018 | Conference discussing strategy after filing complaint. | 1.1 | EBLE, MARILYN K. | $235.00 | $258.50 |
| 4/9/2018 | Drafted research memorandum analyzing the impact of recent case law on the Ohio birth certificate litigation. | 4.3 | EBLE, MARILYN K. | $235.00 | $1,010.50 |
| 5/14/2018 | Conference with Mr. Carey regarding new Pro Bono matter assisting the ACLU. | 0.2 | Berliner, Alan F. | $605.00 | $121.00 |
| 6/28/2018 | Conference with team related to 26(f) conference and report. | 0.9 | EBLE, MARILYN K. | $235.00 | $211.50 |
| 7/9/2018 | Reviewed motion to dismiss. | 1.1 | EBLE, MARILYN K. | $235.00 | $258.50 |
| 7/10/2018 | Discussed motion to dismiss with D. Carey. | 0.1 | EBLE, MARILYN K. | $235.00 | $23.50 |
| 7/16/2018 | Researched cases that discuss whether questions over the definition of a term can survive a motion to dismiss. | 2.0 | Song, Doori C. | $190.00 | $380.00 |
| 7/17/2018 | Researched cases covering the issue of whether questions over the definition of a term can survive a motion to dismiss. | 1.0 | Song, Doori C. | $190.00 | $190.00 |
| 7/18/2018 | Conference call with co-counsel regarding opposition to defendant's motion to dismiss. | 1.0 | EBLE, MARILYN K. | $235.00 | $235.00 |
| 7/18/2018 | Discussed opposition to motion for interim stay with D. Carey and D. Song. | 0.4 | EBLE, MARILYN K. | $235.00 | $94.00 |
| 7/18/2018 | Researched cases that cover whether questions over the definition of a term can survive a motion to dismiss. | 2.0 | Song, Doori C. | $190.00 | $380.00 |
| 7/19/2018 | Researched cases in which a motion for an interim stay of discovery was denied. | 2.0 | Song, Doori C. | $190.00 | $380.00 |
| 7/19/2018 | Researched cases in which a motion to dismiss was denied because a dispute over the meaning of a word was a question of fact. | 4.0 | Song, Doori C. | $190.00 | $760.00 |
| 7/20/2018 | Researched cases in which a motion for an interim stay of discovery was denied; wrote an email summer and sent it to Marilyn Eble. | 4.0 | Song, Doori C. | $190.00 | $760.00 |
| 7/20/2018 | Researched cases and wrote email summary to David Carey. | 1.0 | Song, Doori C. | $190.00 | $190.00 |
| 7/21/2018 | Reviewed defendants' emergency motion for interim stay. | 1.9 | EBLE, MARILYN K. | $235.00 | $446.50 |
| 7/23/2018 | Drafted opposition to emergency motion for interim stay. | 3.9 | EBLE, MARILYN K. | $235.00 | $916.50 |
| 7/23/2018 | Reviewed opposition to motion to dismiss. | 0.9 | EBLE, MARILYN K. | $235.00 | $211.50 |
| 7/23/2018 | Checked and edited citations in a motion in accordance with the Bluebook. | 1.0 | Song, Doori C. | $190.00 | $190.00 |
| 7/24/2018 | Revised opposition to motion for interim stay. | 1.9 | EBLE, MARILYN K. | $235.00 | $446.50 |

| Date | Description | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2018 | Reviewed defendants' motion to stay. | 1.5 | EBLE, MARILYN K. | $235.00 | $352.50 |
| 8/2/2018 | Researched issues related to plaintiff's motion to stay discovery. | 4.1 | EBLE, MARILYN K. | $235.00 | $963.50 |
| 8/2/2018 | Drafted opposition to plaintiff's motion to stay discovery. | 3.3 | EBLE, MARILYN K. | $235.00 | $775.50 |
| 8/3/2018 | Drafted opposition to motion to stay. | 2.9 | EBLE, MARILYN K. | $235.00 | $681.50 |
| 8/6/2018 | Revised motion to stay. | 0.3 | EBLE, MARILYN K. | $235.00 | $70.50 |
| 8/21/2018 | Reviewed defendants' reply in support of motion to dismiss. | 0.7 | EBLE, MARILYN K. | $235.00 | $164.50 |
| 9/11/2018 | Meeting with J. Roach. | 0.6 | EBLE, MARILYN K. | $235.00 | $141.00 |
| 9/11/2018 | Prepared for meeting with J. Roach. | 0.4 | EBLE, MARILYN K. | $235.00 | $94.00 |
| 9/11/2018 | Discussed status of case with Ms. Eble and Ms. Li. | 0.5 | Roach, Jennifer S. | $480.00 | $240.00 |
| 9/26/2018 | Researched legal issues related to gender identity and sex assignment. | 1.1 | EBLE, MARILYN K. | $235.00 | $258.50 |
| 9/26/2018 | First review of discovery requests. | 0.6 | EBLE, MARILYN K. | $235.00 | $141.00 |
| 10/8/2018 | Meeting with client. | 2.4 | EBLE, MARILYN K. | $235.00 | $564.00 |
| 10/11/2018 | Conference with team. | 0.4 | EBLE, MARILYN K. | $235.00 | $94.00 |
| 10/11/2018 | Initial review of expert witness agreement. | 0.3 | EBLE, MARILYN K. | $235.00 | $70.50 |
| 10/15/2018 | Meeting with J. Klimkowski. | 1.3 | EBLE, MARILYN K. | $235.00 | $305.50 |
| 10/17/2018 | Reviewed draft of plaintiffs' initial disclosures. | 0.1 | EBLE, MARILYN K. | $235.00 | $23.50 |
| 11/1/2018 | Provided estimate of fees and costs pursuant to court order. | 0.1 | EBLE, MARILYN K. | $235.00 | $23.50 |
| 11/15/2018 | Conference with ACLU Ohio and Lambda Legal regarding defendant's discovery responses and protective order. | 0.5 | EBLE, MARILYN K. | $235.00 | $117.50 |
| 11/15/2018 | Reviewed stipulated protective order. | 0.2 | EBLE, MARILYN K. | $235.00 | $47.00 |
| 11/15/2018 | Reviewed defendants' objections and responses to first interrogatories and requests for production of documents. | 0.4 | EBLE, MARILYN K. | $235.00 | $94.00 |
| 1/3/2019 | Discussed discovery strategy with J. Moore. | 0.3 | EBLE, MARILYN K. | $235.00 | $70.50 |
| 1/3/2019 | Discussed discovery strategy with co-counsel. | 0.3 | EBLE, MARILYN K. | $235.00 | $70.50 |
| 1/3/2019 | Working with other members of the legal team regarding the preparation of specified production materials received in this matter for further substantive review. | 1.0 | Moore, Jeff R. | $305.00 | $305.00 |
| 1/4/2019 | Preparation of specified materials received in this matter for substantive review. | 0.3 | Moore, Jeff R. | $305.00 | $91.50 |
| 1/7/2019 | Communicated with co-counsel regarding document review. | 0.2 | EBLE, MARILYN K. | $235.00 | $47.00 |
| 1/7/2019 | Preparation of additional materials for further substantive review. | 0.4 | Moore, Jeff R. | $305.00 | $122.00 |
| 1/9/2019 | Attention to collection of documents from defendant's first production. | 0.2 | EBLE, MARILYN K. | $235.00 | $47.00 |

| Date | Description | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 1/9/2019 | Preparation of additional materials received in this matter for further substantive review and analysis; working with other members of the legal team in connection with the same. | 0.2 | Moore, Jeff R. | $305.00 | $61.00 |
| 1/10/2019 | Prepare documents for incorporation to the Pro Bono - ODH litigation database as follows. Apply document IDs, extract metadata and searchable text. Update case document folders and populate database's document tracking fields. | 0.5 | Cox-Kirk, Stephanie | $150.00 | $75.00 |
| 1/10/2019 | Working with other members of the legal team regarding the preparation of specified materials received in this matter for further substantive review. | 0.5 | Moore, Jeff R. | $305.00 | $152.50 |
| 1/11/2019 | Attention to document review, including conference with J. Moore. | 0.7 | EBLE, MARILYN K. | $235.00 | $164.50 |
| 1/11/2019 | Continuing to work with other members of the legal team regarding the preparation of specified materials received in this matter for further review and analysis. | 0.8 | Moore, Jeff R. | $305.00 | $244.00 |
| 1/11/2019 | Provided assistance to counsel in database set up. | 0.4 | Patton, Ryan | $130.00 | $52.00 |
| 1/14/2019 | Conference with plaintiffs' team regarding responses to written discovery and document review. | 1.0 | EBLE, MARILYN K. | $235.00 | $235.00 |
| 1/14/2019 | Working with other members of the legal team and outside co-counsel regarding the preparation of specified production materials received in this matter for further review and analysis. | 0.2 | Moore, Jeff R. | $305.00 | $61.00 |
| 1/14/2019 | Provided assistance to counsel in database set up. | 0.2 | Patton, Ryan | $130.00 | $26.00 |
| 2/4/2019 | Reviewed discovery responses. | 1.0 | EBLE, MARILYN K. | $235.00 | $235.00 |
| 2/4/2019 | Reviewed expert report. | 0.7 | EBLE, MARILYN K. | $235.00 | $164.50 |
| 2/13/2019 | Downloaded and organized produced documents for loading into Eclipse. | 0.5 | Patton, Ryan | $130.00 | $65.00 |
| 2/14/2019 | Incorporate ODH documents to the litigation database. Update case document folders and populate database's document tracking fields. | 0.4 | Cox-Kirk, Stephanie | $150.00 | $60.00 |
| 2/14/2019 | Organized produced documents loaded into Eclipse. | 0.1 | Patton, Ryan | $130.00 | $13.00 |
| 2/19/2019 | Addressed issue with J drive folder name. | 0.4 | Patton, Ryan | $130.00 | $52.00 |
| 3/14/2019 | Reviewed E. Bonham summary of second document production by defendants. | 0.2 | EBLE, MARILYN K. | $235.00 | $47.00 |

| Date | Description | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 3/21/2019 | Team call regarding document review and expert report. | 1.0 | EBLE, MARILYN K. | $235.00 | $235.00 |
| 3/26/2019 | Researched grounds to oppose stay of expert discovery. | 0.5 | EBLE, MARILYN K. | $235.00 | $117.50 |
| 4/11/2019 | Reviewed first documents produced by ODH. | 1.4 | EBLE, MARILYN K. | $235.00 | $329.00 |
| 4/12/2019 | Reviewed documents from ODH. | 2.0 | EBLE, MARILYN K. | $235.00 | $470.00 |
| 4/22/2019 | Team conference regarding defendants' second set of discovery requests. | 1.0 | EBLE, MARILYN K. | $235.00 | $235.00 |
| 4/22/2019 | Reviewed plaintiffs' first document production. | 0.3 | EBLE, MARILYN K. | $235.00 | $70.50 |
| 4/23/2019 | Reviewed correspondence and researched potential requirements to change gender markers on birth certificates. | 0.9 | EBLE, MARILYN K. | $235.00 | $211.50 |
| 4/26/2019 | Reviewed plaintiffs' second document production. | 0.6 | EBLE, MARILYN K. | $235.00 | $141.00 |
| 4/26/2019 | Drafted correspondence to defendants regarding their April 25, 2019 letter concerning discovery. | 1.1 | EBLE, MARILYN K. | $235.00 | $258.50 |
| 4/26/2019 | Reviewed written discovery responses to Defendants' RFA No. 8 and ROG 20. | 0.7 | EBLE, MARILYN K. | $235.00 | $164.50 |
| 4/26/2019 | Attention to discovery correspondence. | 0.4 | EBLE, MARILYN K. | $235.00 | $94.00 |
| 5/7/2019 | Attention to Plaintiffs' first and second document productions. | 0.2 | EBLE, MARILYN K. | $235.00 | $47.00 |
| 5/7/2019 | Provided assistance to counsel in logging and loading ACLU productions. | 0.7 | Patton, Ryan | $130.00 | $91.00 |
| 5/15/2019 | Organized produced documents loaded into Eclipse. | 0.1 | Patton, Ryan | $130.00 | $13.00 |
| 6/7/2019 | Prepare ACLU documents for incorporation to the litigation database as follows. Apply document IDs, extract metadata and searchable text. Update case document folders and populate database's document tracking fields. | 0.3 | Cox-Kirk, Stephanie | $150.00 | $45.00 |
| 6/7/2019 | Organized ACLU documents to be loaded into Eclipse. | 0.3 | Patton, Ryan | $130.00 | $39.00 |
| 7/16/2019 | Reviewed research regarding whether defendants may be compelled to travel to plaintiffs' locations for depositions. | 0.6 | EBLE, MARILYN K. | $235.00 | $141.00 |
| 7/16/2019 | Conducted legal research in the jurisdiction of District Court of Southern District of Ohio on the issue of whether deposing party is required to conduct deposition at a location in the vicinity in which the deponent resides. | 2.0 | Li, Tongzhou | $240.00 | $480.00 |
| 7/22/2019 | Attention to discovery dispute. | 0.9 | Roach, Jennifer S. | $480.00 | $432.00 |
| 8/2/2019 | Provided assistance to counsel in granting access to Eclipse database for outside counsel. | 0.3 | Patton, Ryan | $130.00 | $39.00 |

| Date | Description | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 8/12/2019 | Team call regarding seeking stipulated extensions for discovery and dispositive motions and responses to defendants' fourth discovery requests. | 0.8 | EBLE, MARILYN K. | $235.00 | $188.00 |
| 8/12/2019 | Attention to discovery issues. | 0.2 | Roach, Jennifer S. | $480.00 | $96.00 |
| | **Lodestar Fees:** | | | | **$ 19,084.00** |