# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STACIE RAY, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE MCCLOUD, Director,**<br>**Ohio Department Health, et al.,**<br><br>Defendants. | Case No.: 2:18-cv-00272-MHW-CMV<br><br>Judge: Michael Watson<br>Magistrate Judge: Chelsey Vascura |

**DECLARATION OF TESS SABO**
Pursuant to 28 U.S.C. 1746

I, Tess Sabo, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am above the age of 18, I am competent to testify, and I have personal knowledge of the matters contained in this declaration.

2. I am a Paralegal with the American Civil Liberties Union of Ohio Foundation ("ACLU Ohio") and assisted attorneys to Plaintiffs in this litigation.

3. ACLU Ohio is a statewide non-profit organization that relies upon the contributions of its members and supporters, and in part upon attorney fees incurred in litigation, to fund its operations.

4. I have been employed as a paralegal since 2016. And I have been employed and supporting litigation at the ACLU of Ohio since October 2018.

1

5. I received my undergraduate degree from The Ohio State University in 2012 and a post baccalaureate certificate in paralegal studies from Columbus State Community College in 2015.

6. I have accumulated experience supporting complex constitutional and other federal civil rights litigation similar to the work I performed in this lawsuit.

7. To date, I have invested 62.2 hours in providing paralegal services to Plaintiffs' attorneys in this case, for which I am seeking fees at a rate of $150 per hour. Attached as Exhibit L-1 to this Declaration is a true and correct copy of the task-based itemized charges for my time in this case, which I have reviewed and approved. I exercised billing judgment to ensure that the time spent was reasonable and necessary under the circumstances.

8. The lodestar figure for my work on this case, determined by multiplying my reasonable hours expended by my reasonable rate, is 150*62.2 = **$9,330.**

Dated: February 1, 2021

By: /s/Tess Sabo
Tess Sabo
ACLU of Ohio Foundation
1108 City Park Ave., Ste. 203
Columbus, OH 43206
Phone: 614-586-1972 x2013
Fax: 614-586-1974
tsabo@acluohio.org

2