# Exhibit L-1

## Tess Sabo

| Date | Description of Services | Time |
|---|---|---|
| 10/30/2018 | Email introduction to plffs | 0.3 |
| 11/1/2018 | Email to cocounsel team re fee letter | 0.1 |
| 11/6/2018 | Email to cocounsel team re fee letter | 0.1 |
| 11/6/2018 | Email to cocounsel team re fee letter | 0.1 |
| 11/9/2018 | prepare fee letter | 0.3 |
| 12/3/2018 | call clerk, file proposed order | 0.2 |
| 1/14/2019 | Call with co-counsel | 1.0 |
| 2/4/2019 | Set up internal conference call | 0.1 |
| 2/12/2019 | Email to all co-counsel re: fee letter | 0.2 |
| 2/20/2019 | Email to all co-counsel re: fee letter | 0.2 |
| 2/25/2019 | Email EB re settlement week order | 0.1 |
| 2/28/2019 | Email co-counsel re fee letter | 0.2 |
| 3/1/2019 | draft fee letter | 0.5 |
| 3/5/2019 | finalize and send fee letter | 0.2 |
| 3/26/2019 | update calendar deadlines | 0.2 |
| 4/22/2019 | legal team phone meeting w/ co-co (partial) | 0.5 |
| 5/10/2019 | email to team re fee letter | 0.2 |
| 5/23/2019 | fee letter reminder email to co-counsel | 0.1 |
| 7/1/2019 | Email co-counsel re fee letter | 0.2 |
| 7/17/2019 | draft fee letter | 0.5 |
| 7/18/2019 | finalize and send fee letter | 0.1 |
| 7/31/2019 | schedule depositions | 0.2 |
| 8/13/2019 | draft motion for discovery extension | 1.5 |
| 8/14/2019 | proof and file motion to extend discovery | 0.5 |
| 8/14/2019 | email team for fees | 0.2 |
| 8/14/2019 | finalize and file extension motion | 2.0 |
| 8/15/2019 | update calendar deadlines | 0.2 |
| 8/19/2019 | Process deposition invoice | 0.1 |
| 8/26/2019 | schedule depositions | 0.5 |
| 9/5/2019 | schedule deposition | 0.5 |
| 9/15/2019 | get fees from co-co | 0.5 |
| 9/20/2019 | draft fee letter | 1.0 |
| 9/23/2019 | Errata emails to plaintiffs | 0.5 |
| 9/25/2019 | Prepare errata for Ray depo transcript | 1.1 |
| 9/30/2019 | Contact Pff re errata | 0.5 |
| 10/11/2019 | Prepare multiple pff depo errata | 2.0 |
| 1/6/2020 | Draft joint motion on filing transcripts | 0.7 |
| 1/7/2020 | Finalize and file joint motion on transcripts | 0.5 |
| 1/8/2020 | Discuss MSJ filing w/ EB | 0.5 |
| 1/10/2020 | Redact transcript | 0.5 |
| 1/13/2020 | Finish trancript redactions | 2.0 |
| 1/14/2020 | File deposition transcripts (with troubleshooting) | 1.0 |
| 1/15/2020 | Review/Cite check MSJ | 8.0 |
| 1/16/2020 | Final review, polish exhibits, file MSJ | 2.0 |

| | | |
|---|---|---|
| 2/12/2020 | cite-check msj response | 3.0 |
| 2/12/2020 | cite-check, finalize and file msj response | 8.0 |
| 2/26/2020 | Email EB, team, re fees | 0.3 |
| 2/27/2020 | review and file MSJ reply | 3.5 |
| 11/13/2020 | Review and file Arkles withdrawal | 0.2 |
| 12/2/2020 | Email Malita re PHV motion | 0.1 |
| 1/7/2021 | Finalize and file Malita PHV | 0.3 |
| 1/7/2021 | Team call re next steps | 0.9 |
| 1/20/2021 | Team call re next steps | 1.0 |
| 1/22/2021 | Emails with all attys re: fee petition | 1.0 |
| 1/25/2021 | reconcile atty time records for petition | 6.0 |
| 1/27/2021 | incorporate atty feedback in time reconcilliation | 4.0 |
| 1/29/2021 | Draft declarations for fee petition | 2.0 |
| | **Total Time** | **62.2** |
| | **Hourly Rate    x** | **$    150.00** |
| | **Lodestar Fees** | **$  9,330.00** |