# Exhibit M-1

# Emma Keeshin

## EXPERIENCE

### *Pennsylvania United*
*Distributed Organizer* | August 2020 - present
- Build and support volunteer teams to contact hundreds of thousands of voters in Western Pennsylvania communities for the 2020 presidential election, through phone banks, deep canvass phone banks, and peer to peer texting.
- Create new chapter structure for 2021 local election work; create guides and training materials to support Regional Organizers and member leaders as they recruit, train, campaign for, and govern with local candidates.
- Manage data flow between VAN/EveryAction, ThruTalk, and ThruText.
- Set up internal tracking systems for goals, voter contact efforts, and program metrics.

### *Bernie Sanders 2020*
*Field Organizer* | November 2019 - April 2020
*Iowa, North Carolina, Pennsylvania*
- Helped the campaign in Iowa knock on 900,000 doors, organize 24,000 volunteer- and staff-led events, and open 160 staging locations where volunteers organized during GOTV.
- Responsible for building teams and organized 200 volunteers across Cedar Rapids to do relational organizing, knock doors, community canvass, lead caucuses, and make calls to voters and recruit other volunteers for the campaign, leading to a 9-point margin of victory in Cedar Rapids.
- Coordinated trainings for volunteers to have high-quality persuasion and turnout conversations in-person and using digital organizing tools.
- During COVID-19 pandemic, swiftly shifted to all-virtual organizing tactics including all-volunteer calls, virtual relational canvassing, virtual phonebank shifts, and more.
- Organized volunteers at scale by using key campaign technology, including Slack, Google Drive, Mobilize America, GetThru (web-based dialer), Zoom, and VAN.

### *Showing Up for Racial Justice (SURJ) Northeast Ohio Chapter*
*Member Leader* | November 2015 - present
*Steering Committee Coordinator* | October 2016 - April 2018
- Organized white communities into accountable action as part of a multi-racial movement by recruiting new members and volunteers, identifying potential leaders and developing their skills, building deep relationships with area organizations, and leading political education.
- Rebuilt organizational structure: developed and pitched to Steering Committee a plan for skill-based teams to carry out the work, develop leadership, and move large numbers of members into action.
- For SURJ Ohio, acquired data/tech tools and developed a statewide phonebank/textbank program to provide structure to chapters and move more members into sustained action.

### *ACLU of Ohio*
*Advocacy Manager* | May 2019 - November 2019
*Advocacy Associate* | November 2018 - May 2019
*Legal Assistant* | May 2016 - November 2018
- Planned, oversaw, and executed plaintiff searches for impact litigation; provided all logistical support to attorneys, including managing legal intake program, coordinating discovery and document review, and maintaining schedule for legal department projects and litigation deadlines.
- Utilized advocacy, organizing, legislative, and communications strategies for police accountability, bail reform, LGBTQ rights, and voting rights campaigns.

- Deepened relationships with grassroots organizations and directly impacted individuals and built their capacity by providing coaching on campaign strategy, power-mapping, legislative process, and influencing the media.
- Designed and led volunteer trainings including "Advocacy University: Setting Campaign Goals and Tactics," "Empowering Jailed Voters," and "Bring Automatic Voter Registration to Ohio."
- Led a team of volunteers to resist a federal law enforcement initiative and instead develop a community safety policy platform.
- Authored op-eds, blogs, toolkits, and other educational materials.

### *Oberlin Young Educators*
*Co-President | September 2012 - May 2015*
- Set agenda and fostered discussion with group members in weekly meetings; planned events on campus to foster dialogue about inequity in the education system; prioritized and delegated tasks within the group; built relationships with diverse student groups and professional educators from the community, state, and nation.
- Worked with professors and administrators to craft a two-week Oberlin College Education Symposium that centered on issues of social justice in education and catered to the diverse interests and identities of the student body; handled event logistics and organization; and served as spokesperson and outreach coordinator of the event and of the education community.

## EDUCATION

*Bachelor of Arts, Oberlin College (2015)*
Double major in Politics and Law & Society

## CERTIFICATIONS

*Restorative Practices and Restorative Justice, 32 hours* | October 2018
International Institute for Restorative Practices

*Fundamentals of Mediation, 20-hour certification* | December 2015
Cleveland Mediation Center

*Social Justice Mediation, 40-hour certification* | August 2014
Oberlin College Dialogue Center

## SKILLS

- Proficient in Spanish, both written and spoken.