# Exhibit M-2

## Emma Keeshin

| Date | Description of Services | Time |
|---|---|---|
| 4/2/2018 | Corresp w/ plffs Ray and Argento re legal team | 0.5 |
| 4/5/2018 | Conference call with co-counsel | 0.9 |
| 4/6/2018 | Review correspondence from cocounsel | 0.1 |
| 4/21/2018 | Corresp w/ Argento | 0.3 |
| 5/4/2018 | Corresp w/ Argento | 0.4 |
| 5/25/2018 | Corresp to plffs Argento and Ray | 0.3 |
| 6/14/2018 | Review correspondence from cocounsel | 0.1 |
| 6/18/2018 | Corresp to plffs Argento and Ray | 0.3 |
| 6/21/2018 | conference call with co-counsel | 1.2 |
| 6/22/2018 | Send materials to E. Jeffers | 0.2 |
| 6/28/2018 | conference call with co-counsel | 0.9 |
| 7/17/2018 | Arrange tech logistics for pretrial conference | 1.0 |
| 7/17/2018 | Corresp w/ plff Ray and ACLU OH attys | 0.2 |
| 7/19/2018 | Review corresp from plff Ray | 0.1 |
| 8/2/2018 | Corresp w/ E. Bonham re litigation deadlines | 0.2 |
| 8/13/2018 | Corresp to plffs Argento and Ray | 0.2 |
| 8/15/2018 | Corresp to plffs Argento and Ray | 0.7 |
| 8/16/2018 | Corresp w/ J. Roach re substitution of counsel | 0.1 |
| 10/10/2018 | Corresp w/ plff Ray and ACLU OH attys | 0.5 |
| 10/26/2018 | Corresp to plffs Argento and Ray | 0.5 |
| | **Total Time** | **8.7** |
| | **Hourly Rate   x** | **$ 150.00** |
| | **Lodestar Fees** | **$ 1,305.00** |