# Exhibit N-1

American Civil Liberties Union
Posted General Ledger Transactions

| Document Number | Effective Date | Transaction Description | GL Short Title | Debit |
|---|---|---|---|---|
| CAD-03-22-18 | 3/20/2018 | Clerk, Appellate Division | Court Fee&Trans | 5.00 |
| CSCI-03-22-18 | 3/22/2018 | Clerk of the Supreme Court of Illinois | Court Fee&Trans | 15.00 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - La Quinta Inns | Travel | 125.49 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting AAA FULL TRANSPORTATION S | Travel | 25.64 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting American Airlines | Travel | 1,206.97 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting CATTLE BARON RESTAURANT | Travel | 81.66 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting Delta | Travel | 320.91 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting HEALTHY GOURMET | Travel | 7.61 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting NEW YORK CITY TAXI | Travel | 61.60 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting PLUM MARKET - 101 | Travel | 8.46 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting STARBUCKS C8 N DFW | Travel | 8.43 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting T3 PUEBLO DEL TQULRIA#55 | Travel | 22.45 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting UBER | Travel | 29.78 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting UTICA TAXI CENTER | Travel | 54.35 |
| CD415DCD54344B379802 | 4/1/2018 | Gabriel Arkles - Plaintiff Meeting GOGOAIR | Book/Subs/Inter | 32.00 |
| 9FD414FAA4784EFAA32F | 5/1/2018 | Gabriel Arkles - Plaintiff Meeting PANYNJ AIRTRAIN | Travel | 5.00 |
| 5A1B5ACC789948E091ED | 5/1/2018 | Gabriel Arkles -  HERTZ RENT A CAR ROS | Travel | 67.36 |
|  |  |  |  | 2,077.71 |