# Exhibit N-2

| Account number | Account description | Invoice date | Journal reference | Journal reference 2 | Amount | Project ID | Legal Case Code |
|---|---|---|---|---|---|---|---|
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 1/26/18 | AX Ing,K | kingelhartAX | $139.20 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 1/26/18 | AX Ing,K | kingelhartAX | $134.27 | 3800 | 1815 |
| 10-700400-305-20 | Research & Library | 5/4/18 | AX Ing,K | kingelhartAX | $8.00 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 5/4/18 | AX Ing,K | kingelhartAX | $11.45 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 5/4/18 | AX Ing,K | kingelhartAX | $475.96 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 5/4/18 | AX Ing,K | kingelhartAX | $33.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 5/4/18 | AX Ing,K | kingelhartAX | $49.88 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 5/4/18 | AX Ing,K | kingelhartAX | $18.48 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 5/4/18 | AX Ing,K | kingelhartAX | $34.86 | 3800 | 1815 |
| 10-700400-305-30 | Research & Library | 5/4/18 | AX Ing,K | kingelhartAX | $8.00 | 3800 | 1815 |
| 10-513400-305-00 | Sheraton | 5/4/18 | AX Ing,K | kingelhartAX | $12.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 5/4/18 | AX Ing,K | kingelhartAX | $6.60 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 5/4/18 | AX Ing,K | kingelhartAX | $233.83 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 1/9/19 | RANDI ETTNER | WGL014746-5886 | $100.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 1/9/19 | RANDI ETTNER | WGL014746-5886 | $300.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 1/9/19 | RANDI ETTNER | WGL014746-5886 | $100.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 3/15/19 | RANDI ETTNER | WGL014746-5886 | $200.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 4/22/19 | RANDI ETTNER | WGL014746-5886 | $700.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 4/22/19 | RANDI ETTNER | WGL014746-5886 | $200.00 | 3800 | 1815 |
| 10-513450-305-30 | 1-800-Flowers.com | 6/11/19 | AX Ing,K | kingelhartAX | $83.90 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 7/1/19 | RANDI ETTNER | WGL014746-5886 | $200.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 7/1/19 | RANDI ETTNER | WGL014746-5886 | $100.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 7/1/19 | RANDI ETTNER | WGL014746-5886 | $200.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 7/29/19 | AX Ing,K | kingelhartAX | $20.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 7/29/19 | AX Ing,K | kingelhartAX | $237.96 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 7/29/19 | AX Ing,K | kingelhartAX | $20.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 7/29/19 | AX Ing,K | kingelhartAX | $286.00 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 7/29/19 | AX Ing,K | kingelhartAX | $226.77 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/12/19 | KARA INGELHART | KINGELHART | $285.98 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/12/19 | KARA INGELHART | KINGELHART | $342.98 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/12/19 | KARA INGELHART | KINGELHART | $200.98 | 3800 | 1815 |

| Account | Description | Date | Name | User | Amount | Code1 | Code2 |
|---|---|---|---|---|---|---|---|
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/12/19 KARA INGELHART | KINGELHART | $312.98 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $14.61 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $25.43 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $15.31 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $13.47 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $41.48 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $5.45 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $1.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $23.37 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $70.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $7.30 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $4.02 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $30.70 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $7.30 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $8.98 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $26.83 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $110.95 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $110.95 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $175.06 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $165.12 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $181.06 | 3800 | 1815 |
| 10-210100-000-00 | Lodging | 8/28/19 AX Ing,K | kingelhartAX | $181.06 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $12.17 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $7.30 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $6.67 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $24.90 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $18.95 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $38.00 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $27.14 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $27.13 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $14.70 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $22.59 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 8/28/19 AX Ing,K | kingelhartAX | $10.12 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 8/28/19 AX Ing,K | kingelhartAX | $30.00 | 3600 | 1815 |

| Account | Description | Date | Vendor | Reference | Amount | Col1 | Col2 |
|---|---|---|---|---|---|---|---|
| 10-668200-305-30 | Meals & Food | 8/28/19 | AX Ing,K | kingelhartAX | $12.85 | 3600 | 1815 |
| 10-132900-000-00 | Southwest | 9/9/19 | KARA INGELHART | KINGELHART | $205.96 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/9/19 | KARA INGELHART | KINGELHART | $215.97 | 3800 | 1815 |
| 10-700500-305-30 | Court Fees | 9/11/19 | VERITEXT | WGL014746-6255 | $516.90 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 9/19/19 | RANDI ETTNER | WGL014746-5886 | $1,706.25 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 9/19/19 | RANDI ETTNER | WGL014746-5886 | $975.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 9/19/19 | RANDI ETTNER | WGL014746-5886 | $2,975.00 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 9/19/19 | RANDI ETTNER | WGL014746-5886 | $103.74 | 3800 | 1815 |
| 10-700500-305-30 | Court Fees | 9/25/19 | VERITEXT | WGL014746-6255 | $555.25 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $192.71 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $297.20 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $280.83 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $194.65 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $194.65 | 3800 | 1815 |
| 10-668150-305-30 | Lodging | 9/30/19 | AX Ing,K | kingelhartAX | $194.66 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $21.33 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $21.53 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $19.07 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $14.95 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $18.72 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $22.00 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $32.26 | 3800 | 1815 |
| 10-700400-305-30 | Research & Library | 9/30/19 | AX Ing,K | kingelhartAX | $18.75 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $12.84 | 3800 | 1815 |
| 10-700400-305-30 | Research & Library | 9/30/19 | AX Ing,K | kingelhartAX | $25.00 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $19.23 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $3.89 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $40.77 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $5.50 | 3800 | 1815 |
| 10-615325-105-30 | Internet - Data Plan | 9/30/19 | AX Ing,K | kingelhartAX | $10.00 | 3800 | 1815 |
| 10-210100-000-00 | Internet - Data Plan | 9/30/19 | AX Ing,K | kingelhartAX | $14.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $5.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $12.44 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $21.24 | 3800 | 1815 |

| Account | Description | Date | Vendor | Reference | Amount | Col1 | Col2 |
|---|---|---|---|---|---|---|---|
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $28.46 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $11.76 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $16.46 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $6.34 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $10.63 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $13.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $22.73 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $14.13 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $18.22 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $11.55 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $3.00 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $21.38 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $246.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $6.67 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $7.13 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $60.16 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $30.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $11.44 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $31.99 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $12.63 | 3800 | 1815 |
| 10-668100-305-20 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $10.71 | 3800 | 1815 |
| 10-668100-305-20 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $24.66 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $8.99 | 3800 | 1815 |
| 10-668100-105-20 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $8.00 | 3800 | 1815 |
| 10-668100-305-20 | Transportation: Airfare/Rail/Car (Staff Travel Only | 9/30/19 | AX Ing,K | kingelhartAX | $7.87 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $10.35 | 3800 | 1815 |
| 10-668200-305-20 | Meals & Food | 9/30/19 | AX Ing,K | kingelhartAX | $2.88 | 3800 | 1815 |
| 10-700500-305-30 | Court Fees | 10/11/19 | Mike Mobley Inc | WGL014746-6704 | $1,930.40 | 3800 | 1815 |
| 10-700600-305-30 | Expert Fees | 10/20/19 | RANDI ETTNER | WGL014746-5886 | $243.75 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 | AX Ing,K | kingelhartAX | $56.23 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 | AX Ing,K | kingelhartAX | $23.06 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 | AX Ing,K | kingelhartAX | $15.48 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 | AX Ing,K | kingelhartAX | $29.24 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 | AX Ing,K | kingelhartAX | $307.98 | 3800 | 1815 |

| Account | Description | Date | Vendor | Reference | Amount | Code1 | Code2 |
|---|---|---|---|---|---|---|---|
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $22.94 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $205.00 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $26.00 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $49.14 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $8.54 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $23.17 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $6.60 | 3800 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $26.44 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $9.35 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $7.20 | 3600 | 1815 |
| 10-668100-305-30 | Transportation: Airfare/Rail/Car (Staff Travel Only | 10/30/19 AX Ing,K | kingelhartAX | | $23.79 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $4.61 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $28.66 | 3800 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $6.67 | 3600 | 1815 |
| 10-668200-305-30 | Meals & Food | 10/30/19 AX Ing,K | kingelhartAX | | $44.56 | 3600 | 1815 |
| 10-700500-305-30 | Court Fees | 10/31/19 VERITEXT | WGL014746-6255 | | $978.30 | 3800 | 1815 |
| 10-700500-305-30 | Court Fees | 10/8/19 VERITEXT | WGL014746-6255 | | $1,438.85 | 3800 | 815 |
| | | | | | $21,875.44 | | |