# Exhibit N-3

5:45 PM
01/29/21
Accrual Basis

# American Civil Liberties Union of Ohio Foundation
## Ray v. Himes/Acton (Birth Certificate) Expenses
### All Transactions

| Type | Date | Num | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill | 03/29/2018 | | Argento, Basil (reim... | 79003.3 · Travel | 6.00 |
| Bill | 08/20/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 164.73 |
| Bill | 08/20/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 24.00 |
| Bill | 08/20/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 164.00 |
| Bill | 08/20/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 32.86 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 227.96 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 10.50 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 175.06 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 6.70 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 16.81 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 29.41 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 8.08 |
| Bill | 09/05/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 17.48 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 322.97 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 37.07 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 6.00 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 167.19 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 5.25 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 18.61 |
| Bill | 09/23/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 27.75 |
| Bill | 09/30/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 174.00 |
| Bill | 09/30/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 318.00 |
| Bill | 09/30/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 48.04 |
| Bill | 09/30/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 67.42 |
| Bill | 10/10/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 137.42 |
| Bill | 10/10/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 165.60 |
| Bill | 10/10/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 12.00 |
| Bill | 10/10/2019 | | Bonham, Elizabeth (... | 79003.3 · Travel | 37.20 |
| Bill | 09/09/2019 | | Carey, David | 79003.3 · Travel | 15.00 |
| Bill | 09/09/2019 | | Carey, David | 79003.3 · Travel | 124.12 |
| Bill | 03/29/2018 | | Coming, Celina (rei... | 79003.3 · Travel | 163.50 |
| Bill | 03/29/2018 | | Coming, Celina (rei... | 79003.3 · Travel | 5.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 59.98 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 72030.4 · Filing Fees | 400.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 72030.4 · Filing Fees | 200.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 72030.4 · Filing Fees | 200.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 72030.4 · Filing Fees | 200.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 72030.4 · Filing Fees | 200.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 10.00 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 163.90 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 163.90 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 175.90 |
| Bill | 04/25/2018 | Rowlett | First National Bank ... | 79003.3 · Travel | 90.60 |
| Bill | 03/31/2018 | | Levenson, Freda (rei... | 79003.3 · Travel | 25.88 |
| Bill | 03/31/2018 | | Levenson, Freda (rei... | 79003.3 · Travel | 46.20 |
| Bill | 08/16/2019 | 152629 | Mike Mobley Reporti... | 73010.8 · Profession... | 1,446.25 |
| Bill | 03/31/2018 | | Rosnick, Jocelyn (re... | 79003.3 · Travel | 163.50 |
| Bill | 04/03/2018 | 03292... | Sheraton Hotels | 79003.3 · Travel | 819.84 |

5:45 PM
01/29/21
Accrual Basis

# American Civil Liberties Union of Ohio Foundation
## Ray v. Himes/Acton (Birth Certificate) Expenses
### All Transactions

| Type | Date | Num | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill | 08/07/2019 | | Thakkilapati, Sri (rei... | 79003.3 · Travel | 87.00 |
| Bill | 10/17/2019 | | Van Meter, Quentin L. | 79003.3 · Travel | 403.60 |
| Bill | 10/17/2019 | | Van Meter, Quentin L. | 79003.3 · Travel | 356.03 |
| Bill | 10/17/2019 | | Van Meter, Quentin L. | 79003.3 · Travel | 27.56 |
| Bill | 10/17/2019 | | Van Meter, Quentin L. | 73010.8 · Profession... | 3,500.00 |
| Bill | 10/17/2019 | | Van Meter, Quentin L. | 79003.3 · Travel | 38.00 |
| Bill | 09/10/2019 | MW39... | Veritext | 73010.8 · Profession... | 711.70 |
| Bill | 09/13/2019 | MW39... | Veritext | 73010.8 · Profession... | 562.25 |
| **Total** | | | | | **12,787.82** |