# Exhibit N-4

| Invoice date | Description of Cost | Amount |
|---|---|---|
| 3/29/2018 | Complaint filing fee | $400.00 |
| 3/29/2018 | GA, KI, PR, JK pro hac vice fees | $800.00 |
| 4/1/2018 | GA air travel | $1,206.97 |
| 5/4/2018 | KI air travel | $475.96 |
| 7/29/2019 | KI air travel | $237.96 |
| 7/29/2019 | KI air travel | $286.00 |
| 8/6/2019 | Court reporter - Nagy deposition | $1,446.25 |
| 8/12/2019 | KI air travel | $286.98 |
| 8/12/2019 | KI air travel | $342.98 |
| 8/12/2019 | KI air travel | $200.98 |
| 8/12/2019 | KI air travel | $312.98 |
| 8/20/2019 | EB air travel | $164.73 |
| 8/20/2019 | EB air travel | $164.00 |
| 9/5/2019 | EB air travel | $227.96 |
| 9/5/2019 | EB air travel | $175.06 |
| 9/9/2019 | KI air travel | $205.96 |
| 9/9/2019 | KI air travel | $215.97 |
| 9/10/2019 | Court reporter - Ray depo transcript | $711.70 |
| 9/11/2019 | Court reporter - Breda depo transcript | $516.90 |
| 9/13/2019 | Court reporter - Argento depo transcript | $562.25 |
| 9/23/2019 | EB air travel | $322.97 |
| 9/23/2019 | EB air travel | $167.19 |
| 9/25/2019 | Court reporter - Doe depo transcript | $555.25 |
| 9/30/2019 | KI air travel | $246.00 |
| 9/30/2019 | EB air travel | $174.00 |
| 9/30/2019 | EB air travel | $318.00 |
| 10/8/2019 | Court reporter - Ettner depo transcript | $1,438.85 |
| 10/10/2019 | EB air travel | $137.42 |
| 10/10/2019 | EB air travel | $165.60 |
| 10/11/2019 | Court reporter - Van Meter deposition | $1,930.40 |
| 10/17/2019 | Expert witness fees - Quentin Van Meter | $4,325.19 |
| 10/30/2019 | KI air travel | $307.98 |
| 10/30/2019 | KI air travel | $205.00 |
| 10/31/2019 | Court reporter - Gorton depo transcript | $978.30 |
| 1/7/2021 | MP pro hac vice fee | $200.00 |
| | **Total costs to recover:** | **$20,413.74** |