# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STACIE RAY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:18-cv-00272 |
| v. | ) ) | |
| STEPHANIE McCLOUD, *et al.*, | ) ) ) | Judge: Michael Watson |
| | ) | Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion. For good cause shown, the briefing on Plaintiffs' Motion for Fees and Costs is temporarily stayed. The parties are ORDERED to file a joint status report detailing the status of their discussion regarding the fee motion and Defendants' compliance with the Court's December 16, 2020 order on or before April 7, 2021. Should the parties inform the Court that their discussions have ceased to be productive, the Court will reinstate briefing on the fee motion immediately.

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE