# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> STEPHANIE McCLOUD, *et al.*, <br><br>    Defendants. | Case No. 2:18-cv-00272 <br><br> Judge: Michael Watson <br><br> Magistrate Judge: Chelsey Vascura |

## ORDER

This matter is before the Court on the parties' Joint Motion (ECF No. 89), which is **GRANTED**. For good cause shown, the briefing on Plaintiffs' Motion for Fees and Costs (ECF No. 87) is temporarily **STAYED**. The parties are **ORDERED** to file a joint status report detailing the status of their discussion regarding the fee motion and Defendants' compliance with the Court's December 16, 2020 order on or before **APRIL 7, 2021**. Should the parties inform the Court that their discussions have ceased to be productive, the Court will reinstate briefing on the fee motion immediately.

   **IT IS SO ORDERED.**


   */s/ Chelsey M. Vascura*
   CHELSEY M. VASCURA
   UNITED STATES MAGISTRATE JUDGE