UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:18-cv-00272 |
| v. | ) ) |
| STEPHANIE McCLOUD, *et al.*, | ) ) Judge: Michael Watson ) ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

On March 26, 2021, the Court temporarily stayed briefing on Plaintiffs' Motion for Fees and Costs (ECF No. 87) and ordered the parties to file a joint status report regarding their negotiations over the fee motion and Defendants' compliance with this Court's December 16, 2020 injunction. (ECF No. 90).

The parties exchanged position statements on April 2, 2021, and met for a conference on April 5, 2021. The parties believe that negotiations remain productive at this time. The parties can confidentially provide additional details regarding the conference to the Court if required. The parties have agreed to continue working towards a resolution of the fee motion and Defendants' compliance with the Court's order and have another conference set for April 13, 2021 at 4:00 p.m. The parties respectfully propose to file another status report on or before April 14, 2021.

Dated April 7, 2021

*/s/ Albert J. Lucas*
Albert J. Lucas (0007676)
Jason J. Blake (0087692)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 621-1500
Fax: (614) 621-0100
alucas@calfee.com
jblake@calfee.com

*Attorneys for Defendants*

Respectfully Submitted,

*/s/ Elizabeth M. Bonham*
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 586-1972
Facsimile: (614) 586-1974
Email: ebonham@acluohio.org
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Phone: 614-586-1972
Fax: 614-586-1974
dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Phone: (312) 663-4413
Facsimile: (312) 663-4307

Email: kingelhart@lambdalegal.org

Peter C. Renn* (California Bar No. 247633)
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org

*Attorneys for Plaintiffs*


*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on April 7. 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Elizabeth M. Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiffs
