UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACIE RAY, *et al.*,

      **Plaintiffs,**

v.                                 Case No. 2:18-cv-272
                                       Judge Michael H. Watson
                                       Magistrate Judge Chelsey M. Vascura

STEPHANIE McCLOUD, *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Status Report, in which the parties represent that their negotiations over the fee motion and Defendants' compliance with this Court's December 16, 2020 injunction remain ongoing and productive. (ECF No. 91.)

The parties are **ORDERED** to file a joint status report detailing the status of their discussion regarding the fee motion and Defendants' compliance with the Court's December 16, 2020 order on or before **APRIL 22, 2021**. Should the parties inform the Court that their discussions have ceased to be productive, the Court will reinstate briefing on the fee motion immediately.

      **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE