UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE McCLOUD, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00272<br><br>Judge: Michael Watson<br><br>Magistrate Judge: Chelsey Vascura |

**JOINT STATUS REPORT**

On April 8, 2021, this Court made its second order that the parties file a status report in lieu of briefing Plaintiffs' fee motion, detailing the status of their fee negotiations and Defendants' compliance with the Court's December 16, 2020 injunction in this case. (ECF No. 92)

Since that order, the parties met for a second settlement conference and exchanged detailed correspondence. Regarding its compliance with the Court's injunction in this case, Defendant the Ohio Department of Health is putting into place a method by which transgender people born in Ohio may obtain corrections to the sex marker on their birth certificate. This method will be available as soon as possible, and the Ohio Department of Health continues to work to have this in place before June 1, 2021. The Department is developing an update to its Vital Statistics webpage and the information on Changing or Correcting a Birth Record which will explain the new process once it is in place. In the meantime, the Department is updating its communications on this issue to reflect compliance with the Court's December 16, 2020 Order.

Negotiations over Plaintiffs' fee motion remain productive. The parties are also discussing a method by which Ohio Department of Health can issue corrected birth certificates to the four Plaintiffs in this case.

Unless the case has been resolved, the parties respectfully request a status conference be set for May 7, 2021, to discuss the pending fee motion and other remaining issues. A proposed order is attached.

Dated April 22, 2021

Respectfully Submitted,

(signatures on following page)

/s/ *Jake Blake*  
Albert J. Lucas (0007676)  
Jason J. Blake (0087692)  
CALFEE, HALTER & GRISWOLD LLP  
1200 Huntington Center  
41 S. High Street  
Columbus, OH 43215  
Telephone: (614) 621-1500  
Fax: (614) 621-0100  
alucas@calfee.com  
jblake@calfee.com  

*Attorneys for Defendants*

/s/ *Elizabeth Bonham*  
Elizabeth Bonham (0093733)  
Freda Levenson (0045916)  
Susan Becker (0010205)  
ACLU of Ohio  
4506 Chester Ave.  
Cleveland, OH 44103  
Phone: (614) 586-1972  
Facsimile: (614) 586-1974  
Email: flevenson@acluohio.org  
Email: sbecker@acluohio.org  
Email: ebonham@acluohio.org  

David Carey (0088787)  
ACLU of Ohio Foundation  
1108 City Park Avenue  
Columbus, OH 43206  
Phone: 614-586-1972  
Fax: 614-586-1974  
dcarey@acluohio.org  

John Knight* (Illinois Bar No. 6201433)  
American Civil Liberties Union Foundation  
180 N. Michigan Ave., Suite 2300  
Chicago, IL 60601  
Phone: (312) 201-9740  
Facsimile: (312) 288-5225  
Email: jknight@aclu.org  

Malita Picasso*  
American Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
Phone: (212) 549-2569  
Facsimile: (212) 549-2650  
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

Peter C. Renn* (California Bar No. 247633)
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on April 22, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiffs