UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE MCCLOUD, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00272 <br><br> Judge: Michael Watson <br><br> Magistrate Judge: Chelsey Vascura |

**NOTICE OF WITHDRAWAL OF ELIZABETH BONHAM**

Pursuant to S.D. Ohio Civ. R. 83.4(d), Attorney Elizabeth Bonham hereby gives notice of her withdrawal as co-counsel for the Plaintiffs in this matter. Ms. Bonham is ending her employment with the ACLU of Ohio on May 28, 2021.

Attorney Freda Levenson, Legal Director for the ACLU of Ohio, will remain Trial Counsel in this matter, and the rest of the undersigned will remain co-counsel for the Plaintiffs.

Counsel has notified her clients, who authorized this course of action, as well as counsel for Defendants in this matter. [Signatures on next page]

Dated: May 26, 2021

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: ebonham@acluohio.org

Respectfully submitted,

*/s/ Freda Levenson*
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 586-1972
Facsimile: (614) 586-1974
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Phone: 614-586-1972
Fax: 614-586-1974
dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

        Peter C. Renn* (California Bar No. 247633)
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Bonham
Elizabeth Bonham (0093733)