# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Stacie Ray, *et al.*,

                Plaintiffs,                    Case No. 2:18-cv-272

           v.                         Judge Michael H. Watson

Director, Ohio Department of        Magistrate Judge Vascura
Health, *et al.*,

                Defendants.

## <u>ORDER</u>

On June 8, 2021, the parties reported that they are continuing their negotiations on a proposed consent judgment and on attorneys' fees. The parties are **ORDERED** to file their joint proposed consent judgment by **JUNE 22, 2021**. The parties are encouraged to resolve the issue of attorneys' fees by the same date. To the extent that the parties are unable to agree on attorneys' fees, they are **ORDERED** to file a report detailing the status of those negotiations by **JUNE 22, 2021**.

        IT IS SO ORDERED.

                                        _____
                                      MICHAEL H. WATSON, JUDGE
                                      UNITED STATES DISTRICT COURT