**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 ) |
| v. | ) ) |
| STEPHANIE McCLOUD, *et al.*, | ) Judge: Michael Watson ) ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT

On July 16, 2021, this Court made its order that the parties file a status report in lieu of briefing Plaintiffs' fee motion, detailing the status of their fee negotiations after the Court's December 16, 2020 injunction in this case. (ECF No. 92)

Negotiations over Plaintiffs' fee motion remain productive. Since the April 22, 2021 Joint Status Report, parties have conferred and exchanged counteroffers. Most recently, Plaintiffs provided a counteroffer on July 7, 2021. Unless the case has been resolved, the parties respectfully request a status conference be set for August 5, 2021, to discuss the pending fee motion. A proposed order is attached.

Dated July 26, 2021

Respectfully Submitted,

(signatures on following page)

/s/ Jason J. Blake (by consent)
Albert J. Lucas (0007676)
Jason J. Blake (0087692)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 621-1500
Fax: (614) 621-0100
alucas@calfee.com
jblake@calfee.com

*Attorneys for Defendants*

/s/ Freda Levenson
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org
Email: ebonham@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Phone: 614-586-1969
Fax: 614-586-1974
dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker, Suite 2000.
Chicago, IL 60601
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

4848-9410-1734, v.1

        Peter C. Renn* (California Bar No. 247633)
        Lambda Legal Defense and Education Fund, Inc.
        4221 Wilshire Blvd., Suite 280
        Los Angeles, CA 90010
        Phone: (213) 382-7600
        Facsimile: (213) 351-6050
        Email: prenn@lambdalegal.org

        *Attorneys for Plaintiffs*

        *Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on July 26, 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Freda Levenson
        Freda Levenson (0045916)
        Attorney for Plaintiffs