# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 |
| v. | ) ) |
| STEPHANIE McCLOUD, *et al.*, | ) Judge: Michael Watson ) ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) |

## PROPOSED ORDER

This matter is before the Court on the parties' Joint Status Report, in which the parties represent that their negotiations over Plaintiffs' fee motion remain ongoing and productive.

The parties are ORDERED to appear for a status conference on August 5, 2021. If the parties inform the Court that their discussions have ceased to be productive, the Court will reinstate briefing on the fee motion immediately.

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE