UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stacie Ray, *et al.*,

    Plaintiffs,

v.

Stephanie McCloud, *et al.*,

    Defendants.

Case No. 2:18-cv-272

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The parties report that they are still working to resolve the issue of attorney's fees and request a conference with the Court in the event that their negotiations are unsuccessful. ECF No. 97. The parties are ordered to file a joint notice on August 9, 2021, telling the Court whether they have resolved attorney's fees and whether the parties still wish to have a conference with the Court.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT