UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al*., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 |
| v. | )<br>) |
| STEPHANIE McCLOUD, *et al*., | ) Judge: Michael Watson<br>)<br>) Magistrate Judge: Chelsey Vascura |
| Defendants. | )<br>) |

### JOINT STATUS REPORT

On August 4, 2021, this Court made its order that the parties file a status report in lieu of briefing Plaintiffs' fee motion, detailing the status of their fee negotiations after the Court's December 16, 2020 injunction in this case. (ECF No. 92)

Parties have today come to an agreement to resolve Plaintiffs' fee motion regarding attorneys' fees and costs for $380,000. Parties will reduce this agreement to writing. After the agreement has been executed and all named plaintiffs have received their corrected birth certificates as ordered in this Court's Consent Judgment of June 23, 2021, (ECF No. 96), parties will submit a further proposed consent judgment regarding fees and costs. A proposed order is attached.

Dated August 9, 2021

Respectfully Submitted,

(signatures on following page)

1

/s/ *Jason J. Blake*
Albert J. Lucas (0007676)
Jason J. Blake (0087692)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 621-1500
Fax: (614) 621-0100
alucas@calfee.com
jblake@calfee.com

*Attorneys for Defendants*

*/s/ Freda Levenson* (via email 8.9.2021)
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org
Email: ebonham@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Phone: 614-586-1969
Fax: 614-586-1974
dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433)
American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949)
Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker, Suite 2000.
Chicago, IL 60601
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

4848-9410-1734, v.1

>Peter C. Renn* (California Bar No. 247633)
>Lambda Legal Defense and Education Fund, Inc.
>4221 Wilshire Blvd., Suite 280
>Los Angeles, CA 90010
>Phone: (213) 382-7600
>Facsimile: (213) 351-6050
>Email: prenn@lambdalegal.org
>
>*Attorneys for Plaintiffs*
>
>*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on August 9, 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ *Jason J. Blake*
>One of the attorneys for Defendants

4848-9410-1734, v.1