# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STACIE RAY, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-00272 |
| v. | ) ) |
| STEPHANIE McCLOUD, *et al.*, | ) Judge: Michael Watson ) ) Magistrate Judge: Chelsey Vascura |
| Defendants. | ) ) |

## PROPOSED ORDER

This matter is before the Court on the parties' Joint Status Report, in which the parties represent their agreement to resolve Plaintiffs' fee motion regarding attorneys' fees and costs for $380,000.

The parties are ORDERED to file their joint proposed consent judgment by August 20, 2021.

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE