UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stacie Ray, *et al.*,

    Plaintiffs,

v.

Stephanie McCloud, *et al.*,

    Defendants.

Case No. 2:18-cv-272

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The parties represented that they have resolved the motion for attorney's fees and costs in this case. The parties are **ORDERED** to file their joint proposed consent judgment by August 20, 2021. The Clerk shall terminate as moot ECF No. 87.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT