**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Stacie Ray, *et al.*,

    Plaintiffs,

v.

Stephanie McCloud, *et al.*,

    Defendants.

Case No. 2:18-cv-272

Judge Michael H. Watson

Magistrate Judge Vascura

## CONSENT JUDGMENT

The parties have reached an agreement regarding the amount to be awarded in attorney fees in the amount of $380,000.00 in fees and expenses. Pursuant to the terms of the agreement, the Court orders that Defendants shall pay to American Civil Liberties Union of Ohio Foundation for the benefit of all attorneys identified in the fee motion, the sum of $380,000.00 in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in this case, through August 20, 2021, which American Civil Liberties Union of Ohio Foundation will disburse to co-counsel for Plaintiffs.

The Court shall retain jurisdiction over any issue that should arise from, or is related to, the Consent Judgment.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**

**AGREED TO BY:**

/s/ Jason J. Blake
Albert J. Lucas (0007676)
Jason J. Blake (0087692)
CALFEE, HALTER & GRISWOLD LLP 1200 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 621-1500
Fax: (614) 621-0100
alucas@calfee.com
jblake@calfee.com
*Attorneys for Defendants*

/s/ Fred Levenson
Freda Levenson (0045916)
Susan Becker (0010205)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Phone: (614) 469-3200
Facsimile: (614) 469-3361
Email: flevenson@acluohio.org
Email: sbecker@acluohio.org
Email: ebonham@acluohio.org

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Phone: 614-586-1969
Fax: 614-586-1974
dcarey@acluohio.org

John Knight* (Illinois Bar No. 6201433) American Civil Liberties Union of Illinois
180 N. Michigan Ave., Suite 2300 Chicago, IL 60601
Phone: (312) 201-9740
Facsimile: (312) 288-5225
Email: jknight@aclu-il.org

Malita Picasso*
American Civil Liberties Union Foundation 125 Broad St.
New York, NY 10004

Phone: (212) 549-2569
Facsimile: (212) 549-2650
Email: mpicasso@aclu.org

Kara Ingelhart* (Illinois Bar No. 6321949) Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker, Suite 2000.
Chicago, IL 60601
Phone: (312) 663-4413
Facsimile: (312) 663-4307
Email: kingelhart@lambdalegal.org

Peter C. Renn* (California Bar No. 247633) Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Phone: (213) 382-7600
Facsimile: (213) 351-6050
Email: prenn@lambdalegal.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice